Admitted
U.S. Supreme Court
U.S. Courts of Appeals
2nd, 3rd, 4th, 5th, 9th & 10th
U.S. District Courts
S.D.N.Y., W.D.N.Y. E.D.N.Y.,
N.D.N.Y.
D. Md., D. Col., W.D. Okla
W.D. Tex., N.D. Tex.
State Courts
New York  Colorado

# LAW OFFICE OF BERNARD V. KLEINMAN, PLLC

## ATTORNEY - AT - LAW

108 VILLAGE SQUARE, SUITE 313
SOMERS, NY 10589-2305
TEL.: (914) 644-6660   E-MAIL: ATTRNYLWYR@YAHOO.COM   FAX: (914) 694-1647

November 29, 2024

Hon. Mark Pittman
U.S. District Judge
Northern District of Texas
501 West 10th Street
Ft. Worth, TX 76102

Re: *Point Bridge Capital, et al. v. Johnson*, 24-cv-00988

Your Honor,

By this letter, I respectfully beseech you to re-consider your Order, dated November 18, 2024, in which you denied my request to appear without local counsel.

This case involves a Plaintiff, residing on the Northern District of Texas, and a Defendant, who resides in the Eastern District of Virginia, with no private or commercial residence (at any point in time) in the Northern District of Texas. He is being sued, with *in personam* jurisdiction based upon his alleged contacts in the Northern District of Texas, and the Plaintiffs relying upon the Texas long-arm statute. See Complaint at ¶ 20.

I represent Mr. Johnson in other matters, and he has retained me to represent him in this matter as he has no contact, or connection, with any law firm or attorneys in the Northern District of Texas. Upon being contacted by Mr. Johnson regarding this lawsuit, I contacted counsel for the Plaintiffs, and advised Plaintiffs' counsel of my intent to appear on his behalf.

In furtherance, thereof, on November 06, 2024, I filed an application for admission to practice before the Bar of this Court. This application was granted (on November 14, 2024, by the Hon. Ada Brown), and, on November 15, 2024, I was duly sworn in by the Hon. Vincent Briccetti, Sr. Judge, of the Southern District of New York. Further, as my Application Motion set forth, the requisite $200 application fee was paid to this Court. (Attached is a copy of my Application for Admission, including the federal and state courts to which I am admitted.)

In Your Order, of November 18, 2024, denying the requested relief, you stated that Mr. Johnson had fourteen days, from the date of the Order to retain local counsel. That time restriction runs out on December 3, 2024. (You further directed that any Answer by filed by November 22, 2024, and this was fully complied with. See ECF No. 8.) Further, It should be noted, that among the Affirmative Defenses raised was lack of *in personam* jurisdiction. See Answer at Fifth Affirmative Defense.

Hon. Mark Pittman, U.S.D.J.
Re: *Point Bridge Capital, et al. v. Johnson*, 24-cv-00988
29 November 2024 — page two

---

While I immediately advised Mr. Johnson of this fact, at that time Mr. Johnson was in Europe on business, and did not return to the United States until Wednesday of this week.

As such, I would respectfully request that the Court re-consider this request. As I stated in my original Motion, Mr. Johnson is of limited financial means, and does not have the assets to retain additional counsel. Such a requirement will impose a substantial and all but impossible burden upon him to properly and effectively defend this lawsuit.

It should be noted that in most cases the requirement of local counsel is one that is Ordered upon a *plaintiff* who has chosen to initiate litigation in this District, as opposed to a defendant who is forced to appear in this District. *See, e.g., Campbell v. Garland*, 2023 U.S. App. LEXIS 29160 at *18-*19 (5th Cir. 2023); *Kinstley v. State Farm Lloyds*, 2024 U.S. Dist. LEXIS 194960 at *3-*4 (N.D. Tex. 2024); *Six Flags Entertainment Corp. v. Travelers Casualty & Surety Co. of Am.*, 2021 U.S. Dist. LEXIS 98395 at *3-*4 (N.D. Tex. 2021); *Tillotson v. Equifax Information Svces.*, 2021 U.S. Dist. LEXIS 204642 at *4-*5 (N.D. Tex. 2021); *Atlas Trading Conglomerate, Inc. v. A.T. & T., Inc.*, 2018 U.S. Dist. LEXIS 33032 at *9-*10 (N.D. Tex. 2010).

Compare *Penni v. Giorgi*, 841 Fed. App'x 655 (5th Cir. 2021), where, unlike the case at Bar, the Court of Appeals upheld a requirement of local counsel where the party seeking such relief engaged in both "delay and contumacious conduct", and the evidence of prejudice to the defendants by seeking relief under L.R. 83.11. *Id.* at 658-59.

As such, it is respectfully requested that the Court re-consider its prior Order, and permit Mr. Johnson to appear by Counsel herein. In the event that the Court denies such relief, it is requested that Mr. Johnson be granted an extension, until December 18, to seek such local counsel, or seek a change in venue. See *In re Horseshoe Entertainment*, 337 F.3d 449, 434 (5th Cir. 2003); *McCaa v. Easterling*, 2008 U.S. Dist. LEXIS 140526 at *11-*12 (S.D. Tex. 2008).

Respectfully submitted,

*/s/ Bernard V. Kleinman*

Bernard V. Kleinman, Esq.

cc: All Counsel of Record by ECF

JUDGE: _____ DIV: _____

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

APPLICATION FOR ADMISSION TO THE BAR OF THE
UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS

**Instructions:** Type or print your answers. Answer all questions fully. An incomplete response will delay processing your application. If a question does not apply to you, answer "N/A." Where the space provided is insufficient, answer on additional sheets, with reference to the question. After the oath has been administered to you, take this signed application form and fee immediately to the District Clerk's Office for processing. If the oath was administered to you in another district, see the instructions for returning the form at the bottom of page 3. **Important:** Page 3 is an optional page that is **ONLY** to be used if the judge who will administer the oath to you is not a district judge for the Northern District of Texas. Discard page 3 if a district judge of this Court will administer the oath to you.

☑ Mr.
☐ Ms.
☐ Mrs.

1. Full Name: KLEINMAN                         BERNARD              VICTOR
            (last)                            (first)              (middle)          (generation)

2. Name Used in Documents Filed with Court (if different from above): _____

3. Firm/Business Name: LAW OFFICE OF BERNARD V. KLEINMAN, PLLC

4. Firm/Business Address: 108 VILLAGE SQUARE, SUITE 313  SOMERS, NY 10589-2305

5. Telephone: 914-644-6660     FAX: 914-694-1647     E-mail: ATTRNYLWYR@YAHOO.COM

6. List all states (including District of Columbia) in which you have been admitted to practice law by the highest court of that state. Indicate the year admitted, whether you are currently a member in good standing certified to practice law in that state, and any certified areas of specialization. Attach to this application an original certificate of good standing issued within the past 90 days from the attorney licensing authority in a state in which you are admitted to practice (e.g., State Bar of Texas).

| State | Year Admitted | Current Standing | Specialization |
|---|---|---|---|
| NEW YORK | 1975 | GOOD STANDING | LITIGATION |
| | | | |
| | | | |

7. List all federal courts in which you have been admitted to the practice of law. Indicate the year admitted and whether you are currently a member in good standing of the bar and certified to practice law before that court.

| Court | Year Admitted | Current Standing | Specialization |
|---|---|---|---|
| U.S. SUP CT | 2012 | GOOD STANDING | |
| 3rd Circuit | 2015 | GOOD STANDING | |
| 4th CIRCUIT | 2021 | GOOD STANDING | [See attachment for all Court Admissions] |

8. Provide the name and address of the law school from which you graduated, the date of graduation, and the degree(s) received. If you did not graduate from a law school, please describe your law study in detail.
   Brooklyn, Law School, 250 Joralemon St., Brooklyn, NY 11201
   Graduated 1974 J.D. Degree

9. Indicate any grievances or involuntary removals filed against you while a member of the bar of any state or federal court. Describe the circumstances in detail.

    N/A

10. Describe in detail any charges, arrests, or convictions for criminal offense(s) filed against you. Omit minor traffic offenses.

    N/A

11. Would you be interested in being appointed to a federal criminal case?  ✓ Yes    No
    Would you be interested in providing pro bono legal services in a civil rights case?    Yes  ✓ No

12. State Bar Number(s): 1380989    New York
    Specify State(s) if Other Than Texas

    For Court Use Only
    Bar Status Verified

I hereby certify that all of the above information is true and correct. I recognize that by admission to this Court I am subjecting myself to the discipline of this Court.

Nov. 06, 2024
Date

Applicant's Original Signature

11-06-2024
Date

Sworn and subscribed to before me:
November 6th, 2024

Seal:

JESSICA L BURNS
Notary Public - State of New York
NO. 01BU6293241
Qualified in Putnam County
My Commission Expires Dec 9, 2025

Notary Official/Deputy Clerk

Admitted on the motion of the following sponsor who, by signing below, represents that the sponsor is a member in good standing of the bar of the Northern District of Texas and that the sponsor is sufficiently acquainted with the applicant to affirm, and does affirm, that the applicant is of good personal and professional character. *See* LR 83.7(b).

Sponsor's Original Signature

07469300
Bar Number (Specify if Other Than Texas)

Lawrence J. Friedman
Printed Name

972-7887-1400
Telephone Number

See next page for original signature

Application Approved and Oath Administered by a United States District Judge for the Northern District of Texas. (If the oath will be administered by another Judge, skip this and use page 3.)

Date Oath Administered

United States District Judge
Northern District of Texas

-2-

10. Describe in detail any charges, arrests, or convictions for criminal offense(s) filed against you. Omit minor traffic offenses.
    N/A

11. Would you be interested in being appointed to a federal criminal case? ✓ Yes ___ No
    Would you be interested in providing pro bono legal services in a civil rights case? ___ Yes ✓ No

12. State Bar Number(s): 1380989
    Specify State(s) if Other Than Texas

    For Court Use Only.
    Bar Status Verified:

I hereby certify that all of the above information is true and correct. I recognize that by admission to this Court I am subjecting myself to the discipline of this Court.

_____
Date

_____
Applicant's Original Signature

Sworn and subscribed to before me:

_____
Date

Seal:

_____
Notary Official/Deputy Clerk

Admitted on the motion of the following sponsor who, by signing below, represents that the sponsor is a member in good standing of the bar of the Northern District of Texas and that the sponsor is sufficiently acquainted with the applicant to affirm, and does affirm, that the applicant is of good personal and professional character. See L.R. 83.7(b).

*[Signature]*
Sponsor's Original Signature

LAWRENCE J. FRIEDMAN
Printed Name

07469300
Bar Number (Specify if Other Than Texas)

(972) 788-1400
Telephone Number

Application Approved and Oath Administered by a United States District Judge for the Northern District of Texas: (If the oath will be administered by another Judge, skip this and use page 3.)

_____
Date Oath Administered

_____
United States District Judge
Northern District of Texas

-2-

## OPTIONAL PAGE

Use this page **ONLY** if the oath will be administered by a U.S. Circuit Judge, by a U.S. District Judge in a district other than the Northern District of Texas, or by a U.S. Bankruptcy Judge or U.S. Magistrate Judge. Otherwise, discard this page.

Application Approved by a United States District Judge for the Northern District of Texas (**REQUIRED FIRST**):

_____November 13, 2024_____          _____[signature]_____
Date Application Approved              United States District Judge
                                       Northern District of Texas

(**IMPORTANT**: The oath below should only be administered **AFTER** a United States District Judge for the Northern District of Texas has signed above approving this application.)

Oath or Affirmation:

I do solemnly swear (or affirm) that I will demean myself as an attorney and counselor of the United States District Court for the Northern District of Texas, uprightly and according to law, and that I will support and defend the Constitution of the United States. So help me, God. (Omit "So help me, God" for Affirmation.)

_____November 15, 2024_____          _____[signature]_____
Date Oath Administered                 Signature of Judge Administering Oath

                                       Vincent L. Briccetti, U.S.D.J., S.D.N.Y.
                                       Printed Name and Title of Judge Administering Oath

After both judges have signed above, email the completed application (including this page and the Certificate of Good Standing) to attorney_txnd@txnd.uscourts.gov and pay the admission fee online by docketing the Attorney Admission Fee event in ECF. If you are unable to pay the fee online, mail the completed form and fee to U.S. District Court, 1100 Commerce St., Rm. 1452, Dallas, TX 75242.

-3-

COURTS CURRENTLY ADMITTED TO PRACTICE IN & DATE OF ADMISSION:

U.S. District Courts:
- S.D.N.Y. — November 18, 1975
- E.D.N.Y. — May 15, 1975
- N.D.N.Y. — August 14, 2000
- W.D.N.Y. — April 11, 2018
- D. COLO. — August 3, 1998
- D. MARYLAND — July 6, 2021
- W.D. TEXAS — March, 12, 2018
- W.D. OKLA. — Oct. 14, 2024

U.S. Ct. Appeals:
- 2d Circuit — November 24, 1975 *[renewed 24 Apr 2024]*
- 3d Circuit: — October 14, 2015
- 4th Circuit: — November 15, 2021
- 5th Circuit — December 22, 2015
- 9th Circuit: — May 7, 2021
- 10th Circuit: — December 13, 1999

U.S. Supreme Court — February 12, 2012
Office of Military Comm's — Oct. 12, 2013

State Courts:
- New York State: — March 5, 1975
- Colorado Bar No. 59662: — December 20, 2023



## Appellate Division of the Supreme Court of the State of New York
### Second Judicial Department

I, Darrell M. Joseph, Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify that

### Bernard V. Kleinman

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on March 5, 1975, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Office of Court Administration, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand in the City of Brooklyn on October 25, 2024.

*Clerk of the Court*

CertID-00197467



**Appellate Division
Supreme Court of the State of New York
Second Judicial Department
45 Monroe Place
Brooklyn, N.Y. 11201
(718) 875-1300**

HECTOR D. LASALLE
PRESIDING JUSTICE

DARRELL M. JOSEPH
CLERK OF THE COURT

KENNETH BAND
MELISSA KRAKOWSKI
DEPUTY CLERKS

WENDY STYNES
LAUREN G. DOME
BRIAN E. KENNEDY
ASSOCIATE DEPUTY CLERKS

To Whom It May Concern

    An attorney admitted to practice by this Court may request a certificate of good standing, which is the only official document this Court issues certifying to an attorney's admission and good standing.

    An attorney's registration status, date of admission and disciplinary history may be viewed through the attorney search feature on the website of the Unified Court System.

    New York State does not register attorneys as active or inactive.

    An attorney may request a disciplinary history letter from the Attorney Grievance Committee of the Second Judicial Department.

    Bar examination history is available from the New York State Board of Law Examiners.

    Instructions, forms and links are available on this Court's website.

*Darrell M. Joseph*
Darrell M. Joseph
Clerk of the Court

Revised October 2024