UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**POINT BRIDGE CAPITAL, LLC, ET AL.,**

   **Plaintiffs,**

v.                      No. 4:24-cv-00988-P

**CHARLES JOHNSON,**

   **Defendant.**

## ORDER

   Before the Court is Defendant's Motion to Reconsider his request to proceed without local counsel. ECF No. 10. The Court notes that Plaintiffs responded to the Motion. ECF No. 11. However, Plaintiffs response did not affect the Court's decision on this matter. For the reasons set out below, Defendant's Motion is **DENIED**.

   The Court requires strict adhesion to the Northern District of Texas's local counsel rule. The Court does so, not to create a burden on either party but, rather, because it has found that litigation proceeds with greater expediency and less issues when local counsel is obtained. While the Court is confident that Defense Counsel is apt and able, the Court makes no exceptions on the local counsel rule, especially when the only counsel of record resides in another state.

   **SO ORDERED** on this **2nd day of December 2024.**

MARK T. PITTMAN
UNITED STATES DISTRICT JUDGE