UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**POINT BRIDGE CAPITAL, LLC,**
**ET AL.,**

    **Plaintiffs,**

v.                                        No. 4:24-cv-00988-P

**CHARLES JOHNSON,**

    **Defendant.**

## ORDER DENYING MOTION TO APPEAR VIRTUALLY AND TO SHOW CAUSE

Before the Court is Defendant's Motion to Conduct the Court Ordered Scheduling Conference Virtually. ECF No. 16. The Court's Order for the Parties to conduct a scheduling conference requires the Parties to meet in person, not to create a burden on either party but, rather, because it has found that more fruitful conversations are held when the Parties are physically present. While the Court appreciates the experience of the attorneys in this case, the Court requires an in-person meeting for all litigants before it. Additionally, the Court notes that had Defendant obtained Local Counsel, as the Court has repeatedly ordered him to do, then there would be no travel burden for Counsel. Therefore, Defendant's Motion is **DENIED**.

Furthermore, because it appears that Defendant has chosen to simply ignore the Court's explicit order to get local counsel and to do so on or before 5:00 p.m., December 13, 2024, it is **ORDERED** that Defendant's Counsel appear **at 8:00 a.m., Thursday, December 19, 2024**, in the fourth-floor courtroom of the Eldon B. Mahon United States Courthouse prepared to **SHOW CAUSE** for, among other things, failing to comply with the Court's Orders.

In addition, since Counsel for both Parties will be present, the Court **ORDERS** that Counsel meet in the Court's jury room immediately following the hearing and conduct the required in-person conference.

**SO ORDERED** on this **16th day of December 2024.**

_____
MARK T. PITTMAN
UNITED STATES DISTRICT JUDGE