# LAW OFFICE OF BERNARD V. KLEINMAN, PLLC
## ATTORNEY - AT - LAW

108 VILLAGE SQUARE, SUITE 313
SOMERS, NY 10589-2305
TEL: (914) 644-6660   E-MAIL: ATTRNYLWYR@YAHOO.COM   FAX: (914) 694-1647

Admitted
U.S. Supreme Court
U.S. Courts of Appeals
2nd, 3rd, 4th 5th, 9th & 10th
U.S. District Courts
S.D.N.Y., W.D.N.Y.
E.D.N.Y., N.D.N.Y.
D. Md., D. Col., W.D. Okla
W.D. Tex., N.D. Tex.
State Courts
New York   Colorado

December 17, 2024

Hon. Mark Pittman
U.S. District Judge
Northern District of Texas
501 West 10th Street
Ft. Worth, TX 76102

Re: *Point Bridge Capital, et al. v. Johnson*, 24-cv-00988

Your Honor,

By this letter, I respectfully request that the appearance ordered for Thursday, December 19, be moved to Friday, December 20th, or, as set forth below.

In the interim, Mr. Johnson is seeking to retain local counsel.

The Order to appear on Thursday, at 0800, is impossible for me to comply with. My wife has a medical procedure set for Thursday, and I have to drive her, and be with her for this. There is no one else available. Furthermore, to be at the Courthouse by 0800, requires a flight the prior day, as no flights from NY arrive at DFW in time for that appearance.

I have made arrangements with Attorney Thompson (counsel for the Plaintiffs) to meet and confer and then the pleadings will be filed timely on that date. I then made arrangements to travel to Dallas on Friday, December 20. My flight arrives at DFW at 0911 (Delta Flight 878), and I can be at the Courthouse by 1030, for an appearance before Your Honor, or, in the alternative, I can appear virtually on Thursday at 0800 (Dallas time).

I appreciate your kind consideration of this request.

Respectfully submitted,

/s/ *Bernard V. Kleinman*
Bernard V. Kleinman, Esq.

cc: All Counsel of Record by ECF