UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**POINT BRIDGE CAPITAL, LLC, ET AL.,**

  **Plaintiffs,**

v.                                No. 4:24-cv-00988-P

**CHARLES JOHNSON,**

  **Defendant.**

## ORDER

    The Court's Scheduling Order (ECF No. 26) appointed Justice David Keltner as the mediator in this case. The Court has been made aware of a conflict and therefore finds it appropriate to appoint a new mediator in this matter. Consequently, it is ORDERED that Justice Keltner be removed as the mediator in this matter and that Judge David Evans be appointed as the new mediator.

    **SO ORDERED** on this **26th day of December 2024.**

_____
MARK T. PITTMAN
UNITED STATES DISTRICT JUDGE