UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**POINT BRIDGE CAPITAL, LLC, ET AL.,**

   **Plaintiffs,**

v.                        No. 4:24-cv-00988-P

**CHARLES JOHNSON,**

   **Defendant.**

## ORDER

   Before the Court is Defendant's Motion to Dismiss or Transfer (ECF No. 14). Having reviewed the Motion, Response, and Reply, the Court finds it appropriate to order Plaintiffs to file a Second Amended Complaint. In their Second Amended Complaint Plaintiffs shall address the potential deficiencies pointed out in Defendant's briefing so that the Court can make an informed decision on jurisdiction, should the matter once again arise.

   **SO ORDERED** on this **6th day of January 2025.**

                                           MARK T. PITTMAN
                                           UNITED STATES DISTRICT JUDGE