IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **Point Bridge Capital, LLC,** | § | |
| **Hal Lambert** | § | |
| | § | |
| *Plaintiffs*, | § | |
| v. | § | Case No. 4:24-cv-00988-P |
| | § | |
| **Charles Johnson,** | § | |
| *Defendant.* | § | |
| | § | |
| | § | |

**APPENDIX IN SUPPORT OF PLAINTIFFS' UNOPPOSED MOTION TO EXTEND DEADLINES FOR OPENING EXPERT REPORTS THREE WEEKS TO ADDRESS MEDICAL ISSUES**

Plaintiffs Point Bridge Capital, LLC and Hal Lambert ("Plaintiffs") submit this Appendix in Support of their Unopposed Motion to Extend Deadlines for Opening Expert Reports Three Weeks to Address Medical Issues.

| Exhibit No. | Description | Appendix Page Range |
|---|---|---|
| 1 | Declaration of Will Thompson, dated March 25, 2025. | Appx. 001-02 |

Dated: March 26, 2025

Respectfully submitted,

/s/ *Will Thompson*
Will Thompson
DLA PIPER LLP (US)
Will Thompson
State Bar No. 24094981
Will.thompson1@us.dlapiper.com
1900 N. Pearl Street
Dallas, Texas 75201
Telephone: (406) 546-5587

COUNSEL FOR PLAINTIFFS

2

## CERTIFICATE OF SERVICE

I hereby certify that on March 26, 2025, a true and correct copy of the foregoing document was filed electronically using the CM/ECF system, which will send notification of such filing to all counsel of record.

>   */s/ Will Thompson*
>   Will Thompson

# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **Point Bridge Capital, LLC,** § | | |
| **Hal Lambert** § | | |
| § | | |
| *Plaintiffs*, § | | |
| v. § | Case No. 4:24-cv-00988-P | |
| § | | |
| **Charles Johnson,** § | | |
| *Defendant.* § | | |
| § | | |
| § | | |

## DECLARATION OF WILL THOMPSON

I, Will Thompson, declare as follows. I am an attorney admitted to the State Bar of Texas and this Court and a partner at the law firm of DLA Piper LLP. I am attorney of record for the plaintiffs in the above captioned action. I am over the age of twenty-one years and am not a party to this action. I have personal knowledge of the facts set forth in this declaration. I declare under penalty of perjury that the facts stated in this document are true and correct.

1. The requested extension is to address medical procedures my parents are expected to undergo as the deadline for initial expert reports are due. I am an only child, and my parents are in their mid-70s and do not live within driving distance of the DFW Metroplex. My mother has been diagnosed with an ascending aortic aneurysm. Pending determination of future tests, surgery is a distinct possibility for her, and surgery would be in mid- to late-April, which is right around the April 18 deadline for opening expert reports. My father will be undertaking eye surgery the week of April 18 should her heart surgery not take place for cataracts and additional eye issues. The modification to the scheduling order is done so that I can assist my parents and not for any purposes of delay.

My name is Will Thompson, my date of birth is November 20, 1982, and my business address is 1900 N. Pearl Street Dallas, Texas 75201, and USA. I declare under penalty of perjury that the foregoing is true and correct.

Executed in Dallas County, State of Texas, on March 25, 2025.

_____/s/ Will Thompson_____
Will Thompson
