IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| **Point Bridge Capital, LLC,** | § | |
|---|---|---|
| **Hal Lambert** | § | |
| | § | |
| *Plaintiffs*, | § | |
| v. | § | Case No. 4:24-cv-00988-P |
| | § | |
| **Charles Johnson,** | § | |
| *Defendant.* | § | |
| | § | |
| | § | |

**APPENDIX IN SUPPORT OF PLAINTIFFS' FIRST MOTION TO COMPEL PRODUCTION OF DOCUMENTS**

Plaintiffs Point Bridge Capital, LLC and Hal Lambert ("Plaintiffs") submit this Appendix in Support of their Motion to Supplement the Record with Evidence of Defendant's False Statements and Misconduct.

| Exhibit No. | Description | Appendix Page Range |
|---|---|---|
| 1 | Declaration of Will Thompson, dated May 7, 2025. | Appx. 001 – Appx. 008 |
| A | Copy of the April 2, 2025 transcript in the matter, *Johnson v. Clearview AI, Inc.*, No. 1:23-cv-02441 (S.D.N.Y. Jan. 16, 2025). | Appx. 009 – Appx. 076 |
| B | PDF of Image attachment to Charles Johnson April 29, 2025 email | Appx. 077 – Appx. 078 |
| C | Copy of Charles Johnson Email to the Court, dated April 29, 2025 | Appx. 079 – Appx. 080 |
| F | Copy of an email, titled "Ready to play in the majors yet?" | Appx. 087 – Appx. 090 |

Dated: May 7, 2025                           Respectfully submitted,

/s/ *Will Thompson*
Will Thompson
DLA PIPER LLP (US)
Will Thompson
State Bar No. 24094981
will.thompson1@us.dlapiper.com
1900 N. Pearl Street
Dallas, Texas 75201
Telephone: (406) 546-5587

COUNSEL FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been served on this day May 7, 2025 via the Court's CM/ECF system to all counsel of record.

*/s/ Will Thompson*
Will Thompson

2