UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**POINT BRIDGE CAPITAL, LLC,**
**ET AL.,**

 **Plaintiffs,**

v.           No. 4:24-cv-00988-P

**CHARLES JOHNSON,**

 **Defendant.**

# ORDER

 Before the Court are Defendant's Counsel's Unopposed Motion to Withdraw (ECF No. 41); and Plaintiffs' Motion to Compel (ECF No. 43). For the reasons stated on the record at the May, 8, 2025 hearing, the Motion to Withdraw is **GRANTED**;[1] and the Motion to Compel is **GRANTED in part**.[2] Specifically, it is **ORDERED** that:

1) Within 7 days of the date of this order, Plaintiffs will submit (a) the search terms to be run against Defendant Johnson's accounts and devices and (b) a protocol to ensure that privileged communications are excluded. Johnson may object to the search terms and protocol, but he must carry the burden of demonstrating why the search terms or protocol is not appropriate. Johnson shall pay the costs of the collection and production.

---

[1] As discussed at the hearing, Defendant shall be required to attend the May 28, 2025 mediation in person and pay the mediation fee. Additionally, Defendant's former counsel is **ORDERED** to produce the file and any other relevant documents, including the scheduling order in this case, to Defendant within 14 days.

[2] At the hearing, the preservation of documents was discussed. The Court reminds the Parties of their obligation under the rules to not only ensure that documents are not intentionally destroyed but also to ensure that potentially response documents are preserved.

2) No later than 21 days after the date of this order, Johnson shall Search the following email addresses and messaging platforms for responsive documents based on search terms that the Plaintiffs provide.

   - charlesjohnsonwork@protonmail.com
   - chuckwalla1022@gmail.com
   - charlescarlislejohnson@gmail.com
   - charles@traitwell.com
   - Signal
   - Telegram
   - Instagram
   - Substack

3) Johnson must re-activate his X account to search for responsive posts and messages;

4) Johnson must produce all responsive documents in a usable format, including complete email productions with metadata intact;

5) Johnson must supplement his written responses in compliance with Rule 34(b)(2)(C), including identifying what documents have been withheld and what sources have been searched; and

**SO ORDERED** on this **8th day of May 2025.**

_____
MARK T. PITTMAN
UNITED STATES DISTRICT JUDGE