1          IN THE UNITED STATES DISTRICT COURT

2          FOR THE NORTHERN DISTRICT OF TEXAS

3                  FORT WORTH DIVISION

4   POINT BRIDGE CAPITAL, LLC    )    CASE NO. 4:24-CV-00988-P
    ET AL                        )
5                                )
                                 )    FORT WORTH, TEXAS
6   vs.                          )
                                 )    MAY 8, 2025
7   CHARLES JOHNSON              )    1:30 P.M.

8                       VOLUME 1
                TRANSCRIPT OF MOTION HEARINGS
9          BEFORE THE HONORABLE MARK T. PITTMAN
             UNITED STATES DISTRICT COURT JUDGE
10

11  **A P P E A R A N C E S:**

12  FOR THE PLAINTIFF:      WILLIAM BENNETT THOMPSON
                            DLA Piper, LLP US
13                          1900 N. Pearl Street
                            Suite 2200
14                          Dallas, Texas   75201
                            Telephone:  214.743.4500
15

16  FOR THE DEFENDANT:      WILLIAM CARTER BOISVERT
                            Friedman & Feiger, LLP
17                          17304 Preston Road
                            Suite 300
18                          Dallas, Texas   75252
                            Telephone:  512.538.5788
19

20  COURT REPORTER:         MONICA WILLENBURG GUZMAN, CSR, RPR
                            501 W. 10th Street, Room 310
21                          Fort Worth, Texas   76102
                            Telephone:  817.850.6681
22                          E-Mail:  mguzman.csr@yahoo.com

23

24  Proceedings reported by mechanical stenography, transcript
    produced by computer.
25

<u>**INDEX**</u>

```
                                              PAGE   VOL.

Appearances. ..............................3      1


Motion to Withdraw
     By Mr. Boisvert .......................4      1

Court's Ruling .............................6      1

Attorney Excused ...........................6      1


Comments by the Court ......................6      1


Motion to Compel

Court's Tentative Ruling ..................13      1

     By Mr. Thompson .......................15      1

     By Mr. Johnson .......................16      1

Court's Ruling.............................26      1


Discussion Regarding Reactivation of Accounts

     By Mr. Thompson .......................27      1

     By Mr. Johnson .......................29      1

     By Mr. Thompson .......................31      1


Proceedings Adjourned .....................33      1


Reporter's Certificate ....................34      1
```

**P R O C E E D I N G S**

*(May 8, 2025, 1:30 p.m.)*

1
2

3       *THE COURT:*  We're here in the matter of Point Bridge
4  Capital, LLC, et al vs. Charles Johnson, this is Cause Number
5  4:24-CV-988-P.

6       I'll begin with plaintiff, would you tell me who you
7  are and who you represent?

8       *MR. THOMPSON:*  Good afternoon, Your Honor.  Will
9  Thompson on behalf of the plaintiffs, Point Bridge Capital and
10  Hal Lambert.  And Mr. Lambert is sitting with me at the
11  counsel table.

12       *THE COURT:*  All right.

13       *MR. BOISVERT:*  Good afternoon, Your Honor.  Carter
14  Boisvert on behalf of defendant, Charles Johnson.  Mr. Johnson
15  is here as well, as ordered by the Court.

16       *THE COURT:*  Thank you, sir.  Mr. Johnson, thank you
17  for being here today.

18       The first motion I'd like to take up is the motion
19  that was filed on behalf of the -- tell me how you pronounce
20  your last name.  Boisvert?

21       *MR. BOISVERT:*  Boisvert, Your Honor.

22       *THE COURT:*  Boisvert, on behalf of your firm to
23  withdraw in this case.  I see that it's been consented to by
24  Mr. Johnson.  But always, out of an abundance of caution, I do
25  like to have these done in person and on the record, just to

1    notify the plaintiff *(sic)* what his obligations are, should I

2    allow you to withdraw from the case.

3         So, Mr. Boisvert, if you'd like to present your

4    request at this time, I'm happy to hear it.

5         *MR. BOISVERT:*  Yes, Your Honor.

6         We filed a motion to withdraw in this case.  We

7    believe there's --

8              *(Court Reporter interrupts)*

9         *MR. BOISVERT:*  Oh, I'm sorry.

10        *THE COURT:*  That's fine.  If you wouldn't mind, it's

11   easier for us.

12        *MR. BOISVERT:*  Yes, Your Honor.

13        We believe there's good cause for this Court to

14   grant the motion to withdraw under the Rules of Professional

15   Conduct 1.15(b)(5) through (b)(7), that permits a lawyer to

16   withdraw from representing a client if the client fails

17   substantially to fulfill an obligation to the lawyer regarding

18   the lawyer's services, including an obligation to pay the

19   lawyer's fee as agreed, and is given reasonable warning that

20   the lawyer would withdraw unless the obligation is fulfilled.

21        *THE COURT:*  Have to pay your lawyer, Mr. Johnson.

22        How do you feel about the request for your lawyer to

23   withdraw?

24        *MR. JOHNSON:*  No objection, Your Honor.

25        *THE COURT:*  Okay.

1         *MR. JOHNSON:*  And if I may, I think they've done a

2  good job and it's not a -- it's not a personal matter.

3         *THE COURT:*  Well, I would advise, if you owe them

4  anything that you pay those amounts, because they may very

5  well be coming after you for those amounts.

6         Do you understand?

7         *MR. JOHNSON:*  I do, Your Honor.

8         *THE COURT:*  I am happy to grant the motion to

9  withdraw.

10         The only thing that I do need to advise you, is that

11  you make efforts within the next 14 days to deliver your file,

12  if you haven't already, to Mr. Johnson.

13         Have any of those efforts been made, sir?

14         *MR. JOHNSON:*  They have, Your Honor.

15         *THE COURT:*  I'm directing that at your attorney.

16         *MR. JOHNSON:*  Sorry.

17         *MR. BOISVERT:*  Yes, Your Honor.  We'll make sure he

18  has the complete file as soon as possible, but within 14 days.

19         *THE COURT:*  Particularly a copy of the scheduling

20  order in this case.  There's a mediation that's coming up.

21         *MR. BOISVERT:*  Yes, Your Honor.  I have provided

22  that already.

23         *THE COURT:*  You let him know -- I believe there may

24  be a mediation that's already been scheduled on the 28th?

25         *MR. BOISVERT:*  That's correct.

1          *THE COURT:* All right.  I will grant the motion to

2    withdraw, and I'll be including those caveats that we just

3    went over in that motion.

4          So, you're free to leave.

5          *MR. BOISVERT:* Okay.  Thank you, Your Honor.

6          *THE COURT:* Mr. Johnson, a couple of things before

7    we address the motion to compel.  I've been an attorney now

8    for about 26 years; I've been a judge for 12 at three

9    different courts.  And I've got to tell you, if I were in a

10   lawsuit I would want to be represented by an attorney.  I

11   don't care if it's a traffic ticket or if it's a case of the

12   highest magnitude.

13         Now, you don't have to be represented by an

14   attorney, but that's the advice I'm giving you.  I believe it

15   was Benjamin Franklin that said something to the effect that a

16   -- it might have been Abraham Lincoln, I don't know, I can't

17   remember now, it's been one of those days -- but something to

18   the effect that an attorney who represents himself -- or a

19   person who represents himself has a fool for a client.

20         *MR. JOHNSON:* That may be true, Your Honor, in this

21   case as well.  If I may --

22         *THE COURT:* No.  You need to be quiet until I ask

23   you to speak, okay?

24         *MR. JOHNSON:* Yes, sir.

25         *THE COURT:* You may find that I am not as patient as

1   Judge Failla in the Southern District of New York.  So, don't

2   try me, okay?

3           *MR. JOHNSON:*  I will not, Your Honor.

4           *THE COURT:*  Okay.  So, let me advise you of a few

5   things.  I have one of the busiest dockets in the country here

6   in Fort Worth, you may or may not know that.  We are the

7   largest district in the entire country populationwise with

8   only two active Federal judges.

9           So, I know that you're not from here, but if I was

10  going to point you to other districts in the State of Texas

11  that only had two active Federal judges, I would point you to

12  Beaumont Division and the Tyler Division of the Eastern

13  District of Texas, population of the Fort Worth Division is

14  more than ten times those divisions.

15          We frequently run numbers monthly, in both the civil

16  and criminal context, three times the number of filings as the

17  average active Dallas judge.  Now, I tell you this, not to

18  complain about my workload, but rather to let you know that we

19  are very busy.  I don't want you to think that that means that

20  we take a long time to do things; in fact, it's just the

21  opposite.

22          The last numbers that I saw from our Clerk's Office

23  said that the average time for a civil case to be tried in the

24  Fort Worth Division, and I'm saying this from the date of

25  filing -- I'm probably going to mess these numbers up -- from

1    the date of the filing of the complaint until the trial, is

2    less than two years, I believe.  In the Dallas Division, it's

3    about 33 months.  So, it's about 16 months versus 33 months to

4    get rid of cases over here.

5           On the criminal side, it's even more stark.  I

6    believe we're about five to six months on criminal cases, and

7    the Dallas Division, I think the last numbers I saw was -- it

8    was in the 30s as well.

9           So, we are very busy.  And as a result of that, we

10   tend to run things very quickly.  Because if we don't, the

11   cases get too much and I can't keep up with the workload.  So,

12   I don't have time for a lot of shenanigans.

13              *MR. JOHNSON:*  Understood, Your Honor.

14              *THE COURT:*  Okay.  Don't speak unless I ask you to,

15   okay?

16          So, when I see cases like this, I see what appears

17   to me that you've been served with discovery requests that you

18   haven't answered, I see efforts to, what appears to me, to

19   avoid coming to a hearing -- and I understand the eye

20   infirmary *(sic)* that you're suffering from -- but,

21   unfortunately, we don't have the ability to do Zoom hearings

22   here, nor is it the practice here in Fort Worth.  So, that's

23   not an option.

24          We frequently accommodate folks with all sorts of

25   disabilities.  I have had folks that have been here that have

1    been paraplegic, and we've been able to satisfy that.  During

2    the COVID-19 pandemic, this division conducted more

3    face-to-face trials than any other division in the entire

4    United States.  Indeed, the summer of COVID of 2020, we

5    sentenced over 200 criminal defendants live and in person.

6              So, we will do what we can to accommodate you.  But

7    you are a case in Federal court, and you are going to have to

8    comply with those rules.  And frankly, based on what I have

9    seen in response to your declaration, the photographs that are

10   in the record that are pointed out in the appendix that I've

11   just granted plaintiff leave, as well as what I have pointed

12   out in my order -- that would be the photograph that you

13   posted of yourself traveling to London back in November of

14   last year -- I just have a hard time believing you can't make

15   it down; indeed, you're here today.

16             Are you going to withdraw that request or do we need

17   to go into that any further?

18        *MR. JOHNSON:*  I can withdraw that request, Your

19   Honor.  But I am -- if I may?  I'm here against the advice of

20   my -- both my physician and my family.

21        *THE COURT:*  Well, why didn't you have your physician

22   show up today to tell me that?

23        *MR. JOHNSON:*  Well, in part, it was because it was a

24   relatively short window.  One of my physicians is doing

25   missionary work.  And the other, who was doing a kindness to

1    me, couldn't make it in time.

2            *THE COURT:*  Okay.  So --

3            *MR. JOHNSON:*  If I may, Your Honor?

4            *THE COURT:*  No, you may not.

5            *MR. JOHNSON:*  Okay.

6            *THE COURT:*  So, are you withdrawing your request?

7            *MR. JOHNSON:*  I will if that's what Your Honor

8    requests.

9            *THE COURT:*  No, that's not what I'm asking.  I'm

10   saying, are you withdrawing your request, yes or no?

11           *MR. JOHNSON:*  Yes, sir.

12           *THE COURT:*  Okay.  Then you will be expected to

13   appear in person.  And, of course, if there needs to be

14   something else, you think there's an emergency matter, as I

15   would do with any other defendant, in this case that I need to

16   take up, I'll be happy to take that up.  But you can't use

17   your condition as an excuse not to appear in person.

18           I've been doing this for a long time, I've seen

19   what's in the record.  It appears that you're perfectly able

20   to travel.  But if you have a physician that would have been

21   able to show up today and tell me otherwise, I would have

22   certainly been happy to hear from him.  But as far as I'm

23   concerned, you do have the ability to travel.

24           So, you're going to be proceeding pro se; is that

25   right?  Do you have any intention of hiring another attorney?

1          *MR. JOHNSON:*  I would request additional time to

2    find an attorney.  But, if necessary, we can proceed pro se.

3          *THE COURT:*  Well, I would encourage you to try to

4    find an attorney.  But whether you have an attorney or not,

5    you're still subject to the same rules that anyone else is.

6          *MR. JOHNSON:*  Of course.

7          *THE COURT:*  And we don't have an ability to appoint

8    you an attorney in the meantime in a civil case.  You don't

9    have a right, under the Constitution, to an attorney in a

10   civil matter.

11         And I just want to say, I've read the transcript and

12   the orders that have been issued by the New York judge.  I

13   hope we don't have that kind of thing going on here.

14         *MR. JOHNSON:*  We will not, Your Honor.

15         *THE COURT:*  So, you have a mediation scheduled with

16   Judge Evans on the 28th.

17         *MR. JOHNSON:*  Yes, sir.

18         *THE COURT:*  I'm assuming you're going to go to that.

19         *MR. JOHNSON:*  That's the intention, sir.

20         *THE COURT:*  You're planning on going to that and

21   showing up in person?

22         *MR. JOHNSON:*  I am.

23         *THE COURT:*  You better pay his mediation fee or

24   you'll be subject to getting in trouble from me.

25         Do you understand that?

12

1          *MR. JOHNSON:*  I do.

2          *THE COURT:*  Have you paid him yet?

3          *MR. JOHNSON:*  I have not.

4          *THE COURT:*  Okay.  Well, I know, based on your

5   representations here in court, that you'll be doing that.

6          Same thing goes for my plaintiffs in this case.  Are

7   you-all prepared to go to mediation with Judge Evans?

8          *MR. THOMPSON:*  Yes, Your Honor.

9          *THE COURT:*  Have you paid your fee?

10          *MR. THOMPSON:*  Yes.  We have paid the fee, Your

11   Honor.

12          *THE COURT:*  Okay.  So, the law requires me to

13   liberally interpret pleadings that are filed by pro se.  But

14   as I said, you still have an obligation to comply with the

15   rules.

16          And I've seen what is possibly emerging as a pattern

17   with you, Mr. Johnson.  I initially had to issue some show

18   cause orders early on in this case regarding what I saw to be

19   violations of the local rules, specifically violations as to

20   whether you can use an out-of-district counsel here in Fort

21   Worth.

22          Our rules are very explicit.  83.10 of our rules

23   does require that you have to have local counsel.  So, if you

24   are looking for an attorney, you need to find someone that's

25   in the Northern District of Texas.  Now, that can be a

13

1    Dallas-based attorney, it can be a Fort Worth-based attorney,

2    but you are going to have to find one that's here local.

3              It's perfectly fine if you'd like to be represented

4    by someone back in New York, where I believe you're from, but

5    they'll need to engage a local counsel here as well.

6              Part of the reason why we do that is for the reasons

7    I've previously talked about.  We tend to run things very

8    differently than they do in Dallas, just because we're a lot

9    busier.  The judges here also tend to be much more stringent

10   when it comes to enforcing our rules.

11             If you get bored on the way home, you might want to

12   google a judge by the name of John H. McBryde, he was my

13   predecessor.  I don't want you to think that I would do

14   anything different from what he would have done.

15             So, I've had a chance to review the motion to

16   compel, and I'm prepared to grant it.  Perhaps not all of the

17   relief that's being sought, Mr. Johnson, but you do have an

18   obligation to produce these amounts.  Boilerplate objections

19   are not going to fly here, they're just going to get you in

20   trouble and get you sanctioned.

21             But I am willing to give you some time to respond to

22   these.  I'm not willing at this point to get a third party to

23   basically find this information for you.  I believe it's my

24   obligation to give you one chance to try to find it.  But I am

25   going to be keeping you on a pretty short leash.  That's my

14

1    tentative findings.

2            I wonder, at the end of the day, based on what I've

3    seen, whether Point Bridge Capital has any means or method to

4    ever collect any type of funds from you, should they win in

5    this case.  But that's not the point and I'm not the lawyer

6    advising Mr. Lambert.

7            But Abraham Lincoln used to give a speech to new

8    lawyers back in the 1850s, and he used to say, quite

9    frequently, that the winner oftentimes in litigation is the

10   real loser when it comes to time, fees.  I think you're

11   sophisticated enough to know what I'm talking about.  Time,

12   fees, trouble.

13           And I see a pattern here that -- of someone that

14   appears that they might not want to participate, that I may

15   have to police time and time again with contempt findings and

16   the like.  I've been doing this for a long time, I don't have

17   the time or the patience, Mr. Johnson.  I also don't have the

18   time or the patience for people going on their Twitter and

19   Substack, and et cetera like that, and saying stuff about the

20   Court or the lawsuit; that will get you in trouble, too.

21           *MR. JOHNSON:*  Understood.

22           *THE COURT:*  So, we need to be truthful in our

23   dealings with each other and the Court.  When it comes to

24   participating in a lawsuit you have an obligation, whether

25   you're an attorney or not, to cooperate.  And if you don't

15

1  cooperate, you get in front of me where you get held in

2  contempt and you have to go down to the Johnson County Jail

3  until you can purge yourself of the contempt.

4         Do you understand?

5         MR. JOHNSON:  Yes, sir.  I do.

6         THE COURT:  And like I said, you might want to just

7  read about Judge McBryde at the airport.

8         But that's my tentative rulings as far as the motion

9  to compel.  I would be hopeful, if you want to take care of

10  this as soon as possible and there are any merit to these

11  allegations, you take that into consideration as you go to the

12  mediation.

13         The Honorable David Evans is conducting the

14  mediation, but he continues to be a state administrative

15  judge.  He's the chief presiding judge of the Eighth

16  Administrative Region.  He's not somebody that you would want

17  to be less than truthful with or play games with.  He holds

18  the same title that I do.  And if you find a local attorney to

19  represent you, hopefully they'll give you the same advice.

20         Do I need to hear any argument, counsel?

21         MR. THOMPSON:  Just, if I understand, Your Honor's

22  considered our motion.  The one thing I would just, before we

23  break today, to get on the record, a request would be an

24  agreement from Mr. Johnson, I think pursuant to Rule 5, that

25  he'll accept electronic service, given that he's pro se.  We

16

```
 1    had that agreement previously with his counsel.  And given

 2    that Mr. Johnson is -- you know, we don't know where he's

 3    living, where he's spending time.  We know he's online.  We

 4    think that would be most efficient.

 5              THE COURT:  I'm assuming you don't have any

 6    objection to receiving matter electronically, presumably by

 7    email; is that correct, Mr. Johnson?

 8              MR. JOHNSON:  No, sir.

 9              THE COURT:  All right.

10              MR. THOMPSON:  Thank you, Your Honor.

11              THE COURT:  Do you understand, Mr. Johnson, that

12    after today's hearing I will be entering an order granting the

13    motion to compel?

14              MR. JOHNSON:  I do, Your Honor.  But if I may?

15              THE COURT:  Yeah.

16              MR. JOHNSON:  I have a short -- a short sort of

17    issue here that I think needs to be addressed by Your Honor.

18              THE COURT:  Why don't you stand up at the podium and

19    it will be your opportunity to speak.

20              MR. JOHNSON:  Yes, sir.  Thank you for your time

21    this honor -- or today, Your Honor.  I was familiar that your

22    court was one of the most busiest in the country, and I want

23    to be mindful of that and be -- be as helpful as I can for

24    these proceedings.

25              As you're well aware, there are several cases in
```

1    which defendant -- which plaintiff and I are in.  In the New

2    York case, there's an issue where, effectively, we have a

3    situation in which the judge is ruling on a motion to dismiss

4    in that case.  And as the plaintiff is the CEO of that

5    company, of Clearview AI, that company was recently hit by yet

6    another judge with one of the largest violations of personal

7    protected information in the history of our country.

8    Something like a quarter-of-a-billion dollars in reparations

9    against them by Judge Sharon Coleman.

10          So, as you might imagine, I'm a little leery about

11   giving information that involves my brother, my ex-wife, my

12   daughter to -- to plaintiff.  So, I would like to figure out a

13   way to -- to provide material that is -- that protects my

14   personally protected information.

15          THE COURT:  One of the things that the proposed

16   order that plaintiffs have provided indicates that you'll --

17   they will submit the terms -- search terms to be run against

18   your accounts and devices and a certain protocol.  I would

19   assume that they would only seek information relevant to the

20   case.

21          MR. JOHNSON:  I would --

22          THE COURT:  They don't really have a good argument

23   where they can get into information about your children or

24   ex-wife unrelated to the allegations in the case.

25          Does that make sense?

18

1          *MR. JOHNSON:*  No, Your Honor.

2          *THE COURT:*  You can also enter a confidentiality

3    agreement with them that says that if something is considered

4    confidential or marked confidential by the parties, that the

5    parties will agree that it cannot be shared.

6          *MR. JOHNSON:*  That's true.

7          But there is a history here of wanton disregard for

8    people's personally protected information, like in the

9    Clearview case.  And I have no reason to expect -- I mean,

10   this -- all of this today, just on a motion to compel, is

11   quite lavishly produced.

12         And so, when we think about when we deal with

13   plaintiff, you know, there's a history here of extreme

14   statements, there's a history here of casual disregard for

15   people's personally protected information.  And they may

16   breach it without even knowing.  I mean, we've had cases in

17   the Clearview case of hacking against my accounts.  This is --

18   you know, this is not a crazy idea.

19         And so, I am a little concerned, both about

20   potentially the source of the capital to retain -- to retain,

21   you know, plaintiff's attorney, and I am concerned about my --

22   my family's personal protected information.  All that said, I

23   have no objections to complying with, you know, reasonable

24   requests.

25         *THE COURT:*  Well, I think what I would do -- not to

1    give you legal advice, because I'm not allowed to do that, but

2    I would consider -- both sides consider entering in some sort

3    of a confidentiality agreement, so you have some recourse with

4    me if you have some personal information that you feel has

5    been divulged out there that needs recourse.

6            MR. JOHNSON:  Sure.  But, Your Honor, I -- in the

7    case of the Clearview case, that was an action that I brought.

8    And given the account -- given that plaintiff is the co-CO of

9    that company, he also controls that case.

10           THE COURT:  Do you think you're going to be able to

11   find an attorney?  Because it's -- stuff that happened in

12   another case is really not before me.  I understand your

13   concerns, but you have to comply with these discovery

14   requests.

15           MR. JOHNSON:  I have no objection to complying.

16           THE COURT:  Do you understand you're walking into a

17   bear trap?  And if you don't comply with these, I'm probably

18   going to be forced to enter a default judgment against you.

19           MR. JOHNSON:  I do, Your Honor.

20           THE COURT:  And if you wouldn't have shown up today,

21   I probably would have done that as a sanction.

22           MR. JOHNSON:  I do understand that, Your Honor.

23           THE COURT:  I just don't have the time to police

24   this.  And I'm not doing this because your case is any more or

25   less important than any others that I have.  But the matters

20

```
1   that you're asking me about today are something where I feel
2   you would really benefit from the advice of an attorney.
3           Something that you may want to consider when you
4   leave here today, you might want to take an Uber over to the
5   Tarrant County Bar Association.  They can provide you with
6   some resources of some local attorneys that might be able to
7   help you.
8           But the problem with being a pro se -- and again,
9   this would apply to me, if I were in your shoes -- you're
10  swimming in waters where there are a lot of sharks and you
11  have to be very careful or you're going to get bit.
12          MR. JOHNSON:  I understand, Your Honor.  If I may --
13          THE COURT:  I would want to have that guy Quint on
14  Jaws to take care of me.
15          MR. JOHNSON:  Yes.  I understand, Your Honor.
16          THE COURT:  But the stuff that you're bringing up, I
17  can only deal with what's in front of me --
18          MR. JOHNSON:  I also --
19          THE COURT:  -- the case or controversy in front of
20  me.
21          So, if you have any concerns about information that
22  you don't feel is relevant to some of these responses, you
23  need to pick up the phone and call the attorney representing
24  Mr. Lambert.  We don't get anywhere in this field by avoiding
25  answering questions.  We don't get anywhere by not returning
```

1    Mr. Thompson's phone calls, emails, et cetera.

2           The only way that we can get this to a resolution is

3    for you to pick up the phone and say, Mr. Thompson, I've

4    reviewed X request, I believe that it's still objectionable, I

5    don't want to turn over any information that would be personal

6    protected information.

7           *MR. JOHNSON:*  Yes.  And there's another issue here,

8    Your Honor, as well.

9           *THE COURT:*  Okay.  Go ahead.

10          *MR. JOHNSON:*  They're asking for all my

11   communications with Federal law enforcement.  As far as I'm

12   aware, I have no objection to my communications with Federal

13   law enforcement being made public.  I have always served my

14   country whenever I've been asked, so I have zero objection to

15   that.  But I do think that they should just ask Federal law

16   enforcement to turn over that material.

17          *THE COURT:*  Well, they're in a lawsuit with you, and

18   the allegations are that you represented yourself as an asset

19   to Federal agencies.

20          Now, in my years of working with Federal agencies

21   and working on matters of the highest level at the Justice

22   Department Securities and Exchange Commission and other

23   Federal agencies, is that folks that do work with law

24   enforcement don't typically go around saying that they are

25   confidential agents or informants or assets.  Because if you

22

1  tell that to a lot of people, you're not a very valuable

2  asset.  So, this was unusual when I saw that.  Typically, if

3  we're working in that capacity, we don't like going around and

4  telling people that or you won't be an asset for very long.

5          So, I think you need to produce this information.

6  Looks like the previous judge here represented that you had

7  been told by DHS agents not to produce the information, and

8  the judge made a determination there were no such agents you

9  were working with.

10         So, if you don't have the information, you need to

11 let them know that, too.  But they will get to the bottom of

12 it.  And I'm assuming if you don't give them any information,

13 they will go to whatever agencies you said you worked for to

14 try to get it.

15         MR. JOHNSON:  I have no objection to them doing

16 that.

17         THE COURT:  Well, they need to try to get it from

18 you first, okay?

19         MR. JOHNSON:  Sure.

20         THE COURT:  And, you know, you would have to make

21 some sort of showing.  But believe me, if you believe you have

22 information that is protected by -- is classified, top secret,

23 or higher, and you're going to be producing that, I would

24 suggest that you contact the agency.

25         And typically the way it works, at least my

1    experience when I was at the Justice Department, is someone

2    from the U.S. Attorney's Office will show up and make that

3    argument on whatever agency's behalf.  But if you don't have

4    it, you need to say you don't have it.

5            MR. JOHNSON:  I understand.

6            THE COURT:  But the entire crux of the lawsuit, at

7    least as the way I understand it, Mr. Thompson, were there

8    were representations made that Mr. Johnson was an intelligence

9    asset or a law enforcement asset; is that right?

10           MR. THOMPSON:  That's part of it, Your Honor.

11           THE COURT:  Yeah.  So, that goes to the crux of the

12   lawsuit.

13           MR. JOHNSON:  Sure.

14   I have one more issue, Your Honor.

15           THE COURT:  Yes, sir.

16           MR. JOHNSON:  I think there's also an issue here of

17   a First Amendment issue.  So, this lawsuit stems from a RICO

18   complaint.  But I've been charged with no crime, I don't even

19   have a speeding ticket, parking ticket to my name.

20           THE COURT:  Well, there's a claim called civil RICO.

21   And this is why you need to get an attorney.  Because if you

22   feel like you have a good argument under the First Amendment,

23   that everything you were doing was protected by your rights

24   under the First Amendment, they can make that motion for you

25   or you can make that motion when it comes to the summary

24

1    judgment stage.

2            *MR. JOHNSON:* Yes.  I understand, Your Honor.

3    But if --

4            *THE COURT:* I can't do that here.

5            *MR. JOHNSON:* I understand.  But if I may, I think

6    the case stems here -- is becoming a defamation claim, and I

7    just want to apologize to Your Honor.  Because, effectively,

8    the reason we're here, in my view, is that I embarrassed

9    plaintiff.

10           And I was well within my legal rights to talk about

11   things that he had told me, I was well within my legal rights

12   to write what I've read -- or what I've written.  I am a

13   journalist; I've written books, I've written articles.  And so

14   some of the communications that they're asking for are issues

15   that are -- they're communications that are protected with

16   sources.  And I will -- I do intend to make these First

17   Amendment arguments as time goes on.

18           *THE COURT:* All right.  Well, I will take that up at

19   a later time.

20           What I would encourage you to do -- and I'm not

21   talking about any of the merits of plaintiffs' claims against

22   you -- but if you believe that you have a valid counterclaim

23   on any of these points, it's best for you to find an attorney.

24   I am not making any prior judgments, I am just telling you

25   from years of experience.  You are walking a tightrope over a

1    moat and there are sharks on both sides of the moat.

2          Now, you may get across the tightrope.  You may be

3    like Philippe Petit when he went between the World Trade

4    Center and everything is going to come out great on the other

5    side.  But if it were me, I would want to have an attorney out

6    there representing me to keep me from falling in with the

7    sharks.

8          MR. JOHNSON:  I appreciate that, Your Honor.  But --

9          THE COURT:  So, I would highly encourage you to see

10   if you can locate someone.  And if you don't have the funds to

11   do it, believe it or not there are groups out there that do it

12   for free.

13         MR. JOHNSON:  I appreciate that.

14         THE COURT:  You seem to present yourself as someone

15   being very connected.  I bet you know at least one attorney

16   you might want to talk to and say, Buddy, I am in a heck of a

17   spot, I've got this Judge down in Fort Worth that likes to

18   move very fast, and he's indicated to me that it would be a

19   good idea if I get an attorney.  I know that I can represent

20   myself, but I'd just feel better if I could engage you and you

21   could do this for me.

22         That's part of our obligation as attorneys, to do

23   pro bono and donate our time to good causes.  So, that might

24   be a resource for you.  That's why I think it might be a good

25   idea for you to head over to the Fort Worth Tarrant County Bar

1    Association.  I don't know the address of it, but I bet you

2    can look it up on your phone.  And they'll have a list of

3    resources.

4           And as I said, if you don't have the funds for it,

5    you can even use things -- like, there's a First Amendment

6    Clinic over at the Texas A&M Law School.  You might get some

7    really smart law students to help you.  But while it's

8    perfectly acceptable to represent yourself, it's easy to get

9    into trouble.

10           MR. JOHNSON:  I understand, Your Honor.

11           THE COURT:  And certainly if I wanted my interests

12    represented before the upcoming mediation, and that's in

13    20 days, I would want somebody there with me, somebody that

14    can make a filing on your behalf.

15           And as I said, if you don't have money to pay them,

16    that's fine; try to choose an alternative route and maybe you

17    can get somebody to do it for you for free.  Obviously that

18    presents some interesting issues that an attorney may well

19    jump at to help you.

20           Unless there's anything further, I will have an

21    order out on the motion to compel and we'll go from there.

22           Anything else, gentlemen?

23           MR. THOMPSON:  Your Honor, we made a request with a

24    third party vendor because we had concerns about spoliation.

25    I know Your Honor is not taking it up, but something we're

1    concerned about.

2            *THE COURT:*  I understand.  I think that I need to

3    give him a chance to try to comply.

4            *MR. THOMPSON:*  Understood, Your Honor.

5            *THE COURT:*  I think if I didn't, that the Fifth

6    Circuit would reverse me.  So, I need to -- the Fifth Circuit

7    has admonished when it comes to sanctions that we try to

8    decide the least severe to try to correct the behavior in

9    front of us.

10           This is the first time Mr. Johnson has ever appeared

11   in front of me.  And I'll also state this, I had fully

12   anticipated that he would not show up today, so I'm just glad

13   that he's here.

14           *MR. THOMPSON:*  And, Your Honor, we're comfortable

15   with your ruling and everything.  We know that you've reviewed

16   all the materials.

17           *THE COURT:*  You had also asked that -- and my lawyer

18   has reminded me of this, that I instruct Mr. Johnson to

19   reactivate his X account.

20           *MR. JOHNSON:*  I don't think that's possible, Your

21   Honor.  But if it is, I'm happy to do it.

22           *MR. THOMPSON:*  Your Honor, may I approach on that?

23   I have some materials from his Substack that might answer this

24   or inform.

25           *THE COURT:*  Have you shown these to Mr. Johnson?

1           MR. THOMPSON:  I have a copy for him right now.

2           THE COURT:  Let's let him look at those before I

3    take it up.

4           MR. THOMPSON:  Sure.  I printed this out this

5    morning.

6           May I approach your clerk?

7           THE COURT:  Yes, sir.

8           (Attorney approaches the bench)

9           MR. THOMPSON:  This was taken from Mr. Johnson's

10   Substack, because we thought there might be a question about

11   whether he has the ability to go reactivate his account.  I

12   believe on a Substack he said that Elon Musk had deactivated

13   his account or banned it.  That was based on his idea that he

14   thought that Elon Musk was funding the lawsuit, because my

15   prior firm did work for Mr. Musk.

16          I'm not a Twitter expert, but just based on this

17   screenshot it says, you deactivated your account, there's a

18   button that says that you can restore it.

19          MR. JOHNSON:  Yeah, that's not --

20          MR. THOMPSON:  Again, Your Honor --

21          THE COURT:  Please don't interrupt.  I'll let you

22   respond, Mr. Johnson.

23          Go ahead, Mr. Thompson.

24          MR. THOMPSON:  Your Honor, we understand that your

25   motion to compel is going to address him to search for

1    responsive documents.  And we think that this is probably

2    covered, but we just wanted to bring this to light, because it

3    is, I think, a -- could maybe save some time going forward.

4            *THE COURT:*  Okay.  Mr. Johnson, what's been

5    presented to the Court appears to be a printout that indicates

6    that it may have been you that deactivated your account back

7    on 12/30 of 2024.

8            *MR. JOHNSON:*  Yes, that's incorrect.

9            *THE COURT:*  Okay.

10            *MR. JOHNSON:*  If I may, Your Honor?

11            *THE COURT:*  Yes, sir.  You need to stand when you

12    address the Court.

13            *MR. JOHNSON:*  Oh, forgive me.

14            As of last night, when I looked -- when I reviewed

15    the material before coming here, they asked for my account --

16    my Twitter account.  It's not possible to restore it.  I did

17    try to do it last night, just to see if I could actually

18    comply with it.

19            In addition, one of the things they asked me for is

20    a Substack -- or, excuse me, a Signal message.  But they were

21    unspecific as to which message, which system I would use,

22    which phone.  So, I think, what we have here --

23            *THE COURT:*  Well, I think the problem that they have

24    is you went and represented on your Substack that when you

25    were sued by Mr. Lambert that you had possession of all the

1  texts, Signal messages, tweets, XXX, et cetera, and now you're

2  saying you don't have those.  So --

3        MR. JOHNSON:  That was my --

4        THE COURT:  -- can you understand that they might be

5  a little bit perturbed?

6        MR. JOHNSON:  I can appreciate that, Your Honor.

7  But Signal is a deleting message system.

8        THE COURT:  I'm vaguely familiar with that.  I guess

9  the response would be, Why did you say that on your Substack?

10       MR. JOHNSON:  At the time, I had a number of

11 messages that would comply with it, but I was not keeping it

12 around for a long time.  It is a deleting message system.

13       THE COURT:  Well, I will be --

14       MR. JOHNSON:  After a month or two months --

15       THE COURT:  Let me stop you.  I will be ordering you

16 today -- once you're in litigation it's against the rules to

17 destroy anything, that's called spoliation of the evidence and

18 that can get you in big trouble.

19       MR. JOHNSON:  Of course.

20       THE COURT:  Okay.  So, part of my order will be that

21 you're not to destroy anything that's out there.  And I don't

22 know about Twitter, I think I'm going to be ordering you to

23 restore it.  And if you can't restore it, you need to tell

24 them that answer and we'll go from there.

25       MR. JOHNSON:  No objection to that.  And there's

1    another email address as well there that I don't have access

2    to.

3              THE COURT:  Then you need to tell them that, okay?

4              MR. JOHNSON:  I will.  Thank you, Your Honor.

5              MR. THOMPSON:  Just really briefly on the Signal, I

6    don't want to litigate the granular details.

7              In Judge Failla's order from January 16th of this

8    year on -- it's in the record here, it's the appendix to the

9    motion to compel, it's docket entry 44, appendix 020.

10             In the order, she brought up the Signal issue, the

11   issue of missing Signal messages, and she noted that plaintiff

12   made misstatements and omissions to the Court regarding the

13   message deleting capabilities of the Signal platform.  I think

14   that stems from the fact that he, you know, purged them,

15   didn't have them in such a form that they could be retained

16   when his lawsuit in New York had been pending for roughly two

17   years.  Again, I don't want to get into the granular details

18   of it, I just want to --

19             THE COURT:  And I don't either.  As I told

20   Mr. Johnson, I can only deal with what's in front of me.

21             MR. THOMPSON:  I agree.

22             THE COURT:  But, you know, I have to give him a

23   chance to see if he can comply.

24             MR. THOMPSON:  I understand.

25             THE COURT:  Or I would get in trouble.  You

1  understand?

2        But I will say this, you're -- I can tell from the

3  pleadings, you're very interested in politics.  Is that fair

4  to say, politics and power?  Yes?

5        *MR. JOHNSON:*  Yeah, sure.  I guess.

6        *THE COURT:*  It's not a trick question.

7        There was a famous -- you're probably familiar with

8  an author by the name of Robert Caro, I bet.

9        *MR. JOHNSON:*  Yes, sir.

10       *THE COURT:*  Familiar with his book on Robert Moses

11 and Lyndon Johnson, that series?

12       *MR. JOHNSON:*  I am.

13       *THE COURT:*  Well, the second book in the series

14 deals largely with a famous case that took place on the second

15 floor of this courthouse back in 1948.  Then Representative

16 Johnson was in a heated election lawsuit with Governor Coke

17 Stevenson.

18       Did you know that took place downstairs?

19       Did you know that as a result of that lawsuit and

20 87 votes found in ballot box number 13 down in Alice, Texas,

21 President Johnson went on to go to the senate, and later

22 became senate majority leader, vice president and president?

23       Certainly one of the most impactful presidential

24 administrations in the history of our country.  President

25 Johnson had a famous saying, he used to always say when he

1    heard certain stories that he didn't find to be believable, he

2    would say, Don't urinate on my leg and tell me it's raining.

3           So, Mr. Johnson, be careful.  Don't urinate on my

4    leg, because I won't like it.

5           Do you understand?

6           MR. JOHNSON:  Yes, sir.

7           THE COURT:  Anything else?

8           MR. THOMPSON:  No, Your Honor.

9           THE COURT:  All right.  Like I said, on your way

10   home read about Judge McBryde.  And you might want to stop off

11   by the Tarrant County Bar Association.  We have many fine

12   attorneys here.  Although you don't have to pick somebody from

13   Fort Worth, it's usually best to try to find somebody from

14   Fort Worth because they're more familiar with the differences

15   between the two divisions.

16           All right.  We'll stand in recess.

17

18              (Proceedings Adjourned)

19

20

21

22

23

24

25

<u>REPORTER'S CERTIFICATE</u>

1

2

3       I, Monica Willenburg Guzman, CSR, RPR, certify

4  that the foregoing is a true and correct transcript from

5  the record of proceedings in the foregoing entitled matter.

6       I further certify that the transcript fees format

7  comply with those prescribed by the Court and the Judicial

8  Conference of the United States.

9       Signed this 12th day of May, 2025.

10

11                          <u>/s/Monica Willenburg Guzman</u>
                            Monica Willenburg Guzman, CSR, RPR
12                          Texas CSR No. 3386
                            NCRA No. 32278
13                          Official Court Reporter
                            The Northern District of Texas
14                          Fort Worth Division

15

16  CSR Expires:        7/31/2025

17  Business Address:   501 W. 10th Street, Room 310
                        Fort Worth, Texas  76102
18
    Telephone:          817.850.6681
19
    E-Mail Address:     mguzman.csr@yahoo.com
20

21

22

23

24

25

MR. BOISVERT: [90] 3/13 3/21/16 4/9
4/12 5/17 5/21 5/25 6/5
MR. JOHNSON: [67]
MR. THOMPSON: [19]  3/8 12/8 12/10
15/21 16/10 23/10 26/23 27/4 27/14
27/22 28/1 28/4 28/9 28/20 28/24 31/5
31/21 31/24 33/8
THE COURT: [90]

/

/s/Monica [1]  34/11

**0**

020 [1]  31/9

**1**

1.15 [1]  4/15
10th [2]  1/20 34/17
12 [1]  6/8
12/30 [1]  29/7
12th [1]  34/9
13 [1]  32/20
14 [2]  5/11 5/18
16 [1]  8/3
16th [1]  31/7
17304 [1]  1/17
1850s [1]  14/8
19 [1]  9/2
1900 [1]  1/13
1948 [1]  32/15
1:30 [2]  1/7 3/2

**2**

20 [1]  26/13
200 [1]  9/5
2020 [1]  9/4
2024 [1]  29/7
2025 [4]  1/6 3/2 34/9 34/16
214.743.4500 [1]  1/14
2200 [1]  1/13
26 [1]  6/8
28th [2]  5/24 11/16

**3**

30 [1]  29/7
300 [1]  1/17
30s [1]  8/8
310 [2]  1/20 34/17
32278 [1]  34/12
33 [2]  8/3 8/3
3386 [1]  34/12

**4**

44 [1]  31/9
4:24-CV-00988-P [1]  1/4
4:24-CV-988-P [1]  3/5

**5**

501 [2]  1/20 34/17
512.538.5788 [1]  1/18

**7**

7/31/2025 [1]  34/16
75201 [1]  1/14
75252 [1]  1/18
76102 [2]  1/21 34/17

**8**

83.10 [1]  12/22
87 [1]  32/20

**A**

ability [4]  8/21 10/23 11/7 28/11
able [5]  9/1 10/19 10/21 19/10 24/10
about [24]  4/22 6/8 7/18 8/3 8/3 8/6
13/7 14/11 14/19 15/7 17/10 17/23
18/12 18/19 18/21 20/1 20/21 24/10
24/21 26/24 27/1 28/10 30/22 33/10
Abraham [2]  6/16 14/7
abundance [1]  3/24
accept [1]  15/25
acceptable [1]  26/8
access [1]  31/1
accommodate [2]  8/24 9/6
account [8]  19/8 27/19 28/11 28/13
28/17 29/6 29/15 29/16
accounts [3]  2/18 17/18 18/17
across [1]  25/2
action [1]  19/7
active [3]  7/8 7/11 7/17
actually [1]  29/17
addition [1]  29/19
additional [1]  11/1
address [7]  6/7 26/1 28/25 29/12 31/1
34/17 34/19
addressed [1]  16/17
Adjourned [1]  33/18
administrations [1]  32/24
administrative [2]  15/14 15/16
admonished [1]  27/7
advice [5]  6/14 9/19 15/19 19/1 20/2
advise [3]  5/3 5/10 7/4
advising [1]  14/6
after [3]  5/5 16/12 30/14
afternoon [2]  3/8 3/13
again [4]  14/15 20/8 28/20 31/17
against [7]  9/19 17/9 17/17 18/17
19/18 24/21 30/16
agencies [4]  21/19 21/20 21/23 22/13
agency [1]  22/24
agency's [1]  23/3
agents [3]  21/25 22/7 22/8
agree [2]  18/5 31/21
agreed [1]  4/19
agreement [4]  15/24 16/1 18/3 19/3
ahead [2]  21/9 28/23
AI [1]  17/5
airport [1]  15/7
al [2]  1/4 3/4
Alice [1]  32/20
all [14]  3/12 6/1 8/24 12/7 13/16 16/9
18/10 18/22 21/10 24/18 27/16 29/25
33/9 33/16
allegations [3]  15/11 17/24 21/18
allow [1]  4/2
allowed [1]  19/1
already [3]  5/12 5/22 5/24
also [8]  13/9 14/17 18/2 19/9 20/18
23/16 27/11 27/17
alternative [1]  26/16
Although [1]  33/12
always [3]  3/24 21/13 32/25
am [13]  5/8 6/25 9/19 11/22 13/21

13/24 18/19 18/21 24/12 24/24 24/24
25/16 32/12
Amendment [5]  23/17 23/22 23/24
24/17 26/5
amounts [3]  5/4 5/5 13/18
another [5]  10/25 17/6 19/12 21/7
31/1
answer [2]  27/23 30/24
answered [1]  8/18
answering [1]  20/25
anticipated [1]  27/12
any [8]  5/13 9/3 9/17 10/15 10/25
14/3 14/4 15/10 15/20 16/5 19/24
19/25 20/21 21/5 22/12 24/21 24/23
24/24
anyone [1]  11/5
anything [7]  5/4 13/14 26/20 26/22
30/17 30/21 33/7
anywhere [2]  20/24 20/25
apologize [1]  24/7
appear [2]  10/13 10/17
appeared [1]  27/10
appears [5]  8/16 8/18 10/19 14/14
29/5
appendix [3]  9/10 31/8 31/9
apply [1]  20/9
appoint [1]  11/7
appreciate [3]  25/8 25/13 30/6
approach [2]  27/22 28/6
approaches [1]  28/8
are [31]  3/7 4/1 7/6 7/19 8/9 9/7 9/7
9/9 9/10 9/16 10/6 10/10 12/6 12/13
12/22 12/24 13/2 13/19 15/10 16/25
17/1 20/1 20/10 21/18 21/24 24/14
24/15 24/15 24/25 25/1 25/11
argument [4]  15/20 17/22 23/3 23/22
arguments [1]  24/17
around [5]  21/24 22/3 30/12
articles [1]  24/13
ask [5]  6/22 8/14 21/15
asked [4]  21/14 27/17 29/15 29/19
asking [4]  10/9 20/1 21/10 24/14
asset [5]  21/18 22/2 22/4 23/9 23/9
assets [1]  21/25
Association [3]  20/5 26/1 33/11
assume [1]  17/19
assuming [3]  11/18 16/5 22/12
attorney [27]  5/15 6/7 6/10 6/14 6/18
10/25 11/2 11/4 11/4 11/8 11/9 12/24
13/1 13/1 14/25 15/18 18/21 19/11
20/2 20/23 23/21 24/23 25/5 25/15
25/19 26/18 28/8
Attorney's [1]  23/2
attorneys [3]  20/6 25/22 33/12
author [1]  32/8
average [2]  7/17 7/23
avoid [1]  8/19
avoiding [1]  20/24
aware [2]  16/25 21/12

**B**

back [5]  9/13 13/4 14/8 29/6 32/15
ballot [1]  32/20
banned [1]  28/13
Bar [3]  20/5 25/25 33/11
based [7]  9/8 12/4 13/1 13/1 14/2
13/23 28/16

# B

**basically [1]** 1/22
**be [57]**
**bear [1]** 19/17
**Beaumont [1]** 7/12
**became [1]** 32/22
**because [16]** 5/4 8/10 9/23 13/8 19/1 19/11 19/24 21/25 23/21 24/7 26/24 28/10 28/14 29/2 33/4 33/14
**becoming [1]** 24/6
**been [23]** 3/23 5/13 5/24 6/7 6/8 6/16 6/17 8/17 8/25 9/1 9/1 10/18 10/20 10/22 11/12 14/16 19/5 21/14 22/7 23/18 29/4 29/6 31/16
**before [7]** 1/9 6/6 15/22 19/12 26/12 28/2 29/15
**begin [1]** 3/6
**behalf [6]** 3/9 3/14 3/19 3/22 23/3 26/14
**behavior [1]** 27/8
**being [5]** 3/17 13/17 20/8 21/13 25/15
**believable [1]** 33/1
**believe [14]** 4/7 4/13 5/23 6/14 8/2 8/6 13/4 13/23 21/4 22/21 22/21 24/22 25/11 28/12
**believing [1]** 9/14
**bench [1]** 28/8
**benefit [1]** 20/2
**Benjamin [1]** 6/15
**BENNETT [1]** 1/12
**best [2]** 24/23 33/13
**bet [3]** 25/15 26/1 32/8
**better [1]** 11/23 25/20
**between [2]** 25/3 33/15
**big [1]** 30/18
**billion [1]** 17/8
**bit [2]** 20/11 30/5
**Boilerplate [1]** 13/18
**BOISVERT [6]** 1/16 3/14 3/20 3/21 3/22 4/3
**bono [1]** 25/23
**book [2]** 32/10 32/13
**books [1]** 24/13
**bored [1]** 13/11
**both [5]** 7/15 9/20 18/19 19/2 25/1
**bottom [1]** 22/11
**box [1]** 32/20
**breach [1]** 18/16
**break [1]** 15/23
**BRIDGE [4]** 1/4 3/3 3/9 14/3
**briefly [1]** 31/5
**bring [1]** 29/2
**bringing [1]** 20/16
**brother [1]** 17/11
**brought [2]** 19/7 31/10
**Buddy [1]** 25/16
**busier [1]** 13/9
**busiest [2]** 7/5 16/22
**Business [1]** 34/17
**busy [2]** 7/19 8/9
**button [1]** 28/18

# C

**call [1]** 20/23
**called [2]** 23/20 30/17
**calls [1]** 21/1
**can [28]** 9/6 9/18 11/2 12/20 12/25

13/1 15/3 16/23 17/23 18/2 20/5 20/17 21/2 23/24 23/25 25/10 25/19 26/2 29/5 29/14 29/17 29/18 30/4 30/6 30/18 31/20 31/23 32/2
**can't [6]** 6/16 8/11 9/14 10/16 24/4 30/23
**cannot [1]** 18/5
**capabilities [1]** 31/13
**capacity [1]** 22/3
**capital [5]** 1/4 3/4 3/9 14/3 18/20
**care [3]** 6/11 15/9 20/14
**careful [2]** 20/11 33/3
**Caro [1]** 32/8
**CARTER [2]** 1/16 3/13
**case [28]** 1/4 3/23 4/2 4/6 5/20 6/11 6/21 7/23 9/7 10/15 11/8 12/6 12/18 14/5 17/2 17/4 17/20 17/24 18/9 18/17 19/7 19/7 19/9 19/12 19/24 20/19 24/6 32/14
**cases [6]** 8/4 8/6 8/11 8/16 16/25 18/16
**casual [1]** 18/14
**cause [3]** 3/4 4/13 12/18
**causes [1]** 25/23
**caution [1]** 3/24
**caveats [1]** 6/2
**Center [1]** 25/4
**CEO [1]** 5/19 28/1
**certain [2]** 17/18 33/1
**certainly [3]** 10/22 26/11 32/23
**CERTIFICATE [1]** 34/1
**certify [2]** 34/3 34/6
**cetera [3]** 14/19 21/1 30/1
**chance [4]** 13/15 13/24 27/3 31/23
**charged [1]** 23/18
**CHARLES [3]** 1/7 3/4 3/14
**chief [1]** 15/15
**children [1]** 17/23
**choose [1]** 26/16
**Circuit [2]** 27/6 27/6
**civil [5]** 7/15 7/23 11/8 11/10 23/20
**claim [2]** 23/20 24/6
**claims [1]** 21/1
**classified [1]** 22/22
**Clearview [4]** 17/5 18/9 18/17 19/7
**clerk [1]** 28/6
**Clerk's [1]** 7/22
**client [3]** 4/16 4/16 6/19
**Clinic [1]** 26/6
**co [2]** 19/8 19/8
**co-CO [1]** 19/8
**Coke [1]** 32/16
**Coleman [1]** 17/9
**collect [1]** 14/4
**come [1]** 25/4
**comes [5]** 13/10 14/10 14/23 23/25 27/7
**comfortable [1]** 27/14
**coming [4]** 5/5 5/20 8/19 29/15
**Commission [1]** 21/22
**communications [4]** 21/11 21/12 24/14 24/15
**company [1]** 17/5 17/5 19/9
**compel [9]** 2/12 6/7 13/16 15/9 16/13 18/10 26/21 28/25 31/9
**complain [1]** 7/18
**complaint [2]** 8/1 23/18

**complete [1]** 5/18
**comply [9]** 9/8 12/14 19/13 19/17 27/3 29/18 30/14 31/23 31/7
**complying [2]** 18/23 19/15
**computer [1]** 1/24
**concerned [4]** 10/23 18/19 18/21 27/1
**concerns [3]** 19/13 20/21 26/24
**condition [1]** 10/17
**Conduct [1]** 4/15
**conducted [1]** 9/2
**conducting [1]** 15/13
**Conference [1]** 34/8
**confidential [3]** 18/4 18/4 21/25
**confidentiality [2]** 18/2 19/3
**connected [1]** 25/15
**consented [1]** 3/23
**consider [3]** 19/2 19/2 20/3
**consideration [1]** 15/11
**considered [2]** 15/22 18/3
**Constitution [1]** 11/9
**contact [1]** 22/24
**contempt [3]** 14/15 15/2 15/3
**context [1]** 7/16
**continues [1]** 15/14
**controls [1]** 19/9
**controversy [1]** 20/19
**cooperate [2]** 14/25 15/1
**copy [2]** 5/19 28/1
**correct [4]** 5/25 16/7 27/8 34/4
**could [5]** 25/20 25/21 29/3 29/17 31/15
**couldn't [1]** 10/1
**counsel [6]** 3/11 12/20 12/23 13/5 15/20 16/1
**counterclaim [1]** 24/22
**country [6]** 7/5 7/7 16/22 17/7 21/14 32/24
**County [4]** 15/2 20/5 25/25 33/11
**couple [1]** 6/6
**course [3]** 10/13 11/6 30/19
**court [16]** 1/1 1/9 1/20 3/15 4/8 4/13 9/7 12/5 14/20 14/23 16/22 29/5 29/12 31/12 34/7 34/13
**Court's [1]** 2/16
**courthouse [1]** 32/15
**courts [1]** 6/9
**covered [1]** 29/2
**COVID [1]** 9/2 9/4
**COVID-19 [1]** 9/2
**crazy [1]** 18/18
**crime [1]** 23/18
**criminal [4]** 7/16 8/5 8/6 9/5
**crux [2]** 23/6 23/11
**CSR [5]** 1/20 34/3 34/11 34/12 34/16
**CV [2]** 1/4 3/5

# D

**Dallas [7]** 1/14 1/18 7/17 8/2 8/7 13/1 13/8
**Dallas-based [1]** 13/1
**date [2]** 7/24 8/1
**daughter [1]** 17/12
**David [1]** 15/13
**day [2]** 14/2 34/9
**days [4]** 5/11 5/18 6/17 26/13
**deactivated [3]** 28/12 28/17 29/6
**deal [3]** 18/12 20/17 31/20

## D

**dealings [1]** 14/22
**deals [1]** 32/14
**decide [1]** 27/8
**declaration [1]** 9/9
**defamation [1]** 24/6
**default [1]** 19/18
**defendant [4]** 1/16 3/14 10/15 17/1
**defendants [1]** 9/5
**deleting [3]** 30/7 30/12 31/13
**deliver [1]** 5/11
**Department [2]** 21/22 23/1
**destroy [2]** 30/17 30/21
**details [2]** 31/6 31/17
**determination [1]** 22/8
**devices [1]** 17/18
**DHS [1]** 22/7
**did [5]** 28/15 29/16 30/9 32/18 32/19
**didn't [4]** 9/21 27/5 31/15 33/1
**differences [1]** 33/14
**different [2]** 6/9 13/14
**differently [1]** 13/8
**directing [1]** 5/15
**disabilities [1]** 8/25
**discovery [2]** 8/17 19/13
**Discussion [1]** 2/18
**dismiss [1]** 17/3
**disregard [2]** 18/7 18/14
**district [9]** 1/1 1/2 1/9 7/1 7/7 7/13
  12/20 12/25 34/13
**districts [1]** 7/10
**division [10]** 1/3 7/12 7/12 7/13 7/24
  8/2 8/7 9/2 9/3 34/14
**divisions [2]** 7/14 33/15
**divulged [1]** 19/5
**DLA [1]** 1/12
**do [43]**
**docket [1]** 31/9
**dockets [1]** 7/5
**documents [1]** 29/1
**does [2]** 12/23 17/25
**doing [8]** 9/24 9/25 10/18 12/5 14/16
  19/24 22/15 23/23
**dollars [1]** 17/8
**don't [48]**
**donate [1]** 25/23
**done [4]** 3/25 5/1 13/14 19/21
**down [4]** 9/15 15/2 25/17 32/20
**downstairs [1]** 32/18
**During [1]** 9/1

## E

**E-Mail [2]** 1/22 34/19
**each [1]** 14/23
**early [1]** 12/18
**easier [1]** 4/11
**Eastern [1]** 7/12
**easy [1]** 26/8
**effect [2]** 6/15 6/18
**effectively [2]** 17/2 24/7
**efficient [1]** 16/4
**efforts [3]** 5/11 5/13 8/18
**Eighth [1]** 15/15
**either [1]** 31/19
**election [1]** 32/16
**electronic [1]** 15/25
**electronically [1]** 16/6

## Elon
**Elon [2]** 28/12 28/14
**else [4]** 10/14 11/5 26/22 33/7
**email [2]** 15/20 15/20
**emails [1]** 21/1
**embarrassed [1]** 24/8
**emergency [1]** 10/14
**emerging [1]** 12/16
**encourage [3]** 11/3 24/20 25/9
**end [1]** 14/2
**enforcement [5]** 21/11 21/13 21/16
  21/24 23/9
**enforcing [1]** 13/10
**engage [1]** 13/5 25/20
**enough [1]** 14/11
**enter [2]** 18/2 19/18
**entering [2]** 16/12 19/2
**entire [3]** 7/7 9/3 23/6
**entitled [1]** 34/5
**entry [1]** 31/9
**et [5]** 1/4 3/4 14/19 21/1 30/1
**Evans [3]** 11/16 12/7 15/13
**even [4]** 8/5 18/16 23/18 26/5
**ever [2]** 14/4 27/10
**everything [3]** 23/23 25/4 27/15
**evidence [1]** 30/17
**ex [2]** 17/11 17/24
**ex-wife [2]** 17/11 17/24
**Exchange [1]** 21/22
**excuse [2]** 10/17 29/20
**expect [1]** 18/9
**expected [1]** 10/12
**experience [2]** 23/1 24/25
**expert [1]** 28/16
**Expires [1]** 34/16
**explicit [1]** 12/22
**extreme [1]** 18/13
**eye [1]** 8/19

## F

**face [2]** 9/3 9/3
**fact [2]** 7/20 31/14
**Failla [1]** 7/1
**Failla's [1]** 31/7
**fails [1]** 4/16
**fair [1]** 32/3
**falling [1]** 25/6
**familiar [5]** 16/21 30/8 32/7 32/10
  33/14
**family [1]** 9/20
**family's [1]** 18/22
**famous [3]** 32/7 32/14 32/25
**far [3]** 10/22 15/8 21/11
**fast [1]** 25/18
**Federal [9]** 7/8 7/11 9/7 21/11 21/12
  21/15 21/19 21/20 21/23
**fee [4]** 4/19 11/23 12/9 12/10
**feel [6]** 4/22 19/4 20/1 20/22 23/22
  25/20
**fees [3]** 14/10 14/12 34/6
**Feiger [1]** 1/16
**few [1]** 7/4
**field [1]** 20/24
**Fifth [2]** 27/5 27/6
**figure [1]** 17/12
**file [2]** 5/11 5/18
**filed [3]** 3/19 4/6 12/13
**filing [1]** 7/25 8/1 26/14

## filings
**filings [1]** 7/16
**find [12]** 6/25 11/2 11/4 12/24 13/2
  13/23 13/24 15/18 19/11 24/23 33/11
  33/13
**findings [2]** 14/1 14/15
**fine [4]** 4/10 13/3 26/16 33/11
**firm [2]** 3/22 28/15
**first [8]** 3/18 22/18 23/17 23/22 23/24
  24/16 26/5 27/10
**five [1]** 8/6
**floor [1]** 32/15
**fly [1]** 13/19
**folks [3]** 8/24 8/25 21/23
**fool [1]** 6/19
**forced [1]** 19/18
**foregoing [2]** 34/4 34/5
**forgive [1]** 29/13
**form [1]** 31/15
**format [1]** 34/6
**FORT [15]** 1/3 1/5 1/21 7/6 7/13 7/24
  8/22 12/20 13/1 25/17 25/25 33/13
  33/14 34/14 34/17
**forward [1]** 29/3
**found [1]** 32/20
**Franklin [1]** 6/15
**frankly [1]** 9/8
**free [3]** 6/4 25/12 26/17
**frequently [3]** 7/15 8/24 14/9
**Friedman [1]** 1/16
**front [6]** 15/1 20/17 20/19 27/9 27/11
  31/20
**fulfill [1]** 4/17
**fulfilled [1]** 4/20
**fully [1]** 27/11
**funding [1]** 28/14
**funds [3]** 14/4 25/10 26/4
**further [3]** 9/17 26/20 34/6

## G

**games [1]** 15/17
**gentlemen [1]** 26/22
**get [27]** 8/4 8/11 13/11 13/19 13/20
  13/22 14/20 15/1 15/1 15/23 17/23
  20/11 20/24 20/25 21/2 22/11 22/14
  22/17 23/21 25/2 25/19 26/6 26/8
  26/17 30/18 31/17 31/25
**getting [1]** 11/24
**give [8]** 13/21 13/24 14/7 15/19 19/1
  22/12 27/3 31/22
**given [5]** 4/19 15/25 16/1 19/8 19/8
**giving [2]** 6/14 17/11
**glad [1]** 27/12
**go [13]** 9/17 11/18 12/7 15/2 15/11
  21/9 21/24 22/13 26/21 28/11 28/23
  30/24 32/21
**goes [3]** 12/6 23/11 24/17
**going [22]** 7/10 7/25 9/7 9/16 10/24
  11/13 11/18 11/20 13/2 13/19 13/19
  13/25 14/18 19/10 19/18 20/11 22/3
  22/23 25/4 28/25 29/3 30/22
**good [9]** 3/8 3/13 4/13 5/2 17/22 23/22
  25/19 25/23 25/4
**google [1]** 13/12
**got [2]** 6/9 25/17
**Governor [1]** 32/16
**grant [4]** 4/14 5/8 6/1 13/16
**granted [1]** 9/11

**G**

**greeting [1]** 1/13
**granular [2]** 31/6 31/17
**great [1]** 25/4
**groups [1]** 25/11
**guess [2]** 30/8 32/5
**guy [1]** 20/13
**GUZMAN [4]** 1/20 34/3 34/11 34/11

**H**

**hacking [1]** 18/17
**had [16]** 7/11 8/25 12/17 13/15 16/1
18/16 22/6 24/11 26/24 27/11 27/17
28/12 29/25 30/10 31/16 32/25
**Hal [1]** 3/10
**happened [1]** 19/11
**happy [5]** 4/4 5/8 10/16 10/22 27/21
**hard [1]** 9/14
**has [8]** 5/18 6/19 14/3 19/4 27/7 27/10
27/18 28/11
**have [93]**
**haven't [2]** 5/12 8/18
**he [19]** 5/17 13/12 13/14 14/8 15/14
15/17 19/9 24/11 25/3 27/12 28/11
28/12 28/13 31/14 31/23 32/25 32/25
33/1 33/1
**he'll [1]** 15/25
**he's [8]** 15/15 15/16 15/25 16/2 16/3
16/3 25/18 27/13
**head [1]** 25/25
**hear [3]** 4/4 10/22 15/20
**heard [1]** 33/1
**hearing [2]** 8/19 16/12
**hearings [1]** 1/8 8/21
**heated [1]** 32/16
**heck [1]** 25/16
**held [1]** 15/1
**help [3]** 20/7 26/7 26/19
**helpful [1]** 16/23
**here [35]**
**higher [1]** 22/23
**highest [2]** 6/12 21/21
**highly [1]** 25/9
**him [8]** 5/23 10/22 12/2 27/3 28/1 28/2
28/25 31/22
**himself [2]** 6/18 6/19
**hiring [1]** 10/25
**his [10]** 4/1 11/23 16/1 27/19 27/23
28/11 28/13 28/13 31/16 32/10
**history [5]** 17/7 18/7 18/13 18/14
32/24
**hit [1]** 17/5
**holds [1]** 15/17
**home [2]** 13/11 33/10
**honor [50]**
**Honor's [1]** 15/21
**HONORABLE [2]** 1/9 15/13
**hope [1]** 11/13
**hopeful [1]** 15/9
**hopefully [1]** 15/19
**how [2]** 3/19 4/22

**I**

**I'd [2]** 3/18 25/20
**I'll [5]** 3/6 6/2 10/16 27/11 28/21
**I'm [28]** 4/4 4/9 5/15 6/14 7/24 7/25
9/19 10/9 10/9 10/22 11/18 13/16

13/22 14/5 14/11 16/5 17/10 19/1
19/17 19/24 21/11 22/12 24/20 27/12
27/25 28/16 30/8 30/22
**I've [20]** 6/7 6/8 6/9 9/10 10/18 10/18
11/11 12/16 13/7 13/15 14/2 14/16
21/3 21/14 23/18 24/12 24/12 24/13
24/13 25/17
**idea [4]** 18/18 25/19 25/25 28/13
**imagine [1]** 17/10
**impactful [1]** 32/23
**important [1]** 19/25
**including [2]** 4/18 6/2
**incorrect [1]** 29/8
**indeed [2]** 9/4 9/15
**INDEX [1]** 2/1
**indicated [1]** 25/18
**indicates [2]** 17/16 29/5
**infirmary [1]** 8/20
**inform [1]** 27/24
**informants [1]** 21/25
**information [18]** 13/23 17/7 17/11
17/14 17/19 17/23 18/8 18/15 18/22
19/4 20/21 21/5 21/6 22/5 22/7 22/10
22/12 22/22
**initially [1]** 12/17
**instruct [1]** 27/18
**intelligence [1]** 23/8
**intend [1]** 24/16
**intention [2]** 10/25 11/19
**interested [1]** 32/3
**interesting [1]** 26/18
**interests [1]** 26/11
**interpret [1]** 12/13
**interrupt [1]** 28/21
**interrupts [1]** 4/8
**involves [1]** 17/11
**is [53]**
**issue [9]** 12/17 16/17 17/2 21/7 23/14
23/16 23/17 31/10 31/11
**issued [1]** 11/12
**issues [2]** 24/14 26/18
**it [58]**
**it's [26]** 3/23 4/10 5/2 5/2 6/11 6/11
6/17 7/20 8/2 8/3 8/5 13/3 13/23 19/11
21/4 24/23 26/7 26/8 29/16 30/16 31/8
31/8 31/9 32/6 33/2 33/13

**J**

**Jail [1]** 15/2
**January [1]** 31/7
**Jaws [1]** 20/14
**job [1]** 5/2
**John [1]** 13/12
**JOHNSON [29]** 1/7 3/4 3/14 3/16
3/24 4/21 5/12 6/6 12/17 13/17 14/17
15/2 15/24 16/2 16/7 16/11 23/8 27/10
27/18 27/25 28/22 29/4 31/20 32/11
32/16 32/21 32/25 33/3 33/3
**Johnson's [1]** 28/9
**journalist [1]** 24/13
**judge [19]** 1/9 6/8 7/1 7/17 11/12
11/16 12/7 13/12 15/7 15/15 15/15
17/3 17/6 17/9 22/6 22/8 25/17 31/7
33/10
**judges [3]** 7/8 7/11 13/9
**judgment [2]** 19/18 24/1
**judgments [1]** 24/24

**Judicial [1]** 34/7
**jump [1]** 26/19
**just [23]** 3/25 6/2 6/8 9/1 9/14 11/11
11/8 13/19 15/6 15/21 15/22 18/10
19/23 21/15 24/7 24/24 25/20 27/12
28/16 29/2 29/17 31/5 31/18
**Justice [2]** 21/21 23/1

**K**

**keep [2]** 8/11 25/6
**keeping [2]** 13/25 30/11
**kind [1]** 11/13
**kindness [1]** 9/25
**know [26]** 5/23 6/16 7/6 7/9 7/18 12/4
14/11 16/2 16/2 16/3 18/13 18/18
18/21 18/23 22/11 22/20 25/15 25/19
26/1 26/25 27/15 30/22 31/14 31/22
32/18 32/19
**knowing [1]** 18/16

**L**

**Lambert [5]** 3/10 3/10 14/6 20/24
29/25
**largely [1]** 32/14
**largest [2]** 7/7 17/6
**last [6]** 3/20 7/22 8/7 9/14 29/14 29/17
**later [2]** 24/19 32/21
**lavishly [1]** 18/11
**law [8]** 12/12 21/11 21/13 21/15 21/23
23/9 26/6 26/7
**lawsuit [11]** 6/10 14/20 14/24 21/17
23/6 23/12 23/17 28/14 31/16 32/16
32/19
**lawyer [7]** 4/15 4/17 4/20 4/21 4/22
14/5 27/17
**lawyer's [2]** 4/18 4/19
**lawyers [1]** 14/8
**leader [1]** 32/22
**leash [1]** 13/25
**least [4]** 22/25 23/7 25/15 27/8
**leave [3]** 6/4 9/11 20/4
**leery [1]** 17/10
**leg [2]** 33/2 33/4
**legal [3]** 19/1 24/10 24/11
**less [3]** 8/2 15/17 19/25
**let [7]** 5/23 7/4 7/18 22/11 28/2 28/21
30/15
**Let's [1]** 28/2
**level [1]** 21/21
**liberally [1]** 12/13
**light [1]** 29/2
**like [18]** 3/18 3/25 4/3 8/16 13/3 14/16
14/19 15/6 17/8 17/12 18/8 22/3 22/6
23/22 25/3 26/5 33/4 33/9
**likes [1]** 25/17
**Lincoln [2]** 6/16 14/7
**list [1]** 26/2
**litigate [1]** 31/6
**litigation [2]** 14/9 30/16
**little [3]** 17/10 18/19 30/5
**live [1]** 9/5
**living [1]** 16/3
**LLC [2]** 1/4 3/4
**LLP [2]** 1/12 1/16
**local [6]** 12/19 12/23 13/2 13/5 15/18
20/6
**locate [1]** 25/10

## L

**London [1]** 9/10
**long [5]** 7/20 10/18 14/16 22/4 30/12
**look [2]** 26/2 28/2
**looked [1]** 8/4
**looking [1]** 12/24
**Looks [1]** 22/6
**loser [1]** 14/10
**lot [4]** 8/12 13/8 20/10 22/1
**Lyndon [1]** 32/11

## M

**made [6]** 5/13 21/13 22/8 23/8 26/23 31/12
**magnitude [1]** 6/12
**Mail [2]** 1/22 34/19
**majority [1]** 32/22
**make [11]** 5/11 5/17 9/14 10/1 17/25 22/20 23/2 23/24 23/25 24/16 26/14
**making [1]** 24/24
**many [1]** 33/11
**MARK [1]** 1/9
**marked [1]** 18/4
**material [3]** 17/13 21/16 29/15
**materials [2]** 27/16 27/23
**matter [6]** 3/3 5/2 10/14 11/10 16/6 34/5
**matters [2]** 19/25 21/21
**may [27]** 1/6 3/2 5/1 5/4 5/23 6/20 6/21 6/25 7/6 7/6 9/19 10/3 10/4 14/14 16/14 18/15 20/3 20/12 24/5 25/2 25/2 26/18 27/22 28/6 29/6 29/10 34/9
**maybe [2]** 26/16 29/3
**McBryde [3]** 13/12 15/7 33/10
**me [37]**
**mean [2]** 18/9 18/16
**means [2]** 7/19 14/3
**meantime [1]** 11/8
**mechanical [1]** 1/24
**mediation [8]** 5/20 5/24 11/15 11/23 12/7 15/12 15/14 26/12
**merit [1]** 15/10
**merits [1]** 24/21
**mess [1]** 7/25
**message [5]** 29/20 29/21 30/7 30/12 31/13
**messages [3]** 30/1 30/11 31/11
**method [1]** 14/3
**mguzman.csr [2]** 1/22 34/19
**might [15]** 6/16 13/11 14/14 15/6 17/10 20/4 20/6 25/16 25/23 25/24 26/6 27/23 28/10 30/4 33/10
**mind [1]** 4/10
**mindful [1]** 16/23
**missing [1]** 31/11
**missionary [1]** 9/25
**misstatements [1]** 31/12
**moat [2]** 25/1 25/1
**money [1]** 26/15
**MONICA [4]** 1/20 34/3 34/11 34/11
**month [1]** 30/14
**monthly [1]** 7/15
**months [5]** 8/3 8/3 8/3 8/6 30/14
**more [7]** 7/14 8/5 9/2 13/9 19/24 23/14 33/14
**morning [1]** 28/5
**Moses [1]** 32/10

## N

**name [4]** 3/20 13/12 23/19 32/8
**NCRA [1]** 34/12
**necessary [1]** 11/2
**need [19]** 5/10 6/22 9/16 10/15 12/24 13/5 14/22 15/20 20/23 22/5 22/10 22/17 23/4 23/21 27/2 27/6 29/11 30/23 31/3
**needs [3]** 10/13 16/17 19/5
**new [6]** 7/1 11/12 13/4 14/7 17/1 31/16
**next [1]** 5/11
**night [2]** 29/14 29/17
**no [19]** 1/4 4/24 6/22 10/4 10/9 10/10 16/8 18/1 18/9 18/23 19/15 21/12 22/8 22/15 23/18 30/25 33/8 34/12 34/12
**NORTHERN [3]** 1/2 12/25 34/13
**not [41]**
**noted [1]** 31/11
**notify [1]** 4/1
**November [1]** 9/13
**now [9]** 6/7 6/13 6/17 7/17 12/25 21/20 25/2 28/1 30/1
**number [4]** 3/4 7/16 30/10 32/20
**numbers [2]** 7/15 7/22 7/25 8/7

## O

**objection [7]** 4/24 16/6 19/15 21/12 21/14 22/15 30/25
**objectionable [1]** 21/4
**objections [2]** 13/18 18/23
**obligation [8]** 4/17 4/18 4/20 12/14 13/18 13/24 14/24 25/22
**obligations [1]** 4/1
**Obviously [1]** 26/17
**off [1]** 33/10
**Office [2]** 7/22 23/2
**Official [1]** 34/13
**oftentimes [1]** 14/9
**Oh [2]** 4/9 29/13
**okay [18]** 4/25 6/5 6/23 7/2 7/4 8/14 8/15 10/2 10/5 10/12 12/4 12/12 21/9 22/18 29/4 29/9 30/20 31/3
**omissions [1]** 31/12
**once [1]** 30/16
**one [13]** 6/17 7/5 9/24 13/2 13/24 15/22 16/22 17/6 17/15 23/14 25/15 29/19 32/23
**online [1]** 16/3
**only [7]** 5/10 7/8 7/11 17/19 20/17 21/2 31/20

## most – pleadings

**most [3]** 16/4 16/22 32/23
**motion [22]** 1/8 2/5 2/12 3/18 3/18 4/6 4/14 5/6 6/1 6/6 6/7 13/1 15/8 15/22 16/13 17/3 18/10 23/24 23/25 26/21 28/25 31/9
**move [1]** 25/18
**Mr [32]** 3/10 3/14 3/16 3/24 4/3 4/21 5/12 6/6 12/17 13/17 14/6 14/17 15/24 16/2 16/7 16/11 20/24 21/1 21/3 23/7 23/8 27/10 27/18 27/25 28/9 28/15 28/22 28/23 29/4 29/25 31/20 33/3
**much [2]** 8/11 13/9
**Musk [3]** 28/12 28/14 28/15
**my [36]**
**myself [1]** 25/20

## opportunity – owe

**opportunity [1]** 16/19
**opposite [1]** 7/21
**option [1]** 8/23
**order [8]** 5/20 9/12 16/12 17/16 26/21 30/20 31/7 31/10
**ordered [1]** 3/15
**ordering [2]** 30/15 30/22
**orders [2]** 11/12 12/18
**other [7]** 7/10 9/3 9/25 10/15 14/23 21/22 25/4
**others [1]** 19/25
**otherwise [1]** 10/21
**our [10]** 7/22 12/22 12/22 13/10 14/22 15/22 17/7 25/22 25/23 32/24
**out [12]** 3/24 9/10 9/12 12/20 17/12 19/5 25/4 25/5 25/11 26/21 28/4 30/21
**owe [1]** 5/3

## P

**p.m [2]** 1/7 3/2
**PAGE [1]** 2/2
**paid [3]** 12/2 12/9 12/10
**pandemic [1]** 9/2
**paraplegic [1]** 9/1
**parking [1]** 23/19
**part [5]** 9/23 13/6 23/10 25/22 30/20
**participate [1]** 14/14
**participating [1]** 14/24
**Particularly [1]** 5/19
**parties [2]** 18/4 18/5
**party [2]** 13/22 26/24
**patience [2]** 14/17 14/18
**patient [1]** 6/25
**pattern [2]** 12/16 14/13
**pay [5]** 4/18 4/21 5/4 11/23 26/15
**Pearl [1]** 1/13
**pending [1]** 31/16
**people [3]** 14/18 22/1 22/4
**people's [2]** 18/8 18/15
**perfectly [3]** 10/19 13/3 26/8
**Perhaps [1]** 13/16
**permits [1]** 4/15
**person [6]** 3/25 6/19 9/5 10/13 10/17 11/21
**personal [5]** 5/2 17/6 18/22 19/4 21/5
**personally [2]** 17/14 18/8 18/15
**perturbed [1]** 30/5
**Petit [1]** 25/3
**Philippe [1]** 25/3
**phone [6]** 20/23 21/1 21/3 26/2 29/22
**photograph [1]** 9/12
**photographs [1]** 9/9
**physician [3]** 9/20 9/21 10/20
**physicians [1]** 9/24
**pick [3]** 20/23 21/3 33/12
**Piper [1]** 1/12
**PITTMAN [1]** 1/9
**place [2]** 32/14 32/18
**plaintiff [11]** 1/12 3/6 4/1 9/11 17/1 17/4 17/12 18/13 19/8 24/9 31/11
**plaintiff's [1]** 18/21
**plaintiffs [3]** 3/9 12/6 17/16
**plaintiffs' [1]** 24/21
**planning [1]** 11/20
**platform [1]** 31/13
**play [1]** 15/17
**pleadings [2]** 12/13 32/3

**P**

podium [1]  16/18
point [8]  1/4 3/3 3/9 7/10 7/11 13/22
 14/3 14/5
pointed [2]  9/10 9/11
points [1]  24/23
police [2]  14/15 19/23
politics [2]  32/3 32/4
population [1]  7/13
populationwise [1]  7/7
possession [1]  29/25
possible [4]  5/18 15/10 27/20 29/16
possibly [1]  12/16
posted [1]  9/13
potentially [1]  18/20
power [1]  32/4
practice [1]  8/22
predecessor [1]  13/13
prepared [2]  12/7 13/16
prescribed [1]  34/7
present [2]  4/3 25/14
presented [1]  29/5
presents [1]  26/18
president [4]  32/21 32/22 32/22 32/24
presidential [1]  32/23
presiding [1]  15/15
Preston [1]  1/17
presumably [1]  16/6
pretty [1]  13/25
previous [1]  22/6
previously [2]  13/7 16/1
printed [1]  28/4
printout [1]  29/5
prior [2]  24/24 28/15
pro [6]  10/24 11/2 12/13 15/25 20/8
 25/23
probably [5]  7/25 19/17 19/21 29/1
 32/7
problem [2]  20/8 29/23
proceed [1]  11/2
proceeding [1]  10/24
proceedings [4]  1/24 16/24 33/18
 34/5
produce [3]  13/18 22/5 22/7
produced [2]  1/24 18/11
producing [1]  22/23
Professional [1]  4/14
pronounce [1]  3/19
proposed [1]  17/15
protected [9]  17/7 17/14 18/8 18/15
 18/22 21/6 22/22 23/23 24/15
protects [1]  17/13
protocol [1]  17/18
provide [2]  17/13 20/5
provided [2]  5/21 17/16
public [1]  21/13
purge [1]  15/3
purged [1]  31/14
pursuant [1]  15/24

**Q**

quarter [1]  17/8
question [2]  28/10 32/6
questions [1]  20/25
quickly [1]  8/10
quiet [1]  6/22

Quint [1]  20/13
quite [2]  14/8 18/11

**R**

raining [1]  33/2
rather [1]  7/18
reactivate [1]  27/19 28/11
Reactivation [1]  2/18
read [1]  14/11 15/7 24/12 33/10
real [1]  14/10
really [5]  17/22 19/12 20/2 26/7 31/5
reason [2]  13/6 18/9 24/8
reasonable [2]  4/19 18/23
reasons [1]  13/6
receiving [1]  16/6
recently [1]  17/5
recess [1]  33/16
record [6]  3/25 9/10 10/19 15/23 31/8
 34/5
recourse [2]  19/3 19/5
regarding [4]  2/18 4/17 12/18 31/12
Region [1]  15/16
relatively [1]  9/24
relevant [2]  17/19 20/22
relief [1]  13/17
remember [1]  6/17
reminded [1]  27/18
reparations [1]  17/8
reported [1]  1/24
REPORTER [3]  1/20 4/8 34/13
REPORTER'S [1]  33/19
represent [4]  3/7 15/19 25/19 26/8
representations [2]  12/5 23/8
Representative [1]  32/15
represented [7]  6/10 6/13 13/3 21/18
 22/6 26/12 29/24
representing [3]  4/16 20/23 25/6
represents [2]  6/18 6/19
request [10]  4/4 4/22 9/16 9/18 10/6
 10/10 11/1 15/23 21/4 26/23
requests [4]  8/17 10/8 18/24 19/14
require [1]  12/23
requires [1]  12/12
resolution [1]  21/2
resource [1]  25/24
resources [2]  20/6 26/3
respond [2]  13/21 28/22
response [2]  9/9 30/9
responses [1]  20/22
responsive [1]  29/1
restore [4]  28/18 29/16 30/23 30/23
result [2]  8/9 32/19
retain [2]  18/20 18/20
retained [1]  31/15
returning [1]  20/25
reverse [1]  27/6
review [1]  13/15
reviewed [3]  21/4 27/15 29/14
RICO [2]  23/17 23/20
rid [1]  8/4
right [10]  3/12 6/1 10/25 11/9 16/9
 23/9 24/18 28/1 33/9 33/16
rights [3]  23/23 24/10 24/11
Road [1]  1/17
Robert [2]  32/8 32/10
Room [2]  1/20 34/17
roughly [1]  31/16

route [1]  26/16
RPR [3]  1/20 34/3 34/11
Rule [1]  15/24
rules [9]  4/14 9/8 11/5 12/15 12/19
 12/22 12/22 13/10 30/16
ruling [2]  17/3 27/15
Ruling.............................26 [1]  2/16
rulings [1]  15/8
run [4]  7/15 8/10 13/7 17/17

**S**

said [10]  6/15 7/23 12/14 15/6 18/22
 22/13 26/4 26/15 28/12 33/9
same [4]  11/5 12/6 15/18 15/19
sanction [1]  19/21
sanctioned [1]  13/20
sanctions [1]  27/7
satisfy [1]  9/1
save [1]  29/3
saw [4]  7/22 8/7 12/18 22/2
say [10]  11/11 14/8 21/3 23/4 25/16
 30/9 32/2 32/4 32/25 33/2
saying [6]  7/24 10/10 14/19 21/24
 30/2 32/25
says [3]  18/3 28/17 28/18
scheduled [2]  5/24 11/15
scheduling [1]  5/19
School [1]  26/6
screenshot [1]  28/17
se [5]  10/24 11/2 12/13 15/25 20/8
search [2]  17/17 28/25
second [2]  32/13 32/14
secret [2]  22/22
Securities [1]  21/22
see [8]  3/23 8/16 8/16 8/18 14/13 25/9
 29/17 31/23
seek [1]  17/19
seem [1]  25/14
seen [4]  9/9 10/18 12/16 14/3
senate [2]  32/21 32/22
sense [1]  17/25
sentenced [1]  9/5
series [2]  32/11 32/13
served [2]  8/17 21/13
service [1]  15/25
services [1]  4/18
several [1]  16/25
severe [1]  27/8
shared [1]  18/5
sharks [3]  20/10 25/1 25/7
Sharon [1]  17/9
she [2]  31/10 31/11
shenanigans [1]  8/12
shoes [1]  20/9
short [4]  9/24 13/25 16/16 16/16
should [3]  4/1 14/4 21/15
show [5]  9/22 10/21 12/17 23/2 27/12
showing [2]  11/21 22/21
shown [2]  19/20 27/25
sic [2]  4/1 8/20
side [2]  8/5 25/5
sides [2]  19/2 25/1
Signal [7]  29/20 30/1 30/7 31/5 31/10
 31/11 31/13
Signed [1]  34/9
sir [14]  3/16 5/13 6/24 10/11 11/17
 11/19 15/5 16/8 16/20 23/15 28/7

## S

sitting [1] 3/10
situation [1] 17/3
six [1] 8/6
smart [1] 26/7
some [14] 12/17 13/21 19/2 19/3 19/4 20/6 20/6 20/22 22/21 24/14 26/6 26/18 27/23 29/3
somebody [6] 15/16 26/13 26/13 26/17 33/12 33/13
someone [6] 12/24 13/4 14/13 23/1 25/10 25/14
something [8] 6/15 6/17 10/14 17/8 18/3 20/1 20/3 26/25
soon [2] 5/18 15/10
sophisticated [1] 14/11
sorry [2] 4/9 5/16
sort [3] 16/16 19/2 22/21
sorts [1] 8/24
sought [1] 13/17
source [1] 18/20
sources [1] 24/16
Southern [1] 7/1
speak [3] 6/23 8/14 16/19
specifically [1] 12/19
speech [1] 14/7
speeding [1] 23/19
spending [1] 16/3
spoliation [2] 26/24 30/17
spot [1] 25/17
stage [1] 24/1
stand [3] 16/18 29/11 33/16
stark [1] 8/5
state [3] 7/10 15/14 27/11
statements [1] 18/14
STATES [4] 1/1 1/9 9/4 34/8
stems [3] 23/17 24/6 31/14
stenography [1] 1/24
Stevenson [1] 32/17
still [3] 11/5 12/14 21/4
stop [2] 30/15 33/10
stories [1] 33/1
Street [3] 1/13 1/20 34/17
stringent [1] 13/9
students [1] 26/7
stuff [3] 14/19 19/11 20/16
subject [2] 11/5 11/24
submit [1] 17/17
Substack [7] 14/19 27/23 28/10 28/12 29/20 29/24 30/9
substantially [1] 4/17
such [2] 22/8 31/15
sued [1] 29/25
suffering [1] 8/20
suggest [1] 22/24
Suite [2] 1/13 1/17
summary [1] 23/25
summer [1] 9/4
sure [6] 5/17 19/6 22/19 23/13 28/4 32/5
swimming [1] 20/10
system [3] 29/21 30/7 30/12

## T

table [1] 3/11
take [10] 3/18 7/20 10/16 10/16 15/9

15/11 20/4 20/14 24/18 28/3
taken [1] 28/9
taking [1] 26/25
talk [2] 24/10 25/16
talked [1] 13/7
talking [2] 14/11 24/21
Tarrant [3] 20/5 25/25 33/11
Telephone [4] 1/14 1/18 1/21 34/18
tell [11] 3/6 3/19 6/9 7/17 9/22 10/21 22/1 30/23 31/3 32/2 33/2
telling [2] 22/4 24/24
ten [1] 7/14
tend [3] 8/10 13/7 13/9
tentative [2] 14/1 15/8
terms [2] 17/17 17/17
TEXAS [13] 1/2 1/5 1/14 1/18 1/21 7/10 7/13 12/25 26/6 32/20 34/12 34/13 34/17
texts [1] 30/1
than [6] 7/14 8/2 9/3 13/8 15/17 19/25
thank [6] 3/16 3/16 6/5 16/10 16/20 31/4
that [207]
that's [26] 4/10 5/20 5/24 5/25 6/14 8/22 10/7 10/9 11/9 12/24 13/2 13/17 13/25 14/5 15/8 18/6 23/10 25/22 25/24 26/12 26/16 27/20 28/19 29/8 30/17 30/21
their [1] 14/18
them [11] 5/3 17/9 18/3 22/11 22/12 22/15 26/15 30/24 31/3 31/14 31/15
Then [3] 10/12 31/3 32/15
there [20] 5/23 10/13 15/10 16/25 18/7 19/5 20/10 22/8 23/7 25/1 25/6 25/11 25/11 26/13 26/21 28/10 30/21 30/24 31/1 32/7
there's [14] 4/7 4/13 5/20 10/14 17/2 18/13 18/14 21/7 23/16 23/20 26/5 26/20 28/17 30/25
these [12] 3/25 7/25 13/18 13/22 15/10 16/24 19/13 19/17 20/22 24/16 24/23 27/25
they [23] 5/4 5/14 13/8 14/4 14/14 17/17 17/19 17/22 17/23 18/15 20/5 21/15 21/24 22/11 22/13 22/17 23/24 29/15 29/19 29/20 29/23 30/4 31/15
they'll [3] 13/5 15/19 26/2
they're [6] 13/19 21/10 21/17 24/14 24/15 33/14
they've [1] 5/10
thing [4] 5/10 11/13 12/6 15/22
things [9] 6/6 7/5 7/20 8/10 13/7 17/15 24/11 26/5 29/19
think [26] 5/1 7/19 8/7 10/14 13/13 14/10 15/14 16/4 16/17 18/12 18/25 19/10 21/15 22/5 23/16 24/5 25/24 27/2 27/5 27/20 29/1 29/3 29/22 29/23 30/22 31/13
third [2] 13/22 26/24
this [50]
THOMPSON [5] 1/12 3/9 21/3 23/7 28/23
Thompson's [1] 21/1
those [10] 5/4 5/5 5/13 6/2 6/17 7/14 9/8 28/2 30/2 34/7
thought [2] 28/10 28/14
three [2] 6/8 7/16

through [1] 4/15
ticket [3] 6/11 23/19 23/19
tightrope [2] 24/23 25/2
time [26] 4/4 7/20 7/23 8/12 9/14 10/1 10/18 11/1 13/21 14/10 14/11 14/15 14/15 14/16 14/17 14/18 16/3 16/20 19/23 24/17 24/19 25/23 27/10 29/3 30/10 30/12
times [2] 7/14 7/16
title [1] 15/18
today [12] 3/17 9/15 9/22 10/21 15/23 16/21 18/10 19/20 20/1 20/4 27/12 30/16
today's [1] 16/12
told [3] 22/7 24/11 31/19
too [3] 8/11 14/20 22/11
took [2] 32/14 32/18
top [1] 22/22
Trade [1] 25/3
traffic [1] 6/11
transcript [5] 1/8 1/24 11/11 34/4 34/6
trap [1] 19/17
travel [2] 10/20 10/23
traveling [1] 9/13
trial [1] 8/1
trials [1] 9/3
trick [1] 32/6
tried [1] 7/23
trouble [7] 11/24 13/20 14/12 14/20 26/9 30/18 31/25
true [3] 6/20 18/6 34/4
truthful [1] 14/22 15/17
try [11] 7/2 11/3 13/24 22/14 22/17 26/16 27/3 27/7 27/8 29/17 33/13
turn [2] 21/5 21/16
tweets [1] 30/1
Twitter [4] 14/18 28/16 29/16 30/22
two [6] 7/8 7/11 8/2 30/14 31/16 33/15
Tyler [1] 7/12
type [1] 14/4
typically [1] 21/24 22/2 22/25

## U

U.S [1] 23/2
Uber [1] 20/4
under [4] 4/14 11/9 23/22 23/24
understand [22] 5/6 8/19 11/25 15/4 15/21 16/11 19/12 19/16 19/22 20/12 20/15 23/5 23/7 24/2 24/5 26/10 27/2 28/24 30/4 31/24 32/1 33/5
Understood [3] 8/13 14/21 27/4
unfortunately [1] 8/21
UNITED [4] 1/1 1/9 9/4 34/8
unless [3] 4/20 8/14 26/20
unrelated [1] 17/24
unspecific [1] 29/21
until [3] 6/22 8/1 15/3
unusual [1] 22/2
up [21] 3/18 5/20 7/25 8/11 9/22 10/16 10/16 10/21 11/21 16/18 19/20 20/16 20/23 21/3 23/2 24/18 26/2 26/25 27/12 28/3 31/10
upcoming [1] 26/12
urinate [2] 33/2 33/3
us [3] 1/12 4/11 27/9
use [4] 10/16 12/20 26/5 29/21
used [3] 14/7 14/8 32/25

**U**

**usually [1]** 33/10

**V**

**vaguely [1]** 30/8
**valid [1]** 24/22
**valuable [1]** 22/1
**vendor [1]** 26/24
**versus [1]** 8/3
**very [12]** 5/4 7/19 8/9 8/10 12/22 13/7 20/11 22/1 22/4 25/15 25/18 32/3
**vice [1]** 32/22
**view [1]** 24/8
**violations [3]** 12/19 12/19 17/6
**VOL [1]** 2/2
**VOLUME [1]** 1/8
**votes [1]** 32/20
**vs [2]** 1/6 3/4

**W**

**walking [2]** 19/16 24/25
**want [22]** 6/10 7/19 11/11 13/11 13/13 14/14 15/6 15/9 15/16 16/22 20/3 20/4 20/13 21/5 24/7 25/5 25/16 26/13 31/6 31/17 31/18 33/10
**wanted [2]** 26/11 29/2
**wanton [1]** 18/7
**warning [1]** 4/19
**was [26]** 3/19 6/15 7/9 8/7 8/8 9/23 9/23 9/25 13/12 16/21 16/22 17/5 19/7 22/2 23/1 23/8 23/23 24/10 24/11 28/9 28/13 28/14 30/3 30/11 32/7 32/16
**waters [1]** 20/10
**way [6]** 13/11 17/13 21/2 22/25 23/7 33/9
**we [48]**
**we'll [4]** 5/17 26/21 30/24 33/16
**we're [7]** 3/3 8/6 13/8 22/3 24/8 26/25 27/14
**we've [2]** 9/1 18/16
**well [25]** 3/15 5/3 5/5 6/21 8/8 9/11 9/21 9/23 11/3 12/4 13/5 16/25 18/25 21/8 21/17 22/17 23/20 24/10 24/11 24/18 26/18 29/23 30/13 31/1 32/13
**went [4]** 6/3 25/3 29/24 32/21
**were [10]** 6/9 20/9 22/8 22/9 23/7 23/8 23/23 25/5 29/20 29/25
**what [18]** 4/1 8/16 8/18 9/6 9/8 9/11 10/7 10/9 12/16 12/18 13/14 14/2 14/11 18/25 24/12 24/12 24/20 29/22
**what's [4]** 10/19 20/17 29/4 31/20
**whatever [2]** 22/13 23/3
**when [18]** 8/16 13/10 14/10 14/23 18/12 18/12 20/3 22/2 23/1 23/25 25/3 27/7 29/11 29/14 29/14 29/24 31/16 32/25
**whenever [1]** 21/14
**where [8]** 13/4 15/1 16/2 16/3 17/2 17/23 20/1 20/10
**whether [5]** 11/4 12/20 14/3 14/24 28/11
**which [6]** 17/1 17/1 17/3 29/21 29/21 29/22
**while [1]** 26/7
**who [5]** 3/6 3/7 6/18 6/19 9/25
**why [6]** 9/21 13/6 16/18 23/21 25/24 30/9

**wife [2]** 17/11 17/24
**will [23]** 3/8 6/1 7/3 9/6 10/7 10/12 14/25 14/20 16/12 18/19 17/17 18/5 22/11 22/13 23/2 24/16 24/18 26/20 30/13 30/15 30/20 31/4 32/2
**WILLENBURG [4]** 1/20 34/3 34/11 34/11
**WILLIAM [2]** 1/12 1/16
**willing [2]** 13/21 13/22
**win [1]** 14/4
**window [1]** 9/24
**winner [1]** 14/9
**withdraw [12]** 2/5 3/23 4/2 4/6 4/14 4/16 4/20 4/23 5/9 6/2 9/16 9/18
**withdrawing [2]** 10/6 10/10
**within [4]** 5/11 5/18 24/10 24/11
**without [1]** 18/16
**won't [2]** 22/4 33/4
**wonder [1]** 14/2
**work [3]** 9/25 21/23 28/15
**worked [1]** 22/13
**working [4]** 21/20 21/21 22/3 22/9
**workload [2]** 7/18 8/11
**works [1]** 22/25
**World [1]** 25/3
**WORTH [15]** 1/3 1/5 1/21 7/6 7/13 7/24 8/22 12/21 13/1 15/17 25/25 33/13 33/14 34/14 34/17
**Worth-based [1]** 13/1
**would [43]**
**wouldn't [2]** 4/10 19/20
**write [1]** 24/12
**written [3]** 24/12 24/13 24/13

**X**

**XXX [1]** 30/1

**Y**

**yahoo.com [2]** 1/22 34/19
**Yeah [4]** 16/15 23/11 28/19 32/5
**year [2]** 9/14 31/8
**years [5]** 6/8 8/2 21/20 24/25 31/17
**yes [22]** 4/5 4/12 5/17 5/21 6/24 10/10 10/11 11/17 12/8 12/10 15/5 16/20 20/15 21/7 23/15 24/2 28/7 29/8 29/11 32/4 32/9 33/6
**yet [2]** 12/2 17/5
**York [5]** 7/1 11/12 13/4 17/2 31/16
**you [211]**
**you'd [2]** 4/3 13/3
**you'll [3]** 11/24 12/5 17/16
**you're [27]** 6/4 7/9 8/20 9/15 10/19 10/24 11/5 11/18 11/20 13/4 14/10 14/25 16/25 19/10 19/16 20/1 20/9 20/11 20/16 22/1 22/23 30/1 30/16 30/21 32/2 32/3 32/7
**you've [2]** 8/17 27/15
**you-all [1]** 12/7
**your [83]**
**yourself [5]** 9/13 15/3 21/18 25/14 26/8

**Z**

**zero [1]** 21/14
**Zoom [1]** 8/21