UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**POINT BRIDGE CAPITAL, LLC, ET AL.,**

   **Plaintiffs,**

v.   No. 4:24-cv-00988-P

**CHARLES JOHNSON,**

   **Defendant.**

## ORDER TO SHOW CAUSE

On May 8, 2025, the Court held a hearing on Counsel for Defendant's Motion to Withdraw. ECF No. 54. At the hearing, and in the subsequent order on the motion, the Court informed Mr. Johnson that he would be expected to attend the scheduled mediation in person and to pay for his part of the mediation fee. *See* ECF Nos. 52 at 1 n.1; 55 at 11 (The Court: "You better pay his mediation fee or you'll be subject to getting in trouble from me. Do you understand that?" Mr. Johnson: "I do."). It has come to the Court's attention that despite being warned, in a written order and at the hearing, that Mr. Johnson would be subjected to sanctions for failing to pay for or participate in the mediation, Mr. Johnson did neither. In fact, the mediator canceled the mediation because Mr. Johnson failed to provide any of the information or documents requested by the mediator and failed to pay his portion of the mediation fee. Consequently, the Court finds it appropriate to **SET** a show cause hearing on this issue for **Thursday, June 5, 2025, at 1:30 p.m.**, in the fourth-floor courtroom of the Eldon B. Mahon United States Courthouse. Mr. Johnson shall come prepared to **SHOW CAUSE** as to why he should not be sanctioned for failing to comply with the Court's orders and participate in this litigation.

   **SO ORDERED** on this **21st day of May 2025.**

*[Signature: Mark T. Pittman]*

MARK T. PITTMAN
UNITED STATES DISTRICT JUDGE