IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **Point Bridge Capital, LLC,** § | | |
| **Hal Lambert** § | | |
| § | | |
| *Plaintiffs,* § | | |
| v. § | Case No. 4:24-cv-00988-P | |
| § | | |
| **Charles Johnson,** § | | |
| *Defendant* § | | |
| § | | |
| § | | |

# ORDER

On this day, the Court Considered Plaintiff's Motion for Further Relief And Notice of Defendant Johnson's Non-Compliance with Court's May 8, 2025 (the "Motion"). Having considered the Motion relevant docket entries, and applicable law, the Court **GRANTS** the Motion.

- Defendant Charles Johnson shall, within **seven (7) days** of this Order, surrender all devices, accounts, and sources of electronically stored information identified in the May 8, 2025 Order (ECF No. 52) to a **neutral third-party vendor** agreed upon by the parties or, if no agreement is reached within those seven days, Plaintiff shall submit the issue to the Court with **ten (10) days** of this Order.

- The third-party vendor shall conduct searches using the Plaintiffs' May 15, 2025 search terms and collect all responsive documents. The vendor shall apply a privilege filter in accordance with the protocol previously provided by Plaintiffs and shall produce to Plaintiffs all non-privileged responsive documents.

- Defendant shall bear all costs of the vendor's collection, processing, and production efforts.

- Defendant shall also supplement his written discovery responses in compliance with Rule 34(b)(2)(C) within **ten (10) days** of this Order, identifying all sources searched, documents withheld, and the basis for any objections or privilege assertions.

- Defendant shall bear all fees and costs that Plaintiffs incurred in seeking all discovery in this case. Within **fourteen (14) days** of this order, Plaintiffs shall submit an itemized request for fees and costs

- To ensure compliance with these Order, the Court **SETS** an additional hearing on the matter for **June 19, 2025, at 2:00 pm**. Should it be discovered that Defendant Charles Johnson failed to comply with this Order, the Court will exercise its authority under 18 U.S.C. § 401, and Mr. Johnson **WILL** be arrested by the United States Marshals and held in custody until such time as he fully complies with the Court's Order and purges his contempt.

**SO ORDERED on this the 5th day of June 2025**.

_____
Hon. Mark T. Pittman
United States District Judge