1                IN THE UNITED STATES DISTRICT COURT

2                FOR THE NORTHERN DISTRICT OF TEXAS

3                         FORT WORTH DIVISION

4    POINT BRIDGE CAPITAL, LLC      )      CASE NO. 4:24-CV-00988-P
     ET AL                          )
5                                   )
                                    )      FORT WORTH, TEXAS
6    vs.                            )
                                    )      JUNE 5, 2025
7    CHARLES JOHNSON                )      1:45 P.M.

8
                                VOLUME 1
9                   TRANSCRIPT OF SHOW CAUSE HEARING
                  BEFORE THE HONORABLE MARK T. PITTMAN
10                UNITED STATES DISTRICT COURT JUDGE

11

12   A P P E A R A N C E S:

13   FOR THE PLAINTIFF:        WILLIAM BENNETT THOMPSON
                               DLA Piper, LLP US
14                             1900 N. Pearl Street
                               Suite 2200
15                             Dallas, Texas  75201
                               Telephone:  214.743.4500
16

17   PRO SE DEFENDANT:         CHARLES JOHNSON
                               1624 Fieldthorn Drive
18                             Reston, Virginia  20194
                               Telephone:  617.429.4718
19

20   COURT REPORTER:           MONICA WILLENBURG GUZMAN, CSR, RPR
                               501 W. 10th Street, Room 310
21                             Fort Worth, Texas  76102
                               Telephone:  817.850.6681
22                             E-Mail:  mguzman.csr@yahoo.com

23

24   Proceedings reported by mechanical stenography, transcript
     produced by computer.
25

1                              **INDEX**

2                                              PAGE  VOL.

3

4   Appearances ................................3      1

5

6   Comments by the Court ......................3      1

7

8   Discussion with the Court ..................4      1

9

10  Court's Ruling ............................24      1

11

12  Proceedings Adjourned .....................29      1

13

14  Reporter's Certificate ....................30      1

15

16

17

18

19

20

21

22

23

24

25

```
 1                     P R O C E E D I N G S
 2                  (June 5, 2025, 1:45 p.m.)
 3           THE COURT:  Okay.  This is Cause Number
 4   4:24-CV-988-P, the matter of Point Bridge Capital, LLC, and
 5   Hal Lambert vs. Charles Johnson.
 6           At this time, counsel for plaintiff, please identify
 7   yourself.
 8           MR. THOMPSON:  Good afternoon, Your Honor.  Will
 9   Thompson for the plaintiffs.
10           THE COURT:  Mr. Johnson, would you stand and
11   identify yourself for the record.
12           DEFENDANT JOHNSON:  Yes.  Charles Johnson.
13           THE COURT:  You haven't managed to find an attorney?
14           DEFENDANT JOHNSON:  No, sir.  I have not.
15           THE COURT:  Okay.  We're here on a couple of
16   different matters.  We're here on an order to show cause that
17   I issued on May the 21st related to some things that we talked
18   about at the last hearing, Mr. Johnson.
19           I had told you that you had better attend the
20   mediation, as ordered by the Court in Document Number 52 and
21   55, and I said you had to pay the mediator or you could get in
22   trouble from me.  And I said, Do you understand that; and you
23   said, Yes, you did.  And I warned you that you could face
24   possible sanctions at that time if you didn't comply.
25           I was notified by the Honorable David Evans that you
```

1    did not comply.  And as a result of that, the mediator

2    cancelled the mediation, and I issued an order on the 21st to

3    show cause why you shouldn't be sanctioned for failing to

4    comply with the Court orders or participate in the litigation.

5    That's item number one.

6            Item number two is the motion that was filed by the

7    plaintiff for relief and notice of Mr. Johnson's noncompliance

8    with the Court's May the 8th, 2025 order.  At the last

9    hearing, you also agreed to participate in discovery in this

10   case and exchange search terms, et cetera, and that you would

11   start conducting discovery.

12           It doesn't look like either one of those have been

13   done.  So, I'm considering whether to hold you in contempt and

14   take you down to Johnson County.

15           Would my Marshal go and stand behind Mr. Johnson,

16   stand with him.  We may have to arrest him and take him in

17   today.  I'm trying to decide what I need to do to ensure

18   compliance with my orders.

19           Unlike some of the judges you may have appeared in

20   front of, I don't have enough patience for this; I told you

21   last time.

22           So, you're here to show cause.

23           *DEFENDANT JOHNSON:*  Yes, Your Honor.

24           *THE COURT:*  Why didn't you pay the mediation fee?

25           *DEFENDANT JOHNSON:*  I was on a family matter in

1   California, but I'm here to pay the fee.

2           *THE COURT:*  Have you got your checkbook?

3           *DEFENDANT JOHNSON:*  I have -- yes, I can get it in

4   time.

5           *THE COURT:*  Well, what does that mean?  Because if I

6   take you down to Johnson County and you're held until you

7   purge yourself, is there somebody that can pay Judge Evans in

8   the meantime?

9           *DEFENDANT JOHNSON:*  Not that I know of, Your Honor.

10  But I do have the funds.  I didn't have the funds at the time,

11  but I have them now.

12          *THE COURT:*  Okay.  And you have the ability to pay

13  those today?

14          I'm trying to figure out, do I need to take you in

15  and hold you overnight tonight.

16          *DEFENDANT JOHNSON:*  It's not necessary, sir.

17          *THE COURT:*  Okay.

18          *DEFENDANT JOHNSON:*  And further, I'm happy to come

19  to Texas as often as needed.

20          *THE COURT:*  Well, let me ask you the next question,

21  because I can still hold you in contempt for failure to comply

22  with discovery.  You've read, by this point, the motion that

23  was filed regarding your noncompliance; is that right?

24          *DEFENDANT JOHNSON:*  I have, Your Honor.

25          *THE COURT:*  What's your response to that?

1          *DEFENDANT JOHNSON:*  I have no objection to

2     discovery, so long as it's specific.  If you look at the

3     search terms that were requested, they were extremely

4     voluminous, and many of them were not terribly relevant to

5     this case.

6          *THE COURT:*  Well, remember what I told you last time

7     about what Benjamin Franklin said, that the person that

8     represents himself has a fool for a client?

9          *DEFENDANT JOHNSON:*  That's true, Your Honor.

10         *THE COURT:*  Don't you think it might help if you

11    were able to get an attorney?

12         *DEFENDANT JOHNSON:*  I have called no fewer than six

13    law firms, Your Honor.

14         *THE COURT:*  Did you take my advice and go talk to

15    the Tarrant County Bar Association --

16         *DEFENDANT JOHNSON:*  I did not, Your Honor.

17         *THE COURT:*  -- to see if somebody could take your

18    case pro bono?

19         I mean, I don't know a lot about what you do, but I

20    assume, based on what's present before me and some of the

21    filings, that you could be considered a public figure.  Is

22    that fair to say?

23         In other words, you're someone that folks out there

24    in the public, if they follow you on your various media

25    outposts they might know you; is that right?

1          *DEFENDANT JOHNSON:*  I assume so, sir.

2          *THE COURT:*  How many followers do you have on your

3    various social media?

4          *DEFENDANT JOHNSON:*  I don't know, Your Honor.

5          *THE COURT:*  Oh, I don't believe that.

6          *DEFENDANT JOHNSON:*  I promise you, it's not

7    something I've kept up with.

8          *THE COURT:*  You don't keep track with the number of

9    followers you have on social media?

10         *DEFENDANT JOHNSON:*  No, sir.

11         *THE COURT:*  Not on your YouTube channel or this

12   other stuff?

13         *DEFENDANT JOHNSON:*  I don't have a YouTube channel,

14   sir.

15         *THE COURT:*  Well, I don't know a lot about social

16   media.  It's one of the advantages of being a district judge,

17   I don't do that stuff, nor do I care to.

18         But you do make posts out there, is that right, such

19   as the one outlined in the motion?

20         *DEFENDANT JOHNSON:*  I'm not familiar with that one,

21   Your Honor.

22         *THE COURT:*  You do have a Twitter account or you

23   did?

24         *DEFENDANT JOHNSON:*  No, Your Honor.  I do not.  My

25   Twitter account was disabled last year.

1      *THE COURT:*  But you host live chats; is that right?

2      *DEFENDANT JOHNSON:*  No, Your Honor.  I don't host

3  live chats.

4      *THE COURT:*  So, when it says in this motion that was

5  filed by plaintiffs back on June the 4th, where you conduct

6  these live chats and you talk about your lawsuits, you're not

7  conducting those, that's not true?

8      *DEFENDANT JOHNSON:*  I'm unfamiliar with that, Your

9  Honor.  There may have been a Substack discussion group where

10  people asked me about the case, but I was pretty noncommittal

11  in that Substack --

12      *THE COURT:*  Do you ever put anything out on your

13  Substack about this lawsuit?

14      *DEFENDANT JOHNSON:*  No, sir.  To the extent that

15  people have asked me about it, I've been pretty calm about it.

16      *THE COURT:*  I mean, I don't care what you do.  But

17  you never conducted a live chat?

18      *DEFENDANT JOHNSON:*  It wasn't a live chat, I don't

19  think so, Your Honor.  I have a message group where people ask

20  me questions, but --

21      *THE COURT:*  How many -- how many folks do you think

22  follow you on that?

23      I guess the reason I ask you this --

24      *DEFENDANT JOHNSON:*  Maybe no more than 20.  I'm not

25  sure.

1      *THE COURT:*  You might want to ask some of your

2   buddies if they can serve as pro bono counsel, if they're an

3   attorney.

4          *DEFENDANT JOHNSON:*  I have quite a number of people

5   who have offered to represent me all around the country, but

6   Texas, the Northern District in particular, is proving quite a

7   challenge.

8          *THE COURT:*  Well, I tend to be pretty lenient on pro

9   hac vice admissions.

10         But we're going at a rate where you're quickly

11  looking to be thrown in jail until you purge yourself from

12  your contempt.

13         Quite frankly, I'm not surprised, given the history

14  of this case, that we would be here today.  I was hoping to be

15  pleasantly surprised that you would comply with my orders, but

16  I shouldn't be shocked.  It appears not only to be your track

17  record here, but also in the case up in New York.

18         As I said -- remember I told you to study about

19  Judge McBryde before you came back next time?

20         *DEFENDANT JOHNSON:*  I did.

21         *THE COURT:*  Did you have a chance to study about

22  him?

23         *DEFENDANT JOHNSON:*  I read some things about him,

24  sir.

25         *THE COURT:*  What do you think he would do with you,

1  if he were here, if he were the Judge?  Because I can tell you

2  I know.

3            *DEFENDANT JOHNSON:*  He would not be as lenient as

4  I'm hoping you will be.

5            *THE COURT:*  He would want to make sure you had your

6  toothbrush, and then you'd go away for a while.

7            *DEFENDANT JOHNSON:*  That's right.

8            *THE COURT:*  So, I'd like to do a few things.  Do you

9  have your checkbook for the judge down in your vehicle?

10            *DEFENDANT JOHNSON:*  I do not have a vehicle here,

11  sir.

12            *THE COURT:*  Do you have a rental car?  You got here

13  via Uber?

14            *DEFENDANT JOHNSON:*  I have no rental car, I have no

15  -- none of that.  No.

16            *THE COURT:*  All right.  So, how are you going to pay

17  Judge Evans's mediation fee?

18            *DEFENDANT JOHNSON:*  My plan was by tomorrow to send

19  him either a wire or certified check from my bank.  It is a

20  Texas-based bank, so I assume we could do it that way.

21            *THE COURT:*  Do you think you can handle that today,

22  if I send you down to the holding cell and you're able to make

23  some phone calls?

24            *DEFENDANT JOHNSON:*  I don't think I would be able to

25  make some phone calls, because my phone is not here.

1          THE COURT:  Well, if you were allowed to get your

2     phone call.

3          DEFENDANT JOHNSON:  I don't know anyone that I would

4     call, because I have no one's phone number memorized, Your

5     Honor.

6          But I can assure you --

7          THE COURT:  You know they take credit cards down on

8     the third floor.  You could pay the mediation fee into the

9     registry of the court, then I could have it disbursed to Judge

10    Evans.

11         DEFENDANT JOHNSON:  Happy to do that, Your Honor.

12    That's easy to do.

13         THE COURT:  All right.  Well, tell me about the

14    discovery.  Now, it's one thing to say, I think that some of

15    these requests are overly broad, irrelevant, et cetera, et

16    cetera.  If that's the case, it's perfectly fine to object.

17    Then we have a hearing in front of the Court and the Judge

18    decides that; it could be me, it could be the magistrate.  But

19    that does not forgive you of the obligation that you are to

20    produce what is responsive.

21         DEFENDANT JOHNSON:  I have sent plaintiffs' counsel

22    some emails concerning plaintiff.  But I encourage Your Honor

23    to look at the sheer volume of the search terms, because it's

24    unlike anything -- I have friends that are attorneys, it's

25    unlike anything they've seen before.

1      THE COURT:  That's why you should have an attorney

2  to object.  Or if you're acting on your own, you need to

3  object to it, file the appropriate motion for protective order

4  or motion to quash.  But you continue to have an obligation

5  under the rules, pro se or not, to produce documents that are

6  responsive.  You don't just get to say, No, these are too

7  broad, I'm not giving anything.  And then the Judge can decide

8  whether the remaining requests violate the rules; but you have

9  to have a motion or -- motion to quash, motion for protective

10  order.

11      This is not the way we do things, is wait and have

12  multiple hearing upon multiple hearing.  That tends to take up

13  the Court's valuable time and resources, and I don't think

14  that you're going to like the tools that I have to enforce

15  compliance.

16      You seem to be an educated man, I bet you know what

17  I'm talking about.  I would not want to, if I were out of

18  state, go down to the jail facility that we share down in

19  Cleburne, Texas, with Johnson County.  And I also have

20  monetary sanctions and other things that I can do to ensure

21  compliance.

22      So, take a seat for a moment.  Do you have any

23  guidance or wisdom that you can give me, sir, counsel for

24  plaintiffs?

25      MR. THOMPSON:  Your Honor knows the case.  What I

1   will say is, we've tried to work with Mr. Johnson in good

2   faith to try to lead him along without acting as his lawyer.

3          As to the search terms, you know, we offered to put

4   him in touch with a vendor.  And the whole idea was to have

5   one collection, where you run the search terms, we run the

6   privilege, and that is it, across his devices, and then we

7   move to trial.  We've told Mr. Johnson that in our letter, we

8   said, Vendors provide hit counts, if something's too much

9   we'll talk about it in good faith and all of that.  But we

10  didn't want to come back here -- come back and forth and have

11  seriatim requests.

12         THE COURT:  There's a case that might benefit,

13  Mr. Johnson, for you to read, it's called *Dondi Properties*.  I

14  know you're not a lawyer, but I know you know how to use the

15  computer, so I bet you can find this.  It's called *Dondi*

16  *Properties Corporation vs. Commerce Savings & Loan*, 121

17  Federal Rules Decisions 284.  It's a decision that governs how

18  we conduct ourselves, and how, in particular, we conduct

19  discovery in the Northern District; because if we don't, we

20  get subject to sanctions.

21         Now, that governs behavior of the lawyers.  But it

22  also governs your behavior, because you're acting as your own

23  lawyer.  And that means you need to pick up the phone and call

24  Mr. Thompson if you have a problem with a request.  Going on

25  your Substack or live chat and complaining doesn't really

1    advance the ball.

2            Because ultimately, at the end of the day,

3    regardless of what your followers think, you're involved in a

4    Federal lawsuit.  And if you keep going down the road that

5    you're going on now, you're going to get yourself caught in a

6    bear trap and it's going to be awfully hard to get out of

7    that.

8            Go ahead, Mr. Thompson.

9            MR. THOMPSON:  Just a couple of points, Your Honor.

10           So, we structured this search protocol, because

11   Mr. Johnson doesn't have the knowledge, nor do we trust him to

12   conduct an adequate search himself.  So that's why we tried

13   to, you know, provide him with a vendor.

14           But just one thing I do want to note, Mr. Johnson

15   said he provided some emails, I think it was five or six he

16   just forwarded to me shortly after our hearing.  And then --

17           THE COURT:  Five or six emails?

18           MR. THOMPSON:  Less than a dozen, I'd say.

19           THE COURT:  Okay.

20           MR. THOMPSON:  And just kind of -- it was forwarded,

21   it's not really responsive to anything.

22           THE COURT:  Most people probably send that many on

23   their Uber ride back to the airport.

24           MR. THOMPSON:  Yeah.  It was -- it was just sort of

25   all within a short time span.

1          But what I do want to note for the Court, so on

2    May 15th we served our search term letter, provided him a

3    protocol, provided a link to the protective order to address

4    his concerns about privacy.

5          The very next day there's a social media post by a

6    man named Jordan Arthur Bloom.  He writes sort of -- he writes

7    really inflammatory stuff about my client.  He calls him a pig

8    face and all sorts of really nasty stuff.  Mr. Bloom writes on

9    his Substack that he had looked at the search terms and, you

10   know, said they didn't make any sense.  That was the very next

11   day after we sent this letter.  So, I called that the leak in

12   the motion, Your Honor.

13         And then a couple of days later Mr. Lambert, the

14   plaintiff here, my client, gets a call from a reporter at the

15   Wall Street Journal asking all about the search terms, saying

16   that she's heard them or she's looked at them.  You know, so

17   -- you know, we asked -- I asked immediately when I learned

18   that, contacted Mr. Johnson via email, because I wanted to

19   have it documented, ask him if he leaked the search terms, why

20   he did it.  And that email, I think I sent it on May 21st, and

21   since -- you know, from May 21st to today, he's not responded

22   one bit.

23         I've tried to keep him in the loop about the case,

24   whenever an order comes out or there's a filing or anything, I

25   immediately send it to him.  So, you know, ultimately, I think

1    Your Honor knows how it wants to handle it.  But just as it

2    pertains to collecting documents and trying to move this case

3    forward, we want to keep the aggressive schedule that the

4    Court has with the December trial date, that's why we tried to

5    have this comprehensive collection in production.  But we

6    just, at bottom, don't think that Mr. Johnson can be trusted

7    to do it on his own without some type of supervision.

8           THE COURT:  Are you representing Mr. Lambert in the

9    New York case?

10          MR. THOMPSON:  No, Your Honor.  This is the only

11   matter that I represent Mr. Lambert in.  And just the --

12          THE COURT:  Well, it appears that the Judge up there

13   is getting very frustrated as well.  I don't know what their

14   dockets look like, but mine are very, very busy.  I don't have

15   time to police this.  It's been nothing but trouble for the

16   Court.  And attempts to -- or at least the appearance of

17   attempts to try to avoid Court's orders and trying to make an

18   appearance here in court, and I'm getting exhausted by the

19   excuses.  We have to get this matter up and going.

20          I would like to take a moment -- unless,

21   Mr. Johnson, you have anything else.

22          DEFENDANT JOHNSON:  I would -- just two things, Your

23   Honor.

24          THE COURT:  Okay.

25          DEFENDANT JOHNSON:  So, the first is that my prior

1    counsel made this issue at the time, and it's something that I

2    think still needs to be addressed, which is, my family trusts

3    are represented by DLA Piper.  And we did, in fact, retain

4    DLA Piper before Mr. Thompson left Quinn Emanuel to go to work

5    at DLA Piper.

6            Mr. Thompson, when he's been asked about this

7    conflict issue -- which my family is still retaining

8    DLA Piper, I'm a beneficiary of those trusts -- has not -- has

9    not been forthcoming on that.

10           *THE COURT:*  Did you put this out on your Substack in

11   the same one that you --

12           *DEFENDANT JOHNSON:*  No, sir.  I did not.

13           *THE COURT:*  -- talked about Mr. Thompson's religious

14   background?

15           *DEFENDANT JOHNSON:*  No.  I did not, Your Honor.  And

16   what's more -- if I may, Your Honor, on the question of --

17           *THE COURT:*  You need -- you need to file something

18   to put that before the Court.

19           *DEFENDANT JOHNSON:*  I'm happy to file that, Your

20   Honor.

21           *THE COURT:*  Well, it sounds like you're asking for a

22   recusal.

23           *DEFENDANT JOHNSON:*  I am.

24           *THE COURT:*  You need to make a filing.

25           *DEFENDANT JOHNSON:*  Okay.  I will.

1    *THE COURT:*  Okay.

2    *MR. THOMPSON:*  Just for the record, Your Honor, so

3    it's clear.

4    *THE COURT:*  This is --

5    *MR. THOMPSON:*  I've run about a dozen conflict

6    checks, there's nothing there, both in my prior firm and this

7    firm.  I'm from Western Montana.  I'm not a Mormon, I married

8    a former Mormon.  But there's -- there's no Mormon conspiracy

9    involved in this case involving Elon Musk or anyone else.

10    *THE COURT:*  Well, I hope not.

11    Wyatt, you're LDS, do you know anything about this

12    conspiracy?

13    *LAW CLERK:*  I do not, Judge.

14    *THE COURT:*  I don't know, are you trustworthy, I'm

15    not sure.  I'm Catholic, so maybe I'm the worst out of

16    everybody.

17    What else do you have for us, Mr. Johnson?

18    *DEFENDANT JOHNSON:*  Just that I intend to fully

19    comply with the Court, and I'm happy to go down and pay the

20    $5,000 fee for the mediation.

21    *THE COURT:*  You told us that last time.

22    *DEFENDANT JOHNSON:*  I'm happy to do it today; right

23    now, Your Honor.

24    *THE COURT:*  All right.  So, can the Marshal take

25    you down to the court of the clerk *(sic)* and you pay the

1    $5,000 fee into the registry of the court.

2              *DEFENDANT JOHNSON:*  I'm happy to do it.  I assume

3    they take Amex.

4              *THE COURT:*  They do.  It may be they take a

5    percentage of that amount that they pay an add-on cost, I'm

6    not sure.  If they don't take Amex, we'll go from there.

7              But why don't I issue a verbal order at this time

8    that you go and you pay your $5,000 mediation fee into the

9    registry of the court.  The deputy is going to take you down

10   and make sure you do.

11             And then when you're done with that, you can come

12   back up here and we'll decide what we want to do with the

13   discovery order and as to whether I need to hold you in

14   contempt.

15             So, we'll stand in recess momentarily.  And once you

16   do that and you have your receipt in hand, we'll go from

17   there.

18             All right.  Stand adjourned.

19                  *(Short recess taken)*

20             *THE COURT:*  We're back on the record, Point Bridge

21   Capital and Hal Lambert vs. Charles Johnson, 4:24-CV-988-P.

22             All right.  Mr. Johnson, were you able to pay your

23   $5,000 mediation fee into the registry of the court?

24             *DEFENDANT JOHNSON:*  I was.

25             *THE COURT:*  Do you have a receipt you can show me?

1          *DEFENDANT JOHNSON:*  I do.

2          *THE COURT:*  Would you please show that to the law

3     clerk, and he'll hand it to me.

4                *(Brief pause)*

5          *THE COURT:*  All right.  I'm going to be handing this

6     receipt back to you.  It looks like we have here a printout

7     from the District Court, and that you've paid via an American

8     Express card in the amount of $5,000 into the registry of the

9     court.  Thank you very much.

10          Wyatt, hand that to Mr. Johnson.

11          Now, this is not an amount that's been charged to

12    you that's going to the United States District Court.  This

13    represents the fee for mediation that you had agreed to pay

14    and that you had been ordered to pay last time you were here.

15    That money does not belong to the United States, that belongs

16    to the Honorable David Evans, who will be conducting the

17    mediation in this case.

18          Thank you for paying that.  I will be entering an

19    order today indicating that those amounts have been paid to

20    the registry of the court, and the Court will be writing its

21    own check and giving that money to Judge Evans to conduct the

22    mediation.

23          I presume, at least what's been represented to me,

24    that plaintiffs in this case have already paid that amount; is

25    that correct?

1      *MR. THOMPSON:*  That's correct, Your Honor.

2      *THE COURT:*  Okay.  Well, you continue to be under

3      that order to conduct mediation.  The problem is, is that

4      Judge Evans is a very in-demand mediator, plus he's also the

5      administrative judge for the Ninth *(sic)* Administrative Region

6      here at the State of Texas.  So he also has to do state

7      administrative judge duties. I think he's over about 87

8      different judges.

9          So, after this is over, Mr. Thompson, I would

10     encourage you to email or contact Judge Evans, probably better

11     to email, and I want you to copy Mr. Johnson and tell him that

12     this is what happened today, we'll be entering an order so

13     he'll see it.  But I want you to inquire about dates for

14     mediation, and then all three of you can then coordinate on

15     when you want to do it.

16         Now, I'm telling you to do this, Mr. Thompson,

17     because you're the attorney.  But as you know, you don't need

18     to have any communications that you don't include Mr. Johnson

19     on that -- with regard to scheduling.  So, I'd ask if you do

20     that, that would be very helpful.  Of course, that doesn't

21     pertain to the mediation itself, that's just for scheduling.

22         *MR. THOMPSON:*  Of course, Your Honor.

23         *THE COURT:*  So, can you do that for me?

24         *MR. THOMPSON:*  Of course, Your Honor.

25         *THE COURT:*  All right.  So, that takes care of the

1    one show cause.

2              I should sanction you even more for failing to

3    comply with the order.  But I'll give you the benefit of the

4    doubt that you paid those amounts.  That still --

5              *DEFENDANT JOHNSON:*  Thank you.

6              *THE COURT:*  Can I finish talking, please?

7              *DEFENDANT JOHNSON:*  Oh, I'm sorry.

8              *THE COURT:*  That still leaves the matter of the

9    motion for further relief and notice of Defendant Johnson's

10   noncompliance.  I've heard argument on this today, and I am

11   prepared to enter the order that was sent to me by the

12   plaintiffs.

13             I have considered, due to your noncompliance,

14   holding you in contempt.  Which would mean that you would be

15   held in contempt until you were able to purge yourself of the

16   contempt, and that would mean that you be held down in the

17   Johnson County Jail.  But the Fifth Circuit has admonished

18   district courts to consider the least sanction to enforce its

19   orders.

20             I am beginning to be frustrated and lose patience.

21   So, the next time I have one of these, I'm left with no other

22   choice but to have you held in contempt and have you held.

23   But I would rather have you participating in the lawsuit than

24   being in the jail.  But I'm running out of tools in my

25   toolbox.

1        The Judge in New York, in the orders that I've read,

2   appears to be running out of patience as well.  She's tried

3   monetary sanctions on you, that don't appear to work in her

4   case.  I don't want to go that far.

5        So, this is your last warning.  You either comply

6   with the Court's orders or you will be held in contempt.  And

7   that means you will be held in jail until you purge yourself

8   of the contempt.  I'll also include monetary sanctions on top

9   of that next time that you don't comply with my orders.

10        I'm trying to be very kind and patient here, taking

11   into the -- understanding that you are not an attorney.  But

12   even if you aren't an attorney, and you are pro se, I may have

13   to construe your pleadings liberally.  You are still under an

14   obligation to follow the rules of the Court, the Rules of

15   Civil Procedure, and the rules governing conduct in the

16   Northern District of Texas.

17        If you persist in proceeding without an attorney, I

18   would, again, tell you to read the *Dondi Properties* case,

19   familiarize yourself with the Rules of Civil Procedure and the

20   rules of conduct for this Court; you can find those on my

21   website.  I bet you're familiar with how to locate those.

22        Because you're swimming in shark-infested waters,

23   and if we keep going down the current path, I am deeply

24   concerned that you are going to get yourself into trouble.

25   This is -- does not give the appearance it's going to end

1    well.

2         I continue to encourage you to find an attorney to

3    represent you.  Again, as I said, based on my own experience

4    in the many years I've been an attorney and judge, I would not

5    represent myself.  Even if you can find yourself someone to do

6    it pro bono.  You are risking getting into deep, deep trouble.

7    And I'm tired of giving these admonishments and having these

8    hearings.  We have a much, much too busy docket in order to do

9    this.

10        So, after reading the motion for further relief and

11   hearing the argument in favor of the motion as well as the

12   response, and also having considered that there were

13   representations from the plaintiffs -- I'm sorry, and the

14   defendant at the last hearing that he would comply with the

15   discovery in this case, the Court enters the following

16   order -- and again, I do find that plaintiff -- I'm sorry,

17   defendant is in violation of the May 8th, 2025, order related

18   to discovery and his representations on the record before the

19   Court.

20        Having considered the motion, the relevant docket

21   entries and the applicable law, the Court grants the motion.

22   Defendant Charles Johnson shall, within seven days of this

23   order, surrender all devices, accounts and sources of

24   electronically stored information identified in the May 8th,

25   2025, order, at ECF Number 52, to a neutral, third-party

1    vendor agreed upon by the parties.  Or if no agreement is

2    reached within those seven days, plaintiff shall submit the

3    issue to the Court within ten days of this order.

4         The third-party vendor shall conduct searches using

5    the plaintiffs' May 15th, 2025, search terms, and collect all

6    responsive documents.  The vendor shall apply a privilege

7    filter in accordance with the protocol previously provided by

8    plaintiffs, and shall produce to plaintiffs all nonprivileged

9    responsive documents.

10        The defendant shall bear the response -- or bear the

11   costs of vendor's collection processing and production

12   efforts.  The defendant shall also supplement his written

13   discovery responses in compliance with Rule 34(b)(2)(C) within

14   ten days of the order, identifying all sources searched,

15   documents withheld and the basis for any objections or

16   privilege assertions.

17        The defendant shall bear all fees and costs that

18   plaintiffs incurred in seeking all discovery in the case.

19   Within 14 days of the order, plaintiffs shall submit an

20   itemized request for fees and costs.  To ensure compliance

21   with this order, the Court will set an additional hearing on

22   this matter on June the 19th of 2025 at 2:00 p.m.

23        Should it be discovered that defendant, Charles

24   Johnson, failed to comply with this order, the Court will

25   exercise its authority under 18 United States Code,

1  Section 401, and Mr. Johnson will be arrested by the United

2  States Marshal and held in custody until such time as he fully

3  complies with the Court's order and purges himself of

4  contempt.  I'll also note that the sanctions could also

5  include monetary sanctions.

6       If you do not attend that hearing, in the event that

7  it's necessary, I will be defaulting you, striking your answer

8  and entering a judgment in favor of the plaintiffs.  And with

9  that, we'll have this order uploaded.

10       Yes?

11       MR. THOMPSON:  One potential amendment to the order

12  to supplement, Your Honor.  As to the point one about

13  surrendering his devices, the plaintiffs would request that

14  Mr. Johnson make some type of submission under oath about what

15  he possesses and what he is submitting so we can check his

16  work.

17       THE COURT:  In other words, so he's actually

18  providing you with all the electronic sources and information?

19       MR. THOMPSON:  Exactly.  If he says something is not

20  included in there and we find on a social media posting

21  something else exists, we can -- we don't have to do a bunch

22  of runaround.  So, that is the only, I think, modification to

23  what Your Honor said.

24       The other thing I just note for the Court --

25       THE COURT:  I don't mind doing that.  But he's

1    ordered to surrender everything.  If that comes up later and

2    he doesn't, he'll be held in contempt and sanctioned, okay?

3           So, how many times do we have to have this done?

4    He's being ordered to do so, he doesn't do it, whether he

5    provides an affidavit or not, I'm going to nail him the next

6    time.

7           Do you understand?

8           MR. THOMPSON:  Certainly.

9           THE COURT:  The order is what it is.  And I'm

10   certain if you find out that he hasn't turned over everything,

11   as he's ordered to do, you will promptly file an appropriate

12   motion with me.

13          Mr. Johnson, I highly, highly encourage you to get

14   an attorney.  If you don't want to defend the lawsuit, that's

15   fine; let them take a default judgment against you and let

16   them try to collect the judgment.  But we don't have the time

17   to deal with this type of thing; I don't.  I do not have the

18   time and I'm exasperated.

19          This is not -- this is not a place to play games.

20   This is not -- this is a Federal court.  I don't have any

21   other agendas, other than moving my cases along.  And what I

22   have seen here is numerous examples of what appear to be

23   obstructionist activity by you.  And I'm trying to give you

24   the benefit of the doubt as much as possible.  But don't try

25   my patience, it's not going to end well.

1          I question really what the end game is, avoiding the

2   Court's orders, what you think is going to end up happening at

3   the end.  Because if you'd like an opportunity to make a

4   defense on your allegations to a jury, you need to cooperate.

5   This is the way the jury and justice system work in the United

6   States.  And it's been like that since way before we became a

7   country, okay?

8          And if you don't cooperate, you don't communicate, I

9   have tools to make you do so.  Don't test me.  I know that

10  you're a very intelligent person, please don't try my patience

11  on this, it's not going to end well.  I don't want to have

12  additional hearings on this.

13         I would like, best case scenario, that you be able

14  to find an attorney who can represent you and can file

15  appropriate motions on your behalf.  I can't do it for you.

16  I'm trying to be an impartial judge on this.  I can't make

17  your legal arguments for you.  But I can enforce my orders,

18  and you are not complying with them.  It's going to continue

19  getting more and more expensive the more of these hearings

20  that I have to conduct and you have to fly down here.

21         *DEFENDANT JOHNSON:*  I have no objection to coming

22  down here, Your Honor.

23         *THE COURT:*  Well, you did before, and you gave me a

24  medical excuse.

25         *DEFENDANT JOHNSON:*  Yes, Your Honor.

1          *THE COURT:*  Which I found not to be credible.  I

2    just -- in for a penny, in for a pound, isn't that right, what

3    your grandmother used to say?  You're here, and you're not

4    going to be able to slither your way out of it, you're not

5    going to be able to avoid orders and get out of it.  That only

6    hurts you.  That only hurts you.  Don't test me again.

7          And as I said, if you go back and think about it,

8    and you're like, You know what, this is not worth the money

9    even fighting this, don't continue doing this, let them take a

10   default.  But all you're doing is hurting yourself.  I thought

11   very seriously of taking you in today.  I'm giving you one

12   last chance.

13          All right.  We'll stand in recess.

14              *(Proceedings Adjourned)*

15

16

17

18

19

20

21

22

23

24

25

REPORTER'S CERTIFICATE

1

2

3      I, Monica Willenburg Guzman, CSR, RPR, certify

4    that the foregoing is a true and correct transcript from

5    the record of proceedings in the foregoing entitled matter.

6      I further certify that the transcript fees format

7    comply with those prescribed by the Court and the Judicial

8    Conference of the United States.

9      Signed this 9th day of May, 2025.

10

11                          /s/Monica Willenburg Guzman
                            Monica Willenburg Guzman, CSR, RPR
12                          Texas CSR No. 3386
                            NCRA No. 32278
13                          Official Court Reporter
                            The Northern District of Texas
14                          Fort Worth Division

15

16    CSR Expires:        7/31/2025

17    Business Address:   501 W. 10th Street, Room 310
                          Fort Worth, Texas  76102
18
      Telephone:          817.850.6681
19
      E-Mail Address:     mguzman.csr@yahoo.com
20

21

22

23

24

25

**DEFENDANT JOHNSON: [53]**
**LAW CLERK: [1]** 18/13
**MR. THOMPSON: [15]** 3/8 12/25 14/9
14/18 14/20 14/24 16/10 18/2 18/5
21/1 21/22 21/24 26/11 26/19 27/8
**THE COURT: [72]**

**$**

**$5,000 [5]** 18/20 19/1 19/8 19/23 20/8

**/**

**/s/Monica [1]** 30/11

**1**

**10th [2]** 1/20 30/17
**121 [1]** 13/16
**14 [1]** 25/19
**15th [2]** 15/2 25/5
**1624 [1]** 1/17
**18 [1]** 25/25
**1900 [1]** 1/14
**19th [1]** 25/22
**1:45 [1]** 1/7 3/2

**2**

**20 [1]** 8/24
**20194 [1]** 1/18
**2025 [9]** 1/6 3/2 4/8 24/17 24/25 25/5
25/22 30/9 30/16
**214.743.4500 [1]** 1/15
**21st [4]** 3/17 4/2 15/20 15/21
**2200 [1]** 1/14
**284 [1]** 13/17
**2:00 [1]** 25/22

**3**

**310 [2]** 1/20 30/17
**32278 [1]** 30/12
**3386 [1]** 30/12
**34 [1]** 25/13

**4**

**401 [1]** 26/1
**4:24-CV-00988-P [1]** 1/4
**4:24-CV-988-P [2]** 3/4 19/21
**4th [1]** 8/5

**5**

**501 [2]** 1/20 30/17
**52 [2]** 3/20 24/25
**55 [1]** 3/21

**6**

**617.429.4718 [1]** 1/18

**7**

**7/31/2025 [1]** 30/16
**75201 [1]** 1/15
**76102 [2]** 1/21 30/17

**8**

**817.850.6681 [2]** 1/21 30/18
**87 [1]** 21/7
**8th [3]** 4/8 24/17 24/24

**9**

**9th [1]** 30/9

**A**

**ability [1]** 5/8
**able [8]** 6/11 10/22 10/24 19/22 22/15
28/13 29/4 29/5
**about [28]** 3/18 6/7 6/19 7/15 8/6 8/10
8/13 8/15 8/15 9/19 9/21 9/23 11/13
12/17 13/9 15/4 15/7 15/15 15/23 17/6
17/13 18/5 18/11 21/7 21/13 26/12
26/14 29/7
**accordance [1]** 25/7
**account [2]** 7/22 7/25
**accounts [1]** 24/23
**across [1]** 13/6
**acting [3]** 12/2 13/2 13/22
**activity [1]** 27/23
**actually [1]** 26/17
**add [1]** 19/5
**add-on [1]** 19/5
**additional [2]** 25/21 28/12
**address [3]** 15/3 30/17 30/19
**addressed [1]** 17/2
**adequate [1]** 14/12
**adjourned [1]** 19/18 29/14
**administrative [3]** 21/5 21/5 21/7
**admissions [1]** 9/9
**admonished [1]** 22/17
**admonishments [1]** 24/7
**advance [1]** 14/1
**advantages [1]** 7/16
**advice [1]** 6/14
**affidavit [1]** 27/5
**after [4]** 14/16 15/11 21/9 24/10
**afternoon [1]** 3/8
**again [4]** 23/18 24/3 24/16 29/6
**against [1]** 27/21
**agendas [1]** 27/21
**aggressive [1]** 16/3
**agreed [3]** 4/9 20/13 25/1
**agreement [1]** 25/1
**ahead [1]** 14/8
**airport [1]** 14/23
**AL [1]** 1/4
**all [22]** 9/5 10/16 11/13 13/9 14/25
15/8 15/15 18/24 19/18 19/22 20/5
21/14 21/25 24/23 25/5 25/8 25/14
25/17 25/18 26/18 29/10 29/13
**allegations [1]** 28/4
**allowed [1]** 11/1
**along [2]** 13/2 27/21
**already [1]** 20/24
**also [11]** 4/9 9/17 12/19 13/22 21/4
21/6 23/8 24/12 25/12 26/4 26/4
**am [4]** 17/23 22/10 22/20 23/23
**amendment [1]** 26/11
**American [1]** 20/7
**Amex [1]** 19/3 19/6
**amount [4]** 19/5 20/8 20/11 20/24
**amounts [2]** 20/19 22/4
**answer [1]** 26/7
**any [5]** 12/22 15/10 21/18 25/15 27/20
**anyone [2]** 11/3 18/9
**anything [8]** 8/12 11/24 11/25 12/7
14/21 15/24 16/21 18/11
**appear [2]** 23/3 27/22
**appearance [3]** 16/16 16/18 23/25
**appeared [1]** 4/19
**appears [3]** 9/16 16/12 23/2

**applicable [1]** 24/21
**apply [1]** 25/6
**appropriate [3]** 14/22 27/11 28/15
**are [16]** 10/16 11/15 11/19 11/24 12/5
12/6 16/18 16/19 17/3 18/14 23/11
23/12 23/13 23/24 24/6 28/18
**aren't [1]** 23/12
**argument [2]** 22/10 24/11
**arguments [1]** 28/17
**around [1]** 9/5
**arrest [1]** 4/16
**arrested [1]** 26/1
**Arthur [1]** 15/6
**ask [6]** 5/20 8/19 8/23 9/1 15/19 21/19
**asked [5]** 8/10 8/15 15/17 15/17 17/6
**asking [2]** 15/15 17/21
**assertions [1]** 25/16
**Association [1]** 6/15
**assume [4]** 6/20 7/1 10/20 19/2
**assure [1]** 11/6
**attempts [2]** 16/16 16/17
**attend [2]** 3/19 26/6
**attorney [12]** 3/13 6/11 9/3 12/1 21/17
23/11 23/12 23/17 24/2 24/4 27/14
28/14
**attorneys [1]** 11/24
**authority [1]** 25/25
**avoid [2]** 16/17 29/5
**avoiding [1]** 28/1
**away [1]** 10/6
**awfully [1]** 14/6

**B**

**back [9]** 8/5 9/19 13/10 13/10 14/23
19/12 19/20 20/6 29/7
**background [1]** 17/14
**ball [1]** 14/1
**bank [2]** 10/19 10/20
**Bar [1]** 6/15
**based [3]** 6/20 10/20 24/3
**basis [1]** 25/15
**be [42]**
**bear [4]** 14/6 25/10 25/10 25/17
**became [1]** 28/6
**because [14]** 5/5 5/21 10/1 10/25 11/4
11/23 13/19 13/22 14/2 14/10 15/18
21/17 23/22 28/3
**been [12]** 4/12 8/9 8/15 16/15 17/6
17/9 20/11 20/14 20/19 20/23 24/4
28/6
**before [9]** 1/9 6/20 9/19 11/25 17/4
17/18 24/18 28/6 28/23
**beginning [1]** 22/20
**behalf [1]** 28/15
**behavior [2]** 13/21 13/22
**behind [1]** 4/15
**being [3]** 7/16 22/24 27/4
**believe [1]** 7/5
**belong [1]** 20/15
**belongs [1]** 20/7
**beneficiary [1]** 17/8
**benefit [3]** 13/12 22/3 27/24
**Benjamin [1]** 6/7
**BENNETT [1]** 1/13
**best [1]** 28/13
**bet [3]** 12/16 13/15 23/21
**better [2]** 3/19 21/10

**B**

bit [1] 25/22
Bloom [2] 15/6 15/8
bono [3] 6/18 9/2 24/6
both [1] 18/6
bottom [1] 16/6
BRIDGE [3] 1/4 3/4 19/20
Brief [1] 20/4
broad [2] 11/15 12/7
buddies [1] 9/2
bunch [1] 26/21
Business [1] 30/17
busy [2] 16/14 24/8

**C**

California [1] 5/1
call [4] 11/2 11/4 13/23 15/14
called [4] 6/12 13/13 13/15 15/11
calls [3] 10/23 10/25 15/7
calm [1] 8/15
came [1] 9/19
can [25] 5/3 5/7 5/21 9/2 10/1 10/21
11/6 12/7 12/20 12/23 13/15 16/6
18/24 19/11 19/25 21/14 21/23 22/6
23/20 24/5 26/15 26/21 28/14 28/14
28/17
can't [2] 28/15 28/16
cancelled [1] 4/2
CAPITAL [3] 1/4 3/4 19/21
car [2] 10/12 10/14
card [1] 20/8
cards [1] 11/7
care [3] 7/17 8/16 21/25
case [21] 1/4 4/10 6/5 6/18 8/10 9/14
9/17 11/16 12/25 13/12 15/23 16/2
16/9 18/9 20/17 20/24 23/4 23/18
24/15 25/18 28/13
cases [1] 27/21
Catholic [1] 18/15
caught [1] 14/5
cause [6] 1/9 3/3 3/16 4/3 4/22 22/1
cell [1] 10/22
certain [1] 27/10
Certainly [1] 27/8
CERTIFICATE [1] 30/1
certified [1] 10/19
certify [2] 30/3 30/6
cetera [3] 4/10 11/15 11/16
challenge [1] 9/7
chance [2] 9/21 29/12
channel [2] 7/11 7/13
charged [1] 20/11
CHARLES [7] 1/7 1/17 3/5 3/12 19/21
24/22 25/23
chat [3] 8/17 8/18 13/25
chats [3] 8/1 8/3 8/6
check [3] 10/19 20/21 26/15
checkbook [2] 5/2 10/9
checks [1] 18/6
choice [1] 22/22
Circuit [1] 22/17
Civil [2] 23/15 23/19
clear [1] 18/3
Cleburne [1] 12/19
clerk [2] 18/25 20/3
client [3] 6/8 15/7 15/14
Code [1] 25/25

collect [2] 25/5 27/16
collecting [1] 16/2
collection [3] 25/9 25/10 27/1
come [4] 5/18 13/10 13/10 19/11
comes [1] 25/24 27/1
coming [1] 28/21
Commerce [1] 13/16
communicate [1] 28/8
communications [1] 21/18
complaining [1] 13/25
compliance [5] 4/18 12/15 12/21
25/13 25/20
complies [1] 26/3
comply [12] 3/24 4/1 4/4 5/21 9/15
18/19 22/3 23/5 23/9 24/14 25/24 30/7
complying [1] 28/18
comprehensive [1] 16/5
computer [2] 1/24 13/15
concerned [1] 23/24
concerning [1] 11/22
concerns [1] 15/4
conduct [10] 8/5 13/18 13/18 14/12
20/21 21/3 23/15 23/20 25/4 28/20
conducted [1] 8/17
conducting [3] 4/11 8/7 20/16
Conference [1] 30/8
conflict [2] 17/7 18/5
consider [1] 22/18
considered [4] 6/21 22/13 24/12
24/20
considering [1] 4/13
conspiracy [2] 18/8 18/12
construe [1] 23/13
contact [1] 21/10
contacted [1] 15/18
contempt [12] 4/13 5/21 9/12 19/14
22/14 22/15 22/16 22/22 23/6 23/8
26/4 27/2
continue [5] 12/4 21/2 24/2 28/18
29/9
cooperate [2] 28/4 28/8
coordinate [1] 21/14
copy [1] 21/11
Corporation [1] 13/16
correct [3] 20/25 21/1 30/4
cost [1] 19/5
costs [3] 25/11 25/17 25/20
could [10] 3/21 3/23 6/17 6/21 10/20
11/8 11/9 11/18 11/18 26/4
counsel [5] 3/6 9/2 11/21 12/23 17/1
country [2] 9/5 28/7
counts [1] 13/8
County [5] 4/14 5/6 6/15 12/19 22/17
couple [3] 3/15 14/9 15/13
course [3] 21/20 21/22 21/24
court [34]
Court's [6] 4/8 12/13 16/17 23/6 26/3
28/2
courts [1] 22/18
credible [1] 29/1
credit [1] 11/7
CSR [5] 1/20 30/3 30/11 30/12 30/16
current [1] 23/23
custody [1] 26/2
CV [3] 1/4 3/4 19/21

**D**

Dallas [1] 1/17
date [1] 16/4
dates [1] 21/13
David [2] 3/25 20/16
day [4] 14/2 15/5 15/11 30/9
days [6] 15/13 24/22 25/2 25/3 25/14
25/19
deal [1] 27/17
December [1] 16/4
decide [3] 4/17 12/7 19/12
decides [1] 11/18
decision [1] 13/17
Decisions [1] 13/17
deep [2] 24/6 24/6
deeply [1] 23/23
default [2] 27/15 29/10
defaulting [1] 26/7
defend [1] 27/14
defendant [9] 1/17 22/9 24/14 24/17
24/22 25/10 25/12 25/17 25/23
defense [1] 28/4
demand [1] 21/4
deputy [1] 19/9
devices [3] 13/6 24/23 26/13
did [11] 3/23 4/1 6/14 6/16 7/23 9/20
9/21 15/20 17/3 17/10 17/12 17/15
28/23
didn't [5] 3/24 4/24 5/10 13/10 15/10
different [2] 3/16 21/8
disabled [1] 7/25
disbursed [1] 11/9
discovered [1] 25/23
discovery [11] 4/9 4/11 5/22 6/2 11/14
13/19 19/13 24/15 24/18 25/13 25/18
discussion [1] 8/9
district [11] 1/1 1/2 1/10 7/16 9/6
13/19 20/7 20/12 22/18 23/16 30/13
DIVISION [2] 1/3 30/14
DLA [5] 1/13 17/3 17/4 17/5 17/8
do [60]
docket [2] 24/8 24/20
dockets [1] 16/14
Document [1] 3/20
documented [1] 15/19
documents [5] 12/5 16/2 25/6 25/9
25/15
does [4] 5/5 11/19 20/15 23/25
doesn't [6] 4/12 13/25 14/11 21/20
27/2 27/4
doing [3] 26/25 29/9 29/10
don't [42]
Dondi [3] 13/13 13/15 23/18
done [3] 4/13 19/11 27/3
doubt [2] 22/4 27/24
down [15] 4/14 5/6 10/9 10/22 11/7
12/18 12/18 14/4 18/19 18/25 19/9
22/16 23/23 28/20 28/22
dozen [2] 14/18 18/5
Drive [1] 1/17
due [1] 22/13
duties [1] 21/7

**E**

E-Mail [2] 1/22 30/19
easy [1] 11/12
ECF [1] 24/25

**E**

educated [1] 30/18
efforts [1] 25/12
either [3] 4/12 10/19 23/5
electronic [1] 26/18
electronically [1] 24/24
Elon [1] 18/9
else [4] 16/21 18/9 18/17 26/21
email [4] 15/18 15/20 21/10 21/11
emails [3] 11/22 14/15 14/17
Emanuel [1] 17/4
encourage [4] 11/22 21/10 24/2 27/13
end [7] 14/2 23/25 27/25 28/1 28/2
 28/3 28/11
enforce [3] 12/14 22/18 28/17
enough [1] 4/20
ensure [3] 4/17 12/20 25/20
enter [1] 22/11
entering [3] 20/18 21/12 26/8
enters [1] 24/15
entitled [1] 30/5
entries [1] 24/21
et [4] 1/4 4/10 11/15 11/15
Evans [7] 3/25 5/7 11/10 20/16 20/21
 21/4 21/10
Evans's [1] 10/17
even [4] 22/2 23/12 24/5 29/9
event [1] 26/6
ever [1] 8/12
everybody [1] 18/16
everything [2] 27/1 27/10
Exactly [1] 26/19
examples [1] 27/22
exasperated [1] 27/18
exchange [1] 4/10
excuse [1] 28/24
excuses [1] 16/19
exercise [1] 25/25
exhausted [1] 16/18
exists [1] 26/21
expensive [1] 28/19
experience [1] 24/3
Expires [1] 30/16
Express [1] 20/8
extent [1] 8/14
extremely [1] 6/3

**F**

face [2] 3/23 15/8
facility [1] 12/18
fact [1] 17/3
failed [1] 25/24
failing [2] 4/3 22/2
failure [1] 5/21
fair [1] 6/22
faith [2] 13/2 13/9
familiar [2] 7/20 23/21
familiarize [1] 23/19
family [3] 4/25 17/2 17/7
far [1] 23/4
favor [2] 24/11 26/8
Federal [3] 13/17 14/4 27/20
fee [9] 4/24 5/1 10/17 11/8 18/20 19/1
 19/8 19/23 20/13
fees [3] 25/17 25/20 30/6
few [1] 10/8
fewer [1] 6/12

**Fieldthorn [1]** 1/17
Fifth [1] 22/17
fighting [1] 29/4
figure [2] 5/14 6/21
file [5] 12/3 17/17 17/19 27/11 28/14
filed [3] 4/6 5/23 8/5
filing [2] 15/24 17/24
filings [1] 6/21
filter [1] 25/7
find [9] 3/13 13/15 23/20 24/2 24/5
 24/16 26/20 27/10 28/14
fine [2] 11/16 27/15
finish [1] 22/6
firm [2] 18/6 18/7
firms [1] 6/13
first [1] 16/25
five [2] 14/15 14/17
floor [1] 11/8
fly [1] 28/20
folks [2] 6/23 8/21
follow [3] 6/24 8/22 23/14
followers [3] 7/2 7/9 14/3
following [1] 24/15
fool [1] 6/8
foregoing [2] 30/4 30/5
forgive [1] 11/19
format [1] 30/6
former [1] 18/8
FORT [5] 1/3 1/5 1/21 30/14 30/17
forth [1] 13/10
forthcoming [1] 17/9
forward [1] 16/3
forwarded [2] 14/16 14/20
found [1] 29/1
Franklin [1] 6/7
frankly [1] 9/13
friends [1] 11/24
front [2] 4/20 11/17
frustrated [2] 16/13 22/20
fully [2] 18/18 26/2
funds [2] 5/10 5/10
further [4] 5/18 22/9 24/10 30/6

**G**

game [1] 28/1
games [1] 27/19
gave [1] 28/23
get [12] 3/21 5/3 6/11 11/1 12/6 13/20
 14/5 14/6 16/19 23/24 27/13 29/5
gets [1] 15/14
getting [4] 16/13 16/18 24/6 28/19
give [4] 12/23 22/3 23/25 27/23
given [1] 9/13
giving [4] 12/7 20/21 24/7 29/11
go [12] 4/15 6/14 10/6 12/18 14/8 17/4
 18/19 19/6 19/8 19/16 23/4 29/7
going [22] 9/10 10/16 12/14 13/24
 14/4 14/5 14/5 14/6 14/9 19/20 20/5
 20/12 23/23 23/24 23/25 27/5 27/25
 28/2 28/11 28/18 29/4 29/5
good [3] 3/8 13/1 13/9
got [2] 5/2 10/12
governing [1] 23/15
governs [3] 13/17 13/21 13/22
grandmother [1] 29/3
grants [1] 24/21
group [2] 8/9 8/19

**guess [1]** 8/23
guidance [1] 12/23
GUZMAN [4] 1/20 30/3 30/11 30/11

**H**

hac [1] 9/9
had [5] 3/19 3/19 3/21 10/5 15/9 20/13
 20/14
Hal [2] 3/5 19/21
hand [3] 19/16 20/3 20/10
handing [1] 20/5
handle [2] 10/21 16/1
happened [1] 21/12
happening [1] 28/2
happy [6] 5/18 11/11 17/19 18/19
 18/22 19/2
hard [1] 14/6
has [6] 6/8 16/4 17/8 17/8 21/6 22/17
hasn't [1] 27/10
have [78]
haven't [1] 3/13
having [3] 24/7 24/12 24/20
he [23] 9/25 10/1 10/1 10/3 10/5 14/15
 14/15 15/6 15/6 15/7 15/9 15/19 15/20
 21/6 24/14 26/2 26/15 26/15 26/19
 27/2 27/4 27/4 27/10
he'll [3] 20/3 21/13 27/2
he's [8] 15/21 17/6 21/4 21/7 26/7
 26/25 27/4 27/11
heard [2] 15/16 22/10
hearing [11] 1/9 3/18 4/9 11/17 12/12
 12/12 14/16 24/11 24/14 25/21 26/6
hearings [3] 24/8 28/12 28/19
held [9] 5/6 22/15 22/16 22/22 22/22
 23/6 23/7 26/2 27/2
help [1] 6/10
helpful [1] 21/20
her [1] 23/3
here [22] 3/15 3/16 4/22 5/1 9/14 9/17
 10/1 10/10 10/12 10/25 13/10 15/14
 16/18 19/12 20/6 20/14 21/6 23/10
 27/22 28/20 28/22 29/3
highly [2] 27/13 27/13
him [17] 4/16 4/16 4/16 9/22 9/23
 10/19 13/2 13/4 14/11 14/13 15/2 15/7
 15/19 15/23 15/25 21/11 27/5
himself [3] 6/8 14/12 26/3
his [9] 13/2 13/6 15/4 15/9 16/7 24/18
 25/12 26/13 26/15
history [1] 9/13
hit [1] 13/8
hold [4] 4/13 5/15 5/21 19/13
holding [2] 10/22 22/14
Honor [34]
HONORABLE [3] 1/9 3/25 20/16
hope [1] 18/10
hoping [2] 9/14 10/4
host [2] 8/1 8/2
how [10] 7/2 8/21 8/21 10/16 13/14
 13/17 13/18 16/1 23/21 27/3
hurting [1] 29/10
hurts [2] 29/6 29/6

**I**

I'd [3] 10/8 14/18 21/19
I'll [3] 22/3 23/8 26/4
I'm [39]

**I**

I've [1] 24/4

idea [1] 13/4
identified [1] 24/24
identify [2] 3/6 3/11
identifying [1] 25/14
immediately [2] 15/17 15/25
impartial [1] 28/16
include [3] 21/18 23/8 26/5
included [1] 26/20
incurred [1] 25/18
INDEX [1] 2/1
indicating [1] 20/19
infested [1] 23/22
inflammatory [1] 15/7
information [2] 24/24 26/18
inquire [1] 21/13
intelligent [1] 28/10
intend [1] 18/18
involved [2] 14/3 18/9
involving [1] 18/9
irrelevant [1] 11/15
is [50]
isn't [1] 29/2
issue [4] 17/1 17/7 19/7 25/3
issued [2] 3/17 4/2
it [46]
it's [22] 5/16 6/2 7/6 7/16 11/14 11/16
11/23 11/24 13/13 13/15 13/17 14/6
14/21 16/15 17/1 18/3 23/25 26/7
27/25 28/6 28/11 28/18
item [2] 4/5 4/6
itemized [1] 25/20
its [3] 20/20 22/18 25/25
itself [1] 21/21

**J**

jail [5] 9/11 12/18 22/17 22/24 23/7
JOHNSON [30] 1/7 1/17 3/5 3/10 3/12
3/18 4/14 4/15 5/6 12/19 13/1 13/7
13/13 14/11 14/14 15/18 16/6 16/21
18/17 19/21 19/22 20/10 21/11 21/18
22/17 24/22 25/24 26/1 26/14 27/13
Johnson's [2] 4/7 22/9
Jordan [1] 15/6
Journal [1] 15/15
judge [20] 1/10 5/7 7/16 9/19 10/1
10/9 10/17 11/9 11/17 12/7 16/12
18/13 20/21 21/4 21/5 21/7 21/10 23/1
24/4 28/16
judges [2] 4/19 21/8
judgment [3] 26/8 27/15 27/16
Judicial [1] 30/7
JUNE [4] 1/6 3/2 8/5 25/22
jury [2] 28/4 28/5
just [15] 12/6 14/9 14/14 14/16 14/20
14/24 16/1 16/6 16/11 16/22 18/2
18/18 21/21 26/24 29/2
justice [1] 28/5

**K**

keep [5] 7/8 14/4 15/23 16/3 23/23
kept [1] 7/7
kind [2] 14/20 23/10
know [25] 5/9 6/19 6/25 7/4 7/15 10/2
11/3 11/7 12/16 13/3 13/14 13/14

3/14 14/13 15/10 15/16 15/17 15/21
15/25 16/13 18/11 18/14 21/17 28/9
29/8
knowledge [1] 14/11
knows [2] 12/25 16/1

**L**

Lambert [5] 3/5 15/13 16/8 16/11
19/21
last [10] 3/18 4/8 4/21 6/6 7/25 18/21
20/14 23/5 24/14 29/12
later [2] 15/13 27/1
law [3] 6/13 20/2 24/21
lawsuit [4] 8/13 14/4 22/23 27/14
lawsuits [1] 8/6
lawyer [3] 13/2 13/14 13/23
lawyers [1] 13/21
LDS [1] 18/11
lead [1] 13/2
leak [1] 15/11
leaked [1] 15/19
learned [1] 15/17
least [3] 16/16 20/23 22/18
leaves [1] 22/8
left [2] 17/4 22/21
legal [1] 28/17
lenient [2] 9/8 10/3
Less [1] 14/18
let [4] 5/20 27/15 27/15 29/9
letter [3] 13/7 15/2 15/11
liberally [1] 23/13
like [11] 4/12 10/8 12/14 16/14 16/20
17/21 20/6 28/6 28/13 29/8
link [1] 15/3
litigation [1] 4/4
live [6] 8/1 8/3 8/6 8/17 8/18 13/25
LLC [2] 1/4 3/4
LLP [1] 1/13
Loan [1] 13/16
locate [1] 23/21
long [1] 6/2
look [4] 4/12 6/2 11/23 16/14
looked [2] 15/9 15/16
looking [1] 9/11
looks [1] 20/6
loop [1] 15/23
lose [1] 22/20
lot [2] 6/19 7/15

**M**

made [1] 17/1
magistrate [1] 11/18
Mail [2] 1/22 30/19
make [12] 7/18 10/5 10/22 10/25
15/10 16/17 17/24 19/10 26/14 28/3
28/9 28/16
man [2] 12/16 15/6
managed [1] 3/13
many [7] 6/4 7/2 8/21 8/21 14/22 24/4
27/3
MARK [1] 1/9
married [1] 18/7
Marshal [3] 4/15 18/24 26/2
matter [7] 3/4 4/25 16/11 16/19 22/8
25/22 30/5
matters [1] 3/16
may [15] 3/17 4/8 4/16 4/19 8/9 15/2

15/20 15/21 17/16 19/4 23/12 24/17
24/24 25/3 30/9
maybe [2] 8/24 19/12
McBryde [1] 9/19
me [20] 3/22 5/20 6/20 8/10 8/15 8/20
9/5 11/13 11/18 12/23 14/16 19/25
20/3 20/23 21/23 22/11 27/12 28/9
28/23 29/6
mean [5] 5/5 6/19 8/16 22/14 22/16
means [2] 13/23 23/7
meantime [1] 5/8
mechanical [1] 1/24
media [6] 6/24 7/3 7/9 7/16 15/5 26/20
mediation [14] 3/20 4/2 4/24 10/17
11/8 18/20 19/8 19/23 20/13 20/17
20/22 21/3 21/14 21/21
mediator [3] 3/21 4/1 21/4
medical [1] 28/24
memorized [1] 11/4
message [1] 8/19
mguzman.csr [2] 1/22 30/19
might [4] 6/10 6/25 9/1 13/12
mind [1] 26/25
mine [1] 16/14
modification [1] 26/22
moment [2] 12/22 16/20
momentarily [1] 19/15
monetary [4] 12/20 22/3 23/8 26/5
money [3] 20/15 20/21 29/8
MONICA [4] 1/20 30/3 30/11 30/11
Montana [1] 18/7
more [6] 8/24 17/16 22/2 28/19 28/19
28/19
Mormon [3] 18/7 18/8 18/8
Most [1] 14/22
motion [16] 4/6 5/22 7/19 8/4 12/3
12/4 12/9 12/9 12/9 15/12 22/9 24/10
24/11 24/20 24/21 27/12
motions [1] 28/15
move [2] 17/6 17/12
moving [1] 27/21
Mr [31]
much [5] 13/8 20/9 24/8 24/8 27/24
multiple [2] 12/12 12/12
Musk [1] 18/9
my [22] 4/15 4/18 6/14 7/24 9/15
10/18 10/19 10/25 15/7 15/14 16/25
17/2 17/7 18/6 22/24 23/9 23/20 24/3
27/21 27/25 28/10 28/17
myself [1] 24/5

**N**

nail [1] 27/5
named [1] 15/6
nasty [1] 15/8
NCRA [1] 30/12
necessary [2] 5/16 26/7
need [10] 4/17 5/14 12/2 13/23 17/17
17/17 17/24 19/13 21/17 28/4
needed [1] 5/19
needs [1] 17/2
neutral [1] 24/25
never [1] 8/17
New [3] 9/17 16/9 23/1
next [7] 5/20 9/19 15/5 15/10 22/21
23/9 27/5
Ninth [1] 21/5

**N**

ng [28] 4/3 4/10 10/8 10/7 10/7 24 8/2
8/14 8/24 10/14 10/14 10/15 11/4 12/6
16/10 17/12 17/15 18/8 22/21 25/1
28/21 30/12 30/12
**noncommittal [1]** 8/10
**noncompliance [4]** 4/7 5/23 22/10
22/13
**none [1]** 10/15
**nonprivileged [1]** 25/8
**NORTHERN [5]** 1/2 9/6 13/19 23/16
30/13
**not [54]**
**note [4]** 14/14 15/1 26/4 26/24
**nothing [2]** 16/15 18/6
**notice [2]** 4/7 22/9
**notified [1]** 3/25
**now [7]** 5/11 11/14 13/21 14/5 18/23
20/11 21/16
**number [8]** 3/3 3/20 4/5 4/6 7/8 9/4
11/4 24/25
**numerous [1]** 27/22

**O**

**oath [1]** 26/14
**object [3]** 11/16 12/2 12/3
**objection [2]** 6/1 28/21
**objections [1]** 25/15
**obligation [3]** 11/19 12/4 23/14
**obstructionist [1]** 27/23
**offered [2]** 9/5 13/3
**Official [1]** 30/13
**often [1]** 5/19
**Oh [2]** 7/5 22/7
**okay [11]** 3/3 3/15 5/12 5/17 14/19
16/24 17/25 18/1 21/2 27/2 28/7
**once [1]** 19/15
**one [15]** 4/5 4/12 7/16 7/19 7/20 11/14
13/5 14/14 15/22 17/11 22/1 22/21
26/11 26/12 29/11
**one's [1]** 11/4
**only [5]** 9/16 16/10 26/22 29/5 29/6
**opportunity [1]** 28/3
**order [28]** 3/16 4/2 4/8 12/3 12/10
15/3 15/24 19/7 19/13 20/19 21/3
21/12 22/3 22/11 24/8 24/16 24/17
24/23 24/25 25/3 25/14 25/19 25/21
25/24 26/3 26/9 26/11 27/9
**ordered [5]** 3/20 20/14 27/1 27/4
27/11
**orders [11]** 4/4 4/18 9/15 16/17 22/19
23/1 23/6 23/9 28/2 28/17 29/5
**other [8]** 6/23 7/12 12/20 22/21 26/17
26/24 27/21 27/21
**our [3]** 13/7 14/16 15/2
**ourselves [1]** 13/18
**out [14]** 5/14 6/23 7/18 8/12 12/17
14/6 15/24 17/10 18/15 22/24 23/2
27/10 29/4 29/5
**outlined [1]** 7/19
**outposts [1]** 6/25
**overly [1]** 11/15
**overnight [1]** 5/15
**own [5]** 12/2 13/22 16/7 20/21 24/3

**P**

**p.m [3]** 1/7 3/2 25/22

**PAGE [1]** 2/2
**paid [4]** 20/7 20/19 20/24 22/4
**participate [2]** 4/4 7/9
**participating [1]** 22/23
**particular [1]** 9/6 13/18
**parties [1]** 25/1
**party [2]** 24/25 25/4
**path [1]** 23/23
**patience [5]** 4/20 22/20 23/2 27/25
28/10
**patient [1]** 23/10
**pause [1]** 20/4
**pay [14]** 3/21 4/24 5/1 5/7 5/12 10/16
11/8 18/19 18/25 19/5 19/8 19/22
20/13 20/14
**paying [1]** 20/18
**Pearl [1]** 1/14
**penny [1]** 29/2
**people [5]** 8/10 8/15 8/19 9/4 14/22
**percentage [1]** 19/5
**perfectly [1]** 11/16
**persist [1]** 23/17
**person [2]** 6/7 28/10
**pertain [1]** 21/21
**pertains [1]** 16/2
**phone [6]** 10/23 10/25 10/25 11/2 11/4
13/23
**pick [1]** 13/23
**pig [1]** 15/7
**Piper [5]** 1/13 17/3 17/4 17/5 17/8
**PITTMAN [1]** 1/9
**place [1]** 27/19
**plaintiff [7]** 1/13 3/6 4/7 11/22 15/14
24/16 25/2
**plaintiffs [12]** 3/9 8/5 12/24 20/24
22/12 24/3 25/8 25/8 25/18 25/19
26/8 26/13
**plaintiffs' [2]** 11/21 25/5
**plan [1]** 10/18
**play [1]** 27/19
**pleadings [1]** 23/13
**pleasantly [1]** 9/15
**please [4]** 3/6 20/2 22/6 28/10
**plus [1]** 21/4
**point [5]** 1/4 3/4 5/22 19/20 26/12
**points [1]** 14/9
**police [1]** 16/15
**possesses [1]** 26/15
**possible [2]** 3/24 27/24
**post [1]** 15/5
**posting [1]** 26/20
**posts [1]** 7/18
**potential [1]** 26/11
**pound [1]** 29/2
**prepared [1]** 22/11
**prescribed [1]** 30/7
**present [1]** 6/20
**presume [1]** 20/23
**pretty [3]** 8/10 8/15 9/8
**previously [1]** 25/7
**printout [1]** 20/6
**prior [2]** 16/25 18/6
**privacy [1]** 15/4
**privilege [3]** 13/6 25/6 25/16
**pro [7]** 1/17 6/18 9/2 9/8 12/5 23/12
24/6
**probably [2]** 14/22 21/10

**problem [2]** 13/24 21/3
**Procedure [2]** 23/15 23/19
**proceeding [1]** 25/11
**proceedings [3]** 1/24 29/14 30/5
**processing [1]** 25/11
**produce [3]** 11/20 12/5 25/8
**produced [1]** 1/24
**production [2]** 16/5 25/11
**promise [1]** 7/6
**promptly [1]** 27/11
**Properties [3]** 13/13 13/16 23/18
**protective [2]** 12/3 12/9 15/3
**protocol [3]** 14/10 15/3 25/7
**provide [2]** 13/8 14/13
**provided [4]** 14/15 15/2 15/3 25/7
**provides [1]** 27/5
**providing [1]** 26/18
**proving [1]** 9/6
**public [2]** 6/21 6/24
**purge [4]** 5/7 9/11 22/15 23/7
**purges [1]** 26/3
**put [4]** 8/12 13/3 17/10 17/18

**Q**

**quash [2]** 12/4 12/9
**question [3]** 5/20 17/16 28/1
**questions [1]** 8/20
**quickly [1]** 9/10
**Quinn [1]** 17/4
**quite [3]** 9/4 9/6 9/13

**R**

**rate [1]** 9/10
**rather [1]** 22/23
**reached [1]** 25/2
**read [5]** 5/22 9/23 13/13 23/1 23/18
**reading [1]** 24/10
**really [5]** 13/25 14/21 15/7 15/8 28/1
**reason [1]** 8/23
**receipt [1]** 19/16 19/25 20/6
**recess [3]** 19/15 19/19 29/13
**record [6]** 3/11 9/17 18/2 19/20 24/18
30/5
**recusal [1]** 17/22
**regard [1]** 21/19
**regarding [1]** 5/23
**regardless [1]** 14/3
**Region [1]** 21/5
**registry [6]** 11/9 19/1 19/9 19/23 20/8
20/20
**related [2]** 3/17 24/17
**relevant [2]** 6/4 24/20
**relief [3]** 4/7 22/9 24/10
**religious [1]** 17/13
**remaining [1]** 12/8
**remember [2]** 6/6 9/18
**rental [2]** 10/12 10/14
**reported [1]** 1/24
**reporter [3]** 1/20 15/14 30/13
**REPORTER'S [1]** 29/15
**represent [5]** 9/5 16/11 24/3 24/5
28/14
**representations [2]** 24/13 24/18
**represented [2]** 17/3 20/23
**representing [1]** 16/8
**represents [2]** 6/8 20/13
**request [3]** 13/24 25/20 26/13

**R**

requested [1] 6/20

requests [3] 11/15 12/8 13/11

resources [1] 12/13

responded [1] 15/21

response [3] 5/25 24/12 25/10

responses [1] 25/13

responsive [5] 11/20 12/6 14/21 25/6 25/9

Reston [1] 1/18

result [1] 4/1

retain [1] 17/3

retaining [1] 17/7

ride [1] 14/23

right [15] 5/23 6/25 7/18 8/1 10/7 10/16 11/13 18/22 18/24 19/18 19/22 20/5 21/25 29/2 29/13

risking [1] 24/6

road [1] 14/4

Room [2] 1/20 30/17

RPR [3] 1/20 30/3 30/11

Rule [1] 25/13

rules [8] 12/5 12/8 13/17 23/14 23/14 23/15 23/19 23/20

run [3] 13/5 13/5 18/5

runaround [1] 26/22

running [2] 22/24 23/2

**S**

said [11] 3/21 3/22 3/23 6/7 9/18 13/8 14/15 15/10 24/3 26/23 29/7

same [1] 17/11

sanction [2] 22/2 22/18

sanctioned [2] 4/3 27/2

sanctions [7] 3/24 12/20 13/20 23/3 23/8 26/4 26/5

Savings [1] 13/16

say [6] 6/22 11/14 12/6 13/1 14/18 29/3

saying [1] 15/15

says [2] 8/4 26/19

scenario [1] 28/13

schedule [1] 16/3

scheduling [2] 21/19 21/21

se [3] 1/17 12/5 23/12

search [12] 4/10 6/3 11/23 13/3 13/5 14/10 14/12 15/2 15/9 15/15 15/19 25/5

searched [1] 25/14

searches [1] 25/4

seat [1] 12/22

Section [1] 26/1

see [2] 6/17 21/13

seeking [1] 25/18

seem [1] 12/16

seen [2] 11/25 27/22

send [4] 10/18 10/22 14/22 15/25

sense [1] 15/10

sent [4] 11/21 15/11 15/20 22/11

seriatim [1] 13/11

seriously [1] 29/11

serve [1] 9/2

served [1] 15/2

set [1] 25/21

seven [2] 24/22 25/2

shall [9] 24/22 25/2 25/4 25/6 25/8 25/10 25/12 25/17 25/19

share [1] 12/18

shark [1] 23/22

shark-infested [1] 23/22

she's [3] 15/16 15/16 23/2

sheer [1] 11/23

shocked [1] 9/16

short [2] 14/25 19/19

shortly [1] 14/16

should [3] 12/1 22/2 25/23

shouldn't [2] 4/3 9/16

show [7] 1/9 3/16 4/3 4/22 19/25 20/2 22/1

sic [2] 18/25 21/5

Signed [1] 30/9

since [2] 15/21 28/6

sir [10] 3/14 5/16 7/1 7/10 7/14 8/14 9/24 10/11 12/3 17/12

six [3] 6/12 14/15 14/17

slither [1] 29/4

social [5] 7/3 7/9 7/15 15/5 26/20

some [12] 3/17 4/19 6/20 9/1 9/23 10/23 10/25 11/14 11/22 14/15 16/7 26/14

somebody [2] 5/7 6/17

someone [2] 6/23 24/5

something [5] 7/7 17/1 17/17 26/19 26/21

something's [1] 13/8

sorry [3] 22/7 24/13 24/16

sort [2] 14/24 15/6

sorts [1] 15/8

sounds [1] 17/21

sources [3] 24/23 25/14 26/18

span [1] 14/25

specific [1] 6/2

stand [6] 3/10 4/15 4/16 19/15 19/18 29/13

start [1] 4/11

state [3] 12/18 21/6 21/6

STATES [8] 1/1 1/10 20/12 20/15 25/25 26/2 28/6 30/8

stenography [1] 1/24

still [6] 5/21 17/2 17/7 22/4 22/8 23/13

stored [1] 24/24

Street [4] 1/14 1/20 15/15 30/17

striking [1] 26/7

structured [1] 14/10

study [2] 9/18 9/21

stuff [4] 7/12 7/17 15/7 15/8

subject [1] 13/20

submission [1] 26/14

submit [2] 25/2 25/19

submitting [1] 26/15

Substack [6] 8/9 8/11 8/13 13/25 15/9 17/10

such [2] 7/18 26/2

Suite [1] 1/14

supervision [1] 16/7

supplement [2] 25/12 26/12

sure [5] 8/25 10/5 18/15 19/6 19/10

surprised [2] 9/13 9/15

surrender [2] 24/23 27/1

surrendering [1] 26/13

swimming [1] 23/22

system [1] 28/5

**T**

table [3] 7/14 4/16 5/6 5/14 6/2 6/17 11/7 12/12 12/22 16/20 18/24 19/3 19/4 19/6 19/9 27/15 29/9

taken [1] 19/19

takes [1] 21/25

taking [2] 23/10 29/11

talk [3] 6/14 8/6 13/9

talked [2] 3/17 17/13

talking [2] 12/17 22/6

Tarrant [1] 6/15

Telephone [4] 1/15 1/18 1/21 30/18

tell [4] 10/1 11/13 21/11 23/18

telling [1] 21/16

ten [2] 25/3 25/14

tend [1] 9/8

tends [1] 12/12

term [1] 15/2

terms [9] 4/10 6/3 11/23 13/3 13/5 15/9 15/15 15/19 25/5

terribly [1] 6/4

test [2] 28/9 29/6

TEXAS [13] 1/2 1/5 1/15 1/21 5/19 9/6 10/20 12/19 21/6 23/16 30/12 30/13 30/17

Texas-based [1] 10/20

than [5] 6/12 8/24 14/18 22/23 27/21

Thank [3] 20/9 20/18 22/5

that [146]

that's [14] 4/5 6/9 8/7 10/7 11/12 11/16 12/1 14/12 16/4 20/11 20/12 21/1 21/21 27/14

their [2] 14/23 16/13

them [8] 5/11 6/4 15/16 15/16 27/15 27/16 28/18 29/9

then [10] 10/6 11/9 11/17 12/7 13/6 14/16 15/13 19/11 21/14 21/14

there [10] 5/7 6/23 7/18 8/9 16/12 18/6 19/6 19/17 24/12 26/20

there's [6] 13/12 15/5 15/24 18/6 18/8 18/8

these [7] 8/6 11/15 12/6 22/21 24/7 24/7 28/19

they [11] 6/3 6/24 6/25 9/2 11/7 15/10 19/3 19/4 19/5 19/6

they're [1] 9/2

they've [1] 11/25

thing [4] 11/14 14/14 26/24 27/17

things [6] 3/17 9/23 10/8 12/11 12/20 16/22

think [18] 6/10 8/19 8/21 9/25 10/21 10/24 11/14 12/13 14/3 14/15 15/20 15/25 16/6 17/2 21/7 26/22 28/2 29/7

third [3] 11/8 24/25 25/4

third-party [2] 24/25 25/4

this [62]

THOMPSON [8] 1/13 3/9 13/24 14/8 17/4 17/6 21/9 21/16

Thompson's [1] 17/13

those [10] 4/12 5/13 8/7 17/8 20/19 22/4 23/20 23/21 25/2 30/7

thought [1] 29/10

three [1] 21/14

thrown [1] 9/11

time [20] 3/6 3/24 4/21 5/4 5/10 6/6 9/19 12/13 14/25 16/15 17/1 18/21 19/7 20/14 22/21 23/9 26/2 27/6 27/16

**T**
**time [1]** 27/16
**times [1]** 27/3
**tired [1]** 24/7
**today [10]** 4/17 5/13 9/14 10/21 15/21 18/22 20/19 21/12 22/10 29/11
**told [6]** 3/19 4/20 6/6 9/18 13/7 18/21
**tomorrow [1]** 10/18
**tonight [1]** 5/15
**too [3]** 12/6 13/8 24/8
**toolbox [1]** 22/25
**tools [3]** 12/14 22/24 28/9
**toothbrush [1]** 10/6
**top [1]** 23/8
**touch [1]** 13/4
**track [2]** 7/8 9/16
**transcript [4]** 1/9 1/24 30/4 30/6
**trap [1]** 14/6
**trial [2]** 13/7 16/4
**tried [5]** 13/1 14/12 15/23 16/4 23/2
**trouble [4]** 3/22 16/15 23/24 24/6
**true [3]** 6/9 8/7 30/4
**trust [1]** 14/11
**trusted [1]** 16/6
**trusts [2]** 17/2 17/8
**trustworthy [1]** 18/14
**try [5]** 13/2 16/17 27/16 27/24 28/10
**trying [7]** 4/17 5/14 16/2 16/17 23/10 27/23 28/16
**turned [1]** 27/10
**Twitter [2]** 7/22 7/25
**two [2]** 4/6 16/22
**type [3]** 16/7 26/14 27/17

**U**
**Uber [2]** 10/13 14/23
**ultimately [2]** 14/2 15/25
**under [5]** 12/5 21/2 23/13 25/25 26/14
**understand [2]** 3/22 27/7
**understanding [1]** 23/11
**unfamiliar [1]** 8/8
**UNITED [8]** 1/1 1/10 20/12 20/15 25/25 26/1 28/5 30/8
**unless [1]** 16/20
**unlike [3]** 4/19 11/24 11/25
**until [5]** 5/6 9/11 22/15 23/7 26/2
**up [9]** 7/7 9/17 12/12 13/23 16/12 16/19 19/12 27/1 28/2
**uploaded [1]** 26/9
**upon [2]** 12/12 25/1
**us [3]** 1/13 18/17 18/21
**use [1]** 13/14
**used [1]** 29/3
**using [1]** 25/4

**V**
**valuable [1]** 12/13
**various [2]** 6/24 7/3
**vehicle [2]** 10/9 10/10
**vendor [5]** 13/4 14/13 25/1 25/4 25/6
**vendor's [1]** 25/11
**Vendors [1]** 13/8
**verbal [1]** 19/7
**very [11]** 15/5 15/10 16/13 16/14 16/14 20/9 21/4 21/20 23/10 28/10 29/11
**via [3]** 10/13 15/18 20/7

**vice [1]** 9/9
**violate [1]** 12/8
**violation [1]** 24/17
**Virginia [1]** 1/18
**VOL [1]** 2/2
**volume [2]** 1/8 11/23
**voluminous [1]** 6/4
**vs [4]** 1/6 3/5 13/16 19/21

**W**
**wait [1]** 12/11
**Wall [1]** 15/15
**want [14]** 9/1 10/5 12/17 13/10 14/14 15/1 16/3 19/12 21/11 21/13 21/15 23/4 27/14 28/11
**wanted [1]** 15/18
**wants [1]** 16/1
**warned [1]** 3/23
**warning [1]** 23/5
**was [17]** 3/25 4/6 4/25 5/23 7/25 8/4 8/10 9/14 10/18 13/4 14/15 14/20 14/24 14/24 15/10 19/24 22/11
**wasn't [1]** 8/18
**waters [1]** 23/22
**way [5]** 10/20 12/11 28/5 28/6 29/4
**we [38]**
**we'll [8]** 13/9 19/6 19/12 19/15 19/16 21/12 26/9 29/13
**we're [4]** 3/15 3/16 9/10 19/20
**we've [2]** 13/1 13/7
**website [1]** 23/21
**well [18]** 5/5 5/20 6/6 7/15 9/8 11/1 11/13 16/12 16/13 17/21 18/10 21/2 23/2 24/1 24/11 27/25 28/11 28/23
**were [12]** 6/3 6/3 6/4 6/11 10/1 10/1 11/1 12/17 19/22 20/14 22/15 24/12
**Western [1]** 18/7
**what [26]** 4/17 5/5 6/6 6/7 6/19 8/16 9/25 11/20 12/16 12/25 14/3 15/1 16/13 18/17 19/12 21/12 26/14 26/15 26/23 27/9 27/21 27/22 28/1 28/2 29/2 29/8
**what's [4]** 5/25 6/20 17/16 20/23
**when [5]** 8/4 15/17 17/6 19/11 21/15
**whenever [1]** 15/24
**where [5]** 8/5 8/9 8/19 9/10 13/5
**whether [4]** 4/13 12/8 19/13 27/4
**which [4]** 17/2 17/7 22/14 29/1
**while [1]** 10/6
**who [3]** 9/5 20/16 28/14
**whole [1]** 13/4
**why [7]** 4/3 4/24 12/1 14/12 15/19 16/4 19/7
**will [14]** 3/8 10/4 13/1 17/25 20/16 20/20 20/23 23/6 23/7 25/21 25/24 26/1 26/7 27/11
**WILLENBURG [4]** 1/20 30/3 30/11 30/11
**WILLIAM [1]** 1/13
**wire [1]** 10/19
**wisdom [1]** 12/23
**withheld [1]** 25/15
**within [6]** 14/25 24/22 25/2 25/3 25/13 25/19
**without [3]** 13/2 16/7 23/17
**words [2]** 6/23 26/17
**work [5]** 13/1 17/4 23/3 26/16 28/5

**worst [1]** 18/15
**worth [6]** 1/3 1/5 1/21 29/8 30/14 30/17
**would [25]** 3/10 4/10 4/15 9/14 9/15 9/25 10/3 10/5 10/24 11/3 12/17 16/20 16/22 20/2 20/2 21/9 21/20 22/14 22/14 22/16 22/23 23/18 24/4 24/14 26/13 28/13
**writes [3]** 15/6 15/6 15/8
**writing [1]** 20/20
**written [1]** 25/12
**Wyatt [2]** 18/11 20/10

**Y**
**yahoo.com [2]** 1/22 30/19
**Yeah [1]** 14/24
**year [1]** 7/25
**years [1]** 24/4
**yes [6]** 3/12 3/23 4/23 5/3 26/10 28/25
**York [3]** 9/17 16/9 23/1
**you [204]**
**you'd [2]** 10/6 28/3
**you're [25]** 4/22 5/6 6/23 8/6 9/10 10/22 12/2 12/14 13/14 13/22 14/3 14/5 14/5 17/21 18/11 19/11 21/17 23/21 23/22 28/10 29/3 29/3 29/4 29/8 29/10
**you've [2]** 5/22 20/7
**your [68]**
**yourself [11]** 3/7 3/11 5/7 9/11 14/5 22/15 23/7 23/19 23/24 24/5 29/10
**YouTube [2]** 7/11 7/13