# Exhibit 1

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| **Point Bridge Capital, LLC,** | § | |
| **Hal Lambert** | § | |
| | § | |
| *Plaintiffs,* | § | |
| **v.** | § | **Case No. 4:24-cv-00988-P** |
| | § | |
| **Charles Johnson,** | § | |
| *Defendant.* | § | |
| | § | |
| | § | |

**DECLARATION OF WILL THOMPSON**

I, Will Thompson, declare as follows. I am an attorney admitted to the State Bar of Texas and this Court and a partner at the law firm of DLA Piper LLP. I am attorney of record for the plaintiffs in the above captioned action. I am over the age of twenty-one years and am not a party to this action. I have personal knowledge of the facts set forth in this declaration. I declare under penalty of perjury that the facts stated in this document are true and correct.

1.      Exhibit A is a true and correct copy of my June 9, 2025 email to Charles Johnson.

2.      Exhibit B is a true and correct copy of my June 10, 2025 email to Charles Johnson forwarding the hearing transcript.

3.      Exhibit C is a true and correct copy of my June 10, 2025 email to Charles Johnson sharing vendor proposals.

4.      Exhibit D is a true and correct copy of my June 11, 2025 follow-up email requesting Johnson's location.

5.      Exhibit E is a true and correct copy of my June 11, 2025 email confirming Innovative Driven as the proposed vendor and requesting Johnson's cooperation.

1

6.      Exhibit F is a true and correct copy of my June 12, 2025 final compliance request and attachment of the Court's Order to Show Cause.

7.      Exhibit G is a true and correct copy of Charles Johnson's June 11, 2025 Substack post, available at: https://substack.com/@charlesjohnson/note/c-124886420.

8.      Exhibit H is a true and correct copy of the Substack article by "Sammy Roosevelt" titled The Most Overlooked Fed in America, available at: https://substack.com/home/post/p-165682285.

9.      Exhibit I is a true and correct copy of Johnson's June 11, 2025 Substack Chat post, available at: https://substack.com/chat/p/5d9f0ee9.

10.      Charles Johnson never responded to my emails. He has not contacted me in any way since the June 5, 2025 hearing.

My name is Will Thompson, my date of birth is November 20, 1982, and my business address is 1900 N. Pearl Street Dallas, Texas 75201, and USA. I declare under penalty of perjury that the foregoing is true and correct.

Executed in Dallas County, State of Texas, on June 13, 2025.


_____*/s/ Will Thompson*_____
Will Thompson

Appx. 003

# Exhibit A

**Thompson, Will**

| | |
|---|---|
| **From:** | Thompson, Will |
| **Sent:** | Monday, June 9, 2025 9:38 PM |
| **To:** | Faulkner, Sherry; Charles Johnson |
| **Cc:** | Thompson, Will |
| **Subject:** | Point Bridge v. Johnson: preparation for surrendering devices pursuant to court order |

Charles,

As you know, on June 5, the Court ordered you "Defendant Charles Johnson shall, within seven (7) days of this Order, surrender all devices, accounts, and sources of electronically stored information identified in the May 8, 2025 Order (ECF No. 52) to a neutral third-party vendor agreed upon by the parties."

As I mentioned, I have requested quotes from leading vendors, and anticipate having them by tomorrow. We will only have two days from then for us to agree on the terms and for you to turn over your devices.

We will also need to know what city you plan to be in on June 12 (or earlier if you want to turn them in beforehand), as some of these vendors have different availability and procedures depending on the location.

Please let me know if you have any questions about this process and I'll let you know the potential vendors and quotes as soon as I get them.

Best,

Will

1

Appx. 005

# Exhibit B

**Thompson, Will**

| | |
|---|---|
| **From:** | Thompson, Will |
| **Sent:** | Tuesday, June 10, 2025 8:54 AM |
| **To:** | Charles Johnson; Charles Johnson |
| **Cc:** | Faulkner, Sherry |
| **Subject:** | FW: TRANSCRIPT - Case no. 4:24-cv-00988-P; Pointe Bridge Capital, LLC et al v. Charles Johnson |
| **Attachments:** | 6-5-2025 Point Bridge Capital v. Charles Johnson.pdf; Invoice - Thompson.pdf |

<u>Dear Charles, Attached is the transcript of the hearing from last week</u>.

**From:** Monica Guzman <mguzman.csr@yahoo.com>
**Sent:** Monday, June 9, 2025 8:12 AM
**To:** Thompson, Will <will.thompson1@us.dlapiper.com>
**Cc:** Faulkner, Sherry <Sherry.Faulkner@us.dlapiper.com>
**Subject:** TRANSCRIPT - Case no. 4:24-cv-00988-P; Pointe Bridge Capital, LLC et al v. Charles Johnson

⚠️ EXTERNAL MESSAGE

Attached is the transcript you requested, as well as a billing invoice.  I have filed with the District Clerk.

**Please acknowledge receipt of this email...**

Thanks,

Monica Willenburg Guzman
U.S. District Court Reporter
Northern District of Texas
Fort Worth Division
(817) 850-6681
Live life to the fullest, laugh often, love much 

On Friday, June 6, 2025 at 03:38:27 PM CDT, Thompson, Will <will.thompson1@us.dlapiper.com> wrote:

Thank you, Monica.  Please have a nice weekend

**From:** Monica Guzman <mguzman.csr@yahoo.com>
**Sent:** Friday, June 6, 2025 3:37:12 PM
**To:** Thompson, Will <will.thompson1@us.dlapiper.com>
**Subject:** Re: Case no. 4:24-cv-00988-P; Pointe Bridge Capital, LLC et al v. Charles Johnson

⚠️ EXTERNAL MESSAGE

Appx. 007

I have pulled up the transcript and it's estimated at 30 pages.  I should have it to you some time on Monday.  I will send an invoice with the transcript.. no worries on payment, it can be taken care of when you're back in the office.

Thanks,
-Monica

Sent from Yahoo Mail for iPhone

On Thursday, June 5, 2025, 6:49 PM, Thompson, Will <will.thompson1@us.dlapiper.com> wrote:

Thank you, Monica.

Will Thompson
DLA Piper, Partner
406.546.5587 (cell)

**From:** Faulkner, Sherry <Sherry.Faulkner@us.dlapiper.com>
**Sent:** Thursday, June 5, 2025 4:33:44 PM
**To:** Monica Guzman <mguzman.csr@yahoo.com>
**Cc:** Thompson, Will <will.thompson1@us.dlapiper.com>
**Subject:** Case no. 4:24-cv-00988-P; Pointe Bridge Capital, LLC et al v. Charles Johnson

Monica,  I am sending this email as a follow up to my telephone call to you today requesting an expedited transcript of today's hearing in the above case.  Please let me know how soon we can receive the transcript and send the invoice directly to me for payment.

Thanks so much,

Sherry Faulkner
Case Manager

T  +1 214 743 4554                **DLA Piper LLP (US)**
F  +1 972 813 6272                1900 North Pearl Street
M  +1 817 296 9005                Suite 2200
sherry.faulkner@us.dlapiper.com   Dallas, TX  75201-4629

                dlapiper.com

The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message. To contact us directly, send to postmaster@dlapiper.com. Thank you.

The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this

Appx. 008

communication in error, please reply to the sender and destroy all copies of the message. To contact us directly, send to postmaster@dlapiper.com. Thank you.

Appx. 009

# Exhibit C

**Thompson, Will**

| | |
|---|---|
| **From:** | Thompson, Will |
| **Sent:** | Tuesday, June 10, 2025 4:47 PM |
| **To:** | Faulkner, Sherry; 'Charles Johnson'; charles@traitwell.com |
| **Subject:** | Vendor Background RE: Point Bridge v. Johnson: preparation for surrendering devices pursuant to court order |

Dear Charles, I wanted to update you on the status of the proposed vendors for the device and account collection and subsequent production.

The quotes and proposed statements of work are being finalized, and I expect to circulate them early tomorrow. Because of the upcoming deadlines, I wanted to give you the names of two of the vendors the plaintiffs are going to propose. They are listed below:

1. Innovative Driven: https://www.innovativedriven.com/
2. Repario: https://repariodata.com/

Both are well-respected e-discovery vendors with experience. You can learn more about the companies at the links above. If you have any questions, please let me know and we can discuss. And if you have any proposed vendors, the plaintiffs would of course consider them in good faith. Take care.

-Will

---

**From:** Thompson, Will
**Sent:** Monday, June 9, 2025 9:38 PM
**To:** Faulkner, Sherry <Sherry.Faulkner@us.dlapiper.com>; Charles Johnson <charlescjohnson88@gmail.com>
**Cc:** Thompson, Will <will.thompson1@us.dlapiper.com>
**Subject:** Point Bridge v. Johnson: preparation for surrendering devices pursuant to court order

Charles,

As you know, on June 5, the Court ordered you "Defendant Charles Johnson shall, within seven (7) days of this Order, surrender all devices, accounts, and sources of electronically stored information identified in the May 8, 2025 Order (ECF No. 52) to a neutral third-party vendor agreed upon by the parties."

As I mentioned, I have requested quotes from leading vendors, and anticipate having them by tomorrow. We will only have two days from then for us to agree on the terms and for you to turn over your devices.

We will also need to know what city you plan to be in on June 12 (or earlier if you want to turn them in beforehand), as some of these vendors have different availability and procedures depending on the location.

Please let me know if you have any questions about this process and I'll let you know the potential vendors and quotes as soon as I get them.

Best,

Appx. 011

Will

Appx. 012

# Exhibit D

**Thompson, Will**

| | |
|---|---|
| **From:** | Thompson, Will |
| **Sent:** | Wednesday, June 11, 2025 2:49 PM |
| **To:** | Charles Johnson; charles@traitwell.com |
| **Cc:** | Faulkner, Sherry |
| **Subject:** | Point Bridge: Scheduling Compliance with Court Order---where will you be physically present to surrender your devices. |
| **Attachments:** | ORDER granting [58] Motion The Court SETS an additional hearing on the matter for June 19, 2025,.pdf |

Dear Charles, the court-ordered deadline for you surrendering your devices is quickly approaching. We need a timeline for scheduling when you will "surrender all devices, accounts, and sources of electronically stored information identified in the May 8, 2025 Order." (ECF No. 58). **Where will you be tomorrow and Friday? I have previously asked you for your location, but you have not responded.** The collection, and compliance with the Court's order, can't be accomplished if you will not identify where you are located in order to surrender your devices.

Appx. 014

## ORDER

On this day, the Court Considered Plaintiff's Motion for

Defendant Johnson's Non-Compliance with Court's May 8, 20

considered the Motion relevant docket entries, and applicable la

Motion.

- Defendant Charles Johnson shall, within **seven (7) days** of t
  devices, accounts, and sources of electronically stored infor
  8, 2025 Order (ECF No. 52) to a **neutral third-party vendo**
  or, if no agreement is reached within those seven days, Plair
  the Court with **ten (10) days** of this Order.

- The third-party vendor shall conduct searches using the Plai
  terms and collect all responsive documents. The vendor shal
  accordance with the protocol previously provided by Plainti
  Plaintiffs all non-privileged responsive documents.

- Defendant shall bear all costs of the vendor's collection, pro
  efforts.

Appx. 015

# Exhibit E

**Thompson, Will**

| | |
|---|---|
| **From:** | Thompson, Will |
| **Sent:** | Wednesday, June 11, 2025 5:59 PM |
| **To:** | Charles Johnson; charles@traitwell.com |
| **Cc:** | Faulkner, Sherry |
| **Subject:** | Point Bridge v. Johnson: Compliance with Court's June 5, 2025 Order – Vendor Selection and Surrender of Devices |
| **Attachments:** | Innovative Drive Point Bridge v. Johnson Proposal.pdf; 61 - order June 5, 2025.pdf |

| **Tracking:** | **Recipient** | **Delivery** |
|---|---|---|
| | Charles Johnson | |
| | charles@traitwell.com | |
| | Faulkner, Sherry | Delivered: 6/11/2025 6:00 PM |

Charles,

Pursuant to the Court's June 5, 2025 Order, you are required to act within seven (7) days [i.e., tomorrow, Thursday June 12] as follows:

> "Defendant Charles Johnson shall, within seven (7) days of this Order, surrender all devices, accounts, and sources of electronically stored information identified in the May 8, 2025 Order (ECF No. 52) to a neutral third-party vendor agreed upon by the parties or, if no agreement is reached within those seven days, Plaintiff shall submit the issue to the Court with ten (10) days of this Order."

Plaintiffs propose that *Innovative Driven* serve as the neutral third-party vendor. The proposal is attached to this email. As stated in prior emails about the collection and production—none of which you have responded to— Innovative Driven is a well-regarded vendor with substantial experience handling complex collections, privilege filters, and productions. Of the vendors the plaintiffs evaluated, Innovative Driven also offered the most competitive pricing. They also have a presence in Northern Virginia.

**Please confirm:**

**Do you agree to have Innovative Driven serve as the neutral third-party vendor for purposes of effectuating the Court's June 5 Order?**

Additionally, I have repeatedly asked you to provide your current location to facilitate the required "surrender" of "devices, accounts, and sources of electronically stored information." You have not responded.

**Please provide the following immediately:**

1. **Your current location; and**

2. **The date and time you will make yourself available for the vendor to begin collection.**

You are under a court-ordered obligation to comply, and further delay or non-responsiveness will compel the plaintiffs to notify the court and request further relief. If you want to talk about this further, please propose a time and the specific points you want to address.

Will

2

# Exhibit F

**Thompson, Will**

| | |
|---|---|
| **From:** | Thompson, Will |
| **Sent:** | Thursday, June 12, 2025 11:39 AM |
| **To:** | 'Charles Johnson'; 'charles@traitwell.com' |
| **Cc:** | Faulkner, Sherry |
| **Subject:** | RE: Point Bridge v. Johnson: Compliance with Court's June 5, 2025 Order – Vendor Selection and Surrender of Devices |
| **Attachments:** | ORDER TO SHOW CAUSE Because June 19 is a federal holiday on which the Courthouse will be close,.pdf |

Charles:

1. Again, where are you located in order to effectuate the surrender of your devices and account information?

2. Are you going to respond in any way?

3. There is a hearing next Wed. at 2pm---are you attending. The order is pasted below and also attached.

Appx. 020

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

POINT BRIDGE CAPITAL, LLC,
ET AL.,

     **Plaintiffs,**

v.                  **No. 4:24-cv-00988-P**

CHARLES JOHNSON,

     **Defendant.**

### ORDER TO SHOW CAUSE

On June 5, 2025, the Court held a hearing. Following that hearing, the Court scheduled a follow-up hearing for June 19, 2025, at 2:00 p.m. ECF No. 61. Because June 19 is a federal holiday on which the Courthouse will be close, the Court finds it appropriate to **RESCHEDULE** the hearing for **June 18, 2025, at 2:00 p.m.**, in the Fourth Floor Courtroom of the Eldon B. Mahon United States Courthouse.

**SO ORDERED** on this **9th day of June 2025.**

_Mark T. Pitt_

MARK T. PITTMAN
UNITED STATES DISTRICT JUDGE

---

**From:** Thompson, Will
**Sent:** Wednesday, June 11, 2025 5:59 PM
**To:** Charles Johnson <charlescjohnson88@gmail.com>; charles@traitwell.com
**Cc:** Faulkner, Sherry <Sherry.Faulkner@us.dlapiper.com>
**Subject:** Point Bridge v. Johnson: Compliance with Court's June 5, 2025 Order – Vendor Selection and Surrender of Devices

Charles,

Pursuant to the Court's June 5, 2025 Order, you are required to act within seven (7) days [i.e., tomorrow, Thursday June 12] as follows:

> "Defendant Charles Johnson shall, within seven (7) days of this Order, surrender all devices, accounts, and sources of electronically stored information identified in the May 8, 2025 Order (ECF No. 52) to a neutral third-party vendor agreed upon by the parties or, if no agreement is reached within those seven days, Plaintiff shall submit the issue to the Court with ten (10) days of this Order."

Appx. 021

Plaintiffs propose that *Innovative Driven* serve as the neutral third-party vendor. The proposal is attached to this email. As stated in prior emails about the collection and production—none of which you have responded to—Innovative Driven is a well-regarded vendor with substantial experience handling complex collections, privilege filters, and productions. Of the vendors the plaintiffs evaluated, Innovative Driven also offered the most competitive pricing. They also have a presence in Northern Virginia.

**Please confirm:**

**Do you agree to have Innovative Driven serve as the neutral third-party vendor for purposes of effectuating the Court's June 5 Order?**

Additionally, I have repeatedly asked you to provide your current location to facilitate the required "surrender" of "devices, accounts, and sources of electronically stored information." You have not responded.

**Please provide the following immediately:**

1. **Your current location; and**

2. **The date and time you will make yourself available for the vendor to begin collection.**

You are under a court-ordered obligation to comply, and further delay or non-responsiveness will compel the plaintiffs to notify the court and request further relief. If you want to talk about this further, please propose a time and the specific points you want to address.

Will

Appx. 022

# Exhibit G

6/13/25, 1:30 PM



# Exhibit H

# The Most Overlooked Fed in America

What happens when you sue a fed for pretending to be a fed, but they weren't pretending?



**SAMMY ROOSEVELT**
JUN 11, 2025

♡ 13          💬 3          🔁 2                                   Share    •••

Charles "Chuck" Johnson has been known as many things: a propagandist, a journalist, a troll, a provocateur, a disinformation peddler, a tech investor and founder, to name a few. In 2015, he was even considered "The Most Hated Man on The Internet." But perhaps the title that best describes Chuck Johnson is that of a **fed**.

The first part of this article will demonstrate that Hal Lambert's lawsuit against Charles Johnson is one of the comical lawsuits ever filed in US history, and the second part will highlight why Johnson should not be overlooked amidst the recent Palantir and Musk news cycles.

Sammy's Substack is a reader-supported publication. To receive new posts and support my work, consider becoming a free or paid subscriber.

Hal Lambert's lawsuit against Charles Johnson is an open and shut case. Lambert, founder of Point Bridge Capital, an American investment management company based in Texas best known for its "MAGA ETF", an exchange-traded fund that invests in companies that are especially supportive of the United States Republican political party, is suing Johnson for "falsely presenting as an intelligence agent," even though his very own lawsuit admits that Charles Johnson was a Confidential Human Source (CHS/Confidential Informant) for FBI Special Agent Jonathan Buma. Essentially, Hal Lambert is suing a fed for pretending to be a fed (or more precisely, suing a federal informant for pretending to be a federal agent).

Appx. 026

Lambert's lawsuit rests on the idea that Confidential Informants are not federal

agents, and because Johnson was impersonating a federal agent, even though he was a Confidential Informant, he was breaking the law. However, no where in the lawsuit is there any evidence cited of Johnson claiming to be a federal "agent" or to have the role of "agent" with any intelligence agency. That word "agent" is integral to the legality of Charles' actions, as Lambert's lawsuit cites the *United States v. Vázquez-Rosario* case as the precedent for why Charles' actions were illegal:

> "One former informant was convicted of false impersonation of an FBI agent under 18 U.S.C. § 912. The former informant told police officers conducting a traffic stop that 'he was a federal agent who investigated corrupt police officers,' and that 'he was going to take down their information and request an investigation.' The officers contacted an FBI agent to confirm the former informant's account; the agent told them that the former informant 'had worked previously as an FBI source and provided information to the agency.' At trial, the agent testified 'that FBI sources are not FBI employees or agents, and are made aware of this fact before they start.'"

Rosario was convicted for saying he was specifically a "federal agent," something Johnson never did. Johnson has spoken about his time working as a Confidential Informant for the FBI, but that is not claiming to be an agent and it is a true statement. Charles has also told Lambert and publicly stated that he has experience working with a multitude of people from various federal agencies, and that is true as well. He never claimed to be an "agent" to Lambert, at least according to Lambert's own lawsuit.

Outside of the legal world, however, to any rational human being, Charles Johnson is a **fed**. In the eyes of anyone with any sort of street smarts, there is no difference between a federal informant and a federal agent. Johnson may no longer even be a Confidential Informant for the FBI, at least officially, but there is a wide array of federal intelligence agencies in the United States, and Johnson could be working with any of them now. The thing about feds is that they don't ever stop being feds. Once a fed, always a fed.

It is never a smart idea to pick a fight with a fed, but given that Hal Lambert and Charles Johnson have known each other since 2016, it's not hard to imagine why this happened. Johnson has probably been informing on Lambert since 2016, and Lambert likely conducted this lawsuit out of desperation, even at the risk of exposing his own extended network. This lawsuit will either take down Johnson or allow Johnson to take down Lambert and possibly even his entire network. But as we have established, because of how laughable the premise of this lawsuit is, it is obvious Lambert did this out of desperation.

Let us dive into some of recent Charles' career highlights as a fed and try to figure out what he is up to today, outside of this lawsuit:

In 2023, Business Insider reported that Charles Johnson was a longtime associate of Peter Thiel and was the confidential informant who introduced Peter Thiel to FBI Special Agent Jonathan Buma, which ultimately led to Thiel becoming an informant for Buma. In October 2023, Johnson wrote:

> "Johnathan Buma and I stopped Elon Musk from giving billions in inflated stock to Igor Kurganov, a Russian poker player backed by the Chinese mob. We leaked that information to then Wall Street Journal reporter Rob Copeland though he left out the Chinese mob stuff. The news of Elon Musk's ties to the Ukrainian mob and to Russian intelligence has made me convinced we did not do enough. Founders Fund has continued to back a series of con men rather than be a responsible venture firm, including leading a round into Neuralink. Either Peter Thiel is unable or unwilling to fix this problem at Founders Fund. I'd love to chat with the SEC about being a whistleblower here."

In 2024, Johnson leaked his text messages with Vice President JD Vance, who was President Trump's running mate at the time. The Washington Post reported on one exchange between the two that highlighted Vance's lack of knowledge on Israel:

> "Still, the messages suggest Vance valued Johnson's opinions. The two were introduced over email in 2019 by a Republican fundraiser, according to correspondence shared with The Post, but Johnson, who helped start the facial recognition company Clearview AI, said they had spoken previously. Though he

conversation was generally amicable, they argued about Israel in the messages.

Vance pushed back on Johnson's criticism of Netanyahu, falsely characterizing some of the prime minister's past positions. "If the GOP listened to Bibi we wouldn't have invaded Iraq, wouldn't have done nation building in Afghanistan, and wouldn't be threatening a war with Iran," Vance wrote. In fact, Netanyahu supported the U.S. invasion of Iraq and had pushed for regime change in Iran, telling Congress in 2002, "It's not a question of whether Iraq's regime should be taken out but when should it be taken out; it's not a question of whether you'd like to see a regime change in Iran but how to achieve it."

Clearview AI, a very controversial facial recognition technology company, was founded by Charles Johnson alongside Hoan Ton-That and Richard Schwartz in 2018 (to this day, Clearview AI is used by law enforcement around the country, and if that's not proof that Johnson is a fed, I don't know what is). Hal Lambert was an investor in Clearview AI as well, per Lambert's lawsuit. Johnson believes that he was forced out of the company, much like Eduardo Saverin was forced out of Facebook by Mark Zuckerberg, due to the fact that he opposed Ton-That and Schwartz providing the Clearview AI technology to the Israelis to target Palestinians.

Johnson's article from yesterday ties Peter Thiel to Putin. Which is interesting but not very convincing. Maybe Charles will prove to be right, or maybe this is just one of his many propaganda rabbit holes he writes to distract his adversaries and lead them astray. He also ties Peter Thiel to the German Nazis, which is more plausible given Thiel was born in Germany and is German. But the most interesting excerpt of his recent article was this:

> "Anyway I had recruited Thiel as confidential human source and later outed him in large measure to protect him. When Special Agent Jonathan Buma recruited me as a confidential informant he mentioned that there were three oligarchs who had, in effect, acted as fronts for the Russian government. I knew all three of these figures and I began to introduce Buma to them one by one. Some, like Peter, were more helpful. Others, like Elon, were not.

We began with Elon Musk, in part because I thought it would be relatively easier, given his ties to Igor Kurganov, the mob-backed poker player, to whom Musk had entrusted billions in Tesla stock for Musk's fake charity. (I had not counted on the fact that former acting director of the FBI Andy McCabe's son — Sean McCabe — was the liaison between SpaceX and the FBI. Buma interfaced with the younger McCabe — and surprise! — there was no appetite to "go there" on Elon.

This corruption within the FBI can't really be appreciated unless you've experienced it yourself — something I seemingly have in common with a whole lot of people. To give you a sense of it, I ask you to take a look at a report that was given to me and nominally claims to be a part of the FBI's confidential human source system."

You can see the shift from 2023 to now, where Johnson ties Musk to the Ukrainians and Russians, whereas now he is only tying Musk to the Russians, as well as Thiel. Charles also claimed in his most recent article that Thiel's drones don't work (most likely implying Palmer Luckey's Anduril drones) and so Thiel being a part of the effort to sell them to Ukraine is actually to the advantage of Russia. Interesting, we will see Chuck. Of course, Johnson could be linking Musk and Thiel to the Russians publicly, but privately know it's someone else. He's literally a fed, so you don't actually have to take everything he says at face-value.

What I do believe to be true from this most recent article is that Johnson no longer is an informant for the FBI, he has genuine anger at the FBI for corruption he experienced firsthand, and he is working with new intelligence networks now. We also learn more about Johnson's experiences with Thiel, Vance, Bannon, Epstein (who he met as a teenager working as an intern for Alan Dershowitz), and Ghislaine Maxwell from this article, and there is plenty of evidence that Johnson has met with all of these figures on multiple occasions throughout his career, and in some cases worked with or for them.

"Over the years I have had a great number of conversations with Peter Thiel since he and I first met one another in Claremont in 2009 at a Leo Strauss book club… It was Peter Thiel who later [during Trump's first term] introduced me to J.D. Vance and I, in

turn introduced him to Steve Bannon and a number of other political figures. For many years I was seen as "Peter's guy" though, of course, I had my own ideas — don't all consiglieres?" In 2024, Johnson supported Kamala Harris for president mainly because he was worried about Peter Thiel and JD Vance surrounding President Trump.

Johnson also makes the wild claim in his article that "Ghislaine doesn't belong in prison, but Elon certainly does." This is a classic example of Charles Johnson filling his writings with bait, trying to see who will expose themselves. He's probably trying to lure in some people in Musk's network with this one, which makes sense given that he is going up against Musk and Lambert's law firm right now.

The reason I write this article is not because I admire Charles Johnson, but rather to warn people, even Hal Lambert, not to underestimate him. Johnson is a **fed**, plain and simple, and one of the most crafty feds out there at that. He has a strange and powerful network around him, and while he may have paid his court costs with an American Express credit card at his last court hearing, it is likely that that is just another one of Chuck's tricks to appear weak when he really is strong. Unlike most people who have been covering this lawsuit, I am of the opinion that Lambert is chump change for Johnson, and that Johnson will win this lawsuit. But we will have to see what happens at the next hearing on June 19th.

Interestingly enough, Lambert's law firm is DLA Piper, which has also represented Elon Musk's Tesla in the past. Johnson claims this is not a coincidence. If, after this lawsuit, Johnson intends to go after even more influential figures in Silicon Valley, many of whom are feds themselves, backed by the FBI, CIA, and/or Israeli intelligence networks, it raises the question of which networks are backing Chuck, because he will need support if he is going to go up against the Silicon Valley oligarchs. We also will have to wait and see if Chuck is trying to bring Musk and Thiel down alongside their networks, or if he wishes to save them. I'm just hoping that it will be a glorious Fed Civil War to witness. Who doesn't love a great Deep State intelligence battle?



We're all wondering what you've been up to Chuck

Sammy's Substack is a reader-supported publication. To receive new posts and support my work, consider becoming a free or paid subscriber.

 13 Likes · 2 Restacks

## Discussion about this post

Comments    Restacks

Write a comment...

 **MeatBeOff** MBO  2d

Well, if that's all it takes, I am Spartacus.

♡ LIKE (1)    💬 REPLY                                                          ⬆ SHARE

---

**DeepLeftAnalysis** 🔶 Deep Left Analysis  2d                                    ⋯

My understanding is that the lawsuit is over fiduciary misrepresentation, with Johnson claiming that he had insider information due to his position which he did not in fact have. Looking forward to your update on this as the case progresses.

♡ LIKE    💬 REPLY                                                            ⬆ SHARE

> **1 reply by Sammy Roosevelt**

**1 more comment...**

---

© 2025 Sammy Biz · Privacy · Terms · Collection notice
Substack is the home for great culture

# Exhibit I

Charles Johnson



How many things are not as people say they are?

Charles Johnson



