UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**POINT BRIDGE CAPITAL, LLC,
ET AL.,**

   **Plaintiffs,**

v.                             No. 4:24-cv-00988-P

**CHARLES JOHNSON,**

   **Defendant.**

## ORDER

   The Court previously scheduled a hearing for **June 18, 2025, at 2:00 p.m.**, in the Fourth Floor Courtroom of the Eldon B. Mahon United States Courthouse "to ensure compliance with [its] Order." ECF Nos. 61, 64 (changing the date from June 19 to June 18 due to the federal holiday). On June 13, 2025, Plaintiff filed notice that Johnson has continued to not comply with the Court's orders. ECF No. 65. Johnson shall come to the June 18, 2025 hearing prepared to **SHOW CAUSE** why he should not be held in contempt, "arrested by the United States Marshals[,] and held in custody until such time as he fully complies with the Court's Order and purges his contempt." ECF No. 61. Failure of Johnson to appear at the hearing will result in the issuance of a default judgment against him.

   **SO ORDERED** on this **13th day of June 2025.**

_____
MARK T. PITTMAN
UNITED STATES DISTRICT JUDGE