UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**POINT BRIDGE CAPITAL, LLC, ET AL.,**

    **Plaintiffs,**

**v.**                        No. 4:24-cv-00988-P

**CHARLES JOHNSON,**

    **Defendant.**

## ORDER

    The Court previously scheduled a hearing for **June 18, 2025, at 2:00 p.m.**, in the Fourth Floor Courtroom of the Eldon B. Mahon United States Courthouse. On June 13, 2025, the Court was noticed that Johnson has again failed to comply with the Court's Orders and issued a show cause order. ECF No. 67. On June 16, 2025, the Court was notified that Johnson has wholly failed to participate in the mediation despite multiple orders to do so. Consequently, the Court adds the issue of Johnson's refusal to participate in the Court Ordered Mediation to the previously scheduled show cause hearing (ECF No. 67).

    **SO ORDERED** on this **16th day of June 2025.**

                                            MARK T. PITTMAN
                                            UNITED STATES DISTRICT JUDGE