UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**POINT BRIDGE CAPITAL, LLC, ET AL.**,

   Plaintiffs,

v.   No. 4:24-cv-00988-P

**CHARLES JOHNSON**,

   Defendant.

## ORDER

A hearing is scheduled for Wednesday, June 18, 2025, at 2:00 p.m. in the above numbered and styled case. Because Mr. Johnson is facing the possibility of being held in contempt at the hearing, the Court finds it appropriate to appoint him Counsel for the hearing. Therefore, it is **ORDERED** that <u>Devon Sanders</u> and <u>Joshua Rhodes</u> of the Office of the Federal Public Defender are appointed as Counsel for Mr. Johnson for the June 18, 2025 hearing. It is further **ORDERED** that Joshua Rhodes and Devon Sanders are hereby terminated as counsel of record as they have completed their representation of Johnson at the hearing.

**SO ORDERED** on this **18th day of June 2025.**

*Mark T. Pittman*
MARK T. PITTMAN
UNITED STATES DISTRICT JUDGE