UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

POINT BRIDGE CAPITAL, LLC, ET AL.,

   Plaintiffs,

v.                                          No. 4:24-cv-00988-P

CHARLES JOHNSON,

   Defendant.

## ORDER

   Before the Court is Plaintiffs' Motion to Permit Remote Trial Testimony of Expert Witness (ECF No. 77). Plaintiffs' Motion states that their expert has been hospitalized for heart problems and is under strict doctor's orders not to travel. ECF No. 77. Plaintiffs submit a sworn affidavit in support of their Motion. ECF No. 78. In the certificate of conference, Defendant indicated that he would leave the determination up to the undersigned. ECF No. 77. Thus, the Court assumes he is unopposed. Accordingly, the Court finds it appropriate to **GRANT** Plaintiffs' Motion under these extenuating circumstances.

   The Court notes that due to the age of the Courthouse, and the general policies in the Fort Worth Division, remote testimony has only ever been attempted once before by the Court—under similarly appropriate circumstances. That attempt was unsuccessful and as a result the Court was forced to strike the witness. Thus, the Court highly recommends that Plaintiffs contact the Court IT as soon as possible.

   **SO ORDERED** on this **10th day of July 2025.**

                                                 MARK T. PITTMAN
                                                 UNITED STATES DISTRICT JUDGE