UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

POINT BRIDGE CAPITAL, LLC, ET AL.,

   Plaintiffs,

v.                                                                  No. 4:24-cv-00988-P

CHARLES JOHNSON,

   Defendant.

## ORDER

Before the Court is Plaintiffs' Motion in Limine. ECF No. 83. Upon review of the Motion, the Court determines that the Motion should be and are hereby **GRANTED in part and DENIED in part without prejudice.** Specifically, the Court finds it appropriate to grant Plaintiffs' Motion with regard to any mention of the recoverable treble damage or attorney's fees under RICO. *See Embry-Riddle Aeronautical Univ. v. Ross Aviation, Inc.*, 504 F.2d 896, 905 (5th Cir. 1974) ("The District Court properly refused to inform the jury that any award of damages would be trebled."); *HBE Leasing Corp. v. Frank*, 22 F.3d 41, 45 (2d Cir. 1994) (informing the jury of RICO's treble damages provision "is irrelevant to the jury questions of liability and damages and may tend to confuse or prejudice a jury into reducing its eventual award, thus frustrating Congress's goal of deterring improper conduct by assessing treble damages").

With regard to the rest of the requested relief in Plaintiffs' Motion, Plaintiffs can resurrect their Motion at trial when the Court and the Parties have a more concrete sense of when and for what purpose the potential statements in question are to be used.

**SO ORDERED** on this **11th day of July 2025.**

                                                  MARK T. PITTMAN
                                                  UNITED STATES DISTRICT JUDGE