UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

POINT BRIDGE CAPITAL, LLC, ET AL.,

  Plaintiffs,

v.                                         No. 4:24-cv-00988-P

CHARLES JOHNSON,

  Defendant.

## ORDER

    Before the Court is Defendant's Opposition to Motion in Limine filed using the Court's Emergency Filing Email. ECF No. 87. In this instance, Johnson's use of the Court's Emergency Filing Email was inappropriate. The Emergency Filing Email is to only be used if "your system is down," "the Court's system is down," or the filing is an emergency filed after hours. *See* Emergency Filing Procedures, https://www.txnd.uscourts.gov/emergency-filing-procedures.

    Johnson's failure to register as an Electronic Case Filing ("ECF") User as required by Local Rule 5.1(f) does not qualify as an emergency justifying his use of the Emergency Filing Email. Consequently, it is **ORDERED** that Johnson's Opposition be **STRUCK AND UNFILED**. It is further **ORDERED** that Johnson register as an ECF user and file the Court ordered response regarding the pre-admission of exhibits by **5:00 p.m., July 11, 2025**.[1] *See* ECF No. 86.

    **SO ORDERED** on this **11th day of July 2025.**

MARK T. PITTMAN
UNITED STATES DISTRICT JUDGE

---

[1] This order extends Johnson's 4:00 p.m. deadline to 5:00 p.m. in the interest of justice.