UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| POINT BRIDGE CAPITAL, LLC, | § | |
| HAL LAMBERT | § | |
| | § | Civil Action No. 4:24-cv-00988-P |
| *Plaintiffs,* | § | |
| | § | |
| v. | § | |
| | § | |
| CHARLES JOHNSON, | § | |
| | § | |
| *Defendant.* | § | |

**PLAINTIFFS' PROPOSED VOIR DIRE QUESTIONS**

1. Does anyone here follow Charles Johnson online—on social media, podcasts, or anything like that?

2. Has anyone here ever gotten in trouble at work or school for something they said—online, in an email, or in a conversation?

3. Has anyone ever been accused of defamation or saying something harmful about someone else?

4. If false words caused real damage to someone's career or business, would you still hesitate to award millions because it wasn't a physical injury?

5. If the facts support it, would you have a hard time awarding millions just because the defendant was representing himself?

6. Have you heard the term "lawfare"—the idea that lawsuits are used to punish or silence political opponents—and do you believe that happens?

7. Have you ever shared or strongly supported a theory that many people might call an outside-the-mainstream belief?

8. Do you think journalists, bloggers, or people who post online are being silenced or held back because they are afraid of getting sued?

9. Have you ever felt that people avoid speaking out—even if they believe something is true—because of the risk of a lawsuit?

Dated : July 11, 2025                              Respectfully submitted,

/s/ *Will Thompson*
Will Thompson
DLA PIPER LLP (US)
Will Thompson
State Bar No. 24094981
will.thompson1@us.dlapiper.com
1900 N. Pearl Street
Dallas, Texas 75201
Telephone: (406) 546-5587

COUNSEL FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 11, 2025, a true and correct copy of Plaintiffs' proposed voir dire question was served via the court's electronic filing system and emailed to the defendant.

/s/ *Will Thompson*
Will Thompson