# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | | |
|---|---|---|
| **POINT BRIDGE CAPITAL, LLC,** | § | |
| **HAL LAMBERT** | § | |
| | § | Civil Action No. 4:24-cv-00988-P |
| *Plaintiffs,* | § | |
| | § | |
| v. | § | |
| | § | |
| **CHARLES JOHNSON,** | § | |
| | § | |
| *Defendant.* | § | |

## PLAINTIFFS' FIRST AMENDED TRIAL EXHIBIT LIST

Pursuant to Fed. R. Civ. P. 26(a)(3)(A)(ii)(iii) Plaintiffs' Point Bridge Capital, LLC and Hal Lambert ("Plaintiffs') submits this First Amended Trial Exhibit List, which includes exhibits that Plaintiff reasonably anticipates it will offer at the Trial (the "**Trial**"), except those offered solely for impeachment. Plaintiff hereby reserves the right to use any other exhibit during Trial depending on the evidence admitted and rulings of the Court during the Trial.

Dated : July  12, 2025

Respectfully submitted,

/s/ *Will Thompson*
Will Thompson
DLA PIPER LLP (US)
Will Thompson
State Bar No. 24094981
will.thompson1@us.dlapiper.com
1900 N. Pearl Street
Dallas, Texas 75201
Telephone: (406) 546-5587

COUNSEL FOR PLAINTIFFS

| Trial Ex No. | DESCRIPTION | OFFERED | ADMITTED |
|---|---|---|---|
| 001 | *See* Amanda Taub & Max Fisher, *As Leaks Multiply, Fears of a 'Deep State' in America*, N.Y. Times (Feb. 16, 2017), https://www.nytimes.com/2017/02/16/world/americas/deep-state-leaks-trump.html. | | |
| 002 | Eddie Scarry, *Media Conservatives Won't Claim Derisive Blogger Charles Johnson*, Washington Examiner (Dec. 10, 2014, 9:10 p.m.), https://www.washingtonexaminer.com/politics/607827/media-conservatives-wont-claim-derisive-blogger-charles-johnson/ (last visited Oct. 16, 2024). | | |
| 003 | *Most Hated Man on the Internet' Found in Fresno*, ABC30 Action News (Jan. 2, 2015), https://abc30.com/charles-c-johnson-most-hated-man-on-the-internet-ferguson-darren-wilson/459968/https://abc30.com/charles-c-johnson-most-hated-man-on-the-internet-ferguson-darrenwilson/459968/ | | |
| 004 | Michael Miller, *Controversial Blogger, Infamous Hacker Team Up to Release Remaining Planned Parenthood Videos*, The Washington Post (Oct. 23, 2015, 5:18 a.m.), https://www.washingtonpost.com/news/morning-mix/wp/2015/10/23/controversial-bloggerinfamous-hacker-team-up-to-release-remaining-planned-parenthood-videos/ | | |
| 005 | Michael Isikoff, *'Alt-Right' Figure Who Set Up Assange Meeting Refuses to Cooperate with Senate Intel Probe*, Yahoo! News (August 28, 2017), https://www.yahoo.com/news/alt-rightfigure-set-assange-meeting-refuses-cooperate-senate-intel-probe-172020121.html | | |
| 006 | Madeleine Aggeler, *Here's How an Alt-Right Troll Auditions for Survivor*, The Cut (Feb. 27, 2018), https://www.thecut.com/2018/02/chuck-johnson-alt-right-troll-auditions-forsurvivor.html | | |
| 007 | Ben Shapiro, *Conservatives Oust Bigotry, and the Left Only Slams Them for It*, National Review (Aug. 28, 2018, 6:30 a.m.), https://www.nationalreview.com/2018/08/conservatives-oust-bigotryleft-only-criticizes-them-for-it/ | | |
| 008 | Charles Johnson, *A Twitter Road to Redemption? My Open Letter to @Jack and @JoeRogan*, VDare.com (March 13, 2019), https://www.vdare-archive.com/articles/charlesjohnson-a-twitter-road-to-redemption-my- | | |

1621769626.1

| Trial Ex No. | DESCRIPTION | OFFERED | ADMITTED |
|---|---|---|---|
|  | open-letter-to-jack-and-joerogan.html |  |  |
| 009 | Federal Bureau of Investigation, *Confidential Human Source Policy Guide [Annotated]: 1018 PG* (May 21, 2019) (on file with author/agency). |  |  |
| 010 | Office of the Attorney Gen., U.S. Dep't of Justice, *The Attorney General's Guidelines Regarding the Use of FBI Confidential Human Sources* § I.B.7. (2020), *available at* https://www.justice.gov/oip/foia-library/foia-processed/general_topics/ag_guidelines_FBI_human_confidential_sources_2/dl?inline |  |  |
| 011 | Luke O'Brien, *The Far-Right Helped Create the World's Most Powerful Facial Recognition Technology*, The Huffington Post (Apr. 9, 2020), https://www.huffpost.com/entry/clearview-aifacial-recognition-alt-right_n_5e7d028bc5b6cb08a92a5c48. |  |  |
| 012 | Lucas Ropek, *Right-Wing 'Troll' Chuck Johnson Claims He Cofounded Facial Recognition Giant Clearview AI*, Gizmodo (Mar. 18, 2021) |  |  |
| 013 | Charles Johnson, *A Jeffrey Epstein in Every Pocket*, Substack (July 19, 2021), https://charlesjohnson.substack.com/p/a-jeffrey-epstein-in-every-pocket. |  |  |
| 014 | Charles Johnson, *The Artful Return of The Bushes?*, Substack (Mar. 4, 2022), https://charlesjohnson.substack.com/p/the-artful-return-of-the-bushes?utm_source=publication-search. |  |  |
| 015 | Why I am Charles Johnson, *Why I Am Suing BuzzFeed's Ryan Mac For Libel Over Peter Thiel Story*, Substack (Sept. 12, 2022), https://charlesjohnson.substack.com/p/why-i-am-suing-buzzfeeds-ryan-mac?utm_source=publication-search BuzzFeed's Ryan Mac for Libel 09/12/22 |  |  |
| 016 | Charles Johnson, *Why My Congressman Dan Crenshaw, With Close Personal and Financial Ties to Israeli Intelligence and Chabad, Deserves An FBI Counterintelligence Investigation*, Substack (Oct. 24, 2022), https://charlesjohnson.substack.com/p/why-my-congressman-dancrenshaw-with?utm_source=publication-search. |  |  |
| 017 | Charles Johnson, *Go Ahead and Quit Twitter: You'll Live Without Your Addiction—And Maybe Be Happier*, Substack (Nov. 6, 2022), |  |  |

| Trial Ex No. | DESCRIPTION | OFFERED | ADMITTED |
|---|---|---|---|
| | https://charlesjohnson.substack.com/p/go-ahead-and-quittwitter-youll-live | | |
| 018 | Charles Johnson, *Our Silicon Valley Bank Run Moment: Give Peter Thiel A Parade And A Medal of Freedom*, Substack (Mar. 12, 2023), https://charlesjohnson.substack.com/p/our-silicon-valleybank-run-moment | | |
| 019 | Credit Suisse video 03/15/23 | | |
| 020 | Morningstar Medalist Rating 05/01/23 | | |
| 021 | @JohnsonThought1, *Kissinger at 100 and Israeli-American Relations*, X (May 28, 2023), https://twitter.com/JohnsonThought1/status/1662647529551413248 (last visited Oct. 16, 2024) | | |
| 022 | Charles Johnson, *About Richard Hanania, Please Don't Shoot the Help! Letter to Young Radicals, Middle Aged Influencers, and Aging Tech Oligarchs*, Substack (Aug. 9, 2023), https://charlesjohnson.substack.com/p/about-richard-hanania-please-dont | | |
| 023 | Charles Johnson, *On My Extracurricular Activities, the Business Insider Thiel Story, and Founders Fund*, Substack (Oct. 19, 2023), https://charlesjohnson.substack.com/p/on-myextracurricular-activities | | |
| 024 | Mattathias Schwartz, *Exclusive: Tech Billionaire Peter Thiel Was an FBI Informant*, Business Insider (Oct. 19, 2023), https://archive.is/7bIln | | |
| 025 | Email from H. Lambert to investors (Oct. 22, 2023) | | |
| 026 | Email from S. Leider to H. Lambert re Umbra update (Oct. 22, 2023) | | |
| 027 | Email from Charles Johnson to Lambert re Resolving Umbra (Oct. 22, 2023) | | |
| 028 | Email from Scott Barnard to E. Wise re Johnson (Oct. 24, 2023) | | |
| 029 | Email from Matthew Muns to H. Lambert re Umbra update (Oct. 24, 2023) | | |
| 030 | @JohnsonThought1, *Sorry not sorry your Israeli op just blew up*, X Space (Nov. 5, 2023) | | |
| 031 | @JohnsonThought1, *Sorry not sorry your Israeli op just blew up*, X Space (Nov. 5, 2023) — (Audio Excerpt 1) | | |
| 032 | @JohnsonThought1, *Sorry not sorry your Israeli op just blew up*, X Space (Nov. 5, 2023) — (Audio Excerpt 2) | | |
| 033 | Charles Johnson, *On Constructs and Their Unmasking*, Substack (Nov. 7, 2023), https://charlesjohnson.substack.com/p/on-constructs-and-their-unmasking. | | |

1621769626.1

| Trial Ex No. | DESCRIPTION | OFFERED | ADMITTED |
|---|---|---|---|
| 034 | @JohnsonThought1, *Peter Thiel and me in The Atlantic*, X Space, (Nov. 9, 2023) (audio copy) | | |
| 035 | @JohnsonThought1, *Counterintel and Open AI*, X Space (Nov. 20, 2023, 9:06 p.m.) (audio copy) | | |
| 036 | https://en.wikipedia.org/wiki/Charles_C._Johnson (archived Jan. 21, 2024). | | |
| 037 | Charles Johnson, *"The Ukrainians Are Obsessed with Clearview": Time Magazine Correspondent on the Facial Recognition Company Battlefield Deployment*, Substack (Mar. 26, 2024), https://charlesjohnson.substack.com/p/the-ukrainians-are-obsessed-with | | |
| 038 | Charles Johnson, *A Quick Professional Update on The Clearview.AI Lawsuit*, Substack (July 9, 2024), https://charlesjohnson.substack.com/p/a-quick-professional-update-on-the | | |
| 039 | Charles Johnson, *"The Quiet Conflict": The FBI vs. the CIA/NSA on the Steele Dossier*, Substack (Aug. 1, 2024), https://charlesjohnson.substack.com/p/the-quiet-conflict-the-fbi-vs-the | | |
| 040 | @JohnsonThought1, *Dangerous! Why I sent my texts … Vance to the Washington Post*, X Space (Aug. 7, 2024) (Full Audio Clip) | | |
| 041 | @JohnsonThought1, *Dangerous! Why I sent my texts … Vance to the Washington Post*, X Space (Aug. 7, 2024) (Audio Excerpt 1 (2:49:06-2:49:22) | | |
| 042 | @JohnsonThought1, *Dangerous! Why I sent my texts … Vance to the Washington Post*, X Space (Aug. 7, 2024) (Audio Excerpt 2 (2:43:05-2:43:41) | | |
| 043 | @JohnsonThought1, *Dangerous! Why I sent my texts … Vance to the Washington Post*, X Space (Aug. 7, 2024) (Audio Excerpt 3 (2:44:33-2:45:00) | | |
| 044 | @JohnsonThought1, *Dangerous! Why I sent my texts … Vance to the Washington Post*, X Space (Aug. 7, 2024) (Audio Excerpt 4 (2:45:46-2:45:57) | | |
| 045 | @JohnsonThought1, *Does Trump want to win*, X Space (August 18, 2024) Full Audio | | |
| 046 | Omitted | | |
| 047 | Omitted | | |
| 048 | @JohnsonThought1, *Does Trump want to win*, X Space (August 18, 2024) (Audio Excerpt 3) (1:29:21-129:47) | | |
| 049 | @JohnsonThought1, *Does Trump want to win*, X Space (August 18, | | |

| Trial Ex No. | DESCRIPTION | OFFERED | ADMITTED |
|---|---|---|---|
| | 2024) (Audio Excerpt 4 (1:30:38-1:31:09) | | |
| 050 | Charles Johnson, *Carl's Lesson: What the SEC Fine Should Teach Other Compromised Billionaires*, Substack (Aug. 20, 2024), https://charlesjohnson.substack.com/p/carls-lesson-whatthe-sec-fine-should | | |
| 051 | Charles Johnson, *The Joe Lonsdale Hustle Needs To Be Shut Down By The Feds*, Substack (Aug. 21, 2024), https://charlesjohnson.substack.com/p/the-joe-lonsdale-hustle-needs-to | | |
| 052 | @JohnsonThought1, X post re Hal Lambert's Retraction Request | | |
| 053 | @JohnsonThought1MAGA ETF | | |
| 054 | Jacob Cantwell, *Elon Musk's X Suspends Chuck Johnson for Not Being Enough of a Troll*, Substack (Sept. 2, 2024), https://techintelstack.substack.com/p/elon-musks-x-suspends-chuckjohnson. | | |
| 055 | Jonathan Buma Letter (Sept. 19, 2024) | | |
| 056 | Arthur Bloom, *Special Agent Johnathan Buma's Whistleblower Retaliation Complaint Was Shot Down Last Week*, Substack (Sept. 24, 2024), https://arthuriana.substack.com/p/special-agentjohnathan-bumas-whistleblower. | | |
| 057 | Omitted | | |
| 058 | @JohnsonThought1, X post (Oct. 1, 2024)10/01/24 | | |
| 059 | @MikeBenzCyber, X (Oct. 1, 2024, 2:25 p.m.), https://x.com/MikeBenzCyber/status/1841182727971700812 | | |
| 060 | J. Arthur Bloom, *The Targeting of Special Agent Johnathan Buma*, Substack (Oct. 9, 2024), https://arthuriana.substack.com/p/the-targeting-of-special-agent-johnathan. | | |
| 061 | Hal Lambert Google search 10/16/24 | | |
| 062 | Charles Johnson, *"Last Gasp of a Criminal Syndicate": Why I Welcome the Lawfare Against Me*, Substack (Oct. 17, 2024), https://charlesjohnson.substack.com/p/last-gasp-of-a-criminalsyndicate | | |
| 063 | Charles Johnson email to Point Bridge Umbra SPV partners (Oct. 23, 2024) | | |
| 064 | Charles Johnson email re: Subject 28 (Oct. 23, 2024) (beginning "My Portfolio"). | | |
| 065 | Charles Johnson, *Best Birthday Yet! A Foreign Compromised Millionaire is Backing a Frivolous Lawsuit Against Me*, Substack (Oct. 23, 2024), | | |

| Trial Ex No. | DESCRIPTION | OFFERED | ADMITTED |
|---|---|---|---|
|  | https://charlesjohnson.substack.com/p/best-birthday-yet-a-foreign-compromised. |  |  |
| 066 | Charles C. Johnson, *The Souls of Mormonfolk: Elon Musk, Jeff Flake and the Future of American Aerospace and the Mountain West*, Charles Johnson's Thoughts & Adventures (Nov. 2024) https://charlesjohnson.substack.com/p/the-souls-of-mormonfolk-elon-musk. |  |  |
| 067 | Charles Johnson, *How Elon Musk Is Working With Foreign Governments and Compromised Attorneys To Promote Lawfare Against Me and Silence My Voice ... and Now He Has Now Deleted My Twitter Account*, Substack (Dec. 30, 2024), https://charlesjohnson.substack.com/p/how-elonmusk-is-working-with-foreign |  |  |
| 068 | Charles C. Johnson, *Would You Look At That! Now Vindicated on Clearview.AI*, Charles Johnson's Thoughts & Adventures (Mar. 2025), https://charlesjohnson.substack.com/p/would-you-look-at-that-now-vindicated. |  |  |
| 069 | Ex A to Expert Report of Dennis Brady (April, 5, 2025) |  |  |
| 070 | Arthur Bloom, *Hal Lambert and His Chinese Law Firm*, Arthuriana (Substack) (n.d.), https://arthuriana.substack.com/p/hal-lambert-and-his-chinese-law-firm. |  |  |
| 071 | Witherspoon proposal for Hal Lambert and Point Bridge Capital (email and letter) 07/07/25 |  |  |
| 072 | Point Bridge Capital: About Hal Lambert, https://www.pointbridgecapital.com/about/ |  |  |
| 073 | Article: Tech FW's post |  |  |
| 074 | 232 Institutions offering MBA |  |  |
| 075 | Fort Worth Stock Show |  |  |
| 076 | Cavuto interview featuring Hal Lambert- can consumers handle high prices |  |  |
| 077 | Audio file of Jacob Cantwell, *Elon Musk's X Suspends Chuck Johnson*, Tech Intel Stack https://techintelstack.substack.com/p/elon-musks-x-suspends-chuck-johnson. |  |  |
| 078 | Jacob Cantwell, *Elon Musk's X Suspends Chuck Johnson*, Tech Intel Stack (Sept. 2, 2024), https://techintelstack.substack.com/p/elon-musks-x-suspends-chuck-johnson. |  |  |
| 079 | Audio Excerpt 1 of Jacob Cantwell, *Elon Musk's X Suspends Chuck Johnson*, Tech Intel Stack (Sept. 2024), https://techintelstack.substack.com/p/elon-musks-x-suspends-chuck-johnson |  |  |

1621769626.1

| Trial Ex No. | DESCRIPTION | OFFERED | ADMITTED |
|---|---|---|---|
| 080 | Audio Excerpt 2 of Jacob Cantwell, *Elon Musk's X Suspends Chuck Johnson*, *Tech Intel Stack* (Sept. 2024) (on file with author), https://techintelstack.substack.com/p/elon-musks-x-suspends-chuck-johnson | | |
| 081 | Audio Excerpt 3 of Jacob Cantwell, *Elon Musk's X Suspends Chuck Johnson*, *Tech Intel Stack* (Sept. 2024), https://techintelstack.substack.com/p/elon-musks-x-suspends-chuck-johnson | | |
| 082 | Audio Excerpt 4 of Jacob Cantwell, *Elon Musk's X Suspends Chuck Johnson*, *Tech Intel Stack* (Sept. 2024), https://techintelstack.substack.com/p/elon-musks-x-suspends-chuck-johnson | | |
| 083 | Order Granting Motion to Dismiss Johnson v. Lambert EDVA 04/02/24 | | |
| 084 | Opinion and Order Dismissing counts- Johnson v. Clearview SDNY 05/20/24 | | |
| 085 | Memorandum Opinion and Order on Motion to Dismiss Johnson v. Lambert EDVA 09/17/24 | | |
| 086 | Order dismissing case Johnson v. Clearview SDNY 01/16/25 | | |
| 087 | Omitted | | |
| 088 | Demonstrative 1 Hal Lambert and PBC Trial- Johnson Posts: | | |
| 089 | Demonstrative 2 Timeline | | |
| 090 | Demonstrative 3 Jacob Cantwell, Elon Musk's X Suspends Chuck Johnson, Tech Intel Stack, https://techintelstack.substack.com/p/elon-musks-x-suspends-chuck-johnson | | |
| 091 | Demonstrative (Hard Board) Johnson's Space Quotes and Substack Quotes | | |
| 092 | Charles Johnson email saying "It will be a bit louder" (July 8, 2025) | | |
| 093 | Charles Johnson email with subject line "Resolving Umbra" (Oct. 28, 2023) | | |
| 094 | Email from Charles Johnson to Timothy Hyland | | |
| 095 | Critical Mention Reports Regarding Hal Lambert and Point Bridge Capital | | |
| 096 | Rule 1006 Summary of Critical Mention Reports | | |
| 097 | Fox News Business Video Cavuto- Coast to Coast 11-14-19 | | |
| 098 | Demonstrative: Slides showing damages due to Johnson's conduct | | |
| 099 | Demonstrative- Dennis Brady Direct Testimony Slides | | |
| 100 | Demonstrative- Larry Chiagouris Direct Testimony Slides | | |
| 101 | Demonstrative -Stewart Baker Direct Testimony slides | | |
| 102 | Demonstrative- Picture of Lambert Family | | |
| 103 | Demonstrative – Burden of Proof | | |
| 104 | @JohnsonThought1, *Dangerous! Why I sent my texts ... Vance to the Washington Post*, X Space (Aug. 7, 2024) (combined audio excerpts) 2:28:22-2:48:28; 2:43:30-2:43:36; 2:42:13-2:42:19 | | |
| 105 | @JohnsonThought1, *Does Trump want to win*, X Space (August 18, 2024) (combined audio excerpts) 1:30:47-1:30:54; 1:29:25-1:29:32 | | |

| Trial Ex No. | DESCRIPTION | OFFERED | ADMITTED |
|---|---|---|---|
| 106 | *Subscribe to Charles Johnson's Substack*, Substack, https://charlesjohnson.substack.com/subscribe (last visited July 10, 2025). | | |
| 107 | @JohnsonThought1.https://x.com/JohnsonThought1/status/1658679094265929728 ( archivedhttps://archive.is/vymaR) 05/16/20023 | | |
| 108 | Charles Johnson, Why Subscribe?,Substack,https://charlesjohnson.substack.com/about | | |
| 109 | *@johnsonThought1,X (Nov.13, 2024, 5:534 pm)* https://x.com/JohnsonThought1/status/1856832897707380982 *(archived* https://archive.is/GrWCS*)* | | |
| 110 | *@JohnsonThough1,X (Nov. 19, 2024. 6:09 pm)* https://x/com/JohnonsThought1/status/1859011037053546564 *( https:archive.is/EFRIFQ)* | | |
| 111 | *1006 Summary of Point Bridge SPV Investments* | | |
| 112 | *Demonstrative of 1006 Summary of Point Bridge SPV Investments* | | |
| 113 | *Johnson v. Verizon* | | |
| 114 | *Johnson v. Gawker* | | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 13, 2025, a true and correct copy of Plaintiffs' Exhibit List was served via registered electronic mail to:

Charles Johnson Charlescjohnson88@gmail.com
charles@traitwell.com

/s/ *Will Thompson*
Will Thompson

1621769626.1