IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF TEXAS

FORT WORTH DIVISION

| | | |
|---|---|---|
| POINT BRIDGE CAPITAL, LLC ET AL | ) | CASE NO. 4:24-CV-00988-P |
| | ) | |
| | ) | FORT WORTH, TEXAS |
| vs. | ) | |
| | ) | JULY 14, 2025 |
| CHARLES JOHNSON | ) | 10:20 A.M. |

VOLUME 1
TRANSCRIPT OF JURY TRIAL
BEFORE THE HONORABLE MARK T. PITTMAN
UNITED STATES DISTRICT COURT JUDGE AND A JURY

**A P P E A R A N C E S:**

FOR THE PLAINTIFFS:        WILLIAM BENNETT THOMPSON
                           DLA Piper, LLP US
                           1900 N. Pearl Street
                           Suite 2200
                           Dallas, Texas  75201
                           Telephone:  214.743.4500


PRO SE DEFENDANT:          CHARLES JOHNSON
                           1624 Fieldthorn Drive
                           Reston, Virginia  20194
                           Telephone:  617.429.4718



COURT REPORTER:            MONICA WILLENBURG GUZMAN, CSR, RPR
                           501 W. 10th Street, Room 310
                           Fort Worth, Texas  76102
                           Telephone:  817.850.6681
                           E-Mail: mguzman.csr@yahoo.com


Proceedings reported by mechanical stenography, transcript produced by computer.

**<u>INDEX</u>**

|  | PAGE | VOL. |
|---|---|---|
| Opening Statements | | |
| By Mr. Thompson ......................10 | | 1 |
| By Defendant Johnson .................14 | | 1 |

| Plaintiffs' Witnesses | Direct | Cross | Voir Dire | |
|---|---|---|---|---|
| Hal Lambert | 22 | 85 | | 1 |
| Stewart Baker | 105,134 | 127 | | 1 |
| Charles Johnson | 136 | 155 | | 1 |
| Dennis Brady | 161 | 172 | | 1 |

|  | PAGE | VOL. |
|---|---|---|
| Plaintiffs Rest ...........................182 | | 1 |
| Defendant Rests – by Court Order ..........183 | | 1 |
| Objections to Court's Charge | | |
| By Mr. Thompson ......................184 | | 1 |
| By Defendant Johnson .................185 | | 1 |
| Court's Charge Read ........................186 | | 1 |
| Closing Arguments | | |
| By Mr. Thompson ......................199 | | 1 |
| By Defendant Johnson .................204 | | 1 |
| By Mr. Thompson ......................209 | | 1 |
| Jury Deliberates ..........................211 | | 1 |
| Verdict of the Jury  ......................213 | | 1 |
| Jury Polled ...............................214 | | 1 |
| Jury Admonished ...........................215 | | 1 |
| Jury Excused ..............................216 | | 1 |

Proceedings Adjourned .....................217     1

Reporter's Certificate ...................218     1


* * *

**ALPHABETICAL INDEX OF WITNESSES**


| Plaintiffs' Witnesses | Direct | Cross | Voir Dire | |
|---|---|---|---|---|
| Baker, Stewart | 105,134 | 127 | | 1 |
| Brady, Dennis | 161 | 172 | | 1 |
| Johnson, Charles | 135 | 155 | | 1 |
| Lambert, Hal | 22 | 85 | | 1 |

**PLAINTIFFS' EXHIBITS**

| EXHIBIT | DESCRIPTION | OFFERED | ADMITTED | VOL. |
|---|---|---|---|---|
| 1 | Internet Post | 21 | 21 | 1 |
| 2 | Internet Post | 21 | 21 | 1 |
| 3 | Internet Post | 21 | 21 | 1 |
| 4 | Internet Post | 21 | 21 | 1 |
| 5 | Internet Post | 21 | 21 | 1 |
| 6 | Internet Post | 21 | 21 | 1 |
| 7 | Internet Post | 21 | 21 | 1 |
| 8 | Internet Post | 21 | 21 | 1 |
| 9 | Internet Post | 21 | 21 | 1 |
| 10 | Internet Post | 21 | 21 | 1 |
| 11 | Internet Post | 21 | 21 | 1 |
| 12 | Internet Post | 21 | 21 | 1 |
| 13 | Internet Post | 21 | 21 | 1 |
| 14 | Internet Post | 21 | 21 | 1 |
| 15 | Internet Post | 21 | 21 | 1 |
| 16 | Internet Post | 21 | 21 | 1 |
| 17 | Internet Post | 21 | 21 | 1 |
| 18 | Internet Post | 21 | 21 | 1 |
| 19 | Credit Suisse Video – 3/15/2023 | 21 | 21 | 1 |
| 20 | Morningstar Medalist Rating – 5/1/2023 | 21 | 21 | 1 |
| 21 | Internet Post | 21 | 21 | 1 |
| 22 | Internet Post | 21 | 21 | 1 |

| 23 | Internet Post | 21 | 21 | 1 |
| 24 | Internet Post | 21 | 21 | 1 |
| 25 | 10/22/2023 Email – Lambert to Investors | 21 | 21 | 1 |
| 26 | 10/22/2023 Email – Leider to Lambert on Umbra | 21 | 21 | 1 |
| 27 | 10/22/2023 Email – Johnson to Lambert on Umbra | 21 | 21 | 1 |
| 28 | 10/24/2023 Email – Barnard to Wise on Johnson | 21 | 21 | 1 |
| 29 | 10/24/2023 Email – Muns to Lambert on Umbra | 21 | 21 | 1 |
| 30 | Internet Post | 21 | 21 | 1 |
| 31 | Internet Post | 21 | 21 | 1 |
| 32 | Internet Post | 21 | 21 | 1 |
| 33 | Internet Post | 21 | 21 | 1 |
| 34 | Internet Post | 21 | 21 | 1 |
| 35 | Internet Post | 21 | 21 | 1 |
| 36 | Internet Post | 21 | 21 | 1 |
| 37 | Internet Post | 21 | 21 | 1 |
| 38 | Internet Post | 21 | 21 | 1 |
| 39 | Internet Post | 21 | 21 | 1 |
| 40 | Internet Post | 21 | 21 | 1 |
| 41 | Internet Post | 21 | 21 | 1 |
| 42 | Internet Post | 21 | 21 | 1 |
| 43 | Internet Post | 21 | 21 | 1 |

| 44 | Internet Post | 21 | 21 | 1 |
|----|---------------|----|----|---|
| 45 | Internet Post | 21 | 21 | 1 |
| 46 | Omitted | 21 | 21 | 1 |
| 47 | Omitted | 21 | 21 | 1 |
| 48 | Internet Post | 21 | 21 | 1 |
| 49 | Internet Post | 21 | 21 | 1 |
| 50 | Internet Post | 21 | 21 | 1 |
| 51 | Internet Post | 21 | 21 | 1 |
| 52 | Internet Post | 21 | 21 | 1 |
| 53 | Internet Post | 21 | 21 | 1 |
| 54 | Internet Post | 21 | 21 | 1 |
| 55 | 9/19/2024 Letter – Buma | 21 | 21 | 1 |
| 56 | Internet Post | 21 | 21 | 1 |
| 57 | Omitted | 21 | 21 | 1 |
| 58 | Internet Post | 21 | 21 | 1 |
| 59 | Internet Post | 21 | 21 | 1 |
| 60 | Internet Post | 21 | 21 | 1 |
| 61 | 10/16/2024 Google Search – Lambert | 21 | 21 | 1 |
| 62 | Internet Post | 21 | 21 | 1 |
| 63 | 10/23/2024 Email – Johnson to Point Bridge on Umbra | 21 | 21 | 1 |
| 64 | 10/23/2024 Email – Johnson on Subject 28 | 21 | 21 | 1 |
| 65 | Internet Post | 21 | 21 | 1 |

| | | | | |
|---|---|---|---|---|
| 66 | Internet Post | 21 | 21 | 1 |
| 67 | Internet Post | 21 | 21 | 1 |
| 68 | Internet Post | 21 | 21 | 1 |
| 69 | 4/5/2025 Expert Report – Dennis Brady | 21 | 21 | 1 |
| 70 | Internet Post | 21 | 21 | 1 |
| 71 | 7/7/2025 Email/Letter – Lambert on Witherspoon | 21 | 21 | 1 |
| 72 | Internet Post | 21 | 21 | 1 |
| 73 | Article – Tech FW's Post | 21 | 21 | 1 |
| 74 | Institutions Offering MBA | 21 | 21 | 1 |
| 75 | Fort Worth Stock Show | 21 | 21 | 1 |
| 76 | Video – Cavuto Interview | 21 | 21 | 1 |
| 77 | Internet Post | 21 | 21 | 1 |
| 78 | Internet Post | 21 | 21 | 1 |
| 79 | Internet Post | 21 | 21 | 1 |
| 80 | Internet Post | 21 | 21 | 1 |
| 81 | Internet Post | 21 | 21 | 1 |
| 82 | Internet Post | 21 | 21 | 1 |
| 83 | 4/2/2024 – Court Order | 21 | 21 | 1 |
| 84 | 5/20/2024 – Court Order | 21 | 21 | 1 |
| 85 | 9/17/2024 – Court Order | 21 | 21 | 1 |

| 86 | 1/16/2025 – Court Order | 21 | 21 | 1 |
| 87 | Omitted | 21 | 21 | 1 |
| 88 | Demonstrative – Johnson Posts | 21 | 21 | 1 |
| 89 | Demonstrative – Timeline | 21 | 21 | 1 |
| 90 | Demonstrative – Internet Post | 21 | 21 | 1 |
| 91 | Demonstrative – Internet Posts | 21 | 21 | 1 |
| 92 | 7/8/2025 Email – Johnson | 21 | 21 | 1 |
| 93 | 10/28/2023 Email – Johnson on Umbra | 21 | 21 | 1 |
| 94 | Email – Johnson to Hyland | 21 | 21 | 1 |
| 95 | Critical Mention Reports | 21 | 21 | 1 |
| 96 | Summary – Critical Mention Reports | 21 | 21 | 1 |
| 97 | 11/14/2019 Video – Cavuto | 21 | 21 | 1 |
| 98 | Demonstrative – Damages Slides | 21 | 21 | 1 |
| 99 | Demonstrative – Brady Slides | 21 | 21 | 1 |
| 100 | Demonstrative – Chiagouris Slides | 21 | 21 | 1 |
| 101 | Demonstrative – Baker Slides | 21 | 21 | 1 |
| 102 | Demonstrative – Photograph | 21 | 21 | 1 |

| 103 | Demonstrative – Burden of Proof | 21 | 21 | 1 |
| 104 | Internet Post | 21 | 21 | 1 |
| 105 | Internet Post | 21 | 21 | 1 |
| 106 | Internet Post | 21 | 21 | 1 |
| 107 | Internet Post | 21 | 21 | 1 |
| 108 | Internet Post | 21 | 21 | 1 |
| 109 | Internet Post | 21 | 21 | 1 |
| 110 | Internet Post | 21 | 21 | 1 |
| 111 | Summary – Point Bridge Investments | 21 | 21 | 1 |
| 112 | Demonstrative – Summary of Investments | 21 | 21 | 1 |
| 113 | Lawsuit – Johnson v. Verizon | 21 | 21 | 1 |
| 114 | Lawsuit – Johnson v. Gawker | 21 | 21 | 1 |

**P R O C E E D I N G S**

*(July 14, 2025, 10:20 a.m.)*

THE COURT:  All right.  Joe, can we get notepads from the back?

SECURITY OFFICER:  Yes, sir.

THE COURT:  While we're doing that, we'll go ahead and get everything ready to go; and next we'll hear from the parties to hear opening statements.  So, let's get your notepads out here, and then we'll begin the opening statements.

*(Brief pause)*

THE COURT:  All right.  We'll be handing you our notepads at this time.  Remember the instructions that I gave you with regards to note-taking.  Thank you.

All right.  At this time, I'll call upon the plaintiff to begin his opening statement.  You have 5 minutes, we'll give you a 1-minute warning.  And let us know when you're ready.

MR. THOMPSON:  I am, Your Honor.  May I proceed?

*(Court Reporter interrupts)*

MR. THOMPSON:  May I begin, Your Honor?

THE COURT:  Yes, sir.

MR. THOMPSON:  Ladies and gentlemen of the jury, again, my name is Will Thompson, and I'm honored to represent Mr. Hal Lambert and his company, Point Bridge Capital, which

is just a few blocks down the road from here.

And you're going to hear that this case started when the defendant, Charles Johnson, demanded half of Mr. Lambert's business. What did Mr. Johnson offer in return? Nothing. Absolutely nothing. When Mr. Lambert said no, Mr. Johnson retaliated with threats, lies, and a coordinated smear campaign.

And let me be clear, the trial is not about whether Mr. Johnson defamed Mr. Lambert or engaged in a racketeering scheme, the Court has already decided that. It's already been decided, because the Court's entered liability on RICO and defamation. And RICO is a statute that was originally designed to combat organized crime.

The way to think about this case is like a fire. Mr. Johnson lit it deliberately with one goal, to destroy Mr. Lambert's business and his life. That fire is still burning right now. Your job is to assess the damage and stop it from spreading.

So, what's the evidence going to show here? You will hear about an escalating campaign of retaliation, where there was no line that Mr. Johnson wouldn't cross. First, it was threats directly to Mr. Lambert. Mr. Johnson sent a message to Mr. Lambert, said he would end up in jail unless Mr. Lambert, "Did the right thing."

There were investor threats. After the direct

threats didn't work, the evidence will show that Mr. Johnson started escalating things further.  He used lies to try to turn Mr. Lambert's investors and business partners against him.  Mr. Lambert spent years cultivating those relationships. They were the lifeblood of Point Bridge Capital; without them, it ceases to exist.

Then it started, when the smears to the investors didn't work, it turned to lawsuits; not one, but multiple. When those all got thrown out, what did Mr. Johnson do next? He turned to an online smear campaign.

You may be wondering what Mr. Johnson actually said. I'll let you read it with your own eyes.  I don't want to go and repeat the gross details here.  But it's allegations of sexual assault, and associations with the Russian mob, and compromised cash and dirty money.

And you'll hear that Mr. Johnson didn't just choose those words by random, he chose them calculating, because what Mr. Lambert's business is in Point Bridge Capital, it emphasizes on early stage defense startup companies.  The words that Mr. Johnson used about Russian money is a death sentence to Mr. Lambert's company.

The damage was real in this case, the economic damage was real.  You'll hear that Mr. Lambert spent over a decade building Point Bridge Capital from the ground up here in Fort Worth himself.

And before the attacks, Mr. Lambert regularly appeared on nationwide TV in prime time, CNBC, Fox Business. And that's really important, because he was able to showcase his expertise and build investor trust, which is everything to him.  He doesn't run some sort of, type of billion-dollar Wall Street company that has a huge ad campaign behind it.  He relies on his expertise in building trust.

So, how does he do it?  He gets out in the media and he demonstrates it, that is very valuable.  It's called earned media, and we're going to quantify it and show you that, and those are some of the damages of what we're seeking in this case.  And they disappeared after Mr. Lambert's *(sic)* -- his defamation campaign kicked off, it fell off a cliff.  And you'll also hear that the investments in Point Bridge Capital also fell off a cliff.

*LAW CLERK:*  One minute.

*MR. THOMPSON:*  So, in seven months since Mr. Johnson made those attacks, and investor -- investments have gone down 90%.

You're going to hear about the personal toll on Mr. Lambert.  He's a husband and a father of two daughters. He's going to talk about the humiliation of seeing his name next to these baseless allegations.

And Mr. Johnson acted with malice in this case. And Mr. Johnson, in going on this online smear campaign,

Mr. Lambert, you'll see an email, asked him to stop.  Said, Take down these lies, I'm a family man, this is hurting me and my business.  Mr. Johnson responded with two words, Sue me.  And after that, he posted it to his very active online following, and they amplified the lies further.

So, it's your responsibility in this case to say what the damage is to Mr. Lambert, personally, to his business, Point Bridge Capital; and also, there's punitive damages in this case.  And punitive damages are designed to punish Mr. Johnson for his conduct, which is egregious, but also to send a message and deter Mr. Johnson and people like him, that this type of -- like this type of activity, trying to trash and take down a man -- a family man of integrity, who's a member of this community, that it needs to stop.

LAW CLERK:  Time.

MR. THOMPSON:  And that's what we're going to be asking you to do, ladies and gentlemen.

Thank you.

THE COURT:  All right.  Thank you.

Mr. Johnson, do you care to make an opening statement?

DEFENDANT JOHNSON:  Thank you.

One of the things that happens when you're wrongly accused about something is that you -- you start to think a lot about how you can't make the other person whole.  Not in a

monetary sense.  But when you're in a fight with somebody, you -- some would say things that are heated, some would say things that are exaggerated; and so, I want to be clear here.

I'm sorry we're here.  I tried to help many times to solve this matter.  We were business partners at one point. In fact, the very company at question here is a synthetic aperture radar satellite system.  It's a company that Mr. Lambert has no familiarity with, none whatsoever.

Something I know quite well, because my grandfather was a Raytheon engineer down the street at E-Systems, back in the day.  I am a nerd's nerd, it's true.  I do get hotheaded, maybe the gingerness of me; and we have said a number of things.

Now, you'll notice reputationally, if somebody accuses you of belonging to a conspiracy, one of the best ways to deal with that conspiracy is to represent yourself.  After all, I'm here alone, right?  Came all the way from Virginia. This is the fifth time I've been to Fort Worth.  By the way, it's a lovely city.  I had a great time.  The barbecue here is delicious.

But we're here because I embarrassed plaintiff in front of his wife.  And it happened many years ago.  It happened at a drunken restaurant; Mr. Lambert does like to drink, that is a fact.  And I regret it, it was the wrong thing to do.

I have asked only one thing of Mr. Lambert.  I've offered to give him the $200,000, this is hardly the behavior of an extortionist.  By the way, it's $200,000 I worked for.  It's hard to write books.  As you can see, I'm a writer, I have a lot of these.  And I was extremely upset about it.

Now, I came to Texas, like a lot of people, because I had nowhere else to go.  My -- my wife and daughter are shareholders still, because of how we structured trusts in the divorce, and I sued in two cases.  One in Clearview AI, which he's now the co-CEO of, whatever, a company I helped start.  And the other was the synthetic aperture radar company.

Mr. Lambert is accusing me of destroying his business.  It's not possible.  I don't have the means to do that.  My website is read by maybe 5 to 10,000 people.  You know, as you can see, like the media is obviously not really here, nobody really cares about this case.

And look, I'm not a wealthy person.  I have been in the past.  I don't particularly like having been wealthy in the past, it led to a lot of problems.  It led to a divorce, it led to me gaining lots of weight, it led to a lot of miserable things.

Now, it is true that I do know some of the wealthiest people in the country.  I regret knowing most of them.  I've been among billionaires now effectively since the 2016 election, it's how Mr. Lambert and I first met each

other.  I don't particularly like them.  They are not -- a lot of them are not good people.  And I've written about them publicly.

And you'll note that Mr. Lambert has the same attorney as the so-called richest man in the world, and has represented them both at his first firm and his second.

MR. THOMPSON:  Your Honor, I have to object to that. That's not true.

THE COURT:  Well, whether it's true or not, it's irrelevant when it comes to the opening statement.

So, the purpose of the opening statement is for you to show -- make your presentation to the jury what you think the evidence will show.

So, again, remember, although he is acting as his own attorney, until he says something under oath upon the witness stand, it's not to be considered evidence.  Does everybody understand that?  (Heads nod)

I do want to give you some leeway, though, Mr. Johnson.

DEFENDANT JOHNSON:  Thank you, Your Honor.

THE COURT:  Go ahead.  Just be very careful.

DEFENDANT JOHNSON:  Just one more, really quick.

This isn't really about anything, other than Mr. Lambert wanting to punish me.  You can understand that from Mr. Thompson's opening remark.

How do I know that?  Well, I offered Mr. Lambert stock worth millions, I only asked him to cash out my wife and daughter of the investments that we have together -- or that they have together, because I've given up most of the things that I own.

And so, I was upset.  As you'll see, we haven't actually litigated the truth of some of these statements.  This tends to be an issue that we're going to bring up on appeal --

MR. THOMPSON:  Objection, Your Honor.

DEFENDANT JOHNSON:  -- if it needs to get appealed.

MR. THOMPSON:  I have to object to his statement, his argument.

THE COURT:  Let's try to keep it to what you think the facts will demonstrate in your favor, not argument.  So --

DEFENDANT JOHNSON:  Sure.

The facts will show --

THE COURT:  Don't interrupt me --

DEFENDANT JOHNSON:  -- that many of.

THE COURT:  -- or you're going to get in trouble.

DEFENDANT JOHNSON:  Sorry.

THE COURT:  Okay.  So, what do you think the evidence is going to show that's going to be favorable to you. Again, liability has already been determined, so you might want to concentrate on damages-type issues.

*DEFENDANT JOHNSON:*  Sure.

Very simply, this is a treasure hunt; I don't have the resources.  Time will show that that's the case.

And I hope to get out of this as quickly as possible and go home, and hopefully get remarried and write novels and books.  It's much easier to write things in a novel, because people are less likely to sue you over them, even if they're true.

So, thank you.  With that, I look forward to us continuing.

*THE COURT:*  All right.  Thank you very much.

Now, ladies and gentlemen, we're about to get into what's called the evidence phase of the trial.  But before we do, we have some housekeeping matters to take care of.

Let me tell you a few instructions.  You just heard both plaintiffs and defendant give what's called their opening statements.  Again, this is simply just an outline for you to keep in mind that -- what the plaintiffs and the defendant expect the evidence to show.  It's not evidence.

After that, that's when we get into the evidence phase of the trial.  The plaintiff is allowed to put on their case in chief first, and then plaintiff rests, and then Mr. Johnson, as defendant, can put on his case in chief.  And then, if necessary, the plaintiffs are allowed to put on a rebuttal case.

Again, we've given the attorneys some very, and also Mr. Johnson, some very tight deadlines in order to get this to you as quickly and efficiently as possible.

And after all the evidence is introduced, both sides close, then at that time the parties make their closing arguments. But like an opening statement, closing arguments are not evidence. That's merely the party's interpretations of what they believe the evidence has shown or has not shown.

And then finally, after all of that, I will allow you to go back to the jury room to deliberate and reach your verdict.

Now, all I would ask is to remember my prior instructions, which are basically to keep an open mind during the entire trial, don't decide the case until you have heard all of the evidence, the closing arguments and my instructions.

So, perhaps we can move the board, as well as the podium there, and we'll begin the case in chief. Before we get to our case in chief, though, we need to make a motion regarding exhibits.

And plaintiff has submitted several exhibits that it would like to use here in trial. There's been no objection to the admission of those exhibits; is that correct, Mr. Johnson?

*DEFENDANT JOHNSON:*  No objection, Your Honor.

*THE COURT:*  Okay.  At this time, Mr. Thompson, would

you like to make a motion to move in the exhibits that you intend to use here at trial?

MR. THOMPSON:  Yes, I would, Your Honor.

Plaintiffs would move to -- would seek to move Exhibits 1 through 114 into evidence.

THE COURT:  All right.  Again, just so the record is clear, Mr. Johnson, do you have an objection to the admission of Plaintiffs' Exhibits 1 through 114?

DEFENDANT JOHNSON:  No, Your Honor.

THE COURT:  Okay.  Be sure and stand when you address the Court, okay?

DEFENDANT JOHNSON:  No, Your Honor.

THE COURT:  All right.  Hearing no objection, Plaintiffs' Exhibits 1 through 114 will be admitted at this time.  So, there is no need to lay any type of foundation. Mr. Thompson, you may merely consider these admitted and refer to them, okay?

MR. THOMPSON:  Understood, Your Honor.

THE COURT:  All right.  So, at this time, plaintiff, you can begin your case in chief.  Call your first witness.

MR. THOMPSON:  Your Honor, plaintiffs, Point Bridge Capital and Hal Lambert, call Hal Lambert to the stand.

THE COURT:  All right.  Mr. Lambert, if you would approach the witness stand for us.

*(Witness approaches the stand)*

THE COURT:  Before you take a seat, raise your right hand.

(Witness sworn)

THE COURT:  Mr. Lambert, please speak directly into the microphone.

MR. THOMPSON:  May I proceed, Your Honor?

THE COURT:  Yes, sir.

HAL LAMBERT,

having been first duly sworn, testified as follows:

DIRECT EXAMINATION

BY MR. THOMPSON:

Q.     Good morning, Mr. Lambert.  Please introduce yourself to the jury.

A.     I'm Hal Lambert.  I am from Fort Worth, Texas; I live here.  And my wife and I have been married 30 years, and I have two adult daughters.

Q.     Okay.  At a high level, tell the jury what you are here to testify about today?

A.     Well, I'm here to testify because Charles Johnson demanded 50% of my investment firm to extort money from me. And when I said no, he went after me publicly.  He attacked me with lies, he attacked my family, and he went after me to thousands and thousands of his followers online and defamed me.

Q.     Mr. Johnson said something --

*(Court Reporter interrupts)*

Q.    *(By Mr. Thompson)*  A couple of minutes ago in his opening, Mr. Johnson said that this case didn't mean a lot because there's not a lot of people in the courtroom.

Does it mean anything to you?

A.    Oh, it means an enormous amount to me, because I've been damaged greatly.  My reputation's been damaged, my family has been damaged, my business has been damaged.

Q.    Okay.  So, before we go into the extent of the harm that Mr. Johnson caused, I want the jury to understand more about you.

Let's talk a bit about your background, where you're from, how you got started.

A.    I'm from Fort Worth, I was born and raised.  I went to public schools here.  My parents are from Eastland, and moved here before I was born.

Q.    What did your parents do for a living?

A.    My parents were both teachers in the Fort Worth School District.

Q.    Which -- do you know what schools they were at?

A.    Yeah.  There were different ones.  But my mom was elementary and my dad was a math teacher.  I went to Southwest High School.  And I went through public schools here, K through 12.

Q.    Any extracurriculars in high school?

*A.*      Yeah.  I played both baseball and football in high school.

*Q.*      So, after high school, did you go to college?

*A.*      I did.  I went to the University of Texas in Austin and majored in finance down there.  It was, you know, obviously a much more affordable college to go to, but it was also one of the best finance programs around.

*Q.*      Why did you decide to get into business or study at the business school?

*A.*      Well, I had always wanted to have my own business. When I was about 13 years old, I actually started my own business, I started cutting yards of neighbors; and I did that all the way through college.  So, by the time I was 16, I was able to drive, and so I could drive to -- to houses.  I ended up with about 25 customers.

And, you know, as you know, being here in Texas, that kind of goes March to October timeframe when you start, you know, cutting the grass.  So, that was a business that I did, you know, again, from the time I was about 13 until 21 years old.

*Q.*      What kind of car did you take your lawn-mowing equipment around in?

*A.*      Well, I got a used car that my dad had gotten, and I had to pay him back.  But it was a Cutlass, I believe, at the time.

Q.      Okay.  So, to orient the jury, what year did you graduate from the University of Texas?

A.      I graduated early.  I graduated in 3 1/2 years, in December of 1991.

Q.      Okay.  So, tell the jury a little bit about what the job market was like coming out?

A.      Yeah, it wasn't a good job market back then, it was basically a recession.  So, it was actually pretty tough to get jobs.  But I, you know, interviewed a lot, and I was able to get a job at a -- at a closely held, you know, small bank here in Fort Worth.

Q.      What was the name of that bank?

A.      It was called Overton Bank and Trust.  It's not around anymore, it was subsequently bought by Frost Bank.  But when I was there, it was called Overton Bank.

Q.      Okay.  Tell the jury some of -- like what you were doing there right out of college?

A.      Yeah.  So, I started working directly with clients back then, you know, small accounts, advising on trusts and investments.  And it was, basically, you know, a finance -- a good-grade finance job.  It didn't pay a lot, I started at $25,000 a year.

Q.      Okay.  And how long were you working at that bank?

A.      I was there about four and a half years.

Q.      Okay.  So, why did you decide to leave and where did

you go?

A.    So, then I decided to go get an MBA, a Master's in business in finance.  You really kind of need to do that if you want to kind of move up in your career back then.  So, I left to go do that.

Q.    Okay.  So, when did you graduate with your MBA?

A.    I went to Georgetown in Washington, D.C., it was one of the better programs, and still is.  I graduated from there in 1998.

Q.    Okay.  What was your first job after you got your MBA?

A.    Yeah.  I was very fortunate, I was able to go to work for, locally here, known as the Bass family.  So, it was a very prestigious role to get there, they don't hire a lot of people.  And that firm is known for having, you know, former employees and that type of thing go off and do very well, so I worked directly for them.

Q.    Give the jury a little more detail about the work you were doing for the Basses and things you learned?

A.    It was -- yeah, it was very complex types of investments, so -- it was known as convertible arbitrage, but I did creative analysis.  I learned a lot.  It was a lot of intense work.  But I got to work directly with publicly traded CFOs and CEOs, talking to them about their companies and making investment decisions.

Q.    So, when you were working for the Basses, about how old

are you?

A.    I would have been 28.

Q.    Okay.  How long did you work for them, like for the Bass family?

A.    I worked for them for a few years.  And I, you know, again, learned a lot.  It was very -- very challenging and demanding, and it was an excellent job to have.

Q.    Where did your career take you next?

A.    I was recruited away from them by a large investment firm called JPMorgan, and I went to work for JPMorgan.  And it was a big -- big adjustment, because it was managing all the discretionary money for the southwest part of the United States.  It was a really good job.

And I, you know, I remember interviewing there.  And the guy that eventually hired me said, You know everything is great, but you just look so young.  And I'm like, well, there's nothing I can do about that.  But they hired me, and I worked there about six years.

Q.    So, when you started working for JPMorgan, how old were you?

A.    Let's see, I would have been about 30.

Q.    Okay.  And so, did your responsibility increase from the things that you did with the Basses, and tell the jury about your career evolving at JPMorgan?

A.    Right.  Yeah -- no, I was what's called a portfolio

manager there.  So, I was in charge of anytime a client, typically a ultra-high net worth family, or an institution, wanted money managed on what's called a discretionary basis, where they'd just say, Here's what we want to do, we want you to just handle it; I was responsible for that.  So I picked individual stocks, and made investment decisions on their behalf.

Q.    And how long were you at JPMorgan?

A.    That was about six years.

Q.    Okay.  So, I guess you eventually left?

A.    I left and went to another investment Wall Street firm called Credit Suisse First Boston.

                    (Court Reporter interrupts)

A.    Credit Suisse, S-U-I-S-S-E, First Boston is what it was called, so CSFB for short.  And I did similar things there. And a lot of the investors that I had previously at JPMorgan actually moved with me to CS First Boston.

Q.    And what prompted the move?  Was it more responsibility or what?

A.    Yeah, it was just a different approach.  I had a lot more flexibility at CS First Boston than I did at JPMorgan. JPMorgan was more structured-specific ways, and CS First Boston had a lot more open investment ability.

Q.    You eventually came back home to Fort Worth.  Tell the jury about that evolution and what went into it.

A.     Well, I had always wanted to have my own business, right.  So, I decided, after about eight years at CSFB, that I had enough experience and I could do it; but it was a huge risk, right.

So, you know, when I launched Point Bridge Capital from there, here in downtown Fort Worth, you don't know who's going to join you and come with you that have been investing with you for a long time.  So, you know, the clients that I had developed at Credit Suisse or JPMorgan, many of them came over to my firm.

And so, I've been working with some of these families for 20-plus years, but you don't know when you're going to do that.  Because at that point it's just me, it's my name, it's Point Bridge, it's never -- you know, it's just created, it's not a giant Wall Street firm.

Q.     Okay.  And so you mentioned some risk.  What were some of those risks you were taking?

A.     Well, I was leaving where I was -- could get paid pretty regularly to I don't know if I'm going to get paid anything.  Because if they're not there, I wouldn't have any ability to generate money.  The firm, you know, collects fees, and if there's no clients then it can't collect fees, so there's not -- there's not any money to pay anybody.

Q.     Okay.  And when you started Point Bridge -- we're going to get into some of the investments that Point Bridge does,

but when you came to Point Bridge or founded, what was sort of the approach you wanted to take?

A.     Well, again, that -- that opened up even more flexibility.  So, you know, clients could do -- I could do different things with different investors, different approaches.  Again, less cookie-cutter, less specific types of things that the Wall Street firms wanted to do.

And, you know, so I could work with clients across a broad spectrum.  I wanted to be able to provide what I could do at CS First Boston or JPMorgan, but do it in a more customized way working directly with clients; and, again, having my name on the door.

Q.     Okay.  So, you mentioned cookie-cutter.  So just -- what's something that's, I guess, not cookie-cutter that Point Bridge does?

A.     Yeah.  So, there's two kind of key areas that I have in my firm.  One is, I launched two different what's called exchange-traded funds, ETF for short.  Those are basically mutual funds that people invest in, like in your 401(k) or your retirement plans, but they're traded on the stock exchange, so they're daily trading.  So, you can buy in and out during the day; unlike a mutual fund, which is only traded at the end of the day.

And the other is early stage defense technology companies that I do --

Q.      We'll get to that.

A.      Okay.

Q.      So, as to the -- so, as -- just briefly set the stage for the jury.  What are two main things that kind of set Point Bridge apart?

A.      Yeah.  It would be the defense technology investing and the exchange-traded funds.

Q.      Okay.  So, we talked a little bit about the exchange-traded fund or the ETF.  Do you need a lot of money to invest in that?  Like, what -- what are those kinds of customers?

A.      No, those customers can be all over the country, so you don't have to be here in Fort Worth, you don't have to have an account at Point Bridge Capital.  You can have an account at Charles Schwab or TD Ameritrade, if you have a brokerage account.

        And you can do it as small as you want, you know, $500 someone could invest.  So, it's really for anybody that has a brokerage account that wants to go through a strategy, they can buy the ETF.

Q.      And are these ETFs that you, yourself, put together or created?

A.      Correct.  Yes.

Q.      Okay.  So, now let's shift our focus to the investment in defense technology companies, upstart defense technology

companies.  Go into some detail about that, what that sector involves and why you focus on it.

A.    Sure.  So, that involves companies that are trying to help the United States from a defense standpoint.  So, they're early stage, a lot of times it's, you know, maybe just one or two founders and a handful of employees.  So, it's a much higher risk.

The technology is pretty dynamic, and, you know, you've got to be able to analyze and understand.  But the key thing is the founders and the people that are running the companies.  But it's high risk, and it's really for ultra-high net worth people to invest in.  So, even by regulatory statute, you have to have a certain minimum net worth to do it.

Q.    Why is it riskier?

A.    Well, because you can lose all the money, right.  So, it's high risk because the companies are early stage, and a lot of early stage companies fail.

Q.    Okay.  So, explain to the jury how Point Bridge Capital makes money on those defense -- on that kind of startup tech, defense tech business?

A.    So, I create what's called an SPV, a special purpose vehicle, and so I go out and I get limited partners to invest in the companies.  So, it's a -- it's a structure where there's a management fee on the -- on the SPV, that's how

Point Bridge makes money, on the management fee, and then there's also participation in the future if it does well. So, there's really two ways there. But the early part of it is -- is a management fee.

Q. Okay. And in terms of sort of magnitude, is the upside, you know, more lucrative or is it just the kind of steady management fees?

A. Yeah. No, the upside is more lucrative for sure.

Q. Okay. And I want to talk a little about your ability to earn income from these deals. And how long does it usually take for these type of deals to monetize?

A. Well, in the SPVs, those are long-term investments, so they could -- they could last, you know, eight, nine years. I typically only do a management fee for up to four years, but they can certainly go longer.

And then on the EFTs, those are shorter, people can trade in and out of those, but that also has a management fee underneath it. So, there's really two ways, it's management fees. I don't get paid commission or anything like that.

Q. Okay. And I'll just make this really blunt. If Point Bridge Capital can't raise investment, what happens to the business?

A. Well, I could go out of business. If I don't have investors that are investing with me, my company would cease to exist.

Q.      All right.  Mr. Lambert, I want to talk a little bit -- talk about your firm, the investment strategy at a higher level.  I want to talk to you about your family, and let the jury know a little bit about your family, okay?

Okay.  So, I placed -- let's bring up, Ms. Faulkner, can we bring up Exhibit 102, which has been admitted.

And Mr. Lambert, tell me if you can see that on your screen.

A.      Yes.

Q.      Okay.  What are we looking at?

A.      That's my wife and two daughters.

Q.      What's your wife's name?

A.      Elaine.

Q.      Okay.  And where is this picture taken?

A.      That's at the Fort Worth Stock Show & Rodeo.

Q.      Okay.  Tell us a little bit more about your family.

A.      Well, those are my two daughters that are, like I said, both adults and my wife.  We have gone to the Fort Worth Stock Show & Rodeo basically their whole lives.  It's something we all like to do, and that's one of our family outings.

Q.      Where did your daughters grow up?

A.      They grew up here in Fort Worth as well.

Q.      How long have you been married to your wife?

A.      Thirty years.

Q.      And is the rodeo -- is this just a photo op or is the

rodeo important to you?

A.    No, it's really important.  I've been involved with the Fort Worth Stock Show & Rodeo for about 20 years.  I help raise money for the kids that are selling steers in the show. And there's a lot of kids that come in from all over the State of Texas that do that, and they also -- you know, goats and different types of livestock.

Q.    Why do you want the jury to see this photo?

A.    Well, this is who Mr. Johnson attacked when he attacked me.  And it was devastating, you know, as you saw from the graphs earlier.  It's already been ruled upon in court, he said all kinds of terrible things about me, which was negative for my family as well.

Q.    All right.  So, let's go back to Point Bridge Capital and the importance of reputation for yourself and Point Bridge Capital, okay?

A.    Okay.

Q.    How close is your personal reputation, the brand of Hal Lambert, to Point Bridge Capital?

A.    I mean they're one and the same.  You can't -- you can't separate the two.  You know, when you -- when you damage me and say things about me, it's damaging Point Bridge as well, and he did both.

Q.    So, before Mr. Johnson launched his attack campaign and made his smears, were you regularly invited on national TV?

A.    Yes.  I've been regularly going on national TV now for -- since about 2016, 2015.

Q.    What type of stations or networks?

A.    You know, Fox Business, CNBC, Bloomberg.  I do radio interviews as well.  I do interviews with radio in the United kingdom.  So, quite a bit of different types of media.

Q.    And are you appearing in prime time or sort of the middle of the night?

A.    No, it's prime time.  I mean, there's, you know, millions of viewers that watch this.

Q.    And I just want to be clear, we're talking about the time period before Mr. Johnson started making defamatory statements about you?

A.    Correct.

Q.    Okay.  Let's -- I'd like to show the jury one of your appearances.  If we could bring up Exhibit 97.  Please hold off on playing it, Ms. Faulkner.

      Are you familiar with this clip the jury is about to see?

A.    I am.  Yes.

Q.    Okay.  What is the jury about to see?

A.    They're about to see a pretty typical, but shortened?

            (Video playing)

A.    They're about to see a pretty typical appearance that I had.  This is shortened down to a couple of minutes.  But I --

I would do these very regularly, sometimes as many as twice a week during this -- during this time period.  So, this is just a typical example.

And, you know, this is -- I don't pay to be on this, they don't pay me to be on it.  They invite me on these, because they want to hear what I have to say.

Q.    Okay.  Let's play the clip.

*(Video played)*

Q.    So, when the host there, Neil Cavuto, says, sort of, Hats off to you, are these type of TV appearances important for you and Point Bridge Capital?

A.    Extremely.  I mean, you could see they had the name of my firm below my name, that goes out.  It also goes online, they'll post those online, so millions of people see it and it gives credibility to me, my name, and my firm.

Q.    So, can you give the jury sort of a real world anecdote or a specific example of how these type of TV appearances, earned media appearances, translate into business and success for you and Point Bridge?

A.    Sure.  I mean, you know, I get introduced by my friends to people all the time and they say, Hey, this is Hal Lambert, he's on Fox Business, he's on CNBC all the time, you should listen to what he has to say about different investments; that's very valuable.

People will call me after an appearance like that.

My number is readily available, my work number is out there. They'll call the office and say, Hey, how do I invest with you?  So, it's extremely valuable.

And as I said, you know, I don't get paid to go on there and I don't pay to go on there; it's what's called earned media.  So, they want me on there because I have interesting things to say.

Q.    Do you ever see sort of a cause and effect between your TV appearances and commentary and investment?

A.    Sure.  I've had times where I've appeared speaking specifically about the ETF, and then I can see real time, after the appearance, investors investing into the ETF.  I can see money flows into the ETF.  So, it's real time, you can see it happen.

Q.    Okay.  So, talk to the jury about this national media presence.  And is it something that can be easily replaced or recreated elsewhere?

A.    No.  I mean, this is really rare. I'm really, you know, privileged to be able to do this.  You know, I didn't have any contacts or connections to do this.  I grew up here in Fort Worth, son of two school teachers, right.  Everything I built I have, you know, done from the ground up.

And so, I'm now appearing on these shows.  There's thousands of people out there that would love to be on these shows; so they can easily replace me if they want to.  So,

it's a really important aspect of my work.

Q.    Okay.  Just like -- we'll move on from this.  Last question here.  Let's talk about, just how does that build credibility and why is credibility important to Point Bridge?

A.    Well, because people view that you've been vetted effectively when you're on TV; so that's one aspect to it.  And again, if you're on TV, they -- my clients love to watch this stuff.  They will tell me to text them if I'm -- when I'm going to be on.

When I finish a show like this, I'll have a clip of it, I put it up on the website.  I also send it out, in email, to thousands of people that I have on a list that I send it out to.  So, it's an integral part of my business.

Q.    Okay, Mr. Lambert.  I want to shift now to how all of this came under attack.  So, let's start talking about Mr. Johnson.

So, before any of this happened, the lawsuits, the attacks, how did you first come to know him?

A.    Well, I was working in a political campaign for a presidential race, and Charles Johnson called me.  I didn't know who he was, and he said that the campaign had asked him to call me and that he could help raise some money for the presidential campaign that I was working on.

Q.    And so, just -- what time period was this about?

A.    That would have been about 2016.

Q.    So, when you first met him, did he seem like a serious person?

A.    Yeah, he did.  He seemed serious.  And he was running in circles with, you know, ultra, you know, wealthy people and big-time investors, and, you know, he seemed like a serious person.

Q.    So, did he seem like someone that was connected and, I guess, could make -- provide a benefit to you, provide access?

A.    Certainly, he offered it.  So, you know, in those kind of situations, you know, and you've been told, Hey, this is a guy you should talk to; I did.

       And so we started talking about it.  And he even set up a meeting with, you know, a very high-profile person, that I went to the meeting.  Ultimately, there was no money raised from anything Charles did, but, you know, he did have the right contacts.

Q.    Let's talk a little bit about what you came to learn about Mr. Johnson.  Did he attend the State of the Union address?

A.    Yeah, he actually did.  He ran in some pretty serious circles.  And so, there was one year that he was actually invited to attend the State of the Union.

Q.    Invited by who?  Like a congressman?

A.    A congressman, correct.  Yeah.

Q.    Okay.  So -- and I'm focusing on this time period

between 2016 and 2020, okay?  How often would you see him, interact with him?

A.    Well, you know, he didn't live here.  At the time I met him, he was living in Los Angeles.  He ultimately then moved to Houston.

But he would text me and we'd communicate, we'd talk.  A lot of it was texts, but we'd talk over the phone.  And we'd talk about politics, we'd talk about investing.  So, you know, there was some decently, relatively, you know, often contact that way.

Q.    Did he ever meet your family?

A.    He did.  So, he would come -- he came to Fort Worth a few times, we'd meet up.  And I actually had him over at my house for dinner, so he met my wife and daughters.

Q.    So, at some point, did the relationship with Mr. Johnson start changing?

A.    It did.

Q.    What caused it?

A.    Well, I think that the main time that it really started to change was when I went on the board of a company called Clearview AI.

Q.    Tell the jury about that.

A.    So Clearview is a facial recognition company.  It's a technology company that I had invested in early on.  And, you know, ultimately I ended up being on the board of that

company.  They help law enforcement, is kind of the main thing that they do.

Q.    So, just -- I guess, is Clearview AI, sort of like one of those type of, you know, upstart defense tech --

A.    Correct.

Q.    -- tech companies that you invest in?

A.    Correct.  That's exactly right.

Q.    It's a good example?

A.    That's right.  Yes.

Q.    Okay.  And was Mr. Johnson -- I think he mentioned it in his opening -- was he affiliated with Clearview in any way?

A.    He was.  Yeah, he -- he had said -- it's been disputed, but he said he helped found it, which some of the founders disputed.  But he -- ultimately, he was helping them with, you know, sales, and I think he was getting commissions or something like that based on sales.

Q.    Okay.  So, tell the jury how things shifted when you came on the board?  So, I guess, when you came on the board you got more influence?

A.    Correct.

Q.    Okay.  Explain to the jury.

A.    Well, he started, you know, to ratchet up pressure.  And, you know, he -- he invited me to meet a guy named Gator Greenwill about that time.  And he introduced me originally to Gator by text.  He'd do that a lot, he would just send texts

off.

But he introduced me by text. And then at some point he said, Let's have a meeting with Gator, and we'll do it in Fort Worth. And we went to Winslow's Wine Cafe, there on the west side of town, and met there.

Q. I'm sorry, so his name was Gator?

A. Gator. Gator Greenwill, yes.

Q. Like alligator?

A. Like alligator, yes.

Q. All right. So, set up this meeting at Winslow's for the jury, and why it's so important in your -- the evolution of your relationship with Mr. Johnson?

A. Yeah. This was in about 2020 that we had this meeting. And at the meeting, you know, Charles introduced Gator as being CIA affiliate, or like he was in the CIA, or used to be, or might be now, or, you know, it was always kind of weird and convoluted.

And Charles had always talked about his intelligence community ties, and how he had ties to the intelligence community and how he can, you know, help in that area, as needed, with Department of Defense contracts and that kind of thing. So, this meeting was to talk about that.

Q. Okay. And just go into detail, what was said at this meeting?

A. Yeah. So, you know, again, it was back to, Oh, we can

help with this kind of thing.  And, you know, Gator, with his intelligence community, can help, you know, Clearview, he can help companies in the future.  And oh, by the way, we can hurt these companies as well.

So, if you don't -- if you don't -- you know, if the companies don't do what we want, we can get DOD contracts shut down, we can go to the intelligence community and get things shut down.  So, we can hurt companies as well as help them.

Q.    So, did you receive a clear message from them?

A.    Yeah, it was pretty clear that they were wanting to be actively involved in, you know, the fate of companies that I was going to be involved in.

Q.    Were the things that Mr. Johnson and his associate, Gator Greenwill, said, was it credible?

A.    It was -- it was credible.  Because, again, you know, Charles had been talking over this period of time about his intelligence ties.  You know, it's always -- it was very cloak-and-dagger stuff.  And he, again, you know, he was involved in politics pretty heavily and with some very big-time venture capital investors.  So, it all seemed credible to me.

Q.    So, just to really emphasize, what was the top-line takeaway or message that you received from Mr. Johnson?

A.    Well, the takeaway was, we can help or we can hurt, and it's your choice.  And, you know, it was -- it was disturbing,

but, you know, it was certainly credible as well.

Q.    How did you respond to that meeting?

A.    Well, you know, I -- I didn't know how to respond.  I didn't go to law enforcement.  There wasn't really anything that would mean you would go to law enforcement over.  But it was just -- it was very strange.  I never had that type of, you know, dialogue before.

Q.    Okay.  So now let's set up -- and when, just for the jury's benefit, when was this meeting at Winslow's?

A.    It was in like 2020, early 2020.  Mid, you know, I'd say April, something like that.

Q.    Okay.  So now I want to focus on a period of time from that meeting in 2020 at Winslow's, up to October of 2023.

Are you with me, Mr. Lambert?

A.    Yes.

Q.    Okay.  Describe to the jury what you were doing and Point Bridge was doing, and how Mr. Johnson was interacting or involved with it.

A.    Yeah.  So, it was shortly after that I was -- I started looking at a satellite company, synthetic aperture radar company, as Charles mentioned in his opening statement, for an investment opportunity in that company and to do a special purpose vehicle, you know, for that SPV.

Q.    Okay.  Was this investment connected to Clearview AI in any way?

A.    No.  Completely different.

Q.    Okay.  And did Mr. Johnson do any investments or business with Point Bridge?

A.    Yeah.  He decided to make an investment in that particular SPV.

Q.    Okay.  Was it his money he was putting up?

A.    The wire came from someone else.  So, it didn't appear to be -- I don't know if he got, you know, a loan or whatever he did, but the wire came from a different person, but it was for his -- his name.

Q.    Do you know who the wire came from?

A.    Yeah.  It was a venture capital person in San Francisco.

Q.    So, was Mr. Johnson's investment, did it give him any controlling interest or access?

A.    No.  It was about a 2% investment in the fund, so it was -- it was small.

Q.    Did he have a managing role in it?

A.    No.

Q.    Okay.  So, after this investment, what happened next?

A.    Well, he started to make demands and, you know, he ratcheted up pressure after that investment and started saying he wanted 50% of my business.

Q.    He wanted 50% of what business?

A.    Of the Point Bridge SPV business going forward.

Q.      And what was he offering in return?

A.      Nothing.

Q.      How did you react?

A.      I was shocked.  I was like, you must be kidding.

Q.      So, you told him no?

A.      I told him no.  And I said, No, we're not doing that. And he continued to harass me over it, and would send texts and call.  And I, you know, finally had to block him.  So, I blocked his texts and I blocked his emails, because he just continued to do it.

Q.      Just give the jury a nature of some of the types of things that he would say, and how often, and times of day?

A.      You know, he would -- he would text sometimes in the middle of the night.  It just -- it varied.  He, you know, he would make threats, you know, you're going to see, he's threatened to go to law enforcement, he's threatened to attack me publicly.  You know, it was basically just a shakedown.  It was just like a mob shakedown that you would see anywhere.

Q.      Okay.  So now let's go forward to October of 2023.

        Are you with me, Mr. Lambert?

A.      Yes.

Q.      Okay.  I'm going to ask some questions about your interactions with Mr. Johnson and what he did next, okay?

A.      Yes.

Q.      Okay.  So, I'd like Ms. Faulkner to bring up

Exhibit 28.

And this is an email from Mr. Johnson to you, I believe, Mr. Lambert.

A.     That's correct.

Q.     And tell the jury the context of this email -- and let's go to the second page, I believe.  And I want to focus on the email that Mr. Johnson sent to you on October 19th, 2023.

Actually, Ms. Faulkner, let's get the rest of the page to the top, so we see the -- perfect.  Thank you.

So, Mr. Lambert, walk the jury through what's going on, starting with Mr. Johnson's statement on October -- or email on October 19th, 2023.

A.     Yeah.  So, he -- since I blocked him on my Gmail, which is how we had normally communicated in the past, and I blocked his phone number, he started using my work email.  So, this is a work email, where he says, I have haven't heard from you, Hal, so we're going to escalate things if I don't hear from you by tomorrow.  Talk to Elaine, my wife, if she thinks that's a good idea.

Q.     Okay.  So, let's actually -- we'll get to that one. Let's go to the one on --

A.     Oh, this one right here?

Q.     Yeah.  It begins with, This might.

A.     This might also help you do the right thing.  And then

he puts a link right here.  And this is a link about a guy that was being arrested that he was taking credit for, for being arrested.

Q.    You mean Mr. Johnson was taking credit for someone getting arrested?

A.    Correct.

Q.    Do you know the nature of the arrest or what was going on?

A.    Federal authorities arrested him.  It was a guy, I believe, named Doug Mackey.

Q.    Okay.  And did Mr. Johnson have disagreements or disputes with this man?

A.    Evidently.  But he -- that was the purpose of this email, was to say, you know, you're going to go to jail if you don't do what I want.

Q.    And so what was the right thing?

A.    To give him 50%.

Q.    Okay.  And then to go up to the top of the page.  I believe -- is that Mr. Johnson writing to you?

A.    Yeah.  The part where I read -- where are we going now? Let's see.

Q.    If we could go back.  Page 2, please, Ms. Faulkner. Thank you.

      So, he mentions Elaine?

A.    Yeah.

Q.     Let's focus on the top of the email there, Ms. Faulkner, starting with, I haven't heard.

A.     So, I haven't heard from you, Hal, so we're going to escalate things if I don't hear from you by tomorrow.  Talk to Elaine if she thinks that's a good idea.

Q.     And, again, who's Elaine?

A.     That's my wife.

Q.     How did you take that statement from Mr. --

A.     It was bizarre.  I took it as a threat.  I took it as, you know, she's going to somehow be involved, I'm going to do something about this.

Q.     Okay.  So, he sends you an email, where he says, You might -- you might also help -- this might also help you do the right thing, referencing an arrest --

A.     Right.

Q.     -- and mentions your wife.

A.     Right.

Q.     And what is your state of mind right now?

A.     Well, I think he's basically trying to say I'm going to have you arrested and your family is going to be destroyed if I don't -- if you don't do what I want.

Q.     Okay.  Now, let's go to the first page.  This is October 22nd, 2023.

       Read Mr. Johnson's email to you?

A.     Yeah.  I have already been in touch with law

enforcement about your --

                (Court Reporter interrupts)

A.    Sorry.  I've already been in touch with law enforcement about your behavior.  I want to be very clear with you that you were given a chance to do the right thing.

Q.    What was your interpretation of what Mr. Johnson was trying -- what message is he trying to send?

A.    He's trying to say that if I don't do what he wants, he's going to have me arrested and put in jail.  And what he wanted was 50% of my business.

Q.    And, again, was he offering anything in return?

A.    No.

Q.    Okay.  So, what did you do next?  Did his pressure ratchet up?

A.    It did.

Q.    What happened?

A.    Well, later that same day, I get an email from one of my investors, one of my limited-partner investors in the SPVs.  And he had sent them an email, he sent emails to like 40-something investors, attacking me to my own clients.

Q.    Okay.  Let's bring up that email, which has, I believe, been marked as Exhibit 26.  And, Ms. Faulkner, I'd like you to go to the last page.  And Mr. Lambert -- let's blow that up a little bit for the jury and Mr. Lambert.

                Are you familiar with this email, Mr. Lambert?

*A.*    I am.

*Q.*    Okay.  Explain to the jury what's going on here.  We don't -- we don't see who the to and from is; but first set the stage.

*A.*    Yeah.  So, he had sent the previous email to me, which I didn't realize he had already done this.  So, by the time this had come -- I was not on this email.  He sent this directly to investors and left me off the email.

So, I start getting emails from my investors going, What is this?  What's going on?  I'm getting phone calls and texts.  And basically what he's saying here is -- he's basically threatening that these investors could get brought into a discovery, they shouldn't talk to me about this, this is going to be a lawsuit between me and Hal.  And, you know, he, again, is trying to destroy my credibility with these investors.  It was -- it was devastating.

*Q.*    Why do you say he was trying to destroy your credibility?

*A.*    Because he's accusing me of things.  He said I'm -- he's basically accusing me of stealing money, because he says in here that, you know, I'm using the money from the SPV against them.  And he's saying that, you know, caution, don't -- Hal's -- don't lead the witness.  Outreach could complicate matters with respect to individual investors and draw any of them deeper into litigation.  I ask you to avoid

this risk.

                    (Court Reporter interrupts)

A.    I'm sorry.

Q.    Mr. Lambert, she has to -- the court reporter has to type it out.

A.    I apologize.

Q.    She's really fast, but not that fast.

      All right.  Let's move up to the first part where it says, Discovery will bring facts?

A.    Right.

Q.    He talks about your personal conduct?

A.    Yes.

Q.    What's he trying to get at?

A.    I have no idea.  He -- he was making stuff up.  He just says, This behavior, as well as his personal contact -- conduct on Hal's behalf, which is disqualifying, including towards female founders.  I've spoken to law enforcement also.  You may have read about my work.  And he puts a link to himself, to introduce himself, basically, to these people.

Q.    Okay.  And are you on this email, again?

A.    No.  I was not on this email.

Q.    Who was it to?

A.    It was to my investors.

Q.    About how many?

A.    About 40.

Q.    And those are your partners?

A.    They're limited partners in my -- in my SPVs.

Q.    Okay.  What was their reaction?

A.    Well, I mean, they didn't know what to think.  They had never seen -- I've never seen -- this has never happened before, this is not normal behavior.  And so, when you have -- when you're brought into something like this, and you get an email out of the blue from someone, the first thing you do is -- is contact me, or email me, or, you know, reach out to me in some way to find out what's going on.

I was -- this was devastating to me.  I mean, I felt sick to my stomach when I saw this, because I knew right then that this guy would not -- there were no lines he wouldn't cross.

Q.    What's so bad about it?  He sent an email, you know, saying you're not a great guy, you had some disqualifying conduct, you know.  But just describe to the jury why this email is so serious.

A.    Well, it's so serious, because these investors have to trust you.  They're not going to -- these are high-risk investments.  You know, they don't understand all of the aspects of the companies, they have to trust that you know what you're doing, they have to trust that you're a good person and that you're going to do what you say you do.

And when you have someone come out and say they're

contacting law enforcement about me, that's going to raise all kinds of red flags, which means they're not going to invest with me in the future, things are going to be a problem.

Q.    What did you do to try to go into damage control?

A.    Well, I had to get an email out and get in front of this as best I could.  Obviously, I couldn't reach out to 40 people simultaneously.  So, I drafted up an email and sent it to the group that had received this.

Q.    Let's just quickly bring up that email for the jury to see, Exhibit 25.

      All right.  Mr. Lambert, let's just focus in on the text of the email.

A.    All right.

Q.    Is this an email that you drafted?

A.    Yes.

Q.    Okay.  And what are you trying to communicate to your limited partners?

A.    I'm trying to quell the damage that was done.

Q.    And what are you saying?

      If you can just bring it up a little bit more.  It's a little hard for me to read, Ms. Faulkner.

A.    I -- I let them know who Charles was.  So, I said, I apologize for the email you may have received from Charles Johnson earlier today.  Charles is also a limited partner investor in Point Bridge Capital SVP -- SPV, and he evidently

pulled your email from one of my earlier updates where I had cc'd you.

He's now using your personal contact information to pursue his own agenda and objectives, which was both unauthorized and unprofessional. Charles contacted me several months ago with baseless demands for compensation with respect to it, the SPV.

Despite my efforts to discuss this matter directly with me, Charles has, instead, decided to personally attack and threaten me. Regardless, this matter does not affect your investment in or management of the SPV. I am in touch with legal counsel, and will handle this through the appropriate channels.

Q.    Okay. So, when you hit send at 7:17 at night, what's going through your head?

A.    I'm just extremely worried, extremely upset. It's a -- you know, again, as I said, I felt sick to my stomach when I saw the email; literally, I wanted to throw up.

Q.    All right. So -- let's take that down, Ms. Faulkner.

So, after this -- these communications from Mr. Johnson, where he accuses you of, you know -- I guess is it an accurate way to say he's accusing you of defrauding the investors?

A.    Right. He said that, you know, I'm afraid he's using fees that, you know, he's using your money to fight this, and

different things like that.  So, basically, inappropriate use of funds, which, obviously, if you're an investor, you don't want that.  So, these were attacks to put doubt into them, and then also to make me appear to be a criminal.

Q.    Okay.  So, after the events of October 22nd, 2023, did Mr. Johnson stop?

A.    No.  He escalated even further.

Q.    What did he do?

A.    He filed a lawsuit against me.

Q.    Against you personally?

A.    Point Bridge Capital and me.  Yes.

Q.    What happened to it?

A.    It was tossed out.  It didn't go anywhere.  He filed it in Virginia, and the Federal judge up there tossed it out, it never went to trial or anything.

Q.    Did he file another lawsuit after that?

A.    He did.  He filed another one after that.  So, he continues to escalate.  And, you know, he sent me an email telling me what he was going to do, and he filed a second suit.

Q.    Okay.  So now let's bring up Exhibit 89, just so we can orient the jury where we are at in the timeline, Mr. Lambert.

So, just kind of give the jury just sort of a picture of where we've been and where we're at, and now where we're going in the red?

A.    Right.  So, you know, he starts making demands of, you know, 50% of my company.  And when those were not -- you know, when I said no to those, he starts -- he starts the, you know, attacks to me personally, which I then blocked him.

And then he goes on and decides to go directly to my investors with false allegations.  And then he does -- and that was in 2023, and then he immediately does the first lawsuit.  After that's dismissed in 2024, he files that second lawsuit.

Q.    Okay.  Did he stop?

A.    No.  He -- in fact, he -- before he filed the lawsuit, he said -- he contacted me in an email and said, Yeah, the first one is dismissed, I'm going to file a -- I'm filing again, and this time I'm going to be a bit louder.

Q.    How did you take that?

A.    I knew exactly what he meant.  He was going to go out and attack me even more.

Q.    Okay.  Well, let's turn to the things that Mr. Johnson said and what the jury saw this morning, okay, Mr. Lambert?

A.    Okay.

Q.    I want to play a clip from one of Mr. Johnson's broadcasts.  Have you heard this clip before?

A.    I have.

Q.    Okay.  And where is Mr. Johnson making this?

A.    He's making it on his Substack and -- or this might

have been one of his X posts.  He use -- he uses X, which is Twitter and he uses Substack.  But he goes out and does these -- these, basically, podcasts, is what they are.  And he goes out and talks on those.  So you hear his own words say it.

Q.    Okay.  Let's bring up Exhibit 88, page 2.

Do you see that slide, Mr. Lambert?

A.    I do.

Q.    Okay.  Ms. Faulkner is going to play the audio.

(Audio Played)

Q.    What was your reaction when you heard that, Mr. Lambert?

A.    It was disgusting.  I've got, you know, two daughters, wife, married 30 years, and he's making up lies about me to try to destroy my reputation.

Q.    Let me just be clear, have you done any of that --

A.    No.

Q.    -- that he's accusing you of?

A.    No.

Q.    Have you ever grabbed young -- younger women?

A.    No.

Q.    Have you ever -- have women that don't belong to you?

A.    No.

Q.    Do you ever get drunk and cause trouble?

A.    No.

Q.    Let's go to the next slide, Ms. Faulkner.  Let's play -- excuse me, let's go to the next page.  Exhibit 88 at page 4.  Play that, please, Ms. Faulkner.

(Audio Played)

Q.    So what's the deal with him saying -- like asking for research?

A.    He's trying to get other people to come out and join with him and attack me publicly, that's what he's -- that's what he's trying to do.

Q.    Is this how Mr. Johnson operates?  Are you unique?

A.    No.  He does this -- he's done this to other people, too.  So, this is a pretty standard thing and operation for Charles Johnson.

Q.    Let's talk about what Mr. Johnson said about your business, Exhibit 88 at 3.

(Audio Played)

Q.    Is any of this true, Mr. Lambert?

A.    No.

Q.    Are you or Point Bridge Capital a front for Russian activity?

A.    Absolutely not.

Q.    Compromised cash?

A.    No.

Q.    Are you a dirty player in Fort Worth?

A.    No.

Q.      Do you have any interaction with the cartels?

A.      No.

Q.      So, do you take money from any foreign adversary of the United States?

A.      No.

Q.      So, what's it like to hear Mr. Johnson say this stuff about you?

A.      Well, he's doing this -- it's very targeted and very specific.  Because when you're doing early stage defense investing, which is what I'm doing, the Government has to make sure that you're a good player, you're clean, and you're not taking Russian money.  So, they actually do a check on you.

When I -- when I did some of these investments, you have to provide your social security number, your name and date of birth, and they will look that up.  And then the company can decide, Hey -- you'll get notification from the Government, Yes, this person's okay, you can take their money.  Because the Government doesn't want, you know, Russian influence or Chinese influence into these investments.

So, what he's doing here is twofold.  He's trying to hurt the companies I'm already in, be able to work with the U.S. Government, and the military, the DOD.  And he's trying to keep future investors, or future companies, from taking me as an investor, because they can see this.  And so those are the two aspects of what he's doing there.

And then the sexual assault stuff is just to attack me personally. Like to make people wary of doing business with me, to hurt me being able to go on television, to hurt my business. I mean, that's what -- this is all very targeted, it's very specific. This isn't by accident, this isn't off -- off-color at all. You know, these were multiple sets that he did over and over again.

Q.    Okay. So we heard three clips, the jury heard that. Does that paint the totality of what Mr. Johnson said about you?

A.    No. We'd be here all day, if -- if we had to put up every single time that he did something like this. So, this was -- this was attacks over and over and over again.

Q.    So, this is just a snippet of what he said?

A.    Very -- it's a tiny snippet.

Q.    Okay. So, did Mr. Johnson engage in anything to try to amplify the reach of these statements?

A.    Yeah. He would have his followers, he would try to get them to post this stuff. So, there was a guy named Jacob Canopy, or something like that, one of the bloggers, would take exactly what Charles did and just put it out verbatim. So they could amplify this out to tens of thousands of people; that was the point, was to amplify the message.

Q.    So, shift gears a little bit, Mr. Lambert.
        Do you have an understanding of Mr. Johnson's

reputation for truthfulness in the communities he moves in?

A.    I do now.  Yes.

Q.    What is it?

A.    He's a liar and a fabricator.

Q.    Why do you say that?

A.    I mean, he's done this to numbers of people online.  He -- it's -- anytime he gets into a dispute with someone, he goes after them publicly like this.  He's done other things, that are not, you know, not even believable.  Like, you know, he's known to be a Holocaust denier.  There's -- there's all kinds of things that he's done publicly that are really, really bad lies and things that he's done.

Q.    Did you know anything about this reputation for truthfulness when you first met him?

A.    No.  I mean, he has a very common name, right.  So, you know, you google Charles Johnson and nothing popped up.  You know, part of the reason nothing popped up, is a lot of what he was doing in the past he did under Chuck Johnson.  So, he switched -- I knew him as Charles Johnson, other people knew him as Chuck Johnson.

But if you look up Charles Johnson, it's a professional athlete that pops up.  So, you don't really see this.  And again, he was running in very credible circles when I first met him.

Q.    Okay.  So, we talked -- I asked you a question about

his reputation for truthfulness.  Do you, Mr. Lambert, have an opinion on his truthfulness?

A.    Yeah.  He's a complete liar and, you know, I'd categorize as sociopathic.

Q.    What's the basis for your opinion?

A.    All the things that he's done online and the lies that he's told.  I mean, trying to turn me -- saying he's going to -- I'm going to be arrested by law enforcement, that I'm sexually assaulting people, Russian money, Chinese money, cartels, Israel; I mean, it was nonstop attacks.  And, like I said, he was doing other things online as well.

Q.    Does Mr. Johnson ever compare himself to other public figures?

A.    Yeah.  In fact, he, somewhat recently, said he's -- thinks he's supposed to be the next Jeffrey Epstein.  Why anyone would want to be that, I have no idea.  But that -- that's what he put out.

Q.    Okay.  I think we've got enough of that, Mr. Lambert.
      Let's now transition to the damages.  So, we know the context --

A.    Yep.

Q.    -- we know who you are, we know who Point Bridge is. Let's focus on the specific damages, all right?
      So, what are sort of three main buckets, how we can understand the economic damages --

A.     Right.

Q.     -- that you and Point Bridge Capital suffered?

A.     Well, there's the media side of it, right, the earned media; massive damages there.  There is the fee income, in damages from fees, asset management fees.  And then there's the reputational harm and what I'm going to have to spend to try to repair my reputation.

Q.     Okay.  We touched on the earned media a little bit when we saw the Neil Cavuto clip, right?

A.     Uh-huh.

Q.     Do you recall that?

A.     Yes.

Q.     Okay.  So, I want to focus on the period after Mr. Johnson started broadcasting his attacks, back in August of 2024.  What happened to your appearances and invitations earned on big, nationwide prime time?

A.     They fell off dramatically.  Basically fell off a cliff.

Q.     How dramatic?

A.     90%.

Q.     Did anything change in your desire to go on these?

A.     No.  Nothing changed in what I was doing as a business.  Nothing changed in any of my desires to go on.  The producers simply weren't having me on the show.  The producers make decisions on who they're going to have on.

Q.    Describe what that causes to Point Bridge Capital and yourself?

A.    Well, it's -- it's millions of dollars of value that's gone.  And, you know, I don't know if it will come back.  Because once this is out there, it's out there forever, as we all know.  When you put stuff on the Internet, it doesn't ever go away.

And quite frankly, with alternative -- I mean, with AI, artificial intelligence, you know, we're not too far off, if not already, where you can just go, Hey, you know, Barack or whatever, I want a dossier on this person; and it will pull up everything that's about them on the internet.  So, this is never going to go away, it's out there permanently, and you can see it.

Q.    So, do you and Point Bridge Capital actually put a specific dollar figure on the value of this earned media?

A.    Yes.  There's a third party called Critical Mention that we use to value this media presence that I have.

Q.    Okay.  Ms. Faulkner, let's bring up Exhibit 95, please.

And, Mr. Lambert, let me show you just an example of the Critical Mention report.  And just -- we're not going to spend a ton of time on this, we have a summary of this.

But just tell the jury what this represents or just the things that are being shown.

A.    Yeah.  So, this is -- we did a comparison of media

prior to Charles Johnson's attacks on me, and then media after Charles Johnson's attacks on me.  And as we said, it dropped off dramatically during that period of time.

Q.    I think we can see it a little better.  So, there's some that says Total National Publicity, what's that?

A.    That's how many people can see it, and how -- what the reach was on particular programs and television programs.  And again, Critical Mention is used by lots of different companies to value the media that companies have.

Q.    All right.  Let's bring up Exhibit Number 96, page 3, Ms. Faulkner.

      And this is a summary, I believe, of the Critical Mention reports that we just looked at in Exhibit 95, right, Mr. Lambert?

A.    That's correct.  So, this is a comparison prior to Charles Johnson, during the exact, you know, seven-month period prior, to seven months after.  And you can see that the value prior is the green bar, and then the red bar is after.

      And this is both for Point Bridge, is the bottom one, and Hal Lambert is at the top there.  So, the drop-off, according to Critical Mention, is 6 million -- about 6,800,000 -- $6,794,706 of -- of lost earned media.

Q.    And so, what time period are we talking here, Mr. Lambert?

A.    This is only -- this is seven months.  That's how

valuable this is.  I mean, you go on national TV and get those types of -- millions of eyes and people watching you; again, it's worth a tremendous amount of money.

And the bottom one -- the bottom one is for Point Bridge.  So, we separated out for me and for Point Bridge. And you can see the Point Bridge one dropped, also similar percentage.  And the total dollar there is negative $5,617,000 of cost.

Q.     So, we're going to keep track of the damages that you and Point Bridge suffered.  So, over that seven-month period, Mr. Lambert --

A.     Yes.

Q.     -- what was the loss in earned media to you personally?

A.     To me personally, it was $6,794,000.

Q.     6 million?

A.     6,794,706.

Q.     So, let's talk about Point Bridge specifically now.

A.     That one is $5,617,102.

Q.     Let's talk about how this -- how Mr. Johnson's attacks and the loss of earned media translated to investments with Point Bridge.

Are you prepared to talk about that, Mr. Lambert?

A.     I am.  So, what we'll see here shortly is the massive drop-off in my SPV business based on this as well.

Q.     Okay.  So, just briefly walk through -- we don't need

to repeat anything.  But talk about how you make money on investments, and what happened from the time before Mr. Johnson's attacks to after?

A.    Well, obviously, before his attacks, I had never had any problems at all.  I've never been in a lawsuit, I've never been up on a stand like this.  I certainly don't want to be here today, any more than anybody else does.  But I'm having to be here, because this has caused massive damages.

So, when you look at it from the standpoint of my fee income, it hurts my fee income because I don't have investors investing in those partnerships like I did.  And it hurts -- my reputation is damaged as well.  But specifically, the fee income.

Q.    Let's look at the specifics.  Bring up Exhibit 111, please, Ms. Faulkner.

So, Mr. Lambert, explain to the jury what's going on with Point Bridge and what these numbers represent?  Start with the green.

A.    So the green bar is -- is the amount of money that I had invested and raised in the SPVs prior to Charles Johnson's attacks.  So, it's almost 43 million -- or excuse me, almost $44 million.  So, you're looking at $43.9 million into those funds.

Q.    And what happened after his attacks?

A.    Well, since then, I've -- I have three SPVs I'm doing.

And the one I'm currently in, raising money for right now, and it's only 5.5 million.  So, it's a drop of like $38 million in investments.

Q.    What explains the drop?

A.    There's been no change other than these attacks.

Q.    Is the economy different?

A.    The economy is fine.  The economy, you know, we're at all-time highs in the stock market right now.

Q.    What about defense tech?

A.    The world's more dangerous than ever.  So, the defense tech is a very hot market, a lot of people are investing in defense technology.  So, that's even more desired now than it was a few years ago.

Q.    So, other than Mr. Johnson's attacks on you, is there anything that you could testify to today that would explain the drop in -- the $1.6 million drop?

A.    No.

Q.    And again, just translate to the jury.  So, I see 43.9, I see a 5.55, where do we get to 1.6?

A.    So, the way to think about that is, it's approximately $400,000 of fee income.  And so, you do that over four years, that's the 1.6 million.

So, what it is, is you look at the difference.  You take 300 -- 3800 -- excuse me, $38 million drop, and a 1% fee on that is $385,000 a year of damages.

Q.    Okay.  Does this take into consideration the sort of upside?

A.    No.  This is -- this is only limited to the fees.  So, there's upside-down participation in these deals that I'll never have because the money -- the investment wasn't -- it wasn't there.  So, this is strictly the fee income that's been lost.

Q.    So, it's conservative, I guess?

A.    It's conservative.  Correct.

Q.    And is this a loss to you, or Point Bridge, or both?

A.    This all goes to my firm.  So, I pay rent, I pay employees, I pay expenses.  You know, that's all used to keep my business afloat.  This doesn't go into my, you know, pocket, personally.

Q.    So, 1.6 million and that goes to Point Bridge.

      All right.  Is that the extent of the harm and damage that Mr. Johnson caused to you and Point Bridge?

A.    No.  I've had to reach out to some PR firms and -- and figure out what -- what I need to do to re- -- you know, rehabilitate my reputation.

Q.    Why is that important?

A.    Because, again, this all comes down to trust.  And, you know, it's really frustrating, because when you meet someone new, you know -- I'll give an example.

      I was introduced to someone a few months ago, by a

friend, mutual friend. We had a great conversation, this was in person. We were out and he introduced me and said, Hey, you should talk to how Hal, he's doing these interesting things. This guy was a former military guy, he was really interested. We had a great conversation, talked about specifics, exchanged phone numbers.

And I reached out to him later with a text, heard nothing back. Waited a week or two, reached out again with another text, heard nothing back. I called my friend and said, Hey, I don't know what's going on here, can you check and see, you know, if he's looked me up.

But every time from now on, when you meet someone and then you get ghosted like that, and it doesn't happen -- that doesn't happen previously, it's clear -- you know, you can look up, Hal Lambert lawsuit, and boom, it pops up right there.

Q.   All right. Let's just put some specific dollars on this. Bring up Exhibit 71, Ms. Faulkner.

Okay. This looks like an email from Mike Willie to you, Mr. Lambert.

A.   Yes. Mike Willie. And he's the president of Witherspoon & Associates, which is a PR firm here in Fort Worth.

Q.   Let's go to the next page, Ms. Faulkner.

Okay. And what's this showing, Mr. Lambert?

*A.*    So, I had -- I had a talk with him, and told him, you know, I needed to do some rebranding and, you know, management of my brand as well as Point Bridge.  And, you know, he gave me the estimates to do that.  So, you can see those here.

A full strategy development is $40,000 for Point Bridge.  And then, at a minimum, he said $50,000 a month for 12 months.  That's actually -- that doesn't include doing any kind of TV or anything like that, because that would be insanely expensive.  So, this is purely, you know, going out mostly on a digital campaign and some print.  And so, that was 50,000 a month for Point Bridge, and then 50,000 a month for me, personally, that I would need to spend to, you know, redo my reputation.

*Q.*    Are you going to spend that money?

*A.*    Yes.

*Q.*    Why haven't you spent it so far?

*A.*    Well, because these attacks have continued all through this trial.  I mean, not trial, we haven't been on trial.  But through this whole lawsuit, there's been more attacks out there.  So, you know, I have to get through this and get to the point of having you-all decide, you know, what the damages are before I could even start the rehab process.

*Q.*    In the last month, have Mr. Johnson's online followers targeted you?

*A.*    Yes.

Q.    How so?

A.    They posted bizarre things.  You know, there's a post -- not too long ago I had gone to Washington, D.C., and they posted out, you know, We saw Hal Lambert in D.C., he's looking disheveled, and, you know, just weird stuff.  It's like who's -- why are these people looking at me and following me.  And, you know, those -- these attacks have continued with his online followers, you know, basically mocking me online.

Q.    From the time you landed in Washington, D.C. to when that post came up from one of his followers, how much time elapsed?

A.    I was still in D.C.

Q.    A couple of hours?

A.    I don't know.  I can't remember exactly the time.  I was still there, let's put it that way.

Q.    Okay.  So, if my math is right, the Witherspoon -- what the proposal is and what you guys are going to pay, it's going to be for Point Bridge, if my math is right, $640,000.

A.    Correct.

Q.    And for you, Mr. Lambert, it's 600,000, right?

A.    Correct.  Yes.

Q.    So, if we put the numbers all together, so we have the loss in earned media, the loss in investment income, and then turn to the cost to repair the -- to rehab the reputation, that gets us, by my math here -- I don't have all the decimal

points, but I have for you, Mr. Lambert, 7.39 million, and for Point Bridge, I have 7.81.

Does that sound about right?

A.     That sounds correct.  Yes.

Q.     Does that fully capture all the damage that Mr. Johnson has done to you?

A.     No.  This will be a scar that won't heal maybe forever. Because once things are out there, they're out there.  And people can't -- you know, they don't know what to believe or not believe.  A lot of people just read something and go, I don't want to be a part of that, I don't want to deal with that.

I'm here in the community, I have to see my friends and see this out there.  You know, he's living somewhere else, it doesn't affect him.  As he said in his opening statement, it doesn't really matter.  But to me, it matters a lot.

Q.     Okay.  So, let's shift gears to that, Mr. Lambert. Just straight up, what kind of impact has Mr. Johnson's defamation campaign taken on you personally?

A.     Well, the damages personally are enormous.  You know, I've had to talk to my wife, obviously, and my daughters. And, you know, this is someone they've met.  So, you know, they -- it's been -- it's been bad.

You know, when you -- when you're accused of felonies, right, you're accused of felonies of the worst kind.

And, again, it's targeted, because, you know, he knows that that's going to hurt me on getting on television. He knows that calling -- saying I'm dealing with Chinese and Russian money and mafia money, that's going to hurt me with getting defense contracts and the company getting defense contracts. So, it's all very targeted, it's all very calculated, and it was all about pressure, again, to try to extort money out of me.

Q.    What about your relationship with your wife and daughters?

A.    Yeah. I mean, you know, it's been hurtful. You know, I had -- you know, we obviously knew -- she knew I was coming over here today and we talked about it. I had to talk about it last night, and had a call with one of my daughters last night. So, they're obviously -- they're adults, my daughters are, they're aware of what's going on.

Q.    Do you feel like this was a misunderstanding?

A.    No. This wasn't a misunderstanding at all. This was -- this was a character assassination. And, you know, I built this myself, so -- I didn't have help. You know, 30 years of work, and because someone, you know, decides they want to take you out and take you down, they do a concerted effort with a group of people to do it is -- it's devastating.

Q.    When you look back at what Mr. Johnson did, what do you believe his goal was?

A.     You know, I think his goal ultimately -- you know, it starts off about money and wanting to take part of my business or take like 50%, and it turns into I'm just going to do a character assassination, because I like to do that.  He likes -- he enjoys this.  He's done it to others.

And, you know, he can sit behind a keyboard and send this stuff out, and he thinks that he can't be, you know, he can't -- nothing can happen to him.  You know, he -- he put something out before about -- falsely accused someone of killing someone at the Charlottesville rallies and got sued for that, and lost that case as well.  So, he's done this before.  And, you know, here he is again.

Q.     Did you ever ask him to stop?

A.     I did.  Yeah, I sent him an email.

Q.     Let's bring up that email, Exhibit 52, please.  And let's focus in -- first, I want to start, looks like it's Monday, August 26.  So, roughly a couple of weeks Mr. Johnson has been broadcasting his defamation campaign against you. Let's bring it up.

All right.  So, Mr. Lambert, go slow to save our court reporter here.

A.     Okay.  So --

Q.     I want you to set the context; why you sent this and what you said.

A.     Well, you know, he had been going online, we played

some of it, attacking me personally, attacking my business, making all kinds of lies about me, which we've now shown in court.  And so, I said, Look, I'm just going to -- I'm going to send him an email and ask him -- try to stop this.  It just -- it had gotten completely out of control.

And so I said, Charles, it's been brought to my attention that in your X spaces, you've accused me of sexually assaulting women at parties in Austin, getting drunk and causing trouble, that I am a front for Russian money and interests and other dirty money, and that I may be a front for drug cartels.  I said, These are lies.  And the fact that you asked your deranged fans to research me and find a whistleblower, shows me that you know they are lies, and you are fishing for someone to make up these lies or other people to make up these lies.

And I put up the two links, by the way.  So, these two links are links to his actual posts, so he can see it.  And I said, I'm a married man with a family, and these lies undermine my family and my business relationships.  Stop lying about me and correct the record.

Q.    What did Mr. Johnson do?  Did he respond?

A.    He responded with, Sue me.

Q.    Let's pull that up for the jury.

And it looks like -- how much time had elapsed since you sent that email?

A.    Well, it's the same -- what's the -- it was very quickly after I sent it.

Q.    Yeah.  Looks like you sent it at -- like 8:37 central?

A.    Yep.

Q.    And he sends you back something less than an hour later?

A.    Less than an hour later.  And, you know, that was part of the tactic, too.  He knew, like, okay if I decide to sue him, it will just amplify it more and he'll be able to go online and talk about the lawsuit; which he's done.  He'll have other people out there go online and talk about this lawsuit; which they've done.  So, it just gives him more time to amplify the message.

      He's gone out and said he's winning the case -- he's winning that case; which wasn't true.  He said in the cases in Virginia that he was winning those cases; they were both dismissed.  So, again, just pure fabrications.  But, you know, that's what he's putting out there.

Q.    Did Mr. Johnson -- this was a direct email just to Mr. Johnson, right?

A.    Correct.

Q.    Did he do anything with this email?

A.    Oh, yeah.  He took this and posted it out to everybody online.

Q.    Let's bring up Exhibit 53, Ms. Faulkner, please.

Is this like a tweet or an X post?

A.     Yeah.  That's an X post.

So, he's saying, Hal Lambert, who started this MAGA ETF, should not have committed fraud against me in business, nor mistreated lady founders -- once again -- nor taken money from foreign fronts, as he cheated me out of Clearview and Umbra equity.  I love discovery.  By the way, I'm currently suing Hal.

Q.     What message is he trying to send to you?

A.     He's saying he's going to ratchet up more and more negative publicity and press about me, that's what he's saying, and he's just going to continue with these lies.  And if -- you know, there's nothing you can do about it, he's just going to keep doing it.

Q.     The quality of this post is kind of bad.  Why is that?

A.     Excuse me, what was that?

Q.     Seems like the quality, it's pretty low def, it's hard to read.  Why is that?

A.     Oh, yeah.  I mean, he -- at one point he deleted -- he deleted his X account.  After we started this lawsuit, he deleted his X account.

Q.     All right.  We can take that down, Ms. Faulkner.

So, after you asked him to stop, and he posted publicly and tagged you, has he stopped?

A.     No.  He continues.  It's just nonstop.  And, you know,

he's got a Substack.  He charges money to people to -- to be a subscriber to his Substack.  So, he's making money off of this.

He directs people over that.  He has other people direct people over to his Substack.  And, again, he has a subscription business on this thing.

Q.    What helped you get through this, or what helps you get through this?

A.    Well --

Q.    Or how are you getting through this?

A.    -- it's been hard.  My family has been good about it to me.  And, you know, my faith.  And, you know, again, it's devastating.  Because you do this, you build up your reputation over a long period of time, and in a very short time you can have someone destroy it.

Q.    So, final question, Mr. Lambert.  Why did you decide to come here and to fight back publicly?

A.    You know, I -- I had to come here.  There were just -- he had done this too many times to other people, he was doing it to me in a huge way, just attacks and lies.

You know, it was -- it was to the point -- I mean, literally, I had people reach out during this, you know, this public lawsuit.  They've reached out to my attorney, they've reached out to me saying, Hey, Charles has done this to me, I know what you're going through.  And, you know, they wanted to

let me know that -- that I wasn't the only one.

Q.    Thank you.

A.    And I would add one other thing.  You know, I asked --
I did ask for a few to come in here and testify, and they were
actually too scared to do it.  They're like, Look, I'm not
going to, because he's just going to go out online and attack
me and destroy me.  And then they're going to be in a
position, well, what do they do about it?  I mean, these
lawsuits are, you know, it's a lot of time, it's a lot of
really, quite frankly, trauma that you have to go through to
do this and fight back.  And most people just aren't going to
do it.  They're just going to just try to stay away from it.

MR. THOMPSON:  Pass the witness.

THE COURT:  All right.  Ladies and gentlemen, at
this time we're going to take our lunch break.

I'm going to give you a pretty long lunch break
today, and then when we come back on Wednesday, I'll buy your
lunch, okay?  I'm not saying it's going to be Capital Grille
quality, but it's probably like Jason's Deli, but we'll take
care of you.

Even though I'm going to have you come back at 1:00,
that means you need to be here and through security so we can
start at 1:00.  Does everybody understand that?  (Heads nod)

So, there's a lot of good places to go and grab
something quick.  Probably not a good idea to go and order a

steak for lunch, okay?

We've heard a lot in Mr. Lambert's testimony and the opening statements regarding posts on X, posts on social media, Substacks. Do not google, do not look up any of this stuff, all right? The instructions that I gave you continue to be in effect.

Let me give you an admonishment, you'll be hearing this throughout the next couple of days. You're reminded that you should not talk amongst yourselves or with anyone else on any subject connected with the trial, or form or express any opinion thereon until the very end of trial, okay?

So, be back in the jury room and ready to go at 1:00. Thank you.

*(Jury leaves courtroom)*

THE COURT: Anything else from me before we take our lunch break?

MR. THOMPSON: Just housekeeping. I know the Court's rules, can I have any contact with my client since he's been tendered for cross-examination?

THE COURT: You don't need to. We need to -- as far as taking him to lunch and that sort of thing. But you're not to speak to him or try to coach him, because now he's tendered for cross, okay?

MR. THOMPSON: Absolutely.

THE COURT: But certainly when it comes to basic

things, such as lunch, procedurally what it looks like, that's fine.

MR. THOMPSON:  Thank you, Your Honor.

THE COURT:  Okay.  Anything from you, Mr. Johnson?

DEFENDANT JOHNSON:  No, sir.

THE COURT:  All right.  We'll go back on the record at 1:00.

And, Mr. Lambert, when we come back in, if you would please take your seat, and then we'll have the cross-examination, all right?

THE WITNESS:  Thank you.

(Lunch recess taken)

(Jury enters courtroom)

THE COURT:  We're back on the record, Point Bridge Capital, et al vs. Charles Johnson, 4:24-CV-988-P.

When we had left off, Mr. Lambert had completed his direct examination.  At this time, I call upon Mr. Johnson, and you begin a cross-examination, if you have one.

DEFENDANT JOHNSON:  Right up here, Your Honor?

THE COURT:  You need to stand at the podium.

DEFENDANT JOHNSON:  Okay.

THE COURT:  Thank you.

DEFENDANT JOHNSON:  Your Honor, how do I address Mr. Lambert?

THE COURT:  Mr. Lambert.

*DEFENDANT JOHNSON:* Okay. Great.

CROSS-EXAMINATION

*BY DEFENDANT JOHNSON:*

*Q.* So, I thought a lot about the kind of questions that I want to ask about today. And I even prayed about it next door at St. Andrews, which is a lovely service, by the way, if you haven't gotten a chance --

*THE COURT:* Let me just warn you, okay? So, you need to ask questions. You don't need --

*DEFENDANT JOHNSON:* Yes.

*THE COURT:* -- to testify.

*DEFENDANT JOHNSON:* I'm not going to ask any questions about Mr. Lambert's personal conduct. I think family should be off limits.

*THE COURT:* Well, why don't you ask your question --

*DEFENDANT JOHNSON:* Very good.

*THE COURT:* -- and we'll go from there.

*Q.* (By Defendant Johnson) So, very simple. Who is Palmer Luckey?

*A.* Palmer Luckey?

*Q.* Yes.

*A.* He's the CE -- well, he's one of the founders of a company called Anduril.

*Q.* Okay. How did you meet Palmer Luckey?

*A.* I met him at a dinner in Dallas.

Q.      Okay.  Who introduced you to Palmer Luckey?

A.      I don't recall.  It's possible it's you, but I don't recall.  You weren't at the meeting.

Q.      Did Palmer Luckey invest in Point Bridge Capital's SPV, the MAGA ETF?

A.      MAGA ETF is not an SPV.

Q.      Excuse me.  The MAGA ETF, your electronically traded fund?

A.      He did.  Yes.

Q.      Okay.  Is Palmer Luckey still an investor in the MAGA ETF?

A.      No, I don't believe so, but I don't know for certain.

Q.      Okay.  How did you meet Peter Thiel?

A.      I met Peter Thiel from you.

Q.      Who is Peter Thiel?

A.      He is the -- one of the large, you know, venture capital investors and well known in that area.  He lives in San Francisco.

Q.      Now, you were backing Ted Cruz in 2016; is that right?

A.      That -- that's correct.

Q.      What about 2024?  Were you backing Donald Trump in the Republican primary, or were you backing Ron DeSantis?

        MR. THOMPSON:  Objection, Your Honor.  Relevance.

        DEFENDANT JOHNSON:  The relevance --

        THE COURT:  Why don't we see where this goes.

DEFENDANT JOHNSON: The relevance of it --

THE COURT: Objection overruled.

You need to let me make my ruling. Don't talk over me.

DEFENDANT JOHNSON: Sorry.

THE COURT: So, you won that one. Be careful.

DEFENDANT JOHNSON: Yes, sir. I'm happy to do it.

THE COURT: I'm giving you a lot of leeway.

DEFENDANT JOHNSON: Thank you, sir.

Q. (By Defendant Johnson) Okay. How did you meet John Burbank?

A. I don't recall. It could have been Josh Manchester that did that.

Q. No. It was, in fact, me that introduced you to him.

But who is John Burbank's father?

A. I don't know.

Q. Jacques Burbank was the CIA station chief in Bonn, Germany. He was a friend of mine.

THE COURT: Is that a question?

DEFENDANT JOHNSON: Yes. It's a question, because it gets to the question of money here.

THE COURT: No, buddy, that's a statement --

DEFENDANT JOHNSON: Okay.

THE COURT: -- okay?

Q. (By Defendant Johnson) All right. How did you meet Elon

Musk --

THE COURT: You need to ask questions here.

DEFENDANT JOHNSON: Yes.

THE COURT: You will have an opportunity to testify when it's your turn.

DEFENDANT JOHNSON: Okay. I get it.

Q. (By Defendant Johnson) How did you meet Elon Musk's business partners, Steve and Luke Nosek?

A. Yes. You did introduce those two to me.

Q. Have you ever gone to a party with them in Austin, Texas?

A. They've been at parties with me. Yes.

Q. How did you meet Special Agent Johnathan Buma of the FBI?

A. You had him call me.

Q. Did you work on a Federal case with Johnathan Buma?

A. No. I met him one time.

Q. You worked for the Bass family, right, a local family here in Fort Worth?

A. Correct.

Q. Did they invest with you in either the MAGA ETF or any of the SPVs?

A. No. They're not the type of client that would invest in that --

Q. Did you --

A.    -- kind of thing.

Q.    Did you and I visit with Perry Bass and Ardon Moore at their offices here in Fort Worth several years ago?

A.    Yes.  With Palmer.

        THE COURT:  Mr. Perry Bass has been dead for about 20 years, I bet he wasn't at the meeting.

        THE WITNESS:  This was -- this was the grandson.

        THE COURT:  Okay.

        THE WITNESS:  He's also named Perry.  Yes.

Q.    (By Defendant Johnson)  Okay.  Did you back Donald Trump in 2016?

A.    Yes.

Q.    Did you back Donald Trump before the election on November 7, 2016?

A.    Yes.

Q.    Okay.  Did you work with Chinese software developers on the MAGA ETF?

A.    No.

Q.    So, Terrence Liu is not a Chinese national?

A.    He's not a Chinese developer.  He lives in Wisconsin.

Q.    No, no.  I asked if he was a Chinese national?

A.    He's Chinese ethnicity.

Q.    Okay.  Did you do a background check on Terrence Liu?

A.    No.

Q.    What about on Hoan Ton-That?

*A.*      What's the question?

*Q.*      Did you do a background check on Hoan Ton-That?

*A.*      No.

*Q.*      Is Hoan Ton-That a foreign national?

*A.*      I believe he's Australian.

*Q.*      Okay.  What about a security clearance?  Have you ever gotten a security clearance ever?

*A.*      No.

*Q.*      Have you ever applied for a security clearance?

*A.*      No.

*Q.*      Have you been to CIA headquarters in Langley, Virginia?

*A.*      Yes.

*Q.*      Remember, you're under oath.

*A.*      Yes.

*Q.*      Okay.  Have you ever been to the National Reconnaissance Office?

*A.*      No.

*Q.*      Okay.  Is the National Reconnaissance Office the largest clients, I guess you would say, of Umbra, the synthetic aperture radar company?

*A.*      I would think so.  But it's -- a lot of it's classified, so you don't know.

*Q.*      What about the John McCain National Security *(sic)* Act of 2019 --

                 *(Court Reporter interrupts)*

THE COURT:  You're going to have to go a little slower.

DEFENDANT JOHNSON:  Sorry.  My bad.

THE COURT:  Repeat the question.

DEFENDANT JOHNSON:  Sorry.  My mother wanted to be an attorney.  It's kind of fun.

Q.   (By Defendant Johnson)  All right.  What about the National -- the John McCain National Security Act of 2019, are your companies compliant with it?

A.    I don't know what that Act is.

Q.    Okay.  Do you do background checks on any of the money you take in politically, or into your SPVs, or into your ETFs?  Do you do any background checks whatsoever?

A.    Yes.

Q.    What firm provides those background checks?

A.    I use a KYC method that's done with one of my compliance firms.

Q.    Okay.  Which compliance firm is that?

A.    They're a software company called Flow, and there's another one called AdvisorAssist.

Q.    All right.  Were you in Congress last month?

A.    You mean the building?

Q.    Yeah, the building.  Did you go to Congress last month; yes or no?

A.    Yes.

Q.    Who did you meet with there?

A.    I met with different staffers of congressional members.

Q.    Why were you there?  What was the purpose?

A.    I'm involved with a lot of companies that do DOD work, as I've stated.

Q.    Okay.  Are any of the congressional staffers there eligible to give you a Federal contract; yes or no?

A.    No.  They're not eligible to give me a Federal contract.

Q.    Okay.

A.    I don't get Federal contracts.

Q.    Were you on CNN or Fox Business in the last month and change?

A.    Yes.

Q.    Okay.  Now, is it possible that some of the things you said on CNN, right, Fox Business -- I don't have a TV, I don't watch these things -- but is it possible that some of the things you said on those shows led to you not being invited on those shows anymore?

A.    No.

Q.    Why isn't that possible?

A.    Because I didn't do anything different than what I've been doing.

Q.    Okay.  Have you ever been accused of saying a racist statement about Black Lives Matter on CNN?

*A.*    I don't -- I don't recall if I was or not.  It was a panel, so I don't -- I don't recall what the other person said.  It was a back-and-forth panel.

*Q.*    But you've never been publicly accused of racism by anyone, ever, in a context?  You never had clips shared of you online?

*A.*    Not that I'm aware of.  No.

        *MR. THOMPSON:*  Your Honor, I'm just going to object.  We're straying so far from damages.  I've let it go on.  I tried to give him --

        *THE COURT:*  Well, I do want him to be able to --

        *DEFENDANT JOHNSON:*  Okay.

        *THE COURT:*  -- put on some --

        *DEFENDANT JOHNSON:*  I just have just --

        *THE COURT:*  Would you please not interrupt me, or I'm going to hold you in contempt --

        *DEFENDANT JOHNSON:*  Sorry.

        *THE COURT:*  -- okay?

        *DEFENDANT JOHNSON:*  Yes, sir.

        *THE COURT:*  I'm trying to be very patient and very polite.  A lot of the stuff that you've been asking has nothing to do with the reason why we're here.  We're here on a damages trial.

        One of the things -- you're not a lawyer, but one of the things they taught me in law school that I've learned in

30 years that I've been doing this, is that when it comes to cross-examination, make your three or four points and move on.

DEFENDANT JOHNSON:  Thank you, Your Honor.

THE COURT:  And remember what we're here for. You've already been found to be liable of both defamation and violations of civil RICO.

If you want to avoid a big damages judgment, I would suggest you cater your questions to that type of issue, whether his testimony that he gave regarding the damages that he suffered in this case, you feel that those are trustworthy or not.  That might be a good place to concentrate your questions.

DEFENDANT JOHNSON:  Yes, sir.  My next line of questions.

Q.    (By Defendant Johnson)  So, who is Rebekah Mercer?

A.    She's a Republican donor.

Q.    Have you done business with her?

A.    No.

Q.    You're not in any business deals with her and Gabe Dominocielo?

A.    I -- I didn't realize she was doing any business with that company.  But I have -- I have nothing to do with her doing any business.

Q.    Okay.  You're aware that she's married to or she was married to a Russian national?

*A.*    No.  I'm not aware of that.

*Q.*    Okay.

*A.*    So, she was married to one?

*Q.*    Yes.

*A.*    Okay.

*Q.*    Now, did my ex-wife contact you, or the mother of my daughter contact you recently?

*A.*    I believe I got an email -- I didn't know who it was actually, but I got an email asking some questions about Clearview.

*Q.*    Okay.  Was she a shareholder in Clearview?

*A.*    The person that sent that email I'm told is a very small shareholder.  Yes.

*Q.*    Okay.  Did you follow what Hoan Ton-That had offered, and offered to pay her the $400,000 he promised her, or did you refuse her --

        *THE COURT:*  Counsel, do you have an objection?

        *MR. THOMPSON:*  I have an objection, Your Honor.  It's irrelevant.  It's -- he's trying to litigate a lawsuit that Mr. Johnson lost.  I think a month ago it got dismissed.  It's completely irrelevant to damages.

        *THE COURT:*  Tell me how this is relevant to your damages?

        *DEFENDANT JOHNSON:*  It gets to the question here of whether or not Mr. Lambert is actually interested in

good-faith issues around damages.

So, for example, when I was with Judge Evans, I agreed in that -- in that mediation, as you're well aware, to actually give Mr. Lambert all of the investment money that I had put together.  That he could have -- all of my $200,000 plus whatever interests --

THE COURT:  All right.  You're giving testimony and you're talking about stuff -- and statements that was made in settlement communications.  You can't talk about that under our rules.

DEFENDANT JOHNSON:  I see.

THE COURT:  So, that colloquy and testimony you just gave is stricken.  Please don't consider it in your deliberations, jury.

The objection here has been relevance and how this relates to damages.  So, do you have a very succinct response to that before I rule on the objection?

DEFENDANT JOHNSON:  Yes.  Very succinctly, the question here is, how are we aware that Mr. Lambert has, in fact, been damaged at all by any of the things that I have allegedly said?

THE COURT:  I think that he gave testimony to that effect.  So now is your opportunity to try to poke holes in that.

DEFENDANT JOHNSON:  Okay.

*THE COURT:* All right. So, why don't you rephrase the question and really think and concentrate. You will have an opportunity to provide your own testimony and to give argument. But now is your opportunity to try to question him about his testimony and how can you poke holes in that, okay? That's what I want you to think about.

And, again, I'm not here to coach you, but I am doing the best I can to give you a fair opportunity to be heard.

*DEFENDANT JOHNSON:* Okay. Thank you.

*Q.* *(By Defendant Johnson)* You're not going to list any of the people who contacted you, right, from your testimony?

*A.* Which part?

*Q.* You said they're afraid?

*A.* Oh, correct.

*Q.* Okay. Is it possible that they are playing you to have you sue me?

*A.* No.

*Q.* Why not?

*A.* I disagree with that. Because they were just -- they weren't wanting to get involved in a lawsuit.

*Q.* But they're --

*A.* They just wanted us to know what had happened to them as well.

*Q.* But they're contacting you?

*A.*      They contacted my attorney in maybe two instances, and me separately.

*Q.*      Okay.  But you're not going to name them, right?  So we're just going to assume they exist, for the sake of argument?

*A.*      I'm not going to name them.  They're afraid that you're going to go after them.

*Q.*      Okay.  Now, on what basis do we have that any of the -- you know, you've listed there was something where you had $40 million and it was down to like $5 million.  Does anyone have this thing here?  I think it was like a PowerPoint or something, right?

On what basis do we have that it is not, in fact, your politics that have shifted; whereas Mr. Palmer Luckey, who you admitted -- I think he's a billionaire, right -- somebody I introduced you to, by the way -- on what basis do you have of him just withdrawing the money because he didn't like the fact that you had switched your political affiliation?

He's a big Trump supporter.  I think his brother-in-law is a big Trump supporter, is a member of Congress.

On what basis do you have that it was me, and not Palmer, disliking something that you said maybe at one of his honor roll events?

*A.*      What's the question again?

*Q.*      The question is, How do you know that I am to blame, and not Palmer just changing his mind about you, thinking that, you know, you behaved badly at one of his events?

*A.*      I never testified that Palmer pulled money from me. You brought that up.  I didn't -- I didn't bring that up at all.

*Q.*      You mentioned --

*THE COURT:*  I guess what he's trying to ask you -- and again, I'm just trying to throw you a lifeline here.

How do you know that the losses you testified to are because of the allegations and statements you're testifying that Mr. Johnson made about you, and not because maybe one of your investors changed their mind about you as an investor or your political beliefs?

*THE WITNESS:*  Gotcha.

Okay.  So, I'll answer that, I guess, in three parts.  One, when Palmer decided to remove some of the money that he put with me, I was a Trump supporter, as was he; so, number one.

Number two, it was prior to your attacks on me.  So, I'm not claiming that his decision on that -- and I spoke to him about it.  So, I know why he did it, and that's a personal matter for him.  But it had nothing to do with anything in this courtroom, and I never said it did.

THE COURT:  So, I guess the follow-up question that I would have, The damages that you testified to, those amounts on that board, don't have anything to do with --

THE WITNESS:  Don't have any relevance to Palmer.

THE COURT:  It would have included --

THE WITNESS:  Right.  Right.

THE COURT:  -- Mr. Palmer?

THE WITNESS:  I did not include anything with Palmer with that.  That's correct.

THE COURT:  Go ahead, Mr. Johnson.

DEFENDANT JOHNSON:  If I may, Your Honor.

THE COURT:  Yeah.

DEFENDANT JOHNSON:  It does get to this, because he was the anchor investor in the MAGA ETF.  If he's taking the money from the MAGA ETF, and then taking the money out, that would of course lead to damages.

THE COURT:  Why don't you ask him a question.

DEFENDANT JOHNSON:  Oh, okay.

Q.    (By Defendant Johnson)  Okay.  Palmer Luckey was -- was he one of the major investors in the MAGA ETF?

A.    Initially, yes.

Q.    Okay.  What percentage of the MAGA ETF was Palmer Luckey?

A.    I don't know the percentage.  I don't have the exact investor pool in MAGA ETF.

Q.      He told me about 85%.

Now, in the MAGA ETF --

THE COURT:  Is there an objection?  That's 100% hearsay.

MR. THOMPSON:  Yes.  Objection.  He's testifying; hearsay.

THE COURT:  That's testimony, that's hearsay.

DEFENDANT JOHNSON:  We just had hearsay earlier, just a second ago.

THE COURT:  I am about to hold you in contempt, okay?

DEFENDANT JOHNSON:  Okay.

THE COURT:  And if you push me too much, you're going to go down to the holding cell and you're going to be able to watch this trial, all right?

I'm trying to be very patient.  I'm even doing what I can to help you out with questions.

DEFENDANT JOHNSON:  Thank you.

THE COURT:  But you have to refrain from interrupting me, interrupting the witness, testifying.  You made the decision, which you're allowed to do, to appear without an attorney.

DEFENDANT JOHNSON:  Uh-huh.

THE COURT:  That does not mean that you are excused from following the rules.  You are held to the same standard

that everybody else is, all right?

*DEFENDANT JOHNSON:* Yes, sir.

*THE COURT:* And I've warned you numerous times at numerous hearings.

*DEFENDANT JOHNSON:* Yes, you have.

*THE COURT:* I do not want to have to hold you in contempt. I want you to be able to put on what defense that you'd like to put on within reason. And I'm prepared to give you a lot of leeway.

But you have to show me the same respect that I'm trying to show you. Because if you don't, I will be left with no other option, other than having you held in the holding cell; because I've tried money damages, that doesn't seem to work. Okay?

*DEFENDANT JOHNSON:* Yes, sir.

*THE COURT:* All right. Next question.

*Q. (By Defendant Johnson)* In 2020 -- you know, you're on television quite often, talking about financial matters, right? We just saw a clip, Fox Business.

Do investors, high-net worth individuals, have more capital to invest now or less capital to invest since interest rates have risen, in your considered opinion as a financial expert?

*A.* In my opinion, investors have plenty of money to invest.

Q.    So, there hasn't been a change in liquidity as interest rates have risen?

A.    Not for the clientele that I service.

DEFENDANT JOHNSON:  No further questions, Your Honor.

THE COURT:  All right.  Any redirect?

MR. THOMPSON:  Nothing, Your Honor.

THE COURT:  All right.  Mr. Lambert, you can be excused at this time.  May this witness be excused?

MR. THOMPSON:  Yes, he can.

THE COURT:  Mr. Johnson, may this witness be excused?

DEFENDANT JOHNSON:  Yes.

THE COURT:  Okay.  Thank you, Mr. Lambert.

Call your next witness.

MR. THOMPSON:  All right.  So, this is Mr. Stewart Baker.  He is our remote witness.

THE COURT:  All right.  Elec, we need your magic.

MR. THOMPSON:  We do need the magic.

THE COURT:  Ladies and gentlemen, we don't have a good track record of remote witnesses working.  But we're going to do the best that we can.  But I promise you, I won't be wasting your time.  So, I will be holding a very short leash.

If this doesn't work, we may have to strike his

testimony.  And I'm not saying this to be mean, it's just --
we talked a lot about politics and Congress and Uncle Sam, et
cetera.  Uncle Sam hasn't given us a lot of money to try to
update our technology here.

I was a judge for a number of years over at the
state; the stuff that we had over there even 20 years ago was
better than what we have over here, okay?

All right.  Let's see if the technology works.

*MR. THOMPSON:*  Mr. Baker, can you hear me?  This is
Will Thompson.

*THE WITNESS:*  I can hear you.

*MR. THOMPSON:*  You can.  Is that a yes?  Thumbs up?

*THE WITNESS:*  Yes.

*MR. THOMPSON:*  Excellent.

*THE COURT:*  Mr. Baker, can you hear me?  Mr. Baker,
can you hear me?

*THE WITNESS:*  I can.

*THE COURT:*  All right.  I need you to raise your
right hand.  I need you to raise your right hand.

*MR. THOMPSON:*  Can you -- the Judge asked you to
raise your right hand to put you under oath.  Did you hear
that?

*THE WITNESS:*  I apologize.  Yeah, he broke up on me
I'm afraid.  Okay.

*(Witness sworn)*

THE COURT:  Go ahead, counsel.

STEWART BAKER,

having been first duly sworn, testified as follows:

DIRECT EXAMINATION

BY MR. THOMPSON:

Q.     Mr. Baker, good afternoon.  Can you hear me?

A.     I'm sorry, you're breaking up.

Q.     Can you hear me, Mr. Baker?

A.     Hello?

Q.     We'll try it one more time.

Mr. Baker, can you --

A.     I heard it.

Q.     Okay.  Introduce yourself to the jury and explain why you're testifying remotely.

A.     Okay.  I'm -- I'm glad to do that.

And I very much regret not being there.  I've got a medical issue that has kept me tied to Northern Virginia.

But I am a former general counsel of the National Security Agency, a former head of policy at the Department of Homeland Security, somebody who's done a lot of Government work on national security and intelligence matters.

And I've also provided a lot of advice to investors and startup companies about doing business with the intelligence community and the national security agencies.  So, my background for the last --

Q.    Let me stop you just right there, Mr. Baker.  Do you have -- did you prepare some slides today to assist the jury with your testimony?

A.    I did.

Q.    Okay.  Do you have those slides in front of you?

A.    I do.

Q.    Okay.  So, the jury has them up on their screens in front of them.  And we're looking at the title page, it says, Hal Lambert and Point Bridge Capital vs. Charles Johnson.

      Do you see that?

A.    Yes.

Q.    Okay.  Wonderful.

      So, we have two logos, one on the left and one on the right.  What do those represent?

A.    Can you say that again?

Q.    We'll move on.

      Mr. Baker, I was just trying to get your background.  Please explain to the jury why you are here testifying today?

A.    I'm here to testify about the statements that Mr. Johnson made about Mr. Lambert and Point -- and his -- his investment firm, and why they would be very credible and very damaging, even if they were completely false.  And that's -- that's, essentially, what I'm going to offer my opinion on.

Q.    Okay.  So, we're bringing up -- it's going to be page 3 of your slide deck.

Do you have that in front of you?

A.    Yes.  I do.

Q.    And it's titled Summary of Role.

Do you see that?

A.    Yes.

Q.    Okay.  Mr. Baker, please explain to the jury, walking them through using your slide, what your role in this case is, or what your assignment was.

A.    So, I was asked to look at the things that -- the claims that Mr. Johnson had made about Lambert and his company and their failings, and also claims that he made to Mr. Lambert about his ability to get or prevent Lambert from getting particular national security contracts.

So, the question was, are those claims, claims that would actually have a coercive effect on Mr. Lambert, and could they cause serious damage, whether or not they're true?

Q.    And Mr. Baker --

MR. THOMPSON:  Your Honor, I don't want to press my luck with the IT, but can we rotate the screen.  I don't know if the jury can see Mr. Baker.

THE COURT:  Certainly.

Q.    (By Mr. Thompson)  Mr. Baker, can you see the jury now?

A.    Well, I'd love to see the jury.  What I'm seeing is the screen with my talking place on it.

Q.    All right.  So, let's go to the next slide.  It's going

to be titled Summary of Opinions.

Do you have that in front of you?

A.    I do.

Q.    Explain to the jury, just walk them through, point by point, what your high-level opinions were in this case.

A.    Yeah.  First, I'm starting from the assumption that much of what Mr. Johnson said about Mr. Lambert wasn't true.  And I'm evaluating whether it could have caused him harm, induced him to take action he otherwise wouldn't have taken, even if the statements were false.

And I've come to the conclusion that because of the way the national security community works, that many of the things that Mr. Johnson said about Mr. Lambert would have caused him harm, even if no one was sure whether they were true.

Q.    And let's go to the second bold point, or is that just your overall conclusion?

A.    That's my overall conclusion.

Q.    We'll go into those in more detail, because I know the Court wants to move this along.  So, let's go to your next slide, where it says -- it's titled National Security Contracting and Expert Qualifications.

Do you see that?

A.    Yes.

Q.    Please discuss -- sorry, excuse me.  Background Decades

of Government Service.  It should be slide five for you, I believe.

A.     It is.

Q.     Okay.  Discuss with the jury -- explain to the jury your background and what makes you qualified to testify as an expert here today in this matter.

A.     Okay.  I'm going to have to toot my own horn a little, and I apologize.  I have a pretty good background in law.  And for the early part of my career, I did a lot of international trade, I helped start the Education Department.

But in 1992, I went to the National Security Agency as the general counsel, and that changed the direction of my career.  People said, Well what -- what does that job consist of?  You're going to have to be briefed on all of the classified stuff, because you don't know particularly a lot of that classified information.  I said, That's right.

I would sit in my office, and people would come in and brief me on what they were doing to gather intelligence for the United States.  And the whole time I would say, Well, you know, there's this law, and you're not breaking that law, and you're abiding by the other law.  And they'd all give me the right answers.  But the whole time what I really wanted to say was, God, that is so cool.

And that was what hooked me on this.  The capabilities and the reach of our intelligence agencies are

remarkable. And also, the agencies, in my experience, needed help dealing with the outside world. They were not as sophisticated about the outside world as they were about the targets that they were trying to collect against. So, I felt I had something valuable to offer.

Q.    Okay. Mr. Baker, the next bullet point on our slide, it says, Testified Before the 9/11 Commission on Risk of Misunderstanding Intelligent Agency Risk.

Explain to the jury how that relates to this case and what you did there.

A.    So, my -- I'm not going to oversell this connection. But I did testify to the 9/11 Commission about how it was that we managed to miss some very obvious signs that terrorists were already in the United States.

And I attributed it to a set of legal documents that had prevented good communication among the agencies. And that it reflected, in my view, a failure of the intelligence committees to explain why they had to do things a certain way. They ended up with rules that they couldn't live with, those rules prevented them from communicating about terrorists who were already in the country getting ready to hijack the planes. And to my mind, it was a major contributor to the success of the attacks.

Q.    Okay. So, let's just keep moving on through your resume here. It also says, General Counsel WMD Commission.

What was that about and how does it relate to this case?

A.     If I can -- if I can step just back a bit.  When I was talking to NSA officials, saying, Well, I don't know, you'll have to brief me on this, you'll have to brief me on that. They finally came to me with a case in which a major rocket company, Morton Thiokol, had gotten in trouble because they were blamed for the shuttle disaster, and they were for sale. A French company wanted to buy them.

And NSA was concerned about whether that would mean that their secrets would end up in the hands of the French government.  And I said, Well, I haven't had a good answer for most of the questions that you've asked up till now, but I think, based on my work in international trade, I'm completely qualified to answer the question, can we trust the French? The answer is, We cannot trust the French.  If they can steal this information, they will; we should not approve this deal.

That was my first connection to reviewing investments from foreign companies in U.S. technology companies that had a national security implication.

When I got to DHS, it was an opportunity to take that set of concerns, which I felt very strongly about and I felt I actually had a useful contribution to make on, to take that and expand it and take the authorities that the Department of Homeland Security had, as well as the

interagency committee on foreign investments in the United States, and say, Let's -- let's start asking harder questions. Let's start demanding more from investors by way of assurances that they're not going to mess up the technology they're acquiring.

This was important for DHS, because it's the -- it's really the agency -- the theme of the agency is preventing and recovering from disasters. And there's no bigger disaster than having a foreign government that is hostile to you inside your communications or your IT networks and trying to make them fail.

And so, we did much more aggressive reviews of critical infrastructure, especially telecommunications. We were the first to really raise questions about Chinese efforts to install their telecommunications gear inside the United States to sell it to big U.S. companies.

We stopped a transaction that we thought was particularly egregious, where Huawei was acquiring an ability to influence the U.S. company 3CON. And we defined influence in a very new way. We said, It doesn't matter if they own the whole company, they have complete control of the parts supply -- the supply of parts of this company under this deal, they are going to be the main customer for the company, and they will be on the board. That's enough, even if they don't actually own the company, for us to feel that we can't trust

the equipment that we're going to be getting from 3CON.  So, we're not going to allow this deal to go through.

Q.    Let me just jump in there, Mr. Baker.  Are you referring to your time where you were first assistant secretary for policy at DHS?

A.    Yes.

Q.    What time period are we talking about there?

A.    We're talking about 2005, '06, '07, '08.

Q.    Okay.  And is that a -- is that a high-level position, does it require Senate confirmation?

A.    It does.  I had to be nominated, I had to go through confirmation.  I had to try to get as many votes as I could.

And it was a particularly high-ranking position under Secretary Chertoff, who wanted a number three position. He had a deputy, he wanted a number three position that could look at what DHS was doing in a broad perspective and make sure that it made sense.  So, that was the job that I took.

Q.    Okay.  So, we're going to go to the next slide, it's going to be slide five.  I'll try to move this along, Mr. Baker.

So, how long were you -- when did your Government service end?

A.    It ended when President Obama was inaugurated.  I was a political appointee, and so I left on, I think, January 19, 2009.

Q.      Okay.  So, just briefly, you know, explain to the Judge and jury what you did after leaving Government service, and how it relates to this case and the scope of your expert work.

A.      So, when I left NSA, I had ended up with a lot of clients who were tech companies that had a lot of issues that they had not had five years earlier with the National Security Agency.  And they thought there was something wrong with NSA, they were mad, they wanted relief.  And it was because they didn't fully understand what NSA's interests were.  They weren't the same as the tech sector, there was a fundamental conflict.

But my job ended up being, in the private sector, trying to explain any of these National Security interests to tech CEOs who just were completely unfamiliar with the world.  And so, I spent much of that time as a sort of interlocutory between the two.

And the same thing turned out to be true after I left DHS, where many of the concerns were related to DHS's regulatory and national security concerns.  Particularly their interests in preventing prejudicial investments from companies that were influenced by the Chinese Government, the Russian Government, the Iranian Government, et cetera.

MR. THOMPSON:  Okay.  Let me stop you there.  Your Honor, at this point, the plaintiffs would offer Mr. Stewart Baker as an expert in national security contracting and

compliance, with specialized expertise in reputational risks, foreign influence mitigation, and policies governing Government procurement.

THE COURT: Do you have any objection?

DEFENDANT JOHNSON: No objection, Your Honor.

THE COURT: All right. The witness is admitted as an expert.

Go ahead.

Q. (By Mr. Thompson) All right. Mr. Baker, let's move on to the next slide, I think it's eight for you. It's going to be Scope of Expert Assignment.

A. As I understood it, it was simply to say, taking the statements that Mr. Johnson had made about his authority or ability to influence Government contracts and the statements that he made about Mr. Lambert in which he casts doubt on Mr. Lambert's probity and suitability to work on national security matters, would those statements have had an impact, a prejudicial impact, on Mr. Lambert and his company, even if they weren't true? Because I didn't really believe they were true.

And so, I looked hard at how the national security agencies and people who invest in national security companies would be likely to respond to those statements. And I concluded -- if you want to skip to the next slide -- that they would have had a significant impact.

And the reasons for that are, essentially that the Government -- he claimed that he had a lot of authority --

Q.    Let me just stop you right there, Mr. Baker, so we can follow along.

So, we're looking at your Johnson's claims of authority slide; is that what you're looking at?

A.    Yep.

Q.    Okay. So, just walk through the bullet points, you know, so the jury understands where we're at.

A.    So, his -- his claim, as I said, was that he had the ability to influence contracts and particular agencies, that he had been delegated some authority to make sure that certain companies got on the straight and narrow, et cetera, et cetera. And so, he could kill or make a company's ability to get national security contracts.

That is an unfortunately all-too-plausible claim. I don't think it was true, but it is a fact that a lot of national security agencies have authority granted by law to say you're not going to make this investment. If you make this investment, you're going to have to meet a whole bunch of requirements that we made up just for you. To say that to companies, because they are concerned about the possibility of foreign government interference with that company's business.

Those are all authorities that the Government has and that it has used. And so, it would be understandable that

someone who followed these things in a general way would have said, Well, maybe he can do those things.

So, I think he was borrowing from very real authorities, and, you know, distorting them for his own purposes. That's -- that's my assessment of what's going on here. It is not at all unknown for people to pretend to be CIA agents, especially in singles bars, but they have also done it to win contracts.

Q.    So, I think you're on like bullet three, this kind of deception has worked against sophisticated actors before.

What do you mean by sophisticated actors?

A.    So, there have been cases where the people have held themselves out as having been either former or current CIA agents with the ability to carry out -- to award contracts. And they have then gone out to encourage people to invest in their company so that they can get these contracts.

And as I remember, in a couple of -- a couple of cases, they actually won contracts. They took the money and they went out and went to get contracts. But they were -- they were faking it the whole time. The pretenses under which they were gathering the money were that they had a special relationship with the CIA or some other agency, and they didn't have.

And this is -- there are people who are prosecuted every year or two for this kind of impersonation fraud. But

it happens far more often than people are prosecuted for.

Q.    And you say these impersonations succeed?  So, just -- you mentioned also at the last bullet -- I guess I'll skip forward to Johnson tactics follow this familiar and dangerous pattern.

What do you mean there, sir?

A.    So, as I said, people make false representations about their connections to the national security community.  And they're taking advantage of the fact that the national security agents, you know, you can't call them up, like you might call up the Post Office, or Health and Human Services, or Social Security Administration, and say, Who does this for you?  Does this person work for you?  They're not going to answer those questions.  They're not even going to answer the phone.

So, it's very hard, when someone says, I have this connection to the national security community, to be sure whether they're telling you the truth or not.  You kind of have to guess from how plausible they sound.  And I think that Johnson sounded plausible enough, because he was borrowing some of the other authorities that the Government had, and this is the pattern that other folks have discovered as well.  You can claim to be an FBI agent, you can claim to be a CIA agent, and none of these agencies is going to say that's not true, unless they get really mad at your claims.

Q.      Okay.  Let's skip to the next slide.  So, we have slide 10 up, Mr. Baker.  It says, Johnson's claims of wrongdoing by Lambert.

Are you there?

A.      Yes.  I am.

Q.      So, are you familiar with the allegation -- actually the defamatory statements that Mr. Johnson made about Mr. Lambert and Point Bridge Capital?

A.      Yeah.  I put -- I put them down there, that he said he was a front for Russian money, and that he was somehow tied to the Russian mob, and that he had engaged in sexual predatory behavior at social events.

And my conclusion is, that is worse for someone who wants contracts from the national security community than it would be from somebody who wanted IT contracts from the Social Security Administration.  It's bad wherever you go, but the national security agencies are surprisingly concerned about their reputations and they hate publicity.

Anything that said, Oh, you know, this particular contractor for a national security agency is also on the Me-Too list because of his predatory behavior, that means long -- a long series of stories in which the national security agency is going to take bad press, and they don't want any press, let alone bad press.

Q.      Mr. Baker, let me break this up for you.  So, I want to

focus on the -- when Mr. Johnson said that Hal Lambert and Point Bridge Capital was a front for dirty Russian money and the Russian mob.

Can you explain how those type of statements are assessed or applied within sort of the statutory or regulatory framework and what's relevant?

*A.*    I'm glad to talk about that.

So, there -- I said earlier that, when we were talking about the Morton Thiokol transaction, or Chinese influence over telecommunications and infrastructure.  It's kinds of a more-or-less assumption on the part of U.S. national security agencies that our adversaries, like Russia and China, if they have a chance to corrupt our infrastructure, our IT or other telecommunications infrastructure, or to steal secrets from our companies, they will do it.

And so, if somebody is putting themselves forward as an American investor, and then actually fronting for Russian businessmen who might have an interest in hurting the United States, that requires an investigation under -- by the Committee on Foreign Investments in the United States.  And they would be very concerned about that.

It also requires elaborate invocation of the foreign ownership, control and influence rules that say, you know, we need to -- we, the U.S. Government, if you have a classified

contract, need to know everybody who has influence over your company, who plays a significant role in the company.  And we need to make sure that their communications are not allowed to touch on sensitive matters, unless we have already agreed that they are entitled to that kind of information.

So, as soon as this kind of an allegation is made, it raises, for everybody, including investors, the prospect that you're not going to get approved for the transaction without at least one and probably a couple of different investigations.

Q.    Okay.  So, let's try to wrap up the -- the Russian -- like the front for dirty Russian money and Russian mob sort of statements.

So, is it your opinion that those statements that Mr. Johnson made were particularly targeted or could have a particularly impactful or a detrimental impact on Mr. Lambert and Point Bridge Capital?

A.    Yeah.  I think they -- they point directly at national security concerns.  And probably, quite deliberately, as a way of triggering this sort of concern and likely investigation.

The fact that he said it so loudly and on the record means that, even if you don't have any other corroboration, many people would say, Well, no one would say that publicly without some basis for that.  We're going to have to assume there's a basis for it, because he's so vociferous in making

those claims.

Q.     And does the Government, if they don't go with you, do they tell you why?  It there a way to clear your name on this type of stuff?

A.     Rarely.  All of these agencies value their ability to maintain a veil between what they're worried about and what the rest of the world knows.

And so, yes, if -- if your effort to acquire a company is rejected, then that would become public.  But only -- only if you make it public.  The Government's position is, We're going to talk to the investor and the company that's being acquired and nobody else.  And they have strict rules on the confidentiality of their deliberations.

So, yeah, it's highly unlikely that you would know the details of why the decision was made.  Various companies have sued to try to find out more, and they have gotten completely generic and uncommunicative responses.  And that has -- the Government has made that stick.  So, you're not going to find it out.

And if what they do is simply decide not to do business with you, as opposed to not allow you to make an investment, then all you know is you didn't get the contract. And rarely does the Government say, You didn't get the contract because we don't wholly trust you.

Q.     Okay.  So, let's move -- thank you for that.

So, we'll just briefly, briefly touch on the impact that the allegations of sexual assault against Mr. Lambert, what impact those would have, again, from a Government perspective.

A.    Yeah.  And that is slide 11.

We can't forget that the Me-Too era has been a particular part of U.S. culture for the last five years.  And so, you can guarantee a scandal, guarantee hostile press coverage by making allegations of this kind.

And if those allegations were made against somebody who was a Government contractor, then the Government has the authority, because it has provisions that say you're not allowed to engage in sexual discrimination and they treat sexual harassment as sex discrimination, they can investigate that.

So, you'd probably -- you'd be guaranteeing bad publicity, and highly likely an investigation of Mr. Lambert's personal conduct.  Which would put the entire contract at risk, because contracts are not supposed to be awarded to people who engage in that behavior.

Q.    Okay.  So, now let's transition a little bit to the investor perspective.  And go to the next slide, Ms. Faulkner. So, looking at slide 12, Investor view, high risk, low upside.

Walk the jury through your findings on that issue, from an investor perspective.

*A.*      Okay.  So, as we've seen, allegations like this stick, they get covered, whether or not they're true, especially if you made them loud and proud, the way Mr. Johnson did.  And while people who are -- you're asking them to invest in your company, to join with you in finding investments, it is a request that is fundamentally based on trust and your track record.

      This is not a situation where everybody gets out the accountant -- am I being interrupted?

*Q.*      No, you're not.

*A.*      Okay.  You don't -- you don't go and say, Okay, we're going to spend three weeks going through the books, and we want to verify everything that the people were being asked to invest in have said to us.  Instead, you very quickly start to say, Do I trust this guy, has he delivered for me in the past, is he a successful investor, and does it look like a clean opportunity?  And then, of course, you do due diligence.

      But you can never say, I have verified all of the facts, when you're talking about early investments.  And that's why -- why Mr. Lambert's reputation is an important part of actually attracting investors.  And if his reputation has been scuffed up, in the way we've just been talking about, he can ask people to participate in his investments, lots of people get asked lots of times, and they mostly say no.

      And so, it's not hard for somebody who's asked to

invest to say, Oh, I think I'll take a pass now.  Not because they actually think there's a problem with the investment, but because they want to see how these allegations are going to play out, they're uneasy about what the allegations might mean.  It's just -- if your risk averse pushes you away from the investment just enough so that when you count up how many investments you have, you don't have as many as you had hoped.

Q.    Okay.  Thank you for that, Mr. Baker.

So, let's go to our final slide, slide 13.  And I believe it says Conclusions.

Do you have that up?

A.    Yep.

Q.    Okay.  So, summarize for the jury what your ultimate conclusions are.

A.    Yeah.  So, this -- this is going to -- you're talking about 12, right?

Q.    Go ahead.  Go ahead.

A.    All right.  Well, first, as I said, this is going to deter investment, because it will raise questions about Mr. Lambert that hadn't been there before.  And that is going to reduce people's enthusiasm for making those investments, and it will likely affect how many and how big those investments are.

It's a problem that once those allegations are made, they can last forever.  You know, Google is forever.  People

who have been cancelled for stuff they tweeted ten years ago, we've all seen those stories.

And there's no way to get the Government to say, Yeah, we looked into that and it's not true. It's just the Government doesn't have time or an interest in adjudicating all of that. The only way you get out from under that, if you can, is wait long enough, or engage in some kind of self-help to demonstrate that the -- that the statements are false. And so, it is very hard to recover from this.

Q.    Third bullet?

A.    To the next slide, Mr. Johnson made plausible claims that he had authority to cause real harm to the business. He made public claims of conduct -- of misconduct that would set off alarms in Government agencies, and among institutional investors, and it would definitely hurt Mr. Lambert's business.

I think Mr. Lambert acted reasonably in response, in the sense that he tried to accommodate Mr. Johnson for a time. That's not -- you know, he was coerced into that, and that's part of the harm that he suffered. And so, I -- I would say that the damage that his company suffered is very real, it was predictable from the start, and it's, you know, unfortunately part of -- it was easier to do in a national security context than maybe in some other context, and that's unfortunate. I wish that the Government was more aggressive about policing

impersonations of this kind.

MR. THOMPSON:  Thank you, Mr. Baker.

We'll pass the witness.  I wish you good health.

THE WITNESS:  Thank you.

THE COURT:  Mr. Johnson, do you have a cross?

DEFENDANT JOHNSON:  I do, Your Honor.

CROSS-EXAMINATION

Q.   (By Defendant Johnson)  It's quite an honor to speak with you, sir.  I remember studying you when I was way back in high school.  And it's a great -- it's a great opportunity to speak with somebody.  I wish it were under better circumstances.

A.   Yeah.

Q.   Now, do you -- do you hold an active security clearance?

A.   I have.  I think I surrendered my clearance at the end of the year.  But it's likely that somebody will ask me to do something that requires me to revive it.

Q.   Okay.  Have you evaluated any of Mr. Lambert's companies for national security violations?

A.   I have not.

Q.   Okay.  Are you familiar with the John McCain National Security Act of 2019?

A.   It's a big Act, but, yes, I know, generally, that it's -- that it's out there.  What part of it are you talking about?

Q.      I'm referring to the part about how investors are required to check for foreign capital before they make investments, particularly from hostile nations:  Russia, China, Iran.

A.      Yes.  In general.  I can't remember, it's possible that that is the outward bound investment, that they should not make investments in foreign companies that would assist those companies in developing technologies that the Government is concerned about.

        But I -- the Government, really since we took our stand over Huawei and 3CON back in 2008 or so, the Government -- and I'm kind of proud of this -- both parties have gotten much tougher on foreign investment and asking private companies to take into account the U.S. national security interest before they accept investments.

Q.      Would it raise concerns with you if a CEO of a company was a foreign national, as your expertise doing these kind of assessments?

A.      Sometimes that is a barrier to doing national security work; sometimes it's not.  What you would have to do then usually, is set up a separate subsidiary with a separate set of directors, all of whom are trusted by the U.S. Government and who have sworn to make sure that there will be no leaks of the technology from the classified subsidiary to the foreign-influenced company.  So, it is possible to set those

up, but there's no doubt it's a concern.

Q.     Thank you.

In your expertise in Government, have you ever run confidential human sources in the field?

A.     No.  I think that would be malpractice.  I wouldn't try to do that.  I -- I spent a lot of time looking at some of the CIA's practices with respect to their overseas sources; some of them good, some of them bad.  A lot of the problems we had with intelligence against Saddam Hussein came from the decisions that the agency made with respect to particular sources.

Q.     Yes, particularly abroad.

But you've never run domestic confidential human sources, no relationship with the national -- excuse me, the Natural *(sic)* Resources Division of the CIA, none of that, right?

A.     I have -- I have worked with the national -- basically the domestic part of CIA on things that they're doing in the United States.  But I've never been operationally responsible for any of that.

Q.     Now, you mentioned earlier that you have not evaluated any of the veracities of the claims, you just take Mr. Lambert at his word that the things happened as he describes them; is that correct?

A.     Yeah.

Q.     Not done your own investigation, you have not, you know, called anyone who's an expert in doing investigations? As far as you know, the material that you've been submitted is true.  But even if it's not true, that's not really your point in being here as a subject matter expert?

A.     Well, it's my understanding that you've already been found to have defamed him, which means that the statements would not be fully true.  And so, I think I can rely on that determination, which is part of the reasons for my skepticism.

Q.     Sure.  But as an attorney, you're well aware that things get overturned in appeal all the time, right?

A.     Findings of facts are very difficult to overturn on appeal.

Q.     But it does happen?

A.     It does happen.

Q.     Okay.

A.     I don't -- I did not find your statements particularly persuasive.  I thought they were bogus.  But I also thought that someone hearing those, and even suspecting they were bogus, would be afraid that they could cause trouble anyway.

Q.     But Mr. Lambert didn't go to law enforcement, by his own admission, right?

A.     I'm not aware that he did.  But law enforcement is not in the business of saying, Oh, yeah, this guy -- this guy's an undercover agent for us, or he's a source for us.  That is --

they're just never going to tell you that.

Q.    Of course not.  We have to protect our sources and methods at all opportunities.

Now, is it possible that in sounding the alarm publicly, that I was acting as a whistleblower both to the Government and institutional investors to say, Hey, you know, you should be kind of careful of this Lambert guy?  Is that a possible interpretation of the facts?

A.    So, I think you're recharacterizing what you said.  Basically saying, Yes, I said that, but I think it should be viewed as a whistleblower blowing the whistle.

Q.    I just asked if it was possible, not if it -- yeah.

A.    Yeah.  Although, if you're blowing the whistle on somebody because you are afraid of the national security implications of what they're doing, you can do that by going to the FBI, other national security agencies and saying, This is what I know.  You could do it confidentially, and let them go figure out whether it's true.

And so, when you just sort of --

Q.    Excuse me, sorry.

A.    -- put it everywhere, I think you -- you did more than just blow the whistle, you were causing real harm, and I think you knew quite well --

Q.    No doubt.

A.    -- what you were doing.

Q.    I mean, one could argue that I was sounding the alarm with a trumpet with a full brass band, right?  One could make that argument?

A.    I -- you definitely had the brass band.  I'm not sure that you were blowing the whistle.

Q.    Yes.  Fair enough.

And in your expertise in the WMD's investigations in the Iraq war, and I think you were also involved in the 9/11 commission, if I recall correctly, were there, in fact, people who made whistleblower complaints about dealing with foreign nationals in the United States, and were they ignored when they went through approved channels?

A.    There have been allegations of that kind, yes.  And it's -- well, I'm not going to say it never happens, because I think it probably does.  Nobody likes to be told that they're doing something wrong, and the agencies react badly to that, and sometimes they punish the people who bring them that message.  So, it does -- it has happened for sure.

Q.    And whistleblowers, particularly confidential human sources, or someone's retaliated against by Government agencies, right, in your expert -- in your experience?

A.    That's harder.  There are allegations of that kind fairly often.  But in my experience, the relationship between confidential sources and the agencies that they are enmeshed with are -- it's like a marriage, and you're probably talking

about divorce court.  So, lots of bad things get said.

Q.      True.

So, just to reiterate, you have never run confidential human sources in the field in the United States, right, and you have not evaluated the veracity of any of the claims, you just take the claims as presented by Mr. Lambert as true, correct?

A.      I -- I have done a boss evaluation, I don't think they're true.  But I -- I will not say I investigated them.

Q.      Sure.

And you've been out of Government, other than having a top-secret clearance until the end of last year, you've been out of Government since 2009; is that correct?

A.      That's correct.  I believe I served on some Government commissions and given advice to Government since then.  But, basically, I've been out of Government.

Q.      Yeah.  You remind me a lot of my grandfather, he used to do a lot of work after he was out of Government.

So, I wish you speedy health, and I'm very glad that we could hear from you today, and long life and good success. And I appreciate what you write on reason, it's quite interesting.  Take care.

A.      Thank you.

THE COURT:  Any redirect?

MR. THOMPSON:  Real brief, Your Honor.

REDIRECT EXAMINATION

*BY MR. THOMPSON:*

*Q.*    Mr. Baker, can you hear me?

*A.*    You're breaking up a little.

*Q.*    Mr. Baker, can you hear me?

*A.*    Yes.

*Q.*    Explain to the jury why you assumed it was false that Mr. -- when Mr. Johnson said that he sexually -- when Mr. Johnson alleged or stated that Mr. Lambert sexually assaulted younger woman?

*A.*    I think the easiest answer to that is that the jury's already found that the statements were defamatory, and that means they must be false.  And so, I -- I'm quite comfortable accepting the jury's view on that, because it, frankly, fits with my assumptions about what I've heard.  And so, I -- I don't think that we're really arguing about whether it's true or not.  Nobody who's looked at this thinks it's true.

*Q.*    And what role did the Court's entry of liability on defamation as to the allegations about Russian money, what role did that play in your opinions, or coming to your assumptions?

*A.*    You're going to have to say that again.

*Q.*    That's fine.  We've pushed the technology long enough. So, I appreciate your time, Stewart -- or Mr. Baker.  Thank you.

THE COURT:  May this witness be excused?

MR. THOMPSON:  Yes, he can.

DEFENDANT JOHNSON:  Yes, Your Honor.

THE COURT:  All right.  This witness is excused.
Thank you, Mr. Baker.

Call your next witness.

MR. THOMPSON:  Right now, Your Honor, the plaintiffs
call Charles Johnson.

THE COURT:  Mr. Johnson --

DEFENDANT JOHNSON:  Yes, Your Honor.

THE COURT:  -- approach the witness stand.

(Defendant approaches the stand)

THE COURT:  Before you take a seat -- stand up.

DEFENDANT JOHNSON:  Oops, sorry.

THE COURT:  Raise your right hand.

(Witness sworn)

THE COURT:  All right.  Take a seat.

CHARLES JOHNSON,

having been first duly sworn, testified as follows:

DIRECT EXAMINATION

BY MR. THOMPSON:

Q.    Mr. Johnson, you heard the recordings where you accused
Mr. Lambert of sexual assault and being involved with foreign
Russian money?

A.    I have.

Q.      That was your voice?

A.      It was my voice.  Yes, it was.

Q.      It was not manipulated, correct?

A.      They're shortened, catenated from a longer segment where I go into more detail.  But that is, in fact, my voice.  Yes.

Q.      Those were your words, right?

A.      They were entirely my words.

Q.      You were sitting here when Mr. Lambert testified about the different economic damages that he suffered, correct?

A.      I was.

Q.      And you recall Mr. Lambert testifying as to lost earned media; do you recall that?

A.      Say that again.  I'm sorry, I missed that.

Q.      It was lost earned media; do you remember that?

A.      I did see that.  Yes.

Q.      And it's right up here, I wrote it down so you can see it.  Mr. Lambert said the damages that he suffered due to your conduct was $6,794,000- -- $794,000 and 7-0-6; is that right?

A.      That's right.  Yeah.

Q.      Okay.  You don't have an alternative number that you're providing here today, correct?

A.      I think the alternative number is likely -- likely zero.

Q.      You don't have any evidence of that, correct?  You're

not providing a document?

A.    That's correct.  No, I'm not.

Q.    No document, right?

A.    No document, none whatsoever.

Q.    You're not providing a document that says --

A.    No subject-matter expert, no document.  Nope, I'm not doing that.

Q.    So, you admit that you're not a subject-matter expert on this, correct?

A.    That's correct.

Q.    Okay.  Same as to the damages that Point Bridge Capital suffered from lost earned media, you're --

A.    I'm not a subject-matter expert on that either.

Q.    So, you have no evidence on that to present to the jury, correct?

A.    That's correct.

Q.    Similar questions as to the lost money from invest -- like investments.  This $1.6 million, do you see that, sir?

A.    I do.

Q.    Okay.  Are you a subject-matter expert on that?

A.    I am not.  Though, I would dispute all of these.

Q.    The answer is --

A.    I would trust the jury to draw their own conclusions on the veracity of those statements --

Q.    Okay.

A.      -- based upon the subject-matter experts.

Q.      Mr. Johnson, it's a yes or no question.

A.      No.  I'm not a subject-matter expert on any of those things.

Q.      Okay.  And you're not offering an alternate number, correct?

A.      That's correct.  Other than zero, no.

Q.      Similar questions to the reputation rehabilitation that Mr. Lambert suffered, you're not a subject-matter on that, correct?

A.      No.  Not at all.

Q.      You're not offering another document on that, correct?

A.      No.  I'm not.

Q.      You're a wealthy individual, correct, Mr. Johnson?

A.      No.  I am not.

Q.      You're worth tens of millions of dollars in net worth --

A.      I am not.

Q.      -- right?

A.      Not concurrently.  No.

Q.      Let's turn to Exhibit 108.  Let's pull that up for Mr. Johnson and the jury.  Go to page 3, Ms. Faulkner.

        You wrote this on your Substack, correct, Mr. Johnson?

A.      It looks like extract from my Substack; but, yes.

Q.      We can go to the first page.  But you don't dispute that that's your writing, correct?

A.      I don't dispute it at all.

        But what -- what date is it from, if I may?  Do we have a date on the document?

Q.      Pull up the first page.

A.      That's important.  Obviously things change over time.

        So, this is from, I believe, correct me if I'm wrong, you may know better than I would, I'm just relying on memory, I believe this is -- so this is the Lincoln cabin in front of my hometown in Milton, Massachusetts, right near where George Herbert Walker Bush was born.

Q.      Mr. Johnson --

A.      And --

        MR. THOMPSON:  Objection.  Nonresponsive.

Q.   (By Mr. Thompson)  When did you write the document?

A.      Okay.  So, this is from 2019, 2020 time frame, something like that.

Q.      You can take that down.  Let's pull up Exhibit 64.

        This is an email that you wrote, Mr. Johnson.  I'll note on Wednesday, October 23rd, 2024, right?

A.      No.  I don't think that's correct.

Q.      You didn't write this?

A.      That -- so you're -- you're -- what I see here is that it says from Charles Johnson.  You're redacting the to and

from.  I'm not sure where this email came from.  There have been allegations of hacking --

Q.    Mr. Johnson --

A.    -- in this case.

Q.    Mr. Johnson, this is a yes or no question.

A.    No.  This email is not from me.  This is from material that was copied and pasted, and then forwarded, I presume, to counsel.

Q.    Mr. --

A.    But, no, I don't think it's from me.

Q.    Mr. Johnson, it's a yes or no question.

         Ms. Faulkner --

A.    I think it's a no.  But I assume if I -- if you say that I wrote, then maybe I wrote it.  I don't know.

Q.    Ms. Faulkner, please zoom in on the email address.

         That's your email address, right, Mr. Johnson?

A.    That is.  But I'm curious as to what the redacted is.  That's quite curious.  I have not seen that before.

         MR. THOMPSON:  I'm going to object as nonresponsive.

Q.    (By Mr. Thompson)  Mr. Johnson, it's a yes or no question.  Is --

A.    Then, no, this is not my email.  This looks like a copy-and-paste version.  I reject it.

         THE COURT:  He said that twice.  So --

         THE WITNESS:  I could do it a third time, if you

want to.

THE COURT: He contends that this is, what, a fake email --

THE WITNESS: I can --

THE COURT: You need to --

THE WITNESS: It looks like --

THE COURT: Please --

THE WITNESS: -- a composite, Your Honor.

THE COURT: -- please be quiet.

THE WITNESS: I'm sorry.

THE COURT: So, you have your answer, Mr. Thompson, now you can run with it.

MR. THOMPSON: I'll move on.

THE COURT: Well, you don't -- it's in evidence, you can ask him about it.

Q.    (By Mr. Thompson)  So, let's go down to the middle of this page, okay?

A.    Yes.

Q.    It says -- do you see where it says, I invested 200K? Do you see that?  It's in the middle of the page.

A.    I don't see it.  Could you read it for me?

I invested 200K at the seed stage, which is about 3 million.  Yeah, I don't think that's accurate.

Q.    I didn't ask you if it was accurate, sir.

A.    Yes.

Q.    Read the sentence to the Judge and jury.

A.    I invested 200K at the seed stage when it was about 3 million.  This is for a company called Genomic Prediction.  That would have been, like, 2018 time frame, something like that.

Q.    Mr. Johnson, I asked you to first read the sentence --

A.    I invested --

Q.    -- to the Judge and --

A.    -- 200K --

            (Court Reporter interrupts)

A.    Sorry.  My bad.

Q.    Go ahead, Mr. Johnson.  Please read -- under Genomic Prediction, please read the sentence, the whole line, I invested.

A.    I invested 200K at the seed stage when it was worth around 3 million.  It is now worth around 60 -- or excuse me, 40 million minimal dilution.

Q.    Okay.  Now let's go to the -- down two lines.  What's -- it Anduril?  How do you say that, Mr. Johnson?

A.    I think it's Anduril, but I don't know.

Q.    Okay.  Please read the whole line below Anduril.

A.    I invest -- oh, below it.  Okay.

            I invested about 200K in Anduril at the seed stage of 80 million.  The current valuation of the company is worth north of 2 billion.

Oh, so I have a sense of when this email might have been done, by the way, I think, based upon that, which is not October 24th.  It's from like 2020 time frame.

Q.      And Mr. Johnson --

THE COURT:  So, did you draft this email or not --

THE WITNESS:  This email --

THE COURT:  -- since you testified three times --

THE WITNESS:  No.  I did not draft this email, as it's presented to the Court.

THE COURT:  Well, you seemed to have had some recollection of it in answering these questions.

Why don't you explain your theory of where this came from.

THE WITNESS:  Sure.

It is true that I am a critic of the richest man in the world, Elon Musk.  And it is the case that he is being accused in a number of cases of hacking.

My phone has been hacked.  I was a confidential informant for the FBI; that's not in dispute.  And a lot of my material has surfaced in different places around the internet. I'm not happy about that, for obvious reasons.  It's part of the reasons I've actually sold off a lot of my assets and done other things.

But my theory of the case is that the plaintiffs are relying on data that was illegally obtained and from an

earlier time frame.  And also, a lot of this was not entered under oath, a lot of this is not accurate.  I have since sold some of these positions or given away the money.

THE COURT:  Well, you're under oath now.

THE WITNESS:  Yes.

THE COURT:  And if I find you're lying, you're guilty of perjury, which is --

THE WITNESS:  I understand --

THE COURT:  -- a Federal crime.

THE WITNESS:  -- totally, Your Honor.

Q.   (By Mr. Thompson)  Ms. Faulkner, can you zoom out so we see the whole email?

Do you know how the plaintiffs got this document, Mr. Johnson?

A.     I do not.

Q.     Your lawyers produced it, when you had a lawyer in this case.  Did you know that, sir?

A.     I did not know that.  But it looks like you're redacting the email.

Q.     Do you know that Johnson00062, do you know that your lawyers put it on that, Mr. Carter Boisvert?

A.     I did not know that.  But if he did, it was an error on his part, because I hadn't sent him this.  And if I did, it was from a long time ago.

Q.     So, your position is your lawyer -- Mr. Carter Boisvert

represented you in this matter, right?

*A.*     He did.  And there's good reason why he no longer represents me.

THE COURT:  Can I ask you a question?

I've worked in law enforcement for a number of years, I've been a judge for a number of years, had various security clearances.  I never remember any of the FBI or national security assets that I worked for actually telling people that they were?

It seems pretty unusual to me.  I just --

THE WITNESS:  Definitely unusual, Your Honor.  And, in fact --

THE COURT:  You don't remain an asset very long if you tell people.

THE WITNESS:  It's possible that you might actually be brought to another Government agency, that's a possibility.  That does happen quite often.

And it's also the case that sometimes a Government agency might be using a confidential human source in an illegal manner, and that person may be outed as a confidential human source.  That happens quite often, actually, unfortunately.  And in those cases --

THE COURT:  So, I guess -- did your -- did you have permission from your agency to go ahead and tell anyone out there that wasn't in law enforcement that you were an

intelligence asset?

*THE WITNESS:*  Well, I was a confidential human source for Special Agent Johnathan Buma, who is now under -- he was arrested, I believe, by the FBI by the Department of Justice, I haven't followed the particulars of that.  And there's a number of agents that have handled me over the years in different Government agencies.

Did I have permission?  No.  I have a First Amendment right to talk about this.  But I have not been penalized in any form or fashion by the FBI.

*THE COURT:*  No.  That's not what I meant.  I just meant, it's kind of unusual if you're an intelligence asset, you probably wouldn't be one for very long if you're telling everybody you're an intelligence asset.

*THE WITNESS:*  Or it might be a good cover, Your Honor.

*THE COURT:*  Well, I don't know.  I wish James Angleton was here, I would ask him.  I bet he would have a lot to say.  Maybe him or Allen Dulles about the value of outing ourselves as intelligence assets.

Let's take a break.  Ladies and gentlemen, before I do, let me give you my admonishment.  You're not to form any opinion or talk about the case until I release you to do so at the very end of the trial.

We'll be back in about 15 or 20 minutes.

THE WITNESS:  Thank you, Your Honor.

Am I dismissed?

THE COURT:  You can stay there for a moment.

(Jury leaves courtroom)

THE COURT:  Mr. Thompson, I don't want to tell you how to try your case, but if you actually think you're going to get answers from Mr. Johnson, you're probably not.

So, think about if you're using your time wisely. You already have a liability finding, we're just here to prove up damages.  The jury already has enough to do so, okay?

So, if you think you're going to make headway with him, my experience in these last few months, you're not going to get any straight answers, okay?  So think about how you're using everybody's time.

MR. THOMPSON:  Thank you, Your Honor.

THE COURT:  This is -- this verbal fencing and trying to get truthful answers is just not going to happen. Remember how many times I threatened to hold him -- we've had sanctions hearings, the Judge in New York has similar feelings.

It got so bad, the first time in all of these years that I've been a judge, I've had to strike somebody's defenses.  That is an extreme sanction.  I felt it was necessary here due to his actions.  I was left with no other choice.  And I take very seriously the Fifth Circuit's

admonishment that I consider the least severe sanction to correct the problem.

As I stated at the last hearing, he actually, I think, wanted me to hold him in contempt and throw him in jail. I think somewhere in his mind he thinks that maybe helps him, but I'm not going to make a martyr of him.

I am going to hear the evidence, we're going to submit it to the jury, and we're going to see what they come back with, and we'll go from there. And I have a strong suspicion it won't be the last time that I hear from you.

So, let's get past this step and go on to the next one. Certainly everyone has their appellate rights, if they would like to, but I'm just giving you my suggestions.

MR. THOMPSON: Your Honor, loud and clear.

THE COURT: But, you know, I can -- it reminds me of putting one of my children on the stand and trying to ask them questions, you're not going to get straight answers, I'm afraid, all right? And I can admonish him, sanction him, et cetera, et cetera. But just ask, Is the juice worth the squeeze, okay?

Be back in about 15 minutes.

(Short recess taken)

(Jury enters courtroom)

THE COURT: Okay. At this time, let's go back on the record. We're in the continuation of the trial of Point

Bridge Capital and Hal Lambert vs. Charles Johnson.

We were in the middle of direct testimony and examination of the defendant, Mr. Johnson.  So, go ahead, Mr. Thompson, ask your next question.

Q.    (By Mr. Thompson)  Ms. Faulkner, please bring up Exhibit 113.

Mr. Johnson, do you see Exhibit 113 that's in front of you?

A.     Yes.  This is one of my favorite cases.

Q.     My question is did you --

A.     Yes.  Yes, I see.

Q.     Okay.  It says, Charles Johnson vs. Verizon CMP Holdings, HuffPost.

Do you see that?

A.     Yes, sir.  I do.

Q.     Okay.  You're the Charles Johnson there, right?

A.     I am.

Q.     Yes?

A.     Yes.  I am.  Absolutely.

Q.     Ms. Faulkner, please go to page 3.

Mr. Johnson, I want you to focus on paragraph 3 here, okay?  I'm going to read this to you, and I want you to tell me yes or no whether I wrote (sic) it correctly, all right?

A.     But did you write this or are you just quoting from

the -- from the case?

THE COURT:  I think he's just going to read it to you, and you tell him whether he read it correctly, all right?

THE WITNESS:  Yes, sir.

THE COURT:  Stop playing this game of fencing. You're going to have an opportunity to ask yourself questions in a moment, but you're wearing us out.  So, answer the questions.

THE WITNESS:  Happy to do it.

Q.   (By Mr. Thompson)  So, tell me yes or no, I read this correctly.

A.      Yes.

Q.      Starting with being.  Being labeled by the press with a loathsome term that brings with it stigma and ostracization that could result in losing a career, public scorn, and humiliation, and even the risk of physical harm.

Did I read that correctly?

A.      You did.

Q.      Okay.  Now I'm going to read the sentence beginning with once, okay?  Once these labels are given in this digital age, they are permanent and scar a reputation for indefinite duration with a simple internet search.

Did I read that correct, yes or no?

A.      Yes.  You did.

Q.      Going to turn to paragraph 5.  I'm going to read the

first line.  The terms white nationalist, Holocaust denier, and white supremacist are the new buzz terms used to describe a myriad of person on the political right who may have views that diverge from mainstream politics.

Did I read that correctly?

A.    You did, indeed.

Q.    You sued -- this is your lawsuit, right, Mr. Johnson?

A.    It is.  From 2020.

Q.    And I'm going to turn to page 5, paragraph 13.  Tell me if I read this correctly.  Plaintiff -- page 5, paragraph 13. Exhibit 113, Ms. Faulkner, paragraph 13.

Tell me if I read this right, Mr. Johnson. Plaintiff -- that was you, correct?

A.    It was, or it is me.  Yep.

Q.    Further seeks exemplary damages because defendant's actions were committed with actual malice and/or reckless disregard for the truth.

Did I read that correctly?

A.    You did.

Q.    Now, let's go back to page 4, paragraph 10.  Tell me if I read this correctly.  As a result -- as a result of these false statements of fact of and concerning Johnson, his reputation has been damaged and he has suffered actual damages and reputational injury in excess of $1 million.

Did I read that correctly?

*A.*    You did.

*Q.*    You sued in this case because you were called a white supremacist, correct?

*A.*    I believe the term is white national.  But, yes, I did sue over it.

*Q.*    The Huffington Post wrote that you were a white nationalist, right?

*A.*    Yes.  They said I was a Holocaust-denying white nationalist.

*Q.*    Ms. Faulkner, please bring up -- and in this case you were seeking over a million dollars in damages, right?

*A.*    Yes.  Though, if I recall correctly --

*Q.*    Mr. Johnson, yes or no?

*A.*    Yes.  That's true.

*Q.*    Okay.  Ms. Faulkner, please bring up Exhibit 114.

So, this case against Huffington Post, that wasn't your only defamation suit that you filed, right, Mr. Johnson?

*A.*    No.  I filed quite a number of them.

*Q.*    Mr. Johnson, yes or no?

*A.*    No.  It's not my only one.

*Q.*    Okay.  Let's go to page -- Exhibit 114, and we'll go to the second page.

*A.*    Yes.  This is the one I won.

*Q.*    Yes or no, do you recognize this lawsuit?

*A.*    Yes.

Q.      Is the plaintiff there, Charles C. Johnson, is that you?

A.      That is 100% me.

Q.      And Got News, LLC, is that -- was that your company?

A.      That was my company.  Yes, it was.

Q.      Okay.  Let's go to page 16, paragraph 74.

        Do you see what's on the screen, Mr. Johnson?

A.      Yes.

Q.      Okay.  I'm going to read the highlighted part, and you tell me if I read it correctly.  Plaintiffs, Charles C. Johnson and Got News, LLC, have been damaged in reputation and have suffered pecuniary damages of lost business and lost investments due to damaged business reputation, as well as the need for plaintiff to file this lawsuit to defend his good name, and the related costs from attorney's fees, in an amount exceeding $2 million, right?

A.      Yes.

Q.      Okay.  Let's go down to the other part.  It references punitive damages.

        Do you see that?

A.      I do.

Q.      Okay.  It says, Defendant Trotter's conduct in publishing the statements described in paragraphs 64 through 66 -- and now we're focusing you on the highlighted part, Mr. Johnson -- was done with knowledge that the statements

were false, or with reckless disregard for whether they were true or false at a time when defendant had serious doubts as to whether they were true; thereby warranting an award of punitive damages in a sum of not less than $20 million.

Did I read that correctly?

A.    You did.

Q.    That was your lawsuit, right, Mr. Johnson?

A.    Yes.  We successfully bankrupted --

Q.    Mr. Johnson --  Mr. Johnson, I said --

A.    Yes.  It's my lawsuit.  I stand by it and I'm proud of it.

Q.    I said, yes or no, is this your lawsuit?

A.    Yes.  100% my lawsuit.

MR. THOMPSON:  Pass the witness, Your Honor.

THE COURT:  Okay.  Now, Mr. Johnson, this is a little bit strange because you're representing yourself. Under our rules, you're not supposed to give narrative testimony; which means you just can't get up and just keep talking and keep talking.

So, at this point, this is your opportunity to ask yourself questions, and then you can respond to them.

DEFENDANT JOHNSON:  Sure.

THE COURT:  So, are you prepared to do that at this time?

DEFENDANT JOHNSON:  I am.  It's a little strange,

but I'm prepared to go through with it.

THE COURT:  Okay.

DEFENDANT JOHNSON:  Maybe you can help me if I screw it up.

THE COURT:  Well, you don't want me asking the questions, you might not like the way I ask them.

DEFENDANT JOHNSON:  Fair enough.

THE COURT:  As best you can, ask yourself a question, and then respond to it, okay?

DEFENDANT JOHNSON:  Okay.  Do I address myself as Mr. Johnson, or how do I --

THE COURT:  As -- the best as you see fit.

DEFENDANT JOHNSON:  Okay.

THE COURT:  Unfortunately, as I said, we're not allowed just to get up and give narrative-style testimony --

DEFENDANT JOHNSON:  No, no.

THE COURT:  -- okay?

DEFENDANT JOHNSON:  I'm not going to do that.  Okay.

CROSS-EXAMINATION

BY DEFENDANT JOHNSON:

Q.    So, Mr. Johnson, is it true that you sued Gawker Media, and that Gawker Media was backed with Russian money, from a Russian oligarch named Viktor Vekselberg?

A.    Why, yes.  It is true that that's what I did.  And Gawker is currently bankrupt, and I received $500,000 for my

efforts in the bankruptcy hearing.

Q.    Mr. Johnson, is it true that you sued Huffington Post -- actually, I think it was Verizon Media at the time?

A.    Yes.  Yes, counsel (sic), it is true that I sued them. And I seem to recall Huffington Post is now bankrupt as well.

Q.    Mr. Johnson, were you instructed by anybody who has connections with law enforcement to clean-up the media in the United States, or to clean-up venture capital in the United States?

A.    Well, Mr. Johnson, I'm not sure if I should answer that question.  Maybe we can address it at some other point.

Q.    Now, is it true, Mr. Johnson, that you were involved in efforts to infiltrate white nationalist organizations on behalf of the Federal Bureau of Investigations?

A.    Why, yes, Mr. Johnson.  That is true.

Q.    Is it also true, Mr. Johnson, that you were instructed to investigate compromised law firms, and that sometimes you retain those law firms?

A.    Yes.  That's also true.

Q.    Okay.  Now, Mr. Johnson, is it possible that you are engaged in this case because you are concerned about the venture capital community in the United States, and is it possible that you are, as you have in your other lawsuits, litigating on behalf of some larger public interest?

          MR. THOMPSON:  Objection.  Speculation.

*THE COURT:*  How do you respond, Mr. Johnson?

*DEFENDANT JOHNSON:*  Well, I think it gets to the heart of the matter, Your Honor.  I am an admittedly strange person.  I've never heard of anyone asking themselves questions in a court -- Federal courtroom in Texas.

*THE COURT:*  Well, you're the one that made the decision to represent yourself.  So, you --

*DEFENDANT JOHNSON:*  I did.  And it's a great way to prove that you're not involved in a conspiracy to represent yourself.

*THE COURT:*  You need to save your argument for later.  Please strike that.

*DEFENDANT JOHNSON:*  Okay.

*THE COURT:*  Okay.  This is exhausting having to deal with this.  I am going to give you some leeway, though.  So, objection overruled.

Let's continue.  But if I were you -- and I already found a liability finding against me, so you've already been found liable for civil RICO and defamation.

*DEFENDANT JOHNSON:*  That's true.

*THE COURT:*  We're here merely to establish what the damages are, if any.

*DEFENDANT JOHNSON:*  Could Mr. Thompson pull up the Genomic Prediction email, and all that, if he would?

*THE COURT:*  Sure.

*MR. THOMPSON:* Is this the email that you said you didn't produce that your lawyer sent us?

*DEFENDANT JOHNSON:* Yep. Have you to pull it up, please?

*MR. THOMPSON:* Exhibit 64. I can hand it to you.

*DEFENDANT JOHNSON:* No, no. Pull it up. I think the jury should see it.

*THE COURT:* Sherry, can you find the email?

*DEFENDANT JOHNSON:* Thank you.

*THE COURT:* Go for it.

*Q.* *(By Defendant Johnson)* Mr. Johnson, did you claim in Federal courts that you started a company, Clearview AI, with Hoan Ton-That and Richard Schwartz?

*A.* I did, Your Honor *(sic)*.

*Q.* Are you and your family investors in this company?

*A.* No, Your Honor *(sic)*. Only my ex-wife and daughter are investors in that.

*Q.* But, Mr. Johnson, I thought you started the company?

*A.* Well, that was a matter of some dispute. And I actually lost the investment after I had structured the things in separate trusts to protect the interests of my wife and the mother of my child.

*Q.* Now, Mr. Johnson, how did you meet Hoan Ton-That?

*A.* Mr. Ton-That was introduced to me by a number of Chinese individuals in the New York City area.

MR. THOMPSON: Objection. Relevance.

THE COURT: What's the relevancy of this?

DEFENDANT JOHNSON: The question gets to whether or not -- with all of the investments, whether or not I have any of these assets at all currently.

THE COURT: What's your response, counsel?

MR. THOMPSON: I -- I have no response, Your Honor. I don't.

THE COURT: So, do you have any of these assets currently?

DEFENDANT JOHNSON: I do not.

THE COURT: All right. Let's move on.

DEFENDANT JOHNSON: Okay. No further questions, Your Honor.

THE COURT: All right. Do we have any redirect?

MR. THOMPSON: No, Your Honor.

THE COURT: All right. Thank you, Mr. Johnson. You can step down.

DEFENDANT JOHNSON: Thank you.

THE COURT: May this witness be excused?

MR. THOMPSON: Yes.

THE COURT: Okay.

DEFENDANT JOHNSON: Yes.

THE COURT: All right. Thank you.

Call your next witness.

160

MR. THOMPSON: Your Honor, plaintiffs call Dennis Brady. And he's an expert in law enforcement confidential sources. I'm going to try to pare it down dramatically to 10 minutes or less.

THE COURT: Okay.

MR. THOMPSON: We have a whole big slide, but I think everyone wants to move on.

THE COURT: That'll be fine. It's up to you.

Raise your right hand.

(Witness sworn)

THE COURT: All right. Take a seat.

Mr. Brady, just be sure you speak into the microphone.

Have you ever testified in here before? In front of Judge McBryde maybe?

THE WITNESS: Yes, Your Honor. It was a day or two ago, though.

THE COURT: Well, it hasn't changed much as far as technology. Be sure you speak into the microphone. I'm not quite as mean as he is -- or was.

THE WITNESS: He was always good to me, Your Honor.

THE COURT: Go ahead. I was going to make another comment, but I need to keep my mouth closed.

Well, I'll tell you some stories. See this guy up here, this very intimidating-looking judge. That's who I

replaced.  His name was John McBryde.  He served until he was 92.  He signed his last order Christmas Eve, and he passed away on Christmas morning.

But he was a very, very stern judge.  I'm warm and cuddly compared to him.  But jurors always loved him, because, guess what, you wouldn't have to be in here very long with him.

Go ahead, counsel.

DENNIS BRADY,

having been first duly sworn, testified as follows:

DIRECT EXAMINATION

*BY MR. THOMPSON:*

*Q.*    Mr. Brady, introduce yourself to the jury, please.

*A.*    My name is Dennis Brady.  I am a private investigations manager for Denshaw Group, LLC, a private investigations firm here in Texas.  We do private investigations, and we consult in security, law enforcement and intelligence matters.

*Q.*    Mr. Brady, very briefly, tell the jury why you are here testifying.

*A.*    I'm here to testify about the conduct of Charles Johnson, allegedly as a confidential human source, extensively for the FBI.

*Q.*    Mr. Brady, please explain to the jury your background and qualifications which qualify you as an expert on that topic.

*A.* From 1983 to 1987, I was a police officer in Boise, Idaho. I was assigned to their special operations unit. We interfaced with a lot of other agencies, including Idaho State Police and the FBI. At that time there was a number of armored car robberies by white supremacist groups, and I was recruited by the FBI.

In 1987, I went to Quantico. The first office was Dallas. I was assigned to the bank robbery squad, developed a number of human sources that were relevant to Jamaican drug traffickers. So, I was assigned to a newly created gang and organized crime squad. Moved my way through the Jamaican drug traffickers and found a Mexican source of supply. And the supply was directly related to the Mexican cartels active at that time.

I moved to the organized crime drug enforcement task force squad, which is part of the high intensity drug trafficking area. I specialized in undercover operations and Title III investigations. It's a search warrant so that we intercept telephones, it was what we basically did at that point in time.

Because I was operating human sources, I was also gathering intelligence. Some of that intelligence was pertinent to public corruption. Specifically, corrupt police officers and some corrupt city politicians, city council members.

9/11 happened, and I was transferred to the newly created national security branch of the FBI.  Because I had those skills and the Title III wiretap area, I was assigned to a counterterrorism squad.  And I used those skills in the FISA, F-I-S-A, Foreign Intelligence Surveillance Act, Title 50 and Title 10 authorities, the intelligence collection and military authorities pertinent to protecting the U.S. homeland.

I specialized particularly in malign Iranian influence.  And in 2007, I was recruited to go to Iraq as an interrogator at Balad, an air base there.  And I worked with the Navy Seals and Delta Force there -- you know, the Seals are called DEVGRU, Delta forces for a special forces operational detachment.  Delta --

Q.   Mr. Brady, just real quick --

A.   I worked with the CIA, the NSA.  Eventually, I was assigned to Yemen.  Then they promoted me to Afghanistan and I was assigned to an interrogation group called the High-Value Detainee Interrogation Group.

I retired as a senior executive in Nairobi, Kenya, in 2016.

Q.   Okay.  So, very briefly, tell the jury about any awards or decorations that you received?

A.   You know, I got a lot of incentive awards, I got promoted a lot.  One half of 1% of the FBI is in the Senior

Executive Service.  Every promotion was -- was a quality salary increase, it was also a bonus.

In Iraq, I got an intelligence award.  At the Egg, I got an interagency intelligence award.  In Yemen, Afghanistan, and Nairobi, I and my team won the director's awards for international investigations.  That's just kind of an outline.

Q.    Why do you consider yourself an expert to provide your opinions to the jury about confidential human sources, and whether Mr. Johnson has any legitimacy to what he just said?

A.    Even before I was in the FBI, I was responsible for vetting confidential human sources:  Spotting, recruiting and assessing them.  I was responsible for developing them, and I was responsible for operating them.

As I progressed through my career, I was responsible for supervising others as they did so.  And then as I progressed further, I was responsible for creating entire programs, squads of agents collecting intelligence, using it through confidential human sources.  They are the foundation of all of the quality investigations in the FBI.

MR. THOMPSON:  Your Honor, at this point, we tender Mr. Dennis Brady as an expert on developing and working confidential sources for the Government.

THE COURT:  Any objection?

DEFENDANT JOHNSON:  None whatsoever.

THE COURT:  All right.  The Court will accept Agent

Brady on the expertise that's been proffered.

Go ahead.

Q.   (By Mr. Thompson)  Mr. Brady, how would you characterize Charles Johnson's claims of being a Government asset, or any of the testimony you heard today?

A.    At best, Charles Johnson was temporarily and briefly a low-level confidential human source reporting to a low-level FBI agent on low-priority matters.

Q.    Let me stop you there.  What do you mean by low-priority, low-level FBI agent?  Give us some specifics why you say that.

A.    You've heard Mr. Buma's name come up.  Mr. Buma is a --

Q.    Just so we orient, who is -- who's Mr. Buma?

A.    Special Agent Johnathan Buma.  There's some information in the public domain, specifically from Mr. Johnson, that his FBI handler was Johnathan Buma, a special agent then assigned to the Orange County resident agency of the Los Angeles field division of the FBI.

Mr. Buma had some administrative difficulties during his employment with the FBI.  He is no longer employed by the FBI.  He is actually being prosecuted by the FBI at this point in time.

Mr. Buma elected to write a number of letters that landed in the public domain, highlighting his feelings about the FBI, his source handlings, some of which identified

shortcomings, and identified that Buma was ordered by FBI executive management to close at least four human sources because they were reporting false, fictitious, misleading information.

Q.    If I could jump in, Mr. Brady.  Let's just move it along.

The way I understood Mr. Johnson's testimony, is he says that he launches these vicious lies and makes these terrible accusations at Hal Lambert and Point Bridge Capital because he's directed by some high-level Government authority. So, all of the horrific things he did, he's doing at the behest of the Government.

What is your opinion on that?

A.    That is a lie.

Q.    Why do you say that?

A.    The FBI operates under its own policy manual, but it's also an entity within the Department of Justice.  So, the Attorney General of the United States, all of them, have published what are called the Attorney General Guidelines for Domestic Investigations.  There's also Attorney General Guidelines for Confidential Human Sources.  And in this day and age you can buy them on Amazon and read them for yourself.

But if I were to summarize what the guidelines say, is that every year, at least once, or more often as deemed necessary, the handling agent for a confidential human source

is required to admonish the confidential human source of a number of things.

Among those is that the agent -- the agent tells the source, You are not an employee, agent, or otherwise of the United States Government.  There's another admonishment that you are not to take independent action on behalf of the United States Government.  Everything you do must be authorized.

I also know, from the Attorney General Guidelines for Domestic Investigations, the situation that Mr. Johnson describes is called engaging in authorized criminal activity. I'm familiar with that, I did that.  I had people working for me that did that.  We did not do it in the manner that Mr. Johnson describes, or on those particular types of investigations that Mr. Johnson describes.  In fact, those are probably completely counter to the letter, the spirit, and the intent of the attorney general guidelines.

Q.    How many years did you work for the Government?

A.    Twenty-nine years and six months.

Q.    Is there any possibility that there's some off-the-books secret group within the Government that's directing Mr. Johnson?

A.    There are off-the-books secret entities within the U.S. Government.  I do not believe that any of those people would direct someone like Mr. Johnson to do the things that Mr. Johnson has done.  It's not plausible to me.

Q.    Have you heard anything -- have you seen any, in your decades of experience, anything, any source, any Government operation that would remotely resemble what Mr. Johnson says he's conducting?

A.    Mr. Johnson, for example, is what we used to call a poison pen writer.  Someone who can't say anything nice, needs to have attention paid to him, and is trying to extort or defraud someone, another person or entity, of something of tangible value.

Q.    In your evaluation of Mr. Johnson's conduct, did you see things that resembled criminal activity?

A.    Yes.  I did.

Q.    Describe that.

A.    Mr. Johnson's representations of himself as a Government operative are just not true, they're blatantly false.  He is not an employee, he is not an agent, he's not an intelligence officer, he's not an asset in the way that the CIA determines -- defines assets.

He is not a contractor, he is not a contracting authority.  He does not have the ability to award contracts. He does not have the ability to take contracts away.  He cannot order the IRS to audit someone's taxes.  He cannot order the SEC to start an investigation.  All of these things that he claimed he had the ability to do in his carrot-and-stick approach, he does not have the ability to do.

Q.      Despite him not having the authority -- and this is the final question, perhaps -- was it still plausible for Mr. Lambert to believe those threats and extortionist behavior?

A.      Mr. Lambert does not have the ability to pick up the phone and call people who would answer his questions, were he to pose them.  There is -- there is no public information office of the U.S. intelligence community that's going to answer his questions on that topic.

        Mr. Lambert is operating with a -- with a legitimate belief that the things he's seeing and hearing are true, when they're completely false.

        MR. THOMPSON:  Pass the witness.

        THE COURT:  In your experience, does a confidential human source tell folks, whether they be ordinary citizens or for that matter anybody else, important folks, that they are confidential sources?

        THE WITNESS:  No.

        THE COURT:  Why not.

        THE WITNESS:  Key word is confidential.  People, you know, we -- the law enforcement community and the intelligence community both use confidential sources for the same reason.  Because if I walk up to somebody as an FBI agent and start asking questions, I'm an overt government entity.  The intelligence community doesn't walk up and tell you, Hi, I'm

from the CIA and I'd like to ask you a few questions.  Some things need to remain covert.  Some things might even need to remain clandestine.

THE COURT:  What value, if any, is a confidential human source that tells people he is a confidential human source?

THE WITNESS:  He's only a value to himself.  He's burnishing his credentials in broadcasting his position.

THE COURT:  So, if you were managing a confidential human source that told folks he was the confidential human source, would you continue using him as a former special agent at the FBI as a confidential human source?

THE WITNESS:  I would close him for cause.  And then tell him that's why I closed him, that's specifically why I closed him.  And I -- I find it hard to believe that any credible agent wouldn't do the same.

THE COURT:  Well, if you were an agent and you had a confidential human source that was telling folks he was a confidential human source and you did not stop using him, what would your supervisor do?  Because you've also been a supervisor.

THE WITNESS:  The first step is a performance plan.  They'll -- you call the agent in and you tell him he needs to improve his performance.  Usually it's an oral counseling session.

The next step is a documented counseling session. After that, you start to downgrade them on their performance appraisals. Some agents will walk around and say, Hey, my supervisor told me that I was exemplary. You would explain to them that that just means that you're an example. It doesn't mean you're good or bad, it just means you're an example.

THE COURT: So, it might be that the agent could ultimately get fired?

THE WITNESS: Yeah. Eventually the agent is going to be terminated for cause.

THE COURT: Would they lose their security clearance at that point?

THE WITNESS: The first step in the termination process is the agent loses his security clearance. The first step is, they remove them from an investigative squad to a surveillance squad. Then they revoke their clearance, you know, and then there's a -- there's a long stretch after that. But that's --

THE COURT: This isn't anything new. So, if I were to go out and resurrect J. Edgar Hoover, he would tell me the same thing, I bet.

THE WITNESS: I am familiar with agents running afoul of the guidelines my entire career. It happened on my first squad, my second quad, my third squad. For some reason, for a variety of reasons, people don't finish their careers

with the FBI, and it's generally because they won't do what the rules require them to do.

THE COURT: One of those would be keeping your confident human informants confidential.

THE WITNESS: Yes, Your Honor.

THE COURT: All right. Mr. Johnson, do you have any questions?

DEFENDANT JOHNSON: I do.

CROSS-EXAMINATION

BY DEFENDANT JOHNSON:

Q. Mr. Brady, when was the last time you operated a confidential human source?

A. In 2015.

Q. So, kind of around the iPhone era, right, fair to say? Could you communicate with confidential human sources on iPhone? What was the typical method?

A. You're kidding, right? Is this a serious question?

Q. It's a serious question.

A. Your handler talks to you by your iPhone, or your cell phone?

Q. Yeah. So, if your handler would talk to you with your cell phone, maybe that's an indication that they weren't actually that good of a handler, right? We would assume that?

A. That would probably be a safe assumption.

Q. Okay. Now, you mentioned earlier that you had a

situation where -- by the way, I'm a huge fan of the work you did shutting down the order and all of that.

A.    Didn't shut them down.  That was only a small part of a big team.

Q.    I've read a lot about that, that history of shutting down white nationalist drug trafficking organizations in Washington state, and it's really amazing work.  There's a great movie about it.

A.    You're under the impression that it shut down?

Q.    What's that?

A.    Are you under the impression that it shut down?

Q.    That the order was shut down or what?

A.    That the white supremacy movement is shut down.

Q.    No, not at all, on the contrary.  But I think the order was the one I was mentioning.  I was trying to pay you a compliment.

Now, you're aware that there are corrupt FBI agents, right, just as there are corrupt judges, corrupt lawyers, all kinds of corruption in our society?

A.    Yes.

Q.    Okay.  Would it stand to reason that maybe somebody becomes a confidential source against their will?  Does that typically happen?  Does that happen in your experience as a --

A.    I mean, I'd roll with it.  I could -- I could come up with a set of circumstances where, in my mind, I've got

somebody over the barrel on a criminal case.  They don't really want to be my confidential human source, but they don't really want to go to prison for the rest of their natural life --

Q.    Right.

A.    -- so they decided to be my source.

So you could use that kind of --

Q.    So, if you had a corrupt FBI agent that was threatening somebody with going to jail --

A.    I mean, we're talking over each other.  I missed --

Q.    Go ahead, sir.

A.    -- part of your question.

Q.    Go ahead.  Sorry.  Please, by all means.

A.    No, I was answering your question and you were talking and --

Q.    No problem.

A.    -- I need to hear your question --

Q.    Go ahead?

A.    -- in order to answer it.

Q.    So, if you had a corrupt FBI agent that opened somebody as a confidential human source, who hadn't actually done anything criminal, couldn't they get lots of information from this person, particularly if they knew a bunch of billionaires, you know, a bunch of republicans?  Isn't that a possibility?

*MR. THOMPSON:* Objection. Speculation.

*THE COURT:* I'd like to hear the answer.

*THE WITNESS:* In my experience, getting a lot of information is not as valuable as getting quality information. So, just because somebody talks to you and tells you things, doesn't mean their information has any value whatsoever.

*Q.* *(By Defendant Johnson)* But I'm sure in your career that you've had situations where informants were very correct about things that led to presidential briefings, or wrong about other things, or maybe not as accurate because it's an ongoing thing, like, say, a January 6th investigation.

I'm sure you had situations where the credibility -- I mean, we're all humans, right, we make mistakes, or we don't have the full story, or we have a small piece of the story. So, I'm sure you've had confidential human sources that came through for you at times that was unexpected, and ones that failed you at times when it was unexpected, right?

*A.* What -- what I dealt with, in terms of confidential human sources, was validating the information and vetting the source.

*Q.* Okay.

*A.* So, I ensured that the source, number one, was giving me accurate information. And when that was proven not to be true, then I tried to determine whether or not the source was giving me information that the source believed was credible.

And then I moved on to the next step of that equation, where the source didn't bother to determine whether the information was credible and didn't really care.

Q.   Did you ever ask a source for a job after you left?

A.   Never.

Q.   Never happens, right?  FBI agents don't go and work for super rich people after they --

A.   No, there was a SAC in New York that --

Q.   Of course, right.  Like there's -- there's a great promotion for lots of people who are in Federal law enforcement to go work for billionaires.  I believe Elon Musk has someone on payroll, Peter Thiel does.  It's a very common thing, right?

A.   I don't know Mr. Musk or Mr. Thiel.

Q.   Fair enough.  I do, unfortunately.

Now, did you ever get into a hot tub with your handler or with your -- with your confidential human sources?

A.   Didn't exchange Star Trek t-shirts either.

Q.   No you didn't, did ya?

A.   No.  Not in the hot tub --

Q.   Did you ever make them steak dinners?

A.   Make them steak dinners?

Q.   Yeah.

A.   I just don't cook that well.

Q.   It's a very good steak.

Now, is it possible -- just go with me here -- is it possible that there could have been off-the-book operations to deal with corrupt FBI agents in the Federal Government by another Government agency?

A.    What agency?

Q.    I didn't ask that question.

A.    You'd have to be more specific.

Q.    Okay.  Is it a possibility -- let me ask the question a different way, so that we can get your expert testimony on this.

Does the FBI have a good reputation these days, as far as law enforcement goes?

A.    It depends on who you ask.

Q.    Okay.  Are there lots of press reports lately about confidential human sources getting penetrated by people, say, hacking cell phones?

A.    I -- I really haven't read a lot about that.

Q.    No, because you've been out of the bureau, what, ten years now, right?

A.    It's been a little bit, it's almost nine.

Q.    Yeah, nine.  That's -- that's like a long time in technology, right?  You didn't have a Signal, you didn't have Confide, no Telegram, none of that, right?  None of those things?

A.    We have had plenty of ways of contacting --

Q.      No, no, I didn't ask that question.

You didn't have those three technology platforms?

A.      WhatsApp existed back then.

Q.      Okay.  WhatsApp didn't exist then?  I think it did exist then.

A.      It did exist.

Q.      So, WhatsApp that -- that right now we're not allowed to use in Congress, you used -- because of security issues -- you used that platform?

A.      No, no, no.  I never said I used it.  I said -- you were asking me what existed back then.

Q.      Uh-huh.  Okay.

A.      You didn't ask me what I used.

Q.      That's fine.  You answered my question.

Are you aware of the movie The Lives of Others?  Have you seen this movie?

A.      Sorry, I have not.

Q.      Okay.  But you're aware that sometimes the relationships between handlers and confidential human sources get a little blurry?

MR. THOMPSON:  Your Honor, I object on relevance, and asked and answered.

THE COURT:  What's the relevance of this?

DEFENDANT JOHNSON:  Johnathan Buma is currently facing five years in jail, he was my confidant, he was my

handler, he was my friend.  He wrongly opened me as a --

THE COURT:  Is there a question?

DEFENDANT JOHNSON:  There is a question.

He wrongly opened me as a confidential human source. And I have not been federally charged; he has been.  And Mr. Buma, I believe, if I were to truthfully ask some of the questions that I'd like to ask, that might imperil Mr. Buma's liberty, and I am unwilling to do that.

So, is he aware that there are times in which confidential human sources and handlers --

THE COURT:  There's a lot of testimony there.

So, what question do you have to ask?  And then I'd like to hear from Special Agent Brady, and what he thinks about all of this.

THE WITNESS:  Mr. Buma is charged with a misdemeanor.  He's charged with disseminating sensitive information in an unauthorized fashion.  Essentially what he's charged with is going into his office on his last day, downloading more than a hundred reports, and disseminating those reports to individuals outside the FBI not authorized to receive them.

Now, Mr. Buma apparently went through a lot, felt that he had post-traumatic stress disorder, might have had some substance abuse problems from some of the text messages.

DEFENDANT JOHNSON:  No doubt.

THE WITNESS: And at some point in time he felt that the FBI agency he was working with were going to kidnap, or kill him, assassinate him, I think --

DEFENDANT JOHNSON: That's correct.

THE WITNESS: -- is one of the words he used.

Q. (By Defendant Johnson) Did he file --

A. Stand by, I'm still --

Q. Go ahead.

A. I'm still answering.

Q. Sorry.

A. So, in my opinion, Mr. Buma is a sad story; not a good story. But what he's not, is he is not charged with a felony, he's charged with a misdemeanor. Mr. Buma is not facing five years in prison.

Mr. Johnson is not a part of that case. That case, that criminal case, it's a misdemeanor case in Orange County in Magistrate's Court, has absolutely nothing to do with Hal Lambert and Point Bridge Capital, and the fact that this is a damages trial. Mr. Johnson has already been found liable.

THE COURT: Do you see any world where Special Agent Buma would have forced the defendant to defame Mr. Lambert?

THE WITNESS: No.

THE COURT: Next question.

Q. (By Defendant Johnson) How often, as a special agent, did you threaten somebody with more time than they wound up

actually receiving?

MR. THOMPSON:  Objection.  Has no relevance.

THE COURT:  I would bet never, because you're not supposed to do that, are you?

THE WITNESS:  Nope.

THE COURT:  Yeah.  If you did that, and the U.S. Attorney you were working with found out about it, how much longer would you be in the Bureau?

THE WITNESS:  I would be done that day.

THE COURT:  What do you think this dude up here in the portrait would do to you?

THE WITNESS:  Oh, man.

You wore a tie in front of that man.

THE COURT:  Yeah.

THE WITNESS:  And you -- and all the pieces on your suit matched, and your shirt was starched and pressed.

THE COURT:  Next question.

Q.   (By Defendant Johnson)  Final question.  What, in your opinion, should a confidential human source do that was wrongly recruited as a confidential human source?  What recourse should they do when their FBI special agent files a whistleblower complaint and it's not heeded?

A.     Walk away, remain confidential, it's a keyword.

Q.     And what if they don't want to work with the FBI after the experience of being wrongly opened as a confidential human

source and think that it's corrupt?

*A.*    That's okay.  Don't work for the FBI.

*DEFENDANT JOHNSON:*  No further questions, Your Honor.

*THE COURT:*  Any redirect?

*MR. THOMPSON:*  Nothing, Your Honor.

*THE COURT:*  Okay.  May this witness be excused?

*MR. THOMPSON:*  Yes, he may.

*THE COURT:*  All right.

*THE WITNESS:*  Thank you, Your Honor.

*THE COURT:*  Thank you.

Call your next witness.

*MR. THOMPSON:*  Your Honor, we were going to call one other person, they're not here, plaintiffs rest.

*THE COURT:*  Well, I'm going to have to come back, more than likely, on Wednesday.  Are you willing to rest and not call your next witness?

*MR. THOMPSON:*  We don't have any more witnesses, Your Honor.

*THE COURT:*  Okay.

*MR. THOMPSON:*  We're fine -- we're fine closing now.

*THE COURT:*  Okay.  The -- based on the findings that the Court has made, you're not going to be putting on a case in chief, but you are going to be allowed, Mr. Johnson, to make a closing argument.

*DEFENDANT JOHNSON:* Can I do that now?

*THE COURT:* We're going to take a break, and I'm going to give you a few minutes to prepare.

*DEFENDANT JOHNSON:* Thank you.

*THE COURT:* So, we're going to take about a 15-minute break. We're going to come back and we're going to hear closing arguments. I also need to take care of some business, in the sense that I need to prepare the instructions and the jury charge, that's going to take some time. So, it may actually be closer to 30 minutes. But I bet y'all would like to go ahead and be done with this today, if we can, so you don't have to come back on Wednesday.

All right. So, John and I need to go back and prepare the charge. And as soon as we're done with that, we will allow the attorney and Mr. Johnson to make closing arguments. You're going to have to listen to me read all of the instructions to you, and then we'll get you going. But you should have enough time today to hopefully be done with your service. So, thank you-all.

But let me make some findings for the record. So, based on what Mr. Thompson said, you rest and close at this time; is that correct?

*MR. THOMPSON:* That's right.

*THE COURT:* All right. As I said, due to previous orders from the Court, there will not be a case in chief from

the defendant.  So, it's considered that his case is closed at this time, too.

So, we'll be back -- it will probably take 30 minutes just to make copies, okay?  So, do not form any opinion or talk about the case until I tell you to do so. We're almost there.  Thank you.

*(Jury leaves courtroom)*

*(Short recess taken)*

THE COURT:  All right.  We're back on the record for our formal charge conference.  Point Bridge Capital, et al vs. Charles Johnson, Case Number 4:24-CV-988-P.

The Court went off the record to review and prepare the jury charge in this case.  Both sides have closed their case in chief.  All that's left to do is to prepare our charge, and then we'll bring the jury out.

The Court has prepared a draft charge, which has been presented by the Law Clerk to the attorney for the plaintiffs, as well as Mr. Johnson.

I'll begin with you, Mr. Thompson.  Have you had an opportunity to review the proposed charge?

MR. THOMPSON:  Quickly, Your Honor.  I don't see anything that's a problem that we object to.

THE COURT:  Okay.  So, no objections to the proposed charge.

How about you, Mr. Johnson, do you have any

objections and have you had an opportunity to read --

DEFENDANT JOHNSON: I have, and none whatsoever.

THE COURT: Okay. Then I'll be going with the charge that I've given you.

And I'm prepared to bring the jury back out and conduct closing arguments. So, you might want to get your client back, because I'm ready to go.

(Brief pause)

(Jury enters courtroom)

THE COURT: We're back on the record, Point Bridge Capital vs. Charles Johnson, 4:24-CV-988-P.

During the break, the parties have gotten together with the Court and we've prepared the jury charge and instructions, and I'm prepared to read those to you.

You're going to have to listen to me reading a lot. In the interest of time, I am not going to be providing you with a copy of this. Sometimes I do that, sometimes I don't. But you are going to have a copy of the original back with you in the jury room.

And immediately after that, we'll go into our closing arguments. And Mr. Thompson gets to lead that off, and then we'll hear from Mr. Johnson. And depending on what Mr. Thompson wants to do, we may hear from him again.

I didn't ask you this, Mr. Thompson, how do you want to break your 10 minutes up?

MR. THOMPSON: I think I'll take 7 and 3, Your Honor.

THE COURT: 7 and 3, all right.

Then he will go 7 minutes, and then Mr. Johnson has up to 10 minutes, and then we have a rebuttal closing again for Mr. Thompson, he'll get 3 minutes. We'll give all of you gentlemen a 1-minute warning.

All right. At this time, as I said, I'll be reading to you the jury charge. Please listen very closely.

Members of the jury: You have heard the evidence in this case. I will now instruct you on the law that you must apply. It is your duty to follow the law as I give it to you. On the other hand, you're the jury -- because you are on the jury, you are the judges of the facts. Do not consider any statement that I have made during the trial or make in these instructions as an indication that I have an opinion about the facts of the case.

You will hear the closing arguments of the attorney, Mr. Thompson, and then you will hear the closing argument of Mr. Johnson. Statements and arguments of the attorney or Mr. Johnson in the closing argument are not evidence and are not instructions on the law. They are intended only to assist the jury in understanding the evidence and the parties' contentions.

You're to answer each question from the facts as you

find them.  Your answers and your verdict must be unanimous.

You must answer all questions by a preponderance of the evidence.  This means the greater weight and the degree of credible evidence before you.  In other words, a preponderance of the evidence just means the amount of evidence that persuades you that a claim is more likely so than not so.

Plaintiffs Point Bridge Capital, LLC, and Hal Lambert have the burden of proving their damages by a preponderance of the evidence.  To establish a preponderance of the evidence means to prove something is more likely so than not so, which means the greater weight of credible evidence presented in the case.  A preponderance of the evidence is not measured by the number of witnesses or by the number of documents admitted in evidence.

In determining whether plaintiffs' damages have been proved by a preponderance of the evidence in the case, you may, unless otherwise instructed, consider the testimony of all witnesses, regardless of who may have called them, and all exhibits received in evidence, regardless of who may have produced them.

In determining the weight to give the testimony of a witness, you should ask yourself whether there was evidence tending to prove that the witness testified falsely concerning some important fact, or whether there was evidence that at some other time the witness said or did something, or failed

to say or do something, that was different from the testimony the witness gave during trial.

You should keep in mind that a simple mistake by a witness does not necessarily mean that the witness was not telling the truth as he or she remembers it, because people may forget some things or may remember other things inaccurately. So, if a witness has made a misstatement, you need to consider whether that misstatement was an intentional falsehood or simply an innocent lapse of memory; and the significance of that may depend on whether it has to do with an important fact or with only an unimportant detail.

While you should consider only the evidence in the case, you are permitted to draw such reasonable inferences from the testimony and exhibits as you feel are justified in light of common experience. In other words, you may make deductions and reach conclusions that reason and common sense lead you to draw from the facts that have been established by the testimony and evidence in the case.

You alone are to determine the questions of credibility or truthfulness of the witnesses. In weighing the testimony of the witnesses, you may consider the witness's manner and demeanor on the witness stand, any feelings or interests in the case, or any prejudice or bias about the case that he or she may have, and the consistency or inconsistency of his or her testimony considered in light of the

circumstances.  Has the witness been contradicted by other credible evidence?  Has he or she made statements at other times and places contrary to those made here on the witness stand?  You must give the testimony of each witness the credibility that you think it deserves.

Even though a witness may be a party to the action and therefore interested in its outcome, the testimony may be accepted if it is not contradicted by direct evidence or by any inference that may be drawn from that evidence, if you believe the testimony.

You're not to decide this case by counting the number of witnesses who have testified on the opposing sides. Witness testimony is weighed; witnesses are not counted.  The test is not the relative number of witnesses, but the relative convincing force of the evidence.  The testimony of a single witness is sufficient to prove any fact, even if a greater number of witnesses testified to the contrary, if after considering all of the other evidence, you believe that witness.

There are two types of evidence that you may consider in properly finding the damages in this case.  One is direct evidence, such as testimony of an eyewitness.  The other is indirect or circumstantial evidence, the proof of a chain of circumstances that indicates the existence or nonexistence of certain other facts.  As a general rule, the

law makes no distinction between direct and circumstantial evidence, but simply requires that you find the facts from a preponderance of all the evidence, both direct and circumstantial.

When testimony or an exhibit is admitted for a limited purpose, you may consider that testimony or exhibit only for the specific limited purpose for which it was admitted.

When the knowledge of technical subject matter may be helpful to the jury, a person who has special training or experience in that technical field, he's called an expert witness, is permitted to state his opinion on those technical matters.  You're not required to accept that opinion.  As with any other witness, it is up to you to decide whether to rely upon it.

In deciding whether to accept or rely upon the opinion of an expert witness, you may consider any bias of the witness, including any bias you may infer from the evidence that the expert has been or will be paid for reviewing the case and testifying, or from evidence that he testifies regularly as an expert witness and his income from such testimony represents a significant portion of his income.

Any notes that you have taken during that trial are only aids to your memory.  If your memory should differ from your notes, then you should rely on your memory and not on the

notes.  The notes are not evidence.  A juror who has not taken notes should rely on his own independent recollection of the evidence and should not be unduly influenced by the notes of the other jurors.  Notes are not entitled to any greater weight than the recollection or impression of each juror about the testimony.

When you retire to the jury room to deliberate on your verdict, you may take this charge with you as well as any other exhibits which the Court has admitted into evidence.  Select your foreperson and conduct your deliberations.  If you recess during your deliberations, follow all the instructions that the Court has given you about your conduct during the trial.

After you've reached your unanimous verdict, your foreperson is to fill in on the form your answers to the questions.  We'll talk about the form in a moment.  Do not reveal your answers until such time as you are discharged, unless otherwise directed by me.  You must never disclose to anyone, not even to me, your numerical division on any question.

If you want to communicate with me at any time, please give a written message or question to the bailiff, who will bring it to me.  I will then respond as promptly as possible either in writing or by having you brought into the courtroom so I can address you orally.  I will always first

disclose to the parties your question and my response before I answer your question. After you've received the verdict -- or after you've reached a verdict, you are not required to talk with anyone about the case unless the Court orders you to do otherwise.

Here's some instructions for answering the questions:

Bias, prejudice or sympathy may not play any part in your deliberation. A corporation and all other persons are equal under the law and must be treated as equals in a court of law.

In answering questions about damages, answer each question separately. Do not increase or reduce the amount in one answer simply because of your answer to any other question about damages. Do not answer based on speculation about any party's ultimate recovery, or what any party's ultimate recovery may or may not be. Any recovery will be ultimately approved by the Court when it applies the law to your answers at the time of judgment. Do not add any amount of interest to any of your answers on damages. Answer in dollars and cents.

Here are the questions, ladies and gentlemen, so, listen very closely:

Civil RICO. The Court has previously ruled that Johnson is liable to plaintiffs on their claims under the Racketeer Influenced and Corrupt Organizations Act, commonly

referred to as RICO.  However, you must determine the damages, if any, plaintiffs suffered as a result of Mr. Johnson's actions.

A person is injured in their business or property if they suffer a monetary loss, such as lost income, lost profits, lost investment, or a decrease in the value of a business.  You may award damages to Mr. Lambert for reputational or professional harm that resulted in financial loss, including the loss of earned media opportunities to build his brand and credibility with investors, reduced income due to decreased investment in his funds, expenses incurred to repair reputational damage, and other economic-related losses.

You may also award damages to Bridge -- Point Bridge Capital for harm to the business itself, including lost investments, diminished reputational value, harm to investor relations, costs incurred to repair reputational damage, and other losses tied to its operations and public standing.

The damages that plaintiffs may recover are those caused by the predicate acts constituting a pattern of racketeering activity if they injure plaintiffs or their business or property.  Is isn't necessary that every predicate act caused damage to plaintiffs.  But they can only recover damages caused by predicate acts that are part of the pattern of racketeering activity.

Here are the questions:

Question Number 1:  What amount of damages, if any, did Mr. Lambert prove, by a preponderance of the evidence, that he is entilted to recover as a result of Mr. Johnson's predicate acts?

Please answer in dollars and cents.  And then there is an answer blank with a dollar sign.

Continuing to Question 2.  Question Number 2:  What amount of damages, if any, did Point Bridge Capital prove, by a preponderance of the evidence, that it is entilted to recover as a result of Mr. Johnson's predicate acts?

Please answer in dollars and cents.  Answer, dollar sign, blank.

And then we'll continue to Question Number 3, and this deals with defamation.  Defamation:  The Court has previously ruled that Johnson is liable to Mr. Lambert on his defamation claims.  However, you must determine what sum of money, if any, would fairly and reasonably compensate Mr. Lambert for the cause -- the harm caused by those false and defamatory statements.

Damages for defamation fall into two categories:  Special damages and general damages.  Special damages are specific economic losses that Mr. Lambert suffered as a direct result of the defamation.  These may include lost business opportunities, reduced investments in his funds, harm to investor relationships, diminished earned media exposure and

earning capacity, and expenses he will incur to repair the reputational harm.  While special damages must be supported by competent evidence, the law does not require proof with mathematical precision.  Mr. Lambert is not required to show that a particular investor would have acted differently but for defamation.  Rather, a reasonable inference of economic harm, grounded in the evidence, is sufficient.

General damages address more intangible injuries, such as damage to reputation, loss of standing in the community, personal humiliation, and emotional distress. In considering general damages, you may evaluate how Mr. Johnson's statements, such as the false accusations of sexual assault and ties to foreign criminal organizations, affected Mr. Lambert's public image, personal dignity, and peace of mind.  For example, you may consider whether the defamatory statements continue to impair his professional credibility or cause lasting emotional harm.

While general damages must be supported by competent and reliable evidence, there need be no evidence which assigns an actual dollar value to the injury.  You may consider the nature of the statements, how widely they were published, and the likely effect they had on Mr. Lambert's reputation and well-being.  However, general damages cannot be based on speculation or guesswork alone.  You may award compensation for harm that Mr. Lambert has already experienced, as well as

for harm that is reasonably likely to occur in the future. You must take care not to award the same damages twice.

Question Number 3:  What sum of money, if any, would fairly and reasonably compensate Mr. Lambert for the general and specific damages that were proximately caused by Mr. Johnson's defamatory statements?

Please answer in dollars and cents.  Answer, dollar sign, blank.

Continue to Question 4.  In addition to compensation for his injuries, Mr. Lambert seeks exemplary damages, also called punitive damages.  Exemplary damages are not intended to compensate a party for loss, but instead are meant to punish a defendant for his conduct and to deter him or others from engaging in similar conduct in the future.  You may award exemplary damages only if you find by clear and convincing evidence that the harm to Mr. Lambert resulted from one of the following:

Number 1:  Fraud;

Number 2:  Malice; or

3:  Gross negligence

Clear and convincing evidence means the measure or degree of proof that produces a firm belief or conviction in your mind as to the truth of the allegations.  The clear and convincing evidence standard is higher than the preponderance of the evidence standard but not as high as beyond a

reasonable doubt.

Fraud means fraud other than constructive fraud. Malice means a specific intent by Mr. Johnson to cause substantial injury or harm to Mr. Lambert.  Gross negligence means an act or omission, one, which when viewed objectively from Mr. Johnson's standpoint at the time of its occurrence, involved an extreme degree of risk, considering the probability and magnitude of potential harm to others; and two, of which Mr. Johnson had actual subjective awareness of the risk involved, but nevertheless proceeded with conscious indifference to the rights, safety, or welfare of others.

In determining the amount of exemplary damages, you shall consider the evidence, if any, related to the following:

Number 1, the nature of the wrong;

Number 2, the character of Mr. Johnson's conduct;

Number 3, the degree of culpability of Mr. Johnson;

Number 4, the situation and sensibilities of the parties concerned;

5, the extent to which such conduct offends a public sense of justice and propriety;

And 6, the net worth of Mr. Johnson.

All right.  Here's Question Number 4:  Did Mr. Lambert establish by clear and convincing evidence that he is entitled to exemplary damages?

Answer, blank.

If you answer yes, then answer Question 5.  If you answered no, stop.

Question Number 5:  What sum of money, if any, should be assessed against Mr. Johnson and awarded to Mr. Lambert as exemplary damages?

Please answer in dollars and cents.  Answer, dollar sign, blank.

All right.  I'm about to sign this.  But before I do, there is a jury certification, which will serve as your verdict form, on the last page of this, in which the foreperson must sign once they -- the jury has reached a unanimous verdict.  And remember, your verdict will not be final until it's finally published here in the court and accepted.

So, those are the instructions and the charge which I've given you.  I'm signing it at this time.  By the Court's clock, I have 4:08 p.m.

All right.  So, once we've heard from everyone on their closing argument and I release you to deliberate, I will give this to our bailiff, and you'll have it back there in your jury room.  The first thing that I would suggest, is that once you're all assembled in the jury room, you select a foreperson.  And remember, you're not to conduct any deliberations until you're all together, okay?

So, at this time, we will go forward with closing

argument.  For the plaintiffs in this case, Mr. Thompson, for your opening argument you've been allotted 7 minutes.  We'll give you a 1-minute warning.  And we will start once you start talking.

MR. THOMPSON:  If I could have a quick moment to set up, Your Honor?

THE COURT:  Sure.

MR. THOMPSON:  Thank you.

(Brief pause)

MR. THOMPSON:  Ready to proceed, Your Honor.

THE COURT:  Yes, sir.  Go ahead.

MR. THOMPSON:  Ladies and gentlemen, thank you from me, my client, Mr. Lambert, his business.  It's been a long day.  I'm tired.  You sat through a lot, you heard a lot.  We really appreciate it.  Because we came to this court today to try to get justice for Mr. Lambert and to have some justice meted out to Mr. Johnson.

(Noise)

THE COURT:  Sorry.  My phone dropped.  All right, we won't hold that against you.

Go ahead.

MR. THOMPSON:  Everyone ready to go again?  Okay.

So, it started off, you know, we heard from Mr. Lambert this morning, and then this afternoon it sort of got to be a little bit of a sideshow.  So, I just want

everyone to sort of, kind of focus in and think about the one word that should drive your deliberations, and that's evidence, okay?

The Court just told you that your verdict should be driven by the evidence in this case. So, what was the evidence in this case that we heard? Well, we know that Mr. Johnson has been found to have defamed Mr. Lambert. We know that Mr. Johnson has committed a RICO violation, that's done.

The only question -- just the only question before you is the amount of damages. And on that, the only evidence that you heard was from Mr. Lambert. Mr. Johnson didn't put up a shred of evidence, he didn't even rebut it. He didn't give you another figure. These numbers stand unrebutted. That is the unrebutted evidence in this case.

So, I want to direct your attention to the jury charge, because it might be a little confusing. I want to see how -- tell you how these numbers fit in. So, when you go back to the jury room and deliberate you understand how these numbers fit in.

So, Question Number 1, that relates to the RICO charge, okay? And it's RICO damages for both Mr. Lambert and Point Bridge Capital. And those damages are the economic damages that you heard about today.

And it was in poor handwriting, but it was the lost

earned media, if you'll recall, the lost investment, and then there was, what I call, the rehab -- the reputation rehab.  I didn't write those numbers very well.  I'm going to write them a little clearer and say them very slow.

So, Mr. Lambert, the unrebutted evidence showed damages for him of $7,395,106.  Those are what are the economic or special damages that are in your verdict form.

For Point Bridge Capital, it's -- and I'll just write H-L for Hal Lambert.  For Point Bridge Capital it was $7,817,102.  That's the evidence -- that's the unrebutted evidence that should drive your jury verdict.

So, on the jury verdict form, Question Number 1: What amount of damages, if any, did Mr. Lambert prove, by a preponderance of the evidence, he is entitled to recover as a result of Mr. Johnson's predicate acts?  For Mr. Lambert, it's that top number.

Okay, you might just be a little confused about what predicate acts, because that hasn't come in.  That's the wire fraud, that's the extortion, those Federal laws that form the basis of Mr. Lambert and Point Bridge's RICO claim that the Court has already said has been established.  So, that's that number on questions -- that's Number 1.

Question Number 2 is just the number for Point Bridge.  It's that number, the 7 -- the $7.817 million and change.  So, in Question Number 2, we submit -- the plaintiffs

submit that the unrebutted evidence is this bottom number. Question 1 is the top number.

Okay. The next question for the -- to answer is going to be Question 3: What sum of money, if any, would fairly and reasonably compensate Mr. Lambert for the general and specific damages, okay? It's similar to the RICO, and that's fine. It's going to be Mr. Lambert's economic damages, that same number, all right? Those are what are the special damages.

But we also have to decide the general damages. So, that's the -- you know, that's the toll that the defamation and what Mr. Johnson's onslaught of lies caused. You heard Mr. Lambert testify about that. What it's like knowing that that's sticking to his reputation. Having to talk to his daughters about it, having to talk to his wife when that filth was out there. That is the additional damages that you are going to be asked to decide and quantify for Mr. Lambert. It's above and beyond that 7.3 million.

And so, how do we quantify that number? It's really hard, I agree. We've got -- we've got some help. Mr. Johnson helped us out there. Remember when I read that lawsuit that he filed against, I think it was Gawker, he gave you the roadmap. What he said on that kind of undefined general damages, it was 1 to 2 million, I believe. Sorry, it was $2 million, that's the number that he placed on it. He set

the standard, okay?  So, in Question Number 3, we submit it's $2 million, plus the 7.3, all right?

The final question for you on the verdict form, it's sort of the big one, it's the punitive damages number.  And that's the one that really kind of gets at what this case, I think, the message that you're really being asked to deliver here, because you sat through a ridiculous sideshow this afternoon, and I'm sorry about that.  It was a waste of everyone's time.

What are punitive damages?  Look at your jury instructions.  That is the guiding factor.  Exemplary damages or punitive damages are the same thing.  They're intended to compensate -- sorry, they are not -- they are not intended to compensate a party for a loss, but instead are meant to punish a defendant, that's Mr. Johnson, for his conduct.

*LAW CLERK:*  One minute.

*MR. THOMPSON:*  Punish and deter him and others for engaging in similar conduct in the future.

Again, sort of hard to put a number on it.  Mr. Johnson helped us again, in his lawsuit against Gawker.  He put the number at $20 million.  That's what he was asking.  That's how he valued it.  And in the Gawker lawsuit, they -- the defamation that Mr. Johnson sued over -- they said he went to the bathroom on his college dorm room floor or the hallway, that's what he said deserves $20 million.

I submit that this filth that he put forth about Mr. Lambert and the venom behind it, and what he tried to do in destroying Mr. Lambert's life and business is far more egregious.  But $20 million, if Mr. Johnson sets the bar there we're satisfied with that.

Thank you.

THE COURT:  All right.  Why don't we -- if we need to -- Mr. Johnson, are you going to use any of this?  You have the right to have it moved away.

DEFENDANT JOHNSON:  Can you move it?  Can I move it or who moves it?

THE COURT:  They'll move it for you.

DEFENDANT JOHNSON:  All right.

MR. THOMPSON:  I can move it.  I got it.

THE COURT:  So, let's get it set up.  We won't start timing you until you're ready.

(Brief pause)

THE COURT:  All right.  At this time, we'll hear from Mr. Johnson, who has been allotted 10 minutes to do his closing argument.

DEFENDANT JOHNSON:  I won't need near that amount of time.

THE COURT:  We'll give a 1-minute warning.  And we'll begin timing when you start speaking.

DEFENDANT JOHNSON:  Okay.  It's my first time at

this.  So, give me a second.

All right.  One of my favorite movies is the Count of Monte Cristo, I've probably seen it a dozen times.  It's about revenge, it's about how revenge can consume you, how greed can consume you.  And one of my favorite lines of this movie is, Do not commit the crime for which you must now serve the sentence.  If someone accuses you of a conspiracy, stand alone.  If someone accuses you of being vengeful, be of good humor.  And if somebody accuses you of being greedy, give it away.

This is really a case about money, it's about power; I don't have any.  It's also about punishment, they want to punish me.  Well, I submit to you that the greatest punishments that we do to one another are really kind of a spiritual sense.  I'm not going to go there, that's not really the role of a Court.

I was willing to go to jail, though, at one point in this case to prove my innocence.  Now, I did like the literary flourish of Charles Johnson doing the Johnson County Jail, thought that was going to be kind of fun.  But this is real life.

And so, I asked Mr. Lambert, on several occasions, that he cash out the mother of my child and my daughter, I ask it still, okay?

This all started from a drunken night in 2020.

Mr. and Mrs. Lambert, Mr. Greenwill and I all went to Winslow's. Now, it's supposedly a giant conspiracy with Mr. Greenwill and me, but where is he? He's not here. So, I don't know how you have conspiracy by yourself, but whatever. I had very little to drink. I don't really drink all that much, and I have since quit entirely, because anytime you're around alcohol bad things happen. And I drove Mr. Lambert home; in my used car, by the way.

Now, I've changed a lot since 2020. I didn't say the things I'm accused of saying. And I guess I'm liable, fine, whatever, we'll take it up on appeal.

But at one point in my life I believed a lot of stupid things about money. I believed that if I made enough money I could convince my wife to come back; crazy, stupid, okay? But it's right around the time you start to have money you realize all the things it can't do. It can't buy your ex-wife back; not when she's introducing your daughter to her new fiance. And it can't really restore anything really.

Now, Mr. Lambert is a greedy guy. That's why he's pushed me aside to get more and more of the companies I helped start. Fine, he can have them, whatever. He wants more money, more TV, more billionaires in his network. I know more rich people than he does; they're not happy, it sucks, don't do it.

But sometimes more is so much less. That's why so

few of the people I introduced him to want to continue working with him.  That's on him, though.  I, honestly, if I think about it really hard, and if I pray about it more, I feel bad for him.

Now, every time -- there are people out there who take more than they give.  I should know, I used to be one of these people.  I sued twice.  Once because they accused me of screwing a sheep, crapping on the floor in college.  I won $500,000 from that, bankrupted the company.  It was a big deal, it was kind of fun.  But it drove my wife crazy, and she's not my wife anymore.

So I lost more than money.  I lost my family while trying to provide for them.  Isn't that a kicker?  Real life isn't a fairytale.  Don't trust a woman who tells you to move to Texas, and then doesn't move to Texas.  Also, get better predicting global pandemics.  These are things that I should have thought about.

But nobody can take away something you never had. Maybe I should go and get another wife.  I'm working on that, too.  And I've got a new girlfriend, she's like me, she speaks multiple languages, has traveled the world, she may or may not work for another intelligence agency.  I'm a blessed guy.  I can't wait to go and get her.

Now, they say second marriages are the triumph of hope over experience.  What can I say, I'm a super-hopeful

guy.  What I'm not, however, is a rich or monetarily rich guy.

You know, to quote George Strait -- which, you know, I fought long and hard about whether or not I would quote George Strait in Texas.  I really love coming here.  This was -- this was a very fantastic place for me, Texas.  And I loved every minute of it.  It was a very lonely time, because of the pandemic and other matters.  But he says, you know, I ain't rich, but Lord I'm free.  And that's a wonderful thing to be.

Now, JFK, down the street, says, There are no faint hearts in Fort Worth.  I'm hoping to have a better outcome here than President Kennedy.  So, I trust you to make the right decision, whatever it may be.

Somebody once said that they'd rather be governed by the 200 people -- or what was it, the 20,000 names in the Boston phone book, or the 200 people from Harvard faculty, or something like that.  I feel the same way about Fort Worth.  This is a great place.  I've been here five times now.  And no offense or anything, I hope to never come back here, though I think I hit all the museums, all the good restaurants.

Now, I hope you can see this for what it is.  The role of the jury isn't to provide justice, but to prevent injustice.  And I do genuinely feel bad for Mr. Lambert.  I do feel bad that he will never really understand what this case -- court case was really all about.  He got too obsessed with

things.  That's unfortunate, but that's on him.

So, I ask you -- you can look at whatever complicated mathematical figures you want, those are fine, whatever.  I, myself, have used them in the past.  They sort of work, they kind of don't.  You can take them up on appeal, whatever.  But really your job is to prevent injustice.  And I hope you make the right decision, whatever it may be.

And thank you for your time.  And I am really sorry we had to be here.  I tried many times to get out of it.  So, thank you anyway.

THE COURT:  All right.  Thank you, Mr. Johnson.

At this time, we'll call upon you, Mr. Thompson. You have 3 minutes to complete your closing argument.

MR. THOMPSON:  Thank you, Your Honor.

I reserved 3 minutes for rebuttal, because the purpose of rebuttal is to give Mr. Lambert the opportunity to have the last word, because he has the burden of proof in this case.  That's how it's set up.

I don't know what to say.  Because Mr. Johnson just had a 10-minute rant about some of the -- that stuff I have no idea about.  Nothing -- absolutely nothing related to the case.  He just wasted everyone's time, 10 minutes.  We're never going to get that back.

I'd ask you to think about evidence, that is the word that should control your deliberations.  Did you hear a

single piece of evidence that came up?  I didn't.

But I'm not going to need all 3 minutes.  The one thing I just do want to leave you with, is remember that email that Mr. Johnson said that he didn't send, or got hacked and his lawyer gave it, and somehow his lawyer produced it to us but it was a hack and it wasn't his email?  He got really upset about that, because it's the one shred of evidence that came out where he was sort of truthful about things.  And you can go through that, because you see his real net worth there.

Let's go to the second page.  I didn't get a chance to talk about it, because he fought me, and didn't want to engage, and I didn't want to waste people's time.  But at the top of it -- you can look, if you want.  You see it right here.

Mr. Johnson talks about his Bitcoin holdings.  He talks about how he has $600,000 worth of bitcoin, when it was around $900.  He says, I'm interested in liquidating it. Tells you that he hasn't, or he still has it.  When you do the simple math, it comes out to 66 million.

You don't know what he's hiding.  We don't know how he's hidden it.  But don't let him put one over on us.  Give him the full deterrence that he needs, that you're entitled to give him.

And, finally, I just want to say thank you.  It's a long day, you sat through a lot.  And we submit that the

evidence is absolutely clear.  I don't need to do the whole preponderance of the evidence where I say, Oh, the evidence is 50/50, and if we're a feather -- if we're a feather we win. It's not the case.  There's just no evidence whatsoever that Mr. Johnson presented.  And it's really the facts are the facts.  Stick to that.  It's an easy, straightforward decision for y'all.

We thank you.

THE COURT:  All right.  Thank you, Mr. Thompson.

Ladies and gentlemen of the jury, at this time the evidence, the Charge of the Court, and the closing arguments are now before you.

I'm going to hand our bailiff the Charge of the Court that contains your instructions, the verdict form, and the applicable law.  He'll be laying this on the table in the jury room.  Once all of you are present and assembled, the case is formally submitted to you and you can begin your deliberations.

So, at this time, I'll ask you to please step down and accompany him to the jury room.

(Jury retires to deliberate at 4:28 p.m.)

THE COURT:  All right.  Unless there's anything else, we'll stand in recess until the jury reaches a verdict or we get a question.

Anything else for the Court?

MR. THOMPSON: Nothing, Your Honor. Thank you.

THE COURT: All right. We'll stand in recess.

(Short recess taken)

(Jury enters courtroom at 5:27 p.m.)

THE COURT: All right. Point Bridge Capital, LLC, et al vs. Charles Johnson, Cause Number 4:24-CV-988-P.

The jurors had been accused -- excused to begin their deliberations; and the Court has received a verdict.

And so, let me begin by asking who my foreperson was. Could you raise your hand? (Hand raised)

Yes, ma'am. Could you tell me your juror number?

THE FOREPERSON: One.

THE COURT: Juror Number 1, did you hand the jury charge to the Court Security Officer?

THE FOREPERSON: Yes, sir.

THE COURT: Have you-all reached a verdict?

THE FOREPERSON: Yes, sir.

THE COURT: Was your verdict unanimous?

THE FOREPERSON: Yes, sir.

THE COURT: And let me, just out of abundance of caution, I am going to do what's called publish the verdict, which means I'll read the answers that you-all gave to the questions, and then I'll go down to each and every one of you and ask whether I correctly read your verdict and whether it was unanimous. And then I'll give you some instructions and

you go home, okay?

All right. So thank you, ma'am, for serving as our foreperson and handing the verdict form to our bailiff. I've had a chance to review it.

At this time, the Court will publish the verdict. All right.

Question Number 1: What amount of damages, if any, did Mr. Lambert prove by a preponderance of the evidence that he is entitled to recover as a result of Mr. Johnson's predicate acts?

Please answer in dollars and cents.

Answer: $7,500,000.

Question Number 2 -- and both of these two questions relate to civil RICO, I should have said that.

Question Number 2: What amount of damages, if any, did Point Bridge Capital prove, by a preponderance of the evidence, that it is entitled to recover as a result of Mr. Johnson's predicate acts? Please answer in dollars and cents.

$8 million.

At this time we'll speak about defamation.

Question Number 3: What sum of money, if any, would fairly and reasonably compensate Mr. Lambert for the general and specific damages that were proximately caused by Mr. Johnson's defamatory statements?

Please answer in dollars and cents.

$9,500,000.

Question Number 4:  Did Mr. Lambert establish, by clear and convincing evidence, that he is entitled to exemplary damages?

Answer:  Yes.

Question Number 5:  What sum of money, if any, should be assessed against Mr. Johnson and awarded to Mr. Lambert as exemplary damages?

Please answer in dollars and cents.

$15 million.

Signed by our jury foreperson; and dated today, July the 14th of 2025.

Ma'am, is that your signature?

THE FOREPERSON:  Yes, sir.

THE COURT:  All right.  Did I correctly read the jury verdict, and was your verdict unanimous?

THE FOREPERSON:  Yes, sir.

THE COURT:  All right.  I'll go to Juror Number 3. Ma'am, did I correctly read the verdict, and was your verdict unanimous?

THE JUROR:  Yes, Your Honor.

THE COURT:  All right.  Juror Number 5:  Did I correctly read the verdict, and was your verdict unanimous?

THE JUROR:  Yes, Your Honor.

THE COURT: Juror Number 6. Sir, did I correctly read the verdict, and was the verdict unanimous?

THE JUROR: Yes, sir.

THE COURT: Ma'am, I'll go to you, on the top row. Did I correctly read the verdict, and was the verdict unanimous?

THE JUROR: Yes, Your Honor.

THE COURT: All right. Sir, did I correctly read the verdict, and was the verdict unanimous?

THE JUROR: Yes, Your Honor.

THE COURT: And, finally, my 7th juror. Did I correctly read the verdict, and was the jury verdict unanimous?

THE JUROR: Yes, Your Honor.

THE COURT: All right. The Court has polled the jury. And at this time, the jury will be -- the jury's verdict will be received by the Court. Thank you all for your verdict.

Ladies and gentlemen, I have told you, throughout these proceedings, that the only time that you're allowed to discuss the case was when you were all excused and assembled in the jury room after I gave you those instructions. You are now free to talk about the case, and you're released from those instructions.

Thank you, again, for coming down today. Thank you

for taking the time to stay after hours and reach the verdict. So, at this time, you will be excused from your service. You can speak to anyone about your verdict and your deliberations, or you can choose not to.

What I would suggest that you do, would be to gather your things and exit the building, if you choose to do so. Good luck driving home. And, again, thank you for your service. I appreciate it.

(Jury leaves courtroom)

THE COURT: All right. The jury verdict has been received by the Court. And the next steps are an outstanding claim for attorney fees, on your RICO claim you also have an outstanding motion for attorney fees. I'll be entering an order today. This jury verdict will be made a part of the record in this case.

I am asking that by next Monday, July the 21st, you submit your motion for attorney fees. I would also ask that you go ahead and include the previous amounts that were included in the motion. And also submit a proposed judgment in conformity with the jury charge and the jury verdict today and the answers to their questions.

And I will give you a week to respond to that, Mr. Johnson. So, you'll have a week to respond to the motion for attorney fees and the proposed judgment.

And after that, I am highly likely to be entering

the judgment, and we will go from there.

All right.  Stand in recess.  Please be sure and gather all your materials.

Did I leave something out?

*(Discussion between Court and Law Clerk)*

*THE COURT:*  I assumed that you knew this, but you'll need to make a motion as well for your treble damages on your RICO count.

*MR. THOMPSON:*  Correct, Your Honor.

*THE COURT:*  All right.  Any questions for me?

*MR. THOMPSON:*  Not from us, Your Honor.

*THE COURT:*  All right.  Thank you.

*(Proceedings Adjourned)*

## REPORTER'S CERTIFICATE

I, Monica Willenburg Guzman, CSR, RPR, certify that the foregoing is a true and correct transcript from the record of proceedings in the foregoing entitled matter.

I further certify that the transcript fees format comply with those prescribed by the Court and the Judicial Conference of the United States.

Signed this 18th day of July, 2025.


/s/Monica Willenburg Guzman
Monica Willenburg Guzman, CSR, RPR
Texas CSR No. 3386
NCRA No. 32278
Official Court Reporter
The Northern District of Texas
Fort Worth Division


CSR Expires:        7/31/2027

Business Address:   501 W. 10th Street, Room 310
                    Fort Worth, Texas  76102

Telephone:          817.850.6681

E-Mail Address:     mguzman.csr@yahoo.com

**DEFENDANT JOHNSON: [93]** 14/22 17/20 17/22 18/11 18/16 18/19 18/21 19/1 20/24 21/9 21/12 84/5 84/19 84/21 84/23 85/1 85/10 85/12 85/16 86/24 87/1 87/5 87/7 87/9 87/20 87/23 88/3 88/6 91/3 91/5 93/12 93/14 93/17 93/19 94/3 94/13 95/24 96/11 96/18 96/25 97/10 100/11 100/13 100/18 101/8 101/12 101/18 101/23 102/2 102/5 102/15 103/4 103/13 115/5 127/6 135/3 135/10 135/14 154/22 154/25 155/3 155/7 155/10 155/13 155/16 155/18 157/2 157/8 157/13 157/20 157/23 158/3 158/6 158/9 159/3 159/11 159/13 159/19 159/23 164/24 172/8 178/24 179/3 179/25 180/4 182/3 183/1 183/4 185/2 204/10 204/13 204/21 204/25

**LAW CLERK: [3]** 13/16 14/15 203/16

**MR. THOMPSON: [73]** 10/19 10/21 10/23 13/17 14/16 17/7 18/10 18/12 21/3 21/18 21/21 22/6 82/13 83/17 83/24 84/3 86/23 93/8 95/18 101/5 103/7 103/10 103/16 103/19 104/9 104/12 104/14 104/20 107/18 114/23 127/2 133/25 135/2 135/7 139/15 140/19 141/13 147/15 148/14 154/14 156/25 158/1 158/5 159/1 159/7 159/16 159/21 160/1 160/6 164/20 169/13 175/1 178/21 181/2 182/6 182/8 182/13 182/18 182/21 183/23 184/21 186/1 199/5 199/8 199/10 199/12 199/22 203/17 204/14 209/14 212/1 217/9 217/11

**SECURITY OFFICER: [1]** 10/5

**THE COURT: [219]**

**THE FOREPERSON: [6]** 212/12 212/15 212/17 212/19 214/15 214/18

**THE JUROR: [6]** 214/22 214/25 215/3 215/7 215/10 215/14

**THE WITNESS: [51]** 84/11 89/7 89/9 99/16 100/4 100/6 100/8 104/11 104/13 104/17 104/23 127/4 140/25 141/4 141/6 141/8 141/10 143/6 143/8 143/14 144/5 144/8 144/10 145/11 145/15 146/2 146/15 147/1 150/4 150/9 160/16 160/21 169/18 169/20 170/7 170/13 170/22 171/9 171/13 171/22 172/5 175/3 179/15 180/1 180/5 180/22 181/5 181/9 181/12 181/15 182/10

## $

**$1 [1]** 151/24
**$1.6 [2]** 70/16 137/18
**$1.6 million [1]** 137/18
**$15 [1]** 214/11
**$2 [3]** 153/16 202/25 203/2
**$20 [4]** 154/4 203/21 203/25 204/4
**$200,000 [3]** 16/2 16/3 96/5
**$25,000 [1]** 25/22
**$38 [2]** 70/2 70/24
**$385,000 [1]** 70/25
**$40 [1]** 98/10
**$40,000 [1]** 73/5
**$400,000 [2]** 70/21 95/15

**$43.9 [1]** 69/22
**$44 [1]** 69/22
**$5 [1]** 98/10
**$5,617,000 [1]** 68/7
**$5,617,102 [1]** 68/18
**$50,000 [1]** 73/6
**$500 [1]** 31/18
**$500,000 [2]** 155/25 207/9
**$6,794,000 [2]** 68/14 136/19
**$6,794,706 [1]** 67/22
**$600,000 [1]** 210/16
**$640,000 [1]** 74/18
**$7,395,106 [1]** 201/6
**$7,500,000 [1]** 213/12
**$7,817,102 [1]** 201/10
**$7.817 [1]** 201/24
**$794,000 [1]** 136/19
**$8 [1]** 213/20
**$9,500,000 [1]** 214/2
**$900 [1]** 210/17

## '

**'06 [1]** 113/8
**'07 [1]** 113/8
**'08 [1]** 113/8

## .

**...........................182 [1]** 2/11

## /

**/s/Monica [1]** 218/11

## 1

**1-minute [4]** 10/17 186/7 199/3 204/23
**1.6 [3]** 70/19 70/22 71/15
**1/16/2025 [1]** 8/1
**1/2 [1]** 25/3
**10 [8]** 119/2 151/20 160/4 163/6 185/25 186/5 204/19 209/22
**10,000 [1]** 16/14
**10-minute [1]** 209/20
**10/16/2024 [1]** 6/19
**10/22/2023 [3]** 5/3 5/4 5/6
**10/23/2024 [2]** 6/21 6/23
**10/24/2023 [2]** 5/8 5/10
**10/28/2023 [1]** 8/11
**100 [3]** 101/3 153/3 154/13
**102 [1]** 34/6
**105,134 [2]** 2/8 3/8
**108 [1]** 138/21
**10:20 [2]** 1/7 10/2
**10th [2]** 1/20 218/17
**11 [5]** 110/7 110/12 123/5 132/8 163/1
**11/14/2019 [1]** 8/17
**111 [1]** 69/14
**113 [3]** 149/6 149/7 151/11
**114 [5]** 21/5 21/8 21/14 152/15 152/21
**12 [4]** 23/24 73/7 123/23 125/16
**127 [2]** 2/8 3/8
**13 [6]** 24/11 24/19 125/9 151/9 151/10 151/11
**135 [1]** 3/10
**136 [1]** 2/9
**14 [2]** 1/6 10/2
**14th [1]** 214/13
**15 [2]** 146/25 148/21
**15-minute [1]** 183/6

**155 [2]** 2/9 3/10
**16 [2]** 24/13 153/6
**161 [2]** 2/10 3/9
**1624 [1]** 1/16
**172 [2]** 2/10 3/9
**18th [1]** 218/9
**19 [1]** 113/24
**1900 [1]** 1/13
**1983 [1]** 162/1
**1987 [2]** 162/1 162/7
**1991 [1]** 25/4
**1992 [1]** 109/11
**1998 [1]** 26/9
**19th [2]** 48/7 48/13
**1:00 [4]** 82/21 82/23 83/13 84/7

## 2

**20 [4]** 35/3 89/6 104/6 146/25
**20,000 [1]** 208/15
**20-plus [1]** 29/12
**200 [2]** 208/15 208/16
**2005 [1]** 113/8
**2007 [1]** 163/10
**2008 [1]** 128/11
**2009 [2]** 113/25 133/13
**200K [6]** 141/19 141/22 142/2 142/9 142/15 142/23
**2015 [2]** 36/2 172/13
**2016 [8]** 16/25 36/2 39/25 41/1 86/19 89/11 89/14 163/21
**2018 [1]** 142/4
**2019 [5]** 8/17 90/24 91/8 127/22 139/17
**20194 [1]** 1/17
**2020 [11]** 41/1 43/13 45/10 45/10 45/13 102/17 139/17 143/3 151/8 205/25 206/9
**2023 [15]** 4/21 4/23 5/3 5/4 5/6 5/8 5/10 8/11 45/13 47/19 48/8 48/13 50/23 57/5 58/7
**2024 [11]** 6/12 6/19 6/21 6/23 7/21 7/22 7/24 58/8 65/15 86/21 139/21
**2025 [8]** 1/6 7/4 7/6 8/1 8/9 10/2 214/13 218/9
**2027 [1]** 218/16
**21 [1]** 24/20
**214.743.4500 [1]** 1/14
**21st [1]** 216/16
**22 [2]** 2/7 3/11
**2200 [1]** 1/13
**22nd [2]** 50/23 57/5
**23rd [1]** 139/21
**24th [1]** 143/3
**25 [2]** 24/15 55/10
**26 [2]** 51/22 77/17
**28 [3]** 6/24 27/2 48/1

## 3

**3/15/2023 [1]** 4/21
**30 [7]** 22/15 27/21 59/14 76/20 94/1 183/10 184/4
**300 [1]** 70/24
**310 [2]** 1/20 218/17
**32278 [1]** 218/12
**3386 [1]** 218/12
**3800 [1]** 70/24
**3CON [3]** 112/19 113/1 128/11

**4**

**4/2/2024 [1]** 7/21
**4/5/2025 [1]** 7/4
**40 [3]** 53/25 55/6 142/17
**40-something [1]** 51/20
**401 [1]** 30/19
**43 [1]** 69/21
**43.9 [1]** 70/18
**4:08 [1]** 198/17
**4:24-CV-00988-P [1]** 1/4
**4:24-CV-988-P [4]** 84/15 184/11 185/11 212/6
**4:28 [1]** 211/21

**5**

**5.5 [1]** 70/2
**5.55 [1]** 70/19
**5/1/2023 [1]** 4/23
**5/20/2024 [1]** 7/22
**50 [9]** 22/20 46/23 46/24 49/17 51/10 58/2 77/3 163/5 211/3
**50,000 [2]** 73/11 73/11
**50/50 [1]** 211/3
**501 [2]** 1/20 218/17
**52 [1]** 77/15
**53 [1]** 79/25
**5:27 [1]** 212/4

**6**

**6,794,706 [1]** 68/16
**6,800,000 [1]** 67/22
**60 [1]** 142/16
**600,000 [1]** 74/20
**617.429.4718 [1]** 1/17
**64 [3]** 139/19 153/23 158/5
**66 [2]** 153/24 210/19
**6th [1]** 175/11

**7**

**7-0-6 [1]** 136/19
**7.3 [2]** 202/18 203/2
**7.39 [1]** 75/1
**7.81 [1]** 75/2
**7/31/2027 [1]** 218/16
**7/7/2025 [1]** 7/6
**7/8/2025 [1]** 8/9
**71 [1]** 72/18
**74 [1]** 153/6
**75201 [1]** 1/14
**76102 [2]** 1/20 218/17
**7:17 [1]** 56/14
**7th [1]** 215/11

**8**

**80 [1]** 142/24
**817.850.6681 [2]** 1/21 218/18
**85 [3]** 2/7 3/11 101/1
**88 [3]** 59/6 60/2 60/15
**89 [1]** 57/21
**8:37 [1]** 79/3

**9**

**9/11 [4]** 110/7 110/12 132/8 163/1
**9/17/2024 [1]** 7/24
**9/19/2024 [1]** 6/12
**90 [2]** 13/19 65/20
**92 [1]** 161/2

**95 [2]** 66/19 67/13
**96 [1]** 67/10
**97 [1]** 36/16

**A**

**a.m [2]** 1/7 10/2
**abiding [1]** 109/21
**ability [15]** 28/23 29/21 33/9 107/12 112/18 115/14 116/11 116/14 117/14 122/5 168/20 168/21 168/24 168/25 169/5
**able [13]** 13/3 24/14 25/9 26/11 30/9 32/9 38/19 61/21 62/3 79/9 93/11 101/15 102/7
**about [244]**
**above [1]** 202/18
**abroad [1]** 129/12
**absolutely [7]** 11/5 60/21 83/24 149/19 180/17 209/21 211/1
**abundance [1]** 212/20
**abuse [1]** 179/24
**accept [4]** 128/15 164/25 190/13 190/16
**accepted [2]** 189/8 198/14
**accepting [1]** 134/14
**access [2]** 40/8 46/15
**accident [1]** 62/5
**accommodate [1]** 126/18
**accompany [1]** 211/20
**according [1]** 67/21
**account [7]** 31/14 31/14 31/16 31/19 80/20 80/21 128/14
**accountant [1]** 124/9
**accounts [1]** 25/19
**accurate [6]** 56/22 141/23 141/24 144/2 175/10 175/23
**accusations [2]** 166/9 195/12
**accused [12]** 14/24 75/24 75/25 77/9 78/7 92/24 93/4 135/22 143/17 206/10 207/7 212/7
**accuses [5]** 15/15 56/21 205/7 205/8 205/9
**accusing [5]** 16/12 52/19 52/20 56/22 59/18
**acquire [1]** 122/8
**acquired [1]** 122/12
**acquiring [2]** 112/5 112/18
**across [1]** 30/8
**act [9]** 90/23 91/8 91/10 127/22 127/23 163/5 192/25 193/22 197/5
**acted [3]** 13/24 126/17 195/5
**acting [2]** 17/14 131/5
**action [3]** 108/9 167/6 189/6
**actions [3]** 147/24 151/16 193/3
**active [3]** 14/4 127/13 162/13
**actively [1]** 44/11
**activity [6]** 14/12 60/20 167/10 168/11 193/20 193/24
**actors [2]** 117/10 117/11
**acts [8]** 193/19 193/23 194/4 194/10 201/15 201/18 213/10 213/18
**actual [5]** 78/17 151/16 151/23 195/20 197/9
**actually [38]** 12/11 18/7 24/11 25/8 28/17 40/20 40/21 41/13 48/9 48/21 61/12 66/15 73/7 82/5 95/9 95/25 96/4 107/15 111/23 112/25 117/18 119/6

120/18 124/21 125/2 143/22 145/8 145/15 145/21 147/6 148/3 156/3 158/20 163/21 172/23 174/21 181/1 183/10
**ad [1]** 13/6
**add [2]** 82/3 192/19
**addition [1]** 196/9
**additional [1]** 202/16
**address [11]** 21/11 40/19 84/23 140/15 140/16 155/10 156/11 191/25 195/8 218/17 218/19
**Adjourned [1]** 217/13
**adjudicating [1]** 126/5
**adjustment [1]** 27/11
**Administration [2]** 118/12 119/16
**administrative [1]** 165/19
**admission [3]** 20/23 21/7 130/22
**admit [1]** 137/8
**admitted [10]** 4/2 21/14 21/16 34/6 98/15 115/6 187/14 190/5 190/8 191/9
**admittedly [1]** 157/3
**admonish [2]** 148/18 167/1
**admonishment [4]** 83/7 146/22 148/1 167/5
**adult [1]** 22/16
**adults [2]** 34/18 76/15
**advantage [1]** 118/9
**adversaries [1]** 120/12
**adversary [1]** 61/3
**advice [2]** 105/22 133/15
**advising [1]** 25/19
**AdvisorAssist [1]** 91/20
**affect [3]** 56/10 75/15 125/22
**affected [1]** 195/14
**affiliate [1]** 43/15
**affiliated [1]** 42/11
**affiliation [1]** 98/19
**affordable [1]** 24/6
**Afghanistan [2]** 163/17 164/4
**afloat [1]** 71/13
**afoul [1]** 171/23
**afraid [7]** 56/24 97/14 98/6 104/24 130/20 131/14 148/18
**after [50]** 11/25 13/12 14/4 15/16 19/20 20/4 20/9 22/21 22/22 24/3 26/10 29/2 37/25 38/12 45/19 46/20 46/22 56/20 57/5 57/16 57/17 58/8 63/8 65/13 67/1 67/17 67/18 69/3 69/24 79/2 80/20 80/23 98/7 114/2 114/17 133/18 158/20 171/2 171/17 176/4 176/7 181/24 185/20 189/17 191/14 192/2 192/3 215/22 216/1 216/25
**afternoon [3]** 105/6 199/24 203/8
**again [50]** 10/24 17/14 18/24 19/17 20/1 21/6 24/19 27/6 30/3 30/6 30/11 39/7 43/25 44/15 44/18 50/6 51/11 52/15 53/20 56/17 58/14 62/7 62/13 63/23 67/8 68/2 70/18 71/22 72/8 76/1 76/7 77/12 79/17 80/5 81/5 81/12 97/7 99/1 99/10 106/15 123/3 134/22 136/14 185/23 186/5 199/22 203/19 203/20 215/25 216/7
**against [20]** 12/3 52/22 57/9 57/10 77/18 80/4 110/4 117/10 123/2 123/10 129/9 132/20 152/16 157/18 173/22 198/4 199/20 202/22 203/20 214/8

**A**

age [2] 150/21 160/22

**agencies [18]** 105/24 109/25 110/1 110/16 115/22 116/11 116/18 118/24 119/17 120/12 122/5 126/14 131/16 132/16 132/21 132/24 146/7 162/3

**agency [18]** 105/19 109/11 110/8 112/7 112/7 114/7 117/22 119/20 119/23 129/10 145/16 145/19 145/24 165/17 177/4 177/5 180/2 207/22

**agenda [1]** 56/4

**agent [29]** 88/13 118/23 118/24 130/25 146/3 164/25 165/8 165/10 165/14 165/16 166/25 167/3 167/3 167/4 168/16 169/23 170/11 170/16 170/17 170/23 171/7 171/9 171/14 174/8 174/20 179/13 180/20 180/24 181/21

**agents [10]** 117/7 117/14 118/10 146/6 164/17 171/3 171/22 173/17 176/6 177/3

**aggressive [2]** 112/12 126/25

**ago [13]** 15/22 23/2 56/6 70/13 71/25 74/3 89/3 95/20 101/9 104/6 126/1 144/24 160/17

**agree [1]** 202/20

**agreed [2]** 96/3 121/4

**ahead [21]** 10/6 17/21 100/10 105/1 115/8 125/17 125/17 142/12 145/24 149/3 160/22 161/8 165/2 174/11 174/13 174/18 180/8 183/11 199/11 199/21 216/18

**AI [6]** 16/9 41/21 42/3 45/24 66/9 158/12

**aids [1]** 190/24

**ain't [1]** 208/8

**air [1]** 163/11

**al [4]** 1/4 84/15 184/10 212/6

**alarm [2]** 131/4 132/1

**alarms [1]** 126/14

**alcohol [1]** 206/7

**all [191]** 10/3 10/12 10/15 12/9 14/19 15/17 15/17 19/11 20/4 20/9 20/12 20/15 21/6 21/13 21/19 21/23 24/13 27/11 31/12 32/16 34/1 34/20 35/5 35/12 35/14 37/21 37/22 39/14 43/10 44/20 53/8 54/21 55/1 55/11 55/13 56/19 62/4 62/6 62/11 63/10 64/6 64/23 66/6 67/10 69/5 70/8 71/11 71/12 71/16 71/22 72/17 73/17 73/21 74/22 74/25 75/5 76/6 76/6 76/7 76/18 77/20 78/2 80/22 82/14 83/5 84/6 84/10 87/25 91/7 91/21 96/4 96/5 96/7 96/20 97/1 99/7 101/15 102/1 102/16 103/6 103/8 103/16 103/18 104/8 104/18 107/25 109/14 109/21 115/6 115/9 116/16 116/24 117/6 122/5 122/22 124/18 125/18 126/2 126/6 128/22 130/11 131/3 135/4 135/17 137/21 138/11 139/3 147/21 148/18 149/23 150/3 157/24 159/4 159/5 159/12 159/15 159/17 159/24 160/11 164/19 164/25 166/11 166/18 168/23 172/6 173/2 173/14 173/18 174/13 175/13 179/14 181/15 182/9 183/13 183/16 183/19 183/24 184/9 184/14 186/3 186/6 186/8 187/2 187/18

187/18 189/18 190/3 191/11 192/9 197/22 198/8 198/18 198/22 198/24 199/19 202/8 203/2 204/7 204/13 204/18 205/2 205/25 206/1 206/5 206/16 208/20 208/20 208/25 209/11 210/2 211/9 211/16 211/22 212/2 212/5 212/16 212/22 213/2 213/6 214/16 214/19 214/23 215/8 215/15 215/17 215/21 216/10 217/2 217/3 217/10 217/12

**all-time [1]** 70/8

**all-too-plausible [1]** 116/16

**allegation [2]** 119/6 121/6

**allegations [16]** 12/13 13/23 58/6 99/12 123/2 123/9 123/10 124/1 125/3 125/4 125/24 132/13 132/22 134/19 140/2 196/23

**alleged [1]** 134/9

**allegedly [2]** 96/21 161/21

**Allen [1]** 146/19

**alligator [2]** 43/8 43/9

**allotted [2]** 199/2 204/19

**allow [4]** 20/9 113/2 122/21 183/15

**allowed [9]** 19/21 19/24 101/21 121/3 123/13 155/15 178/7 182/24 215/20

**almost [4]** 69/21 69/21 177/20 184/6

**alone [5]** 15/17 119/24 188/19 195/24 205/8

**along [4]** 108/20 113/19 116/4 166/6

**ALPHABETICAL [1]** 3/5

**already [22]** 11/10 11/10 18/24 35/11 50/25 51/3 52/6 61/21 66/10 94/5 110/14 110/21 121/4 130/6 134/12 147/9 147/10 157/17 157/18 180/19 195/25 201/21

**also [48]** 13/14 13/15 14/8 14/11 20/1 24/6 33/2 33/17 35/6 37/13 39/11 48/25 50/13 50/13 53/17 55/24 57/4 68/6 89/9 105/22 107/11 110/1 110/25 117/7 118/3 119/20 120/23 130/18 132/8 144/1 145/18 156/16 156/19 162/21 164/2 166/17 166/20 167/8 170/20 183/7 193/13 196/10 202/10 205/12 207/15 216/12 216/17 216/19

**alternate [1]** 138/5

**alternative [3]** 66/8 136/21 136/23

**although [2]** 17/14 131/13

**always [8]** 24/10 29/1 43/16 43/18 44/17 160/21 161/5 191/25

**am [33]** 10/19 15/11 22/14 36/20 52/1 56/11 68/23 78/9 97/7 99/2 101/10 105/18 119/5 124/9 137/21 138/15 138/18 143/15 147/2 148/7 149/17 149/19 154/25 157/3 157/15 161/14 171/22 179/8 185/16 209/8 212/21 216/16 216/25

**amazing [1]** 173/7

**Amazon [1]** 166/22

**Amendment [1]** 146/9

**American [1]** 120/18

**Ameritrade [1]** 31/15

**among [4]** 16/24 110/16 126/14 167/3

**amongst [1]** 83/9

**amount [15]** 23/6 68/3 69/19 153/15 187/5 192/13 192/19 194/1 194/8 197/12 200/11 201/13 204/21 213/7 213/15

**amounts [2]** 100/2 216/18

**amplified [1]** 14/5

**amplify [5]** 62/17 62/22 62/23 79/9 79/13

**analysis [1]** 26/21

**analyze [1]** 32/9

**anchor [1]** 100/14

**Andrews [1]** 85/6

**Anduril [5]** 85/23 142/19 142/20 142/21 142/23

**anecdote [1]** 37/16

**Angeles [2]** 41/4 165/17

**Angleton [1]** 146/18

**another [15]** 28/11 57/16 57/17 72/9 91/20 138/12 145/16 160/22 167/5 168/8 177/4 200/14 205/14 207/19 207/22

**answer [41]** 99/17 111/12 111/15 111/16 118/14 118/14 134/11 137/22 141/11 150/7 156/10 169/6 169/9 174/19 175/2 186/25 187/2 192/2 192/12 192/14 192/14 192/15 192/20 194/5 194/6 194/11 194/11 196/7 196/7 197/25 198/1 198/1 198/6 198/6 202/3 213/11 213/12 213/18 214/1 214/6 214/10

**answer is [1]** 137/22

**answered [3]** 178/14 178/22 198/2

**answering [5]** 143/11 174/14 180/9 192/6 192/12

**answers [12]** 109/22 147/7 147/13 147/17 148/17 187/1 191/15 191/17 192/18 192/20 212/22 216/21

**any [110]** 21/15 23/25 29/20 29/23 38/19 39/17 42/11 45/25 46/2 46/14 52/25 59/16 60/17 61/1 61/3 65/23 69/5 69/7 73/7 83/4 83/10 83/10 83/18 85/12 88/21 91/11 91/13 92/6 94/19 94/21 94/23 96/20 97/11 98/8 100/4 103/6 114/13 115/4 119/23 121/22 127/18 129/20 129/22 133/5 133/24 136/25 138/3 145/7 146/10 146/22 147/13 157/22 159/4 159/9 159/15 163/22 164/9 164/23 165/4 167/19 167/23 168/1 168/2 168/2 170/4 170/15 172/6 175/6 180/20 182/5 182/18 184/4 184/25 186/14 188/22 188/23 189/9 189/16 190/14 190/17 190/18 190/23 191/4 191/8 191/19 191/21 192/8 192/14 192/15 192/16 192/17 192/19 192/20 193/2 194/1 194/8 194/17 196/3 197/13 198/3 198/23 201/13 202/4 204/8 205/12 213/7 213/15 213/22 214/7 217/10

**anybody [5]** 29/23 31/18 69/7 156/6 169/16

**anymore [3]** 25/14 92/19 207/11

**anyone [10]** 64/16 83/9 93/5 98/10 130/2 145/24 157/4 191/19 192/4 216/3

**anything [32]** 17/23 23/5 29/20 33/19 40/15 45/4 51/11 57/15 62/16 63/13 65/21 69/1 70/15 73/8 79/22 83/15 84/4 92/22 99/24 100/3 100/8 119/19 168/1 168/2 168/6 171/19 174/22 184/22 206/18 208/19 211/22 211/25

**anytime [3]** 28/1 63/7 206/6

## A

**anyway [2]** 130/20 209/10
**anywhere [2]** 47/18 57/13
**apart [1]** 31/5
**aperture [4]** 15/7 16/11 45/20 90/20
**apologize [4]** 53/6 55/23 104/23 109/8
**apparently [1]** 179/22
**appeal [5]** 18/9 130/11 130/13 206/11 209/5
**appealed [1]** 18/11
**appear [3]** 46/7 57/4 101/21
**appearance [3]** 36/24 37/25 38/12
**appearances [6]** 36/16 37/10 37/17 37/18 38/9 65/15
**appeared [2]** 13/2 38/10
**appearing [2]** 36/7 38/23
**appellate [1]** 148/12
**applicable [1]** 211/15
**applied [2]** 90/9 120/5
**applies [1]** 192/18
**apply [1]** 186/12
**appointee [1]** 113/24
**appraisals [1]** 171/3
**appreciate [4]** 133/21 134/24 199/15 216/8
**approach [5]** 21/24 28/20 30/2 135/11 168/25
**approaches [3]** 21/25 30/6 135/12
**appropriate [1]** 56/12
**approve [1]** 111/17
**approved [3]** 121/8 132/12 192/18
**approximately [1]** 70/20
**April [1]** 45/11
**arbitrage [1]** 26/20
**Ardon [1]** 89/2
**are [193]** 13/11 14/9 15/2 15/3 16/7 17/1 17/2 19/7 19/24 20/7 20/13 22/17 23/15 27/1 30/18 31/4 31/10 31/21 32/3 32/10 32/17 33/12 33/16 33/24 34/10 34/17 34/17 35/4 36/7 36/18 37/10 45/14 47/20 49/20 51/25 53/20 54/1 54/20 55/3 55/16 55/19 57/22 59/3 60/10 60/19 60/24 61/24 63/9 63/11 64/22 64/24 66/24 67/23 68/22 70/11 73/14 73/22 74/6 74/17 75/8 75/20 76/16 78/11 78/13 78/14 78/17 81/10 82/9 91/8 92/6 94/10 96/19 97/16 99/11 101/24 101/25 106/18 107/14 109/25 112/23 113/3 113/7 116/1 116/22 116/24 117/24 117/24 118/1 119/4 119/6 119/17 120/4 121/3 121/5 123/19 124/4 125/3 125/14 125/23 125/24 126/8 127/21 127/24 128/1 128/22 130/12 131/14 132/22 132/24 132/25 137/20 143/24 149/25 150/20 150/21 151/2 154/23 156/20 156/21 156/23 157/22 158/15 158/16 161/18 163/13 164/18 166/19 167/4 167/6 167/14 167/22 168/15 169/11 169/16 173/11 173/17 173/18 176/10 177/14 178/15 179/9 181/4 182/16 182/24 185/18 186/13 186/14 186/21 186/21 186/22 188/13 188/14 188/19 189/13 189/20 190/23 191/1 191/4 191/17 192/3 192/9 192/21 193/18 193/23 193/25 194/21 196/11 196/12 198/15 200/23 201/6 201/6 201/7

202/8 202/8 202/16 203/10 203/12 203/13 203/13 203/14 204/8 205/14 207/5 207/16 207/24 208/10 209/3 211/5 211/12 211/16 215/22 216/11
**area [5]** 43/20 86/17 158/25 162/17 163/3
**areas [1]** 30/16
**aren't [1]** 82/11
**argue [1]** 132/1
**arguing [1]** 134/16
**argument [14]** 18/13 18/15 97/4 98/5 132/3 157/11 182/25 186/19 186/21 198/19 199/1 199/2 204/20 209/13
**arguments [10]** 20/6 20/6 20/15 183/7 183/16 185/6 185/21 186/18 186/20 211/11
**armored [1]** 162/5
**around [12]** 24/7 24/22 25/13 96/1 142/16 142/16 143/20 171/3 172/14 206/7 206/15 210/17
**arrest [2]** 49/7 50/14
**arrested [8]** 49/2 49/3 49/5 49/9 50/20 51/9 64/8 146/4
**Article [1]** 7/9
**artificial [1]** 66/9
**aside [1]** 206/20
**ask [44]** 20/12 47/22 52/25 77/13 78/4 82/4 85/5 85/9 85/12 85/15 88/2 99/9 100/17 124/23 127/16 141/15 141/24 145/4 146/18 148/16 148/19 149/4 150/6 154/20 155/6 155/8 170/1 176/4 177/6 177/8 177/13 178/1 178/13 179/6 179/7 179/12 185/24 187/22 205/23 209/2 209/24 211/19 212/24 216/17
**asked [21]** 14/1 16/1 18/2 39/21 63/25 78/12 80/23 82/3 89/21 104/20 107/9 111/13 124/13 124/24 124/25 131/12 142/6 178/22 202/17 203/6 205/22
**asking [14]** 14/17 60/5 93/21 95/9 112/2 124/4 128/13 155/5 157/4 169/24 178/11 203/21 212/9 216/16
**aspect [2]** 39/1 39/6
**aspects [2]** 54/22 61/25
**assassinate [1]** 180/3
**assassination [2]** 76/19 77/4
**assault [5]** 12/14 62/1 123/2 135/23 195/13
**assaulted [1]** 134/10
**assaulting [2]** 64/9 78/8
**assembled [3]** 198/22 211/16 215/21
**assess [1]** 11/17
**assessed [3]** 120/5 198/4 214/8
**assessing [1]** 164/12
**assessment [1]** 117/5
**assessments [1]** 128/18
**asset [7]** 65/5 145/13 146/1 146/12 146/14 165/4 168/17
**assets [6]** 143/22 145/8 146/20 159/5 159/9 168/18
**assigned [7]** 162/2 162/8 162/10 163/3 163/17 163/18 165/16
**assignment [2]** 107/8 115/11
**assigns [1]** 195/19
**assist [3]** 106/2 128/7 186/22
**assistant [1]** 113/4
**associate [1]** 44/13

**Associates [1]** 72/22
**associations [1]** 12/14
**assume [4]** 98/4 121/24 146/13 172/23
**assumed [2]** 134/7 217/6
**assumption [3]** 108/6 120/11 172/24
**assumptions [2]** 134/15 134/21
**assurances [1]** 112/3
**athlete [1]** 63/22
**attack [8]** 35/24 39/15 47/16 56/9 58/17 60/8 62/1 82/6
**attacked [4]** 22/21 22/22 35/9 35/9
**attacking [3]** 51/20 78/1 78/1
**attacks [23]** 13/1 13/18 39/18 57/3 58/4 62/13 64/10 65/14 67/1 67/2 68/19 69/3 69/4 69/21 69/24 70/5 70/14 73/17 73/19 74/7 81/20 99/21 110/23
**attend [2]** 40/18 40/22
**attention [3]** 78/7 168/7 200/16
**attorney [21]** 17/5 17/15 81/23 91/6 98/1 101/22 130/10 166/18 166/19 166/20 167/8 167/16 181/7 183/15 184/17 186/18 186/20 216/12 216/13 216/17 216/24
**attorney's [1]** 153/15
**attorneys [1]** 20/1
**attracting [1]** 124/21
**attributed [1]** 110/15
**audio [4]** 59/9 59/10 60/4 60/16
**audit [1]** 168/22
**August [2]** 65/14 77/17
**Austin [3]** 24/4 78/8 88/10
**Australian [1]** 90/5
**authorities [7]** 49/9 111/24 116/24 117/4 118/21 163/6 163/7
**authority [10]** 115/13 116/2 116/6 116/12 116/18 123/12 126/12 166/10 168/20 169/1
**authorized [3]** 167/7 167/10 179/20
**available [1]** 38/1
**averse [1]** 125/5
**avoid [2]** 52/25 94/7
**award [10]** 117/14 154/3 164/3 164/4 168/20 193/7 193/13 195/24 196/2 196/14
**awarded [3]** 123/19 198/4 214/8
**awards [3]** 163/22 163/24 164/5
**aware [12]** 76/16 93/7 94/24 95/1 96/3 96/19 130/10 130/23 173/17 178/15 178/18 179/9
**awareness [1]** 197/9
**away [12]** 27/9 66/7 66/13 82/12 125/5 144/3 161/3 168/21 181/23 204/9 205/10 207/18

## B

**back [54]** 10/4 15/10 20/10 24/24 25/7 25/18 26/4 28/24 35/14 43/25 49/22 65/14 66/4 72/8 72/9 76/24 79/5 81/17 82/11 82/17 82/21 83/12 84/6 84/8 84/14 89/10 89/13 93/3 111/3 127/9 128/11 146/25 148/9 148/21 148/24 151/20 178/3 178/11 182/15 183/6 183/12 183/13 184/3 184/9 185/5 185/7 185/10 185/18 198/20 200/19 206/14 206/17 208/19 209/23

**B**

backed [1] 15/22

**background [12]** 23/12 89/23 90/2 91/11 91/13 91/15 105/25 106/17 108/25 109/5 109/8 161/23

**backing [3]** 86/19 86/21 86/22

**bad [18]** 54/15 63/12 75/23 80/15 91/3 119/16 119/23 119/24 123/16 129/8 133/1 142/11 147/21 171/6 206/7 207/3 208/23 208/24

**badly [2]** 99/4 132/16

**bailiff [4]** 191/22 198/20 211/13 213/3

**Baker [31]** 2/8 3/8 8/23 103/17 104/9 104/15 104/15 105/2 105/6 105/8 105/11 106/1 106/17 107/6 107/17 107/20 107/22 110/6 113/3 113/20 114/25 115/9 116/3 119/2 119/25 125/8 127/2 134/3 134/5 134/24 135/5

**Balad [1]** 163/11

**band [2]** 132/2 132/4

**bank [7]** 25/10 25/12 25/13 25/14 25/15 25/23 162/8

**bankrupt [2]** 155/25 156/5

**bankruptcy [1]** 156/1

**bankrupted [2]** 154/8 207/9

**bar [4]** 67/18 67/18 69/19 204/4

**Barack [1]** 66/10

**barbecue [1]** 15/19

**Barnard [1]** 5/9

**barrel [1]** 174/1

**barrier [1]** 128/19

**bars [1]** 117/7

**base [1]** 163/11

**baseball [1]** 24/1

**based [10]** 42/16 68/24 111/14 124/6 138/1 143/2 182/22 183/21 192/15 195/23

**baseless [2]** 13/23 56/6

**basic [1]** 83/25

**basically [19]** 20/13 25/8 25/20 30/18 34/19 47/17 50/19 52/11 52/12 52/20 53/19 57/1 59/3 65/17 74/8 129/17 131/10 133/16 162/19

**basis [9]** 28/3 64/5 98/8 98/13 98/16 98/23 121/24 121/25 201/20

**Bass [5]** 26/12 27/4 88/18 89/2 89/5

**Basses [3]** 26/18 26/25 27/23

**bathroom [1]** 203/24

**be [186]** 10/12 11/8 12/11 14/16 15/3 17/16 17/21 18/8 18/23 21/10 21/14 30/9 31/6 31/12 31/13 32/9 36/11 37/4 37/5 38/16 38/19 38/24 39/9 43/15 43/16 44/10 44/12 46/8 47/4 50/10 50/20 51/4 52/14 55/3 57/4 58/14 59/16 61/21 62/11 63/10 64/8 64/15 64/16 69/6 69/8 73/8 74/18 75/7 75/11 77/7 78/10 79/9 81/1 82/7 82/18 82/22 83/6 83/7 83/12 85/14 87/6 91/5 93/11 93/20 94/5 94/11 97/8 101/14 101/16 102/7 102/11 103/8 103/9 103/11 103/23 103/23 104/1 106/21 106/24 108/1 109/1 109/14 112/23 112/24 113/1 113/11 113/19 114/17 115/11 115/23 116/25 117/6 118/17 118/23 118/23 119/15 120/22 123/16 123/19 128/23 129/5 130/8 130/20 131/7 131/10 132/15 134/13 135/1 141/9

145/16 145/19 145/20 146/13 146/15 146/25 148/10 148/21 159/20 160/8 160/12 160/19 161/6 167/5 169/15 171/7 171/10 172/3 172/24 174/2 174/6 175/23 177/7 181/8 181/9 182/7 182/23 182/24 183/10 183/11 183/18 183/25 184/3 185/3 185/16 186/8 187/1 189/6 189/7 189/9 190/10 190/19 191/3 192/10 192/17 192/17 195/2 195/18 195/19 195/23 198/4 198/12 199/25 200/4 200/17 201/17 202/4 202/7 202/17 205/8 205/20 207/6 208/9 208/13 208/14 209/7 209/9 211/15 214/8 215/16 215/17 216/2 216/5 216/13 216/14 216/25 217/2

**because [108]** 11/11 12/17 13/3 15/9 15/21 16/6 16/8 18/4 19/6 22/19 23/4 23/6 27/11 29/13 29/20 32/16 32/17 37/6 38/6 39/5 44/15 47/9 52/19 52/20 54/12 54/19 61/9 61/18 61/24 66/5 69/8 69/10 71/5 71/22 71/23 73/8 73/17 75/8 76/1 76/21 77/4 81/13 82/6 83/22 87/20 92/22 97/20 98/17 99/12 99/13 100/13 102/11 102/13 108/11 108/19 109/15 111/7 112/6 114/8 115/19 116/22 118/20 119/21 121/25 122/24 123/12 123/19 125/1 125/3 125/19 131/14 132/14 134/14 144/23 151/15 152/2 154/16 156/21 161/5 162/21 163/2 166/3 166/10 169/23 170/20 172/1 175/5 175/10 177/18 178/8 181/3 185/7 186/13 188/5 192/14 199/15 200/17 201/18 203/7 206/6 207/7 208/6 209/15 209/17 209/19 210/7 210/9 210/11

**become [1]** 122/9

**becomes [1]** 173/22

**been [110]** 11/10 15/18 16/17 16/18 16/24 18/24 20/22 22/9 22/15 23/7 23/7 23/8 23/8 27/2 27/21 29/7 29/11 34/6 34/23 35/2 35/11 36/1 39/5 39/25 40/10 42/12 44/16 50/25 51/3 51/22 57/24 59/1 69/5 69/6 70/5 71/6 73/18 73/19 75/23 75/23 76/11 77/18 77/25 78/6 81/11 81/11 83/19 87/12 88/12 89/5 90/11 90/15 92/23 92/24 93/4 93/21 94/1 94/5 96/15 96/20 103/1 105/3 116/12 117/12 117/13 123/6 124/22 124/22 125/20 126/1 129/19 130/3 130/6 132/13 133/11 133/12 133/16 135/19 140/2 142/4 143/2 143/18 145/6 146/9 147/22 151/23 153/11 157/18 161/10 165/1 170/20 177/2 177/18 177/20 179/5 179/5 180/19 184/17 187/15 188/17 189/1 190/19 199/2 199/13 200/7 201/21 204/19 208/18 212/7 216/10

**before [37]** 1/9 13/1 19/13 20/18 22/1 23/9 23/16 35/24 36/12 39/17 45/7 54/6 58/11 58/22 69/2 69/4 73/22 77/9 77/12 83/15 89/13 96/17 110/7 117/10 125/20 128/2 128/15 135/13 140/18 146/21 160/14 164/10 187/4 192/1 198/8 200/10 211/12

**begin [11]** 10/9 10/16 10/21 20/18 21/20 84/18 184/19 204/24 211/17

212/7 212/9

**beginning [1]** 150/19

**begins [1]** 48/24

**behalf [5]** 28/7 53/16 156/14 156/24 167/6

**behaved [1]** 99/4

**behavior [8]** 16/2 51/4 53/15 54/6 119/12 119/21 123/20 169/4

**behest [1]** 166/12

**behind [3]** 13/6 77/6 204/2

**being [25]** 24/16 41/25 43/15 49/2 49/3 62/3 66/24 92/18 105/16 114/12 122/12 124/9 124/13 130/5 135/23 143/16 150/13 150/13 165/4 165/21 181/25 195/23 203/6 205/8 205/9

**belief [2]** 169/11 196/22

**beliefs [1]** 99/15

**believable [1]** 63/9

**believe [30]** 20/8 24/24 48/3 48/6 49/10 49/19 51/21 67/12 75/9 75/10 76/25 86/12 90/5 95/8 109/2 115/19 125/10 133/14 139/8 139/10 146/4 152/4 167/23 169/3 170/15 176/11 179/6 189/10 189/18 202/24

**believed [3]** 175/25 206/12 206/13

**belong [1]** 59/22

**belonging [1]** 15/15

**below [3]** 37/13 142/21 142/22

**benefit [2]** 40/8 45/9

**BENNETT [1]** 1/12

**best [8]** 15/15 24/7 55/6 97/8 103/22 155/8 155/12 165/6

**bet [5]** 89/6 146/18 171/21 181/3 183/10

**better [7]** 26/8 67/4 104/7 127/11 139/9 207/15 208/11

**between [9]** 38/8 41/1 52/14 114/16 122/6 132/23 178/19 190/1 217/5

**beyond [2]** 196/25 202/18

**bias [4]** 188/23 190/17 190/18 192/8

**big [15]** 27/11 27/11 40/5 44/20 65/16 94/7 98/20 98/21 112/16 125/22 127/23 160/6 173/4 203/4 207/9

**big-time [2]** 40/5 44/20

**bigger [1]** 112/8

**billion [2]** 13/5 142/25

**billion-dollar [1]** 13/5

**billionaire [1]** 98/15

**billionaires [4]** 16/24 174/24 176/11 206/22

**birth [1]** 61/15

**bit [18]** 23/12 25/5 31/8 34/1 34/4 34/16 36/6 40/17 51/24 55/20 58/14 62/24 65/8 111/3 123/21 154/16 177/20 199/25

**bitcoin [2]** 210/15 210/16

**bizarre [2]** 50/9 74/2

**Black [1]** 92/25

**blame [1]** 99/2

**blamed [1]** 111/8

**blank [5]** 194/6 194/12 196/8 197/25 198/7

**blatantly [1]** 168/15

**blessed [1]** 207/22

**block [1]** 47/8

**blocked [5]** 47/9 47/9 48/14 48/15 58/4

## B

blocks [1] 111/10
bloggers [1] 62/20
Bloomberg [1] 36/4
blow [2] 51/23 131/22
blowing [3] 131/11 131/13 132/5
blue [1] 54/8
blunt [1] 33/20
blurry [1] 178/20
board [7] 20/17 41/20 41/25 42/18 42/18 100/3 112/24
bogus [2] 130/18 130/20
Boise [1] 162/1
Boisvert [2] 144/21 144/25
bold [1] 108/16
Bonn [1] 87/17
bonus [1] 164/2
book [2] 177/2 208/16
books [5] 16/4 19/6 124/12 167/20 167/22
boom [1] 72/15
born [3] 23/14 23/16 139/12
borrowing [2] 117/3 118/20
boss [1] 133/8
Boston [7] 28/12 28/14 28/17 28/21 28/23 30/10 208/16
both [19] 17/6 19/16 20/4 23/18 24/1 34/18 35/23 56/4 67/19 71/10 79/16 94/5 128/12 131/5 169/22 184/13 190/3 200/22 213/13
bother [1] 176/2
bottom [4] 67/19 68/4 68/4 202/1
bought [1] 25/14
bound [1] 128/6
Brady [18] 2/10 3/9 7/4 8/20 160/2 160/12 161/9 161/13 161/14 161/18 161/23 163/15 164/21 165/1 165/3 166/5 172/11 179/13
branch [1] 163/2
brand [3] 35/18 73/3 193/10
brass [2] 132/2 132/4
break [9] 82/15 82/16 83/16 119/25 146/21 183/2 183/6 185/12 185/25
breaking [3] 105/7 109/20 134/4
BRIDGE [76] 1/4 6/22 9/10 10/25 12/5 12/18 12/24 13/14 14/8 21/21 29/5 29/14 29/24 29/25 30/1 30/15 31/5 31/14 32/19 33/1 33/21 35/14 35/15 35/19 35/22 37/11 37/19 39/4 45/17 46/3 46/25 55/25 57/11 60/19 64/22 65/2 66/1 66/15 67/19 68/5 68/5 68/6 68/10 68/17 68/21 69/17 71/10 71/15 71/17 73/3 73/6 73/11 74/18 75/2 84/14 86/4 106/9 119/8 120/2 121/17 137/11 149/1 166/9 180/18 184/10 185/10 187/7 193/13 193/13 194/8 200/23 201/8 201/9 201/24 212/5 213/16
Bridge's [1] 201/20
brief [8] 10/11 109/18 111/5 111/5 133/25 185/8 199/9 204/17
briefed [1] 109/14
briefings [1] 175/9
briefly [8] 31/3 68/25 114/1 123/1 123/1 161/18 163/22 165/6
bring [26] 18/8 34/5 34/6 36/16 47/25 51/21 53/9 55/9 55/20 57/21 59/6

66/19 67/10 69/14 72/18 77/15 77/19 79/25 99/6 132/17 149/5 152/10 152/15 184/15 185/5 191/23
bringing [1] 106/24
brings [1] 150/14
broad [2] 30/9 113/16
broadcasting [3] 65/14 77/18 170/8
broadcasts [1] 58/22
broke [1] 104/23
brokerage [2] 31/15 31/19
brother [1] 98/21
brought [6] 52/12 54/7 78/6 99/6 145/16 191/24
buckets [1] 64/24
buddy [1] 87/22
build [4] 13/4 39/3 81/13 193/10
building [5] 12/24 13/7 91/22 91/23 216/6
built [2] 38/21 76/20
bullet [5] 110/6 116/8 117/9 118/3 126/10
Buma [18] 6/13 88/13 88/16 146/3 165/12 165/13 165/14 165/16 165/19 165/23 166/1 178/24 179/6 179/15 179/22 180/11 180/13 180/21
Buma's [2] 165/12 179/7
bunch [3] 116/20 174/23 174/24
Burbank [2] 87/11 87/17
Burbank's [1] 87/15
burden [3] 9/1 187/8 209/17
bureau [3] 156/14 177/18 181/8
burning [1] 11/17
burnishing [1] 170/8
Bush [1] 139/12
business [65] 11/4 11/16 12/3 12/18 13/2 14/3 14/8 15/5 16/13 23/8 24/8 24/9 24/10 24/12 24/18 26/3 29/1 32/21 33/22 33/23 36/4 37/18 37/22 39/13 46/3 46/23 46/24 46/25 51/10 60/15 62/2 62/4 65/22 68/24 71/13 77/2 78/1 78/19 80/4 81/6 88/8 92/12 92/16 94/17 94/19 94/21 94/23 102/19 105/23 116/23 122/21 126/12 126/16 130/24 153/12 153/13 183/8 193/4 193/7 193/14 193/21 194/23 199/13 204/3 218/17
businessmen [1] 120/19
buy [6] 30/21 31/20 82/17 111/9 166/22 206/16
buzz [1] 151/2

## C

cabin [1] 139/10
Cafe [1] 43/4
calculated [1] 76/6
calculating [1] 12/17
call [25] 10/15 21/20 21/22 37/25 38/2 39/22 47/8 76/14 84/17 88/15 103/15 118/10 118/11 135/6 135/8 159/25 160/1 168/5 169/6 170/23 182/12 182/13 182/17 201/2 209/12
called [32] 13/9 17/5 19/13 19/16 25/13 25/15 27/10 27/25 28/3 28/12 28/15 30/17 32/22 38/5 39/20 41/20 66/17 72/9 85/23 91/19 91/20 130/2 142/3 152/2 163/13 163/18 166/19 167/10 187/18 190/11 196/11 212/21

calling [1] 76/3
calls [1] 52/10
came [22] 15/17 16/8 28/24 29/5 30/1 39/15 40/17 41/12 42/18 42/18 46/7 46/9 46/11 74/10 111/6 129/9 140/1 143/12 175/15 199/15 210/1 210/8
campaign [13] 11/7 11/20 12/10 13/6 13/13 13/25 35/24 39/19 39/21 39/23 73/10 75/19 77/18
can [138] 10/3 16/4 16/15 17/24 19/23 20/17 21/20 27/17 30/21 31/12 31/14 31/17 31/20 32/16 33/15 33/16 34/6 34/7 37/16 38/11 38/12 38/13 38/16 38/25 43/20 43/25 44/2 44/2 44/3 44/6 44/7 44/8 44/24 44/24 55/20 57/21 61/16 61/17 61/24 64/24 66/10 66/14 67/4 67/6 67/17 68/6 72/10 72/15 73/4 77/6 77/8 78/17 80/13 80/22 81/15 82/22 83/18 97/5 97/8 101/17 103/8 103/10 103/22 104/9 104/11 104/12 104/15 104/16 104/17 104/20 105/6 105/8 105/11 106/15 107/19 107/20 107/22 111/3 111/3 111/15 111/16 116/3 117/2 117/16 118/23 118/23 120/4 123/8 123/14 124/18 124/23 125/25 126/7 130/8 131/15 134/3 134/5 135/2 136/17 139/1 139/19 141/4 141/12 141/15 144/11 145/4 147/3 148/15 148/18 154/21 155/3 155/8 156/11 158/5 158/8 159/18 166/22 177/9 183/1 183/11 191/25 193/22 204/10 204/10 204/14 205/4 205/5 206/21 207/18 207/25 208/21 209/2 209/5 210/9 210/13 211/17 216/3 216/4
can't [20] 14/25 29/22 33/21 35/20 35/21 74/14 75/9 77/7 77/8 96/9 112/25 118/10 123/6 128/5 154/18 168/6 206/16 206/16 206/18 207/23
cancelled [1] 126/1
cannot [4] 111/16 168/22 168/22 195/23
Canopy [1] 62/20
capabilities [1] 109/25
capacity [1] 195/1
capital [50] 1/4 10/25 12/5 12/18 12/24 13/14 14/8 21/22 29/5 31/14 32/19 33/21 35/14 35/16 35/19 37/11 44/20 46/12 55/25 57/11 60/19 65/2 66/1 66/15 82/18 84/15 86/17 102/21 102/21 106/9 119/8 120/2 121/17 128/2 137/11 149/1 156/8 156/22 166/9 180/18 184/10 185/11 187/7 193/14 194/8 200/23 201/8 201/9 212/5 213/16
Capital's [1] 86/4
capture [1] 75/5
car [4] 24/21 24/23 162/5 206/8
care [7] 14/20 19/14 82/20 133/22 176/3 183/7 196/2
career [9] 26/4 27/8 27/24 109/9 109/13 150/15 164/14 171/23 175/7
careers [1] 171/25
careful [3] 17/21 87/6 131/7
cares [1] 16/16
carrot [1] 168/25
carry [1] 117/14

# C

**cartels [4]** 61/10 64/20 78/11 162/13
**Carter [2]** 144/21 144/25
**case [81]** 1/4 11/2 11/14 12/22 13/12
13/24 14/6 14/9 16/16 19/3 19/22
19/23 19/25 20/14 20/18 20/19 21/20
23/3 77/11 79/14 79/15 88/16 94/10
107/7 108/5 110/9 111/2 111/6 114/3
140/4 143/16 143/24 144/17 145/18
146/23 147/6 150/1 152/2 152/10
152/16 156/21 174/1 180/15 180/15
180/16 180/16 182/23 183/25 184/1
184/5 184/11 186/11 187/12 187/16 188/13 188/18
188/23 188/23 189/11 189/21 190/20
192/4 199/1 200/5 200/6 200/15 203/5
205/11 205/18 208/24 208/25 209/18
209/22 211/4 211/17 215/21 215/23
216/15
**cases [8]** 16/9 79/15 79/16 117/12
117/18 143/17 145/22 149/9
**cash [4]** 12/15 18/2 60/22 205/23
**casts [1]** 115/15
**categories [1]** 194/20
**categorize [1]** 64/4
**catenated [1]** 136/4
**cater [1]** 94/8
**cause [11]** 38/8 59/24 107/16 126/12
130/20 170/13 171/10 194/18 195/17
197/3 212/6
**caused [13]** 23/10 41/18 69/8 71/17
108/8 108/14 193/19 193/22 193/23
194/18 196/5 202/12 213/24
**causes [1]** 66/1
**causing [2]** 78/9 131/22
**caution [2]** 52/22 212/21
**Cavuto [4]** 7/14 8/17 37/9 65/9
**cc'd [1]** 56/2
**CE [1]** 85/22
**cease [1]** 33/24
**ceases [1]** 12/6
**cell [5]** 101/14 102/13 172/19 172/22
177/16
**central [1]** 79/3
**cents [9]** 192/20 194/5 194/11 196/7
198/6 213/11 213/19 214/1 214/10
**CEO [2]** 16/10 128/16
**CEOs [2]** 26/23 114/14
**certain [5]** 32/13 86/12 110/18 116/12
189/25
**certainly [7]** 33/15 40/9 45/1 69/6
83/25 107/21 148/12
**CERTIFICATE [1]** 218/1
**certification [1]** 198/9
**certify [2]** 218/3 218/6
**cetera [6]** 104/3 114/22 116/13 116/14
148/19 148/19
**CFOs [1]** 26/23
**chain [1]** 189/24
**challenging [1]** 27/6
**chance [5]** 51/5 85/7 120/13 210/10
213/4
**change [7]** 41/20 65/21 70/5 92/13
103/1 139/7 201/25
**changed [6]** 65/22 65/23 99/14 109/12
160/18 206/9
**changing [2]** 41/16 99/3

**channels [2]** 56/13 132/12
**character [3]** 76/19 77/4 197/15
**characterize [1]** 165/3
**charge [21]** 2/13 28/1 183/9 183/14
184/10 184/13 184/15 184/16 184/20
184/24 185/4 185/13 186/9 191/8
198/15 200/17 200/22 211/11 211/13
212/14 216/20
**charged [6]** 179/5 179/15 179/16
179/18 180/12 180/13
**charges [1]** 81/1
**CHARLES [46]** 1/7 1/16 2/9 3/10 11/3
22/19 31/15 39/20 40/15 43/14 43/18
44/16 45/21 55/22 55/23 55/24 56/5
56/9 60/13 62/21 63/16 63/19 63/21
67/1 67/2 67/16 69/20 78/6 81/24
84/15 106/9 135/8 135/18 139/25
149/1 149/12 149/16 153/1 153/10
161/20 165/4 165/6 184/11 185/11
205/19 212/6
**Charlottesville [1]** 77/10
**cheated [1]** 80/6
**check [5]** 61/12 72/10 89/23 90/2
128/2
**checks [3]** 91/11 91/13 91/15
**Chertoff [1]** 113/14
**Chiagouris [1]** 8/22
**chief [9]** 19/22 19/23 20/18 20/19
21/20 87/17 182/24 183/25 184/14
**child [2]** 158/22 205/23
**children [1]** 148/16
**China [2]** 120/13 128/4
**Chinese [12]** 61/19 64/9 76/3 89/16
89/19 89/20 89/21 89/22 112/14
114/21 120/9 158/25
**choice [2]** 44/25 147/25
**choose [3]** 12/16 216/4 216/6
**chose [1]** 12/17
**Christmas [2]** 161/2 161/3
**Chuck [2]** 63/18 63/20
**CIA [13]** 43/15 43/15 87/17 90/11
117/7 117/13 117/22 118/23 129/15
129/18 163/16 168/18 170/1
**CIA's [1]** 129/7
**circles [3]** 40/4 40/21 63/23
**Circuit's [1]** 147/25
**circumstances [4]** 127/11 173/25
189/1 189/24
**circumstantial [3]** 189/23 190/1 190/4
**citizens [1]** 169/15
**city [4]** 15/19 158/25 162/24 162/24
**civil [4]** 94/6 157/19 192/23 213/14
**claim [9]** 116/10 116/16 118/23
118/23 158/11 187/6 201/20 216/12
216/12
**claimed [2]** 116/2 168/24
**claiming [1]** 99/22
**claims [16]** 107/10 107/11 107/14
107/14 116/5 118/25 119/2 122/1
126/11 126/13 129/22 133/6 133/6
165/4 192/24 194/16
**clandestine [1]** 170/3
**classified [5]** 90/22 109/15 109/16
120/25 128/24
**clean [4]** 61/11 124/16 156/7 156/8
**clean-up [2]** 156/7 156/8
**clear [17]** 11/8 15/3 21/7 36/11 44/9

44/10 51/4 59/16 72/14 122/3 148/14
196/15 196/21 196/23 197/23 211/1
214/4
**clearance [9]** 90/6 90/7 90/9 127/14
127/15 133/12 171/11 171/14 171/16
**clearances [1]** 145/7
**clearer [1]** 201/4
**Clearview [11]** 16/9 41/21 41/23 42/3
42/11 44/2 45/24 80/6 95/10 95/11
158/12
**Clerk [2]** 184/17 217/5
**client [5]** 28/1 83/18 88/23 185/7
199/13
**clientele [1]** 103/3
**clients [10]** 25/18 29/8 29/22 30/4
30/8 30/11 39/7 51/20 90/19 114/5
**cliff [3]** 13/13 13/15 65/18
**clip [7]** 36/18 37/7 39/10 58/21 58/22
65/9 102/19
**clips [2]** 62/8 93/5
**cloak [1]** 44/18
**clock [1]** 198/17
**close [5]** 20/5 35/18 166/2 170/13
183/21
**closed [5]** 160/23 170/14 170/15
184/1 184/13
**closely [3]** 25/10 186/9 192/22
**closer [1]** 183/10
**closing [18]** 20/5 20/6 20/15 182/21
182/25 183/7 183/15 185/6 185/21
186/5 186/18 186/19 186/21 198/19
198/25 204/20 209/13 211/11
**CMP [1]** 149/12
**CNBC [3]** 13/2 36/4 37/22
**CNN [3]** 92/12 92/16 92/25
**co [1]** 16/10
**co-CEO [1]** 16/10
**coach [2]** 83/22 97/7
**coerced [1]** 126/19
**coercive [1]** 107/15
**collect [2]** 29/22 110/4
**collecting [1]** 164/17
**collection [1]** 163/6
**collects [1]** 29/21
**college [6]** 24/3 24/6 24/13 25/17
203/24 207/8
**colloquy [1]** 96/12
**color [1]** 62/6
**combat [1]** 11/13
**come [25]** 29/7 35/5 39/18 41/12 52/7
54/25 60/7 66/4 81/17 81/18 82/4
82/17 82/21 84/8 108/11 109/17 148/8
165/12 173/24 182/15 183/6 183/12
201/18 206/14 208/19
**comes [5]** 17/10 71/22 83/25 94/1
210/19
**comfortable [1]** 134/13
**coming [5]** 25/6 76/12 134/20 208/4
215/25
**comment [1]** 160/23
**commentary [1]** 38/9
**commission [5]** 33/19 110/7 110/12
110/25 132/9
**commissions [2]** 42/15 133/15
**commit [1]** 205/6
**committed [3]** 80/4 151/16 200/8
**committee [2]** 112/1 120/21

**C**

committees [1] 180/18

common [4] 63/15 176/12 188/15 188/16

commonly [1] 192/25

communicate [4] 41/6 55/16 172/15 191/21

communicated [1] 48/15

communicating [1] 110/20

communication [1] 110/16

communications [4] 56/20 96/9 112/10 121/3

communities [1] 63/1

community [17] 14/14 43/19 43/20 44/2 44/7 75/13 105/24 108/12 118/8 118/17 119/14 156/22 169/8 169/21 169/22 169/25 195/10

companies [39] 12/19 26/23 30/25 31/25 32/1 32/3 32/11 32/17 32/18 32/24 42/6 44/3 44/4 44/6 44/8 44/11 54/22 61/21 61/23 67/8 67/9 91/9 92/4 105/23 111/19 111/20 112/16 114/5 114/20 115/22 116/13 116/22 120/15 122/15 127/19 128/7 128/8 128/14 206/20

company [48] 10/25 12/21 13/6 15/6 15/7 16/10 16/11 33/24 41/20 41/23 41/24 42/1 45/20 45/21 45/22 58/2 61/16 76/5 85/23 90/20 91/19 94/22 107/11 111/7 111/9 112/19 112/21 112/22 112/23 112/25 115/18 117/16 121/2 121/2 122/9 122/11 124/5 126/21 128/16 128/25 142/3 142/24 153/4 153/5 158/12 158/15 158/18 207/9

company's [2] 116/14 116/23

compare [1] 64/12

compared [1] 161/5

comparison [2] 66/25 67/15

compensate [7] 194/17 196/4 196/12 202/5 203/13 203/14 213/23

compensation [3] 56/6 195/24 196/9

competent [2] 195/3 195/18

complaint [1] 181/22

complaints [1] 132/10

complete [3] 64/3 112/21 209/13

completed [1] 84/16

completely [9] 46/1 78/5 95/21 106/22 111/14 114/14 122/17 167/15 169/12

complex [1] 26/19

compliance [3] 91/17 91/18 115/1

compliant [1] 91/9

complicate [1] 52/24

complicated [1] 209/3

compliment [1] 173/16

comply [1] 218/7

composite [1] 141/8

compromised [3] 12/15 60/22 156/17

computer [1] 1/23

concentrate [3] 18/25 94/11 97/2

concern [2] 121/20 129/1

concerned [7] 111/10 116/22 119/17 120/22 128/9 156/21 197/18

concerning [2] 151/22 187/23

concerns [5] 111/22 114/18 114/19 121/19 128/16

concerted [1] 76/22

concluded [1] 115/24

conclusion [4] 108/11 108/17 108/18 119/13

conclusions [4] 125/10 125/14 137/23 188/16

concurrently [1] 138/20

conduct [21] 14/10 53/11 53/16 54/17 85/13 123/18 126/13 136/19 153/22 161/20 168/10 185/6 191/10 191/12 196/13 196/14 197/15 197/19 198/23 203/15 203/18

conducting [1] 168/4

conference [2] 184/10 218/8

confidant [1] 178/25

Confide [1] 177/23

confident [1] 172/4

confidential [47] 129/4 129/13 132/19 132/24 133/4 143/18 145/19 145/20 146/2 160/2 161/21 164/8 164/11 164/18 164/22 165/7 166/21 166/25 167/1 169/14 169/17 169/20 169/22 170/4 170/5 170/9 170/10 170/12 170/18 170/19 172/4 172/12 172/15 173/22 174/2 174/21 175/15 175/18 176/17 177/15 178/19 179/4 179/10 181/19 181/20 181/23 181/25

confidentiality [1] 122/13

confidentially [1] 131/17

confirmation [2] 113/10 113/12

conflict [1] 114/11

conformity [1] 216/20

confused [1] 201/17

confusing [1] 200/17

Congress [5] 91/21 91/23 98/22 104/2 178/8

congressional [2] 92/2 92/6

congressman [2] 40/23 40/24

connected [3] 40/7 45/24 83/10

connection [3] 110/11 111/18 118/17

connections [3] 38/20 118/8 156/7

conscious [1] 197/10

conservative [2] 71/8 71/9

consider [15] 21/16 96/13 148/1 164/7 186/14 187/17 188/8 188/12 188/21 189/21 190/6 190/17 195/15 195/20 197/13

consideration [1] 71/1

considered [4] 17/16 102/22 184/1 188/25

considering [3] 189/18 195/11 197/7

consist [1] 109/13

consistency [1] 188/24

conspiracy [6] 15/15 15/16 157/9 205/7 206/2 206/4

constituting [1] 193/19

constructive [1] 197/2

consult [1] 161/16

consume [2] 205/4 205/5

contact [7] 41/10 53/15 54/9 56/3 83/18 95/6 95/7

contacted [4] 56/5 58/12 97/12 98/1

contacting [3] 55/1 97/25 177/25

contacts [2] 38/20 40/16

contains [1] 211/14

contempt [4] 93/16 101/10 102/7 148/4

contends [1] 141/2

contentions [1] 186/24

context [6] 48/5 64/20 77/23 93/5 126/23 126/24

continuation [1] 148/25

continue [8] 80/12 83/5 157/17 170/11 194/13 195/16 196/9 207/1

continued [4] 47/7 47/10 73/17 74/7

continues [2] 57/18 80/25

continuing [2] 19/10 194/7

contract [6] 92/7 92/9 121/1 122/22 122/24 123/18

contracting [3] 108/22 114/25 168/19

contractor [3] 119/20 123/11 168/19

contracts [19] 43/21 44/6 76/5 76/5 92/11 107/13 115/14 116/11 116/15 117/8 117/14 117/16 117/18 117/19 119/14 119/15 123/19 168/20 168/21

contradicted [2] 189/1 189/8

contrary [3] 173/14 189/3 189/17

contribution [1] 111/23

contributor [1] 110/22

control [5] 55/4 78/5 112/21 120/24 209/25

controlling [1] 46/15

conversation [2] 72/1 72/5

convertible [1] 26/20

conviction [1] 196/22

convince [1] 206/14

convincing [6] 189/15 196/15 196/21 196/24 197/23 214/4

convoluted [1] 43/17

cook [1] 176/24

cookie [3] 30/6 30/13 30/14

cookie-cutter [3] 30/6 30/13 30/14

cool [1] 109/23

coordinated [1] 11/6

copied [1] 140/7

copies [1] 184/4

copy [3] 140/23 185/17 185/18

corporation [1] 192/9

correct [51] 20/23 31/23 36/14 40/24 42/5 42/7 42/20 48/4 49/6 67/15 71/9 74/19 74/21 75/4 78/20 79/21 86/20 88/20 97/15 100/9 129/24 133/7 133/13 133/14 136/3 136/10 136/22 136/25 137/2 137/9 137/10 137/15 137/16 138/6 138/7 138/10 138/12 138/14 138/23 139/2 139/8 139/22 148/2 150/23 151/13 152/3 175/8 180/4 183/22 217/9 218/4

correctly [21] 132/9 149/23 150/3 150/11 150/17 151/5 151/10 151/18 151/21 151/25 152/12 153/10 154/5 212/24 214/16 214/20 214/24 215/1 215/5 215/8 215/12

corroboration [1] 121/22

corrupt [11] 120/13 162/23 162/24 173/17 173/18 173/18 174/8 174/20 177/3 182/1 192/25

corruption [2] 162/23 173/19

cost [2] 68/8 74/24

costs [2] 153/15 193/16

could [50] 24/14 29/3 29/18 30/4 30/4 30/8 30/9 31/18 33/13 33/13 33/23 36/16 37/12 39/22 40/8 49/22 52/12 52/23 55/6 62/22 70/15 73/22 87/12 96/5 107/16 108/8 113/12 113/15

## C

could [22] 106/24 121/15 130/20 131/17 132/1 132/2 133/20 140/25 141/21 150/15 157/23 166/5 171/7 172/15 173/24 173/24 174/7 177/2 199/5 206/14 212/10 212/11
couldn't [3] 55/6 110/19 174/22
council [1] 162/24
counsel [10] 56/12 95/17 105/1 105/18 109/12 110/25 140/8 156/4 159/6 161/8
counseling [2] 170/24 171/1
count [3] 125/6 205/2 217/8
counted [1] 189/13
counter [1] 167/15
counterterrorism [1] 163/4
counting [1] 189/11
country [3] 16/23 31/12 110/21
County [3] 165/17 180/16 205/19
couple [8] 23/2 36/25 74/13 77/17 83/8 117/17 117/17 121/9
course [4] 100/16 124/17 131/2 176/9
court [56] 1/1 1/9 1/19 7/21 7/23 7/24 8/1 10/20 11/10 21/11 23/1 28/13 35/11 51/2 53/2 53/4 77/21 78/3 90/25 108/20 133/1 142/10 143/9 157/5 164/25 180/17 182/23 183/25 184/12 184/16 185/13 191/9 191/12 192/4 192/10 192/18 192/23 194/14 198/13 199/15 200/4 201/21 205/16 208/25 211/11 211/14 211/25 212/8 212/14 213/5 215/15 215/17 216/11 217/5 218/7 218/13
Court's [5] 2/13 11/11 83/18 134/18 198/16
courtroom [12] 23/4 83/14 84/13 99/25 147/4 148/23 157/5 184/7 185/9 191/25 212/4 216/9
courts [1] 158/12
cover [1] 146/15
coverage [1] 123/9
covered [1] 124/2
covert [1] 170/2
crapping [1] 207/8
crazy [2] 206/14 207/10
create [1] 32/22
created [4] 29/15 31/22 162/10 163/2
creating [1] 164/16
creative [1] 26/21
credentials [1] 170/8
credibility [10] 37/15 39/4 39/4 52/15 52/18 175/12 188/20 189/5 193/10 195/17
credible [12] 44/14 44/15 44/21 45/1 63/23 106/21 170/16 175/25 176/3 187/4 187/11 189/2
credit [6] 4/21 28/12 28/14 29/9 49/2 49/4
crime [5] 11/13 144/9 162/11 162/15 205/6
criminal [7] 57/4 167/10 168/11 174/1 174/22 180/16 195/13
Cristo [1] 205/3
critic [1] 143/15
critical [8] 8/14 8/15 66/17 66/21 67/8 67/12 67/21 112/13
cross [14] 2/6 3/7 11/21 54/14 83/19

83/23 84/10 84/18 85/2 94/2 127/5 127/7 155/19 172/9
cross-examination [8] 83/19 84/10 84/18 85/2 94/2 127/7 155/19 172/9
Cruz [1] 86/19
CS [4] 28/17 28/21 28/22 30/10
CSFB [2] 28/15 29/2
CSR [5] 1/19 218/3 218/11 218/12 218/16
cuddly [1] 161/5
culpability [1] 197/16
cultivating [1] 12/4
culture [1] 123/7
curious [2] 140/17 140/18
current [2] 117/13 142/24
currently [6] 70/1 80/7 155/25 159/5 159/10 178/24
customer [1] 112/23
customers [3] 24/15 31/11 31/12
customized [1] 30/11
Cutlass [1] 24/24
cutter [3] 30/6 30/13 30/14
cutting [2] 24/12 24/18
CV [5] 1/4 84/15 184/11 185/11 212/6

## D

D.C [5] 26/7 74/3 74/4 74/9 74/12
dad [2] 23/22 24/23
dagger [1] 44/18
daily [1] 30/21
Dallas [3] 1/14 85/25 162/8
damage [15] 11/17 12/22 12/23 14/7 35/21 55/4 55/18 71/17 75/5 107/16 126/21 193/12 193/16 193/22 195/9
damaged [9] 23/7 23/7 23/8 23/8 69/12 96/20 151/23 153/11 153/13
damages [92] 8/19 13/11 14/9 14/9 18/25 64/19 64/23 64/25 65/4 65/5 68/9 69/8 70/25 73/21 75/20 93/9 93/23 94/7 94/9 95/21 95/23 96/1 96/16 100/2 100/16 102/13 136/10 136/18 137/11 147/10 151/15 151/23 152/11 153/12 153/19 154/4 157/22 180/19 187/8 187/15 189/21 192/12 192/15 192/20 193/1 193/7 193/13 193/18 193/23 194/1 194/8 194/20 194/21 194/21 194/21 195/2 195/8 195/11 195/18 195/23 196/2 196/5 196/10 196/11 196/11 196/15 197/12 197/24 198/5 200/11 200/22 200/23 200/24 201/6 201/7 201/13 202/6 202/7 202/9 202/10 202/16 202/24 203/4 203/10 203/11 203/12 213/7 213/15 213/24 214/5 214/9 217/7
damages-type [1] 18/25
damaging [2] 35/22 106/22
dangerous [2] 70/10 118/4
data [1] 143/25
date [3] 61/15 139/4 139/5
dated [1] 214/12
daughter [6] 16/7 18/3 95/7 158/16 205/23 206/17
daughters [12] 13/21 22/16 34/11 34/17 34/21 41/14 59/13 75/21 76/10 76/14 76/15 202/15
day [13] 15/11 30/22 30/23 47/12 51/17 62/11 160/16 166/21 179/18

181/9 199/14 210/25 218/9
days [2] 83/8 177/11
dead [1] 89/5
deadlines [1] 20/2
deal [9] 15/16 60/5 75/11 111/17 112/22 113/2 157/14 177/3 207/10
dealing [3] 76/3 110/2 132/10
deals [5] 33/10 33/11 71/4 94/19 194/14
dealt [1] 175/18
death [1] 12/20
decade [1] 12/24
decades [2] 108/25 168/2
December [1] 25/4
decently [1] 41/9
deception [1] 117/10
decide [12] 20/14 24/8 25/25 61/16 73/21 79/8 81/16 122/20 189/11 190/14 202/10 202/17
decided [8] 11/10 11/11 26/2 29/2 46/4 56/9 99/18 174/6
decides [2] 58/5 76/21
deciding [1] 190/16
decimal [1] 74/25
decision [7] 99/22 101/21 122/15 157/7 208/13 209/7 211/6
decisions [4] 26/24 28/6 65/25 129/10
deck [1] 106/25
decorations [1] 163/23
decrease [1] 193/6
decreased [1] 193/11
deductions [1] 188/16
deemed [1] 166/24
deeper [1] 52/25
def [1] 80/17
defamation [17] 11/12 13/13 75/19 77/18 94/5 134/19 152/17 157/19 194/14 194/14 194/16 194/20 194/23 195/6 202/11 203/23 213/21
defamatory [7] 36/12 119/7 134/12 194/19 195/16 196/6 213/25
defame [1] 180/21
defamed [4] 11/9 22/23 130/7 200/7
defend [1] 153/14
defendant [16] 1/16 11/3 19/16 19/18 19/23 85/3 135/12 149/3 153/22 154/2 155/20 172/10 180/21 184/1 196/13 203/15
defendant's [1] 151/15
defense [17] 12/19 30/24 31/6 31/25 31/25 32/4 32/20 32/21 42/4 43/21 61/9 70/9 70/10 70/12 76/5 76/5 102/7
defenses [1] 147/23
defined [1] 112/19
defines [1] 168/18
definitely [3] 126/15 132/4 145/11
defraud [1] 168/8
defrauding [1] 56/22
degree [4] 187/3 196/22 197/7 197/16
delegated [1] 116/12
deleted [3] 80/19 80/20 80/21
Deli [1] 82/19
deliberate [5] 20/10 191/7 198/19 200/19 211/21
deliberately [2] 11/15 121/19
deliberation [1] 192/9
deliberations [10] 96/14 122/13

**D**

**deliberations [8]** 88/9 91/10 191/11 198/24 200/2 209/25 211/18 212/8 216/3

**delicious [1]** 15/20

**deliver [1]** 203/6

**delivered [1]** 124/15

**Delta [3]** 163/12 163/13 163/14

**demanded [2]** 11/3 22/20

**demanding [2]** 27/7 112/3

**demands [3]** 46/21 56/6 58/1

**demeanor [1]** 188/22

**demonstrate [2]** 18/15 126/8

**demonstrates [1]** 13/9

**Demonstrative [11]** 8/3 8/5 8/6 8/8 8/18 8/20 8/21 8/23 8/24 9/1 9/11

**denier [2]** 63/10 151/1

**Dennis [7]** 2/10 3/9 7/4 160/1 161/9 161/14 164/21

**Denshaw [1]** 161/15

**denying [1]** 152/8

**Department [6]** 43/21 105/19 109/10 111/25 146/4 166/17

**depend [1]** 188/10

**depending [1]** 185/22

**depends [1]** 177/13

**deputy [1]** 113/15

**deranged [1]** 78/12

**DeSantis [1]** 86/22

**describe [5]** 45/16 54/17 66/1 151/2 168/13

**described [1]** 153/23

**describes [4]** 129/23 167/10 167/13 167/14

**DESCRIPTION [1]** 4/2

**deserves [2]** 189/5 203/25

**designed [2]** 11/13 14/9

**desire [1]** 65/21

**desired [1]** 70/12

**desires [1]** 65/23

**Despite [2]** 56/8 169/1

**destroy [6]** 11/15 52/15 52/17 59/15 81/15 82/7

**destroyed [1]** 50/20

**destroying [2]** 16/12 204/3

**detachment [1]** 163/14

**detail [6]** 26/17 32/1 43/23 108/19 136/5 188/11

**details [2]** 12/13 122/15

**Detainee [1]** 163/19

**deter [4]** 14/11 125/19 196/13 203/17

**determination [1]** 130/9

**determine [5]** 175/24 176/2 188/19 193/1 194/16

**determined [1]** 18/24

**determines [1]** 168/18

**determining [3]** 187/15 187/21 197/12

**deterrence [1]** 210/22

**detrimental [1]** 121/16

**devastating [5]** 35/10 52/16 54/11 76/23 81/13

**developed [2]** 29/9 162/8

**developer [1]** 89/20

**developers [1]** 89/16

**developing [3]** 128/8 164/12 164/21

**development [1]** 73/5

**DEVGRU [1]** 163/13

**DHS [5]** 111/21 112/6 113/5 113/16 114/18

**DHS's [1]** 114/18

**dialogue [1]** 45/7

**did [189]** 11/4 11/24 12/9 23/17 24/3 24/4 24/8 24/12 24/19 24/21 25/1 25/25 25/25 26/6 26/21 27/3 27/8 27/22 27/23 28/15 28/21 34/21 35/23 39/18 40/1 40/3 40/7 40/11 40/15 40/15 40/18 40/20 41/11 41/12 41/15 41/17 44/9 45/2 46/2 46/9 46/14 46/18 47/3 47/23 49/11 50/8 51/13 51/13 51/15 55/4 57/5 57/8 57/16 57/17 58/10 58/15 61/13 62/7 62/12 62/16 62/21 63/13 63/18 65/21 66/25 69/11 76/24 77/13 77/14 78/21 78/21 79/19 79/22 81/16 82/4 85/24 86/4 86/9 86/13 87/10 87/13 87/25 88/7 88/9 88/13 88/16 88/21 88/25 89/2 89/10 89/13 89/16 89/23 90/2 91/23 92/1 95/6 95/14 95/15 99/23 99/25 100/8 104/21 106/2 106/4 109/9 110/10 110/12 112/12 113/21 114/2 124/3 130/17 130/23 131/21 134/18 134/20 136/16 139/16 143/5 143/8 144/17 144/18 144/22 144/22 144/23 145/2 145/23 145/23 146/8 149/10 149/25 150/17 150/18 150/23 150/24 151/5 151/6 151/18 151/19 151/25 152/1 152/4 154/5 154/6 155/24 157/8 158/11 158/14 158/23 162/19 164/15 166/11 167/11 167/12 167/12 167/17 168/10 168/12 170/19 173/2 176/4 176/16 176/19 176/21 178/4 178/6 180/6 180/25 181/6 187/25 194/2 194/8 197/22 201/13 205/18 209/25 212/13 213/8 213/16 214/3 214/16 214/20 214/23 215/1 215/5 215/8 215/11 217/4

**didn't [53]** 12/1 12/8 12/16 23/3 25/21 38/19 39/20 41/3 45/3 45/4 46/7 52/6 54/4 57/13 76/20 92/22 94/21 95/8 98/17 99/6 99/6 114/9 115/19 117/23 122/22 122/23 130/21 139/23 141/24 158/2 173/3 176/2 176/3 176/18 176/19 177/6 177/22 177/22 178/1 178/2 178/4 178/13 185/24 200/12 200/13 200/13 201/3 206/9 210/1 210/4 210/10 210/11 210/12

**differ [1]** 190/24

**difference [1]** 70/23

**different [22]** 23/21 28/20 30/5 30/5 30/5 30/17 35/7 36/6 37/23 46/1 46/9 57/1 67/8 70/6 92/2 92/22 121/9 136/10 143/20 146/7 177/9 188/1

**differently [1]** 195/5

**difficult [1]** 130/12

**difficulties [1]** 165/19

**digital [2]** 73/10 150/20

**dignity [1]** 195/14

**diligence [1]** 124/17

**dilution [1]** 142/17

**diminished [2]** 193/15 194/25

**dinner [2]** 41/14 85/25

**dinners [2]** 176/21 176/22

**Dire [2]** 2/6 3/7

**direct [18]** 2/6 3/7 11/25 22/10 79/19

81/5 84/17 105/4 135/20 149/2 161/11 167/24 189/8 189/22 190/1 190/3 194/22 200/16

**directed [2]** 166/10 191/18

**directing [1]** 167/21

**direction [1]** 109/12

**directly [11]** 11/22 22/4 25/18 26/16 26/22 30/11 52/8 56/8 58/5 121/18 162/13

**director's [1]** 164/5

**directors [1]** 128/22

**directs [1]** 81/4

**dirty [5]** 12/15 60/24 78/10 120/2 121/12

**disagree [1]** 97/20

**disagreements [1]** 49/11

**disappeared [1]** 13/12

**disaster [2]** 111/8 112/8

**disasters [1]** 112/8

**discharged [1]** 191/17

**disclose [2]** 191/18 192/1

**discovered [1]** 118/22

**discovery [3]** 52/13 53/9 80/7

**discretionary [2]** 27/12 28/3

**discrimination [2]** 123/13 123/14

**discuss [4]** 56/8 108/25 109/4 215/21

**Discussion [1]** 217/5

**disgusting [1]** 59/13

**disheveled [1]** 74/5

**disliking [1]** 98/24

**dismissed [5]** 58/8 58/13 79/17 95/20 147/2

**disorder [1]** 179/23

**dispute [6]** 63/7 137/21 139/1 139/3 143/19 158/19

**disputed [2]** 42/12 42/14

**disputes [1]** 49/12

**disqualifying [2]** 53/16 54/16

**disregard [2]** 151/17 154/1

**disseminating [2]** 179/16 179/19

**distinction [1]** 190/1

**distorting [1]** 117/4

**distress [1]** 195/10

**DISTRICT [5]** 1/1 1/2 1/9 23/19 218/13

**disturbing [1]** 44/25

**diverge [1]** 151/4

**division [5]** 1/3 129/15 165/18 191/19 218/14

**divorce [3]** 16/9 16/19 133/1

**DLA [1]** 1/12

**do [254]**

**document [9]** 137/1 137/3 137/4 137/5 137/6 138/12 139/5 139/16 144/13

**documented [1]** 171/1

**documents [2]** 110/15 187/14

**DOD [3]** 44/6 61/22 92/4

**does [50]** 13/8 15/23 17/16 23/5 29/25 30/15 33/2 33/10 39/3 56/10 58/6 58/7 59/2 60/11 62/9 64/12 69/7 71/1 75/3 75/5 82/23 98/10 100/13 101/24 109/13 111/1 113/10 113/11 118/12 118/13 122/2 122/23 124/16 130/14 130/15 132/15 132/18 145/17 168/20 168/21 168/25 169/5 169/14 173/22 173/23 176/12 177/11 188/4 195/3 206/23

Case 4:24-cv-00988-P Document 99 Filed 07/18/25 Page 229 of 255 PageID 1743

**D**

doesn't [17] 10/5 50/13 66/6 71/13 72/13 72/14 73/7 75/15 75/16 102/13 103/25 112/20 126/5 169/25 171/5 175/6 207/15

doing [40] 10/6 25/17 26/18 45/16 45/17 47/6 54/23 61/8 61/9 61/10 61/20 61/25 62/2 63/18 64/11 65/22 69/25 72/3 73/7 80/14 81/19 92/23 94/1 94/21 94/23 97/8 101/16 105/23 109/18 113/16 128/17 128/19 129/18 130/2 131/15 131/25 132/16 137/7 166/11 205/19

dollar [8] 13/5 66/16 68/7 194/6 194/11 195/20 196/7 198/6

dollars [13] 66/3 72/17 138/16 152/11 192/20 194/5 194/11 196/7 198/6 213/11 213/18 214/1 214/10

domain [2] 165/15 165/24

domestic [4] 129/13 129/18 166/20 167/9

Dominocielo [1] 94/20

don't [134] 12/12 16/13 16/18 17/1 18/18 19/2 20/14 26/13 29/6 29/12 29/19 31/13 31/13 33/19 33/23 37/4 37/5 38/4 38/5 44/5 44/5 44/6 46/8 48/18 49/15 50/4 50/21 50/21 51/8 52/3 52/3 52/23 52/23 54/21 57/2 59/22 63/22 66/4 68/25 69/6 69/10 72/10 74/14 74/25 75/9 75/11 75/11 83/20 85/9 85/15 86/2 86/2 86/12 86/12 86/25 87/3 87/12 87/16 90/22 91/10 92/11 92/16 92/16 93/1 93/1 93/2 93/2 96/13 97/1 100/3 100/4 100/17 100/24 100/24 102/11 103/20 107/18 107/19 109/15 111/4 112/24 116/17 119/23 121/22 122/2 122/24 124/11 124/11 125/7 130/17 133/8 134/16 136/21 136/25 139/1 139/3 139/22 140/10 140/14 141/14 141/21 141/23 142/20 143/12 145/13 146/17 147/5 155/5 159/8 171/25 174/1 174/2 175/13 176/6 176/14 176/24 181/24 182/2 182/18 183/12 184/21 185/17 204/7 205/12 206/4 206/5 206/23 207/14 209/5 209/19 210/20 210/20 210/21 211/1

Donald [3] 86/21 89/10 89/13

done [33] 38/22 52/6 55/18 59/16 60/11 63/6 63/8 63/11 63/12 64/6 75/6 77/5 77/11 79/10 79/12 81/19 81/24 91/16 94/17 105/20 117/8 130/1 133/8 143/2 143/22 153/25 167/25 174/21 181/9 183/11 183/14 183/18 200/9

donor [1] 94/16

door [2] 30/12 85/5

dorm [1] 203/24

dossier [1] 66/11

doubt [6] 57/3 115/15 129/1 131/24 179/25 197/1

doubts [1] 154/2

Doug [1] 49/10

down [35] 11/1 13/18 14/2 14/13 15/10 24/5 36/25 44/7 44/8 56/19 71/4 71/22 76/22 80/22 98/10 101/14 119/9 136/17 139/19 141/16 142/18 153/18 159/18 160/3 173/2 173/3 173/6 173/9 173/11 173/12 173/13 208/10 211/19 212/23 215/25

downgrade [1] 171/2

downloading [1] 179/19

downtown [1] 29/6

dozen [1] 205/3

draft [3] 143/5 143/8 184/16

drafted [2] 55/7 55/14

dramatic [1] 65/19

dramatically [3] 65/17 67/3 160/3

draw [4] 52/25 137/23 188/13 188/17

drawn [1] 189/9

drink [3] 15/24 206/5 206/5

drive [5] 1/16 24/14 24/14 200/2 201/11

driven [1] 200/5

driving [1] 216/7

drop [7] 67/20 68/24 70/2 70/4 70/16 70/16 70/24

drop-off [2] 67/20 68/24

dropped [3] 67/2 68/6 199/19

drove [2] 206/7 207/10

drug [6] 78/11 162/9 162/11 162/15 162/16 173/6

drunk [2] 59/24 78/8

drunken [2] 15/23 205/25

dude [1] 181/10

due [6] 124/17 136/18 147/24 153/13 183/24 193/11

Dulles [1] 146/19

duly [4] 22/9 105/3 135/19 161/10

duration [1] 150/22

during [14] 20/13 30/22 37/2 37/2 67/3 67/16 81/22 165/19 185/12 186/15 188/2 190/23 191/11 191/12

duty [1] 186/12

dynamic [1] 32/8

**E**

E-Mail [2] 1/21 218/19

E-Systems [1] 15/10

each [7] 16/25 174/10 186/25 189/4 191/5 192/12 212/23

earlier [9] 35/11 55/24 56/1 101/8 114/6 120/8 129/21 144/1 172/25

early [12] 12/19 25/3 30/24 32/5 32/17 32/18 33/3 41/24 45/10 61/9 109/9 124/19

earn [1] 33/10

earned [17] 13/9 37/18 38/6 65/3 65/8 65/16 66/16 67/22 68/13 68/20 74/23 136/12 136/15 137/12 193/9 194/25 201/1

earning [1] 195/1

easier [2] 19/6 126/23

easiest [1] 134/11

easily [2] 38/16 38/25

Eastland [1] 23/15

easy [1] 211/6

economic [9] 12/22 64/25 136/10 193/12 194/22 195/6 200/23 201/7 202/7

economic-related [1] 193/12

economy [3] 70/6 70/7 70/7

Edgar [1] 171/20

Education [1] 109/10

effect [5] 38/8 83/6 96/23 107/15 195/22

effectively [2] 16/24 39/6

efficiently [1] 20/3

effort [2] 76/23 122/8

efforts [4] 56/8 112/14 156/1 156/13

EFTs [1] 33/16

Egg [1] 164/3

egregious [3] 14/10 112/18 204/4

eight [3] 29/2 33/13 115/10

either [5] 88/21 117/13 137/13 176/18 191/24

elaborate [1] 120/23

Elaine [5] 34/13 48/19 49/24 50/5 50/6

elapsed [2] 74/11 78/24

Elec [1] 103/18

elected [1] 165/23

election [2] 16/25 89/13

electronically [1] 86/7

elementary [1] 23/22

eligible [2] 92/7 92/8

Elon [4] 87/25 88/7 143/16 176/11

else [11] 16/7 46/7 69/7 75/14 83/9 83/15 102/1 122/12 169/16 211/23 211/25

elsewhere [1] 38/17

email [74] 5/3 5/4 5/6 5/8 5/10 6/21 6/23 7/6 8/9 8/11 8/12 14/1 39/11 48/2 48/5 48/7 48/13 48/16 48/17 49/14 50/1 50/12 50/24 51/17 51/19 51/21 51/25 52/5 52/7 52/8 53/20 53/21 54/8 54/9 54/15 54/18 55/5 55/7 55/9 55/12 55/14 55/23 56/1 56/18 57/18 58/12 72/19 77/14 77/15 78/4 78/25 79/19 79/22 95/8 95/9 95/12 139/20 140/1 140/6 140/15 140/16 140/22 141/3 143/1 143/5 143/6 143/8 144/12 144/19 157/24 158/1 158/8 210/3 210/6

Email/Letter [1] 7/6

emails [3] 47/9 51/19 52/9

embarrassed [1] 15/21

emotional [2] 195/10 195/17

emphasize [1] 44/22

emphasizes [1] 12/19

employed [1] 165/20

employee [2] 167/4 168/16

employees [3] 26/15 32/6 71/12

employment [1] 165/20

encourage [1] 117/15

end [8] 11/23 30/23 83/11 111/11 113/22 127/15 133/12 146/24

ended [6] 24/14 41/25 110/19 113/23 114/4 114/12

enforcement [20] 42/1 45/4 45/5 47/16 51/1 51/3 53/17 55/1 64/8 130/21 130/23 145/5 145/25 156/7 160/2 161/17 162/15 169/21 176/11 177/12

engage [5] 62/16 123/13 123/20 126/7 210/12

engaged [3] 11/9 119/11 156/21

engaging [3] 167/10 196/14 203/18

engineer [1] 15/10

enjoys [1] 77/5

enmeshed [1] 132/24

enormous [2] 23/6 75/20

enough [13] 29/3 64/18 112/24

## E

enough [10] 19/8 19/20 25/6 126/7 132/6 134/23 147/10 155/7 176/15 183/18 206/13
ensured [1] 175/22
entered [2] 11/11 144/1
entering [2] 216/13 216/25
enters [4] 84/13 148/23 185/9 212/4
enthusiasm [1] 125/21
entilted [2] 194/3 194/9
entire [4] 20/14 123/18 164/16 171/23
entirely [2] 136/8 206/6
entities [1] 167/22
entitled [9] 121/5 191/4 197/24 201/14 210/22 213/9 213/17 214/4 218/5
entity [3] 166/17 168/8 169/24
entry [1] 134/18
Epstein [1] 64/15
equal [1] 192/10
equals [1] 192/10
equation [1] 176/1
equipment [2] 24/22 113/1
equity [1] 80/7
era [2] 123/6 172/14
error [1] 144/22
escalate [3] 48/18 50/4 57/18
escalated [1] 57/7
escalating [2] 11/20 12/2
especially [3] 112/13 117/7 124/2
essentially [3] 106/23 116/1 179/17
establish [4] 157/21 187/9 197/23 214/3
established [2] 188/17 201/21
estimates [1] 73/4
et [10] 1/4 84/15 104/2 114/22 116/13 116/13 148/18 148/19 184/10 212/6
ETF [19] 30/18 31/9 31/20 38/11 38/12 38/13 80/4 86/5 86/6 86/7 86/11 88/21 89/17 100/14 100/15 100/20 100/22 100/25 101/2
ETFs [2] 31/21 91/12
ethnicity [1] 89/22
evaluate [1] 195/11
evaluated [3] 127/18 129/21 133/5
evaluating [1] 108/8
evaluation [2] 133/8 168/10
Evans [1] 96/2
Eve [1] 161/2
even [29] 19/7 30/3 32/12 40/12 57/7 58/17 63/9 70/12 73/22 82/21 85/5 101/16 104/6 106/22 108/10 108/14 112/24 115/18 118/14 121/22 130/4 130/19 150/16 164/10 170/2 189/6 189/16 191/19 200/13
events [4] 57/5 98/25 99/4 119/12
eventually [5] 27/15 28/10 28/24 163/16 171/9
ever [21] 38/8 41/11 59/20 59/22 59/24 64/12 66/6 70/10 77/13 88/10 90/6 90/7 90/9 90/15 92/24 93/5 129/3 160/14 176/4 176/16 176/21
every [9] 62/12 72/12 117/25 164/1 166/24 193/21 207/5 208/6 212/23
everybody [8] 17/17 79/23 82/23 102/1 121/5 121/7 124/8 146/14
everybody's [1] 147/14
everyone [5] 148/12 160/7 198/18

199/22 200/1
everyone's [2] 203/9 209/22
everything [7] 10/7 13/4 27/15 38/24 66/12 124/13 167/7
everywhere [1] 131/21
evidence [85] 11/19 12/1 17/13 17/16 18/23 19/13 19/19 19/19 19/20 20/4 20/7 20/8 20/15 21/5 136/25 137/14 141/14 148/7 186/10 186/21 186/23 187/3 187/4 187/5 187/5 187/9 187/10 187/12 187/13 187/14 187/16 187/19 187/22 187/24 188/12 188/18 189/2 189/8 189/9 189/15 189/18 189/20 189/22 189/23 190/2 190/3 190/18 190/20 191/1 191/3 191/9 194/2 194/9 195/3 195/7 195/19 195/19 196/16 196/21 196/24 196/25 197/13 197/23 200/3 200/5 200/6 200/11 200/13 200/15 201/5 201/10 201/11 201/14 202/1 209/24 210/1 210/7 211/1 211/2 211/2 211/4 211/11 213/8 213/17 214/4
evidently [2] 49/13 55/25
evolution [2] 28/25 43/11
evolving [1] 27/24
ex [3] 95/6 158/16 206/17
ex-wife [3] 95/6 158/16 206/17
exact [2] 67/16 100/24
exactly [4] 42/7 58/16 62/21 74/14
exaggerated [1] 15/3
examination [15] 22/10 83/19 84/10 84/17 84/18 85/2 94/2 105/4 127/7 134/1 135/20 149/3 155/19 161/11 172/9
example [10] 37/3 37/17 42/8 66/20 71/24 96/2 168/5 171/5 171/6 195/15
exceeding [1] 153/16
excellent [2] 27/7 104/14
excess [1] 151/24
exchange [5] 30/18 30/21 31/7 31/9 176/18
exchange-traded [3] 30/18 31/7 31/9
exchanged [1] 72/6
excuse [9] 60/2 69/21 70/24 80/16 86/7 108/25 129/14 131/20 142/16
excused [11] 101/24 103/9 103/9 103/12 135/1 135/4 159/20 182/7 212/7 215/21 216/2
executive [3] 163/20 164/1 166/2
exemplary [11] 151/15 171/4 196/10 196/11 196/15 197/12 197/24 198/5 203/11 214/5 214/9
exhausting [1] 157/14
exhibit [27] 4/2 34/6 36/16 48/1 51/22 55/10 57/21 59/6 60/2 60/15 66/19 67/10 67/13 69/14 72/18 77/15 79/25 138/21 139/19 149/6 149/7 151/11 152/15 152/21 158/5 190/5 190/6
exhibits [11] 4/1 20/20 20/21 20/23 21/1 21/5 21/8 21/14 187/19 188/14 191/9
exist [6] 12/6 33/25 98/4 178/4 178/5 178/6
existed [2] 178/3 178/11
existence [1] 189/24
exit [1] 216/6
expand [1] 111/24

expect [1] 19/19
expenses [3] 71/12 193/11 195/1
expensive [1] 73/9
experience [13] 29/3 110/1 132/21 132/23 147/12 168/2 169/14 173/23 175/3 181/25 188/15 190/11 207/25
experienced [1] 195/25
expert [25] 7/4 102/23 108/22 109/6 114/3 114/25 115/7 115/11 130/2 130/5 132/21 137/6 137/8 137/13 137/20 138/3 160/2 161/24 164/7 164/21 177/9 190/11 190/17 190/19 190/21
expertise [7] 13/4 13/7 115/1 128/17 129/3 132/7 165/1
experts [1] 138/1
Expires [1] 218/16
explain [19] 32/19 42/21 52/2 69/16 70/15 105/13 106/18 107/6 108/4 109/4 110/9 110/18 114/1 114/13 120/4 134/7 143/12 161/23 171/4
explains [1] 70/4
exposure [1] 194/25
express [1] 83/10
extensively [1] 161/21
extent [3] 23/9 71/16 197/19
extort [3] 22/20 76/7 168/7
extortion [1] 201/19
extortionist [2] 16/3 169/3
extract [1] 138/25
extracurriculars [1] 23/25
extreme [2] 147/23 197/7
extremely [5] 16/5 37/12 38/3 56/16 56/16
eyes [2] 12/12 68/2
eyewitness [1] 189/22

## F

F-I-S-A [1] 163/5
fabrications [1] 79/17
fabricator [1] 63/4
facial [1] 41/23
facing [2] 178/25 180/13
fact [21] 15/6 15/24 58/11 64/14 78/11 87/14 96/20 98/13 98/18 116/17 118/9 121/21 132/9 136/5 145/12 151/22 167/14 180/18 187/24 188/11 189/16
factor [1] 203/11
facts [14] 18/15 18/17 53/9 124/19 130/12 131/8 186/14 186/17 186/25 188/17 189/25 190/2 211/5 211/6
faculty [1] 208/16
fail [2] 32/18 112/11
failed [2] 175/17 187/25
failings [1] 107/11
failure [1] 110/17
faint [1] 208/10
fair [5] 97/8 132/6 155/7 172/14 176/15
fairly [5] 132/23 194/17 196/4 202/5 213/23
fairytale [1] 207/14
faith [2] 81/12 96/1
fake [1] 141/2
faking [1] 117/20
fall [1] 194/20
false [15] 58/6 106/22 108/10 118/7

**F**

false [11] 130/8 134/7 134/13 151/22 154/1 154/2 166/3 168/16 169/12 194/18 195/12
falsehood [1] 188/9
falsely [2] 77/9 187/23
familiar [7] 36/18 51/25 118/4 119/6 127/21 167/11 171/22
familiarity [1] 15/8
families [1] 29/12
family [22] 14/2 14/13 22/22 23/7 26/12 27/4 28/2 34/3 34/4 34/16 34/20 35/13 41/11 50/20 78/18 78/19 81/11 85/14 88/18 88/18 158/15 207/12
fan [1] 173/1
fans [1] 78/12
fantastic [1] 208/5
far [9] 66/9 73/16 83/20 93/9 118/1 130/3 160/18 177/12 204/3
fashion [2] 146/10 179/17
fast [2] 53/7 53/7
fate [1] 44/11
father [2] 13/21 87/15
Faulkner [29] 34/5 36/17 47/25 48/9 49/22 50/2 51/22 55/21 56/19 59/9 60/1 60/3 66/19 67/11 69/15 72/18 72/24 79/25 80/22 123/22 138/22 140/12 140/15 144/11 149/5 149/20 151/11 152/10 152/15
favor [1] 18/15
favorable [1] 18/23
favorite [3] 149/9 205/2 205/5
FBI [38] 88/14 118/23 131/16 143/19 145/7 146/4 146/10 161/22 162/4 162/6 163/2 163/25 164/10 164/19 165/8 165/10 165/16 165/18 165/20 165/21 165/21 165/25 166/1 166/16 169/23 170/12 172/1 173/17 174/8 174/20 176/6 177/3 177/11 179/20 180/2 181/21 181/24 182/2
feather [2] 211/3 211/3
Federal [13] 49/9 57/14 88/16 92/7 92/8 92/11 144/9 156/14 157/5 158/12 176/10 177/3 201/19
federally [1] 179/5
fee [12] 32/25 33/1 33/4 33/14 33/17 65/4 69/10 69/10 69/13 70/21 70/24 71/6
feel [8] 76/17 94/10 112/25 188/14 207/3 208/17 208/23 208/24
feelings [3] 147/20 165/24 188/22
fees [14] 29/21 29/22 33/7 33/19 56/25 65/5 65/5 71/3 153/15 216/12 216/13 216/17 216/24 218/6
fell [4] 13/13 13/15 65/17 65/17
felonies [2] 75/25 75/25
felony [1] 180/12
felt [8] 54/11 56/17 110/4 111/22 111/23 147/23 179/22 180/1
female [1] 53/17
fencing [2] 147/16 150/5
few [11] 11/1 19/15 27/5 41/13 70/13 71/25 82/4 147/12 170/1 183/3 207/1
fiance [1] 206/18
fictitious [1] 166/3
field [4] 129/4 133/4 165/17 190/11
Fieldthorn [1] 1/16

fifth [2] 15/18 147/25
fight [4] 15/1 56/25 81/17 82/11
figure [4] 66/16 71/15 131/18 200/14
figures [2] 64/13 209/3
file [4] 57/16 58/13 153/14 180/6
filed [8] 57/9 57/13 57/17 57/19 58/11 152/17 152/18 202/22
files [2] 58/8 181/21
filing [1] 58/13
fill [1] 191/15
filth [2] 202/15 204/1
final [6] 81/16 125/9 169/2 181/18 198/13 203/3
finally [6] 20/9 47/8 111/6 198/13 210/24 215/11
finance [5] 24/5 24/7 25/20 25/21 26/3
financial [3] 102/18 102/22 193/8
find [11] 54/10 78/12 122/16 122/19 130/17 144/6 158/8 170/15 187/1 190/2 196/15
finding [4] 124/5 147/9 157/18 189/21
findings [4] 123/24 130/12 182/22 183/20
fine [11] 70/7 84/2 134/23 160/8 178/14 182/21 182/21 202/7 206/11 206/21 209/3
finish [2] 39/10 171/25
fire [2] 11/14 11/16
fired [1] 171/8
firm [19] 17/6 22/20 26/14 27/10 28/11 29/10 29/15 29/21 30/17 34/2 37/13 37/15 71/11 72/22 91/15 91/18 106/21 161/15 196/22
firms [5] 30/7 71/18 91/17 156/17 156/18
first [46] 11/21 16/25 17/6 19/22 21/20 22/9 26/10 28/12 28/14 28/17 28/21 28/22 30/10 39/18 40/1 50/22 52/3 53/8 54/8 58/7 58/13 63/14 63/24 77/16 105/3 108/6 111/18 112/14 113/4 125/18 135/19 139/1 139/6 142/6 146/8 147/21 151/1 161/10 162/7 170/22 171/13 171/14 171/24 191/25 198/21 204/25
FISA [1] 163/5
fishing [1] 78/14
fit [3] 155/12 200/18 200/20
fits [1] 134/14
five [7] 109/1 113/19 114/6 123/7 178/25 180/13 208/18
flags [1] 55/2
flexibility [2] 28/21 30/4
floor [2] 203/24 207/8
flourish [1] 205/19
Flow [1] 91/19
flows [1] 38/13
focus [12] 31/24 32/2 45/12 48/6 50/1 55/11 64/23 65/13 77/16 120/1 149/21 200/1
focusing [2] 40/25 153/24
folks [5] 118/22 169/15 169/16 170/10 170/18
follow [6] 95/14 100/1 116/4 118/4 186/12 191/11
follow-up [1] 100/1
followed [2] 117/1 146/5
followers [5] 22/23 62/18 73/23 74/8

74/10
following [5] 14/5 74/6 101/25 196/17 197/13
follows [4] 22/9 105/3 135/19 161/10
football [1] 24/1
force [3] 162/16 163/12 189/15
forced [1] 180/21
forces [2] 163/13 163/13
foregoing [2] 218/4 218/5
foreign [19] 61/3 80/6 90/4 111/19 112/1 112/9 115/2 116/23 120/21 120/23 128/2 128/7 128/13 128/17 128/25 132/10 135/23 163/5 195/13
foreign-influenced [1] 128/25
foreperson [7] 191/10 191/15 198/11 198/23 212/9 213/3 214/12
forever [4] 66/5 75/7 125/25 125/25
forget [2] 123/6 188/6
form [13] 83/10 146/10 146/22 184/4 191/15 191/16 198/10 201/7 201/12 201/19 203/3 211/14 213/3
formal [1] 184/10
formally [1] 211/17
format [1] 218/6
former [6] 26/14 72/4 105/18 105/19 117/13 170/11
FORT [28] 1/3 1/5 1/20 7/12 12/25 15/18 22/14 23/14 23/18 25/11 28/24 29/6 31/13 34/15 34/18 34/22 35/3 38/20 41/12 43/4 60/24 72/22 88/19 89/3 208/11 208/17 218/14 218/17
forth [2] 93/3 204/1
fortunate [1] 26/11
forward [6] 19/9 46/25 47/19 118/4 120/17 198/25
forwarded [1] 140/7
fought [2] 208/3 210/11
found [10] 42/13 94/5 130/7 134/12 157/18 157/19 162/12 180/19 181/7 200/7
foundation [2] 21/15 164/18
founded [1] 30/1
founders [6] 32/6 32/10 42/13 53/17 80/5 85/22
four [5] 25/24 33/14 70/21 94/2 166/2
Fox [6] 13/2 36/4 37/22 92/12 92/16 102/19
frame [4] 139/17 142/4 143/3 144/1
framework [1] 120/6
Francisco [2] 46/13 86/18
frankly [3] 66/8 82/10 134/14
fraud [7] 80/4 117/25 196/18 197/2 197/2 197/2 201/19
free [2] 208/8 215/23
French [4] 111/9 111/11 111/15 111/16
friend [5] 72/1 72/1 72/9 87/18 179/1
friends [2] 37/20 75/13
front [16] 15/22 55/5 60/19 78/9 78/10 106/5 106/8 107/1 108/2 119/10 120/2 121/12 139/11 149/7 160/14 181/13
fronting [1] 120/18
fronts [1] 80/6
Frost [1] 25/14
frustrating [1] 71/23
full [4] 73/5 132/2 175/14 210/22
fully [3] 75/5 114/9 130/8

**F**

fun [3] 91/6 205/20 205/10

fund [4] 30/22 31/9 46/16 86/8

fundamental [1] 114/10

fundamentally [1] 124/6

funds [7] 30/18 30/19 31/7 57/2 69/23 193/11 194/24

further [9] 12/2 14/5 57/7 103/4 151/15 159/13 164/16 182/3 218/6

future [8] 33/2 44/3 55/3 61/23 61/23 196/1 196/14 203/18

FW's [1] 7/10

**G**

Gabe [1] 94/19

gaining [1] 16/20

game [1] 150/5

gang [1] 162/10

gather [3] 109/18 216/5 217/3

gathering [2] 117/21 162/22

Gator [9] 42/23 42/25 43/3 43/6 43/7 43/7 43/14 44/1 44/14

gave [11] 10/13 73/3 83/5 94/9 96/13 96/22 188/2 202/22 210/5 212/22 215/22

Gawker [7] 9/15 155/21 155/22 155/25 202/22 203/20 203/22

gear [1] 112/15

gears [2] 62/24 75/17

general [21] 105/18 109/12 110/25 117/1 128/5 166/18 166/19 166/20 167/8 167/16 189/25 194/21 195/8 195/11 195/18 195/23 196/4 202/5 202/10 202/23 213/23

generally [2] 127/23 172/1

generate [1] 29/21

generic [1] 122/17

Genomic [3] 142/3 142/12 157/24

gentlemen [11] 10/23 14/17 19/12 82/14 103/20 146/21 186/7 192/21 199/12 211/10 215/19

genuinely [1] 208/23

George [3] 139/12 208/2 208/4

Georgetown [1] 26/7

Germany [1] 87/18

get [91] 10/3 10/7 10/8 15/11 18/11 18/20 19/4 19/5 19/12 19/20 20/2 20/19 24/8 25/9 25/10 26/2 26/13 29/18 29/19 29/25 31/1 32/23 33/19 37/20 38/4 44/6 44/7 48/9 48/21 51/17 52/12 53/13 54/7 55/5 55/5 59/24 60/7 61/16 62/18 68/1 70/19 72/13 73/20 73/20 81/7 81/7 88/6 92/11 97/21 100/13 106/17 107/12 113/12 116/15 117/16 117/19 118/25 121/8 122/22 122/23 124/2 124/24 126/3 126/6 130/11 133/1 147/7 147/13 147/17 148/11 148/17 154/18 155/15 171/8 174/22 176/16 177/9 178/20 183/17 185/6 186/6 199/16 204/15 206/20 207/15 207/19 207/23 209/9 209/23 210/10 211/24

gets [10] 13/8 63/7 74/25 87/21 95/24 124/8 157/2 159/3 185/21 203/5

getting [15] 42/15 49/5 52/9 52/10 76/2 76/4 76/5 78/8 81/10 107/13 110/21 113/1 175/3 175/4 177/15

ghosted [1] 72/13

giant [2] 29/15 206/2

gingerness [1] 13/12

girlfriend [1] 207/20

give [44] 10/17 16/2 17/18 19/16 26/17 37/16 46/14 47/11 49/17 57/23 71/24 82/16 83/7 92/7 92/8 93/10 96/4 97/3 97/8 102/8 109/21 146/22 154/17 155/15 157/15 165/10 183/3 186/6 186/12 187/21 189/4 191/22 198/20 199/3 200/14 204/23 205/1 205/9 207/6 209/16 210/21 210/23 212/25 216/22

given [10] 18/4 20/1 51/5 104/3 133/15 144/3 150/20 185/4 191/12 198/16

gives [2] 37/15 79/12

giving [5] 87/8 96/7 148/13 175/22 175/25

glad [3] 105/15 120/7 133/19

global [1] 207/16

Gmail [1] 48/14

go [140] 10/6 10/7 12/12 16/7 17/21 19/5 20/10 23/9 24/3 24/6 26/1 26/2 26/5 26/11 26/15 31/19 32/1 32/23 33/15 33/23 35/14 38/4 38/5 43/23 44/7 45/4 45/5 47/16 47/19 48/6 48/22 49/14 49/18 49/22 50/22 51/23 55/4 57/13 58/5 58/16 60/1 60/2 62/3 65/21 65/23 66/7 66/10 66/13 68/1 71/13 72/24 75/10 77/20 79/9 79/11 82/6 82/10 82/24 82/25 83/12 84/6 85/17 91/1 91/23 93/9 98/7 100/10 101/14 105/1 107/25 108/16 108/19 108/20 113/2 113/11 113/18 115/8 119/16 122/2 123/22 124/11 125/9 125/17 125/17 130/21 131/18 136/5 138/22 139/1 141/16 142/12 142/18 145/24 148/9 148/11 148/24 149/3 149/20 151/20 152/21 152/21 153/6 153/18 155/1 158/10 160/22 161/8 163/10 165/2 171/20 174/3 174/11 174/13 174/18 176/6 176/11 177/1 180/8 183/11 183/13 185/7 185/20 186/4 198/25 199/11 199/21 199/22 200/18 205/15 205/17 207/19 207/23 210/9 210/10 212/23 213/1 214/19 215/4 216/18 217/1

goal [3] 11/15 76/25 77/1

goats [1] 35/6

God [1] 109/23

goes [11] 24/17 37/13 37/13 58/5 59/2 59/4 63/8 71/11 71/15 86/25 177/12

going [182] 11/2 11/19 13/10 13/20 13/22 13/25 14/16 18/8 18/20 18/23 18/23 29/7 29/13 29/19 29/24 36/1 39/9 44/12 46/25 47/15 47/22 48/11 48/18 49/7 49/14 49/20 50/3 50/10 50/10 50/19 50/20 51/9 52/2 52/9 52/10 52/14 54/10 54/20 54/24 55/1 55/2 55/3 56/15 57/19 57/25 58/13 58/14 58/16 59/9 64/7 64/8 65/6 65/25 66/13 66/21 68/9 69/16 72/10 73/9 73/14 74/17 74/17 76/2 76/4 76/16 77/3 77/25 78/3 78/3 80/10 80/12 80/14 81/25 82/6 82/6 82/7 82/11 82/12 82/15 82/16 82/18 82/21 85/12

91/1 93/8 93/16 97/11 98/3 98/4 98/6 98/7 101/14 101/14 103/22 106/23 106/24 107/25 109/79 105/14 110/11 112/4 112/23 113/1 113/2 113/18 113/19 115/10 116/19 116/20 117/5 118/13 118/14 118/24 119/23 121/8 121/24 122/11 122/19 124/12 124/12 125/3 125/15 125/18 125/20 131/1 131/15 132/14 134/22 140/19 147/6 147/11 147/12 147/17 148/6 148/7 148/7 148/8 148/17 149/22 150/2 150/6 150/19 150/25 150/25 151/9 153/9 155/18 157/15 160/3 160/22 169/8 171/9 174/9 179/18 180/2 182/13 182/15 182/23 182/24 183/2 183/3 183/5 183/6 183/6 183/9 183/16 183/17 185/3 185/15 185/16 185/18 201/3 202/4 202/7 202/17 204/8 205/15 205/20 209/23 210/2 211/13 212/21

gone [7] 13/18 34/18 66/4 74/3 79/14 88/10 117/15

good [36] 17/2 22/12 25/7 25/21 27/13 42/8 48/20 50/5 54/23 61/11 81/11 82/24 82/25 85/16 94/11 96/1 103/21 105/6 109/8 110/16 111/12 127/3 129/8 133/20 145/2 146/15 153/14 160/21 171/6 172/23 176/25 177/11 180/11 205/8 208/20 216/7

good-faith [1] 96/1

good-grade [1] 25/21

google [4] 6/19 63/16 83/4 125/25

got [35] 12/9 23/13 24/23 26/10 26/22 32/9 42/19 46/8 59/13 64/18 77/10 81/1 95/8 95/9 95/20 105/16 111/21 116/13 144/13 147/21 153/4 153/11 163/24 163/24 164/3 164/4 173/25 199/25 202/20 202/20 204/14 207/20 208/25 210/4 210/6

Gotcha [1] 99/16

gotten [8] 24/23 78/5 85/7 90/7 111/7 122/16 128/13 185/12

governed [1] 208/14

governing [1] 115/2

government [60] 61/10 61/17 61/18 61/22 105/20 109/1 111/12 112/9 113/21 114/2 114/21 114/22 114/22 115/3 115/14 116/2 116/23 116/24 118/21 120/25 122/2 122/18 122/23 123/3 123/11 123/11 126/3 126/5 126/14 126/25 128/8 128/10 128/12 128/22 129/3 131/6 132/20 133/11 133/13 133/14 133/15 133/16 133/18 145/16 145/18 146/7 164/22 165/4 166/10 166/12 167/5 167/7 167/17 167/20 167/23 168/2 168/15 169/24 177/3 177/4

Government's [1] 122/10

grab [1] 82/24

grabbed [1] 59/20

grade [1] 25/21

graduate [2] 25/2 26/6

graduated [3] 25/3 25/3 26/8

grandfather [2] 15/9 133/17

grandson [1] 89/7

granted [1] 116/18

graphs [1] 35/11

Case 4:24-cv-00988-P    Document 99    Filed 07/18/25    Page 233 of 255    PageID 1747

## G

grass [1] 24/18

great [12] 15/19 27/16 54/16 72/1 72/5 85/1 127/10 127/10 157/8 173/8 176/9 208/18

greater [4] 187/3 187/11 189/16 191/4
greatest [1] 205/13
greatly [1] 23/7
greed [1] 205/5
greedy [2] 205/9 206/19
green [3] 67/18 69/18 69/19
Greenwill [5] 42/24 43/7 44/14 206/1 206/3
grew [2] 34/22 38/20
Grille [1] 82/18
gross [3] 12/13 196/20 197/4
ground [2] 12/24 38/22
grounded [1] 195/7
group [6] 55/8 76/23 161/15 163/18 163/19 167/20
groups [1] 162/5
grow [1] 34/21
guarantee [2] 123/8 123/8
guaranteeing [1] 123/16
guess [16] 28/10 30/14 40/8 42/3 42/18 56/21 71/8 90/19 99/9 99/17 100/1 118/3 118/19 145/23 161/6 206/10
guess is [1] 56/21
guesswork [1] 195/24
guidelines [6] 166/19 166/21 166/23 167/8 167/16 171/23
guiding [1] 203/11
guilty [1] 144/7
guy [18] 27/15 40/11 42/23 49/1 49/9 54/13 54/16 62/19 72/4 72/4 124/15 130/24 131/7 160/24 206/19 207/22 208/1 208/1
guy's [1] 130/24
guys [1] 74/17
GUZMAN [4] 1/19 218/3 218/11 218/11

## H

H-L [1] 201/9
hack [1] 210/6
hacked [2] 143/18 210/4
hacking [3] 140/2 143/17 177/16
had [127] 15/19 16/7 24/10 24/23 24/24 28/16 28/20 28/23 29/1 29/3 29/9 36/25 37/12 38/10 39/21 41/13 41/24 42/12 43/13 43/18 43/19 44/16 45/6 47/8 48/15 51/19 52/5 52/6 52/7 54/4 54/16 55/5 55/8 56/1 62/11 69/4 69/4 69/20 71/18 72/1 72/5 73/1 73/1 74/3 75/21 76/12 76/13 76/14 77/25 78/5 78/24 81/18 81/19 81/22 84/16 84/16 88/15 93/5 95/14 96/5 97/23 98/9 98/18 99/24 101/8 104/6 107/10 110/5 110/16 110/18 111/7 111/12 111/20 111/23 111/25 113/11 113/11 113/12 113/15 114/4 114/5 114/6 114/6 115/13 115/17 115/25 116/2 116/10 116/12 117/21 118/21 119/11 125/7 126/12 129/8 132/4 143/10 144/16 145/6 147/18 147/22 154/2 158/20 163/2 165/19 167/11 168/24

170/17 172/25 174/8 174/20 175/8 175/12 175/15 177/25 179/23 179/23 184/19 185/1 195/22 197/9 206/5 207/18 209/9 209/20 212/7 213/4
hadn't [3] 125/20 144/23 174/21
Hal [25] 2/7 3/11 10/25 21/22 21/22 22/8 22/14 35/18 37/21 48/18 50/3 52/14 67/20 72/3 72/15 74/4 80/3 80/8 106/9 120/1 149/1 166/9 180/17 187/7 201/9
Hal's [2] 52/23 53/16
half [3] 11/3 25/24 163/25
hallway [1] 203/24
hand [12] 22/2 104/19 104/19 104/21 135/15 158/5 160/9 186/13 211/13 212/10 212/10 212/13
handful [1] 32/6
handing [2] 10/12 213/3
handle [2] 28/5 56/12
handled [1] 146/6
handler [6] 165/16 172/19 172/21 172/23 176/17 179/1
handlers [2] 178/19 179/10
handling [1] 166/25
handlings [1] 165/25
hands [1] 111/11
handwriting [1] 200/25
happen [11] 38/14 72/13 72/14 77/8 130/14 130/15 145/17 147/17 173/23 173/23 206/7
happened [15] 15/22 15/23 39/17 46/20 51/16 54/5 57/12 65/15 69/2 69/24 97/23 129/23 132/18 163/1 171/23
happens [6] 14/23 33/21 118/1 132/14 145/21 176/6
happy [4] 87/7 143/21 150/9 206/23
harass [1] 47/7
harassment [1] 123/14
hard [13] 16/4 55/21 80/17 81/11 115/21 118/16 124/25 126/9 170/15 202/20 203/19 207/3 208/3
harder [2] 112/2 132/22
hardly [1] 16/2
harm [22] 23/9 65/6 71/16 108/8 108/14 126/12 126/20 131/22 150/16 193/8 193/14 193/15 194/18 194/24 195/2 195/7 195/17 195/25 196/1 196/16 197/4 197/8
Harvard [1] 208/16
has [94] 11/10 13/6 15/8 17/4 17/5 18/24 20/8 20/8 20/21 23/8 23/8 31/19 33/17 34/6 37/23 51/21 53/4 53/4 54/5 56/9 61/10 63/15 69/8 75/6 75/18 77/18 80/24 81/4 81/5 81/11 81/24 89/5 93/21 96/15 96/19 105/17 106/7 116/24 116/25 117/10 121/1 122/18 122/18 123/6 123/11 123/12 124/15 124/22 132/18 143/18 143/20 147/10 147/19 148/12 151/23 151/23 156/6 164/9 167/25 175/6 176/12 179/5 180/17 180/19 181/2 182/23 184/16 184/16 186/4 188/7 188/10 189/1 189/2 190/10 190/19 191/1 191/9 191/12 192/23 194/14 195/25 198/11 200/7 200/8 201/21 201/21 204/19 207/21 209/17 210/16 210/18 212/8

215/15 216/10

hasn't [5] 103/1 104/3 160/18 201/18 210/18
hate [1] 119/18
Hats [1] 37/10
have [315]
have just [1] 93/14
haven't [10] 18/6 48/17 50/2 50/3 73/16 73/18 85/7 111/12 146/5 177/17
having [19] 16/18 22/9 26/14 30/12 65/24 69/7 73/21 102/12 105/3 112/9 117/13 133/11 135/19 157/14 161/10 169/1 191/24 202/14 202/15
he [370]
He'd [1] 42/25
he'll [4] 79/9 79/10 186/6 211/15
he's [99] 13/21 13/22 16/10 37/22 37/22 47/15 47/16 50/19 51/8 51/9 52/11 52/11 52/19 52/20 52/22 56/3 56/22 56/24 56/25 58/25 59/14 59/18 60/7 60/8 60/9 60/11 61/8 61/20 61/20 61/22 61/25 63/4 63/6 63/8 63/10 63/11 63/12 64/3 64/6 64/7 64/7 64/14 64/15 72/3 72/11 72/21 74/4 75/14 77/5 77/11 79/10 79/14 79/14 79/14 79/18 80/3 80/10 80/10 80/11 80/12 80/13 81/1 81/2 82/6 83/19 83/22 85/22 85/22 89/9 89/20 89/22 90/5 95/19 98/15 98/20 99/9 100/14 101/5 121/25 130/25 150/2 160/2 166/10 166/11 168/4 168/16 168/17 169/11 170/7 170/7 179/16 179/17 180/12 180/13 190/11 206/3 206/19 210/20 210/21
head [2] 56/15 105/19
headquarters [1] 90/11
Heads [2] 17/17 82/23
headway [1] 147/11
heal [1] 75/7
health [3] 118/11 127/3 133/19
hear [35] 10/7 10/8 11/2 11/20 12/16 12/23 13/14 13/20 37/6 48/18 50/4 59/4 61/6 104/9 104/11 104/15 104/16 104/21 105/6 105/8 133/20 134/3 134/5 148/7 148/10 174/17 175/2 179/13 183/7 185/22 185/23 186/18 186/19 204/18 209/25
heard [28] 19/15 20/14 48/17 50/2 50/3 58/22 59/11 62/8 62/8 72/7 72/9 83/2 97/9 105/12 134/15 135/22 157/4 165/5 165/12 168/1 186/10 198/18 199/14 199/23 200/6 200/12 200/24 202/12
hearing [6] 21/13 83/7 130/19 148/3 156/1 169/11
hearings [2] 102/4 147/19
hearsay [4] 101/4 101/6 101/7 101/8
heart [1] 157/3
hearts [1] 208/11
heated [1] 15/2
heavily [1] 44/19
heeded [1] 181/22
held [4] 25/10 101/25 102/12 117/12
Hello [1] 105/9
help [20] 15/4 32/4 35/3 39/22 42/1 43/20 44/1 44/2 44/3 44/8 44/24 48/25 50/13 50/13 76/20 101/17 110/2 126/7

**H**

**help [2]** 155/3 202/20
**helped [7]** 16/10 42/13 81/7 109/10 202/21 203/20 206/20
**helpful [1]** 190/10
**helping [1]** 42/14
**helps [2]** 81/7 148/6
**her [9]** 94/17 94/19 94/22 95/15 95/15 95/16 188/25 206/17 207/23
**Herbert [1]** 139/12
**here [104]** 10/9 11/1 11/19 12/13 12/24 15/3 15/4 15/6 15/17 15/19 15/21 16/16 20/22 21/2 22/15 22/17 22/19 23/15 23/16 23/23 24/16 25/11 26/12 29/6 31/13 34/22 38/20 39/3 41/3 48/23 49/1 52/2 52/11 52/21 61/20 62/11 67/23 68/23 69/7 69/8 72/10 72/22 73/4 74/25 75/13 76/13 77/12 77/21 81/17 81/18 82/4 82/22 84/19 87/21 88/2 88/19 89/3 93/22 93/22 94/4 95/24 96/15 96/19 97/7 98/11 99/10 104/4 104/7 106/18 106/19 109/6 110/25 117/6 130/5 136/9 136/17 136/22 139/24 146/18 147/9 147/24 149/22 157/21 160/14 160/25 161/6 161/16 161/18 161/20 177/1 181/10 182/14 189/3 192/21 193/25 198/13 203/7 206/3 208/4 208/12 208/18 208/19 209/9 210/14
**Here's [3]** 28/4 192/6 197/22
**Hey [10]** 37/21 38/2 40/10 61/16 66/10 72/2 72/10 81/24 131/6 171/3
**Hi [1]** 169/25
**hidden [1]** 210/21
**hiding [1]** 210/20
**high [21]** 22/17 23/23 23/25 24/1 24/3 28/2 32/11 32/11 32/17 40/13 54/20 102/20 108/5 113/9 113/13 123/23 127/9 162/16 163/18 166/10 196/25
**high-level [3]** 108/5 113/9 166/10
**high-net [1]** 102/20
**high-profile [1]** 40/13
**high-ranking [1]** 113/13
**high-risk [1]** 54/20
**High-Value [1]** 163/18
**higher [3]** 32/7 34/2 196/24
**highlighted [2]** 153/9 153/24
**highlighting [1]** 165/24
**highly [3]** 122/14 123/17 216/25
**highs [1]** 70/8
**hijack [1]** 110/21
**him [98]** 12/4 13/5 14/1 14/12 16/2 18/2 24/24 39/18 39/21 40/1 41/1 41/2 41/4 41/13 46/14 47/5 47/6 47/8 48/14 49/9 49/17 58/4 60/5 60/8 63/14 63/19 63/20 63/24 72/7 73/1 73/1 75/15 77/8 77/13 77/14 78/4 78/4 79/9 79/12 80/23 83/21 83/22 83/22 85/25 87/14 88/15 88/17 93/10 93/11 97/4 98/17 99/23 99/24 100/17 108/8 108/9 108/14 130/7 141/15 144/23 146/18 146/19 147/12 147/18 148/4 148/4 148/6 148/6 148/18 148/18 150/3 161/5 161/5 161/7 168/7 169/1 170/11 170/13 170/14 170/14 170/15 170/19 170/23 180/3 180/3 185/23 196/13 201/6 203/17 207/1 207/2 207/2 207/4

**himself [6]** 12/25 53/19 53/19 64/12 166/14 170/7
**hire [1]** 26/13
**hired [2]** 27/15 27/17
**his [129]** 10/16 10/25 11/16 13/4 13/7 13/12 13/22 14/4 14/7 14/10 15/22 16/12 17/6 17/6 17/14 18/12 18/13 19/23 22/23 23/2 35/24 35/25 42/11 43/6 43/18 44/1 44/13 44/16 45/21 46/6 46/10 46/10 47/9 47/9 48/16 51/13 53/15 56/4 58/25 59/1 59/4 62/18 64/1 64/2 65/14 69/4 69/24 74/7 74/10 75/15 76/25 77/1 77/18 78/17 80/20 80/21 81/2 81/5 84/16 94/9 97/5 98/20 98/24 99/3 99/4 99/22 103/25 106/20 106/20 107/10 107/12 115/13 115/18 116/10 116/10 117/4 119/21 124/21 124/23 126/21 129/23 130/21 144/23 147/24 148/5 151/22 153/14 161/1 161/2 165/15 165/20 165/24 165/25 168/24 169/6 169/9 170/8 170/8 170/24 171/14 179/18 179/18 184/1 188/25 190/12 190/21 190/22 191/2 193/10 193/11 194/15 194/24 195/16 196/10 196/13 199/13 202/14 202/14 202/15 203/15 203/20 203/24 204/19 206/22 210/5 210/5 210/6 210/9 210/15
**history [1]** 173/5
**hit [2]** 56/14 208/20
**Hoan [6]** 89/25 90/2 90/4 95/14 158/13 158/23
**hold [8]** 36/16 93/16 101/10 102/6 127/13 147/18 148/4 199/20
**holding [3]** 101/14 102/12 103/23
**holdings [2]** 149/13 210/15
**holes [2]** 96/23 97/5
**Holocaust [3]** 63/10 151/1 152/8
**Holocaust-denying [1]** 152/8
**home [5]** 19/5 28/24 206/8 213/1 216/7
**homeland [3]** 105/20 111/25 163/8
**hometown [1]** 139/11
**honestly [1]** 207/2
**honor [70]** 10/19 10/21 17/7 17/20 18/10 20/24 21/3 21/9 21/12 21/18 21/21 22/6 84/3 84/19 84/23 86/23 93/8 94/3 95/18 98/25 100/11 103/5 103/7 107/18 114/24 115/5 127/6 127/8 133/25 135/3 135/7 135/10 141/8 144/10 145/11 146/16 147/1 147/15 148/14 154/14 157/3 158/14 158/16 159/7 159/14 159/16 160/1 160/16 160/21 164/20 172/5 178/21 182/4 182/6 182/10 182/13 182/19 184/21 186/2 199/6 199/10 209/14 212/1 214/22 214/25 215/7 215/10 215/14 217/9 217/11
**HONORABLE [1]** 1/9
**honored [1]** 10/24
**hooked [1]** 109/24
**Hoover [1]** 171/20
**hope [5]** 19/4 207/25 208/19 208/21 209/7
**hoped [1]** 125/7
**hopeful [1]** 207/25

**hopefully [2]** 19/5 183/18
**hoping [1]** 208/11
**horn [1]** 109/7
**horrific [1]** 166/11
**host [1]** 37/9
**hostile [3]** 112/9 123/8 128/3
**hot [3]** 70/11 176/16 176/20
**hotheaded [1]** 15/11
**hour [2]** 79/5 79/7
**hours [2]** 74/13 216/1
**house [1]** 41/14
**housekeeping [2]** 19/14 83/17
**houses [1]** 24/14
**Houston [1]** 41/5
**how [101]** 13/8 14/25 16/8 16/25 18/1 23/13 25/23 26/25 27/3 27/19 28/8 32/19 32/25 33/10 34/23 35/18 37/17 38/2 39/3 39/14 39/18 41/1 42/17 43/19 43/20 45/2 45/3 45/17 47/3 47/12 48/15 50/8 53/24 58/15 60/10 64/24 65/19 67/6 67/6 67/25 68/19 68/19 69/1 72/3 74/1 74/10 78/24 81/10 84/23 85/24 86/13 87/10 87/25 88/7 88/13 95/22 96/15 96/19 97/5 99/2 99/11 110/9 110/12 111/1 113/21 114/3 115/21 118/19 120/4 125/3 125/6 125/22 125/22 128/1 142/19 144/13 147/6 147/13 147/18 155/11 157/1 158/23 165/3 167/17 180/24 181/7 184/25 185/24 195/11 195/21 200/18 200/18 200/19 202/19 203/22 205/4 205/4 206/4 209/18 210/16 210/20
**however [4]** 193/1 194/16 195/23 208/1
**Huawei [2]** 112/18 128/11
**Huffington [4]** 152/6 152/16 156/2 156/5
**HuffPost [1]** 149/13
**huge [4]** 13/6 29/3 81/20 173/1
**huh [3]** 65/10 101/23 178/12
**human [42]** 118/11 129/4 129/13 132/19 133/4 145/19 145/21 146/2 161/21 162/9 162/21 164/8 164/11 164/18 165/7 166/2 166/21 166/25 167/1 169/15 170/5 170/5 170/10 170/10 170/12 170/18 170/19 172/4 172/12 172/15 174/2 174/21 175/15 175/19 176/17 177/15 178/19 179/4 179/10 181/19 181/20 181/25
**humans [1]** 175/13
**humiliation [3]** 13/22 150/16 195/10
**humor [1]** 205/9
**hundred [1]** 179/19
**hunt [1]** 19/2
**hurt [9]** 44/3 44/8 44/24 61/21 62/3 62/3 76/2 76/4 126/15
**hurtful [1]** 76/11
**hurting [2]** 14/2 120/19
**hurts [2]** 69/10 69/12
**husband [1]** 13/21
**Hussein [1]** 129/9
**Hyland [1]** 8/13

**I**

**I have [1]** 133/8
**I'd [12]** 36/15 45/10 47/25 51/22 64/3

**I**

**I'd [7]** 107/23 170/1 173/24 175/2 179/7 179/12 209/24

**I'll [26]** 10/15 12/12 33/20 39/10 71/4 71/24 82/17 99/17 113/19 118/3 125/1 139/20 141/13 160/24 184/19 185/3 186/1 186/8 201/8 211/19 212/22 212/23 212/25 214/19 215/4 216/13

**I'm [148]** 10/24 14/2 15/4 15/17 16/4 16/17 22/14 22/19 23/14 27/16 29/19 38/18 38/23 39/8 39/8 40/25 43/6 47/22 50/10 50/19 52/10 52/19 52/21 53/3 55/18 56/16 56/24 58/13 58/13 58/14 61/10 61/21 64/8 64/8 65/6 69/7 69/25 70/1 75/13 76/3 77/3 78/3 78/3 78/18 80/7 82/5 82/16 82/18 82/21 85/12 87/7 87/8 92/4 93/7 93/8 93/16 93/20 95/1 95/12 97/7 98/6 99/10 99/22 101/16 101/16 102/8 102/10 104/1 104/24 105/7 105/15 105/15 106/19 106/23 107/23 108/6 108/8 109/7 110/11 111/14 120/7 128/1 128/12 130/23 132/4 132/14 133/19 134/13 136/14 137/2 137/6 137/13 138/3 138/13 139/8 139/9 140/1 140/17 140/19 141/10 143/21 148/6 148/13 148/17 149/22 150/19 150/25 151/9 153/9 154/10 155/1 155/18 156/10 160/3 160/19 161/4 161/20 167/11 169/24 169/25 173/1 175/7 175/12 175/15 180/7 180/9 182/15 183/2 185/5 185/7 185/14 198/8 198/16 199/14 201/3 203/8 205/15 206/10 206/10 207/19 207/22 207/25 208/1 208/8 208/11 210/2 210/17 211/13

**I've [48]** 15/18 16/1 16/24 17/2 18/4 23/6 29/11 35/2 36/1 38/10 38/10 51/3 53/17 54/5 59/13 69/5 69/5 69/25 71/18 75/21 92/5 92/22 93/9 93/25 94/1 102/3 102/13 105/16 105/22 108/11 129/19 133/16 134/15 143/22 145/5 145/6 147/22 147/22 157/4 173/5 173/25 185/4 198/16 205/3 206/9 207/20 208/18 213/3

**Idaho [2]** 162/2 162/3

**idea [6]** 48/20 50/5 53/14 64/16 82/25 209/21

**identified [2]** 165/25 166/1

**ignored [1]** 132/11

**III [2]** 162/18 163/3

**illegal [1]** 145/20

**illegally [1]** 143/25

**image [1]** 195/14

**immediately [2]** 58/7 185/20

**impact [7]** 75/18 115/17 115/18 115/25 121/16 123/1 123/3

**impactful [1]** 121/16

**impair [1]** 195/16

**imperil [1]** 179/7

**impersonation [1]** 117/25

**impersonations [2]** 118/2 127/1

**implication [1]** 111/20

**implications [1]** 131/15

**importance [1]** 35/15

**important [14]** 13/3 35/1 35/2 37/10 39/1 39/4 43/11 71/21 112/6 124/20 139/7 169/16 187/24 188/11

**impression [3]** 173/9 173/11 191/5

**improve [1]** 170/24

**inaccurately [1]** 188/7

**inappropriate [1]** 57/1

**inaugurated [1]** 113/23

**incentive [1]** 163/24

**include [4]** 73/7 100/8 194/23 216/18

**included [2]** 100/5 216/19

**including [6]** 53/16 121/7 162/3 190/18 193/9 193/14

**income [12]** 33/10 65/4 69/10 69/10 69/13 70/21 71/6 74/23 190/21 190/22 193/5 193/10

**inconsistency [1]** 188/24

**increase [3]** 27/22 164/2 192/13

**incur [1]** 195/1

**incurred [2]** 193/11 193/16

**indeed [1]** 151/6

**indefinite [1]** 150/21

**independent [2]** 167/6 191/2

**INDEX [2]** 1/25 3/5

**indicates [1]** 189/24

**indication [2]** 172/22 186/16

**indifference [1]** 197/11

**indirect [1]** 189/23

**individual [3]** 28/6 52/24 138/14

**individuals [3]** 102/20 158/25 179/20

**induced [1]** 108/9

**infer [1]** 190/18

**inference [2]** 189/9 195/6

**inferences [1]** 188/13

**infiltrate [1]** 156/13

**influence [12]** 42/19 61/19 61/19 112/19 112/19 115/2 115/14 116/11 120/10 120/24 121/1 163/10

**influenced [4]** 114/21 128/25 191/3 192/25

**informant [1]** 143/19

**informants [2]** 172/4 175/8

**information [16]** 56/3 109/16 111/17 121/5 165/14 166/4 169/7 174/22 175/4 175/4 175/6 175/19 175/23 175/25 176/2 179/17

**infrastructure [4]** 112/13 120/10 120/14 120/15

**Initially [1]** 100/21

**injure [1]** 193/20

**injured [1]** 193/4

**injuries [2]** 195/8 196/10

**injury [3]** 151/24 195/20 197/4

**injustice [2]** 208/23 209/6

**innocence [1]** 205/18

**innocent [1]** 188/9

**insanely [1]** 73/9

**inside [2]** 112/9 112/15

**install [1]** 112/15

**instances [1]** 98/1

**instead [4]** 56/9 124/14 196/12 203/14

**institution [1]** 28/2

**institutional [2]** 126/14 131/6

**Institutions [1]** 7/11

**instruct [1]** 186/11

**instructed [3]** 156/6 156/16 187/17

**instructions [18]** 10/13 19/15 20/13 20/16 83/5 183/8 183/17 185/14 186/16 186/22 191/11 192/6 198/15

**intangible [1]** 195/8

**integral [1]** 39/13

**integrity [1]** 14/13

**intelligence [29]** 43/18 43/19 44/2 44/7 44/17 66/9 105/21 105/24 109/18 109/25 110/17 129/9 146/1 146/12 146/14 146/20 161/17 162/22 162/22 163/5 163/6 164/3 164/4 164/17 168/17 169/8 169/21 169/25 207/22

**Intelligent [1]** 110/8

**intend [1]** 21/2

**intended [4]** 186/22 196/11 203/12 203/13

**intense [1]** 26/22

**intensity [1]** 162/16

**intent [2]** 167/16 197/3

**intentional [1]** 188/8

**interact [1]** 41/2

**interacting [1]** 45/17

**interaction [1]** 61/1

**interactions [1]** 47/23

**interagency [2]** 112/1 164/4

**intercept [1]** 162/19

**interest [9]** 46/15 102/21 103/1 120/19 126/5 128/15 156/24 185/16 192/19

**interested [4]** 72/5 95/25 189/7 210/17

**interesting [3]** 38/7 72/3 133/22

**interests [7]** 78/10 96/6 114/9 114/13 114/20 158/21 188/23

**interfaced [1]** 162/3

**interference [1]** 116/23

**interlocutory [1]** 114/15

**international [3]** 109/9 111/14 164/6

**internet [75]** 4/3 4/4 4/5 4/6 4/7 4/8 4/9 4/10 4/11 4/12 4/13 4/14 4/15 4/16 4/17 4/18 4/19 4/20 4/24 4/25 5/1 5/2 5/12 5/13 5/14 5/15 5/16 5/17 5/18 5/19 5/20 5/21 5/22 5/23 5/24 5/25 6/1 6/2 6/5 6/6 6/7 6/8 6/9 6/10 6/11 6/14 6/16 6/17 6/18 6/20 6/25 7/1 7/2 7/3 7/5 7/8 7/15 7/16 7/17 7/18 7/19 7/20 8/7 8/8 9/2 9/3 9/4 9/5 9/6 9/7 9/8 66/6 66/12 143/20 150/22

**interpretation [2]** 51/6 131/8

**interpretations [1]** 20/7

**interrogation [2]** 163/18 163/19

**interrogator [1]** 163/11

**interrupt [2]** 18/18 93/15

**interrupted [1]** 124/9

**interrupting [2]** 101/20 101/20

**interrupts [7]** 10/20 23/1 28/13 51/2 53/2 90/25 142/10

**Interview [1]** 7/14

**interviewed [1]** 25/9

**interviewing [1]** 27/14

**interviews [2]** 36/5 36/5

**intimidating [1]** 160/25

**intimidating-looking [1]** 160/25

**introduce [5]** 22/12 53/19 88/9 105/13 161/13

**introduced [12]** 20/4 37/20 42/24 43/2 43/14 71/25 72/2 86/1 87/14 98/16 158/24 207/1

**introducing [1]** 206/17

**invest [21]** 30/19 31/10 31/18 32/12

## I

**inves** [17] 32/23 38/2 42/6 55/2 86/4 88/21 88/23 102/21 102/21 102/25 115/22 117/15 124/4 124/14 125/1 137/17 142/22
**invested** [9] 41/24 69/20 141/19 141/22 142/2 142/7 142/14 142/15 142/23
**investigate** [2] 123/14 156/17
**investigated** [1] 133/9
**investigation** [6] 120/20 121/20 123/17 130/1 168/23 175/11
**investigations** [13] 121/10 130/2 132/7 156/14 161/14 161/15 161/16 162/18 164/6 164/19 166/20 167/9 167/14
**investigative** [1] 171/15
**investing** [8] 29/7 31/6 33/24 38/12 41/8 61/10 69/11 70/11
**investment** [34] 22/20 26/24 27/9 28/6 28/11 28/23 31/24 33/21 34/2 38/9 45/22 45/24 46/4 46/14 46/16 46/20 46/22 56/11 71/5 74/23 96/4 106/21 116/19 116/20 122/22 125/2 125/6 125/19 128/6 128/13 158/20 193/6 193/11 201/1
**investments** [35] 9/10 9/12 13/14 13/18 18/3 25/20 26/20 29/25 33/12 37/23 46/2 54/21 61/13 61/19 68/20 69/2 70/3 111/19 112/1 114/20 120/21 124/5 124/19 124/23 125/7 125/21 125/23 128/3 128/7 128/15 137/18 153/13 159/4 193/15 194/24
**investor** [19] 11/25 13/4 13/18 55/25 57/2 61/24 86/10 99/14 100/14 100/25 120/18 122/11 123/22 123/23 123/25 124/16 193/15 194/25 195/5
**investors** [38] 5/3 12/3 12/7 28/16 30/5 33/24 38/12 40/5 44/20 51/18 51/18 51/20 52/8 52/9 52/12 52/16 52/24 53/23 54/19 56/23 58/6 61/23 69/11 86/17 99/14 100/20 102/20 102/24 105/22 112/3 121/7 124/21 126/15 128/1 131/6 158/15 158/17 193/10
**invitations** [1] 65/15
**invite** [1] 37/5
**invited** [5] 35/25 40/22 40/23 42/23 92/18
**invocation** [1] 120/23
**involved** [14] 35/2 44/11 44/12 44/19 45/18 50/10 92/4 97/21 132/8 135/23 156/12 157/9 197/7 197/10
**involves** [2] 32/2 32/3
**iPhone** [3] 172/14 172/16 172/19
**Iran** [1] 128/4
**Iranian** [2] 114/22 163/9
**Iraq** [3] 132/8 163/10 164/3
**irrelevant** [3] 17/10 95/19 95/21
**IRS** [1] 168/22
**is** [434]
**isn't** [10] 17/23 62/5 62/5 92/21 171/19 174/24 193/21 207/13 207/14 208/22
**Israel** [1] 64/10
**issue** [4] 18/8 94/8 105/17 123/24
**issues** [4] 18/25 96/1 114/5 178/8

**it** [503]
**it's** [203] 11/10 12/13 13/9 14/6 15/7 15/11 15/19 16/3 16/4 16/13 16/25 17/9 17/9 17/16 19/6 19/19 25/13 29/13 29/13 29/14 29/14 29/14 29/15 31/18 32/5 32/6 32/11 32/11 32/17 32/24 32/24 33/18 34/19 35/2 35/11 35/22 36/9 38/3 38/5 38/13 39/1 39/13 41/23 42/8 42/12 43/11 44/17 44/25 54/19 55/20 56/16 61/8 62/5 62/15 63/7 63/21 66/3 66/3 66/5 66/13 68/3 69/21 70/2 70/2 70/20 71/8 71/9 71/23 72/14 74/5 74/17 74/20 75/23 75/23 76/1 76/6 76/6 76/11 76/23 77/16 78/6 79/1 80/17 80/17 80/25 81/11 81/12 82/9 82/9 82/18 82/19 86/2 86/2 87/20 88/5 90/21 90/21 91/6 95/19 95/19 95/21 104/1 106/24 107/3 107/25 108/21 112/6 112/6 113/18 115/10 115/10 118/16 119/16 120/10 122/14 124/25 125/5 125/24 126/4 126/4 126/22 127/8 127/10 127/10 127/16 127/23 127/24 127/24 128/5 128/20 129/1 130/4 130/6 131/18 132/14 132/25 133/21 134/16 134/17 136/17 138/2 140/10 140/11 140/13 140/20 141/14 141/20 142/20 143/3 143/9 143/21 145/15 145/18 146/12 152/20 154/10 154/25 157/8 160/8 162/18 166/16 167/25 170/24 172/1 172/18 173/7 175/10 176/12 176/25 177/20 177/20 180/16 181/22 181/23 182/1 184/1 198/13 199/13 200/22 201/8 201/15 201/24 202/6 202/7 202/13 202/18 202/19 203/1 203/3 203/4 204/25 205/3 205/4 205/11 205/12 206/2 206/15 209/18 210/7 210/24 211/4 211/5 211/6
**its** [4] 166/16 189/7 193/17 197/6
**itself** [1] 193/14

## J

**Jacob** [1] 62/19
**Jacques** [1] 87/17
**jail** [8] 11/23 49/14 51/9 148/5 174/9 178/25 205/17 205/19
**Jamaican** [2] 162/9 162/11
**James** [1] 146/17
**January** [2] 113/24 175/11
**Jason's** [1] 82/19
**Jeffrey** [1] 64/15
**JFK** [1] 208/10
**job** [13] 11/17 25/6 25/7 25/10 25/21 26/10 27/7 27/13 109/13 113/17 114/12 176/4 209/6
**jobs** [1] 25/9
**Joe** [1] 10/3
**John** [7] 87/10 87/15 90/23 91/8 127/21 161/1 183/13
**Johnathan** [6] 88/13 88/16 146/3 165/14 165/16 178/24
**JOHNSON** [224]
**Johnson's** [31] 46/14 48/12 50/24 58/21 62/25 67/1 67/2 68/19 69/3 69/20 70/14 73/23 75/18 116/5 119/2 165/4 166/7 168/10 168/14 193/2 194/3 194/10 195/12 196/6 197/6

197/15 201/15 202/12 213/9 213/18 213/25
**Johnson00062** [1] 144/20
**join** [3] 29/7 60/7 124/5
**Josh** [1] 87/12
**JPMorgan** [10] 27/10 27/10 27/19 27/24 28/8 28/16 28/21 28/22 29/9 30/10
**judge** [14] 1/9 57/14 96/2 104/5 104/20 114/1 142/1 142/8 145/6 147/19 147/22 160/15 160/25 161/4
**judges** [2] 173/18 186/14
**judgment** [5] 94/7 192/19 216/19 216/24 217/1
**Judicial** [1] 218/7
**juice** [1] 148/19
**JULY** [5] 1/6 10/2 214/12 216/16 218/9
**jump** [2] 113/3 166/5
**juror** [8] 191/1 191/5 212/11 212/13 214/19 214/23 215/1 215/11
**jurors** [3] 161/5 191/4 212/7
**jury** [121] 1/8 1/9 10/23 17/12 20/10 22/13 22/17 23/10 25/1 25/5 25/16 26/17 27/23 28/25 31/4 32/19 34/4 35/8 36/15 36/18 36/21 37/16 38/15 41/22 42/17 42/21 43/11 45/16 47/11 48/5 48/11 51/24 52/2 54/17 55/9 57/22 57/23 58/19 62/8 66/23 69/16 70/18 78/23 83/12 83/14 84/13 96/14 105/13 106/2 106/7 106/18 107/6 107/20 107/22 107/23 108/4 109/4 109/4 110/9 114/2 116/9 123/24 125/13 134/7 137/15 137/23 138/22 142/1 147/4 147/10 148/8 148/23 158/7 161/13 161/18 161/23 163/22 164/8 183/9 184/7 184/13 184/15 185/5 185/9 185/13 185/19 186/9 186/10 186/13 186/14 186/23 190/10 191/7 198/9 198/11 198/21 198/22 200/16 200/19 201/11 201/12 203/10 208/22 211/10 211/16 211/20 211/21 211/23 212/4 212/13 214/12 214/17 215/12 215/16 215/16 215/22 216/9 216/10 216/14 216/20 216/20
**jury's** [4] 45/9 134/11 134/14 215/16
**just** [156] 11/1 12/16 17/21 17/22 19/15 19/17 21/6 27/16 28/4 28/5 28/20 29/13 29/14 30/13 31/3 32/5 33/6 33/20 34/25 36/11 37/2 39/2 39/3 39/24 42/3 42/25 43/23 44/22 45/6 45/8 47/9 47/11 47/14 47/17 47/18 53/14 54/17 55/9 55/11 55/20 56/16 57/21 57/23 57/23 59/16 62/1 62/14 62/21 66/10 66/20 66/21 66/23 66/23 67/13 68/25 70/18 72/17 74/5 75/10 75/18 77/3 78/3 78/4 79/9 79/12 79/17 79/19 80/12 80/13 80/25 81/18 81/20 82/6 82/11 82/12 82/12 83/17 85/8 93/8 93/14 93/14 96/12 97/20 97/23 98/4 98/17 99/3 99/10 101/8 101/9 102/19 104/1 106/1 106/17 108/4 108/16 110/24 111/3 113/3 114/1 114/14 116/3 116/8 116/21 118/2 123/1 124/22 125/5 125/6 126/4 129/22 131/1 131/12 131/19 131/22 133/3 133/6 139/9 145/10 146/11

**J**

**just [36]** 147/9 147/17 148/13 148/19 149/15 150/2 154/16 154/18 155/15 160/12 163/15 164/6 164/9 165/13 166/5 168/15 171/5 171/6 173/18 175/5 176/24 177/1 184/4 187/5 199/25 200/4 200/10 201/8 201/17 201/23 209/19 209/22 210/3 210/24 211/4 212/20
**just going [1]** 78/3
**justice [6]** 146/5 166/17 197/20 199/16 199/16 208/22
**justified [1]** 188/14

**K**

**keep [12]** 18/14 19/18 20/13 61/23 68/9 71/12 80/14 110/24 154/18 154/19 160/23 188/3
**keeping [1]** 172/3
**Kennedy [1]** 208/12
**Kenya [1]** 163/20
**kept [1]** 105/17
**key [3]** 30/16 32/9 169/20
**keyboard [1]** 77/6
**keyword [1]** 181/23
**kicked [1]** 13/13
**kicker [1]** 207/13
**kidding [2]** 47/4 172/17
**kidnap [1]** 180/2
**kids [2]** 35/4 35/5
**kill [2]** 116/14 180/3
**killing [1]** 77/10
**kind [45]** 24/17 24/21 26/3 26/4 30/16 31/4 32/20 33/6 40/9 42/1 43/16 43/21 44/1 57/23 73/8 75/18 75/25 80/15 85/4 89/1 91/6 117/9 117/25 118/18 121/5 121/6 123/9 126/7 127/1 128/12 128/17 131/7 132/13 132/22 146/12 164/6 172/14 174/7 200/1 202/23 203/5 205/14 205/20 207/10 209/5
**kinds [7]** 31/10 35/12 55/2 63/11 78/2 120/11 173/19
**kingdom [1]** 36/6
**knew [10]** 54/12 58/16 63/19 63/19 76/12 76/12 79/8 131/23 174/23 217/6
**know [255]**
**knowing [2]** 16/23 202/13
**knowledge [2]** 153/25 190/9
**known [5]** 26/12 26/14 26/20 63/10 86/17
**knows [3]** 76/1 76/2 122/7
**KYC [1]** 91/16

**L**

**labeled [1]** 150/13
**labels [1]** 150/20
**ladies [10]** 10/23 14/17 19/12 82/14 103/20 146/21 192/21 199/12 211/10 215/19
**lady [1]** 80/5
**Lambert [156]** 2/7 3/11 5/3 5/5 5/7 5/11 6/19 7/7 10/25 11/5 11/9 11/22 11/23 11/24 12/4 12/23 13/1 13/21 14/1 14/7 15/8 15/23 16/1 16/12 16/25 17/4 17/24 18/1 21/22 21/22 21/23 22/4 22/8 22/12 22/14 34/1 34/7 35/19 37/21 39/14 45/14 47/20 48/3 48/11

51/23 51/24 51/25 53/4 55/11 57/22 58/19 59/7 59/12 60/17 62/24 64/1 64/18 66/20 67/14 67/20 67/24 68/19 68/22 69/16 72/15 72/20 72/25 74/4 74/20 75/1 75/17 77/20 80/3 81/16 84/8 84/16 84/24 84/25 95/25 96/4 96/19 103/8 103/14 106/9 106/20 107/10 107/12 107/12 107/15 108/7 108/13 115/15 115/18 119/3 119/8 120/1 121/16 123/2 125/20 126/17 129/22 130/21 131/7 133/6 134/9 135/23 136/9 136/12 136/18 138/9 149/1 166/9 169/3 169/5 169/10 180/18 180/21 187/8 193/7 194/2 194/15 194/18 194/22 195/4 195/25 196/4 196/10 196/16 197/4 197/23 198/5 199/13 199/16 199/24 200/7 200/12 200/22 201/5 201/9 201/13 201/15 201/20 202/5 202/13 202/17 204/2 205/22 206/1 206/7 206/19 208/23 209/16 213/8 213/23 214/3 214/9
**Lambert's [17]** 11/3 11/16 12/3 12/18 12/21 13/12 83/2 85/13 115/16 123/17 124/20 126/15 127/18 195/14 195/22 202/7 204/3
**landed [2]** 74/9 165/24
**Langley [1]** 90/11
**languages [1]** 207/21
**lapse [1]** 188/9
**large [2]** 27/9 86/16
**larger [1]** 156/24
**largest [1]** 90/19
**last [22]** 33/13 39/2 51/23 73/23 76/14 76/14 91/21 91/23 92/12 105/25 118/3 123/7 125/25 133/12 147/12 148/3 148/10 161/2 172/11 179/18 198/10 209/17
**lasting [1]** 195/17
**lately [1]** 177/14
**later [5]** 51/17 72/7 79/6 79/7 157/12
**launched [3]** 29/5 30/17 35/24
**launches [1]** 166/8
**law [39]** 42/1 45/4 45/5 47/16 50/25 51/3 53/17 55/1 64/8 93/25 98/21 109/8 109/20 109/20 109/21 116/18 130/21 130/23 145/5 145/25 156/7 156/17 156/18 160/2 161/17 169/21 176/10 177/12 184/17 186/11 186/12 186/22 190/1 192/10 192/11 192/18 195/3 211/15 217/5
**lawn [1]** 24/21
**lawn-mowing [1]** 24/21
**laws [1]** 201/19
**lawsuit [27]** 9/13 9/14 52/14 57/9 57/16 58/8 58/9 58/11 69/5 72/15 73/19 79/10 79/12 80/20 81/23 95/19 97/21 151/7 152/24 153/14 154/7 154/10 154/12 154/13 202/21 203/20 203/22
**lawsuits [4]** 12/8 39/17 82/9 156/23
**lawyer [6]** 93/24 144/16 144/25 158/2 210/5 210/5
**lawyers [3]** 144/16 144/21 173/18
**lay [1]** 21/15
**laying [1]** 211/15
**lead [4]** 52/23 100/16 185/21 188/17

**leaks [1]** 128/23
**learn [1]** 40/17
**learned [4]** 26/18 26/21 27/6 93/25
**leash [1]** 103/24
**least [4]** 121/9 148/1 166/2 166/24
**leave [3]** 25/25 210/3 217/4
**leaves [4]** 83/14 147/4 184/7 216/9
**leaving [2]** 29/18 114/2
**led [6]** 16/19 16/19 16/20 16/20 92/18 175/9
**leeway [4]** 17/18 87/8 102/9 157/15
**left [13]** 26/5 28/10 28/11 52/8 84/16 102/11 106/13 113/24 114/4 114/18 147/24 176/4 184/14
**legal [2]** 56/12 110/15
**legitimacy [1]** 164/9
**legitimate [1]** 169/10
**Leider [1]** 5/5
**less [10]** 19/7 30/6 30/6 79/5 79/7 102/21 120/11 154/4 160/4 206/25
**let [27]** 10/17 11/8 12/12 19/15 34/3 55/22 59/16 66/20 82/1 83/7 85/8 87/3 93/9 106/1 113/3 114/23 116/3 119/24 119/25 131/17 146/22 165/9 177/8 183/20 210/21 212/9 212/20
**let's [82]** 10/8 18/14 23/12 27/21 31/24 34/5 35/14 36/15 37/7 39/3 39/15 40/17 43/3 45/8 47/19 48/6 48/9 48/21 48/22 49/21 50/1 50/22 51/21 51/23 53/8 55/9 55/11 56/19 57/21 58/18 59/6 60/1 60/1 60/2 60/14 64/19 64/23 66/19 67/10 68/17 68/19 69/14 72/17 72/24 74/15 75/17 77/15 77/16 77/19 78/23 79/25 104/8 107/25 108/16 108/20 110/24 112/2 112/2 112/3 115/9 119/1 121/11 122/25 123/21 125/9 138/21 138/21 139/19 141/16 142/18 146/21 148/11 148/24 151/20 152/21 153/6 153/18 157/17 159/12 166/5 204/15 210/10
**letter [3]** 6/12 7/6 167/15
**letters [1]** 165/23
**level [8]** 22/17 34/3 108/5 113/9 165/7 165/7 165/10 166/10
**liability [5]** 11/11 18/24 134/18 147/9 157/18
**liable [6]** 94/5 157/19 180/19 192/24 194/15 206/10
**liar [2]** 63/4 64/3
**liberty [1]** 179/8
**lie [1]** 166/14
**lies [18]** 11/6 12/2 14/2 14/5 22/22 59/14 63/12 64/6 78/2 78/11 78/13 78/14 78/15 78/18 80/12 81/20 166/8 202/12
**life [7]** 11/16 133/20 174/4 204/3 205/21 206/12 207/13
**lifeblood [1]** 12/5
**lifeline [1]** 99/10
**light [2]** 188/15 188/25
**like [105]** 11/14 14/11 14/12 15/23 16/6 16/15 16/18 17/1 20/6 20/22 21/1 25/6 25/16 27/3 27/16 30/19 31/10 33/19 34/17 34/20 36/15 37/25 39/2 39/10 40/1 40/5 40/7 40/23 42/3 42/16 43/8 43/9 43/15 45/10 45/11 47/4 47/18 47/25 51/19 51/22 54/7 57/1

## L

**like [163]** 60/5 61/8 62/2 62/12 62/20 63/8 63/9 64/10 69/6 69/11 70/2 72/13 72/19 73/8 74/5 76/17 77/3 77/4 77/16 78/24 79/3 79/3 79/8 80/1 80/17 82/5 82/19 84/1 98/10 98/11 98/18 102/8 117/9 118/10 120/12 121/12 124/1 124/16 132/25 137/18 138/25 139/18 140/22 141/6 142/4 142/4 143/3 144/18 148/13 155/6 167/24 170/1 175/2 175/11 176/9 177/21 179/7 179/13 183/11 202/13 205/18 207/20 208/17
**likely [14]** 19/7 115/23 121/20 123/17 125/22 127/16 136/23 136/23 182/16 187/6 187/10 195/22 196/1 216/25
**likes [2]** 77/4 132/15
**limited [8]** 32/23 51/18 54/2 55/17 55/24 71/3 190/6 190/7
**limited-partner [1]** 51/18
**limits [1]** 85/14
**Lincoln [1]** 139/10
**line [6]** 11/21 44/22 94/13 142/13 142/21 151/1
**lines [3]** 54/13 142/18 205/5
**link [3]** 49/1 49/1 53/18
**links [3]** 78/16 78/17 78/17
**liquidating [1]** 210/17
**liquidity [1]** 103/1
**list [3]** 39/12 97/11 119/21
**listed [1]** 98/9
**listen [5]** 37/23 183/16 185/15 186/9 192/22
**lit [1]** 11/15
**literally [2]** 56/18 81/22
**literary [1]** 205/18
**litigate [1]** 95/19
**litigated [1]** 18/7
**litigating [1]** 156/24
**litigation [1]** 52/25
**little [27]** 25/5 26/17 31/8 33/9 34/1 34/4 34/16 40/17 51/24 55/20 55/21 62/24 65/8 67/4 91/1 109/7 123/21 134/4 154/16 154/25 177/20 178/20 199/25 200/17 201/4 201/17 206/5
**Liu [2]** 89/19 89/23
**live [3]** 22/14 41/3 110/19
**lives [5]** 34/19 86/17 89/20 92/25 178/15
**livestock [1]** 35/7
**living [3]** 23/17 41/4 75/14
**LLC [6]** 1/4 153/4 153/11 161/15 187/7 212/5
**LLP [1]** 1/12
**loan [1]** 46/8
**loathsome [1]** 150/14
**local [1]** 88/18
**locally [1]** 26/12
**logos [1]** 106/13
**lonely [1]** 208/6
**long [25]** 25/23 27/3 28/8 29/8 33/10 33/12 34/23 74/3 81/14 82/16 113/21 119/21 119/22 126/7 133/20 134/23 144/24 145/13 146/13 161/6 171/17 177/21 199/13 208/3 210/25
**long-term [1]** 33/12
**longer [5]** 33/15 136/4 145/2 165/20

181/8
**look [19]** 16/17 19/9 27/16 61/15 63/21 69/9 69/14 70/23 72/15 76/24 78/3 82/5 83/4 107/9 113/16 124/16 203/10 209/2 210/13
**looked [5]** 67/13 72/11 115/21 126/4 134/17
**looking [11]** 34/10 45/20 69/22 74/4 74/6 106/8 116/5 116/6 123/23 129/6 160/25
**looks [9]** 72/19 77/16 78/24 79/3 84/1 138/25 140/22 141/6 144/18
**Lord [1]** 208/8
**Los [2]** 41/4 165/17
**lose [2]** 32/16 171/11
**loses [1]** 171/14
**losing [1]** 150/15
**loss [11]** 68/13 68/20 71/10 74/23 74/23 193/5 193/9 193/9 195/9 196/12 203/14
**losses [4]** 99/11 193/12 193/17 194/22
**lost [20]** 67/22 71/7 77/11 95/20 136/12 136/15 137/12 137/17 153/12 153/12 158/20 193/5 193/5 193/6 193/14 194/23 200/25 201/1 207/12 207/12
**lot [70]** 14/25 16/5 16/6 16/19 16/20 17/1 23/3 23/4 25/9 25/21 26/13 26/21 26/21 27/6 28/16 28/20 28/23 31/9 32/5 32/18 35/5 41/7 42/25 63/17 70/11 75/10 75/16 82/9 82/9 82/24 83/2 85/4 87/8 90/21 92/4 93/21 102/9 104/2 104/3 105/20 105/22 109/9 109/15 114/4 114/5 116/2 116/17 129/6 129/8 133/17 133/18 143/19 143/22 144/1 144/2 146/18 162/3 163/24 163/25 173/5 175/3 177/17 179/11 179/22 185/15 199/14 199/14 206/9 206/12 210/25
**lots [8]** 16/20 67/8 124/23 124/24 133/1 174/22 176/10 177/14
**loud [2]** 124/3 148/14
**louder [1]** 58/14
**loudly [1]** 121/21
**love [5]** 38/24 39/7 80/7 107/23 208/4
**loved [2]** 161/5 208/6
**lovely [2]** 15/19 85/6
**low [7]** 80/17 123/23 165/7 165/7 165/8 165/10 165/10
**low-level [3]** 165/7 165/7 165/10
**low-priority [2]** 165/8 165/10
**luck [2]** 107/19 216/7
**Luckey [9]** 85/19 85/20 85/24 86/1 86/4 86/10 98/14 100/19 100/23
**lucrative [2]** 33/6 33/8
**Luke [1]** 88/8
**lunch [8]** 82/15 82/16 82/18 83/1 83/16 83/21 84/1 84/12
**lying [2]** 78/19 144/6

## M

**ma'am [5]** 212/11 213/2 214/14 214/20 215/4
**Mackey [1]** 49/10
**mad [2]** 114/8 118/25
**made [33]** 13/18 28/6 35/25 96/8

99/13 101/21 106/20 107/10 107/11 113/17 115/13 115/15 116/21 119/7 121/6 121/13 122/15 122/18 123/10 124/3 125/24 126/11 126/13 129/10 132/10 157/6 182/23 186/15 188/7 189/2 189/3 206/13 216/14
**mafia [1]** 76/4
**MAGA [13]** 80/3 86/5 86/6 86/7 86/10 88/21 89/17 100/14 100/15 100/20 100/22 100/25 101/2
**magic [2]** 103/18 103/19
**Magistrate's [1]** 180/17
**magnitude [2]** 33/5 197/8
**Mail [2]** 1/21 218/19
**main [5]** 31/4 41/19 42/1 64/24 112/23
**mainstream [1]** 151/4
**maintain [1]** 122/6
**major [3]** 100/20 110/22 111/6
**majored [1]** 24/5
**make [50]** 14/20 14/25 17/12 20/5 20/19 21/1 33/20 40/8 46/4 46/21 47/15 57/4 61/10 62/2 65/24 69/1 78/14 78/15 87/3 94/2 111/23 112/10 113/16 116/12 116/14 116/19 116/19 118/7 121/3 122/10 122/21 128/2 128/7 128/23 132/2 147/11 148/6 160/22 175/13 176/21 176/22 182/25 183/15 183/20 184/4 186/15 188/15 208/12 209/7 217/7
**makes [5]** 32/20 33/1 109/5 166/8 190/1
**making [12]** 26/24 36/12 53/14 58/1 58/24 58/25 59/14 78/2 81/2 121/25 123/9 125/21
**malice [4]** 13/24 151/16 196/19 197/3
**malign [1]** 163/9
**malpractice [1]** 129/5
**man [9]** 14/2 14/13 14/13 17/5 49/12 78/18 143/15 181/12 181/13
**managed [2]** 28/3 110/13
**management [11]** 32/25 33/1 33/4 33/7 33/14 33/17 33/18 56/11 65/5 73/2 166/2
**manager [2]** 28/1 161/15
**managing [3]** 27/11 46/18 170/9
**Manchester [1]** 87/12
**manipulated [1]** 136/3
**manner [3]** 145/20 167/12 188/22
**manual [1]** 166/16
**many [18]** 15/4 15/22 18/19 29/9 37/1 53/24 67/6 81/19 108/12 113/12 114/18 121/23 125/6 125/7 125/22 147/18 167/17 209/9
**March [1]** 24/17
**MARK [1]** 1/9
**marked [1]** 51/22
**market [4]** 25/6 25/7 70/8 70/11
**marriage [1]** 132/25
**marriages [1]** 207/24
**married [7]** 22/15 34/23 59/14 78/18 94/24 94/25 95/3
**martyr [1]** 148/6
**Massachusetts [1]** 139/11
**massive [3]** 65/4 68/23 69/8
**Master's [1]** 26/2
**matched [1]** 181/16
**material [3]** 130/3 140/6 143/20

# M

**materials [1]** 217/3

**math [5]** 23/22 74/16 74/18 74/25 210/19

**mathematical [2]** 195/4 209/3

**matter [22]** 15/5 56/8 56/10 75/16 92/25 99/24 109/6 112/20 130/5 137/6 137/8 137/13 137/20 138/1 138/3 138/9 145/1 157/3 158/19 169/16 190/9 218/5

**matters [11]** 19/14 52/24 75/16 102/18 105/21 115/17 121/4 161/17 165/8 190/13 208/7

**may [56]** 10/19 10/21 12/11 21/16 22/6 53/18 55/23 78/10 100/11 103/9 103/11 103/25 135/1 139/4 139/9 145/20 151/3 159/20 182/7 182/8 183/10 185/23 187/17 187/18 187/19 188/6 188/6 188/10 188/15 188/21 188/24 189/6 189/7 189/9 189/20 190/6 190/9 190/17 190/18 191/8 192/8 192/17 192/17 193/7 193/13 193/18 194/23 195/11 195/15 195/20 195/24 196/14 207/21 207/21 208/13 209/7

**maybe [19]** 15/12 16/14 32/5 75/7 98/1 98/24 99/13 117/2 126/24 140/14 146/19 148/5 155/3 156/11 160/15 172/22 173/21 175/10 207/19

**MBA [4]** 7/11 26/2 26/6 26/10

**McBryde [2]** 160/15 161/1

**McCain [3]** 90/23 91/8 127/21

**me [226]**

**me as [1]** 179/1

**Me-Too [2]** 119/21 123/6

**mean [39]** 23/3 23/5 35/20 36/9 37/12 37/20 38/18 45/5 49/4 54/4 54/11 62/4 63/6 63/15 64/7 64/10 66/8 68/1 73/18 76/11 80/19 81/21 82/8 91/22 101/24 104/1 111/10 117/11 118/6 125/5 132/1 160/20 165/9 171/6 173/24 174/10 175/6 175/13 188/4

**means [21]** 16/13 23/6 55/2 82/22 119/21 121/22 130/7 134/13 154/18 171/5 171/6 174/13 187/3 187/5 187/10 187/11 196/21 197/2 197/3 197/5 212/22

**meant [5]** 58/16 146/11 146/12 196/12 203/14

**measure [1]** 196/21

**measured [1]** 187/13

**mechanical [1]** 1/23

**Medalist [1]** 4/22

**media [30]** 13/8 13/10 16/15 36/6 37/18 38/6 38/15 65/3 65/4 65/8 66/16 66/18 66/25 67/1 67/9 67/22 68/13 68/20 74/23 83/4 136/13 136/15 137/12 155/21 155/22 156/3 156/7 193/9 194/25 201/1

**mediation [1]** 96/3

**medical [1]** 105/17

**meet [14]** 41/11 41/13 42/23 71/23 72/12 85/24 86/13 87/10 87/25 88/7 88/13 92/1 116/20 158/23

**meeting [13]** 40/13 40/14 43/3 43/10 43/13 43/14 43/22 43/24 45/2 45/9 45/13 86/3 89/6

**member [2]** 14/14 98/21

**members [3]** 92/2 162/25 186/10

**memory [5]** 139/10 188/9 190/24 190/24 190/25

**Mention [7]** 8/14 8/16 66/17 66/21 67/8 67/13 67/21

**mentioned [8]** 29/16 30/13 42/10 45/21 99/8 118/3 129/21 172/25

**mentioning [1]** 173/15

**mentions [2]** 49/24 50/16

**Mercer [1]** 94/15

**merely [3]** 20/7 21/16 157/21

**mess [1]** 112/4

**message [11]** 11/23 14/11 44/9 44/23 51/7 62/23 79/13 80/9 132/18 191/22 203/6

**messages [1]** 179/24

**met [12]** 16/25 40/1 41/3 41/14 43/5 63/14 63/24 75/22 85/25 86/14 88/17 92/2

**meted [1]** 199/17

**method [2]** 91/16 172/16

**methods [1]** 131/3

**Mexican [2]** 162/12 162/13

**mguzman.csr [2]** 1/21 218/19

**microphone [3]** 22/5 160/13 160/19

**Mid [1]** 45/10

**middle [5]** 36/8 47/14 141/16 141/20 149/2

**might [24]** 18/24 43/16 48/24 48/25 50/13 50/13 50/13 58/25 94/11 118/11 120/19 125/4 143/1 145/15 145/19 146/15 155/6 170/2 171/7 179/7 179/23 185/6 200/17 201/17

**Mike [2]** 72/19 72/21

**military [3]** 61/22 72/4 163/7

**million [35]** 67/21 68/15 69/21 69/22 69/22 70/2 70/2 70/16 70/22 70/24 71/15 75/1 98/10 98/10 137/18 141/23 142/3 142/16 142/17 142/24 151/24 152/11 153/16 154/4 201/24 202/18 202/24 202/25 203/2 203/21 203/25 204/4 210/19 213/20 214/11

**millions [6]** 18/2 36/10 37/14 66/3 68/2 138/16

**Milton [1]** 139/11

**mind [11]** 19/18 20/13 50/18 99/3 99/14 110/22 148/5 173/25 188/3 195/15 196/23

**mine [1]** 87/18

**minimal [1]** 142/17

**minimum [2]** 32/13 73/6

**minute [9]** 10/17 13/16 183/6 186/7 199/3 203/16 204/23 208/6 209/20

**minutes [19]** 10/16 23/2 36/25 146/25 148/21 160/4 183/3 183/10 184/4 185/25 186/4 186/5 186/6 199/2 204/19 209/13 209/15 209/22 210/2

**misconduct [1]** 126/13

**misdemeanor [3]** 179/16 180/13 180/16

**miserable [1]** 16/21

**misleading [1]** 166/3

**miss [1]** 110/13

**missed [2]** 136/14 174/10

**misstatement [2]** 188/7 188/8

**mistake [1]** 188/3

**mistakes [1]** 175/13

**mistreated [1]** 80/5

**misunderstanding [3]** 76/17 76/18 110/8

**mitigation [1]** 115/2

**mob [5]** 12/14 47/18 119/11 120/3 121/12

**mocking [1]** 74/8

**mom [1]** 23/21

**moment [4]** 147/3 150/7 191/16 199/5

**Monday [2]** 77/17 216/16

**monetarily [1]** 208/1

**monetary [2]** 15/1 193/5

**monetize [1]** 33/11

**money [72]** 12/15 12/20 22/20 27/12 28/3 29/21 29/23 31/9 32/16 32/20 33/1 35/4 38/13 39/22 40/14 46/6 52/20 52/21 56/25 61/3 61/12 61/17 64/9 64/9 68/3 69/1 69/19 70/1 71/5 73/14 76/4 76/4 76/7 77/2 78/9 78/10 80/5 81/1 81/2 87/21 91/11 96/4 98/17 99/5 99/18 100/15 100/15 102/13 102/24 104/3 117/18 117/21 119/10 120/2 121/12 134/19 135/24 137/17 144/3 155/22 194/17 196/3 198/3 202/4 205/11 206/13 206/14 206/15 206/22 207/12 213/22 214/7

**MONICA [4]** 1/19 218/3 218/11 218/11

**Monte [1]** 205/3

**month [10]** 67/16 68/10 73/6 73/11 73/11 73/23 91/21 91/23 92/12 95/20

**months [8]** 13/17 56/6 67/17 67/25 71/25 73/7 147/12 167/18

**Moore [1]** 89/2

**more [55]** 17/22 23/10 24/6 26/17 28/18 28/21 28/22 28/23 30/3 30/10 33/6 33/8 34/16 42/19 55/20 58/17 69/7 70/10 70/12 73/19 79/9 79/12 80/10 80/10 102/20 105/10 108/19 112/3 112/12 118/1 120/11 122/16 126/25 131/21 136/5 166/24 177/7 179/19 180/25 182/16 182/18 187/6 187/10 195/8 204/3 206/20 206/20 206/21 206/22 206/22 206/22 206/25 207/3 207/6 207/12

**morning [4]** 22/12 58/19 161/3 199/24

**Morningstar [1]** 4/22

**Morton [2]** 111/7 120/9

**most [4]** 16/23 18/4 82/11 111/13

**mostly [2]** 73/10 124/24

**mother [4]** 91/5 95/6 158/22 205/23

**motion [7]** 20/19 21/1 216/13 216/17 216/19 216/23 217/7

**mouth [1]** 160/23

**move [24]** 20/17 21/1 21/4 21/4 26/4 28/18 39/2 53/8 94/2 106/16 108/20 113/19 115/9 122/25 141/13 159/12 160/7 166/5 204/10 204/10 204/12 204/14 207/14 207/15

**moved [7]** 23/15 28/17 41/4 162/11 162/15 176/1 204/9

**movement [1]** 173/13

**moves [2]** 63/1 204/11

**movie [4]** 173/8 178/15 178/16 205/6

**movies [1]** 205/2

**moving [1]** 110/24

**mowing [1]** 24/21

## M

Mr [425]

Mrs [1] 206/1

Ms [29] 34/5 36/17 47/25 48/9 49/22 50/2 51/22 55/21 56/19 59/9 60/1 60/3 66/19 67/11 69/15 72/18 72/24 79/25 80/22 123/22 138/22 140/12 140/15 144/11 149/5 149/20 151/11 152/10 152/15

much [16] 19/6 19/11 24/6 32/6 74/10 78/24 101/13 105/16 108/7 112/12 114/15 128/13 160/18 181/7 206/6 206/25

multiple [3] 12/8 62/6 207/21

Muns [1] 5/11

museums [1] 208/20

Musk [4] 88/1 143/16 176/11 176/14

Musk's [1] 88/7

must [16] 47/4 134/13 167/7 186/11 187/1 187/2 189/4 191/18 192/10 193/1 194/16 195/2 195/18 196/2 198/11 205/6

mutual [3] 30/19 30/22 72/1

my [192] 10/24 14/3 15/9 16/7 16/7 16/14 18/2 20/12 20/15 22/15 22/20 22/22 23/7 23/7 23/8 23/15 23/18 23/21 23/22 24/10 24/11 24/23 29/1 29/10 29/13 30/12 30/17 33/24 34/11 34/17 34/18 35/13 37/13 37/13 37/15 37/15 37/20 38/1 38/1 39/1 39/7 39/13 41/13 41/14 46/23 48/14 48/16 48/19 50/7 51/10 51/18 51/18 51/20 52/9 52/15 53/18 53/23 54/2 54/2 54/12 56/1 56/8 56/17 58/2 58/5 59/15 62/3 65/7 65/23 68/24 69/9 69/10 69/12 71/11 71/13 71/13 71/20 72/9 73/3 73/13 74/16 74/18 74/25 75/13 75/21 75/21 76/14 76/15 77/2 78/1 78/6 78/19 78/19 81/11 81/12 81/23 83/18 87/3 91/3 91/5 91/16 94/13 95/6 95/6 96/5 98/1 102/24 105/25 106/23 107/18 107/24 108/18 109/7 109/9 109/12 109/17 110/1 110/11 110/17 110/22 111/14 111/18 114/12 117/5 119/13 127/15 130/6 130/9 132/23 133/17 134/15 136/2 136/5 136/8 138/25 139/11 140/22 142/11 143/18 143/19 143/22 143/24 146/22 147/12 148/13 148/16 149/9 149/10 152/20 153/5 154/10 154/13 155/25 158/16 158/21 158/22 160/23 161/14 162/11 164/5 164/14 171/3 171/23 171/23 171/24 171/24 173/25 174/2 174/6 175/3 178/14 178/25 178/25 179/1 180/11 192/1 199/13 199/19 204/25 205/2 205/5 205/18 205/23 205/23 206/8 206/12 206/14 207/10 207/11 207/12 212/9 215/11

myriad [1] 151/3

myself [3] 76/20 155/10 209/4

## N

Nairobi [2] 163/20 164/5

name [20] 10/24 13/22 25/12 29/14 30/12 34/12 37/12 37/13 37/15 43/6 46/10 61/14 63/15 98/3 98/6 122/3 153/15 161/1 161/14 165/12

named [5] 42/23 49/10 62/19 89/9 155/23

names [1] 208/15

narrative [2] 154/17 155/15

narrative-style [1] 155/15

narrow [1] 116/13

national [53] 35/25 36/1 38/15 67/5 68/1 89/19 89/21 90/4 90/15 90/18 90/23 91/8 91/8 94/25 105/18 105/21 105/24 107/13 108/12 108/21 109/11 111/20 114/6 114/13 114/19 114/25 115/16 115/21 115/22 116/15 116/18 118/8 118/9 118/17 119/14 119/17 119/20 119/22 120/12 121/18 126/23 127/19 127/21 128/14 128/17 128/19 129/14 129/17 131/14 131/16 145/8 152/4 163/2

nationalist [5] 151/1 152/7 152/9 156/13 173/6

nationals [1] 132/11

nations [1] 128/3

nationwide [2] 13/2 65/16

natural [2] 129/15 174/3

nature [4] 47/11 49/7 195/21 197/14

Navy [1] 163/12

NCRA [1] 218/12

near [2] 139/11 204/21

necessarily [1] 188/4

necessary [4] 19/24 147/24 166/25 193/21

need [39] 20/19 21/15 26/3 31/9 68/25 71/19 73/12 82/22 83/20 83/20 84/20 85/9 85/9 87/3 88/2 103/18 103/19 104/18 104/19 120/25 121/1 121/3 141/5 153/14 157/11 160/23 170/2 170/2 174/17 183/7 183/8 183/13 188/8 195/19 204/7 204/21 210/2 211/1 217/7

needed [3] 43/21 73/2 110/1

needs [5] 14/14 18/11 168/6 170/23 210/22

negative [3] 35/12 68/7 80/11

negligence [2] 196/20 197/4

neighbors [1] 24/12

Neil [2] 37/9 65/9

nerd [1] 15/11

nerd's [1] 15/11

net [7] 28/2 32/12 32/13 102/20 138/16 197/21 210/9

network [1] 206/22

networks [2] 36/3 112/10

never [32] 29/14 45/6 54/5 54/5 54/5 57/15 66/13 69/4 69/5 69/5 71/5 93/4 93/5 99/5 99/25 124/18 129/13 129/19 131/1 132/14 133/3 145/7 157/4 176/5 176/6 178/10 181/3 191/18 207/18 208/19 208/24 209/23

nevertheless [1] 197/10

new [9] 71/24 112/20 147/19 151/2 158/25 171/19 176/8 206/18 207/20

newly [2] 162/10 163/1

News [2] 153/4 153/11

next [38] 10/7 12/9 13/23 27/8 46/20 47/23 51/13 60/1 60/2 64/15 72/24 83/8 85/5 94/13 102/16 103/15 107/25 108/20 110/6 113/18 115/10 115/24 119/1 123/22 126/11 135/6 148/11

149/4 159/25 171/1 176/1 180/23 181/17 182/12 182/17 202/3 216/11 216/16

nice [1] 168/6

night [6] 36/8 47/14 56/14 76/14 76/15 205/25

nine [4] 33/13 167/18 177/20 177/21

no [163] 1/4 11/5 11/21 15/8 20/22 20/24 21/9 21/12 21/13 21/15 22/21 27/25 29/22 31/12 33/8 35/2 36/9 38/18 40/14 46/1 46/16 46/19 47/5 47/6 47/6 51/12 53/14 53/21 54/13 57/7 58/3 58/11 59/17 59/19 59/21 59/23 59/25 60/11 60/18 60/23 60/25 61/2 61/5 62/11 63/15 64/16 65/22 70/5 70/17 71/3 71/18 75/7 76/18 80/25 84/5 86/12 87/14 87/22 88/17 88/23 89/18 89/21 89/21 89/24 90/3 90/8 90/10 90/17 91/24 92/7 92/8 92/20 93/7 94/18 95/1 97/18 102/12 103/4 108/14 112/8 115/5 121/23 124/10 124/24 126/3 128/23 129/1 129/5 129/14 131/24 137/2 137/3 137/4 137/6 137/6 137/14 138/2 138/3 138/7 138/11 138/13 138/15 138/20 139/22 140/5 140/6 140/10 140/11 140/13 140/20 140/22 143/8 145/2 146/8 146/11 147/24 149/23 150/10 150/23 152/13 152/18 152/19 152/20 152/24 154/12 155/16 155/16 158/6 158/6 158/16 159/7 159/13 159/16 165/20 169/7 169/18 173/14 174/14 174/16 176/8 176/19 176/20 177/18 177/23 178/1 178/1 178/10 178/10 178/10 179/25 180/22 181/2 182/3 184/23 190/1 195/19 198/2 208/10 208/18 209/20 211/4 218/12 218/12

nobody [5] 16/16 122/12 132/15 134/17 207/18

nod [2] 17/17 82/23

Noise [1] 199/18

nominated [1] 113/11

none [8] 15/8 118/24 129/15 137/4 164/24 177/23 177/23 185/2

nonexistence [1] 189/25

nonresponsive [2] 139/15 140/19

nonstop [2] 64/10 80/25

Nope [2] 137/6 181/5

normal [1] 54/6

normally [1] 48/15

north [1] 142/25

NORTHERN [3] 1/2 105/17 218/13

Nosek [1] 88/8

not [271]

note [3] 10/14 17/4 139/21

note-taking [1] 10/14

notepads [3] 10/3 10/9 10/13

notes [7] 190/23 190/25 191/1 191/1 191/2 191/3 191/4

nothing [21] 11/4 11/5 27/17 47/2 63/16 63/17 65/22 65/23 72/8 72/9 77/8 80/13 93/22 94/22 99/24 103/7 180/17 182/6 209/21 209/21 212/1

notice [1] 15/14

notification [1] 61/16

novel [1] 19/6

novels [1] 19/5

**N**

**November [1]** 89/14
**now [82]** 11/17 15/14 16/6 16/10 16/22 16/24 19/12 20/12 31/24 36/1 38/23 39/14 43/16 45/8 45/12 47/19 49/20 50/18 50/22 56/3 57/21 57/24 63/2 64/19 68/17 70/1 70/8 70/12 72/12 78/2 83/22 86/19 92/15 95/6 96/23 97/4 98/8 101/2 102/21 107/22 111/13 123/21 125/1 127/13 129/21 131/4 135/7 141/12 142/16 142/18 144/4 146/3 150/19 151/20 153/24 154/15 156/5 156/12 156/20 158/23 172/25 173/17 176/16 177/1 177/19 178/7 179/22 182/21 183/1 186/11 205/6 205/18 206/2 206/9 206/19 207/5 207/24 208/10 208/18 208/21 211/12 215/23
**nowhere [1]** 16/7
**NSA [5]** 111/4 111/10 114/4 114/7 163/16
**NSA's [1]** 114/9
**number [73]** 15/12 38/1 38/1 48/16 61/14 67/10 99/20 99/21 104/5 113/14 113/15 136/21 136/23 138/5 143/17 145/5 145/6 146/6 152/18 158/24 162/4 162/9 165/23 167/2 175/22 184/11 187/13 187/14 189/12 189/14 189/17 194/1 194/7 194/13 196/3 196/18 196/19 197/14 197/15 197/16 197/17 197/22 198/3 200/21 201/12 201/16 201/22 201/22 201/23 201/23 201/24 201/25 202/1 202/2 202/8 202/19 202/25 203/1 203/4 203/19 203/21 212/6 212/11 212/13 213/7 213/13 213/15 213/22 214/3 214/7 214/19 214/23 215/1
**numbers [8]** 63/6 69/17 72/6 74/22 200/14 200/18 200/20 201/3
**numerical [1]** 191/19
**numerous [2]** 102/3 102/4

**O**

**oath [5]** 17/15 90/13 104/21 144/2 144/4
**Obama [1]** 113/23
**object [6]** 17/7 18/12 93/8 140/19 178/21 184/22
**objection [22]** 18/10 20/22 20/24 21/7 21/13 86/23 87/2 95/17 95/18 96/15 96/17 101/3 101/5 115/4 115/5 139/15 156/25 157/16 159/1 164/23 175/1 181/2
**objections [3]** 2/13 184/23 185/1
**objectively [1]** 197/5
**objectives [1]** 56/4
**obsessed [1]** 208/25
**obtained [1]** 143/25
**obvious [2]** 110/13 143/21
**obviously [9]** 16/15 24/5 55/6 57/2 69/4 75/21 76/12 76/15 139/7
**occasions [1]** 205/22
**occur [1]** 196/1
**occurrence [1]** 197/6
**October [10]** 24/17 45/13 47/19 48/7 48/12 48/13 50/23 57/5 139/21 143/3
**off [28]** 13/13 13/13 13/15 26/15 36/17 37/10 43/1 52/8 62/5 62/6 65/17 65/17 66/9 67/3 67/20 68/24 77/2 81/2 84/16 85/14 126/14 143/22 167/20 167/22 177/2 184/12 185/21 199/23
**off-color [1]** 62/6
**offends [1]** 197/19
**offense [1]** 208/19
**offer [4]** 11/4 106/23 110/5 114/24
**offered [6]** 4/2 16/2 18/1 40/9 95/14 95/15
**offering [5]** 7/11 47/1 51/11 138/5 138/12
**office [8]** 38/2 90/16 90/18 109/17 118/11 162/7 169/8 179/18
**officer [3]** 162/1 168/17 212/14
**officers [1]** 162/24
**offices [1]** 89/3
**Official [1]** 218/13
**officials [1]** 111/4
**often [10]** 41/1 41/9 47/12 102/18 118/1 132/23 145/17 145/21 166/24 180/24
**oh [15]** 23/6 43/25 44/3 48/23 79/23 80/19 97/15 100/18 119/19 125/1 130/24 142/22 143/1 181/12 211/2
**okay [240]**
**old [4]** 24/11 24/20 26/25 27/19
**oligarch [1]** 155/23
**omission [1]** 197/5
**Omitted [4]** 6/3 6/4 6/15 8/2
**once [14]** 66/5 75/8 80/5 125/24 150/20 150/20 166/24 198/11 198/18 198/22 199/3 207/7 208/14 211/16
**one [97]** 11/15 12/8 13/16 14/23 15/5 15/15 16/1 16/9 17/22 24/6 26/7 30/17 32/5 34/20 35/20 36/15 39/6 40/21 42/3 48/21 48/22 48/23 51/17 51/18 56/1 57/17 58/13 58/21 59/1 62/20 67/20 68/4 68/4 68/6 68/18 70/1 74/10 76/14 80/19 82/1 82/3 84/18 85/22 86/16 87/6 88/17 91/16 91/20 93/24 93/24 95/3 98/24 99/4 99/13 99/18 99/20 100/20 105/10 106/13 106/13 108/14 121/9 121/23 132/1 132/2 146/13 148/12 148/16 149/9 152/20 152/23 157/6 163/25 172/3 173/15 175/22 180/5 182/13 189/21 192/14 196/16 197/5 200/1 203/4 203/5 203/16 205/2 205/5 205/14 205/17 206/12 207/6 210/2 210/7 210/21 212/12 212/23
**ones [2]** 23/21 175/16
**ongoing [1]** 175/10
**online [18]** 12/10 13/25 14/4 22/23 37/13 37/14 63/6 64/6 64/11 73/23 74/8 74/8 77/25 79/10 79/11 79/24 82/6 93/6
**only [27]** 16/1 18/2 30/22 33/14 67/25 70/2 71/3 82/1 122/9 122/10 126/6 152/17 152/20 158/16 170/7 173/3 186/22 188/11 188/12 190/7 190/24 193/22 196/15 200/10 200/10 200/11 215/20
**onslaught [1]** 202/12
**Oops [1]** 135/14
**op [1]** 34/25
**open [2]** 20/13 28/23

**opened [5]** 30/3 174/20 179/1 179/4 181/25
**opening [15]** 10/8 10/9 10/16 14/20 17/10 17/11 17/25 19/16 20/6 23/3 42/11 45/21 75/15 83/3 199/2
**operated [1]** 172/11
**operates [2]** 60/10 166/16
**operating [3]** 162/21 164/13 169/10
**operation [2]** 60/12 168/3
**operational [1]** 163/14
**operationally [1]** 129/19
**operations [4]** 162/2 162/17 177/2 193/17
**operative [1]** 168/15
**opinion [16]** 64/2 64/5 83/11 102/22 102/24 106/23 121/14 146/23 166/13 180/11 181/19 184/5 186/16 190/12 190/13 190/17
**opinions [4]** 108/1 108/5 134/20 164/8
**opportunities [3]** 131/3 193/9 194/24
**opportunity [14]** 45/22 88/4 96/23 97/3 97/4 97/8 111/21 124/17 127/10 150/6 154/20 184/20 185/1 209/16
**opposed [1]** 122/21
**opposing [1]** 189/12
**option [1]** 102/12
**oral [1]** 170/24
**orally [1]** 191/25
**Orange [2]** 165/17 180/16
**order [14]** 7/21 7/23 7/24 8/1 20/2 82/25 161/2 168/22 168/23 173/2 173/12 173/14 174/19 216/14
**ordered [1]** 166/1
**orders [2]** 183/25 192/4
**ordinary [1]** 169/15
**organizations [4]** 156/13 173/6 192/25 195/13
**organized [3]** 11/13 162/11 162/15
**orient [3]** 25/1 57/22 165/13
**original [1]** 185/18
**originally [2]** 11/12 42/24
**ostracization [1]** 150/14
**other [60]** 14/25 16/11 17/1 17/23 30/24 60/7 60/11 63/8 63/19 64/11 64/12 70/5 70/14 78/10 78/14 79/11 81/4 81/19 82/3 93/2 102/12 102/12 109/21 117/22 118/21 118/22 120/14 121/22 126/24 131/16 133/11 138/7 143/23 147/24 153/18 156/11 156/23 162/3 174/10 175/10 182/14 186/13 187/4 187/25 188/6 188/15 189/1 189/2 189/18 189/23 189/25 190/14 191/4 191/9 192/9 192/14 193/12 193/17 197/2 208/7
**others [7]** 77/5 164/15 178/15 196/13 197/8 197/11 203/17
**otherwise [5]** 108/9 167/4 187/17 191/18 192/5
**our [29]** 10/12 20/19 31/24 34/20 77/20 82/15 83/15 96/10 103/17 104/4 109/25 110/6 120/12 120/13 120/14 120/15 125/9 128/10 131/2 154/17 173/19 184/10 184/14 185/20 198/20 211/13 213/2 213/3 214/12
**ourselves [1]** 146/20
**out [97]** 10/9 12/9 13/8 18/2 19/4 25/6

## O

out [191] 25/17 30/22 32/23 33/17 33/23 37/13 38/1 38/24 39/11 39/13 53/5 54/8 54/9 54/10 54/25 55/5 55/6 57/13 57/14 58/16 59/2 59/4 60/7 62/21 62/22 64/17 66/5 66/5 66/13 68/5 71/18 71/19 72/2 72/7 72/8 73/9 73/19 74/4 75/8 75/8 75/14 76/7 76/22 77/7 77/9 78/5 79/11 79/14 79/18 79/23 80/6 81/22 81/23 81/24 82/6 100/15 101/17 114/17 117/13 117/14 117/15 117/19 122/16 122/19 124/8 125/4 126/6 127/24 131/18 133/11 133/13 133/16 133/18 144/11 145/24 150/7 171/20 177/18 181/7 184/15 185/5 199/17 202/16 202/21 205/23 207/5 209/9 210/8 210/19 212/20 217/4
**outcome [2]** 189/7 208/11
**outed [1]** 145/20
**outing [1]** 146/19
**outings [1]** 34/20
**outline [2]** 19/17 164/6
**Outreach [1]** 52/23
**outside [3]** 110/2 110/3 179/20
**outstanding [2]** 216/11 216/13
**outward [1]** 128/6
**overall [2]** 108/17 108/18
**overruled [2]** 87/2 157/16
**overseas [1]** 129/7
**oversell [1]** 110/11
**overt [1]** 169/24
**Overton [2]** 25/13 25/15
**overturn [1]** 130/12
**overturned [1]** 130/11
**own [19]** 12/12 17/15 18/5 24/10 24/11 29/1 51/20 56/4 59/4 97/3 109/7 112/20 112/25 117/4 130/1 130/22 137/23 166/16 191/2
**ownership [1]** 120/24

## P

**p.m [3]** 198/17 211/21 212/4
**page [28]** 2/2 48/6 48/10 49/18 49/22 50/22 51/23 59/6 60/2 60/3 67/10 72/24 106/8 106/24 138/22 139/1 139/6 141/17 141/20 149/20 151/9 151/10 151/20 152/21 152/22 153/6 198/10 210/10
**paid [6]** 29/18 29/19 33/19 38/4 168/7 190/19
**paint [1]** 62/9
**Palmer [17]** 85/18 85/20 85/24 86/1 86/4 86/10 89/4 98/14 98/24 99/3 99/5 99/18 100/4 100/7 100/8 100/19 100/22
**pandemic [1]** 208/7
**pandemics [1]** 207/16
**panel [2]** 93/2 93/3
**paragraph [7]** 149/21 150/25 151/9 151/10 151/11 151/20 153/6
**paragraphs [1]** 153/23
**pare [1]** 160/3
**parents [3]** 23/15 23/17 23/18
**part [32]** 27/12 33/3 39/13 49/20 53/8 63/17 75/11 77/2 79/7 97/13 109/9 120/11 123/7 124/21 126/20 126/23

127/24 128/1 129/18 130/9 143/21 144/23 153/9 153/18 153/24 162/16 173/3 174/12 180/15 192/8 193/23 216/14
**participate [1]** 124/23
**participation [2]** 33/2 71/4
**particular [9]** 46/5 67/7 107/13 116/11 119/19 123/7 129/10 167/13 195/5
**particularly [14]** 16/18 17/1 109/15 112/18 113/13 114/19 121/15 121/16 128/3 129/12 130/17 132/19 163/9 174/23
**particulars [1]** 146/5
**parties [8]** 10/8 20/5 78/8 88/12 128/12 185/12 192/1 197/18
**parties' [1]** 186/23
**partner [2]** 51/18 55/24
**partners [7]** 12/3 15/5 32/23 54/1 54/2 55/17 88/8
**partnerships [1]** 69/11
**parts [3]** 99/18 112/21 112/22
**party [5]** 66/17 88/10 189/6 196/12 203/14
**party's [3]** 20/7 192/16 192/16
**pass [5]** 82/13 125/1 127/3 154/14 169/13
**passed [1]** 161/2
**past [7]** 16/18 16/19 48/15 63/18 124/15 148/11 209/4
**paste [1]** 140/23
**pasted [1]** 140/7
**patient [2]** 93/20 101/16
**pattern [4]** 118/5 118/22 193/19 193/23
**pause [4]** 10/11 185/8 199/9 204/17
**pay [12]** 24/24 25/21 29/23 37/4 37/5 38/5 71/11 71/11 71/12 74/17 95/15 173/15
**payroll [1]** 176/12
**peace [1]** 195/15
**Pearl [1]** 1/13
**pecuniary [1]** 153/12
**pen [1]** 168/6
**penalized [1]** 146/10
**penetrated [1]** 177/15
**people [81]** 14/11 16/6 16/14 16/23 17/2 19/7 23/4 26/14 30/19 32/10 32/12 33/16 37/14 37/21 37/25 38/24 39/5 39/12 40/4 53/19 55/7 60/7 60/11 62/2 62/22 63/6 63/19 64/9 67/6 68/2 70/11 74/6 75/9 75/10 76/23 78/14 79/11 81/1 81/4 81/4 81/5 81/19 81/22 82/11 97/12 109/13 109/17 115/22 117/6 117/12 117/15 117/24 118/1 118/7 121/23 123/20 124/4 124/13 124/23 124/24 125/25 132/9 132/17 145/9 145/14 167/11 167/23 169/6 169/20 170/5 171/25 176/7 176/10 177/15 188/5 206/23 207/1 207/5 207/7 208/15 208/16
**people's [2]** 125/21 210/12
**percentage [3]** 68/7 100/22 100/24
**perfect [1]** 48/10
**performance [3]** 170/22 170/24 171/2
**perhaps [2]** 20/17 169/2
**period [13]** 36/12 37/2 39/24 40/25 44/16 45/12 65/13 67/3 67/17 67/23

68/10 81/14 113/7
**perjury [1]** 144/7
**permanent [1]** 150/21
**permanently [1]** 66/13
**permission [2]** 145/24 146/8
**permitted [2]** 188/13 190/12
**Perry [3]** 89/2 89/5 89/9
**person [21]** 14/25 16/17 40/2 40/6 40/13 46/9 46/12 54/24 66/11 72/2 93/2 95/12 118/13 145/20 151/3 157/4 168/8 174/23 182/14 190/10 193/4
**person's [1]** 61/17
**personal [10]** 13/20 35/18 53/11 53/15 56/3 85/13 99/23 123/18 195/10 195/14
**personally [12]** 14/7 56/9 57/10 58/4 62/2 68/13 68/14 71/14 73/12 75/19 75/20 78/1
**persons [1]** 192/9
**perspective [4]** 113/16 123/4 123/22 123/25
**persuades [1]** 187/6
**persuasive [1]** 130/18
**pertinent [2]** 162/23 163/7
**Peter [4]** 86/13 86/14 86/15 176/12
**phase [2]** 19/13 19/21
**phone [11]** 41/7 48/16 52/10 72/6 118/15 143/18 169/6 172/20 172/22 199/19 208/16
**phones [1]** 177/16
**photo [2]** 34/25 35/8
**Photograph [1]** 8/25
**physical [1]** 150/16
**pick [1]** 169/5
**picked [1]** 28/5
**picture [2]** 34/14 57/24
**piece [2]** 175/14 210/1
**pieces [1]** 181/15
**Piper [1]** 1/12
**PITTMAN [1]** 1/9
**place [4]** 94/11 107/24 208/5 208/18
**placed [2]** 34/5 202/25
**places [3]** 82/24 143/20 189/3
**plaintiff [10]** 10/16 15/21 19/21 19/22 20/21 21/19 151/10 151/13 153/1 153/14
**plaintiffs [23]** 1/12 2/11 19/16 19/18 19/24 21/4 21/21 114/24 135/7 143/24 144/13 153/10 160/1 182/14 184/18 187/7 192/24 193/2 193/18 193/20 193/22 199/1 201/25
**plaintiffs' [6]** 2/6 3/7 3/12 21/8 21/14 187/15
**plan [1]** 170/22
**planes [1]** 110/22
**plans [1]** 30/20
**platform [1]** 178/9
**platforms [1]** 178/2
**plausible [6]** 116/16 118/19 118/20 126/11 167/25 169/2
**play [8]** 37/7 58/21 59/9 60/2 60/3 125/4 134/20 192/8
**played [6]** 24/1 37/8 59/10 60/4 60/16 77/25
**player [2]** 60/24 61/11
**playing [4]** 36/17 36/23 97/16 150/5
**plays [1]** 121/2

**P**

Case 4:24-cv-00988-P Document 99 Filed 07/18/25 Page 243 of 255 PageID 1757

**please [42]** 23/12 23/18 36/15 49/22
60/3 66/19 69/15 77/15 79/25 84/9
93/15 96/13 106/18 107/6 108/25
140/15 141/7 141/9 142/12 142/13
142/21 149/5 149/20 152/10 152/15
157/12 158/4 161/13 161/23 174/13
186/9 191/22 194/5 194/11 196/7
198/6 211/19 213/11 213/18 214/1
214/10 217/2
**plenty [2]** 102/24 177/25
**plus [3]** 29/12 96/6 203/2
**pocket [1]** 71/14
**podcasts [1]** 59/3
**podium [2]** 20/18 84/20
**point [101]** 1/4 6/22 9/9 10/25 12/5
12/18 12/24 13/14 14/8 15/5 21/21
29/5 29/13 29/14 29/24 29/25 30/1
30/14 31/4 31/14 32/19 33/1 33/20
35/14 35/15 35/19 35/22 37/11 37/19
39/4 41/15 43/3 45/17 46/3 46/25
55/25 57/11 60/19 62/23 64/22 65/2
66/1 66/15 67/19 68/4 68/5 68/6 68/10
68/17 68/21 69/17 71/10 71/15 71/17
73/3 73/5 73/11 73/21 74/18 75/2
80/19 81/21 84/14 86/4 106/9 106/20
108/4 108/5 108/16 110/6 114/24
119/8 120/2 121/17 121/18 130/4
137/11 148/25 154/20 156/11 162/20
164/20 165/21 166/9 171/12 180/1
180/18 184/10 185/10 187/7 193/13
194/8 200/23 201/8 201/9 201/20
201/23 205/17 206/12 212/5 213/16
**points [3]** 75/1 94/2 116/8
**poison [1]** 168/6
**poke [2]** 96/23 97/5
**police [3]** 162/1 162/4 162/23
**policies [1]** 115/2
**policing [1]** 126/25
**policy [3]** 105/19 113/5 166/16
**polite [1]** 93/21
**political [5]** 39/19 98/18 99/15 113/24
151/3
**politically [1]** 91/12
**politicians [1]** 162/24
**politics [5]** 41/8 44/19 98/14 104/2
151/4
**polled [1]** 215/15
**pool [1]** 100/25
**poor [1]** 200/25
**popped [2]** 63/16 63/17
**pops [2]** 63/22 72/15
**portfolio [1]** 27/25
**portion [1]** 190/22
**portrait [1]** 181/11
**pose [1]** 169/7
**position [8]** 82/8 113/9 113/13 113/14
113/15 122/10 144/25 170/8
**positions [1]** 144/3
**possibility [5]** 116/22 145/16 167/19
174/25 177/8
**possible [19]** 16/13 19/4 20/3 86/2
92/15 92/17 92/21 97/16 128/5 128/25
131/4 131/8 131/12 145/15 156/20
156/23 177/1 177/2 191/24
**post [84]** 4/3 4/4 4/5 4/6 4/7 4/8 4/9
4/10 4/11 4/12 4/13 4/14 4/15 4/16

4/17 4/18 4/19 4/20 4/24 4/25 5/1 5/2
5/12 5/13 5/14 5/15 5/16 5/17 5/18
5/19 5/20 5/21 5/22 5/23 5/24 5/25 6/1
6/2 6/5 6/6 6/7 6/8 6/9 6/10 6/11 6/14
6/16 6/17 6/18 6/20 6/25 7/1 7/2 7/3
7/5 7/8 7/10 7/15 7/16 7/17 7/18 7/19
7/20 8/7 9/2 9/3 9/4 9/5 9/6 9/7 9/8
37/14 62/19 74/2 74/10 80/1 80/2
80/15 118/11 152/6 152/16 156/3
156/5 179/23
**post-traumatic [1]** 179/23
**posted [5]** 14/4 74/2 74/4 79/23 80/23
**posts [6]** 8/4 8/8 59/1 78/17 83/3 83/3
**potential [1]** 197/8
**power [1]** 205/11
**PowerPoint [1]** 98/11
**PR [2]** 71/18 72/22
**practices [1]** 129/7
**pray [1]** 207/3
**prayed [1]** 85/5
**precision [1]** 195/4
**predatory [2]** 119/11 119/21
**predicate [9]** 193/19 193/21 193/23
194/4 194/10 201/15 201/18 213/10
213/18
**predictable [1]** 126/22
**predicting [1]** 207/16
**Prediction [3]** 142/3 142/13 157/24
**prejudice [2]** 188/23 192/8
**prejudicial [2]** 114/20 115/18
**prepare [6]** 106/2 183/3 183/8 183/14
184/12 184/14
**prepared [8]** 68/22 102/8 154/23
155/1 184/16 185/5 185/13 185/14
**preponderance [14]** 187/2 187/4
187/9 187/9 187/12 187/16 190/3
194/2 194/9 196/24 201/14 211/2
213/8 213/16
**prescribed [1]** 218/7
**presence [2]** 38/16 66/18
**present [2]** 137/14 211/16
**presentation [1]** 17/12
**presented [5]** 133/6 143/9 184/17
187/12 211/5
**president [3]** 72/21 113/23 208/12
**presidential [3]** 39/20 39/23 175/9
**press [8]** 80/11 107/18 119/23 119/24
119/24 123/8 150/13 177/14
**pressed [1]** 181/16
**pressure [4]** 42/22 46/22 51/13 76/7
**prestigious [1]** 26/13
**presume [1]** 140/7
**pretend [1]** 117/6
**pretenses [1]** 117/20
**pretty [13]** 25/8 29/19 32/8 36/22
36/24 40/20 44/10 44/19 60/12 80/17
82/16 109/8 145/10
**prevent [3]** 107/12 208/22 209/6
**prevented [2]** 110/16 110/20
**preventing [2]** 112/7 114/20
**previous [3]** 52/5 183/24 216/18
**previously [4]** 28/16 72/14 192/23
194/15
**primary [1]** 86/22
**prime [4]** 13/2 36/7 36/9 65/16
**print [1]** 73/10
**prior [7]** 20/12 67/1 67/15 67/17 67/18

69/20 99/21
**priority [2]** 165/8 165/10
**prison [2]** 174/3 180/14
**private [5]** 114/12 128/14 161/14
161/15 161/16
**privileged [1]** 38/19
**PRO [1]** 1/16
**probability [1]** 197/8
**probably [13]** 82/19 82/25 121/9
121/19 123/16 132/15 132/25 146/13
147/7 167/15 172/24 184/3 205/3
**probity [1]** 115/16
**problem [6]** 55/3 125/2 125/24 148/2
174/16 184/22
**problems [4]** 16/19 69/5 129/8 179/24
**procedurally [1]** 84/1
**proceed [3]** 10/19 22/6 199/10
**proceeded [1]** 197/10
**proceedings [4]** 1/23 215/20 217/13
218/5
**process [2]** 73/22 171/14
**procurement [1]** 115/3
**produce [1]** 158/2
**produced [4]** 1/23 144/16 187/20
210/5
**producers [2]** 65/23 65/24
**produces [1]** 196/22
**professional [3]** 63/22 193/8 195/16
**proffered [1]** 165/1
**profile [1]** 40/13
**profits [1]** 193/6
**programs [5]** 24/7 26/8 67/7 67/7
164/17
**progressed [2]** 164/14 164/16
**promise [1]** 103/22
**promised [1]** 95/15
**promoted [2]** 163/17 163/25
**promotion [2]** 164/1 176/10
**prompted [1]** 28/18
**promptly [1]** 191/23
**proof [5]** 9/1 189/23 195/3 196/22
209/17
**properly [1]** 189/21
**property [2]** 193/4 193/21
**proposal [1]** 74/17
**proposed [4]** 184/20 184/23 216/19
216/24
**propriety [1]** 197/20
**prosecuted [3]** 117/24 118/1 165/21
**prospect [1]** 121/7
**protect [2]** 131/2 158/21
**protecting [1]** 163/7
**proud [3]** 124/3 128/12 154/10
**prove [11]** 147/9 157/9 187/10 187/23
189/16 194/2 194/8 201/13 205/18
213/8 213/16
**proved [1]** 187/16
**proven [1]** 175/23
**provide [8]** 30/9 40/8 40/8 61/14 97/3
164/7 207/13 208/22
**provided [1]** 105/22
**provides [1]** 91/15
**providing [4]** 136/22 137/1 137/5
185/16
**proving [1]** 187/8
**provisions [1]** 123/12
**proximately [2]** 196/5 213/24

Case 4:24-cv-00988-P    Document 99    Filed 07/18/25    Page 244 of 255    PageID 1758

**P**

**public [16]** 23/15 29/23 64/13 81/23 122/9 122/10 126/13 150/15 156/24 162/23 165/15 165/24 169/7 193/17 195/14 197/19
**publicity [4]** 67/5 80/11 119/18 123/17
**publicly [12]** 17/3 22/21 26/22 47/17 60/8 63/8 63/11 80/24 81/17 93/4 121/23 131/5
**publish [2]** 212/21 213/5
**published [3]** 166/19 195/21 198/13
**publishing [1]** 153/23
**pull [8]** 66/11 78/23 138/21 139/6 139/19 157/23 158/3 158/6
**pulled [2]** 56/1 99/5
**punish [7]** 14/10 17/24 132/17 196/13 203/14 203/17 205/13
**punishment [1]** 205/12
**punishments [1]** 205/14
**punitive [8]** 14/8 14/9 153/19 154/4 196/11 203/4 203/10 203/12
**pure [1]** 79/17
**purely [1]** 73/9
**purpose [8]** 17/11 32/22 45/23 49/13 92/3 190/6 190/7 209/16
**purposes [1]** 117/5
**pursue [1]** 56/4
**push [1]** 101/13
**pushed [2]** 134/23 206/20
**pushes [1]** 125/5
**put [33]** 19/21 19/23 19/24 31/21 39/11 51/9 57/3 62/11 62/21 64/17 66/6 66/15 72/17 74/15 74/22 77/8 78/16 93/13 96/5 99/19 102/7 102/8 104/21 119/9 119/9 123/18 131/21 144/21 200/12 203/19 203/21 204/1 210/21
**puts [2]** 49/1 53/18
**putting [5]** 46/6 79/18 120/17 148/16 182/23

**Q**

**quad [1]** 171/24
**qualifications [2]** 108/22 161/24
**qualified [2]** 109/5 111/15
**qualify [1]** 161/24
**quality [6]** 80/15 80/17 82/19 164/1 164/19 175/4
**Quantico [1]** 162/7
**quantify [3]** 13/10 202/17 202/19
**quell [1]** 55/18
**question [81]** 15/6 39/3 63/25 81/16 85/15 87/19 87/20 87/21 90/1 91/4 95/24 96/19 97/2 97/4 99/1 99/2 100/1 100/17 102/16 107/14 111/15 138/2 140/5 140/11 140/21 145/4 149/4 149/10 155/9 156/11 159/3 169/2 172/17 172/18 174/12 174/14 174/17 177/6 177/8 178/1 178/14 179/2 179/3 179/12 180/23 181/17 181/18 186/25 191/20 191/22 192/1 192/2 192/13 192/14 194/1 194/7 194/7 194/13 196/3 196/9 197/22 198/1 198/3 200/10 200/10 200/21 201/12 201/23 201/25 202/2 202/3 202/4 203/1 203/3 211/24 213/7 213/13 213/15 213/22 214/3 214/7

**questions [45]** 47/22 85/4 85/9 85/13 88/2 94/8 94/12 94/14 95/9 101/17 103/4 111/18 112/2 112/14 118/14 125/19 137/17 138/8 143/11 148/17 150/6 150/8 154/21 155/6 157/5 159/13 169/6 169/9 169/24 170/1 172/7 179/7 182/3 187/2 188/19 191/16 192/7 192/12 192/21 193/25 201/22 212/23 213/13 216/21 217/10
**quick [4]** 17/22 82/25 163/15 199/5
**quickly [6]** 19/4 20/3 55/9 79/2 124/14 184/21
**quiet [1]** 141/9
**quit [1]** 206/6
**quite [15]** 15/9 36/6 66/8 82/10 102/18 121/19 127/8 131/23 133/21 134/13 140/18 145/17 145/21 152/18 160/20
**quote [2]** 208/2 208/3
**quoting [1]** 149/25

**R**

**race [1]** 39/20
**racism [1]** 93/4
**racist [1]** 92/24
**Racketeer [1]** 192/25
**racketeering [3]** 11/9 193/20 193/24
**radar [4]** 15/7 16/11 45/20 90/20
**radio [2]** 36/4 36/5
**raise [14]** 22/1 33/21 35/4 39/22 55/1 104/18 104/19 104/21 112/14 125/19 128/16 135/15 160/9 212/10
**raised [4]** 23/14 40/14 69/20 212/10
**raises [1]** 121/7
**raising [1]** 70/1
**rallies [1]** 77/10
**ran [1]** 40/20
**random [1]** 12/17
**ranking [1]** 113/13
**rant [1]** 209/20
**rare [1]** 38/18
**rarely [2]** 122/5 122/23
**ratchet [3]** 42/22 51/14 80/10
**ratcheted [1]** 46/22
**rates [2]** 102/22 103/2
**rather [2]** 195/6 208/14
**Rating [1]** 4/23
**Raytheon [1]** 15/10
**re [1]** 71/19
**reach [10]** 20/10 54/9 55/6 62/17 67/7 71/18 81/22 109/25 188/16 216/1
**reached [8]** 72/7 72/8 81/23 81/24 191/14 192/3 198/11 212/16
**reaches [1]** 211/23
**react [2]** 47/3 132/16
**reaction [2]** 54/3 59/11
**read [47]** 12/12 16/14 49/20 50/24 53/18 55/21 75/10 80/18 141/21 142/1 142/6 142/12 142/13 142/21 149/22 150/2 150/3 150/10 150/17 150/19 150/23 150/25 151/5 151/10 151/12 151/18 151/21 151/25 153/9 153/10 154/5 166/22 173/5 177/17 183/16 185/1 185/14 202/21 212/22 212/24 214/16 214/20 214/24 215/2 215/5 215/8 215/12
**readily [1]** 38/1
**reading [2]** 185/15 186/8

**ready [8]** 10/7 10/18 83/12 110/21 185/7 199/10 199/22 204/16
**rear [4]** 12/22 12/23 37/16 38/11 38/13 117/3 126/12 126/21 131/22 133/25 163/15 205/20 207/13 210/9
**realize [3]** 52/6 94/21 206/16
**really [59]** 13/3 16/15 16/16 17/22 17/23 26/3 27/13 31/18 32/11 33/3 33/18 33/20 35/2 38/18 38/18 39/1 41/19 44/22 45/4 53/7 63/11 63/12 63/22 71/23 72/4 75/16 82/10 97/2 109/22 112/7 112/14 115/19 118/25 128/10 130/4 134/16 173/7 174/2 174/3 176/3 177/17 199/15 202/19 203/5 203/6 205/11 205/14 205/15 206/5 206/18 206/18 207/3 208/4 208/24 208/25 209/6 209/8 210/6 211/5
**reason [9]** 63/17 93/22 102/8 133/21 145/2 169/22 171/24 173/21 188/16
**reasonable [3]** 188/13 195/6 197/1
**reasonably [6]** 126/17 194/17 196/1 196/4 202/5 213/23
**reasons [5]** 116/1 130/9 143/21 143/22 171/25
**Rebekah [1]** 94/15
**rebranding [1]** 73/2
**rebut [1]** 200/13
**rebuttal [4]** 19/25 186/5 209/15 209/16
**recall [12]** 65/11 86/2 86/3 87/12 93/1 93/2 132/9 136/12 136/13 152/12 156/5 201/1
**receive [2]** 44/9 179/21
**received [10]** 44/23 55/8 55/23 155/25 163/23 187/19 192/2 212/8 215/17 216/11
**receiving [1]** 181/1
**recently [2]** 64/14 95/7
**recess [8]** 84/12 148/22 184/8 191/11 211/23 212/2 212/3 217/2
**recession [1]** 25/8
**recharacterizing [1]** 131/9
**reckless [2]** 151/16 154/1
**recognition [1]** 41/23
**recognize [1]** 152/24
**recollection [3]** 143/11 191/2 191/5
**Reconnaissance [2]** 90/16 90/18
**record [14]** 21/6 78/20 84/6 84/14 103/21 121/21 124/7 148/25 183/20 184/9 184/12 185/10 216/15 218/5
**recordings [1]** 135/22
**recourse [1]** 181/21
**recover [8]** 126/9 193/18 193/22 194/3 194/10 201/14 213/9 213/17
**recovering [1]** 112/8
**recovery [3]** 192/16 192/17 192/17
**recreated [1]** 38/17
**recruited [4]** 27/9 162/6 163/10 181/20
**recruiting [1]** 164/11
**red [3]** 55/2 57/25 67/18
**redacted [1]** 140/17
**redacting [2]** 139/25 144/19
**redirect [5]** 103/6 133/24 134/1 159/15 182/5
**redo [1]** 73/12

**R**

Case 4:24-cv-00988-P   Document 99   Filed 07/18/25   Page 245 of 255   PageID 1759

reduce [2] 127/21 192/13
reduced [2] 193/10 194/24
refer [1] 21/16
references [1] 153/18
referencing [1] 50/14
referred [1] 193/1
referring [2] 113/4 128/1
reflected [1] 110/17
refrain [1] 101/19
refuse [1] 95/16
regarding [3] 20/20 83/3 94/9
regardless [3] 56/10 187/18 187/19
regards [1] 10/14
regret [3] 15/24 16/23 105/16
regularly [6] 13/1 29/19 35/25 36/1 37/1 190/21
regulatory [3] 32/12 114/19 120/5
rehab [4] 73/22 74/24 201/2 201/2
rehabilitate [1] 71/20
rehabilitation [1] 138/8
reiterate [1] 133/3
reject [1] 140/23
rejected [1] 122/9
relate [2] 111/1 213/14
related [6] 114/18 153/15 162/13 193/12 197/13 209/21
relates [4] 96/16 110/9 114/3 200/21
relations [1] 193/16
relationship [6] 41/15 43/12 76/9 117/22 129/14 132/23
relationships [4] 12/4 78/19 178/19 194/25
relative [2] 189/14 189/14
relatively [1] 41/9
release [2] 146/23 198/19
released [1] 215/23
relevance [9] 86/23 86/24 87/1 96/15 100/4 159/1 178/21 178/23 181/2
relevancy [1] 159/2
relevant [3] 95/22 120/6 162/9
reliable [1] 195/19
relief [1] 114/8
relies [1] 13/7
rely [5] 130/8 190/14 190/16 190/25 191/2
relying [2] 139/9 143/25
remain [4] 145/13 170/2 170/3 181/23
remark [1] 17/25
remarkable [1] 110/1
remarried [1] 19/5
remember [18] 10/13 17/14 20/12 27/14 74/14 90/13 94/4 117/17 127/9 128/5 136/15 145/7 147/18 188/6 198/12 198/23 202/21 210/3
remembers [1] 188/5
remind [1] 133/17
reminded [1] 83/8
reminds [1] 148/15
remote [2] 103/17 103/21
remotely [2] 105/14 168/3
remove [2] 99/18 171/15
rent [1] 71/11
repair [5] 65/7 74/24 193/12 193/16 195/1
repair the [1] 74/24
repeat [3] 12/13 69/1 91/4

rephrase [1] 97/1
replace [1] 38/25
replaced [2] 38/16 161/1
report [2] 7/4 66/21
reported [1] 1/23
reporter [11] 1/19 10/20 23/1 28/13 51/2 53/2 53/4 77/21 90/25 142/10 218/13
REPORTER'S [1] 217/14
reporting [2] 165/7 166/3
reports [6] 8/14 8/16 67/13 177/14 179/19 179/20
represent [6] 10/24 15/16 69/17 106/14 157/7 157/9
representations [2] 118/7 168/14
represented [2] 17/6 145/1
representing [1] 154/16
represents [3] 66/23 145/3 190/22
Republican [2] 86/22 94/16
republicans [1] 174/24
reputation [24] 35/15 35/18 59/15 63/1 63/13 64/1 65/7 69/12 71/20 73/13 74/24 81/14 124/20 124/21 138/8 150/21 151/23 153/11 153/13 177/11 195/9 195/22 201/2 202/14
reputation's [1] 23/7
reputational [8] 65/6 115/1 151/24 193/8 193/12 193/15 193/16 195/2
reputationally [1] 15/14
reputations [1] 119/18
request [1] 124/6
require [3] 113/10 172/2 195/3
required [5] 128/2 167/1 190/13 192/3 195/4
requirements [1] 116/21
requires [4] 120/20 120/23 127/17 190/2
research [2] 60/6 78/12
resemble [1] 168/3
resembled [1] 168/11
reserved [1] 209/15
resident [1] 165/17
resources [2] 19/3 129/15
respect [5] 52/24 56/6 102/10 129/7 129/10
respond [10] 45/2 45/3 78/21 115/23 154/21 155/9 157/1 191/23 216/22 216/23
responded [2] 14/3 78/22
response [5] 96/16 126/17 159/6 159/7 192/1
responses [1] 122/17
responsibility [3] 14/6 27/22 28/18
responsible [7] 28/5 129/19 164/10 164/12 164/13 164/14 164/16
rest [7] 2/11 48/9 122/7 174/3 182/14 182/16 183/21
restaurant [1] 15/23
restaurants [1] 208/20
Reston [1] 1/17
restore [1] 206/18
rests [1] 19/22
result [10] 150/15 151/21 151/21 193/2 194/3 194/10 194/23 201/15 213/9 213/17
resulted [2] 193/8 196/16
resume [1] 110/25

resurrect [1] 171/20
retain [1] 156/18
retaliated [2] 11/6 182/20
retaliation [1] 11/20
retire [1] 191/7
retired [1] 163/20
retirement [1] 30/20
retires [1] 211/21
return [3] 11/4 47/1 51/11
reveal [1] 191/17
revenge [2] 205/4 205/4
review [3] 184/12 184/20 213/4
reviewing [2] 111/18 190/19
reviews [1] 112/12
revive [1] 127/17
revoke [1] 171/16
rich [5] 176/7 206/23 208/1 208/1 208/8
Richard [1] 158/13
richest [2] 17/5 143/15
RICO [14] 11/11 11/12 94/6 157/19 192/23 193/1 200/8 200/21 200/22 201/20 202/6 213/14 216/12 217/8
ridiculous [1] 203/7
right [197] 10/3 10/12 10/15 11/17 11/24 14/19 15/17 19/11 21/6 21/13 21/19 21/23 22/1 25/17 27/25 29/2 29/4 32/16 34/1 35/14 38/21 40/16 42/7 42/9 43/10 48/23 48/25 49/1 49/16 50/14 50/15 50/17 50/18 51/5 53/8 53/10 54/12 55/11 55/13 56/19 56/24 58/1 63/15 64/23 65/1 65/3 65/9 67/10 67/13 70/1 70/8 71/16 72/15 72/17 74/16 74/18 74/20 75/3 75/25 77/20 79/20 80/22 82/14 83/5 84/6 84/10 84/19 86/19 87/25 88/18 91/7 91/21 92/16 96/7 97/1 97/12 98/3 98/12 98/15 100/6 100/6 101/15 102/1 102/16 102/19 103/6 103/8 103/16 103/18 104/8 104/18 104/19 104/19 104/21 106/1 106/14 107/25 109/16 109/22 115/6 115/9 116/3 125/16 125/18 129/16 130/11 130/22 132/2 132/21 133/5 135/4 135/7 135/15 135/17 136/7 136/17 136/19 136/20 137/3 138/19 139/11 139/21 140/16 145/1 146/9 148/18 149/16 149/24 150/3 151/3 151/7 151/12 152/7 152/11 152/17 153/16 154/7 159/12 159/15 159/17 159/24 160/9 160/11 164/25 172/6 172/14 172/17 172/23 173/18 174/5 175/13 175/17 176/6 176/9 176/13 177/19 177/22 177/23 178/7 182/9 183/13 183/23 183/24 184/9 186/3 186/8 197/22 198/8 198/18 199/19 202/8 203/2 204/7 204/9 204/13 204/18 205/2 206/15 208/13 209/7 209/11 210/13 211/9 211/22 212/2 212/5 213/2 213/6 214/16 214/19 214/23 215/8 215/15 216/10 217/2 217/10 217/12
rights [2] 148/12 197/11
risen [2] 102/22 103/2
risk [15] 29/4 29/16 32/7 32/11 32/17 53/1 54/20 110/7 110/8 123/19 123/23 125/5 150/16 197/7 197/10
riskier [1] 32/15

**R**

**risks [2]** 29/17 115/4
**road [1]** 11/1
**roadmap [1]** 202/23
**robberies [1]** 162/5
**robbery [1]** 162/8
**rocket [1]** 111/6
**rodeo [5]** 34/15 34/19 34/25 35/1 35/3
**role [9]** 26/13 46/18 107/3 107/7 121/2
 134/18 134/20 205/16 208/22
**roll [2]** 98/25 173/24
**Ron [1]** 86/22
**room [13]** 1/20 20/10 83/12 185/19
 191/7 198/21 198/22 200/19 203/24
 211/16 211/20 215/22 218/17
**rotate [1]** 107/19
**roughly [1]** 77/17
**row [1]** 215/4
**RPR [3]** 1/19 218/3 218/11
**rule [2]** 96/17 189/25
**ruled [3]** 35/11 192/23 194/15
**rules [9]** 83/18 96/10 101/25 110/19
 110/20 120/24 122/12 154/17 172/2
**ruling [1]** 87/3
**run [5]** 13/5 129/3 129/13 133/3
 141/12
**running [4]** 32/10 40/3 63/23 171/22
**Russia [2]** 120/12 128/3
**Russian [22]** 12/14 12/20 60/19 61/12
 61/18 64/9 76/3 78/9 94/25 114/21
 119/10 119/11 120/2 120/3 120/18
 121/11 121/12 121/12 134/19 135/24
 155/22 155/23

**S**

**S-U-I-S-S-E [1]** 28/14
**SAC [1]** 176/8
**sad [1]** 180/11
**Saddam [1]** 129/9
**safe [1]** 172/24
**safety [1]** 197/11
**said [92]** 11/5 11/23 12/11 14/1 15/12
 22/21 22/25 23/3 27/15 34/17 35/12
 38/4 39/21 42/12 42/13 43/3 43/23
 44/14 47/6 52/19 55/22 56/17 56/24
 58/3 58/12 58/12 58/19 60/14 62/9
 62/14 64/11 64/14 67/2 72/2 72/10
 73/6 75/15 77/24 78/3 78/6 78/11
 78/18 79/14 79/15 92/16 92/18 93/3
 96/21 97/14 98/24 99/25 108/7 108/13
 109/13 109/16 111/12 112/20 116/10
 117/2 118/7 119/9 119/19 120/1 120/8
 121/21 124/14 125/18 131/9 131/10
 133/1 134/8 136/18 140/24 152/8
 154/9 154/12 155/14 158/1 164/9
 178/10 178/10 183/21 183/24 186/8
 187/25 201/21 202/23 203/23 203/25
 208/14 210/4 213/14
**sake [1]** 98/4
**salary [1]** 164/2
**sale [1]** 111/8
**sales [2]** 42/15 42/16
**Sam [2]** 104/2 104/3
**same [16]** 17/4 35/20 51/17 79/1
 101/25 102/10 114/10 114/17 137/11
 169/22 170/16 171/21 196/2 202/8
 203/12 208/17

**San [2]** 46/12 86/18
**sanction [3]** 147/23 148/1 148/18
**sanctions [1]** 147/19
**sat [3]** 199/14 203/7 210/25
**satellite [2]** 15/7 45/20
**satisfied [1]** 204/5
**save [2]** 77/20 157/11
**saw [7]** 35/10 54/12 56/18 58/19 65/9
 74/4 102/19
**say [69]** 14/6 15/2 15/2 28/4 35/22
 37/6 37/21 37/23 38/2 38/7 45/11
 47/12 49/14 50/19 51/8 52/17 54/24
 54/25 56/22 59/4 61/6 63/5 90/19
 106/15 109/19 109/23 112/2 115/12
 116/19 116/21 118/2 118/12 118/24
 120/24 121/23 121/23 122/23 123/12
 124/11 124/15 124/18 124/24 125/1
 126/3 126/20 131/6 132/14 133/9
 134/22 136/14 140/13 142/19 146/19
 165/11 166/15 166/23 168/6 171/3
 172/14 175/11 177/15 188/1 201/4
 206/9 207/24 207/25 209/19 210/24
 211/2
**saying [20]** 46/22 52/11 52/22 54/16
 55/19 60/5 64/7 76/3 80/3 80/10 80/12
 81/24 82/18 92/24 104/1 111/4 130/24
 131/10 131/16 206/10
**says [26]** 17/15 37/9 48/17 50/12
 52/20 53/9 53/15 67/5 106/8 108/21
 110/7 110/25 118/16 119/2 125/10
 137/5 139/25 141/19 141/19 149/12
 153/22 166/8 168/3 208/7 208/10
 210/17
**scandal [1]** 123/8
**scar [2]** 75/7 150/21
**scared [1]** 82/5
**scheme [1]** 11/10
**school [9]** 23/18 23/23 23/25 24/2
 24/3 24/9 38/21 93/25 127/10
**schools [3]** 23/15 23/20 23/23
**Schwab [1]** 31/15
**Schwartz [1]** 158/13
**scope [2]** 114/3 115/11
**scorn [1]** 150/15
**screen [4]** 34/8 107/19 107/24 153/7
**screens [1]** 106/7
**screw [1]** 155/4
**screwing [1]** 207/8
**scuffed [1]** 124/22
**SE [1]** 1/16
**Seals [2]** 163/12 163/12
**search [3]** 6/19 150/22 162/18
**seat [5]** 22/1 84/9 135/13 135/17
 160/11
**SEC [1]** 168/23
**second [11]** 17/6 48/6 57/19 58/8
 101/9 108/16 152/22 171/24 205/1
 207/24 210/10
**secret [3]** 133/12 167/20 167/22
**secretary [2]** 113/5 113/14
**secrets [2]** 111/11 120/15
**sector [3]** 32/1 114/10 114/12
**security [53]** 61/14 82/22 90/6 90/7
 90/9 90/23 91/8 105/19 105/20 105/21
 105/24 107/13 108/12 108/21 109/11
 111/20 111/25 114/6 114/13 114/19
 114/25 115/17 115/21 115/22 116/15

116/18 118/8 118/10 118/12 118/17
119/14 119/16 119/17 119/20 119/22
120/12 121/19 126/23 127/13 127/19
127/22 128/15 128/19 131/14 131/16
145/7 145/8 161/17 163/2 171/11
171/14 178/8 212/14
**see [74]** 14/1 16/4 16/15 18/6 27/21
 34/7 35/8 36/19 36/21 36/22 36/24
 37/12 37/14 38/8 38/11 38/13 38/13
 41/1 47/15 47/18 48/10 49/21 52/3
 55/10 59/7 61/24 63/22 66/14 67/4
 67/6 67/17 68/6 68/23 70/18 70/19
 72/11 73/4 75/13 75/14 78/17 86/25
 96/11 104/8 106/10 107/4 107/20
 107/22 107/23 108/23 125/3 136/16
 136/17 137/18 139/24 141/19 141/20
 141/21 144/12 148/8 149/7 149/11
 149/14 153/7 153/20 155/12 158/7
 160/24 168/11 180/20 184/21 200/17
 208/21 210/9 210/13
**seed [4]** 141/22 142/2 142/15 142/23
**seeing [3]** 13/22 107/23 169/11
**seek [1]** 21/4
**seeking [2]** 13/11 152/11
**seeks [2]** 151/15 196/10
**seem [4]** 40/1 40/7 102/13 156/5
**seemed [4]** 40/3 40/5 44/20 143/10
**seems [2]** 80/17 145/10
**seen [8]** 54/5 54/5 124/1 126/2 140/18
 168/1 178/16 205/3
**segment [1]** 136/4
**select [2]** 191/10 198/22
**self [1]** 126/7
**self-help [1]** 126/7
**sell [1]** 112/16
**selling [1]** 35/4
**Senate [1]** 113/10
**send [11]** 14/11 39/11 39/12 42/25
 47/7 51/7 56/14 77/6 78/4 80/9 210/4
**sends [2]** 50/12 79/5
**senior [2]** 163/20 163/25
**sense [8]** 15/1 113/17 126/18 143/1
 183/8 188/16 197/20 205/15
**sensibilities [1]** 197/17
**sensitive [2]** 121/4 179/16
**sent [17]** 11/22 48/7 51/19 51/19 52/5
 52/7 54/15 55/7 57/18 77/14 77/23
 78/25 79/2 79/3 95/12 144/23 158/2
**sentence [6]** 12/21 142/1 142/6
 142/13 150/19 205/7
**separate [4]** 35/21 128/21 128/21
 158/21
**separated [1]** 68/5
**separately [2]** 98/2 192/13
**series [1]** 119/22
**serious [10]** 40/1 40/3 40/5 40/20
 54/18 54/19 107/16 154/2 172/17
 172/18
**seriously [1]** 147/25
**serve [2]** 198/9 205/6
**served [2]** 133/14 161/1
**service [9]** 85/6 103/3 109/1 113/22
 114/2 164/1 183/19 216/2 216/8
**Services [1]** 118/11
**serving [1]** 213/2
**session [2]** 170/25 171/1
**set [18]** 31/3 31/4 40/12 43/10 45/8

**S**

set [13] 52/3 77/23 110/15 111/22 126/13 128/21 128/21 128/25 173/25 199/5 202/25 204/15 209/18
sets [2] 62/6 204/4
settlement [1] 96/9
seven [5] 13/17 67/16 67/17 67/25 68/10
seven-month [2] 67/16 68/10
several [4] 20/21 56/5 89/3 205/22
severe [1] 148/1
sex [1] 123/14
sexual [8] 12/14 62/1 119/11 123/2 123/13 123/14 135/23 195/13
sexually [4] 64/9 78/7 134/8 134/9
shakedown [2] 47/17 47/18
shall [1] 197/13
shared [1] 93/5
shareholder [2] 95/11 95/13
shareholders [1] 16/8
she [13] 48/19 50/5 53/4 76/12 94/21 94/24 95/3 95/11 188/5 188/24 189/2 207/20 207/21
she's [7] 50/10 53/7 94/16 94/24 206/17 207/11 207/20
sheep [1] 207/8
Sherry [1] 158/8
shift [4] 31/24 39/14 62/24 75/17
shifted [2] 42/17 98/14
shirt [1] 181/16
shirts [1] 176/18
shocked [1] 47/4
short [7] 28/15 30/18 81/14 103/23 148/22 184/8 212/3
shortcomings [1] 166/1
shortened [3] 36/22 36/25 136/4
shorter [1] 33/16
shortly [2] 45/19 68/23
should [33] 37/22 40/11 72/3 80/4 83/9 85/14 109/1 111/17 128/6 131/7 131/10 156/10 158/7 181/19 181/21 183/18 187/22 188/3 188/12 190/24 190/25 191/2 191/3 198/4 200/2 200/4 201/11 207/6 207/16 207/19 209/25 213/14 214/8
shouldn't [1] 52/13
show [21] 7/12 11/19 12/1 13/10 17/12 17/13 18/17 18/23 19/3 19/19 34/15 34/19 35/3 35/4 36/15 39/10 65/24 66/20 102/10 102/11 195/4
showcase [1] 13/3
showed [1] 201/5
showing [1] 72/25
shown [4] 20/8 20/8 66/24 78/2
shows [5] 38/23 38/25 78/13 92/18 92/19
shred [2] 200/13 210/7
shut [7] 44/6 44/8 173/3 173/9 173/11 173/12 173/13
shutting [2] 173/2 173/5
shuttle [1] 111/8
sic [7] 13/12 90/23 129/15 149/23 156/4 158/14 158/16
sick [2] 54/12 56/17
side [2] 43/5 65/3
sides [3] 20/4 184/13 189/12
sideshow [2] 199/25 203/7

sign [6] 194/6 194/12 196/8 198/7 198/8 198/11
signal [1] 177/22
signature [1] 214/14
signed [3] 161/2 214/12 218/9
significance [1] 188/10
significant [3] 115/25 121/2 190/22
signing [1] 198/16
signs [1] 110/13
similar [8] 28/15 68/6 137/17 138/8 147/19 196/14 202/6 203/18
simple [4] 85/18 150/22 188/3 210/19
simply [8] 19/2 19/17 65/24 115/12 122/20 188/9 190/2 192/14
simultaneously [1] 55/7
since [15] 13/17 16/24 36/2 48/14 69/25 78/24 83/18 102/21 128/10 133/13 133/15 143/7 144/2 206/6 206/9
single [3] 62/12 189/15 210/1
singles [1] 117/7
sir [27] 10/5 10/22 22/7 84/5 87/7 87/9 93/19 94/13 102/2 102/15 118/6 127/9 137/18 141/24 144/17 149/15 150/4 174/11 199/11 212/15 212/17 212/19 214/15 214/18 215/1 215/3 215/8
sit [2] 77/6 109/17
sitting [1] 136/9
situation [4] 124/8 167/9 173/1 197/17
situations [3] 40/10 175/8 175/12
six [3] 27/18 28/9 167/18
skepticism [1] 130/9
skills [2] 163/3 163/4
skip [3] 115/24 118/3 119/1
slide [22] 59/7 60/1 106/25 107/7 107/25 108/21 109/1 110/6 113/18 113/19 115/10 115/24 116/6 119/1 119/2 123/5 123/22 123/23 125/9 125/9 126/11 160/6
slides [6] 8/19 8/20 8/22 8/23 106/2 106/5
slow [2] 77/20 201/4
slower [1] 91/2
small [7] 25/10 25/19 31/17 46/17 95/13 173/3 175/14
smear [3] 11/6 12/10 13/25
smears [2] 12/7 35/25
snippet [2] 62/14 62/15
social [5] 61/14 83/3 118/12 119/12 119/15
society [1] 173/19
sociopathic [1] 64/4
software [2] 89/16 91/19
sold [2] 143/22 144/2
solve [1] 15/5
some [85] 13/5 13/11 15/2 15/2 16/22 17/18 18/7 19/14 20/1 20/2 25/16 29/11 29/16 29/16 29/25 32/1 39/22 40/20 41/9 41/15 42/13 43/2 44/19 47/11 47/22 54/10 54/16 61/13 67/5 71/18 72/17 73/2 73/10 78/1 92/15 92/17 93/13 95/9 99/18 106/2 110/13 116/12 117/22 118/21 121/24 126/7 126/24 129/6 129/7 129/8 133/14 143/10 144/3 156/11 156/24 157/15 158/19 160/24 162/22 162/24 165/10

165/14 165/19 165/25 166/10 167/19 170/1 170/2 171/3 171/24 179/6 179/24 179/24 180/19 183/7 183/9 183/20 187/24 187/25 188/6 192/6 199/16 202/20 209/20 212/25
somebody [20] 15/1 15/14 98/16 105/20 119/15 120/17 123/10 124/25 127/11 127/16 131/14 169/23 173/21 174/1 174/9 174/20 175/5 180/25 205/9 208/14
somebody's [1] 147/22
somehow [3] 50/10 119/10 210/5
someone [26] 31/18 40/7 46/7 49/4 54/8 54/25 63/7 71/23 71/25 72/12 75/22 76/21 77/9 77/10 78/14 81/15 117/1 118/16 119/13 130/19 167/24 168/6 168/8 176/12 205/7 205/8
someone's [2] 132/20 168/22
something [34] 14/24 15/9 17/15 22/25 30/14 34/19 38/16 42/16 45/11 50/11 51/20 54/7 62/12 62/20 75/10 77/9 79/5 82/25 98/9 98/12 98/24 110/5 114/7 127/17 132/16 139/18 142/4 168/8 187/10 187/25 188/1 207/18 208/17 217/4
sometimes [11] 37/1 47/13 128/19 128/20 132/17 145/18 156/17 178/18 185/17 185/17 206/25
somewhat [1] 64/14
somewhere [2] 75/14 148/5
son [1] 38/21
soon [2] 121/6 183/14
sophisticated [3] 110/3 117/10 117/11
sorry [24] 15/4 18/21 43/6 51/3 53/3 87/5 91/3 91/5 93/17 105/7 108/25 131/20 135/14 136/14 141/10 142/11 174/13 178/17 180/10 199/19 202/24 203/8 203/13 209/8
sort [23] 13/5 30/1 33/5 36/7 37/9 37/16 38/8 42/3 57/23 64/24 71/1 83/21 114/15 120/5 121/12 121/20 131/19 199/24 200/1 203/4 203/19 209/4 210/8
sound [2] 75/3 118/19
sounded [1] 118/20
sounding [2] 131/4 132/1
sounds [1] 75/4
source [35] 130/25 145/19 145/21 146/3 161/21 162/12 165/7 165/25 166/25 167/1 167/4 168/2 169/15 170/5 170/6 170/10 170/11 170/12 170/18 170/19 172/12 173/22 174/2 174/6 174/21 175/20 175/22 175/24 175/25 176/2 176/4 179/4 181/19 181/20 182/1
sources [26] 129/4 129/7 129/11 129/14 131/2 132/20 132/24 133/4 160/3 162/9 162/21 164/8 164/11 164/18 164/22 166/2 166/21 169/17 169/22 172/15 175/15 175/19 176/17 177/15 178/19 179/10
southwest [2] 23/22 27/12
spaces [1] 78/7
speak [8] 22/4 83/22 127/8 127/10 160/12 160/19 213/21 216/3
speaking [2] 38/10 204/24

**S**

speaks [1] 207/20

special [20] 32/22 45/22 88/13 117/21 146/3 162/2 163/13 165/14 165/16 170/11 179/13 180/20 180/24 181/21 190/10 194/21 194/21 195/2 201/7 202/8

specialized [3] 115/1 162/17 163/9

specific [15] 28/22 30/6 37/17 61/9 62/5 64/23 66/16 72/17 177/7 190/7 194/22 196/5 197/3 202/6 213/24

specifically [6] 38/11 68/17 69/12 162/23 165/15 170/14

specifics [3] 69/14 72/6 165/10

spectrum [1] 30/9

speculation [4] 156/25 175/1 192/15 195/24

speedy [1] 133/19

spend [5] 65/6 66/22 73/12 73/14 124/12

spent [5] 12/4 12/23 73/16 114/15 129/6

spirit [1] 167/15

spiritual [1] 205/15

spoke [1] 99/22

spoken [1] 53/17

Spotting [1] 164/11

spreading [1] 11/18

SPV [12] 32/22 32/25 45/23 46/5 46/25 52/21 55/25 56/7 56/11 68/24 86/4 86/6

SPVs [7] 33/12 51/18 54/2 69/20 69/25 88/22 91/12

squad [8] 162/8 162/11 162/16 163/4 171/15 171/16 171/24 171/24

squads [1] 164/17

squeeze [1] 148/20

St [1] 85/6

staffers [2] 92/2 92/6

stage [12] 12/19 30/24 31/3 32/5 32/17 32/18 52/4 61/9 141/22 142/2 142/15 142/23

stand [22] 17/16 21/10 21/22 21/24 21/25 69/6 84/20 128/11 135/11 135/12 135/13 148/16 154/10 173/21 180/7 188/22 189/4 200/14 205/7 211/23 212/2 217/2

standard [5] 60/12 101/25 196/24 196/25 203/1

standing [2] 193/17 195/9

standpoint [3] 32/4 69/9 197/6

Star [1] 176/18

starched [1] 181/16

start [24] 14/24 16/10 24/17 39/15 41/16 52/9 69/17 73/22 77/16 82/23 109/10 112/2 112/3 124/14 126/22 168/23 169/23 171/2 199/3 199/3 204/15 204/24 206/15 206/21

started [25] 11/2 12/2 12/7 23/13 24/11 24/12 25/18 25/21 27/19 29/24 36/12 40/12 41/19 42/22 45/19 46/21 46/22 48/16 65/14 80/3 80/20 158/12 158/18 199/23 205/25

starting [4] 48/12 50/2 108/6 150/13

starts [4] 58/1 58/3 58/3 77/2

startup [3] 12/19 32/20 105/23

state [8] 35/5 40/18 40/22 50/18 104/6 162/3 173/7 190/12

stated [3] 92/5 134/9 148/3

statement [13] 10/16 14/21 17/10 17/11 18/12 20/6 45/21 48/12 50/8 75/15 87/22 92/25 186/15

statements [35] 10/8 10/10 18/7 19/17 36/13 62/17 83/3 96/8 99/12 106/19 108/10 115/13 115/14 115/17 115/23 119/7 120/4 121/13 121/14 126/8 130/7 130/17 134/12 137/24 151/22 153/23 153/25 186/20 189/2 194/19 195/12 195/16 195/21 196/6 213/25

STATES [21] 1/1 1/9 27/13 32/4 61/4 109/19 110/14 112/2 112/16 120/20 120/21 129/19 132/11 133/4 156/8 156/9 156/22 166/18 167/5 167/7 218/8

station [1] 87/17

stations [1] 36/3

statute [2] 11/12 32/13

statutory [1] 120/5

stay [3] 82/12 147/3 216/1

steady [1] 33/7

steak [4] 83/1 176/21 176/22 176/25

steal [2] 111/16 120/15

stealing [1] 52/20

steers [1] 35/4

stenography [1] 1/23

step [9] 111/3 148/11 159/18 170/22 171/1 171/13 171/15 176/1 211/19

steps [1] 216/11

stern [1] 161/4

Steve [1] 88/8

Stewart [6] 2/8 3/8 103/16 105/2 114/24 134/24

stick [4] 122/18 124/1 168/25 211/6

sticking [1] 202/14

stigma [1] 150/14

still [11] 11/16 16/8 26/8 74/12 74/15 86/10 169/2 180/7 180/9 205/24 210/18

stock [7] 7/12 18/2 30/20 34/15 34/18 35/3 70/8

stocks [1] 28/6

stomach [2] 54/12 56/17

stop [16] 11/17 14/1 14/14 57/6 58/10 77/13 78/4 78/19 80/23 106/1 114/23 116/3 150/5 165/9 170/19 198/2

stopped [2] 80/24 112/17

stories [3] 119/22 126/2 160/24

story [4] 175/14 175/14 180/11 180/12

straight [4] 75/18 116/13 147/13 148/17

straightforward [1] 211/6

Strait [2] 208/2 208/4

strange [4] 45/6 154/16 154/25 157/3

strategy [3] 31/19 34/2 73/5

straying [1] 93/9

street [9] 1/13 1/20 13/6 15/10 28/11 29/15 30/7 208/10 218/17

stress [1] 179/23

stretch [1] 171/17

stricken [1] 96/13

strict [1] 122/12

strictly [1] 71/6

strike [3] 103/25 147/22 157/12

strong [1] 148/9

strongly [1] 111/22

structure [1] 32/24

structured [3] 16/8 26/22 158/20

structured-specific [1] 28/22

study [1] 24/8

studying [1] 127/9

stuff [17] 39/8 44/18 53/14 61/6 62/1 62/19 66/6 74/5 77/7 83/5 93/21 96/8 104/6 109/15 122/4 126/1 209/20

stupid [2] 206/13 206/14

style [1] 155/15

subject [11] 6/24 83/10 130/5 137/6 137/8 137/13 137/20 138/1 138/3 138/9 190/9

subject-matter [7] 137/6 137/8 137/13 137/20 138/1 138/3 138/9

subjective [1] 197/9

submit [9] 148/8 201/25 202/1 203/1 204/1 205/13 210/25 216/17 216/19

submitted [3] 20/21 130/3 211/17

subscriber [1] 81/2

subscription [1] 81/6

subsequently [1] 25/14

subsidiary [2] 128/21 128/24

Substack [7] 58/25 59/2 81/1 81/2 81/5 138/23 138/25

Substack and [1] 58/25

Substacks [1] 83/4

substance [1] 179/24

substantial [1] 197/4

succeed [1] 118/2

success [3] 37/18 110/23 133/20

successful [1] 124/16

successfully [1] 154/8

succinct [1] 96/16

succinctly [1] 96/18

such [9] 84/1 188/13 189/22 190/21 191/17 193/5 195/9 195/12 197/19

sucks [1] 206/23

sue [6] 14/3 19/7 78/22 79/8 97/17 152/5

sued [10] 16/9 77/10 122/16 151/7 152/2 155/21 156/2 156/4 203/23 207/7

suffer [1] 193/5

suffered [13] 65/2 68/10 94/10 126/20 126/21 136/10 136/18 137/12 138/9 151/23 153/12 193/2 194/22

sufficient [2] 189/16 195/7

suggest [3] 94/8 198/21 216/5

suggestions [1] 148/13

suing [1] 80/8

Suisse [4] 4/21 28/12 28/14 29/9

suit [3] 57/20 152/17 181/16

suitability [1] 115/16

Suite [1] 1/13

sum [7] 154/4 194/16 196/3 198/3 202/4 213/22 214/7

summarize [2] 125/13 166/23

summary [7] 8/15 9/9 9/11 66/22 67/12 107/3 108/1

super [2] 176/7 207/25

super-hopeful [1] 207/25

supervising [1] 164/15

supervisor [3] 170/20 170/21 171/4

supply [4] 112/22 112/22 162/12 162/13

**S**

supported [2] 95/2 195/18
supporter [3] 98/20 98/21 99/19
supposed [4] 64/15 123/19 154/17 181/4
supposedly [1] 206/2
supremacist [3] 151/2 152/3 162/5
supremacy [1] 173/13
sure [30] 18/16 19/1 21/10 32/3 33/8 37/20 38/10 61/11 108/14 113/17 116/12 118/17 121/3 128/23 130/10 132/4 132/18 133/10 140/1 143/14 154/22 156/10 157/25 160/12 160/19 175/7 175/12 175/15 199/7 217/2
surfaced [1] 143/20
surprisingly [1] 119/17
surrendered [1] 127/15
surveillance [2] 163/5 171/16
suspecting [1] 130/19
suspicion [1] 148/10
SVP [1] 55/25
switched [2] 63/19 98/18
sworn [9] 22/3 22/9 104/25 105/3 128/23 135/16 135/19 160/10 161/10
sympathy [1] 192/8
synthetic [4] 15/6 16/11 45/20 90/20
system [1] 15/7
Systems [1] 15/10

**T**

t-shirts [1] 176/18
table [1] 211/15
tactic [1] 79/8
tactics [1] 118/4
tagged [1] 80/24
take [56] 14/2 14/13 19/14 22/1 24/21 27/8 30/2 33/11 50/8 56/19 58/15 61/3 61/17 62/21 70/24 71/1 76/22 76/22 77/2 77/3 80/22 82/15 82/19 83/15 84/9 91/12 108/9 111/21 111/23 111/24 119/23 125/1 128/14 129/22 133/6 133/22 135/13 135/17 139/19 146/21 147/25 160/11 167/6 168/21 183/2 183/5 183/7 183/9 184/3 186/1 191/8 196/2 206/11 207/6 207/18 209/5
takeaway [2] 44/23 44/24
taken [10] 34/14 75/19 80/5 84/12 108/9 148/22 184/8 190/23 191/1 212/3
taking [12] 10/14 29/17 49/2 49/4 61/12 61/23 83/21 100/14 100/15 115/12 118/9 216/1
talk [44] 13/22 23/12 33/9 34/1 34/2 34/3 38/15 39/3 40/11 40/17 41/7 41/7 41/8 41/8 43/22 48/19 50/4 52/13 60/14 68/17 68/19 68/22 69/1 72/3 73/1 75/21 76/13 79/10 79/11 83/9 87/3 96/9 120/7 122/11 146/9 146/23 172/21 184/5 191/16 192/3 202/14 202/15 210/11 215/23
talked [6] 31/8 43/18 63/25 72/5 76/13 104/2
talking [23] 26/23 36/11 39/15 40/12 44/16 67/23 96/8 102/18 107/24 111/4 113/7 113/8 120/9 124/19 124/22 125/15 127/24 132/25 154/19 154/19

talks [6] 53/11 59/4 172/19 175/5 210/15 210/16
tangible [1] 168/9
targeted [6] 61/8 62/4 73/24 76/1 76/6 121/15
targets [1] 110/4
task [1] 162/15
taught [1] 93/25
taxes [1] 168/22
TD [1] 31/15
teacher [1] 23/22
teachers [2] 23/18 38/21
team [2] 164/5 173/4
tech [10] 7/10 32/20 32/21 42/4 42/6 70/9 70/11 114/5 114/10 114/14
technical [3] 190/9 190/11 190/12
technologies [1] 128/8
technology [16] 30/24 31/6 31/25 31/25 32/8 41/24 70/12 104/4 104/8 111/19 112/4 128/24 134/23 160/19 177/22 178/2
Ted [1] 86/19
telecommunications [4] 112/13 112/15 120/10 120/14
Telegram [1] 177/23
Telephone [4] 1/14 1/17 1/21 218/18
telephones [1] 162/19
television [4] 62/3 67/7 76/2 102/18
tell [37] 19/15 22/17 25/5 25/16 27/23 28/24 34/7 34/16 39/8 41/22 42/17 48/5 66/23 95/22 122/3 131/1 145/14 145/24 147/5 149/23 150/3 150/10 151/9 151/12 151/20 153/10 160/24 161/18 163/22 169/15 169/25 170/14 170/23 171/20 184/5 200/18 212/11
telling [6] 57/19 118/18 145/8 146/13 170/18 188/5
tells [5] 167/3 170/5 175/5 207/14 210/18
temporarily [1] 165/6
ten [2] 126/1 177/18
tender [1] 164/20
tendered [2] 83/19 83/22
tending [1] 187/23
tends [1] 18/8
tens [2] 62/22 138/16
term [3] 33/12 150/14 152/4
terminated [1] 171/10
termination [1] 171/13
terms [4] 33/5 151/1 151/2 175/18
Terrence [2] 89/19 89/23
terrible [2] 35/12 166/9
terrorists [2] 110/13 110/20
test [1] 189/14
testified [14] 22/9 99/5 99/11 100/2 105/3 110/7 135/19 136/9 143/7 160/14 161/10 187/23 189/12 189/17
testifies [1] 190/20
testify [11] 22/18 22/19 70/15 82/4 85/11 88/4 106/19 109/5 110/12 161/20 202/13
testifying [8] 99/12 101/5 101/20 105/14 106/18 136/12 161/19 190/20
testimony [35] 83/2 94/9 96/7 96/12 96/22 97/3 97/5 97/12 101/7 104/1 106/3 149/2 154/18 155/15 165/5

166/7 177/9 179/11 187/17 187/21 188/1 188/14 188/18 188/21 188/25 189/4 189/7 189/10 189/13 189/15 189/22 190/5 190/6 190/22 191/6
TEXAS [20] 1/2 1/5 1/14 1/20 16/6 22/14 24/4 24/16 25/2 35/6 88/11 157/5 161/16 207/15 207/15 208/4 208/5 218/12 218/13 218/17
text [9] 39/8 41/6 42/25 43/2 47/13 55/12 72/7 72/9 179/24
texts [5] 41/7 42/25 47/7 47/9 52/11
than [33] 17/23 28/21 69/7 70/5 70/10 70/12 70/14 79/5 79/7 92/22 102/12 104/7 112/9 118/1 119/14 126/24 131/21 133/11 138/7 139/9 154/4 179/19 180/25 182/16 187/6 187/11 191/5 196/24 197/2 206/23 207/6 207/12 208/12
thank [55] 10/14 14/18 14/19 14/22 17/20 19/9 19/11 48/10 49/23 82/2 83/13 84/3 84/11 84/22 87/9 94/3 97/10 101/18 103/14 122/25 125/8 127/2 127/4 129/2 133/23 134/24 135/5 147/1 147/15 158/9 159/17 159/19 159/24 182/10 182/11 183/4 183/19 184/6 199/8 199/12 204/6 209/8 209/10 209/11 209/14 210/24 211/8 211/9 212/1 213/2 215/17 215/25 215/25 216/7 217/12
that [943]
That'll [1] 160/8
that's [131] 13/3 14/16 17/8 18/23 19/3 19/20 20/7 30/14 32/25 34/11 34/15 34/20 37/24 39/6 42/7 42/9 48/4 48/20 50/5 50/7 55/1 58/8 60/8 60/8 62/4 64/17 66/3 66/12 67/6 67/15 67/25 70/12 70/22 71/6 71/12 73/7 76/2 76/4 79/18 80/2 80/11 84/1 86/20 87/22 91/16 97/6 99/23 100/9 101/3 101/7 101/7 106/22 106/23 108/18 109/16 112/24 117/5 117/5 118/24 122/11 124/20 126/19 126/19 126/24 130/4 132/22 133/14 134/23 136/20 137/2 137/10 137/16 138/7 139/2 139/7 139/22 140/16 140/18 141/23 143/19 145/16 146/11 149/7 152/14 155/24 156/19 157/20 160/25 164/6 165/1 167/20 169/8 170/14 170/14 171/18 172/22 177/21 177/21 178/14 180/4 182/2 183/9 183/23 184/14 184/22 200/2 200/8 201/10 201/10 201/18 201/19 201/21 201/22 202/7 202/11 202/11 202/14 202/25 203/5 203/15 203/21 203/22 203/25 205/15 206/19 206/25 207/2 208/8 209/1 209/1 209/18
their [41] 19/16 19/21 20/5 26/23 28/6 34/19 54/3 61/17 89/3 99/14 106/7 107/11 111/11 112/15 114/19 117/16 118/8 119/18 121/3 122/5 122/13 129/7 137/23 148/12 162/2 171/2 171/11 171/16 171/25 173/22 174/3 175/6 181/21 184/13 187/8 192/24 193/4 193/20 198/19 212/8 216/21
them [79] 12/5 12/17 16/24 17/1 17/2 17/2 17/6 19/7 21/17 26/16 26/23 27/3 27/5 27/9 29/9 39/8 42/14 44/8 44/9

**T**

**them [60]** 51/19 52/22 52/25 55/22 57/3 62/19 63/8 66/12 88/10 97/23 98/3 98/6 98/7 106/7 106/8 107/7 108/4 110/20 111/9 112/11 117/4 118/10 119/9 124/3 124/4 129/8 129/8 129/23 131/17 132/17 133/9 148/16 152/18 154/21 155/6 156/4 164/12 164/12 164/13 166/18 166/22 166/22 169/7 171/2 171/5 171/15 172/2 173/3 176/21 176/22 179/21 187/1 187/18 187/20 201/3 201/4 206/21 207/13 209/4 209/5

**theme [1]** 112/7
**themselves [3]** 117/13 120/17 157/4
**then [83]** 10/9 12/7 19/22 19/22 19/24 20/5 20/9 25/7 25/19 26/2 26/4 29/22 33/1 33/16 38/11 41/4 43/2 48/25 49/18 54/12 57/4 58/4 58/5 58/6 58/7 61/15 62/1 65/5 67/1 67/18 69/25 72/13 73/6 73/11 74/23 82/7 82/17 84/9 100/15 117/15 120/18 122/9 122/22 123/11 124/17 128/20 133/15 140/7 140/14 140/22 154/21 155/9 163/17 164/15 165/16 170/13 171/16 171/17 175/24 176/1 178/3 178/4 178/5 178/11 179/12 183/17 184/15 185/3 185/22 186/4 186/4 186/5 186/19 190/25 191/23 194/5 194/13 198/1 199/24 201/1 207/15 212/23 212/25

**theory [2]** 143/12 143/24
**there [125]** 11/21 11/25 20/18 21/15 23/21 24/5 25/15 25/17 25/24 26/8 26/13 27/14 27/18 28/1 28/15 29/6 29/20 33/3 37/9 38/1 38/5 38/5 38/6 38/24 40/14 40/21 41/9 43/4 43/5 45/4 50/1 54/13 57/14 61/25 62/19 65/4 65/4 66/5 66/5 66/13 67/20 68/7 70/14 71/6 72/16 73/20 74/15 75/8 75/8 75/14 79/11 79/18 81/18 85/17 92/1 92/3 92/6 98/9 101/3 103/1 104/6 105/16 106/1 110/10 113/3 113/7 114/7 114/10 114/23 116/3 117/12 117/24 118/6 119/4 119/9 120/8 122/3 125/20 127/24 128/23 132/9 132/13 132/22 140/1 145/25 147/3 148/9 149/16 153/1 162/4 163/11 163/12 165/9 167/19 167/22 169/7 169/7 173/17 173/18 176/8 177/2 177/14 179/2 179/3 179/9 179/11 183/25 184/6 187/22 187/24 189/20 194/5 195/19 198/9 198/20 201/2 202/16 202/21 204/4 205/15 207/5 207/5 208/10 210/9 217/1

**there's [48]** 14/8 20/22 23/4 27/17 29/22 29/23 29/23 30/16 32/25 33/2 33/3 33/18 35/5 36/9 38/23 63/10 63/10 65/3 65/5 66/17 67/4 70/5 71/4 73/19 74/2 80/13 82/24 91/19 109/20 112/8 121/25 125/2 126/3 129/1 145/2 146/6 165/14 166/20 167/5 167/19 171/17 171/17 173/7 176/9 176/9 179/11 211/4 211/22

**thereby [1]** 154/3
**therefore [1]** 189/7
**thereon [1]** 83/11

**these [75]** 13/23 14/2 16/5 18/7 21/16 29/11 31/21 33/10 33/11 37/1 37/5 37/10 37/17 38/23 38/24 44/4 52/12 52/15 53/19 54/19 54/20 56/20 57/3 59/3 59/3 61/13 61/19 62/6 62/17 65/21 69/17 70/5 71/4 72/3 73/17 74/6 74/7 78/11 78/14 78/15 78/16 78/18 80/12 82/8 92/17 114/13 117/1 117/16 118/2 118/24 122/5 125/3 128/17 137/21 143/11 144/3 147/12 147/21 150/20 151/21 159/5 159/9 166/8 166/8 168/23 177/11 186/15 194/23 200/14 200/18 200/19 207/7 207/16 213/13 215/20

**they [180]** 12/5 13/12 14/5 17/1 18/4 20/8 23/20 26/13 27/17 31/20 33/13 33/13 33/15 34/22 35/6 37/5 37/5 37/6 37/12 37/21 38/6 38/25 38/25 39/7 39/8 42/1 42/2 44/10 52/13 54/4 54/4 54/21 54/22 54/23 59/3 61/12 61/15 61/24 62/22 65/17 74/2 74/3 75/9 75/23 76/21 76/22 78/13 79/16 81/25 82/4 82/8 88/21 93/25 97/16 97/20 97/20 97/23 98/1 98/4 106/21 106/22 107/16 108/14 109/18 110/2 110/3 110/4 110/18 110/19 110/19 111/6 111/7 111/8 111/16 111/17 112/20 112/21 112/23 112/24 112/24 114/6 114/7 114/8 114/8 114/8 114/9 115/19 115/19 115/25 116/22 117/7 117/15 117/16 117/18 117/18 117/19 117/19 117/20 117/21 117/21 117/22 118/19 118/25 119/18 119/23 120/13 120/15 120/22 121/5 121/18 121/18 122/2 122/3 122/12 122/16 122/20 123/13 123/14 124/2 124/24 125/2 125/3 125/25 126/1 128/2 128/6 128/15 130/18 130/19 130/20 132/11 132/12 132/17 132/24 134/13 136/8 145/9 148/8 148/12 150/21 152/8 154/1 154/3 163/17 164/15 164/18 166/3 169/15 169/16 171/11 171/15 171/16 172/1 172/22 174/1 174/2 174/6 174/22 174/23 176/7 180/25 181/21 181/24 186/22 193/5 193/20 193/22 195/21 195/22 198/11 203/13 203/13 203/22 203/23 205/12 207/6 207/7 207/24 209/4 209/5

**they'd [3]** 28/4 109/21 208/14
**they'll [4]** 37/14 38/2 170/23 204/12
**they're [48]** 19/7 29/20 30/20 30/21 32/4 35/20 36/22 36/24 54/2 54/20 54/25 55/2 65/25 75/8 76/15 76/15 76/16 82/5 82/7 82/12 88/23 91/19 92/8 97/14 97/22 97/25 98/6 107/16 112/4 112/4 118/9 118/13 118/14 118/18 122/6 124/2 125/4 129/18 131/1 131/15 132/15 133/9 136/4 168/15 169/12 182/14 203/12 206/23

**they've [5]** 75/22 79/12 81/23 81/23 88/12

**Thiel [5]** 86/13 86/14 86/15 176/12 176/14

**thing [27]** 11/24 15/25 16/1 26/15 32/10 42/1 43/22 44/1 48/25 49/16 50/14 51/5 54/8 60/12 81/6 82/3 83/21 89/1 98/11 114/17 171/21 175/11

**things [78]** 12/2 14/23 15/2 15/3 15/13 16/21 18/4 19/6 26/19 27/23 28/15 30/5 30/7 31/4 35/12 35/22 38/7 42/17 44/7 44/13 47/12 48/18 50/4 52/19 55/3 57/1 58/18 63/8 63/11 63/12 64/6 64/11 66/24 72/4 74/2 75/8 84/1 92/15 92/17 92/18 93/24 93/25 96/20 107/9 108/13 110/18 117/1 117/2 129/18 129/23 130/11 133/1 138/4 139/7 143/23 158/20 166/11 167/2 167/24 168/11 168/23 169/11 170/2 170/2 175/5 175/9 175/10 177/24 188/6 188/6 206/7 206/10 206/13 206/16 207/16 209/1 210/8 216/6

**think [77]** 11/14 14/24 17/12 18/14 18/22 41/19 42/10 42/15 50/19 54/4 64/18 67/4 70/20 77/1 85/13 90/21 95/20 96/22 97/2 97/6 98/11 98/15 98/20 111/14 113/24 115/10 116/17 117/3 117/9 118/19 121/18 125/1 125/2 126/17 127/15 129/5 130/8 131/9 131/10 131/21 131/22 132/8 132/15 133/8 134/11 134/16 136/23 139/22 140/10 140/13 141/23 142/20 143/2 147/6 147/8 147/11 147/13 148/4 148/5 150/2 156/3 157/2 158/6 160/7 173/14 178/4 180/3 181/10 182/1 186/1 189/5 200/1 202/22 203/6 207/2 208/20 209/24

**thinking [1]** 99/3
**thinks [7]** 48/19 50/5 64/15 77/7 134/17 148/5 179/13
**Thiokol [2]** 111/7 120/9
**third [4]** 66/17 126/10 140/25 171/24
**Thirty [1]** 34/24
**this [405]**
**THOMPSON [24]** 1/12 10/24 20/25 21/16 22/11 104/10 105/5 134/2 135/21 141/11 147/5 149/4 157/23 161/12 183/21 184/19 185/21 185/23 185/24 186/6 186/19 199/1 209/12 211/9

**Thompson's [1]** 17/25
**those [88]** 12/4 12/9 12/17 13/11 13/18 20/23 29/17 30/18 31/10 31/12 32/20 33/12 33/16 33/17 34/17 37/14 40/9 42/4 54/1 58/2 58/3 59/4 61/24 68/1 69/11 69/22 73/4 74/7 79/16 88/9 91/15 92/18 92/19 94/10 100/2 106/5 106/14 107/14 108/19 110/19 115/17 115/23 116/24 117/2 118/14 120/4 121/14 122/1 123/3 123/10 125/21 125/22 125/24 126/2 128/7 128/25 130/19 136/7 137/24 138/3 145/22 156/18 163/3 163/4 167/3 167/13 167/14 167/23 169/3 172/3 177/23 178/2 179/20 185/14 189/3 190/12 193/18 194/18 198/15 200/23 201/3 201/6 201/19 202/8 209/3 215/22 215/24 218/7

**though [11]** 17/18 20/19 82/21 137/21 152/12 157/15 160/17 189/6 205/17 207/2 208/19

**thought [8]** 85/4 112/17 114/7 130/18 130/18 158/18 205/20 207/17

**thousands [5]** 22/23 22/23 38/24

**T**

thousands [2] 139/12 262/22

threat [1] 50/9
threaten [2] 56/10 180/25
threatened [3] 47/16 47/16 147/18
threatening [2] 52/12 174/8
threats [6] 11/6 11/22 11/25 12/1 47/15 169/3
three [11] 62/8 64/24 69/25 94/2 99/17 113/14 113/15 117/9 124/12 143/7 178/2
through [40] 21/5 21/8 21/14 23/23 23/24 24/13 31/19 48/11 56/12 56/15 68/25 73/17 73/19 73/20 81/7 81/8 81/10 81/25 82/10 82/22 107/7 108/4 110/24 113/2 113/11 116/8 123/24 124/12 132/12 153/23 155/1 162/11 164/14 164/18 175/16 179/22 199/14 203/7 210/9 210/25
throughout [2] 83/8 215/19
throw [3] 56/18 99/10 148/4
thrown [1] 12/9
Thumbs [1] 104/12
tie [1] 181/13
tied [3] 105/17 119/10 193/17
ties [4] 43/19 43/19 44/17 195/13
tight [1] 20/2
till [1] 111/13
time [122] 10/13 10/15 13/2 14/15 15/18 15/19 19/3 20/5 20/25 21/15 21/19 24/13 24/19 24/25 29/8 36/7 36/9 36/12 37/2 37/21 37/22 38/11 38/13 39/24 40/5 40/25 41/3 41/19 42/24 44/16 44/20 45/12 52/6 58/14 62/12 65/16 66/22 67/3 67/23 69/2 70/8 72/12 74/9 74/10 74/14 78/24 79/12 81/14 81/15 82/9 82/15 84/17 88/17 103/9 103/23 105/10 109/19 109/22 113/4 113/7 114/15 117/20 126/5 126/18 129/6 130/11 134/24 139/7 139/17 140/25 142/4 143/3 144/1 144/24 147/8 147/14 147/21 148/10 148/24 154/2 154/24 156/3 162/4 162/14 162/20 165/22 172/11 177/21 180/1 180/25 183/9 183/18 183/22 184/2 185/16 186/8 187/25 191/17 191/21 192/19 197/6 198/16 198/25 203/9 204/18 204/22 204/25 206/15 207/5 208/6 209/8 209/12 209/22 210/12 211/10 211/19 213/5 213/21 215/16 215/20 216/1 216/2
timeframe [1] 24/17
timeline [2] 8/5 57/22
times [17] 15/4 32/5 38/10 41/13 47/12 81/19 102/3 124/24 143/7 147/18 175/16 175/17 179/9 189/3 205/3 208/18 209/9
timing [2] 204/16 204/24
tiny [1] 62/15
tired [1] 199/14
title [5] 106/8 162/18 163/3 163/5 163/6
titled [3] 107/3 108/1 108/21
today [21] 22/18 55/24 69/7 70/15 76/13 82/17 85/5 106/2 106/18 109/6 133/20 136/22 165/5 183/11 183/18 199/15 200/24 214/12 215/25 216/14

216/20
together [7] 18/3 18/4 31/21 74/22 96/5 185/12 198/24
told [12] 40/10 47/5 47/6 64/7 73/1 95/12 101/1 132/15 170/10 171/4 200/4 215/19
toll [2] 13/20 202/11
tomorrow [2] 48/19 50/4
ton [8] 66/22 89/25 90/2 90/4 95/14 158/13 158/23 158/24
Ton-That [7] 89/25 90/2 90/4 95/14 158/13 158/23 158/24
too [13] 60/12 66/9 74/3 79/8 81/19 82/5 101/13 116/16 119/21 123/6 184/2 207/20 208/25
took [6] 50/9 50/9 79/23 113/17 117/18 128/10
toot [1] 109/7
top [10] 44/22 48/10 49/18 50/1 67/20 133/12 201/16 202/2 210/13 215/4
top-line [1] 44/22
top-secret [1] 133/12
topic [2] 161/25 169/9
tossed [2] 57/13 57/14
total [2] 67/5 68/7
totality [1] 62/9
totally [1] 144/10
touch [5] 50/25 51/3 56/11 121/4 123/1
touched [1] 65/8
tough [1] 25/8
tougher [1] 128/13
towards [1] 53/17
town [1] 43/5
track [3] 68/9 103/21 124/6
trade [3] 33/17 109/10 111/14
traded [7] 26/22 30/18 30/20 30/22 31/7 31/9 86/7
trading [1] 30/21
traffickers [2] 162/10 162/12
trafficking [2] 162/17 173/6
training [1] 190/10
transaction [3] 112/17 120/9 121/8
transcript [4] 1/8 1/23 218/4 218/6
transferred [1] 163/1
transition [2] 64/19 123/21
translate [2] 37/18 70/18
translated [1] 68/20
trash [1] 14/13
trauma [1] 82/10
traumatic [1] 179/23
traveled [1] 207/21
treasure [1] 19/2
treat [1] 123/13
treated [1] 192/10
treble [1] 217/7
Trek [1] 176/18
tremendous [1] 68/3
trial [22] 1/8 11/8 19/13 19/21 20/14 20/22 21/2 57/15 73/18 73/18 73/18 83/10 83/11 93/23 101/15 146/24 148/25 180/19 186/15 188/2 190/23 191/13
tried [7] 15/4 93/10 102/13 126/18 175/24 204/2 209/9
triggering [1] 121/20
triumph [1] 207/24

Trotter's [1] 153/22
trouble [5] 18/20 59/24 78/9 111/7 130/20
true [43] 15/11 16/22 17/8 17/9 19/8 60/17 79/15 107/16 108/7 108/15 114/17 115/19 115/20 116/17 118/25 124/2 126/4 130/4 130/4 130/8 131/18 133/2 133/7 133/9 134/16 134/17 143/15 152/14 154/2 154/3 155/21 155/24 156/2 156/4 156/12 156/15 156/16 156/19 157/20 168/15 169/11 175/24 218/4
Trump [6] 86/21 89/10 89/13 98/20 98/21 99/19
trumpet [1] 132/2
trust [16] 13/4 13/7 25/13 54/20 54/22 54/23 71/22 111/15 111/16 112/25 122/24 124/6 124/15 137/23 207/14 208/12
trusted [1] 128/22
trusts [3] 16/8 25/19 158/21
trustworthy [1] 94/10
truth [5] 18/7 118/18 151/17 188/5 196/23
truthful [2] 147/17 210/8
truthfully [1] 179/6
truthfulness [5] 63/1 63/14 64/1 64/2 188/20
try [23] 12/2 18/14 55/4 59/15 62/16 62/18 65/7 76/7 78/4 82/12 83/22 96/23 97/4 104/3 105/10 113/12 113/19 121/11 122/16 129/5 147/6 160/3 199/16
trying [32] 14/12 32/3 50/19 51/7 51/7 51/8 52/15 52/17 53/13 55/16 55/18 60/7 60/9 61/20 61/22 64/7 80/9 93/20 95/19 99/9 99/10 101/16 102/11 106/17 110/4 112/10 114/13 147/17 148/16 168/7 173/15 207/13
tub [2] 176/16 176/20
turn [8] 12/3 58/18 64/7 74/24 88/5 138/21 150/25 151/9
turned [3] 12/8 12/10 114/17
turns [1] 77/3
TV [12] 13/2 35/25 36/1 37/10 37/17 38/9 39/6 39/7 68/1 73/8 92/16 206/22
tweet [1] 80/1
tweeted [1] 126/1
Twenty [1] 167/18
Twenty-nine [1] 167/18
twice [4] 37/1 140/24 196/2 207/7
Twitter [1] 59/2
two [31] 13/21 14/3 16/9 22/16 30/16 30/17 31/4 32/6 33/3 33/18 34/11 34/17 35/21 38/21 59/13 61/25 72/8 78/16 78/17 88/9 98/1 99/21 106/13 114/16 117/25 142/18 160/16 189/20 194/20 197/9 213/13
twofold [1] 61/20
type [17] 13/5 14/12 14/12 18/25 21/15 26/15 33/11 36/3 37/10 37/17 42/4 45/6 53/5 88/23 94/8 120/4 122/4
types [8] 26/19 30/6 35/7 36/6 47/11 68/2 167/13 189/20
typical [4] 36/22 36/24 37/3 172/16
typically [3] 28/2 33/14 173/23

## U

**Uh [13]** 65/10 101/23 178/12

**Uh-huh [3]** 65/10 101/23 178/12

**ultimate [3]** 125/13 192/16 192/16

**ultimately [7]** 40/14 41/4 41/25 42/14 77/1 171/8 192/17

**ultra [3]** 28/2 32/11 40/4

**ultra-high [2]** 28/2 32/11

**Umbra [7]** 5/5 5/7 5/11 6/22 8/11 80/7 90/19

**unanimous [12]** 187/1 191/14 198/12 212/18 212/25 214/17 214/21 214/24 215/2 215/6 215/9 215/13

**unauthorized [2]** 56/5 179/17

**Uncle [2]** 104/2 104/3

**uncommunicative [1]** 122/17

**undefined [1]** 202/23

**under [22]** 17/15 39/15 63/18 90/13 96/9 104/21 112/22 113/14 117/20 120/20 126/6 127/11 142/12 144/2 144/4 146/3 154/17 166/16 173/9 173/11 192/10 192/24

**undercover [2]** 130/25 162/17

**undermine [1]** 78/19

**underneath [1]** 33/18

**understand [11]** 17/17 17/24 23/10 32/9 54/21 64/25 82/23 114/9 144/8 200/19 208/24

**understandable [1]** 116/25

**understanding [3]** 62/25 130/6 186/23

**understands [1]** 116/9

**understood [3]** 21/18 115/12 166/7

**unduly [1]** 191/3

**uneasy [1]** 125/4

**unexpected [2]** 175/16 175/17

**unfamiliar [1]** 114/14

**unfortunate [2]** 126/24 209/1

**unfortunately [5]** 116/16 126/22 145/22 155/14 176/15

**unimportant [1]** 188/11

**Union [2]** 40/18 40/22

**unique [1]** 60/10

**unit [1]** 162/2

**UNITED [22]** 1/1 1/9 27/12 32/4 36/5 61/4 109/19 110/14 112/1 112/15 120/19 120/21 129/19 132/11 133/4 156/8 156/8 156/22 166/18 167/5 167/6 218/8

**University [2]** 24/4 25/2

**unknown [1]** 117/6

**unless [7]** 11/23 118/25 121/4 187/17 191/18 192/4 211/22

**unlike [1]** 30/22

**unlikely [1]** 122/14

**unprofessional [1]** 56/5

**unrebutted [5]** 200/14 200/15 201/5 201/10 202/1

**until [13]** 17/15 20/14 24/19 83/11 133/12 146/23 161/1 184/5 191/17 198/13 198/24 204/16 211/23

**unusual [3]** 145/10 145/11 146/12

**unwilling [1]** 179/8

**up [130]** 11/23 12/24 18/4 18/8 24/15 26/4 30/3 33/14 34/5 34/6 34/21 34/22 36/16 38/20 38/22 39/11 40/13 41/13 41/25 42/22 43/10 45/8 45/13 46/6

46/22 47/25 49/18 51/14 51/21 51/23 53/8 53/14 55/7 55/9 55/20 56/18 57/14 57/21 58/6 59/14 61/15 62/11 63/16 63/17 63/21 63/22 66/12 66/19 67/10 69/6 69/14 72/11 72/15 72/15 72/18 74/10 75/18 77/15 77/19 78/14 78/15 78/16 78/23 79/25 80/10 81/13 83/4 84/19 99/6 99/6 100/1 104/12 104/23 105/7 106/7 106/24 110/19 111/11 111/13 112/4 114/4 114/12 116/21 118/10 118/11 119/2 119/25 121/11 124/22 125/6 125/11 128/21 129/1 134/4 135/13 136/17 138/21 139/6 139/19 147/10 149/5 152/10 152/15 154/18 155/4 155/15 156/7 156/8 157/23 158/3 158/6 160/8 160/24 165/12 169/5 169/23 169/25 173/24 180/25 181/10 185/25 186/5 190/14 199/6 200/13 204/15 206/11 209/5 209/18 210/1

**update [1]** 104/4

**updates [1]** 56/1

**upon [9]** 10/15 17/15 35/11 84/17 138/1 143/2 190/15 190/16 209/12

**upset [4]** 16/5 18/6 56/16 210/7

**upside [5]** 33/6 33/8 71/2 71/4 123/23

**upside-down [1]** 71/4

**upstart [2]** 31/25 42/4

**us [20]** 1/12 10/17 19/9 21/24 34/16 74/25 97/23 104/3 112/25 124/14 130/25 130/25 150/7 158/2 165/10 202/21 203/20 210/5 210/21 217/11

**use [10]** 20/22 21/2 57/1 59/1 66/18 91/16 169/22 174/7 178/8 204/8

**used [19]** 12/2 12/20 24/23 43/15 67/8 71/12 116/25 133/17 151/2 163/4 168/5 178/8 178/9 178/10 178/13 180/5 206/8 207/6 209/4

**useful [1]** 111/23

**uses [2]** 59/1 59/2

**using [12]** 48/16 52/21 56/3 56/24 56/25 107/7 145/19 147/8 147/14 164/17 170/11 170/19

**usually [3]** 33/10 128/21 170/24

## V

**validating [1]** 175/19

**valuable [6]** 13/9 37/24 38/3 68/1 110/5 175/4

**valuation [1]** 142/24

**value [15]** 66/3 66/16 66/18 67/9 67/18 122/5 146/19 163/18 168/9 170/4 170/7 175/6 193/6 193/15 195/20

**valued [1]** 203/22

**varied [1]** 47/14

**variety [1]** 171/25

**various [2]** 122/15 145/6

**vehicle [2]** 32/23 45/23

**veil [1]** 122/6

**Vekselberg [1]** 155/23

**vengeful [1]** 205/8

**venom [1]** 204/2

**venture [5]** 44/20 46/12 86/16 156/8 156/22

**veracities [1]** 129/22

**veracity [2]** 133/5 137/24

**verbal [1]** 147/16

**verbatim [1]** 62/21

**verdict [44]** 20/11 189/71 191/8 191/14 192/2 192/3 198/10 198/12 198/12 200/4 201/7 201/11 201/12 203/3 211/14 211/23 212/8 212/16 212/18 212/21 212/24 213/3 213/5 214/17 214/17 214/20 214/20 214/24 214/24 215/2 215/2 215/5 215/5 215/9 215/9 215/12 215/12 215/17 215/18 216/1 216/3 216/10 216/14 216/20

**verified [1]** 124/18

**verify [1]** 124/13

**Verizon [3]** 9/13 149/12 156/3

**version [1]** 140/23

**very [77]** 13/9 14/4 15/6 17/21 19/2 19/11 20/1 20/2 26/11 26/13 26/15 26/19 27/6 27/6 37/1 37/24 40/13 44/17 44/19 45/6 51/4 61/8 61/8 62/4 62/5 62/15 63/15 63/23 70/11 76/6 76/6 79/1 81/14 83/11 85/16 85/18 93/20 93/20 95/12 96/16 96/18 101/16 103/23 105/16 106/21 106/21 110/13 111/22 112/20 117/3 118/16 120/22 124/14 126/9 126/21 130/12 133/19 145/13 146/13 146/24 147/25 160/25 161/4 161/4 161/6 161/18 163/22 175/8 176/12 176/25 186/9 192/22 201/3 201/4 206/5 208/5 208/6

**vetted [1]** 39/5

**vetting [2]** 164/11 175/19

**vicious [1]** 166/8

**Video [5]** 4/21 7/13 8/17 36/23 37/8

**view [4]** 39/5 110/17 123/23 134/14

**viewed [2]** 131/11 197/5

**viewers [1]** 36/10

**views [1]** 151/3

**Viktor [1]** 155/23

**violation [1]** 200/8

**violations [2]** 94/6 127/19

**Virginia [6]** 1/17 15/17 57/14 79/16 90/11 105/17

**visit [1]** 89/2

**vociferous [1]** 121/25

**voice [3]** 136/1 136/2 136/5

**Voir [2]** 2/6 3/7

**VOL [2]** 2/2 4/2

**VOLUME [1]** 1/8

**votes [1]** 113/12

**vs [8]** 1/6 84/15 106/9 149/1 149/12 184/10 185/11 212/6

## W

**wait [2]** 126/7 207/23

**Waited [1]** 72/8

**walk [9]** 48/11 68/25 108/4 116/8 123/24 169/23 169/25 171/3 181/23

**Walker [1]** 139/12

**walking [1]** 107/6

**Wall [4]** 13/5 28/11 29/15 30/7

**want [70]** 12/12 15/3 17/18 18/25 23/10 26/4 28/4 28/4 31/17 33/9 34/1 34/3 35/8 36/11 37/6 38/6 38/25 39/14 44/6 45/12 48/6 49/15 50/21 51/4 57/3 58/21 61/18 64/16 65/13 66/11 69/6 75/11 75/11 76/22 77/16 77/23 85/5 93/11 94/7 97/6 102/6 102/7 107/18

# W

**want [27]** 11/22 18/19 19/23 119/25 124/13 125/3 141/1 147/5 149/21 149/22 155/5 174/2 174/3 181/24 185/6 185/24 191/21 199/25 200/16 200/17 205/12 207/1 209/3 210/3 210/11 210/12 210/13 210/24

**wanted [20]** 24/10 28/3 29/1 30/2 30/7 30/9 46/23 46/24 51/10 56/18 81/25 91/5 97/23 109/22 111/9 113/14 113/15 114/8 119/15 148/4

**wanting [4]** 17/24 44/10 77/2 97/21

**wants [7]** 31/19 51/8 108/20 119/14 160/7 185/23 206/21

**war [1]** 132/8

**warm [1]** 161/4

**warn [1]** 85/8

**warned [1]** 102/3

**warning [4]** 10/17 186/7 199/3 204/23

**warrant [1]** 162/18

**warranting [1]** 154/3

**wary [1]** 62/2

**was [406]**

**was way [1]** 127/9

**Washington [4]** 26/7 74/3 74/9 173/7

**wasn't [12]** 25/7 45/4 71/5 71/6 76/18 79/15 82/1 89/6 108/7 145/25 152/16 210/6

**waste [2]** 203/8 210/12

**wasted [1]** 209/22

**wasting [1]** 103/23

**watch [4]** 36/10 39/7 92/17 101/15

**watching [1]** 68/2

**way [41]** 11/14 15/17 15/18 16/3 24/13 30/11 41/10 42/11 44/3 45/25 54/10 56/22 70/20 74/15 78/16 80/7 81/20 85/6 98/16 108/12 110/18 112/3 112/20 117/1 121/19 122/3 124/3 124/22 126/3 126/6 127/9 143/2 155/6 157/8 162/11 166/7 168/17 173/1 177/9 206/8 208/17

**ways [5]** 15/15 28/22 33/3 33/18 177/25

**we [177]** 10/3 15/5 15/12 16/8 18/3 18/6 19/13 19/14 19/20 20/17 20/18 20/19 23/9 28/4 28/4 31/8 34/6 34/10 34/18 34/19 36/16 40/12 43/4 43/13 43/25 44/3 44/6 44/6 44/7 44/8 44/24 44/24 48/10 48/15 49/20 49/22 52/2 52/3 57/21 57/22 62/8 62/11 63/25 64/19 64/22 64/22 64/24 65/8 65/9 66/5 66/18 66/22 66/25 67/2 67/4 67/13 67/23 68/5 68/25 70/19 72/1 72/2 72/5 73/18 74/4 74/22 74/22 76/12 76/13 77/25 80/20 80/22 82/17 82/22 83/15 83/20 84/8 84/16 86/25 96/19 98/8 98/13 101/8 102/19 103/18 103/19 103/20 103/22 103/25 104/2 104/6 104/7 106/13 107/19 110/13 111/15 111/16 111/17 112/12 112/13 112/17 112/17 112/19 112/20 112/25 113/7 116/3 116/21 119/1 120/8 120/24 120/25 121/2 121/4 122/24 123/6 124/12 126/4 128/10 129/8 131/2 133/20 139/1 139/4 144/11 149/2 154/8 156/11 159/15 160/6 161/16 161/16 162/2 162/18 162/19

164/20 165/13 167/12 168/5 169/21 172/23 175/13 175/13 175/14 177/9 177/25 182/13 182/18 183/11 183/14 184/22 185/23 186/5 198/25 199/3 199/14 199/15 199/19 199/23 200/6 200/6 200/7 201/25 202/10 202/19 203/1 204/7 204/7 204/15 205/14 209/9 210/20 210/25 211/3 211/8 211/24 217/1

**we'd [7]** 41/6 41/6 41/7 41/8 41/8 41/13 62/11

**we'll [40]** 10/6 10/7 10/9 10/12 10/17 20/18 31/1 39/2 43/3 48/21 68/23 82/19 84/6 84/9 85/17 105/10 106/16 108/19 123/1 127/3 146/25 148/9 152/21 183/17 184/3 184/15 185/20 185/22 186/6 191/16 194/13 199/2 204/18 204/23 204/24 206/11 209/12 211/23 212/2 213/21

**we're [63]** 10/6 13/10 13/11 14/16 15/4 15/21 18/8 19/12 29/24 36/11 47/6 48/18 50/3 57/24 57/25 66/9 66/21 68/9 70/7 82/15 84/14 93/9 93/22 93/22 94/4 98/4 103/21 106/8 106/24 113/1 113/2 113/8 113/18 116/5 116/9 121/24 122/11 124/11 134/16 147/9 148/7 148/8 148/25 153/24 155/14 157/21 174/10 175/13 178/7 182/21 182/21 183/2 183/5 183/6 183/6 183/14 184/6 184/9 185/10 204/5 209/22 211/3 211/3

**we've [14]** 20/1 57/24 64/18 78/2 83/2 124/1 124/22 126/2 134/23 147/18 185/13 198/18 202/20 202/20

**wealthiest [1]** 16/23

**wealthy [4]** 16/17 16/18 40/4 138/14

**wearing [1]** 150/7

**website [2]** 16/14 39/11

**Wednesday [4]** 82/17 139/21 182/16 183/12

**week [4]** 37/2 72/8 216/22 216/23

**weeks [2]** 77/17 124/12

**weighed [1]** 189/13

**weighing [1]** 188/20

**weight [5]** 16/20 187/3 187/11 187/21 191/5

**weird [2]** 43/16 74/5

**welfare [1]** 197/11

**well [101]** 15/9 17/9 18/1 20/17 22/19 24/10 24/23 26/15 27/16 29/1 29/18 30/3 32/16 33/2 33/12 33/23 34/17 34/22 35/9 35/13 35/23 36/5 39/5 39/19 41/3 41/19 42/22 44/4 44/8 44/24 45/1 45/3 46/21 50/19 51/17 53/15 54/4 54/19 55/5 58/18 61/8 64/11 65/3 66/3 68/24 69/4 69/12 69/25 73/3 73/17 75/20 77/11 77/25 79/1 81/9 82/8 85/15 85/22 86/17 93/11 96/3 97/24 107/23 109/13 109/19 111/4 111/12 111/25 117/2 118/22 121/23 125/18 130/6 130/10 131/23 132/14 141/14 143/10 144/4 146/2 146/17 153/13 155/5 156/5 156/10 157/2 157/6 158/19 160/18 160/24 170/17 176/24 182/15 184/18 191/8 195/23 195/25 200/6 201/3 205/13 217/7

**well-being [1]** 195/23

**went [23]** 22/21 22/22 23/14 23/22 23/23 24/4 26/7 27/10 28/1 28/25 40/14 41/20 43/4 57/15 109/11 117/19 117/19 132/12 162/7 179/22 184/12 203/23 206/1

**were [110]** 11/25 12/5 15/5 23/18 23/20 23/21 25/16 25/23 26/18 26/25 27/19 28/8 29/16 29/17 35/25 44/10 44/13 45/16 51/5 54/13 57/3 58/2 62/6 72/2 79/16 81/18 82/4 86/19 86/21 86/22 91/21 92/3 92/12 97/20 106/22 108/5 108/10 108/14 109/18 110/2 110/3 110/4 110/14 110/21 111/8 111/8 112/14 113/4 113/21 114/5 114/8 114/9 114/14 114/18 114/21 115/19 117/19 117/20 117/21 117/21 120/8 121/15 123/10 124/13 127/11 130/18 130/19 131/22 131/25 132/5 132/8 132/9 132/11 134/12 136/7 136/8 136/9 145/9 145/25 149/2 151/16 152/2 152/6 152/11 154/1 154/1 154/3 156/6 156/12 156/16 157/17 162/9 166/3 166/23 169/6 170/9 170/17 171/19 174/14 175/8 178/11 179/6 180/2 181/7 182/13 195/21 196/5 213/24 215/21 216/18

**weren't [6]** 65/24 86/3 97/21 114/10 115/19 172/22

**west [1]** 43/5

**what [261]**

**what's [37]** 11/19 19/13 19/16 27/25 28/3 30/14 30/17 32/22 34/12 38/5 48/11 52/2 52/10 53/13 54/10 54/15 56/14 60/5 61/6 64/5 67/5 69/16 72/10 72/25 76/16 79/1 90/1 99/1 117/5 120/6 142/18 153/7 159/2 159/6 173/10 178/23 212/21

**whatever [12]** 16/10 46/8 66/11 96/6 206/4 206/11 206/21 208/13 209/2 209/4 209/6 209/7

**WhatsApp [3]** 178/3 178/4 178/7

**whatsoever [7]** 15/8 91/13 137/4 164/24 175/6 185/2 211/4

**when [105]** 10/17 11/2 11/5 12/7 12/9 14/23 15/1 17/10 19/20 21/10 22/21 24/11 24/17 25/14 26/6 26/25 27/19 29/5 29/12 29/24 30/1 35/9 35/21 35/21 37/9 39/6 39/8 39/10 40/1 41/20 42/17 42/18 45/8 45/9 54/6 54/7 54/12 54/25 56/14 56/17 58/2 58/3 59/11 61/9 61/13 61/13 63/14 63/23 65/8 66/6 69/9 71/23 72/12 74/9 75/24 75/24 76/24 82/17 83/25 84/8 84/16 88/5 94/1 96/2 99/18 111/3 111/21 113/21 113/23 114/4 118/16 120/1 120/8 124/19 125/6 127/9 131/19 132/11 134/8 134/8 136/9 139/16 142/2 142/15 143/1 144/16 154/2 169/11 172/11 175/17 175/23 181/21 190/5 190/9 191/7 192/18 197/5 200/18 202/15 202/21 204/24 206/17 210/16 210/18 215/21

**where [48]** 11/20 23/12 25/25 27/8 28/4 29/18 32/24 34/14 34/21 38/10 48/17 49/20 49/20 50/12 53/8 56/1 56/21 57/22 57/24 57/24 57/24 58/24

**W**

**where [26]** 66/19 70/19 86/25 98/9 108/21 112/18 113/4 114/18 116/9 117/12 124/8 135/22 136/5 139/12 140/1 141/19 143/12 173/1 173/25 175/8 175/12 176/1 180/20 206/3 210/8 211/2
**whereas [1]** 98/14
**wherever [1]** 119/16
**whether [33]** 11/8 17/9 94/9 95/25 107/16 108/8 108/14 111/10 118/18 124/2 131/18 134/16 149/23 150/3 154/1 154/3 159/3 159/4 164/9 169/15 175/24 176/2 187/15 187/22 187/24 188/8 188/10 190/14 190/16 195/15 208/3 212/24 212/24
**which [59]** 10/25 13/4 14/10 16/9 20/13 23/20 30/22 34/6 35/12 42/13 48/14 51/21 52/5 53/16 55/2 56/4 57/2 58/4 59/1 61/10 72/22 78/2 79/10 79/12 79/15 85/6 91/18 97/13 101/21 111/6 111/22 115/15 117/20 119/22 123/18 130/7 130/9 141/22 143/2 144/7 154/18 161/24 162/16 165/25 179/9 184/16 187/11 190/7 191/9 195/19 197/5 197/9 197/19 198/9 198/10 198/15 205/6 208/2 212/22
**while [6]** 10/6 124/4 188/12 195/2 195/18 207/12
**whistle [4]** 131/11 131/13 131/22 132/5
**whistleblower [5]** 78/13 131/5 131/11 132/10 181/22
**whistleblowers [1]** 132/19
**white [10]** 151/1 151/2 152/2 152/4 152/6 152/8 156/13 162/5 173/6 173/13
**who [61]** 35/9 39/21 40/23 46/11 52/3 53/22 55/22 64/22 64/22 65/25 80/3 85/18 86/1 86/15 87/15 92/1 94/15 95/8 97/12 98/15 110/20 113/14 114/5 114/14 115/22 117/1 117/24 118/12 119/13 119/15 120/19 121/1 121/2 123/11 123/20 124/4 126/1 128/23 132/10 132/17 146/3 151/3 156/6 160/25 165/13 168/6 169/6 174/21 176/10 177/13 187/18 187/19 189/12 190/10 191/1 191/22 204/11 204/19 207/5 207/14 212/9
**who's [9]** 14/14 29/6 50/6 74/5 105/20 124/25 130/2 134/17 165/13
**whole [13]** 14/25 34/19 73/19 109/19 109/22 112/21 116/20 117/20 142/13 142/21 144/12 160/6 211/1
**wholly [1]** 122/24
**whom [1]** 128/22
**why [50]** 24/8 25/25 32/2 32/15 35/8 39/4 43/11 52/17 54/17 63/5 64/15 71/21 73/16 74/6 77/23 80/15 80/18 81/16 85/15 86/25 92/3 92/21 93/22 97/1 97/19 99/23 100/17 105/13 106/18 106/21 110/18 122/3 122/15 124/20 124/20 134/7 143/12 145/2 155/24 156/15 161/18 164/7 165/10 166/15 169/19 170/14 170/14 204/7 206/19 206/25
**widely [1]** 195/21

**wife [23]** 15/22 16/7 18/2 22/15 34/11 34/18 34/23 41/14 48/19 50/7 50/16 59/14 75/21 76/9 95/6 156/16 158/23 202/15 206/14 206/17 207/10 207/11 207/19
**wife's [1]** 34/12
**will [60]** 10/24 11/20 12/1 17/13 18/15 18/17 19/3 20/9 21/14 37/25 39/8 53/9 56/12 61/15 66/4 66/11 75/7 79/9 88/4 97/2 102/11 103/23 104/10 111/17 112/24 120/16 125/19 125/22 127/16 128/23 133/9 164/25 171/3 173/22 183/15 183/25 184/3 186/4 186/11 186/18 186/19 190/19 191/23 191/23 191/25 192/17 195/1 198/9 198/12 198/19 198/25 199/3 208/24 213/5 215/16 215/17 216/2 216/14 216/22 217/1
**WILLENBURG [4]** 1/19 218/3 218/11 218/11
**WILLIAM [1]** 1/12
**Willie [2]** 72/19 72/21
**willing [2]** 182/16 205/17
**win [2]** 117/8 211/3
**Wine [1]** 43/4
**winning [3]** 79/14 79/15 79/16
**Winslow's [5]** 43/4 43/10 45/9 45/13 206/2
**wire [4]** 46/7 46/9 46/11 201/18
**wiretap [1]** 163/3
**Wisconsin [1]** 89/20
**Wise [1]** 5/9
**wisely [1]** 147/8
**wish [5]** 126/25 127/3 127/11 133/19 146/17
**withdrawing [1]** 98/17
**Witherspoon [3]** 7/7 72/22 74/16
**within [5]** 102/8 120/5 166/17 167/20 167/22
**without [4]** 12/5 101/22 121/9 121/24
**witness [48]** 17/16 21/20 21/24 21/25 22/3 52/23 82/13 101/20 103/9 103/11 103/15 103/17 104/25 115/6 127/3 135/1 135/4 135/6 135/11 135/16 154/14 159/20 159/25 160/10 169/13 182/7 182/12 182/17 187/22 187/23 187/25 188/2 188/4 188/4 188/7 188/22 189/1 189/3 189/4 189/6 189/13 189/16 189/19 190/12 190/14 190/17 190/18 190/21
**witness's [1]** 188/21
**witnesses [13]** 2/6 3/5 3/7 103/21 182/18 187/13 187/18 188/20 188/21 189/12 189/13 189/14 189/17
**WMD [1]** 110/25
**WMD's [1]** 132/7
**woman [2]** 134/10 207/14
**women [3]** 59/20 59/22 78/8
**won [5]** 87/6 117/18 152/23 164/5 207/8
**won't [7]** 75/7 103/22 148/10 172/1 199/20 204/15 204/21
**wonderful [2]** 106/12 208/8
**wondering [1]** 12/11
**word [5]** 129/23 169/20 200/2 209/17 209/25
**words [9]** 12/17 12/20 14/3 59/4 136/7

136/8 180/5 187/4 188/15
**wore [1]** 181/13
**work [37]** 12/1 12/8 26/11 26/17 26/22 26/22 27/3 27/10 30/8 38/1 39/1 48/16 48/17 53/18 61/21 76/21 88/16 89/16 92/4 102/14 103/25 105/21 111/14 114/3 115/16 118/13 128/20 133/18 167/17 173/1 173/7 176/6 176/11 181/24 182/2 207/22 209/5
**worked [11]** 16/3 26/16 27/5 27/18 88/18 117/10 129/17 145/5 145/8 163/11 163/16
**working [15]** 25/18 25/23 26/25 27/19 29/11 30/11 39/19 39/23 103/21 164/21 167/11 180/2 181/7 207/1 207/19
**works [2]** 104/8 108/12
**world [9]** 17/5 37/16 110/2 110/3 114/14 122/7 143/16 180/20 207/21
**world's [1]** 70/10
**worried [2]** 56/16 122/6
**worse [1]** 119/13
**worst [1]** 75/25
**worth [43]** 1/3 1/5 1/20 7/12 12/25 15/18 18/2 22/14 23/14 23/18 25/11 28/2 28/24 29/6 31/13 32/12 32/13 34/15 34/18 34/22 35/3 38/21 41/12 43/4 60/24 68/3 72/23 88/19 89/3 102/20 138/16 138/17 142/15 142/16 142/24 148/19 197/21 208/11 208/17 210/9 210/16 218/14 218/17
**would [117]** 11/23 15/2 15/2 20/12 20/22 20/25 21/3 21/4 21/4 21/23 27/2 27/21 31/6 33/24 37/1 38/24 39/25 41/1 41/6 41/12 42/25 45/5 45/5 47/7 47/12 47/13 47/13 47/15 47/18 54/13 62/18 62/18 62/20 64/16 70/15 73/8 73/12 82/3 84/8 88/23 90/19 90/21 93/15 94/7 100/2 100/5 100/16 106/21 107/15 108/13 109/17 109/17 109/19 111/10 111/11 114/24 115/17 115/23 115/25 116/25 117/1 119/15 120/22 121/23 121/23 122/9 122/14 123/3 123/18 126/13 126/15 126/20 128/7 128/16 128/20 129/5 130/8 130/20 137/21 137/23 139/9 142/4 146/18 146/18 148/13 157/24 165/3 167/23 168/3 169/6 170/11 170/13 170/20 171/4 171/11 171/20 172/3 172/21 172/23 172/24 173/21 180/21 181/3 181/8 181/9 181/11 183/10 194/17 195/5 196/3 198/21 202/4 208/3 213/22 216/5 216/5 216/17
**wouldn't [8]** 11/21 29/20 54/13 108/9 129/5 146/13 161/6 170/16
**wound [1]** 180/25
**wrap [1]** 121/11
**write [11]** 16/4 19/5 19/6 133/21 139/16 139/23 149/25 165/23 201/3 201/3 201/9
**writer [2]** 16/4 168/6
**writing [3]** 49/19 139/2 191/24
**written [2]** 17/2 191/22
**wrong [6]** 15/24 114/7 132/16 139/9 175/9 197/14
**wrongdoing [1]** 119/3
**wrongly [5]** 14/23 179/1 179/4 181/20

## W

**wrongly [1]** 181/25
**wrote [7]** 136/17 138/23 139/20 140/14 140/14 149/23 152/6

## Y

**y'all [2]** 183/10 211/7
**ya [1]** 176/19
**yahoo.com [2]** 1/21 218/19
**yards [1]** 24/12
**yeah [62]** 23/21 24/1 25/7 25/18 26/11 26/19 27/25 28/20 30/16 31/6 33/8 40/3 40/20 40/24 42/12 43/13 43/25 44/10 45/19 46/4 46/12 48/14 48/24 49/20 49/25 50/25 52/5 58/12 62/18 64/3 64/14 66/25 76/11 77/14 79/3 79/23 80/2 80/19 91/23 100/12 104/23 108/6 119/9 121/18 122/14 123/5 125/15 126/4 127/12 129/25 130/24 131/12 131/13 133/17 136/20 141/23 171/9 172/21 176/23 177/21 181/6 181/14
**year [8]** 25/1 25/22 40/21 70/25 117/25 127/16 133/12 166/24
**years [37]** 12/4 15/22 22/15 24/11 24/20 25/3 25/24 27/5 27/18 28/9 29/2 29/12 33/13 33/14 34/24 35/3 59/14 70/13 70/21 76/21 89/3 89/6 94/1 104/5 104/6 114/6 123/7 126/1 145/6 145/6 146/6 147/21 167/17 167/18 177/19 178/25 180/14
**Yemen [2]** 163/17 164/4
**Yep [6]** 64/21 79/4 116/7 125/12 151/14 158/3
**yes [143]** 10/5 10/22 21/3 22/7 31/23 34/9 36/1 36/20 42/9 43/7 43/9 45/15 47/21 47/24 53/12 55/15 57/11 61/17 63/2 65/12 66/17 68/12 72/21 73/15 73/25 74/21 75/4 85/10 85/21 86/9 87/7 87/20 88/3 88/9 88/12 89/4 89/9 89/12 89/15 90/12 90/14 91/14 91/24 91/25 92/7 92/14 93/19 94/13 95/4 95/13 96/18 100/21 101/5 102/2 102/5 102/15 103/10 103/13 104/12 104/13 106/11 107/2 107/5 108/24 113/6 119/5 122/8 127/23 128/5 129/12 131/10 132/6 132/13 134/6 135/2 135/3 135/10 136/2 136/6 136/16 138/2 138/25 140/5 140/11 140/20 141/18 141/25 144/5 149/9 149/11 149/11 149/15 149/18 149/19 149/23 150/4 150/10 150/12 150/23 150/24 152/4 152/8 152/12 152/13 152/14 152/19 152/23 152/24 152/25 153/5 153/8 153/17 154/8 154/10 154/12 154/13 155/24 156/4 156/4 156/15 156/19 159/21 159/23 160/16 168/12 172/5 173/20 182/8 198/1 199/11 212/11 212/15 212/17 212/19 214/6 214/15 214/18 214/22 214/25 215/3 215/7 215/10 215/14
**York [3]** 147/19 158/25 176/8
**you [1179]**
**you'd [4]** 102/8 123/16 123/16 177/7
**you'll [15]** 12/16 12/23 13/14 14/1 15/14 17/4 18/6 61/16 83/7 111/4 111/5 198/20 201/1 216/23 217/6

**you're [125]** 10/18 11/2 13/20 14/23 15/1 18/20 23/12 29/12 39/6 39/7 47/15 49/14 54/7 54/16 54/23 54/23 54/24 57/2 61/9 61/11 61/11 61/11 69/22 75/24 75/25 81/25 83/8 83/21 90/13 91/1 93/24 94/19 94/24 96/3 96/7 96/8 97/11 98/3 98/6 99/12 101/13 101/14 101/21 102/17 105/7 105/14 109/14 109/20 109/21 116/6 116/19 116/20 117/9 121/8 122/18 123/12 124/4 124/10 124/19 125/15 130/10 131/9 131/13 132/25 134/4 134/22 136/21 136/25 137/5 137/8 137/12 138/5 138/9 138/12 138/14 138/16 139/24 139/24 139/25 144/4 144/6 144/6 144/18 146/12 146/13 146/14 146/22 147/6 147/7 147/8 147/11 147/12 147/13 148/17 149/16 150/6 150/7 154/16 154/17 157/6 157/9 171/5 171/6 171/6 172/17 173/9 173/17 178/18 181/3 182/23 183/16 185/15 186/13 186/25 189/11 190/13 198/22 198/23 198/24 203/6 204/16 206/6 210/22 215/20 215/23
**you've [24]** 32/9 39/5 40/10 78/7 93/4 93/21 94/5 98/9 111/13 129/13 130/3 130/6 133/11 133/12 157/18 165/12 170/20 175/8 175/15 177/18 191/14 192/2 192/3 199/2
**you-all [4]** 73/21 183/19 212/16 212/22
**young [2]** 27/16 59/20
**younger [2]** 59/20 134/10
**your [324]**
**yourself [17]** 15/16 22/12 31/21 35/15 66/2 105/13 150/6 154/16 154/21 155/8 157/7 157/10 161/13 164/7 166/22 187/22 206/4
**yourselves [1]** 83/9

## Z

**zero [2]** 136/24 138/7
**zoom [2]** 140/15 144/11