IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| Point Bridge Capital, LLC, | § | |
| Hal Lambert | § | |
| | § | |
|     *Plaintiffs*, | § | |
| v. | § | Case No. 4:24-cv-00988-P |
| | § | |
| Charles Johnson, | § | |
|     *Defendant.* | § | |
| | § | |
| | § | |

**APPENDIX IN SUPPORT OF PLAINTIFFS' POST-TRIAL MOTION FOR
ATTORNEY'S FEES UNDER RICO**

Plaintiffs Point Bridge Capital, LLC and Hal Lambert ("Plaintiffs") submit this Appendix in Support of their Post-Trial Motion for Trial Attorney's Fees Under RICO.

| Exhibit No. | Description | Appendix Page Range |
|---|---|---|
| 1 | Declaration of Will Thompson, dated July 21, 2025. | Appx. 001 – Appx. 009 |
| A | DLA Piper and Quinn Emanuel Combined Billing Entries | Appx. 010 – Appx. 028 |
| B | Brenda Sapino Jeffreys, *Partner Compensation, Billing Rates Are Trending Higher in Dallas Than Houston*, Law.com (Nov. 14, 2024) | Appx. 029 – Appx. 033 |
| | Unpublished Legal Authority | |
| | *Hill v. Estate of Hill*, No. 20-cv-3634, 2022 U.S. Dist. LEXIS 219331 (N.D. Tex. Dec. 5, 2022) | |
| | *Indus. Print Techs., LLC v. Cenveo, Inc.*, No. 15-md-02614, 2020 U.S. Dist. LEXIS 156538 (N.D. Tex. June 12, 2020) | |
| | *Michaels Stores Procurement Co. v. DMR Constr., Inc.*, 2019 U.S. Dist. LEXIS 15372, 2019 WL 399074 (N.D. Tex. Jan. 31, 2019) | |

Dated: July 21, 2025                              Respectfully submitted,

                                                  /s/ *Will Thompson*
                                                  Will Thompson
                                                  DLA PIPER LLP (US)
                                                  Will Thompson
                                                  State Bar No. 24094981
                                                  will.thompson1@us.dlapiper.com
                                                  1900 N. Pearl Street
                                                  Dallas, Texas 75201
                                                  Telephone: (406) 546-5587

                                                  COUNSEL FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been served on this day July 21, 2025 via the Court's CM/ECF system to all counsel of record.

                                                  */s/ Will Thompson*
                                                  Will Thompson