UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**POINT BRIDGE CAPITAL, LLC,**
**ET AL.,**

    **Plaintiffs,**

v.                                                                No. 4:24-cv-00988-P

**CHARLES JOHNSON,**

    **Defendant.**

## FINAL JUDGMENT

This final judgment is issued pursuant to Federal Rule of Civil Procedure 58(a). The Clerk of the Court shall transmit a true copy of this judgment to the parties. In accordance with the Jury's Verdict and the Court's rulings, judgment is hereby entered in favor of Plaintiffs as follows:

For Defendant's predicate acts constituting a pattern of racketeering activity, the jury found that Plaintiff Hal Lambert is entitled to recover $7,500,000.00. Pursuant to 18 U.S.C. § 1964(c), this RICO award must treble, entitling Plaintiff Lambert to **$22,500,000.00**.

For Defendant's predicate acts constituting a pattern of racketeering activity, the jury found that Plaintiff Point Bridge Capital is entitled to recover $8,000,000.00. Pursuant to 18 U.S.C. § 1964(c), this RICO award must treble, entitling Plaintiff Point Bridge Capital to **$24,000,000.00**.

For the general and specific damages that were proximately caused by Defendant's defamatory statements, the jury found that Plaintiff Lambert is entitled to recover **$9,500,000.00**.

For Defendant's fraud, malice, or gross negligence, the jury also awarded Plaintiff Lambert exemplary damages in the amount of **$15,000,000.00**.

For these reasons, and in accordance with Federal Rule of Civil Procedure 58 and the Court's inherent authority, it is **ORDERED** that Plaintiff Lambert shall recover **$47,000,000.00** from Defendant Johnson. Furthermore, it is **ORDERED** that Plaintiff Point Bridge Capital shall recover **$24,000,000.00** from Defendant Johnson.

Further, it is **ORDERED** that Plaintiffs shall recover from Defendant Johnson the cost of the suit and reasonable attorney's fees. On due consideration of the hours and expenses incurred in pursuing the compensable claims, it is **ORDERED** that Plaintiffs shall collectively recover **$1,033,130.00** in fees and costs from Defendant Johnson.

**SO ORDERED** on this **29th day of July 2025.**

MARK T. PITTMAN
UNITED STATES DISTRICT JUDGE