UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH

NORTHERN DISTRICT OF TEXAS
FILED

SEP 3 0 2025

CLERK, U.S. DISTRICT COURT
By_____
Deputy

|  |  |  |
|---|---|---|
| POINT BRIDGE CAPITAL, LLC, | ) | 4:2024-CV-00988-P |
| *Plaintiff,* | ) | EMERGENCY MOTION |
| v. | ) | TO STAY ENFORCEMENT |
| CHARLES JOHNSON, | ) | OF JUDGMENT WITHOUT BOND |
| *Defendant.* | ) | |

Please take notice that Defendant Charles Johnson, *pro se*, having appealed to the United States Court of Appeals for the Fifth Circuit from the Final Judgment (Dkt. 104) entered in this action on July 29, 2025, and from all orders and rulings adverse to Defendant, and having been granted that appeal to be briefed in early November, requires an emergency and immediate stay of enforcement of that judgment so as to complete transactions necessary for Johnson's defense and safekeeping of family assets, pursuant to Fed. R. App. P. 8 and Fed. R. Civ. P. 62.

Rule 8 provides that a party must move in the district court from which a judgment was issued for a stay of the judgment or order of a district court pending appeal. Fed. R. App. P. 8(a).

Rule 62 provides that a judgment debtor is entitled to a stay with the filing of a supersedas bond or other security, but provides courts with discretion to authorize unsecured stays. *Fed. Prescription Serv., Inc. v. Am. Pharm. Ass'n*, 636 F.2d 755 (D.C. Cir. 1980) and *Olympia Equipment Leasing Co. v. Western Union Telegraph Co.*, 786 F.2d 794 (7th Cir. 1986). Accordingly, Defendant Johnson moves for an emergency stay of judgment without the posting of a bond.

In the event the Court determines a stay requires the posting of a bond or security, Johnson requests that whatever assets he possesses be sent to a federal escrow account to be monitored by the Court during this process of Appeal.

Defendant Johnson further requests that Opposing Counsel be admonished for interfering with other family members and their assets and sanctions against opposing counsel for invasion of privacy of Johnson's family members' finances while the matter is before the Fifth Circuit.

Dated: September 28, 2025        Respectfully submitted,

/s/ Charles Johnson

1624 Fieldthorn Drive Reston, VA 20194



ORIGIN ID:BCBA   (617) 429-4718
CHARLES JOHNSON

1525 WELDTHORN DR
RESTON, VA 20194
UNITED STATES US

SHIP DATE: 29SEP25
ACTWGT: 0.10 LB
CAD: 6572020/ROSA2650

TO  **OFFICE OF THE DISTRICT COURT CLERK**
**UNITED STATES DISTRICT COURT**
**501 WEST 10TH ST**
**ROOM 310**
**FORT WORTH TX 76102**
(617) 429-4718



**FedEx**
Express

E

TRK# 8847 6660 4455     **TUE – 30 SEP 5:00P**
0201                            **STANDARD OVERNIGHT**

**XA GRKA**     76102
TX–US  **DFW**

# Envelope

## Recycle me

