UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**POINT BRIDGE CAPITAL, LLC,
ET AL.,**

   Plaintiffs,

v.   No. 4:24-cv-00988-P

**CHARLES JOHNSON,**

   Defendant.

## ORDER

Before the Court is Defendant Charles Johnson's Motion to Stay Enforcement of Judgment Without Bond ("Motion"). ECF No. 113. Johnson's Motion requests that the Court stay enforcement of the judgment so that he can "complete transactions necessary for [his] defense and safekeeping of family assets." *Id*. Having reviewed the Motion and the applicable law, the Court concludes that the Motion should be, and it is hereby, **DENIED**.

**SO ORDERED** on this **1st day of October 2025.**

MARK T. PITTMAN
UNITED STATES DISTRICT JUDGE