# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | | |
|---|---|---|
| **Point Bridge Capital, LLC,** § | | |
| **Hal Lambert** § | | |
| § | | |
| *Plaintiffs*, § | | |
| v. § | Case No. 4:24-cv-00988-P | |
| § | | |
| **Charles Johnson,** § | | |
| *Defendant.* § | | |
| § | | |
| § | | |

## APPENDIX IN SUPPORT OF PLAINTIFFS' MOTION FOR "SHOW CAUSE" HEARING TO HOLD DEFENDANT CHARLES JOHNSON IN CIVIL CONTEMPT

Plaintiffs Point Bridge Capital, LLC and Hal Lambert ("Plaintiffs") submit this Appendix in Support of their Motion For "Show Cause" Hearing to Hold Defendant Charles Johnson in Civil Contempt.

| Exhibit No. | Description | Appendix Page Range |
|---|---|---|
| 1 | Declaration of Will Thompson, dated October 28, 2025. | Appx. 001 – Appx. 004 |
| A | Oct. 7, 2025 email thread from Charles Johnson to Will Thompson (cc: others), subject *Re: Subpoena to Othram from Point Bridge Capital and Hal Lambert re: Charles Johnson* | Appx. 005 – Appx. 009 |
| B | Sept. 4, 2025 email thread from Charles Johnson to Will Thompson , subject *Re: Point Bridge v. Johnson—Post-Judgment Financial Information* | Appx. 010 – Appx. 012 |
| C | Sept. 16, 2025 Plaintiffs' post-judgment discovery (interrogatories and requests, incl. identification of bank accounts) | Appx. 013 – Appx. 019 |
| D | Sept. 4, 2025 email thread re *Point Bridge Capital v. Johnson—Post-judgment discovery—Deposition Dates for Johnson* | Appx. 020 – Appx. 025 |
| E | Sept. 23, 2025 email from Arthur Bloom to Will Thompson, subject *Demand for retraction* | Appx. 026 – Appx. 027 |

| Exhibit No. | Description | Appendix Page Range |
|---|---|---|
| F | Sept.-Oct. 2025 Othram-related email chain among Charles Johnson, Othram CEO David Mittelman, Othram counsel Rob Purcell, and Tor Ekeland regarding proposed transfer/sale of Othram shares | Appx. 028 – Appx. 037 |
| G | Oct. 6-7, 2025 continuation of Othram stock-transfer email chain among Johnson, Purcell, Mittelman, and Ekeland. | Appx. 038 – Appx. 47 |
| H | Sept. 26, 2025 email from Charles Johnson to Rob Purcell re Othram – Stock Transfer Agreement | Appx. 048 – Appx. 57 |
| I | Stock Purchase Agreement between Othram, Inc. and Charles Carlisle Johnson. | Appx. 058 – Appx. 77 |
| J | Stock Purchase Agreement between Othram, Inc. and Charles Carlisle Johnson. | Appx. 078 – Appx. 97 |
| K | Screenshots captured on or about Oct. 1, 2025 of public posts on X (Twitter) and related messages between Johnson and Kleinman | Appx. 098 – Appx. 104 |
| L | Sept. 23, 2025 email thread from Charles Johnson to Will Thompson, subject Re: Point Bridge—have you attempted to sell any assets? | Appx. 105 – Appx. 111 |
| M | Plaintiffs' Trial Exhibit 64: email from Charles Johnson titled "My portfolio," listing claimed assets (including Othram equity and cryptocurrency) | Appx. 112 – Appx. 114 |

| | |
|---|---|
| Dated: October 28, 2025 | Respectfully submitted,<br><br>/s/ *Will Thompson*<br>Will Thompson<br>DLA PIPER LLP (US)<br>Will Thompson<br>State Bar No. 24094981<br>will.thompson1@us.dlapiper.com<br>1900 N. Pearl Street<br>Dallas, Texas 75201<br>Telephone: (406) 546-5587<br><br>COUNSEL FOR PLAINTIFFS |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been served on this day October 28, 2025 via the Court's CM/ECF system to all counsel of record.

*/s/ Will Thompson*
Will Thompson