UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**POINT BRIDGE CAPITAL, LLC, ET AL.,**

   Plaintiffs,

v.                              No. 4:24-cv-00988-P

**CHARLES JOHNSON,**

   Defendant.

### ORDER

Before the Court is Plaintiffs' Motion for "Show Cause" Hearing to Hold Defendant Charles Johnson in Civil Contempt. Having considered the Motion and record, the Court **GRANTS** the Motion.

It is therefore **ORDERED** that Defendant Charles Johnson shall appear in person on **November 10, 2025** at **12:00pm** in the fourth-floor courtroom of the Eldon B. Mahon Federal Courthouse at 501 W. 10th Street, Fort Worth, Texas 76102, to show cause why he should not be held in civil contempt for violating the Court's July 29, 2025 asset-preservation order (ECF No. 103), including by attempting to sell, transfer, or otherwise dispose of stock in Othram, Inc., or the proceeds thereof, directly or indirectly (including through any LLC, trust, or other intermediary).

**SO ORDERED** on this the **30th day of October 2025.**

_Mark T. Pittman_
MARK T. PITTMAN
UNITED STATES DISTRICT JUDGE