IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| **Point Bridge Capital, LLC,** § <br> **Hal Lambert** § <br> § <br> *Plaintiffs*, § <br> **v.** § <br> § <br> **Charles Johnson,** § <br> *Defendant.* § <br> § <br> § | Case No. 4:24-cv-00988-P |

**APPENDIX IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL DEFENDANT CHARLES JOHNSON TO RESPOND TO POST-JUDGMENT INTERROGATORIES, SIT FOR DEPOSITION, AND PRODUCE DOCUMENTS**

Plaintiffs Point Bridge Capital, LLC and Hal Lambert ("Plaintiffs") submit this Appendix in Support of their Motion to Compel Defendant Charles Johnson to Respond to Post-Judgment Interrogatories, Sit For Deposition, and Produce Documents.

| Exhibit No. | Description | Appendix Page Range |
|---|---|---|
| 1 | Declaration of Will Thompson, dated November 5, 2025. | Appx. 001 – Appx. 003 |
| A | Sept. 16, 2025 Plaintiffs' post-judgment interrogatories served on Charles Johnson | Appx. 004 – Appx. 00 |
| B | Nov. 3, 2025 Plaintiffs' post-judgment requests for production served on Charles Johnson | Appx. 009 – Appx. 014 |
| C | Sept. 4, 2025 email thread between Charles Johnson and Will Thompson re: Johnson's refusal to sit for deposition | Appx. 015 – Appx. 020 |
| D | Oct. 29, 2025 email thread between Charles Johnson, Will Thompson, and the Court's proposed order email address | Appx. 021 – Appx. 025 |

| Exhibit No. | Description | Appendix Page Range |
|---|---|---|
| E | Nov. 4, 2025 email thread between Charles Johnson and Will Thompson re: refusal to produce documents in response to post-judgment RFPs | Appx. 026 – Appx. 032 |
| F | Sept. 4, 2025 email thread between Charles Johnson and Will Thompson re: imprisonment concerns | Appx. 033 – Appx. 038 |
| G | Sept. 23, 2025 email thread bearing subject line: "Re: Point Bridge Capital — have you attempted to sell any assets" | Appx. 039 – Appx. 045 |
| H | Nov. 2, 2025 tweet from Charles Johnson responding to 2017 Bitcoin post with "laughing crying" emoji | Appx. 046 – Appx. 047 |
| I | Sept. 4, 2025 email thread bearing subject line: "Re: Point Bridge Capital v. Johnson—Post-judgment discovery—Deposition Dates for Johnson" | Appx. 048 – Appx. 053 |

Dated: November 6, 2025

Respectfully submitted,

/s/ *Will Thompson*
Will Thompson
DLA PIPER LLP (US)
Will Thompson
State Bar No. 24094981
will.thompson1@us.dlapiper.com
1900 N. Pearl Street
Dallas, Texas 75201
Telephone: (406) 546-5587

COUNSEL FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been served on this day November 6, 2025 via the Court's CM/ECF system to all counsel of record.

3

                              */s/ Will Thompson*
                              Will Thompson