# EXHIBIT 1

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| **Point Bridge Capital, LLC,** | § | |
| **Hal Lambert** | § | |
| | § | |
| _**Plaintiffs**_, | § | |
| **v.** | § | **Case No. 4:24-cv-00988-P** |
| | § | |
| **Charles Johnson,** | § | |
| _**Defendant.**_ | § | |
| | § | |
| | § | |

**<u>DECLARATION OF WILL THOMPSON</u>**

I, Will Thompson, declare as follows. I am an attorney admitted to the State Bar of Texas and this Court and a partner at the law firm of DLA Piper LLP. I am attorney of record for the plaintiffs in the above captioned action. I am over the age of twenty-one years and am not a party to this action. I have personal knowledge of the facts set forth in this declaration. I declare under penalty of perjury that the facts stated in this document are true and correct.

1.     Exhibit A attached hereto is a true and correct copy of interrogatories that Plaintiffs served on Charles Johnson on September 16, 2025. Johnson refused to provide any responses.

2.     Exhibit B attached hereto is a true and correct copy of requests for production that Plaintiffs served on Charles Johnson on November 3, 2025. Johnson refused to provide any responses.

3.     Exhibit C attached hereto is a true and correct copy of an email thread dated on or about September 4, 2025 between Charles Johnson and Will Thompson in which Plaintiffs requested Johnson's deposition. Johnson refused to sit for a deposition.

1

4.      Exhibit D attached hereto is a true and correct copy of an email thread dated on or about October 29, 2025 between Charles Johnson, myself, and the Court's proposed order email address.

5.      Exhibit E attached hereto is a true and correct copy of an email thread dated on or about November 4, 2025 between Charles Johnson and myself where Johnson stated that he was not going to produce documents in response to Plaintiffs' post-judgment RFPs.

6.      Exhibit F attached hereto is a true and correct copy of an email thread dated on or about September 4, 2025 between Charles Johnson and Will Thompson where the undersigned stated that he did not want to see Johnson imprisoned.

7.      Exhibit G attached hereto is a true and correct copy of an email thread dated on or about September 23, 2025 bearing the subject line Re: Point Bridge Capital --- have you attempted to sell any assets.

8.      Exhibit H attached hereto is a true and correct copy of a November 2, 2025, tweet from Charles Johnson with a "laughing crying" emoji in response to a 2017 post that stated, "Chuck Johnson is heavily invested in bitcoin," when Bitcoin was valued at $3,076.31.

9.      Exhibit I attached hereto is a true and correct copy of an email thread dated on or about September 4, 2025 bearing the subject line Re: Point Bridge Capital v. Johnson—Post-judgment discovery—Deposition Dates for Johnson.

Executed in Maricopa County, State of Arizona, on November 5, 2025.


_____/s/ Will Thompson_____
            Will Thompson

# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| Point Bridge Capital, LLC, | § | |
| Hal Lambert | § | |
| | § | |
| Plaintiffs, | § | |
| v. | § | Case No. 4:24-cv-00988-P |
| | § | |
| Charles Johnson, | § | |
| | § | |
| Defendant. | § | |
| | § | |

**PLAINTIFFS' FIRST SET OF POST-JUDGMENT DISCOVERY
TO DEFENDANT CHARLES JOHNSON**

Plaintiffs Point Bridge Capital, LLC and Hal Lambert ("Plaintiffs") serve the following

First Set of Post-Judgment Discovery Requests ("Requests") to Defendant Charles Johnson

("Defendant," "Johnson," or "You").

**INSTRUCTIONS**

The following instructions shall apply to each of the Requests herein:

1.   Unless otherwise stated, the relevant time period for these Requests is from January 1, 2019 through the present.

2.   In answering the following Requests, You must respond in the manner provided for by the Federal Rules of Civil Procedure, and the Local Rules of the United Stated District Court, Northern District of Texas.

3.   All documents must be produced in a format that is consistent with the Federal Rules of Civil Procedure..

4.   If Your response to a particular Request is a statement that you lack the ability to comply with that Request, You must specify whether the inability to comply is because the particular item or category of information never existed, has been destroyed, has been lost, misplaced, or stolen, or has never been, or is no longer, in your possession, custody, or control, in which case the name and address of any person or entity known or believed by You to have possession, custody, or control of that information or category of information must be identified.

5.   If Your response to any Request is that the documents are not in Your possession, custody, or control, describe the efforts You made to locate such documents.

Appx. 005

6.    If an objection is made to any part of a particular Request, that part should be specified (together with the grounds for the objection), and any other portion of the Requests to which no objection is made should be produced.

7.    Produce all documents responsive to the Requests for production, together with any objections, at the offices of Quinn Emanuel Urquhart & Sullivan LLP, 3100 McKinnon, Suite 1125, Dallas, Texas 75214, attn. Will Thompson.

8.    Your obligation to respond to these Requests is continuing and Your responses are to be supplemented to include subsequently acquired information.

## **DEFINITIONS**

1.    "Point Bridge" means Plaintiff Point Bridge Capital, LLC in the above-captioned action, and include its officers, directors, employees, staff members, agents, or other representatives.

2.    "Plaintiffs" collectively mean Plaintiffs Point Bridge Capital, LLC and Hal Lambert

3.    "Defendant," "You," "Your," or "Yourself" means Defendant Charles Johnson, the defendant in the above-captioned action, and includes, any agents, or other representatives acting on Your behalf and any trust in which you have served as the trustee, trustor, or beneficiary (including the EB White Trust, Xavier Capital Trust, KawRuh Trust, and Task Force Trust).

4.    ""Person(s)" means any individual, corporation, proprietorship, association, joint venture, company, partnership or other business or legal entity, including governmental bodies and agencies.

5.    "Concern," "concerning," "relate to," or "relating to" mean relating to, referring to, concerning, mentioning, reflecting, pertaining to, evidencing, involving, describing, discussing, commenting on, embodying, responding to, supporting, contradicting, or constituting (in whole or in part), as the context makes appropriate.

6.    "Identify," "identifies," or "identification" mean: (1) when referring to a person, the person's full name, present or last known address, and the last known title and place of employment; (2) when referring to a business, legal, or governmental entity or association, the name and address of the main office; (3) when referring to a fact, the fact and the documentary or testimonial support for that fact; (4) when referring to a written communication, identity of the document(s) in which the communication was made; (5) when referring to an oral communication, the identity of persons participating in the communication.

7.    "Any" and "all" each mean and include the other.

8.    "Include" and "including" mean including without limitation.

9.    The use of a verb in any tense shall be construed as the use of the verb in all other tenses.

Appx. 006

10.    The singular form of any word shall be deemed to include the plural.  The plural form of any word shall be deemed to include the singular.

## **INTERROGATORIES**

**Interrogatory No. 1:**    **Identify all bank accounts in which You have, or have had any legal, beneficial, signatory, trustee, custodial, guardian, power-of-attorney, or withdrawal interest at any time since January 1, 2023 (including accounts held in your name individually, jointly, in the name of any business entity, trust, or other arrangement, or for which you have the ability to direct funds). For each account identified, state:**

- The name of the financial institution;

- The name in which the account is titled;

- The account number and routing number (or, if you object, the last four digits of the account and routing number and the basis for your objection);

- The account type (e.g., checking, savings, money market);

- The name(s) of all persons or entities authorized to withdraw or sign on the account and their relationship to you;

- The branch address or, if an online-only institution, the platform/URL;

- The date the account was opened and, if closed, the date of closure; and

- The current balance (or last known balance if closed) as of the date of your response.

**Interrogatory No. 2:**    **Identify all cryptocurrency accounts, wallets, or holdings in which You have or have had any legal, beneficial, signatory, trustee, custodial, guardian, power-of-attorney, or withdrawal interest at any time since January 1, 2023 (including but not limited to hot wallets, cold wallets, custodial exchange accounts, hardware wallets, multi-signature wallets, and accounts held in your name individually, jointly, in the name of any business entity, trust, or other arrangement, or for which you have the ability to direct funds). For each account or wallet identified, state:**

- The name of the exchange, platform, or custodian;

- The type of wallet or account (e.g., hot wallet, cold storage, exchange account, hardware wallet);

Appx. 007

- All wallet addresses, public keys, account IDs, or other identifying information;

- The name(s) of all persons or entities authorized to access, transact with, or control the account or wallet and their relationship to you;

- The date the account or wallet was created and, if closed, the date of closure; and

- The current balance (or last known balance if closed) as of the date of your response, stated in cryptocurrency units and approximate U.S. dollar value

Dated: September 16, 2025                Respectfully submitted,

**DLA PIPER LLP (US)**

By:    */s/ Will Thompson*
      Will Thompson
      State Bar No. 24094981
      will.thompson1@us.dlapiper.com
      1900 N. Pearl Street
      Dallas, Texas 75201
      Telephone: (406) 546-5587

**COUNSEL FOR PLAINTIFFS**

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on September 16, 2025, I served this document on counsel of record

for Defendant Charles Johnson via a manner authorized by the Federal Rules of Civil Procedure.

      */s/ Will Thompson*
      Will Thompson

4

Appx. 008

# EXHIBIT B

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| Point Bridge Capital, LLC, | § | |
| Hal Lambert | § | |
| | § | |
| Plaintiffs, | § | |
| v. | § | Case No. 4:24-cv-00988-P |
| | § | |
| Charles Johnson, | § | |
| | § | |
| Defendant. | § | |
| | § | |

**PLAINTIFFS' FIRST SET OF POST-JUDGMENT REQUESTS FOR PRODUCTION
TO DEFENDANT CHARLES JOHNSON**

Plaintiffs Point Bridge Capital, LLC and Hal Lambert ("Plaintiffs") serve the following

First Set of Discovery Requests ("Requests") to Defendant Charles Johnson ("Defendant,"

"Johnson," or "You") pursuant to Federal Rules of Civil Procedure 69 and 34.

**INSTRUCTIONS**

The following instructions shall apply to each of the Requests herein:

1.    Unless otherwise stated, the relevant time period for these Requests is from January
1, 2019 through the present.

2.    In answering the following Requests, You must respond in the manner provided for
by the Federal Rules of Civil Procedure, and the Local Rules of the United Stated
District Court, Northern District of Texas.

3.    All documents must be produced pursuant to the parameters in the parties' Agreed
ESI Protocol, which the parties mentioned in their initial status report and is being
conferred upon.  If Your response to a particular Request is that the information or
document requested is claimed to be privileged, please provide all information
required under the Parties' Agreed ESI Protocol.

4.    If Your response to a particular Request is a statement that you lack the ability to
comply with that Request, You must specify whether the inability to comply is
because the particular item or category of information never existed, has been
destroyed, has been lost, misplaced, or stolen, or has never been, or is no longer, in
your possession, custody, or control, in which case the name and address of any
person or entity known or believed by You to have possession, custody, or control
of that information or category of information must be identified.

5.       If Your response to any Request is that the documents are not in Your possession, custody, or control, describe the efforts You made to locate such documents.

6.       If an objection is made to any part of a particular Request, that part should be specified (together with the grounds for the objection), and any other portion of the Requests to which no objection is made should be produced.

7.       Produce all documents responsive to the Requests for production, together with any objections, at the offices of DLA Piper LLP 1900 N Pearl St Suite 2200, Dallas, TX 75201, attn. Will Thompson.

8.       Your obligation to respond to these Requests is continuing and Your responses are to be supplemented to include subsequently acquired information.

## <u>DEFINITIONS</u>

1.       "Point Bridge" means Plaintiff Point Bridge Capital, LLC in the above-captioned action, and include its officers, directors, employees, staff members, agents, or other representatives.

2.       "Plaintiffs" collectively mean Plaintiffs Point Bridge Capital, LLC and Hal Lambert

3.       "Defendant," "You," "Your," or "Yourself" means Charles Johnson, and includes all persons or entities acting on Your behalf, and any entity or trust that You control, directly or indirectly, or for which You serve or have served as grantor, trustee, protector, signatory, beneficiary, or agent—including without limitation the Task Force Trust, Xavier Capital Trust, EB White Trust, and KawRuh Trust.

4.       "Document(s)" shall be used in the broadest sense permitted under Federal Rule of Civil Procedure 34(a). Each Document is to be produced along with all non-identical drafts thereof in its entirety, without abbreviation or redaction.

5.       "Communication(s)" mean written or verbal exchanges between any person(s) or entity(ies), including without limitation verbal conversation, telephone calls, facsimiles, emails (including attachments), direct messages on X, Twitter, Instagram, or other social media platforms, screenshots of Signal messages, or any other means of electronic communication, letter, memoranda, reports, and any other documents which refer or relate to the written or verbal exchange.

6.       "Person(s)" means any individual, corporation, proprietorship, association, joint venture, company, partnership or other business or legal entity, including governmental bodies and agencies.

7.       "Concern," "concerning," "relate to," or "relating to" mean relating to, referring to, concerning, mentioning, reflecting, pertaining to, evidencing, involving, describing, discussing, commenting on, embodying, responding to, supporting, contradicting, or constituting (in whole or in part), as the context makes appropriate.

8.      "Identify," "identifies," or "identification" mean: (1) when referring to a person, the person's full name, present or last known address, and the last known title and place of employment; (2) when referring to a business, legal, or governmental entity or association, the name and address of the main office; (3) when referring to a fact, the fact and the documentary or testimonial support for that fact; (4) when referring to a written communication, identity of the document(s) in which the communication was made; (5) when referring to an oral communication, the identity of persons participating in the communication.

9.      "Any" and "all" each mean and include the other.

10.     "Include" and "including" mean including without limitation.

11.     The use of a verb in any tense shall be construed as the use of the verb in all other tenses.

12.     The singular form of any word shall be deemed to include the plural.  The plural form of any word shall be deemed to include the singular.

## <u>REQUESTS FOR PRODUCTION</u>

**Request for Production No. 1:**      All federal, state, and local income tax returns filed by You from 2021 to present, including IRS Forms 1040 and 1041 (with all schedules, K-1s, and grantor-trust statements under Treas. Reg. § 1.671-4). This Request includes all such returns filed by or on behalf of the Task Force Trust, Xavier Capital Trust, EB White Trust, and KawRuh Trust.

**Request for Production No. 2:**      All monthly statements, account-opening documents, signature cards, and online access records from 2021 to present for any bank, brokerage, cryptocurrency, or payment-platform account held in Your name or in the name of the Task Force Trust, Xavier Capital Trust, EB White Trust, or KawRuh Trust

**Request for Production No. 3:**      Documents sufficient to show all securities, equity interests, or investment positions held by You or by the Task Force Trust, Xavier Capital Trust, EB White Trust, or KawRuh Trust, including stock certificates, cap tables, LLC membership ledgers, SAFEs, convertible notes, options, warrants, or other evidence of ownership or financial rights.

**Request for Production No. 4:**      All documents reflecting any transfer, sale, pledge, encumbrance, or other disposition of assets worth $5,000 or more (whether in a single transaction or series of related transactions) by You or by the Task Force Trust, Xavier Capital Trust, EB White Trust, or KawRuh Trust, including wire transfers, checks, closing statements, and related communications.

3

Appx. 012

**Request for Production No. 5:**    All documents reflecting any distributions, loans, compensation, or other payments made to You from the Task Force Trust, Xavier Capital Trust, EB White Trust, or KawRuh Trust, and all contracts, promissory notes, assignments, or receivables entitling You or any of those trusts to receive future income or payments.

**Request for Production No. 6:**    All documents identifying any cryptocurrency or digital asset wallets held or controlled by You, or by the Task Force Trust, Xavier Capital Trust, EB White Trust, or KawRuh Trust, including public and private wallet addresses, transaction histories, custodial account records (e.g., Coinbase, Binance, Kraken, Gemini), and any communications regarding access, transfers, or holdings.

**Request for Production No. 7:**    All documents reflecting any transfer, gift, sale, or assignment of assets or ownership interests to any family member, household member, or person acting on Your behalf since January 1, 2021, including real estate, LLC interests, trust property, digital assets, or personal property held by the Task Force Trust, Xavier Capital Trust, EB White Trust, or KawRuh Trust.

**Request for Production No. 8:**    All documents reflecting ownership, lease, or use of any vehicle, boat, aircraft, or recreational asset owned or used by You, the Task Force Trust, Xavier Capital Trust, EB White Trust, or KawRuh Trust, including title documents, registration certificates, insurance records, and records of purchase, sale, or financing since January 1, 2021.

**Request for Production No. 9:**    All documents reflecting any transfer of property, money, or ownership interests to or for the benefit of any family member or household member of Charles Johnson since 2021, including but not limited to real property, trusts, LLCs, investment accounts, or digital assets.

4

Appx. 013

Dated:  November 3, 2025        Respectfully submitted,

**DLA PIPER LLP**

By:    */s/ Will Thompson*
       Will Thompson
       State Bar No. 24094981
       will.thompson1@us.dlapiper.com
       1900 N. Pearl St.
       Dallas, Texas 75201
       Telephone: 406.546.5587

**ATTORNEY FOR PLAINTIFFS**

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on October 31, 2025, I served this document on counsel of record for

Defendant Charles Johnson via a manner authorized by the Federal Rules of Civil Procedure.

       */s/ Will Thompson*
       Will Thompson

Appx. 014

# EXHIBIT C

**Thompson, Will**

---

| | |
|---|---|
| **From:** | Charles Johnson <charlescjohnson88@gmail.com> |
| **Sent:** | Thursday, September 4, 2025 3:19 PM |
| **To:** | Thompson, Will |
| **Subject:** | Re: Point Bridge Capital v. Johnson---Post-judgment discovery---Deposition Dates for Johnson |

⚠ EXTERNAL MESSAGE

Would you like to see a photo of me in a federal prison?

On Thu, Sep 4, 2025 at 18:12 Charles Johnson <charlescjohnson88@gmail.com> wrote:
> They arrested the wrong Charles Johnson and kept me in county lockup for a long weekend. I believe it was expunged.
>
> I have visited federal prison on several occasions, including the Super Max. Not worried about it. Frankly I could use the time to write and read and work out.

On Thu, Sep 4, 2025 at 18:10 Thompson, Will <will.thompson1@us.dlapiper.com> wrote:

> What was the mistaken identity thing? That sounds different compared to spending time for contempt of court.

---

**From:** Charles Johnson <charlescjohnson88@gmail.com>
**Sent:** Thursday, September 4, 2025 3:07 PM
**To:** Thompson, Will <will.thompson1@us.dlapiper.com>
**Subject:** Re: Point Bridge Capital v. Johnson---Post-judgment discovery---Deposition Dates for Johnson

⚠ EXTERNAL MESSAGE

Remember, Mr. Thompson, it would be neither my first time in jail (mistaken identity thing) nor at the Fifth Circuit (as you know).

Alas I'm probably going to be encouraged to sue to find the litigation financing behind this whole shindig and I don't really want to do that.

You should tell Hal he should settle with me before the Feds get him. It'll look better at sentencing.

Appx. 016

On Thu, Sep 4, 2025 at 18:04 Thompson, Will <will.thompson1@us.dlapiper.com> wrote:

I don't think that you really wanted to go to jail. I think that you were performing---Anderson County jail is not a nice place.  Would you really be ok going there? No Hurtado bbq there.

---

**From:** Charles Johnson <charlescjohnson88@gmail.com>
**Sent:** Thursday, September 4, 2025 3:00 PM
**To:** Thompson, Will <will.thompson1@us.dlapiper.com>
**Subject:** Re: Point Bridge Capital v. Johnson---Post-judgment discovery---Deposition Dates for Johnson

⚠️ EXTERNAL MESSAGE

Remember, Mr. Thompson, I wanted to go to jail during this trial, and I still do.

You should probably preserve your records, though.

Champerty is an issue even in Texas!

On Thu, Sep 4, 2025 at 17:57 Charles Johnson <charlescjohnson88@gmail.com> wrote:

You can try but yeah, it's not going to happen.

I don't mean to be rude to you but you're likely going to want to chill a bit before it's overturned.

On Thu, Sep 4, 2025 at 17:56 Thompson, Will <will.thompson1@us.dlapiper.com> wrote:

Just to be clear, you are going to resist any deposition absent a court order. If the court compelled your deposition, would you still not show up?  Thx for the quick response, Charles.

Appx. 017

**From:** Charles Johnson <charlescjohnson88@gmail.com>
**Sent:** Thursday, September 4, 2025 2:54 PM
**To:** Thompson, Will <will.thompson1@us.dlapiper.com>
**Subject:** Re: Point Bridge Capital v. Johnson---Post-judgment discovery---Deposition Dates for Johnson

⚠ EXTERNAL MESSAGE

Hey Mr. Thompson,

Not going to be going to any deposition. But I love that for you.

Probably don't want to be sending me or anyone else too many harassing emails as you're conflicted... 🙄

I kept trying to warn you...

The fees have been paid for the 5th circuit so let's let the appeals process play out, okay?

All the best,

Charles

On Thu, Sep 4, 2025 at 17:43 Thompson, Will <will.thompson1@us.dlapiper.com> wrote:

> Charles, In furtherance of post-judgment discovery, please provide dates when you are available for a deposition. I would like to find a time that accommodates our schedules.

3

Appx. 018

therefore **ORDERED** that Defendant Charles Johnson shall pay Plaintiffs **$1,033,130.00 in attorney's fees**. The amount will be reflected in the Court's final judgment.

Next, the Court turns to Plaintiffs' Motion for Treble Damages and Asset Preservation Relief. Having considered the Motion, record, and applicable law, the Court hereby **GRANTS** the Motion.

It is therefore **ORDERED** as follows:

- The damages the jury awarded to Hal Lambert on Question 1, (ECF No. 97 at 9), are trebled from $7,500,000.00 to $22,500,000.00.

- The damages the jury awarded to Point Bridge Capital on Question 2, (ECF No. 97 at 9), are trebled from $8,000,000.00 to $24,000,000.00.

These trebled damages will be reflected in the Court's final judgment.

In addition, it is **ORDERED** that Defendant Charles Johnson, and anyone acting in concert with him, is prohibited from taking any of the following actions until the mandate in this case shall issue from the Court of Appeals:

- Selling, transferring, or otherwise disposing of any cryptocurrency (including bitcoin), stocks, private investments, or other assets identified in Trial Exhibit 64;

4

Appx. 019

- Moving any such assets into a trust, LLC, or other entity in an effort to place them beyond the reach of creditors;

- Opening or using any financial, brokerage, or digital asset account in any name other than his own for the purpose of holding assets he controls;

- Destroying, concealing, or altering any records that reflect the existence, nature, or location of his assets.

**SO ORDERED** on this **29th day of July 2025.**

_Mark T. Pittman_

**MARK T. PITTMAN**
**UNITED STATES DISTRICT JUDGE**

The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message. To contact us directly, send to postmaster@dlapiper.com. Thank you.

The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message. To contact us directly, send to postmaster@dlapiper.com. Thank you.

The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message. To contact us directly, send to postmaster@dlapiper.com. Thank you.

The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message. To contact us directly, send to postmaster@dlapiper.com. Thank you.

Appx. 020

# EXHIBIT D

**Thompson, Will**

| | |
|---|---|
| **From:** | Charles Johnson <charlescjohnson88@gmail.com> |
| **Sent:** | Tuesday, October 28, 2025 6:49 PM |
| **To:** | Thompson, Will |
| **Cc:** | pittman_orders@txnd.uscourts.gov; Faulkner, Sherry |
| **Subject:** | Re: Proposed Order - Motion to Show Cause FW: Activity in Case 4:24-cv-00988-P Point Bridge Capital, LLC v Johnson Motion for Order to Show Cause |

⚠ EXTERNAL MESSAGE

Judge Pittman,

I object to the proposed motion as it is an obvious stalling tactic and attempt to prejudice the Fifth Circuit.

The motion also contains factual errors. For example: Mr. Thompson defamed Mr. Bloom earlier on in our encounters. (I believe that was in early Summer. It's in the transcript, I think.)

Mr. Lambert, along with other executives at Clearview.AI, was referred for criminal prosecution in Austria today. Lambert got in trouble for wanton privacy violations, which was precisely what I complained about when I refused to have my personal files rampaged through by Lambert et al.
https://www.reuters.com/sustainability/society-equity/clearview-ai-faces-criminal-complaint-austria-suspected-privacy-violations-2025-10-28/

It appears Mr. Thompson is stalling because he's going to be overturned at the Fifth Circuit. He requested additional time to submit a brief. I have completed my brief — it's in edits now — and will be submitting it in November 3rd.

I've made Mr. Thompson aware that I intend to file a bar complaint against him, which is my right. You should also sanction Thompson for filing frivolous motions.

My family and I are also planning a legal response to DLA Piper which we continue to retain.

For these reasons you should reject the proposed order and allow the Fifth Circuit to proceed.

All the best,
Charles Johnson


On Tue, Oct 28, 2025 at 12:42 Thompson, Will <will.thompson1@us.dlapiper.com> wrote:

Judge Pittman,

Appx. 022

Attached is a word version of the proposed order relating to Plaintiffs' motion to show cause. Mr. Johnson is copied on this email.


Best,


Will Thompson

---

**From:** ecf_txnd@txnd.uscourts.gov <ecf_txnd@txnd.uscourts.gov>
**Sent:** Tuesday, October 28, 2025 9:34 AM
**To:** Courtmail@txnd.uscourts.gov
**Subject:** Activity in Case 4:24-cv-00988-P Point Bridge Capital, LLC v Johnson Motion for Order to Show Cause

---

⚠ EXTERNAL MESSAGE

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

If you need to know whether you must send the presiding judge a paper copy of a document that you have docketed in this case, click here: Judges' Copy Requirements. Unless exempted, attorneys who are not admitted to practice in the Northern District of Texas must seek admission promptly. Forms and Instructions found at www.txnd.uscourts.gov. If admission requirements are not satisfied within 21 days, the clerk will notify the presiding judge.

### U.S. District Court

### Northern District of Texas

## Notice of Electronic Filing


The following transaction was entered by Thompson, William on 10/28/2025 at 11:33 AM CDT and filed on 10/28/2025

**Case Name:**        Point Bridge Capital, LLC v Johnson

Appx. 023

**Case Number:**      4:24-cv-00988-P
**Filer:**           Hal Lambert
                    Point Bridge Capital, LLC
**WARNING: CASE CLOSED on 07/29/2025**
**Document Number:** 115

**Docket Text:**
**MOTION for Order to Show Cause *TO HOLD DEFENDANT CHARLES JOHNSON IN CIVIL CONTEMPT* filed by Hal Lambert, Point Bridge Capital, LLC with Brief/Memorandum in Support. (Attachments: # (1) Proposed Order) (Thompson, William)**

**4:24-cv-00988-P Notice has been electronically mailed to:**

David Lattimore Evans    evansdavidl@msn.com

William Bennett Thompson    will.thompson1@us.dlapiper.com, sherry.faulkner@us.dlapiper.co, sherry.faulkner@us.dlapiper.com

**4:24-cv-00988-P The CM/ECF system has NOT delivered notice electronically to the names listed below. The clerk's office will serve notice of court Orders and Judgments by mail as required by the federal rules. An attorney/pro se litigant is cautioned to carefully follow the federal rules (see FedRCivP 5) with regard to service of any document the attorney/pro se litigant has filed with the court. The clerk's office will not serve paper documents on behalf of an attorney/pro se litigant.**

Charles Johnson
1624 Fieldthon Drive
Reston, VA 20194

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1004035775 [Date=10/28/2025] [FileNumber=16676831
-0] [6bbe57848de14ce71a9e6cdd8254e47f5047e7d62bc8069fd55219abbc6a6c5e0
04f58b55963a724e4a2031f3a4ad9997ddee360b8beca5fac9e1c43bbbcee52]]
**Document description:** Proposed Order
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1004035775 [Date=10/28/2025] [FileNumber=16676831
-1] [89266441d9f8f3593fa1857029e554861c9bd26b992d7b1cb86ab128402668a4d
0265d94a8922d3715f068e49afaeffbca1e8e213b602b21feba9788b9e926e1]]

Appx. 024

The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message. To contact us directly, send to postmaster@dlapiper.com. Thank you.

Appx. 025

# EXHIBIT E

**Thompson, Will**

| | |
|---|---|
| **From:** | Charles Johnson <charlescjohnson88@gmail.com> |
| **Sent:** | Tuesday, November 4, 2025 6:11 PM |
| **To:** | Thompson, Will |
| **Cc:** | Faulkner, Sherry |
| **Subject:** | Re: Point Bridge --- Post-Judgment discovery, your tax returns and other information about assets. |

⚠ EXTERNAL MESSAGE

Incorrect. That is not what the Fifth Court stated. Both the stay and the brief were filed.

Give my regards to Elon.

On Tue, Nov 4, 2025 at 21:09 Thompson, Will <will.thompson1@us.dlapiper.com> wrote:

Charles:  Both the district court and the Fifth Circuit have denied your stay. I understand you filed an amended stay motion and an appeal of the judgment. However, unless and until the court grants you a stay or rules in favor of you on the merits, you are still obligated to participate in discovery. So, I ask one final time: do you plan on responding to any of these requests?

**From:** Charles Johnson <charlescjohnson88@gmail.com>
**Sent:** Monday, November 3, 2025 3:14 PM
**To:** Thompson, Will <will.thompson1@us.dlapiper.com>
**Cc:** Faulkner, Sherry <Sherry.Faulkner@us.dlapiper.com>
**Subject:** Re: Point Bridge --- Post-Judgment discovery, your tax returns and other information about assets.

⚠ EXTERNAL MESSAGE

You asked to have until November 30th for the brief.

On Mon, Nov 3, 2025 at 18:13 Thompson, Will <will.thompson1@us.dlapiper.com> wrote:

I have no idea what extension you are talking about

1

Appx. 027

**From:** Charles Johnson <charlescjohnson88@gmail.com>
**Sent:** Monday, November 3, 2025 3:09:09 PM


**To:** Thompson, Will <will.thompson1@us.dlapiper.com>
**Cc:** Faulkner, Sherry <Sherry.Faulkner@us.dlapiper.com>
**Subject:** Re: Point Bridge --- Post-Judgment discovery, your tax returns and other information about assets.


⚠ EXTERNAL MESSAGE

Please preserve your records for future litigation.


 You've asked for an extension at the Fifth Circuit so I would recommend focusing on your brief. I was able to get mine in on time.


On Mon, Nov 3, 2025 at 18:07 Thompson, Will <will.thompson1@us.dlapiper.com> wrote:

> I will interpret that response to mean that you are not going to produce the responsive taxes or anything else requested.
>
> _____
>
> **From:** Charles Johnson <charlescjohnson88@gmail.com>
> **Sent:** Monday, November 3, 2025 3:05 PM
> **To:** Thompson, Will <will.thompson1@us.dlapiper.com>
> **Cc:** Faulkner, Sherry <Sherry.Faulkner@us.dlapiper.com>
> **Subject:** Re: Point Bridge --- Post-Judgment discovery, your tax returns and other information about assets.
>
>
> ⚠ EXTERNAL MESSAGE
>
> Hi Will,
>
>
> Unfortunately, you have chosen to behave in an unethical way throughout this process. I have put you on notice for that at multiple times during this process. You're chosen instead to engage in harassment and abused the litigation process.
>
>
> I have filed the appellate brief before the 5th circuit court of appeals today—on time and on schedule.

Please preserve your records for a bar complaint and subsequent personal litigation.


Thanks,

Charles


On Mon, Nov 3, 2025 at 17:58 Thompson, Will <will.thompson1@us.dlapiper.com> wrote:

Charles, I am attaching some requests for production---asking you for documents---about your assets. One thing that Plaintiffs are asking for are your tax returns. The requests are attached and pasted below. **Are you going to produce your tax returns and the other documents. I assume not, but please tell me if you are now deciding to participate in discovery.**

form of any word shall be deemed to include the singular.

## REQUESTS FOR PRODUCTION

**Request for Production No. 1:**    All federal, state, and local income tax returns filed by You from 2021 to present, including IRS Forms 1040 and 1041 (with all schedules, K-1s, and grantor-trust statements under Treas. Reg. § 1.671-4). This Request includes all such returns filed by or on behalf of the Task Force Trust, Xavier Capital Trust, EB White Trust, and KawRuh Trust.

**Request for Production No. 2:**    All monthly statements, account-opening documents, signature cards, and online access records from 2021 to present for any bank, brokerage, cryptocurrency, or payment-platform account held in Your name or in the name of the Task Force Trust, Xavier Capital Trust, EB White Trust, or KawRuh Trust

**Request for Production No. 3:**    Documents sufficient to show all securities, equity interests, or investment positions held by You or by the Task Force Trust, Xavier Capital Trust, EB White Trust, or KawRuh Trust, including stock certificates, cap tables, LLC membership ledgers, SAFEs, convertible notes, options, warrants, or other evidence of ownership or financial rights.

**Request for Production No. 4:**    All documents reflecting any transfer, sale, pledge, encumbrance, or other disposition of assets worth $5,000 or more (whether in a single transaction or series of related transactions) by You or by the Task Force Trust, Xavier Capital Trust, EB White Trust, or KawRuh Trust, including wire transfers, checks, closing statements, and related communications.

3

Appx. 030

**Request for Production No. 5:**    All documents reflecting any distributions, loans, compensation, or other payments made to You from the Task Force Trust, Xavier Capital Trust, EB White Trust, or KawRuh Trust, and all contracts, promissory notes, assignments, or receivables entitling You or any of those trusts to receive future income or payments.

**Request for Production No. 6:**    All documents identifying any cryptocurrency or digital asset wallets held or controlled by You, or by the Task Force Trust, Xavier Capital Trust, EB White Trust, or KawRuh Trust, including public and private wallet addresses, transaction histories, custodial account records (e.g., Coinbase, Binance, Kraken, Gemini), and any communications regarding access, transfers, or holdings.

**Request for Production No. 7:**    All documents reflecting any transfer, gift, sale, or assignment of assets or ownership interests to any family member, household member, or person acting on Your behalf since January 1, 2021, including real estate, LLC interests, trust property, digital assets, or personal property held by the Task Force Trust, Xavier Capital Trust, EB White Trust, or KawRuh Trust.

**Request for Production No. 8:**    All documents reflecting ownership, lease, or use of any vehicle, boat, aircraft, or recreational asset owned or used by You, the Task Force Trust, Xavier Capital Trust, EB White Trust, or KawRuh Trust, including title documents, registration certificates, insurance records, and records of purchase, sale, or financing since January 1, 2021.

**Request for Production No. 9:**    All documents reflecting any transfer of property, money, or ownership interests to or for the benefit of any family member or household member of Charles Johnson since 2021, including but not limited to real property, trusts, LLCs, investment accounts, or digital assets.

The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message. To contact us directly, send to postmaster@dlapiper.com. Thank you.

The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message. To contact us directly, send to postmaster@dlapiper.com. Thank you.

Appx. 031

The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message. To contact us directly, send to postmaster@dlapiper.com. Thank you.

The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message. To contact us directly, send to postmaster@dlapiper.com. Thank you.

Appx. 032

# EXHIBIT F

**Thompson, Will**

---

| | |
|---|---|
| **From:** | Charles Johnson <charlescjohnson88@gmail.com> |
| **Sent:** | Thursday, September 4, 2025 3:19 PM |
| **To:** | Thompson, Will |
| **Subject:** | Re: Point Bridge Capital v. Johnson---Post-judgment discovery---Deposition Dates for Johnson |

⚠ EXTERNAL MESSAGE

Would you like to see a photo of me in a federal prison?

On Thu, Sep 4, 2025 at 18:12 Charles Johnson <charlescjohnson88@gmail.com> wrote:
> They arrested the wrong Charles Johnson and kept me in county lockup for a long weekend. I believe it was expunged.
>
> I have visited federal prison on several occasions, including the Super Max. Not worried about it. Frankly I could use the time to write and read and work out.

On Thu, Sep 4, 2025 at 18:10 Thompson, Will <will.thompson1@us.dlapiper.com> wrote:

> What was the mistaken identity thing? That sounds different compared to spending time for contempt of court.

---

**From:** Charles Johnson <charlescjohnson88@gmail.com>
**Sent:** Thursday, September 4, 2025 3:07 PM
**To:** Thompson, Will <will.thompson1@us.dlapiper.com>
**Subject:** Re: Point Bridge Capital v. Johnson---Post-judgment discovery---Deposition Dates for Johnson

⚠ EXTERNAL MESSAGE

Remember, Mr. Thompson, it would be neither my first time in jail (mistaken identity thing) nor at the Fifth Circuit (as you know).

Alas I'm probably going to be encouraged to sue to find the litigation financing behind this whole shindig and I don't really want to do that.

You should tell Hal he should settle with me before the Feds get him. It'll look better at sentencing.

Appx. 034

On Thu, Sep 4, 2025 at 18:04 Thompson, Will <will.thompson1@us.dlapiper.com> wrote:

I don't think that you really wanted to go to jail. I think that you were performing---Anderson County jail is not a nice place.  Would you really be ok going there? No Hurtado bbq there.

---

**From:** Charles Johnson <charlescjohnson88@gmail.com>
**Sent:** Thursday, September 4, 2025 3:00 PM
**To:** Thompson, Will <will.thompson1@us.dlapiper.com>
**Subject:** Re: Point Bridge Capital v. Johnson---Post-judgment discovery---Deposition Dates for Johnson

⚠ EXTERNAL MESSAGE

Remember, Mr. Thompson, I wanted to go to jail during this trial, and I still do.

You should probably preserve your records, though.

Champerty is an issue even in Texas!

On Thu, Sep 4, 2025 at 17:57 Charles Johnson <charlescjohnson88@gmail.com> wrote:

You can try but yeah, it's not going to happen.

I don't mean to be rude to you but you're likely going to want to chill a bit before it's overturned.

On Thu, Sep 4, 2025 at 17:56 Thompson, Will <will.thompson1@us.dlapiper.com> wrote:

Just to be clear, you are going to resist any deposition absent a court order. If the court compelled your deposition, would you still not show up?  Thx for the quick response, Charles.

**From:** Charles Johnson <charlescjohnson88@gmail.com>
**Sent:** Thursday, September 4, 2025 2:54 PM
**To:** Thompson, Will <will.thompson1@us.dlapiper.com>
**Subject:** Re: Point Bridge Capital v. Johnson---Post-judgment discovery---Deposition Dates for Johnson

⚠ EXTERNAL MESSAGE

Hey Mr. Thompson,

Not going to be going to any deposition. But I love that for you.

Probably don't want to be sending me or anyone else too many harassing emails as you're conflicted... 🙄

I kept trying to warn you...

The fees have been paid for the 5th circuit so let's let the appeals process play out, okay?

All the best,

Charles

On Thu, Sep 4, 2025 at 17:43 Thompson, Will <will.thompson1@us.dlapiper.com> wrote:

Charles, In furtherance of post-judgment discovery, please provide dates when you are available for a deposition. I would like to find a time that accommodates our schedules.

therefore **ORDERED** that Defendant Charles Johnson shall pay Plaintiffs **$1,033,130.00 in attorney's fees**. The amount will be reflected in the Court's final judgment.

Next, the Court turns to Plaintiffs' Motion for Treble Damages and Asset Preservation Relief. Having considered the Motion, record, and applicable law, the Court hereby **GRANTS** the Motion.

It is therefore **ORDERED** as follows:

- The damages the jury awarded to Hal Lambert on Question 1, (ECF No. 97 at 9), are trebled from $7,500,000.00 to $22,500,000.00.

- The damages the jury awarded to Point Bridge Capital on Question 2, (ECF No. 97 at 9), are trebled from $8,000,000.00 to $24,000,000.00.

These trebled damages will be reflected in the Court's final judgment.

In addition, it is **ORDERED** that Defendant Charles Johnson, and anyone acting in concert with him, is prohibited from taking any of the following actions until the mandate in this case shall issue from the Court of Appeals:

- Selling, transferring, or otherwise disposing of any cryptocurrency (including bitcoin), stocks, private investments, or other assets identified in Trial Exhibit 64;

Appx. 037

- Moving any such assets into a trust, LLC, or other entity in an effort to place them beyond the reach of creditors;

- Opening or using any financial, brokerage, or digital asset account in any name other than his own for the purpose of holding assets he controls;

- Destroying, concealing, or altering any records that reflect the existence, nature, or location of his assets.

**SO ORDERED** on this **29th day of July 2025.**

MARK T. PITTMAN
UNITED STATES DISTRICT JUDGE

The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message. To contact us directly, send to postmaster@dlapiper.com. Thank you.

The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message. To contact us directly, send to postmaster@dlapiper.com. Thank you.

The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message. To contact us directly, send to postmaster@dlapiper.com. Thank you.

The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message. To contact us directly, send to postmaster@dlapiper.com. Thank you.

Appx. 038

# EXHIBIT G

**Will Thompson**

| | |
|---|---|
| **From:** | Charles Johnson <charlescjohnson88@gmail.com> |
| **Sent:** | Tuesday, September 23, 2025 7:04 PM |
| **To:** | Thompson, Will |
| **Cc:** | Faulkner, Sherry |
| **Subject:** | Re: Point Bridge---have you attempted to sell any assets? |

⚠ EXTERNAL MESSAGE

How? My stock is locked up in the SPV he cheated me out of... of course he would know.

You should talk to your real client soon.

On Tue, Sep 23, 2025 at 20:01 Thompson, Will <will.thompson1@us.dlapiper.com> wrote:

He would not know if you are trying to sell Umbra.

**Othram**:  have you tried to sell Othram? Have you sold Othram?

---

**From:** Charles Johnson <charlescjohnson88@gmail.com>
**Sent:** Tuesday, September 23, 2025 5:00 PM
**To:** Thompson, Will <will.thompson1@us.dlapiper.com>
**Cc:** Faulkner, Sherry <Sherry.Faulkner@us.dlapiper.com>
**Subject:** Re: Point Bridge---have you attempted to sell any assets?

⚠ EXTERNAL MESSAGE

Isn't your client in control of Umbra shares? Wouldn't he know?

On Tue, Sep 23, 2025 at 19:52 Thompson, Will <will.thompson1@us.dlapiper.com> wrote:

Judge Pittman's order bars you from selling until after the mandate from the 5th Circuit issues. So, he expressly takes into consideration an appeal.

Have you sold Umbra or Othram? Have you attempted to sell it? Should be an easy question to answer.

1

Appx. 040

**From:** Charles Johnson <charlescjohnson88@gmail.com>
**Sent:** Tuesday, September 23, 2025 4:49 PM
**To:** Thompson, Will <will.thompson1@us.dlapiper.com>
**Cc:** Faulkner, Sherry <Sherry.Faulkner@us.dlapiper.com>
**Subject:** Re: Point Bridge---have you attempted to sell any assets?

⚠ EXTERNAL MESSAGE

You seem not to understand that this is at the 5th circuit... is there a reason why?

On Tue, Sep 23, 2025 at 19:48 Thompson, Will <will.thompson1@us.dlapiper.com> wrote:

Charles---did you try to sell any Othram or Umbra?  Have you sold it?

**From:** Charles Johnson <charlescjohnson88@gmail.com>
**Sent:** Tuesday, September 23, 2025 4:38 PM
**To:** Thompson, Will <will.thompson1@us.dlapiper.com>
**Cc:** Faulkner, Sherry <Sherry.Faulkner@us.dlapiper.com>
**Subject:** Re: Point Bridge---have you attempted to sell any assets?

⚠ EXTERNAL MESSAGE

Hey Will,

I've done what I am obliged to give you a chance to do the right thing. I've now fulfilled that obligation.

What a thing!

Anytime you want to come to DC to meet the Feds you say don't exist I'm happy to host you.

Good luck,

2

Appx. 041

Charles


On Tue, Sep 23, 2025 at 19:32 Thompson, Will <will.thompson1@us.dlapiper.com> wrote:

Charles:


The only way to take your statement here as a threat: "It's a challenging thing here because you are just following orders, I suppose so *I'd advise you to proceed very carefully before you get yourself or your own career into further trouble*." What are you talking about.


Also, please don't distract from my simple questions. Can you answer them? By evading the question, the only conclusion is that you have tried to sell assets, will not sit for a deposition (I think that you said that you welcomed jail), and that you won't provide any account info. Here are the questions again if you want to answer.


1. **Have you attempted to sell or dissipate any of those assets in 2025?**

2. **Have you reconsidered sitting for a deposition?**

   a. **If so, provide dates in the next two weeks?**

3. **Are you going to respond to the interrogatory asking you to identify your account information?**

And we know its baloney that the "Feds" are telling you not to talk to me.

---

**From:** Charles Johnson <charlescjohnson88@gmail.com>
**Sent:** Tuesday, September 23, 2025 4:00 PM
**To:** Thompson, Will <will.thompson1@us.dlapiper.com>
**Cc:** Faulkner, Sherry <Sherry.Faulkner@us.dlapiper.com>
**Subject:** Re: Point Bridge---have you attempted to sell any assets?


⚠ EXTERNAL MESSAGE

Hey Will,

Appx. 042

It's before the Fifth Circuit. If you need me to get a stay I can.

I don't mean to be rude to you but I'm getting advice from the Feds not to talk to you unless it's absolutely necessary.

It's a challenging thing here because you are just following orders, I suppose so I'd advise you to proceed very carefully before you get yourself or your own career into further trouble.

All the best,

On Tue, Sep 23, 2025 at 18:43 Thompson, Will <will.thompson1@us.dlapiper.com> wrote:

Charles, Judge Pittman barred you from selling any of your assets, in particular crypto, Clearview, Othram, Anduril, Umbra (among other companies and assets identified in Exhibit 64).

1. **Have you attempted to sell or dissipate any of those assets in 2025?**

2. **Have you reconsidered sitting for a deposition?**

   a. **If so, provide dates in the next two weeks?**

3. **Are you going to respond to the interrogatory asking you to identify your account information?**

Appx. 043

In addition, it is **ORDERED** that

and anyone acting in concert with him, is

the following actions until the mandate i

Court of Appeals:

- Selling, transferring, or oth

  cryptocurrency (including bitcoin),

  other assets identified in Trial Exh

The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message. To contact us directly, send to postmaster@dlapiper.com. Thank you.

The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message. To contact us directly, send to postmaster@dlapiper.com. Thank you.

The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message. To contact us directly, send to postmaster@dlapiper.com. Thank you.

The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message. To contact us directly, send to postmaster@dlapiper.com. Thank you.

The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received

Appx. 044

this communication in error, please reply to the sender and destroy all copies of the message. To contact us directly, send to postmaster@dlapiper.com. Thank you.

Appx. 045

# EXHIBIT H



# EXHIBIT I

**Thompson, Will**

| | |
|---|---|
| **From:** | Charles Johnson <charlescjohnson88@gmail.com> |
| **Sent:** | Thursday, September 4, 2025 3:19 PM |
| **To:** | Thompson, Will |
| **Subject:** | Re: Point Bridge Capital v. Johnson---Post-judgment discovery---Deposition Dates for Johnson |

⚠ EXTERNAL MESSAGE

Would you like to see a photo of me in a federal prison?

On Thu, Sep 4, 2025 at 18:12 Charles Johnson <charlescjohnson88@gmail.com> wrote:
They arrested the wrong Charles Johnson and kept me in county lockup for a long weekend. I believe it was expunged.

I have visited federal prison on several occasions, including the Super Max. Not worried about it. Frankly I could use the time to write and read and work out.

On Thu, Sep 4, 2025 at 18:10 Thompson, Will <will.thompson1@us.dlapiper.com> wrote:

What was the mistaken identity thing? That sounds different compared to spending time for contempt of court.

**From:** Charles Johnson <charlescjohnson88@gmail.com>
**Sent:** Thursday, September 4, 2025 3:07 PM
**To:** Thompson, Will <will.thompson1@us.dlapiper.com>
**Subject:** Re: Point Bridge Capital v. Johnson---Post-judgment discovery---Deposition Dates for Johnson

⚠ EXTERNAL MESSAGE

Remember, Mr. Thompson, it would be neither my first time in jail (mistaken identity thing) nor at the Fifth Circuit (as you know).

Alas I'm probably going to be encouraged to sue to find the litigation financing behind this whole shindig and I don't really want to do that.

You should tell Hal he should settle with me before the Feds get him. It'll look better at sentencing.

Appx. 049

On Thu, Sep 4, 2025 at 18:04 Thompson, Will <will.thompson1@us.dlapiper.com> wrote:

I don't think that you really wanted to go to jail. I think that you were performing---Anderson County jail is not a nice place.  Would you really be ok going there? No Hurtado bbq there.

---

**From:** Charles Johnson <charlescjohnson88@gmail.com>
**Sent:** Thursday, September 4, 2025 3:00 PM
**To:** Thompson, Will <will.thompson1@us.dlapiper.com>
**Subject:** Re: Point Bridge Capital v. Johnson---Post-judgment discovery---Deposition Dates for Johnson

⚠ EXTERNAL MESSAGE

Remember, Mr. Thompson, I wanted to go to jail during this trial, and I still do.

You should probably preserve your records, though.

Champerty is an issue even in Texas!

On Thu, Sep 4, 2025 at 17:57 Charles Johnson <charlescjohnson88@gmail.com> wrote:

You can try but yeah, it's not going to happen.

I don't mean to be rude to you but you're likely going to want to chill a bit before it's overturned.

On Thu, Sep 4, 2025 at 17:56 Thompson, Will <will.thompson1@us.dlapiper.com> wrote:

Just to be clear, you are going to resist any deposition absent a court order. If the court compelled your deposition, would you still not show up?  Thx for the quick response, Charles.

Appx. 050

**From:** Charles Johnson <charlescjohnson88@gmail.com>
**Sent:** Thursday, September 4, 2025 2:54 PM
**To:** Thompson, Will <will.thompson1@us.dlapiper.com>
**Subject:** Re: Point Bridge Capital v. Johnson---Post-judgment discovery---Deposition Dates for Johnson

⚠ EXTERNAL MESSAGE

Hey Mr. Thompson,

Not going to be going to any deposition. But I love that for you.

Probably don't want to be sending me or anyone else too many harassing emails as you're conflicted... 🙄

I kept trying to warn you...

The fees have been paid for the 5th circuit so let's let the appeals process play out, okay?

All the best,

Charles

On Thu, Sep 4, 2025 at 17:43 Thompson, Will <will.thompson1@us.dlapiper.com> wrote:

> Charles, In furtherance of post-judgment discovery, please provide dates when you are available for a deposition. I would like to find a time that accommodates our schedules.

Appx. 051

therefore **ORDERED** that Defendant Charles Johnson shall pay Plaintiffs **$1,033,130.00 in attorney's fees**. The amount will be reflected in the Court's final judgment.

Next, the Court turns to Plaintiffs' Motion for Treble Damages and Asset Preservation Relief. Having considered the Motion, record, and applicable law, the Court hereby **GRANTS** the Motion.

It is therefore **ORDERED** as follows:

- The damages the jury awarded to Hal Lambert on Question 1, (ECF No. 97 at 9), are trebled from $7,500,000.00 to $22,500,000.00.

- The damages the jury awarded to Point Bridge Capital on Question 2, (ECF No. 97 at 9), are trebled from $8,000,000.00 to $24,000,000.00.

These trebled damages will be reflected in the Court's final judgment.

In addition, it is **ORDERED** that Defendant Charles Johnson, and anyone acting in concert with him, is prohibited from taking any of the following actions until the mandate in this case shall issue from the Court of Appeals:

- Selling, transferring, or otherwise disposing of any cryptocurrency (including bitcoin), stocks, private investments, or other assets identified in Trial Exhibit 64;

4

Appx. 052

- Moving any such assets into a trust, LLC, or other entity in an effort to place them beyond the reach of creditors;

- Opening or using any financial, brokerage, or digital asset account in any name other than his own for the purpose of holding assets he controls;

- Destroying, concealing, or altering any records that reflect the existence, nature, or location of his assets.

**SO ORDERED** on this **29th day of July 2025.**

MARK T. PITTMAN
UNITED STATES DISTRICT JUDGE

The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message. To contact us directly, send to postmaster@dlapiper.com. Thank you.

The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message. To contact us directly, send to postmaster@dlapiper.com. Thank you.

The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message. To contact us directly, send to postmaster@dlapiper.com. Thank you.

The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message. To contact us directly, send to postmaster@dlapiper.com. Thank you.

Appx. 053