UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**POINT BRIDGE CAPITAL, LLC, ET AL.,**

   Plaintiffs,

v.   No. 4:24-cv-00988-P

**CHARLES JOHNSON,**

   Defendant.

### ORDER

Before the Court is Plaintiffs' Motion to Compel Defendant Charles Johnson to Respond to Post-Judgment Interrogatories, Sit for Deposition, and Produce Documents. ECF No. 119.

Having considered the Motion, the applicable law, and the docket, the Court **ORDERS** the Parties to be prepared to address the Motion in person at the already-scheduled hearing on **November 10, 2025** at **12:00pm** in the fourth-floor courtroom of the Eldon B. Mahon Federal Courthouse at 501 W. 10th Street, Fort Worth, Texas 76102.

**SO ORDERED** on this the **6th day of November 2025.**

MARK T. PITTMAN
UNITED STATES DISTRICT JUDGE