IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **Point Bridge Capital, LLC,** § | | |
| **Hal Lambert** § | | |
| § | | |
| *Plaintiffs*, § | | |
| v. § | | Case No. 4:24-cv-00988-P |
| § | | |
| **Charles Johnson,** § | | |
| *Defendant.* § | | |
| § | | |
| § | | |

**APPENDIX IN SUPPORT OF PLAINTIFFS' MOTION FOR LEAVE TO SUPPLEMENT THE RECORD WITH EVIDENCE RELATING TO THE <u>NOVEMBER 10, 2025 SHOW-CAUSE HEARING</u>**

Plaintiffs Point Bridge Capital, LLC and Hal Lambert ("Plaintiffs") submit this Appendix in Support of their Motion to Supplement the Record with Evidence Relating to the November 10, 2025 Show-Cause Hearing.

| Exhibit No. | Description | Appendix Page Range |
|---|---|---|
| 1 | Declaration of Will Thompson, dated November 6, 2025. | Appx. 001 – Appx. 003 |
| A | Oct. 29, 2025 email thread between Charles Johnson, Will Thompson, and the Court's proposed order email address | Appx. 004 – Appx. 00 |

Dated: November 7, 2025                       Respectfully submitted,

                                              /s/ *Will Thompson*
                                              Will Thompson
                                              DLA PIPER LLP (US)
                                              Will Thompson
                                              State Bar No. 24094981
                                              will.thompson1@us.dlapiper.com
                                              1900 N. Pearl Street
                                              Dallas, Texas 75201
                                              Telephone: (406) 546-5587

                                              COUNSEL FOR PLAINTIFFS


**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing instrument has been served on this day November 7, 2025 via the Court's CM/ECF system to all counsel of record.

                                              */s/ Will Thompson*
                                              Will Thompson