IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **Point Bridge Capital, LLC,** § | | |
| **Hal Lambert** § | | |
| § | | |
| *Plaintiffs*, § | | |
| v. § | | Case No. 4:24-cv-00988-P |
| § | | |
| **Charles Johnson,** § | | |
| *Defendant.* § | | |
| § | | |
| § | | |

**APPENDIX IN SUPPORT OF PLAINTIFFS' SECOND MOTION FOR LEAVE TO SUPPLEMENT THE RECORD WITH EVIDENCE RELATING TO THE <u>NOVEMBER 10, 2025 SHOW-CAUSE HEARING</u>**

Plaintiffs Point Bridge Capital, LLC and Hal Lambert ("Plaintiffs") submit this Appendix in Support of their Second Motion for Leave to Supplement the Record with Evidence Relating to the November 10, 2025 Show-Cause Hearing.

| Exhibit No. | Description | Appendix Page Range |
|---|---|---|
| 1 | Declaration of Will Thompson, dated November 6, 2025. | Appx. 001 – Appx. 003 |
| A | retweet of Chuck Johnson's of the X Space from November 9, 2025 | Appx. 004 – Appx. 05 |
| B | Copy an X Post from X user @MuhHeidigger | Appx. 004 – Appx. 05 |
| C | Copy an X Post from Charles Johnson replying to user @MuhHeidigger | Appx. 004 – Appx. 05 |

Dated: November 10, 2025								Respectfully submitted,

/s/ *Will Thompson*
Will Thompson
DLA PIPER LLP (US)
Will Thompson
State Bar No. 24094981
will.thompson1@us.dlapiper.com
1900 N. Pearl Street
Dallas, Texas 75201
Telephone: (406) 546-5587

COUNSEL FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been served on this day November 10, 2025 via the Court's CM/ECF system to all counsel of record.

*/s/ Will Thompson*
Will Thompson

2