# Exhibit 1

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **Point Bridge Capital, LLC,** | § | |
| **Hal Lambert** | § | |
| | § | |
| *Plaintiffs*, | § | |
| **v.** | § | **Case No. 4:24-cv-00988-P** |
| | § | |
| **Charles Johnson,** | § | |
| *Defendant.* | § | |
| | § | |
| | § | |

### DECLARATION OF WILL THOMPSON

     I, Will Thompson, declare as follows. I am an attorney admitted to the State Bar of Texas and this Court and a partner at the law firm of DLA Piper LLP. I am attorney of record for the plaintiffs in the above captioned action. I am over the age of twenty-one years and am not a party to this action. I have personal knowledge of the facts set forth in this declaration. I declare under penalty of perjury that the facts stated in this document are true and correct.

     1.     Plaintiffs' possess a portion of a recording of the November 9, 2025 X Space in a recording in .mp3 format with Charles Johnson and other users.

     2.     I have personally listened to this X Space. The quotes used in the brief are a verbatim, if not near verbatim, transcription of the recording.

     3.     Attached hereto as Exhibit A is a true and correct copy of a retweet of Chuck Johnson's of the X Space from November 9, 2025.

     4.     Attached hereto as Exhibit B is a true and correct copy an X Post from X user @MuhHeidigger.

     5.     Attached hereto as Exhibit C is a true and correct copy of Johnson's tweet response to @MuhHeidigger.

1

Executed in Tarrant County, State of Texas, on November 10, 2025.


_____/s/ Will Thompson_____
Will Thompson

2

# Exhibit A

↻ **Charles C. Johnson reposted**



**captive dreamer** ✓ @avaricum777 · 1h   ⊘   ···
Chuck Johnson doesn't seem too concerned about his case.  Interesting.



💬 6        ↻ 3        ♡ 84        ᴵⁱˡᵢ 5.4K        🔖   ↑

# EXHIBIT B



**PhilsGoodman** 🇺🇸 ✔
@MuhHeidigger

He's in more trouble than he realizes, imo.

He's alienated the court and violated the sense of professional decorum by not paying his lawyer. I get the sense that if the judge is forced by Johnson's intransigence to do any work to solve the discovery problem Chuck created, the judge is going to require him to sit in jail while that work is being done.

His obvious out would be cutting a deal with the plaintiffs, get them to back off discovery demands- for example. Not sure they are interested in making any deal with him though.

10:39 PM · Nov 9, 2025 · **363** Views

💬     🔁 1     ♡ 6     🔖     ⬆

# EXHIBIT C

