UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**POINT BRIDGE CAPITAL, LLC, ET AL.,**

   Plaintiffs,

v.                                         No. 4:24-cv-00988-P

**CHARLES JOHNSON,**

   Defendant.

## ORDER

On November 10, 2025, the Court held a show cause hearing in the above-captioned case regarding Plaintiffs' Motion to Compel Defendant Charles Johnson to Respond to Post-Judgment Interrogatories, Sit for Deposition, and Produce Documents (ECF No. 119). After considering the Motion, the relevant law, this case's posture, and for the reasons stated at the hearing, the Court hereby **GRANTS** the Motion.

Accordingly, the Court **ORDERS** Defendant to serve complete, verified responses to Plaintiffs' post-judgment interrogatories within **five days** of this order. Defendant is also **ORDERED** to attend a deposition on **November 17, 2025, at 8:30 a.m.** in the fourth-floor jury room of the Eldon B. Mahon Federal Courthouse at 501 W. 10th Street, Fort Worth, Texas 76102. Defendant shall also produce all documents responsive to Plaintiffs' post-judgment requests for production at the deposition on **November 17, 2025.**

Additionally, while stated at the November 10, 2025 hearing, the Court finds it pertinent to again remind Defendant that any communication with the Court must be accomplished through filing a motion via the e-filing system, not through letters sent to the Court's proposed orders inbox.

**SO ORDERED** on this **10th day of November 2025.**

*[signature: Mark T. Pittman]*

**MARK T. PITTMAN**
UNITED STATES DISTRICT JUDGE