UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**POINT BRIDGE CAPITAL, LLC, ET AL.,**

   Plaintiffs,

v.   No. 4:24-cv-00988-P

**CHARLES JOHNSON,**

   Defendant.

### ORDER

Before the Court is Plaintiff's Motion for Appointment of a Receiver. ECF No. 131. The Court **ORDERS** a response to the Motion by Wednesday, November 19, 2025, at 12:00 p.m.

The Court previously held a hearing on this matter on November 10, 2025. ECF No. 128. There, Defendant agreed to a receiver. Now, the need for a receiver appears to be urgent as some assets belonging to Defendant allegedly have disappeared.

**SO ORDERED** on this **17th day of November 2025.**

_____
Mark T. Pittman
UNITED STATES DISTRICT JUDGE