IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **Point Bridge Capital, LLC,** <br> **Hal Lambert** <br><br> *Plaintiffs*, <br> v. <br><br> **Charles Johnson,** <br> *Defendant.* | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | Case No. 4:24-cv-00988-P |

**APPENDIX IN SUPPORT OF PLAINTIFFS' SUPPLEMENT IN SUPPORT OF MOTION TO APPOINT RECEIVER <u>AND NOTICE OF JOHNSON'S NON-COMPLIANCE</u>**

Plaintiffs Point Bridge Capital, LLC and Hal Lambert ("Plaintiffs") submit this Appendix in Support of their Supplement in Support of Motion to Appoint Receiver and Notice of Johnson's Non-Compliance.

| Exhibit No. | Description | Appendix Page Range |
|---|---|---|
| 1 | Declaration of Will Thompson, dated November 18, 2025. | Appx. 001 – Appx. 003 |
| A | Rough Transcript of Deposition of Charles Johnson taken on November 17, 2025. | Appx. 004 – Appx. 295 |

| | |
|---|---|
| Dated: November 18, 2025 | Respectfully submitted,<br><br>/s/ *Will Thompson*<br>Will Thompson<br>DLA PIPER LLP (US)<br>Will Thompson<br>State Bar No. 24094981<br>will.thompson1@us.dlapiper.com<br>1900 N. Pearl Street<br>Dallas, Texas 75201<br>Telephone: (406) 546-5587<br><br>COUNSEL FOR PLAINTIFFS |

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing instrument has been served on this day November 18, 2025 via the Court's CM/ECF system to all counsel of record.

*/s/ Will Thompson*
Will Thompson

2