UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**POINT BRIDGE CAPITAL, LLC, ET AL.,**

   Plaintiffs,

v.                                                     No. 4:24-cv-00988-P

**CHARLES JOHNSON,**

   Defendant.

## ORDER

   The Court is scheduled to hold a hearing on the Motion for Appointment of a Receiver, Thursday, November 20, 2025, at 2:00 p.m. In addition, the Court **ORDERS** Defendant to **SHOW CAUSE** at the hearing for failure to comply in good faith with post-judgment discovery. At the Defendant's deposition on Monday, November 17, 2025, Defendant informed Plaintiff repeatedly that he was there to provide "minimal consent" and incomplete information. ECF No. 136. He also failed to serve the interrogatory responses previously ordered by the Court. ECF No. 136. This behavior is wholly unacceptable.

   The Court also has been informed by Court staff that at the deposition, Defendant stole items belonging to the Court, such as mugs and water bottles. Accordingly, the Court also **ORDERS** Defendant to **SHOW CAUSE** at the scheduled hearing for stealing court property.

   As a result of these actions, Defendant should be prepared to **SHOW CAUSE** why the Court should not impose additional sanctions up to and including holding him in civil contempt and placing him in the custody of the United States Marshal until he purges himself of his contempt.

   **SO ORDERED** on this **19th day of November 2025.**

*[signature: Mark T. Pittman]*

Mark T. Pittman
UNITED STATES DISTRICT JUDGE