UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**POINT BRIDGE CAPITAL, LLC, ET AL.,**

    Plaintiffs,

v.                                                          **No. 4:24-cv-00988-P**

**CHARLES JOHNSON,**

    Defendant.

### ORDER

The Court is scheduled to hold a hearing on Plaintiff's Motion for Appointment of a Receiver on Thursday, November 20, 2025, at 2:00 p.m. Having considered the Motion, the Court tentatively finds the Motion meritorious. The Court also tentatively determines that Jeffrey Ansley and Adam Farrell of the law firm of Vedder Price are best-suited to serve as potential receivers in this case. Accordingly, the Court **INSTRUCTS** the Clerk of the Court to notify Mr. Ansley and Mr. Farrell of the hearing scheduled tomorrow in order that they attend.

**SO ORDERED** on this **19th day of November 2025.**

Mark T. Pittman
UNITED STATES DISTRICT JUDGE