IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| V. § | NO. 4:24-CV-988-P |
| § | |
| CHARLES JOHNSON | |

### ORDER APPOINTING FEDERAL PUBLIC DEFENDER AS STANDBY COUNSEL

It is ordered that the Federal Public Defender's Office for this District be and hereby is appointed pursuant to Section 3006A of Title 18, United States Code to represent the defendant named above as standby counsel.

It is further ordered that the Federal Public Defender's Office be given immediate access to the above-named Defendant.

Signed: November 20, 2025

_____
MARK T. PITTMAN
UNITED STATES DISTRICT JUDGE