UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**POINT BRIDGE CAPITAL, LLC, ET AL.,**

  Plaintiffs,

v.   No. 4:24-cv-00988-P

**CHARLES JOHNSON,**

  Defendant.

# ORDER

Before the Court is Plaintiff's Motion for Appointment of a Receiver. ECF No. 131. The Court held a hearing on the Motion on November 20, 2025. For the reasons stated on the hearing, the Court **GRANTS** the Motion. Accordingly, the Court **APPOINTS** Jeffrey Ansley and Adam Farrell to serve as receivers in this case.

**SO ORDERED** on this **20th day of November 2025.**

_____
Mark T. Pittman
UNITED STATES DISTRICT JUDGE