IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | CASE NO. 4:24-CV-988-P |
| § | |
| CHARLES JOHNSON, § | |

### FEDERAL PUBLIC DEFENDER'S MOTION TO WITHDRAW AS COUNSEL OF RECORD

TO THE HONORABLE MARK T. PITTMAN, UNITED STATES DISTRICT JUDGE:

The Federal Public Defender's Office was appointed as standby counsel for the November 20, 2025, hearing for Charles Johnson (ECF No. 141). Now that the Federal Public Defender's Office has completed representation of Mr. Johnson, undersigned counsel respectfully requests that this Court allow the Office of the Federal Public Defender to withdraw from its representation in this matter.

Respectfully submitted,

JASON D. HAWKINS
Federal Public Defender Northern
District of Texas

*s/ Devon Sanders*
DEVON SANDERS
Assistant Federal Public Defender
Texas State Bar No. 24110272
819 Taylor St. Room 9A10
Fort Worth, TX 76102
Phone: (817) 978-2753
Fax: (817) 978-2757
Email: Devon_Sanders@fd.org

*/s/ Michael A. Lehmann*
MICHAEL A. LEHMANN
Assistant Federal Public Defender
Northern District of Texas
TX State Bar No. 24048615
819 Taylor Street, Room 9A10
Fort Worth, Texas 76102
(817) 978-2753
(817) 978-2757 FAX
Michael_Lehmann@fd.org

## CERTIFICATE OF SERVICE

I, Devon Sanders, hereby certify that on November 24, 2025, I electronically filed the foregoing document using the Court's CM/ECF system, thereby providing service on attorneys of record.

*s/ Devon Sanders*
DEVON SANDERS
