

US District Clerk of the Court
501 West 10th Street
Fort Worth, TX 76102
December 1, 2025

I am writing this letter on behalf of my son, Charles C. Johnson, who is currently an inmate at Johnson County Jail in Cleburne, Texas (Case number- 4:24-CV-00988-P). He has given me permission to share this information with you, states that it is correct, and that it has been completed to the best of his ability, given his current circumstances. Once Charles is released, he will work to perfect his responses to the court as is required. His fine of $1000.00 has been sent, received, and cashed.

The following are his words, as dictated to his girlfriend and to me.

"I own no crypto currency and have not since 2017. I used coin base I think but am not sure. I don't own any cold storage or hot wallets. I don't remember using any other exchange.
I have 2 Woodforest bank accounts— personal and Traitwell, which doubles as my Substack collection. I cannot access my banking due to previous hacks. I don't know my account numbers and cannot find them out unless in person at the banks. You can reach out to Woodforest on my behalf.
Gator Greenwell handles my venture investments in Terradepth, Aptera, and Payala. I own a damaged 2017 Jaguar F Type and some furniture in Chantilly. To pay expenses, I borrow money from my girlfriend and I have $30k of credit card debt. Xavier Capital, nor Kawruh trusts, nor EB White trusts have bank accounts or have filed taxes as far as I know. My tax returns are completed by my ex wife Bernadette Hapsari who jointly files with me. She can provide all tax returns. I don't know the name of my accountant.
Here is a list of shares I have in each of the following companies: $8 million in Traitwell, $3 million in Othram, $5 million in Umbra, $2 million in Genomic Prediction, $5 million in Aptera, $5 million in Terradepth, $500,000 - $1 million in Payala, $30 million in Clearview, and 500k - $1 million in Censys Tech. In my bank accounts, I have $10k or less."

Charles respectfully asks that he be released from custody as soon as possible.
Sincerely,
Lawrence Johnson

*Lawrence Johnson* (signature)

617-429-6591
jmlundquist@gmail.com

Align top of FedEx® shipping label here.

FedEx

RECEIVED
DEC -2 2025
CLERK U.S. DISTRICT
NORTHERN DISTRICT TEXAS

ORIGIN ID:FHA (617) 429-5591
LAWRENCE JOHNSON
45 COLUMBINE RD
MILTON, MA 02186
UNITED STATES US

SHIP DATE: 01DEC25
ACTWGT: 0.10 LB
CAD: 6570458/RCSA2670

TO US DISTRICT CLERK OF THE COURT
501 WEST 10TH ST

FORT WORTH TX 76102

FedEx Express

TRK# 8865 9962 7764
TUE - 02 DEC 12:00P
PRIORITY OVERNIGHT

XA GRKA
76102
TX-US DFW

Envelope
Recycle me.

Johnson/Lundquist
45 Columbine Rd
Milton, MA 02186

US District Clerk of the Court
501 West 10th St
Fort Worth, TX
76102