US District Court
501 West 10th Street Room 310
Fort Worth, TX 76102
December 3, 2025



Dear Judge Pittman,

I am writing on behalf of my son, Charles Johnson ((Case # 4:24-cv-00988-P). I am passing on a message from him which I received last night.

"Dear Judge Pittman,
I am still in jail. My health is declining and I have been hurt. The $1000.00 fine has been paid. I have completed the interrogatories to the best of my ability. I am committed to helping the court receivers, Jeff Ansley and Adam Farrell, finish their search. I am unable to assist them without access to my phone and computer. Please release me so that I may get proper treatment and assist the receivers in this case. I believe that I have purged my contempt citation and have shown a willingness to cooperate with the court."

Please advise me when I can expect Charles to be released. Thank you.

Respectfully,

Lawrence E. Johnson

Lawrence E. Johnson
617-429-6591

**FedEx**

Envelope
Recycle me

Align top of FedEx Express® shipping label here.

ORIGIN ID:FMHA (817) 429-6591
LAWRENCE JOHNSON
45 COLUMBINE RD
ACTON, MA
UNITED STATES US

SHIP DATE: 03DEC25
ACTWGT: 0.10 LB
CAD: 6570488/RSXA2670

TO JUDGE MARK T. PITMAN
501 WEST 10TH ST
ROOM 310
FORT WORTH TX 76102
(000) 000-0000

FedEx
Express
E

THU – 04 DEC 12:00P
TRK# 8866 8394 3512   PRIORITY OVERNIGHT

XA GRKA   76102
TX-US DFW

Judge Mark T. Pittman
501 West 10th Street Room 310
Fort Worth, TX 76102