UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**POINT BRIDGE CAPITAL, LLC, ET AL.**,

   Plaintiffs,

v.                               No. 4:24-cv-00988-P

**CHARLES JOHNSON**,

   Defendant.

### ORDER

The Court has received public correspondence from Lawrence Johnson, the father of Defendant Charles Johnson, regarding the status of Defendant and his attempts to purge himself of his contempt. ECF Nos. 147, 148. The Court reminds the Parties and Mr. Johnson's father that communications with the Court are to be filed through a formal motion or notice by Mr. Johnson or an attorney acting on his behalf. Future correspondence from non-parties will be unfiled from the Court docket.

However, in light of Defendant's alleged attempts to purge himself of his contempt, the Court hereby **ORDERS** that the court-appointed Receiver file a brief preliminary report with the Court notifying it of whether Defendant has successfully purged himself of his contempt by the **end of the day today, December 5, 2025.**

**SO ORDERED** on this **5th day of December 2025.**

_____
Mark T. Pittman
UNITED STATES DISTRICT JUDGE