UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**POINT BRIDGE CAPITAL, LLC, ET AL.,**

  Plaintiffs,

v.                                          No. 4:24-cv-00988-P

**CHARLES JOHNSON,**

  Defendant.

### ORDER

  Before the Court is the Receiver's Preliminary Report (ECF No. 150) and Plaintiff's Response to Johnson's Letters (ECF No. 151). In an effort to provide Mr. Johnson another opportunity to purge himself of his contempt and to allow him access to a laptop so he can access necessary information, the Court **ORDERS** a conference with Plaintiff's counsel, Mr. Johnson, and the Receiver in the jury room of the Eldon B. Mahon Federal Courthouse at 501 W. 10th Street, Fort Worth, Texas 76102. Immediately following the conclusion of the conference, the Court **ORDERS** a hearing addressing whether Mr. Johnson has purged himself of his contempt with Plaintiff's counsel, Mr. Johnson, and the Receiver in the fourth-floor courtroom of the Eldon B. Mahon Federal Courthouse. The Receiver and Plaintiff's Counsel should confer with each other and notify the Court of their availability by December 10, 2025. The undersigned is available on December 12, 15, and 16 from 10:00 a.m. to 5:00 p.m.

  **SO ORDERED** on this **8th day of December 2025.**

MARK T. PITTMAN
UNITED STATES DISTRICT JUDGE