**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| POINT BRIDGE CAPITAL, LLC, et al., | § | |
| | § | |
| Plaintiffs, | § | |
| v. | § | Case No. 4:24-cv-00988-P |
| | § | |
| CHARLES JOHNSON, | § | |
| | § | |
| Defendant. | § | |

## NOTICE

Pursuant to the Court's December 8, 2025 Order (ECF No. 152), the parties have conferred regarding the date of the conference and hearing ordered by the Court. The parties notify the Court of their availability on December 16, 2025 at 10:00 am and respectfully request these matters be set accordingly.

Dated: December 9, 2025

Respectfully submitted,

*/s/ Jeff Ansley*

Jeffrey J. Ansley
State Bar No. 00790235
jansley@vedderprice.com
Adam D. Farrell
State Bar No. 24140298
afarrell@vedderprice.com

**VEDDER | PRICE, P.C.**
300 Crescent Court, Suite 400
Dallas, Texas 75201
469.895.4790 (Ansley)

**RECEIVERS FOR DEFENDANT CHARLES
JOHNSON AND THE RECEIVERSHIP
ESTATE**