UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**POINT BRIDGE CAPITAL, LLC, ET AL.,**

   Plaintiffs,

v.                                                                      No. 4:24-cv-00988-P

**CHARLES JOHNSON,**

   Defendant.

## ORDER

Pursuant to the Parties' notice of availability (ECF No. 153), a conference with Plaintiff's counsel, Mr. Johnson, and the Receiver is **SET** for December 16, 2025 at 10:00 a.m. in the fourth-floor jury room of the Eldon B. Mahon Federal Courthouse at 501 W. 10th Street, Fort Worth, Texas 76102. Immediately following the conclusion of the conference, the Court **SETS** a hearing addressing whether Mr. Johnson has purged himself of his contempt with Plaintiff's counsel, Mr. Johnson, and the Receiver in the fourth-floor courtroom of the Eldon B. Mahon Federal Courthouse.

**SO ORDERED** on this **10th day of December 2025.**

MARK T. PITTMAN
UNITED STATES DISTRICT JUDGE