UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**POINT BRIDGE CAPITAL, LLC, ET AL.,**

   Plaintiffs,

v.                                             No. 4:24-cv-00988-P

**CHARLES JOHNSON,**

   Defendant.

### ORDER

   Before the Court is Receivers' Motion for Witness Production ("Motion"). After consideration of the relevant filings and applicable law, the Court **GRANTS** the motion. Therefore, it is **ORDERED** that Lawrence Johnson, Bernadette Hapsari, Lourdes de la Pena, and Gator Greenwell are directed to appear for a hearing on a date during the week of February 9, 2026, in order to be examined by the Receivers. The Receivers are **ORDERED** to notify the Court of the date and time of the hearing as soon as possible. The hearing will take place in the fourth-floor court room of the Eldon B. Mahon Federal Courthouse at 501 W. 10th Street, Fort Worth, Texas 76102.

   **SO ORDERED** on this **12th day of January 2026.**

*[signature: Mark T. Pittman]*

Mark T. Pittman
UNITED STATES DISTRICT JUDGE