IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| POINT BRIDGE CAPITAL, LLC, *et al.*, | § § § | |
| *Plaintiffs*, | § | |
| v. | § § | Case No. 4:24-cv-00988-P |
| CHARLES JOHNSON, | § § | |
| *Defendant*. | | |

### RECEIVERS' NOTICE OF AVAILABILITY

TO THE HONORABLE MARK T. PITTMAN:

Pursuant to the Court's January 12, 2026 Order (ECF No. 167), the Receivers notify the Court of their availability either February 10 or 11, 2026 at 10:00 am and respectfully request this matter be set accordingly.

Dated: January 13, 2026

Respectfully submitted,

*/s/ Jeff Ansley*
Jeffrey J. Ansley
State Bar No. 00790235
jansley@vedderprice.com
Adam D. Farrell
State Bar No. 24140298
afarrell@vedderprice.com

**VEDDER | PRICE P.C.**
300 Crescent Court, Suite 400
Dallas, Texas 75201
469.895.4790 (Ansley)

**RECEIVERS FOR DEFENDANT CHARLES JOHNSON AND THE RECEIVERSHIP ESTATE**

## CERTIFICATE OF SERVICE

      I certify that on January 13, 2026, all counsel of record who have consented to electronic service were served with a true and correct copy of the foregoing document *via* the Court's CM/ECF system.

By: */s/ Jeff Ansley*
Jeffrey J. Ansley
