UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**POINT BRIDGE CAPITAL, LLC, ET AL.,**

   Plaintiffs,

v.                                         No. 4:24-cv-00988-P

**CHARLES JOHNSON,**

   Defendant.

### ORDER

   Before the Court is Receivers' Notice of Availability ("Motion"). Therefore, it is **ORDERED** that **all Parties, the Receivers, Lawrence Johnson, Bernadette Hapsari, Lourdes de la Pena, and Gator Greenwill** are directed to appear for a hearing on **February 10, 2026 at 10:00 a.m.** in the fourth-floor court room of the Eldon B. Mahon Federal Courthouse at 501 W. 10th Street, Fort Worth, Texas 76102.

   Moreover, in light of the unique challenges posed in this action and to reduce the expenditure of associated costs, the Court **MODIFIES** the current 30-day reporting requirement as directed in the November 21, 2025 Order (ECF No. 144) to a 90-day (quarterly) reporting schedule.

   **SO ORDERED** on this **13th day of January 2026.**

Mark T. Pittman
UNITED STATES DISTRICT JUDGE