UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

POINT BRIDGE CAPITAL, LLC, ET AL.,

   Plaintiffs,

v.                                                                                                      No. 4:24-cv-00988-P

CHARLES JOHNSON,

   Defendant.

## ORDER

Before the Court is the attached letter from Attorney Michael J. Wynne which was sent off the record and directly to the Court's email on January 13, 2026. However, Mr. Wynne has not made an appearance as an attorney for Charles Johnson in this case. The Court is unsure as to whether Johnson is proceeding pro se or with counsel in this case. Indeed, Johnson himself recently filed a hand-written Motion to Satisfy Contempt on January 13, 2026 ("Motion") (ECF No. 172). If Mr. Wynne is representing Johnson in this case, he is **ORDERED** to enter a notice of appearance by January 15, 2026 and should file communications with the Court as a motion to the Court.

Also, before the Court is the aforementioned Motion to Satisfy Contempt that Johnson himself filed (ECF No. 172). Having considered the Motion, the relevant law, and the Receivers' last Status Report (ECF No. 166), that Motion is hereby **DENIED**. The Court notes that it is doing everything in its power to help Johnson purge himself of his contempt. To that end, the Court has already set a hearing on February 10, 2026, and has ordered individuals to be present that the Receivers hope can help Johnson purge himself of his contempt. *See* ECF No. 169.

**SO ORDERED** on this **14th day of January 2026.**

_____
Mark T. Pittman
UNITED STATES DISTRICT JUDGE

# GREGOR | WYNNE | ARNEY, PLLC

MICHAEL J. WYNNE
DIRECT LINE: (281) 450-7403
E-MAIL: MWYNNE@GWAFIRM.COM

January 13, 2026

*Via Email: samantha_cameron@txnd.uscourts.gov*

The Honorable Mark Pittman
501 West 10th Street, Room 401
4th floor
Fort Worth, Texas 76102-3673

    Re: Case No. 4:24-cv-00988-P; *Point Bridge Capital, LLC v. Johnson*

Dear Judge Pittman:

    Mr. Johnson is ready to purge himself of the contempt by complying with the Court's orders. Upon release from custody, he will pay the $1,000.00 fine at the Clerk's office. Mr. Johnson will participate in post-judgment discovery and respond to written discovery, as well as answer questions during deposition.

                                    Sincerely,

                                      Michael J. Wynne

Cc:
Will Thompson
Adam Douglas Farrell
Jeffrey J. Ansley