# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
January 14, 2026
Lyle W. Cayce
Clerk

No. 25-10919

---

Point Bridge Capital, L.L.C.; Hal Lambert,

*Plaintiffs—Appellees*,

*versus*

Charles Johnson,

*Defendant—Appellant*.

---

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:24-CV-988

---

### UNPUBLISHED ORDER

Before Stewart, Willett, and Wilson, *Circuit Judges*.

Per Curiam:

    IT IS ORDERED that Appellant's motion for bail pending appeal is DENIED.

    IT IS FURTHER ORDERED that Appellant's motion to stay enforcement of the District Court's Contempt Order is DENIED.

    IT IS FURTHER ORDERED that Appellant's motion for a hearing on Appellant's motion for bail pending appeal is DENIED.

No. 25-10919

IT IS FURTHER ORDERED that Appellee's opposed motion to supplement the record is GRANTED.

IT IS FURTHER ORDERED that Appellee's opposed motion to suspend briefing until the supplemental record is filed is GRANTED.