Point Bridge Capital et al
v. Johnson
No. 4:24-cv-988 (Pittman)

January 13, 2026
Day 53, innocent & illegally held.
Vedder Price has taken its time apparently.

By Court Receivers; No Objection to Gator Greenwill Appearance
Emergency Motion For Immediate Release

Dear Judge Pittman,

Since November I have made my family and myself available to the court receivers. It's now January and they cannot come to Texas in February for a variety of health and financial considerations. My family is not wealthy and the attendant ~~court and~~ travel and lodging costs and child care are simply prohibitive.

You have done very little to stop what many outside observers have called a malicious prosecution. I have not objected even though I have preserved my rights. I allowed Plaintiff the courtesy of having one of his spurious witnesses testify remotely. I ask that that be extended here. I have told my family to be truthful. I must object to having my diabetic elderly father, my pregnant ~~ex~~ girlfriend and my ex-wife, who is the sole care taker of her elderly father and our minor child, be forced to travel thousands of miles to confirm what I have said under oath repeatedly.

I have spent a fortune defending myself from a fraud funded by other people. My family has put itself into debt to get me lawyer as you insisted despite my objections and right to represent myself pro se. Asking that they go further into debt is wrong.

I have no objection to having Mr. Greenwill appear and I have been calling for that for months now. Mr. Greenwill should confirm that he warned me of a plot by Mr. Musk to use Mr. Lambert as a front man to pursue a bogus lawsuit against me. Mr. Greenwill should be asked why he was mentioned but not implicated in the RICO against me where I am laughably the only member. Mr. Greenwill should be asked about conversations he had with Musk business partners Steve Oskoui and Luke Nosek and with Mr. Lambert directly. Of course the very fact that others were ordered to appear means by logical inference that I ought to ~~be~~ be released. See Shillitani v. U.S. 384, U.S. 364; 370-371 (1966) "Civil contempt is coercive only; imprisonment must end when the contemnor complies or that compliance becomes impossible." The production of my ex-wife, business partner, father and girlfriend is the very tell that I have complied all that I can and should be released and that to do otherwise would be punitive. See Gompers v. Buckstove: "Contempt sanctions are remedial, not punitive"

Gompers v. Buckstove (221, U.S. 418, 441-442 (1911)).

I have already served 53 days in illegal detention and 26 in solitary, despite fully complying with all reasonable requests for discovery. I ask that the Court release me pending my appeal, purge the contempt order, and allow my family to testify remotely, or through writing — a generosity I extended one of his witnesses. Is the Court really suggesting that I need to spend another 40 days in a jail where I have been assaulted and where the sheriff has been indicted for abuse of office? Where there is cold water and where I have lost more than 30 pounds? At what point do we get into Eighth Amendment violations? I have already satisfied United States v. Rylands (460, U.S. 752, 757 (1983)) "A contemnor may purge civil contempt by demonstrating present inability to comply." The receivers have had plenty of time and access to me & all witnesses, though they have not availed themselves of it. (I met Mr. Ainsley only one time on 12/16...) It's time for the Court to no longer be complicit in the malicious prosecution against me and release me, lest I really become crazy in this corrupt jail. I have warded off efforts to check me into suicide watch twice! I am not suicidal!

I affirm that herein is true under penalty of perjury so help me God.

Charles Johnson
Charles Johnson                                    January 18, 2026

P.S. We both know that Vedar Price could have reached out to my ex-wife and girlfriend rather than summoning them to Texas. The firm knows there aren't many billable hours so they're milking them — and sticking my family with the bill. You told them to be light on the billing on 12/16/2025.

P.P.S. I apologize for the spelling & penmanship but this is the longest I have been without spell check or a computer since I was 7 years old.

Johnson County Jail
1800 Ridgemar
Cleburne, TX 76031
Charles Johnson
SO: 202503307

LEGAL MAIL:
Office of the Clerk
501 W Tenth Street
Fort Worth, TX 76102

INMATE MAIL

RECEIVED
2026
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

NORTH TX PDC
DALLAS TX 750
15 JAN 2026 PM 9 L

76102-363799