No. 4-24-CV-0988

January 11

JAN 21 2026
CLERK, U.S. DISTRICT COURT

Personal Statement Re Motion To Appeal

Dear Judge Pittman,

I am deeply disappointed that you allowed a malicious prosecution to target me in your courtroom. By now it should be obvious that everything I have said is true — that I was a government informant and that Mr. Lambert, drunk fraud that he is, is a front man who filed a lawsuit to punish me for truthful things I wrote about him and his benefactors - and put me in jail. You have asked a number of times if there is something wrong with me and it's a question that deserves an answer though I must confess that I often wonder it myself given that things which come very easily to me — organic chemistry, multivariate calculus, learning languages — are often quite difficult for others and things which are easy for them — reading people, remembering to be places, pay bills — have eluded me. No one knows why, least of all me. I has in effect been rendered into poverty by this malicious lawsuit which ought to have been dismissed when it was forum shopped to your courtroom because of your presumed politics. I was attacked in jail and the court receivers you sent to see me did not even bother to tell you. I do not have health insurance. I have borrowed money from loved ones and I am in effect broke. Many years ago now other people discovered that I was quite good at noticing strange patterns and they have compensated me in different ways over the years, including people I know to have relationships with the U.S. and Allied countries. I have worked on a number of significant cases which you would well know if you asked Special Agent Johnathan Buma or Alex Stamos or any number of other people whose names have surfaced. My parents have put themselves into debt to pay for an attorney after I bankrupted myself trying to protect my first wife's and daughter's assets in the Clearview case, where Mr. Lambert is a board member. It is my understanding that Lambert is under investigation by federal authorities. Despite my unusual mind I am a patriot and I have volunteered to help my country whenever I have been asked. You will note that all of my investments have some tie in to law enforcement or the military. I do not know why no one is coming forward to help me now but I am not surprised. People like me have a history of being used and discarded by others. It has been that way since I was a scholarship boy. It is what it is. I am not in control of others' actions, nor can I be upset with a country I love

[left margin, top:] I have deputized people to help me and they believe I am being abused by Lambert and his hackers. I am not responsible for their unwillingness to comply.

[left margin, bottom:] I have never handled my financial affairs. I do not know my banking information or I do not log in for most of my assets. I used an Amex to pay my bills until recently.

[left margin box:] against my wishes!

choosing to sacrifice me. I am grateful to be of service where and when I can but my stance hasn't changed.

I lived in Texas for two years after my wife broke up with me on Christmas Eve 2017. That experience took me entirely by surprise and candidly my feelings for my wife haven't really changed since I met her some eighteen years ago. We have a daughter, Charlotte, who I read to often and I have never missed one of her piano concerts until I was detained here. I cannot turn over my taxes because my ex-wife still handles that and I am leery about giving any financial information to people who are accused in the Clearview case of violating people's privacy. You may well find me frustrating but it is simply because I want to protect them from bad actors.

My daughter turns nine on January 29th. Despite living on the other side of the country, I have never missed a birthday. I have spent what little time I have in jail to access court cases and sent you a more legally oriented reasons for why I ought to be released. I can assure you that given the treatment I have received in Texas that I have no intention of ever returning here. When my case is overturned I will be removing any and all interests I have from Texas immediately. (I have already instructed my family and friends.) I helped to build two world class companies here — ingenuities & satellite — but I will never again associate with Texas or Texans as long as I shall live, of that you can be certain. I do not understand the culture here and I am deeply disturbed by the things I have seen and experienced here, especially the way the legal profession behaves and the jails operate. Laws are simply disregarded here and people cheat and steal from each other with impunity. I say this not to antagonize you but to make clear my intention never to leave where my family is ever again. They had warned me as had my friends not to associate with Lambert but I foolishly didn't listen.

My partner is pregnant with our daughter and I can't make the ultrasound appointments. My 4 year old daughter is asking where I am. My parents have put themselves into debt. I have answered all the questions a malicious prosecuting attorney has seen fit to ask me, I have spent 52 days in a violent jail while they leak them and lie about me. whose sheriff has been indicted for abuse of power. What more is expected of me? Is the point of this exercise to kill me and are you going to be complicit in that in addition to my jailing?

I affirm that the following is true under penalty of perjury, so help me God—
 Charles Johnson      *Charles Johnson*

I missed Thanksgiving, Christmas, NYE, Epiphany. When is enough enough?

Zachary Jones
So: 202503337
Johnson County Jail
1800 Ridgemar
Cleburne, TX 76031

NORTH TEXAS TX P&DC
DALLAS TX 750
15 JAN 2026  PM 10 L

LEGAL MAIL:
Office of the Clerk
501 W. Tenth Street
Fort Worth, TX 76102

INMATE MAIL

RECEIVED
JAN 21
CLERK U.S. DISTRICT
NORTHERN DIST. TX

76102-363759