Pointbridge Capital v. Johnson
No. 4:24-CV-988

January 14, 2026

U.S. DISTRICT COURT NORTHERN DISTRICT OF TEXAS FILED JAN 21 2026 CLERK, U.S. DISTRICT COURT By Deputy

(1)

Motion to add a chronology to motion to preserve malicious prosecution lawsuit, for emergency release motion.

We never got a chance to discuss what really happened in this case.

In 2020, I sourced a company called Umbra SAR, a synthetic aperture radar company, and along with John Burbank and Hal Lambert invested millions of dollars building a constellation of satellites which have proven essential to the Ukraine war effort. I knew to do this because of my family history with E systems where my grandfather was an executive and Raytheon where my brother and uncle worked. Lambert and I agreed to split the carry on an SPV and Burbank invested separately.

When I was traveling with Jon Sands at the Encantro hotel in Santa Barbara (which was too pricey) Lambert informed me that he was going to cheat me out of my interests and I told him not to. Lambert's view was that I had not raised enough money from my personal network and that I was a mere investor though he never gave me updates as if I were one nor did he inform the investors I had brought on that my status had changed.

To protect myself I sued pro se (In 2024) in the Eastern District of Virginia and Lambert dodged process service. Judge Nachmanoff dismissed that suit and I considered the matter settled.) In 2022 I had visited Musk business partner Steve Oskoui when Omer Gurel and I watched from the Marriott hotel in Austin as my phone was hacked after I told Oskoui that Musk and he had better get right with federal law enforcement. (Oskoui and Musk were laundering money from abroad.) (I had introduced Oskoui, Lambert and Gator Greenwill in 2020 at an Austin-based restaurant.)

Lambert began attending drug and alcohol fuelled parties hosted by Oskoui and Luke Nosek, and even Musk himself in the Austin area. Greenwill warned me against further interactions with the Musk network and both Oskoui and Nosek cheated me out of a finder's fee they had promised me for an investment they had made in a company called Othram, which was a law enforcement genomics company I had cofounded in 2018. In 2022 Oskoui even demanded his money back in a separate company I had created called Traitwell. Around that time Special Agent Johnathan Buma asked my help investigating three American billionaires with ties to the Russian government. They were Peter Thiel, Palmer Luckey and Elon Musk. I introduced Buma to Musk's right hand

Margin notes:

Now he suddenly has money to hire DLA Piper, sure! Okay!

There are witnesses and letters to this effect.

I believe the extremely overbroad demands for records are to parallel construct material which was hacked.

Because I knew I had been hacked I ceased using email frequently and moved everything to signal. What emails I did use were often red herrings.

and cited things I had written about Musk as the reason!

(2)

Your Honor,

Buma had attended as well.

These are Mormons, and the Church of Jesus Christ Latter Day Saints owns billions of stock in Mr. Musk's endeavors.

man (and fellow BYU Grad) Jared Birchall. Musk had hired a poker player (and fellow drug enthusiast) named Igor Kurganov, a Russo-German backed by organized crime interests in Southern China. There was concern that Kurganov would cause problems. (I secured Kurganov's cell phone number from Nosek at Oskoui's apartment during that freak snow storm.) The Wall Street Journal's Rob Copeland wrote about Kurganov & he was fired but rather than be thankful, Musk's associates made clear that they blamed me for the article. Though my work had been featured in the President's daily briefing and I became particularly involved with foreign efforts to compromise aerospace, I was closed out as an FBI informant after October 7th incident in Israel. (I had filed reports about Israeli efforts to compromise telecommunications and genomics technology.)

I was also involved in counter narcotics and human trafficking involving Israelis.

I received the highest praise & I am proud of my work.

I sought and received no money for my work as a CHS despite the dangers I experienced. In 2024, sometime around Spring, Gator Greenwill informed me that Lambert was meeting with Musk associates to bring a "lawfare tort" or malicious prosecution claim against me for things I had written or said regarding Musk. Musk was and remains under investigation from a number of government agencies, including one I had helped in 2017, (D.O.T.) ~~and~~ he joked that he thought there was a high likelihood he could go to jail if Harris won. Musk's lawyers at Quinn Emanuel Alex Spiro had even discussed using me to sue Ryan Mac of the New York Times. Later Will Thompson of this lawsuit fame would move from Quinn Emanuel to DLA Piper, both law firms close to Musk and who have worked closely with the Chinese.)

(In 2020)

In December 2024 during an X space I confronted Musk about all of his criminality and mentioned that if he did not change his ways he would go to jail. He started screaming and said that I would go to jail. I have the audio of that exchange and it is available online. Musk has since bragged that both Special Agent Buma and I have been punished for "going after him," and indeed Musk has used other front men to achieve his objectives.

Opposing Counsel is using this lawsuit as a smoke screen to stop journalistic & law enforcement investigations into Musk and his businesses, much like with DOGE. On principle I can only answer "reasonable requests."

It's becoming quite obvious that the intent of Plaintiff is to keep me in jail indefinitely. For many months now I have made many witnesses available both to the Court and the Court receivers while I languish in jail. Plaintiff's Counsel is using ~~both~~ discovery, post-judgment discovery, and questions on the stand to try to get me to perjure myself. Having failed to interest the U.S. attorneys he wants to make

I have at considerable expense spent hundreds of thousands, maybe even a million, not sure dealing with the lawsuits against me in New York and Texas, lawsuits which were controlled entirely by Mr. Lambert and his backers, and which concerned efforts to steal my equity interests and those of the mother of my child and eight-year-old. Justice demands that I be released if I can never be made whole.

I was, until recently, I suppose a self-made multimillionaire, who speaks five languages (four of them fluently). I have never spent any time thinking about my banking or my credit cards or my insurance. I have been blessed to have people who have taken care of those concerns so that I might make money at the highest levels of our society on world class technologies. Comparing me to bail bondsmen is rather ridiculous, and a touch insulting. It diminishes the considerable achievements I have had and which are beyond dispute. Indeed even Opposing Counsel conceded that I am "brilliant," though I suppose not brilliant enough not to jail in perpetuity, or maybe that's what y'all do here. You are complicit in that miscarriage of justice. That is your legacy, though it doesn't have to be.

(Margin note: We who are bright are often enslaved for our minds, by either industry or the government. Really?)

Let me tend to my family and return to my work. There are many people who are counting on me surviving this malicious prosecution. The delays from the Court receiver are a miscarriage of justice and justice delayed is justice denied but then Texas knows quite a bit about that, doesn't it? This corrupt jail doesn't even give me the mail from the Court! Today it admitted it wasn't getting everything to me it should. One final note: I am not crazy (though perhaps eccentric) and efforts to insinuate that I am reduce my ~~employabilitity~~ employability.

(Margin note: Is it really necessary to put me in a cell next to murderers and child rapists? Really.)

Your Honor should refrain from extra-judicial renderings of a medical nature. If he would like me to lie and say that I am crazy, I am happy to do so, provided I am released. You ought to have dismissed this lawsuit, with respect. The time to do the right thing was last year. The next best time is right now. Release me.

(Margin note: Mother says I come across clearer in writing than in person.)

I affirm that the following is true, under penalty of perjury, so help me God.

Charles Johnson

Charles Johnson

(3)

The Federalist Society, I'm sure, Contains multitudes.

me a target of so-called jail house justice and in that objective he has succeeded admirably. Greenwill told me that Musk's people would use a "Federalist Society" judge and put me in jail and then kill me. Having been assaulted in prison and now in solitary for 29 days I must rather compliment him on his prophecy. Of course a darker thought has occurred to me that Gator Greenwill, named, but not included in the RICO complaint against me, is cheating me just as Lambert did. This is why I have repeatedly called on the courts and the interested parties to interview him. Gator's wife is a Chinese national, after all.

I have shown my willingness to answer reasonable requests for discovery and so the contempt charges against me must necessarily be purged. (Shillitani v. U.S.) (U.S. v. Rylander) Indeed the very motion that the court receivers have made to compel my diabetic father, pregnant girlfriend and ex-wife to arrive is the evidence that I have been unable to comply & must be released.

Right now I am being illegally held in the Johnson County Jail. I have missed ultrasound appointments for my daughter and key holidays for my other child.

Not content to bankrupt me with travel and court costs, Your Honor has demanded my middle class family put themselves $75,000 in debt to hire an attorney and that they, too, suffer the dangers of travel. I am now homeless. I put off necessary medical procedures for my eyes. I am denied food that is healthy for my medical conditions in one of the jails most notorious for violating civil rights, where the sheriff has been indicted for "abuse of power" (a common thing I gather in Texas) and my letters are often "lost" in the mail. Despite the law that I am as a pro se litigant entitled to pen and paper I so rarely get them. It is not my responsibility to ask the handlers I have had to show up on my behalf, nor is it my duty to overturn an absurd and unconstitutional judgment at the 5th Circuit.

I have dealt with a lying Opposing Counsel who has many conflicts of interest

This state is embarrassing.

I have been unable to get competent lawyers because my assets are frozen and because lawyers have told me they do not want to go up against the Richest Man in the World. You have a corrupt Good Ole Boy's Network in Texas and that's why my people have encouraged me to spend as little time here as necessary.

Charles Johnson
SO: 202503307
Johnson County Jail
1800 Ridgemar
Cleburne, TX 76031

NORTH TEXAS TX P&DC
DALLAS TX 750
16 JAN 2026 PM 10 L

Legal Mail:
Office of Clerk
501 W. Tenth Street
Fort Worth, TX 76102

RECEIVED
JAN 2026
CLERK U.S.

INMATE MAIL

76102-363799