UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**POINT BRIDGE CAPITAL, LLC, ET AL.,**

   Plaintiffs,

v.   No. 4:24-cv-00988-P

**CHARLES JOHNSON,**

   Defendant.

# ORDER

   Before the Court is four Motions filed by Defendant Charles Johnson, notifying the Court of his willingness to purge himself of his contempt. ECF No. 176, 177, 178, and 179. Accordingly, in order to give Johnson another opportunity to purge himself, the Parties and the Receivers are **ORDERED** to appear for a hearing on **January 30, 2026 at 10:00 a.m.** in the fourth-floor court room of the Eldon B. Mahon Federal Courthouse at 501 W. 10th Street, Fort Worth, Texas 76102.

   Also before the Court is an email, attached to this order as an email, from Jane Lundquist sent to the Court off the record on behalf of Johnson. Although generally all communications with the Court should be filed as a motion to the Court on the record, the Court includes the email out of an abundance of caution. In the email, Mr. Johnson states that he has "secured stand-by counsel experienced in white collar matters." The Court continues to be unsure as to whether Johnson is proceeding pro se or with counsel in this case. Indeed, the Court has already put out an order directing Attorney Michael J. Wynne to enter a notice of appearance by January 15, 2026 if he is representing Johnson in this matter, which he has yet to respond to. *See* ECF No. 174.

   In order to gain clarity regarding whether Johnson is proceeding pro-se or with counsel, Attorney Michael J. Wynne is **ORDERED** to file a response with the Court by **January 28, 2026** as to whether he is representing Johnson and thus whether he will in attendance at the

January 30 hearing. Plaintiff and the Receiver are **ORDERED** to forward this order to Attorney Michael J. Wynne to ensure he has received a copy.

**SO ORDERED** on this **27th day of January 2026.**

*[signature: Mark T. Pittman]*

Mark T. Pittman
UNITED STATES DISTRICT JUDGE