IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| POINT BRIDGE CAPITAL, LLC, *et al.*, § § *Plaintiffs*, § v. § CHARLES JOHNSON, § § *Defendant*. | Case No. 4:24-cv-00988-P |

## RECEIVERS' STATUS UPDATE

TO THE HONORABLE MARK T. PITTMAN:

Pursuant to the Court's January 13, 2026 Order (ECF No. 169), the Receivers submit this status update to inform the Court of their efforts to provide notice to the parties directed to appear at the February 10, 2026 hearing. The Receivers have successfully made contact with Lawrence Johnson, Bernadette Hapsari, and Lourdes de la Pena.

Despite numerous attempts, the Receivers have been unable to make direct contact with Gator Greenwill. The Receivers sent notice to five known email addresses associated with Mr. Greenwill and attempted personal service at his last known address in New Jersey. The Receivers also contacted counsel representing Mr. Greenwill in *First Business Bank, et al. v. Machinery Service & Design, LLC, et al*. (Dane County Case No. 2024CV002657). Although counsel was unable to confirm whether the Receivers' contact information for Mr. Greenwill is current or to disclose client information, she confirmed that the Receivers' email notice of the February 10, 2026 hearing was forwarded to Mr. Greenwill on January 22, 2026.

The Receivers have been in communication with Mr. Johnson, Ms. Hapsari, and Ms. De la Pena, all of whom have expressed their willingness to assist the Receivers in carrying out their

duties. Each has requested permission to appear remotely at the February 10, 2026 hearing due to health and personal reasons. Accordingly, the Receivers respectfully request that the Court permit Mr. Johnson, Ms. Hapsari, and Ms. De la Pena to appear remotely at the February 10, 2026 hearing.

Dated: January 27, 2026

                                               Respectfully submitted,

                                               */s/ Jeff Ansley*
                                               Jeffrey J. Ansley
                                               State Bar No. 00790235
                                               jansley@vedder.com
                                               Adam D. Farrell
                                               State Bar No. 24140298
                                               afarrell@vedder.com

                                               **VEDDER P.C.**
                                               300 Crescent Court, Suite 400
                                               Dallas, Texas 75201
                                               469.895.4790 (Ansley)

                                               **RECEIVERS FOR DEFENDANT CHARLES JOHNSON AND THE RECEIVERSHIP ESTATE**

## CERTIFICATE OF SERVICE

I certify that on January 27, 2026, all counsel of record who have consented to electronic service were served with a true and correct copy of the foregoing document *via* the Court's CM/ECF system.

                                               By: */s/ Jeff Ansley*
                                                         Jeffrey J. Ansley