UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**POINT BRIDGE CAPITAL, LLC, ET AL.**,

    Plaintiffs,

v.                                                  No. 4:24-cv-000988-P

**CHARLES JOHNSON**,

    Defendant.

## NOTICE OF NON-APPEARANCE

TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that the undersigned attorney does not represent Defendant Charles Johnson ("Defendant") in the above-captioned matter and will not be entering an appearance on behalf of Defendant in the above-captioned matter.

The undersigned will not be appearing at the hearing scheduled for January 30, 2026, at 10:00 a.m. before this Court.

The undersigned previously represented Defendant in Case No. 25-11393, *In Re Johnson*, (Application for Writ of Mandamus) but that representation does not extend to the instant proceeding.

                                                      Respectfully submitted,

                                                      By: */s/ Michael J. Wynne*
                                                      Michael J. Wynne
                                                      TX Bar No. 00785289
                                                      GREGOR WYNNE ARNEY, PLLC
                                                      4265 San Felipe, Suite 700
                                                      Houston, Texas 77027
                                                      Telephone: (281) 450-7403
                                                      Email: mwynne@gwafirm.com

                                                      Dated: January 28, 2026

## CERTIFICATE OF SERVICE

    I certify that on January 28, 2026, a true and correct copy of the foregoing instrument was served upon counsel of record by notice of electronic filing.

By: /s/ *Michael J. Wynne*
Michael J. Wynne
