# Emergency Motion to Purge Civil Contempt and For Immediate Release

January 20, 2026

*Shillitani v. U.S., Gompers v. Buck's Stove, Hicks v. Feiock, U.S. v. Rylander*

As your Honor has continued to hold me indefinitely in violation of numerous Supreme Court precedents that detention must end when a contemnor cannot comply, the other inmates have decided that Defendant is a child molester and therefore should be assaulted on sight. While Defendant is reasonably safe within his solitary unit, he is often moved and therefore vulnerable to assault by other inmates, defeating the purpose of solitary.

Your Honor should not participate in a scheme to assault Johnson in jail having already allowed his courtroom a malicious prosecution and barratry, the illegal filing of a false lawsuit.

That the other inmates make this charge without evidence is compounding by the false lawsuit filed by Plaintiff, which should never have been filed, let alone allowed to proceed in your Honor's courtroom.

Defendant is well aware that, after 60 days of unjust incarceration, Your Honor is unlikely to release Defendant even though Defendant has no objection to reasonable requests for discovery from this malicious prosecution designed to hinder journalistic & legal investigations.

He files this motion merely to create a record so that when Defendant is assaulted as he had been in the past and has he showed the Court Receivers there is little doubt that Your Honor had been notified of the threat of bodily harm that Defendant faces in continued incarceration. Defendant hopes that Your Honor's bias does not preclude him from seeing the threat Defendant faces as well as the health concerns already mentioned by his parents.

I affirm that everything within this letter is true and free of perjury, so help me God.

Charles C. Johnson    *Charles C. Johnson*    January 20, 2026



Charles Johnson
Johnson County Jail
1800 Ridgemar Drive
Cleburne, TX 76031

LEGAL MAIL
Office of the Clerk
501 W. Tenth Street
Fort Worth, TX 76102



INMATE MAIL

NORTH TEXAS TX P&DC
DALLAS TX 750
22 JAN 2026  PM 2 L





RECEIVED
2026
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS