UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**POINT BRIDGE CAPITAL, LLC, ET AL.,**

  Plaintiffs,

v.                                   No. 4:24-cv-00988-P

**CHARLES JOHNSON,**

  Defendant.

## ORDER

Before the Court is six Motions filed by Defendant Charles Johnson. ECF No. 176, 177, 178, 179, 182, and 184. The Court held a hearing on January 30, 2026, to give Johnson another opportunity to purge himself of his civil contempt and consequently be released from Johnson County Jail.

While the Court does not find that Johnson has purged himself, he has demonstrated compliance and willingness to cooperate with the Receiver moving forward. Indeed, prior to the hearing, Johnson signed twenty-six authorizations giving the Receiver access to various entities in which he may have an interest.

Accordingly, Johnson is **ORDERED** to be **RELEASED** from Johnson County Jail. He is also **ORDERED** to continue cooperating with the Receivers until he purges himself of his contempt of Court. Accordingly, the six Motions filed by Johnson are **MOOT**. ECF No. 176, 177, 178, 179, 182, and 184

**SO ORDERED** on this **30th day of January 2026.**

*Mark T. Pittman*
Mark T. Pittman
UNITED STATES DISTRICT JUDGE