UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**POINT BRIDGE CAPITAL, LLC, ET AL.,**

   Plaintiffs,

v.                                  No. 4:24-cv-00988-P

**CHARLES JOHNSON,**

   Defendant.

## ORDER

The Court received notice that Charles Johnson's parents are in possession of a laptop computer and other devices that are essential to the Receiver's work and were required to be turned over to the receiver. Accordingly, the Court hereby **SETS** a hearing for **January 30, 2026 at 2:00 p.m.** in the Fourth Floor Courtroom of the Eldon B. Mahon Federal Courthouse at 501 W. 10th Street, Fort Worth, Texas 76102.

**SO ORDERED** on this **30th day of January 2026.**

_____
Mark T. Pittman
UNITED STATES DISTRICT JUDGE