UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**POINT BRIDGE CAPITAL, LLC, ET AL.,**

   Plaintiffs,

v.                                              No. 4:24-cv-00988-P

**CHARLES JOHNSON,**

   Defendant.

## ORDER

    The Court held a hearing on January 30, 2026, to determine whether Defendant Charles Johnson and his parents Lawrence Johnson and Jane Lundquist were in contempt of Court by communicating with each other about the whereabouts of his laptop and other devices and transporting such items, which were subject to the receivership order. The Court finds that in order to allow Plaintiff and Receivers access to the contents of the devices, Johnson should continue to be held in custody until Plaintiff and the Receivers can meet with Johnson and a forensic specialist to determine the contents of the laptop.

    Accordingly, the Court's previous order at ECF No. 185 is **VACATED** and Johnson is **ORDERED** to be **REMANDED** to the Johnson County Jail until Monday, February 2, 2026 at 9:00 a.m., when the Parties and the Receivers are **ORDERED** to meet with Johnson in the 3rd-floor jury room of the Eldon B. Mahon Federal Courthouse at 501 W. 10th Street, Fort Worth, Texas 76102 to go through the laptop and other devices. Following that meeting, the Court will hold a hearing at 12:30 p.m. to determine next whether Johnson has purged himself of his contempt.

    Additionally, instead of being held in custody for their apparent contempt, Johnson's parents Lawrence Johnson and Jane Lundquist, have agreed and are thus **ORDERED** to remain in the Northern

District of Texas over the weekend and to attend the hearing on Monday, February 2.

**SO ORDERED** on this **30th day of January 2026.**

_____
Mark T. Pittman
UNITED STATES DISTRICT JUDGE