UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**POINT BRIDGE CAPITAL, LLC, ET AL.,**

  Plaintiffs,

v.                                 No. 4:24-cv-00988-P

**CHARLES JOHNSON,**

  Defendant.

## ORDER

As the Court ordered on the record at the February 2, 2026, hearing, the Court **SETS** a hearing on **February 5, 2026 at 2:00 p.m.** in the fourth-floor courtroom of the Eldon B. Mahon Federal Courthouse at 501 W. 10th Street, Fort Worth, Texas 76102.

**SO ORDERED** on this **4th day of February 2026.**

*(signature)*

Mark T. Pittman
UNITED STATES DISTRICT JUDGE