IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| POINT BRIDGE CAPITAL, LLC, *et al.*, | § § § | |
| *Plaintiffs,* | § | |
| v. | § § | Case No. 4:24-cv-00988-P |
| CHARLES JOHNSON, | § § | |
| *Defendant.* | § § | |

## RECEIVERS' STATUS UPDATE

TO THE HONORABLE MARK T. PITTMAN:

Pursuant to the Court's January 13, 2026 Order (ECF No. 169), the Receivers submit this status update to inform the Court of their efforts to provide notice to the parties directed to appear at the February 10, 2026 hearing. The Receivers have successfully made contact with Lawrence Johnson, Bernadette Hapsari, Lourdes de la Pena, and Gator Greenwill, witnesses believed to have knowledge of certain issues relevant to the Receivers' appointment in this case. *See generally* ECF No. 144.

Mr. Johnson, Ms. Hapsari, Ms. De la Pena, and Mr. Greenwill have each agreed to assist the Receivers in carrying out their duties, including by voluntarily appearing for depositions in lieu of appearing in person at the February 10, 2026 hearing. Accordingly, the Receivers respectfully request that the Court vacate the February 10, 2026 hearing.

Dated: February 4, 2026

Respectfully submitted,

*/s/ Jeff Ansley*
Jeffrey J. Ansley
State Bar No. 00790235
jansley@vedder.com

Adam D. Farrell
State Bar No. 24140298
afarrell@vedder.com

**VEDDER P.C.**
300 Crescent Court, Suite 400
Dallas, Texas 75201
469.895.4790 (Ansley)

**RECEIVERS FOR DEFENDANT CHARLES JOHNSON AND THE RECEIVERSHIP ESTATE**

## CERTIFICATE OF SERVICE

I certify that on February 4, 2026, all counsel of record who have consented to electronic service were served with a true and correct copy of the foregoing document *via* the Court's CM/ECF system.

By: */s/ Jeff Ansley*
Jeffrey J. Ansley
