IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| POINT BRIDGE CAPITAL, LLC, *et al.*, § § *Plaintiffs*, § v. § CHARLES JOHNSON, § § *Defendant*. § | Case No. 4:24-cv-00988-P |

## RECEIVERS' MOTION FOR ORDER DIRECTING ELECTRONIC SERVICE PROVIDERS TO PRESERVE RECORDS

TO THE HONORABLE MARK T. PITTMAN:

Adam Farrell and Jeff Ansley of Vedder P.C., in their capacities as Court-appointed receivers ("Receiver(s)") for the Receivership Estate of defendant Charles Johnson (the "Defendant" or "Johnson") ("Receivership Estate"), respectfully move the Court, pursuant to its inherent equitable powers, to direct electronic service providers (including, but not limited to, Google, Apple, Microsoft, Meta Platforms, X.com, ProtonMail, Signal, Telegram, and cloud-storage providers (the "ES Providers")) to immediately take steps necessary to preserve digital account records, metadata, logs, and, where lawful, stored content related to Defendant. In support of this motion, the Receivers state as follows:

On January 30, 2026, Defendant provided Receivers with executed authorizations and designation of agents for disclosure of account records, content, and access rights to his accounts with the ES Providers. That same day, Defendant also provided Receivers with an executed power of attorney and consent to disclosure of electronic communications and financial account records. Even with these authorizations, many of the ES Providers require a court order to preserve

documents within their custody and control. Accordingly, the Receivers request an order from the Court directing the ES Providers to secure and preserve all of the information described above. Preservation of these materials is necessary to assist Receivers in the execution of their duty to secure, preserve, and realize assets belonging to the Receivership Estate.

Dated: February 4, 2026

                                                       Respectfully submitted,

                                                       */s/ Jeff Ansley*
                                                       Jeffrey J. Ansley
                                                       State Bar No. 00790235
                                                      jansley@vedder.com
                                                      Adam D. Farrell
                                                      State Bar No. 24140298
                                                      afarrell@vedder.com

                                                       **VEDDER P.C.**
                                                      300 Crescent Court, Suite 400
                                                      Dallas, Texas 75201
                                                      469.895.4790 (Ansley)

                                                      **RECEIVERS FOR DEFENDANT CHARLES JOHNSON AND THE RECEIVERSHIP ESTATE**

## CERTIFICATE OF SERVICE

I certify that on February 4, 2026, all counsel of record who have consented to electronic service were served with a true and correct copy of the foregoing document *via* the Court's CM/ECF system.

                                                        By: */s/ Jeff Ansley*
                                                              Jeffrey J. Ansley