IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| Point Bridge Capital, LLC and<br>Hal Lambert,<br><br>*Plaintiffs*,<br>v.<br><br>Charles Johnson,<br><br>*Defendant*. | § § § § § § § § § § | Case No. 4:24-cv-00988-P |

# ORDER

Before the Court is Receivers' Motion for an Order Directing Electronic Service Providers to Preserve Records ("Motion"). After consideration of the relevant filings and applicable law, the Court **GRANTS** the Motion.

**IT IS THEREFORE ORDERED** that electronic service providers (including, but not limited to, Google, Apple, Microsoft, Meta Platforms, X.com, ProtonMail, Signal, Telegram, and cloud-storage providers) immediately take steps necessary to preserve any account records, metadata, logs, and, where lawful, stored content related to defendant Charles Johnson, including, without limitation, the accounts of any entities or other account holders for which Johnson is identified in the records of the respective electronic service providers as being associated in any way.

_____
Hon. Mark T. Pittman
UNITED STATES DISTRICT JUDGE

ORDER – SOLO PAGE