UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**POINT BRIDGE CAPITAL, LLC, ET AL.,**

   Plaintiffs,

v.   No. 4:24-cv-00988-P

**CHARLES JOHNSON,**

   Defendant.

# ORDER

The Court held a hearing on February 5, 2026, to determine whether Defendant Charles Johnson has purged his contempt of court. The Court finds that Johnson has not purged his contempt. Nevertheless, the undersigned **ORDERS** that Johnson be **RELEASED** from custody.

As stated on the record at the hearing, the Court again admonishes Johnson to provide the Receiver with *full and complete* compliance until he has purged his contempt. Any attempt to provide nonresponsive answers to the Receiver's inquiries, to tamper with electronic data within the Receiver's possession, or to interfere with witnesses appearing for depositions conducted by the Receiver may result in Johnson's immediate remand into custody for contempt of court. The Court will tolerate no further obstruction. Enough is enough.

**SO ORDERED** on this **5th day of February 2026.**

_____
Mark T. Pittman
UNITED STATES DISTRICT JUDGE