Point Bridge Capital v. Johnson
Case no: 4:24-CV-00988-P

Motion for Immediate Release Due to Compliance With Court, Notification of Further Harassment By Plaintiffs, Request for U.S. Attorney Investigation of Plaintiff and Backers.

January 30, 2026
Day 71 of illegal detention
[~~struck out~~]
[sent letter direct.]

Your Honor,

After agreeing to release me from jail today I find myself once again wrongly incarcerated without any charges. The process is the punishment.

After causing me hundreds of thousands in legal fees, Plaintiff is now targeting my elderly parents for financial hardship and difficulty due to an innocent mistake.

My parents are retired school teachers and it is expensive for all of us to come to Texas. Enough is enough. This stress alone on my family is inexcusable.

I AM requesting the immediate intervention of the U.S. Attorney's Office on charges of barratry (that is the knowingly false filing of a civil complaint to target an individual for ruination or harm). I do so after 71 days wrongly jailed and over a year of harassment. I stand ready to testify and provide voluminous evidence of criminal conduct by Plaintiff and his funders. It is not a conspiracy theory; it is a conspiracy. Not only have I never been charged with a crime, I have never even been threatened with being charged with a crime. I was an extremely effective Confidential Human Source. I detected a shift today with your Honor and I am grateful that he no longer sees me as crazy. The term you are looking for is "eccentric" or "Genius" even. (It was my code name, after all.) I joke, a touch. excentric? (spelling was never my strong suit)

Let me reflect again on this malicious prosecution and state again: Plaintiff, acting as a front man of a wealthy individual, is targeting me and my family for the things I wrote. Having failed to get access to the data they seek — my records with journalists and law enforcement — Plaintiff and his Counsel and Backers are trying to jail me, bankrupt me, and harm my family. Everything I wrote was true which is why Plaintiff can't allow me to be a journalist and uses washed up ex-law enforcement to claim I wasn't a CHS when work I did in satellites and drone technology as a CHS was used in the President's Daily Briefing. These are liars, your Honor, and they deserve to be punished to the fullest extent of the law, as soon as possible. I say this notwithstanding my own brush with the criminal justice system and all its faults. Your Honor flatters me with a comparison, however remote with Dr. King and Gandhi, and I should note that I, too, am

albeit up against oligarchs and frauds of the British Empire rather than Jim Crow. Both men were also dismissed as and King had people try to set him up with fake crimes.

*Might my business affairs be set up in such a way?*

a man of principle. In your 12 years as a judge you had never seen anyone to go to civil contempt for as long as I have. Might it be because I believe that my duty as a journalist and a CHS requires me to do all I can to protect my data and communications? I welcome the opportunity to use the only things I have left — my pen and my body — to make clear what happened in this case.

After signing 26 authorizations today I was remanded into custody because my father decided, entirely on his own, to go to the Kimpton Hotel and get my affects. He did so, again, on his own because he thought I needed a change of clothes. I love my father desperately and with all my heart but the notion that my father, a 72 year old diabetic senior citizen, who rarely flies, who does not own a computer and only recently got an iPhone to FaceTime his grandchildren, could in any way alter my computer or iPhone, which are biometric and 2FA password protected, is insane. But let me be emphatic: at no point did I or would I tell my father to go to the Kimpton Hotel. I told him then and after to go *immediately* from this courtroom to the Johnson County Jail, where I am in physical danger, as I have said ad nauseum. I have told the receivers the truth repeatedly. I did not know where my laptop and iPhone were having not seen them in 71 days now. I told them where I last had them and ? at the Kimpton Hotel the court receivers were unable to gain access. Thinking like the ageing boomer that he is, my father thought me turning over all my data precluded me from having to turn over all my devices. I discussed <u>this very thing</u> with the court receivers. Indeed I would like to <u>keep both devices</u> as it seems wrong that I should have to buy additional devices with no job, no devices, no assets. It is my understanding that there are quite a few job opportunities lined up for me in the so-called "free world" upon my release. How are prospective employers to get a hold of me without the phone number they know to reach me? Is the court's position that I should be destitute in perpetuity? How then am I supposed to pay down the enormous (and unconstitutional) $70M judgment? Am I even supposed to pay it down? How am I to visit family and friends without a source of income? Please tell me. I mean no malice. But am I supposed to be living on my parents' couch or homeless?

*\* Waiting for Godot… Waiting for the 5th Circuit*

And having failed at the general election, I ran for office as a Dem ~

(I have since broken with my youthful Republicanism in large measure because of the concerns I had about Leonard Leo and the Federalist Society.) And my understanding is that you are a part of an outfit or organization supporting Confederate heritage while my ancestors were heavily decorated Union men, I have spent enough time around you to know you to be a good man, all the same. If the two of us were able to come together in the service of justice, as all Americans must, that things might be better for all. I apologize to you for my unorthodox approaches, habits and manners. (though I stole no mug.) We have had "a failure to communicate" as Cool Hand Luke famously put it but that does not mean communication is impossible. Throughout this process I continue to be vindicated. I said Mr. Lambert was a drunk and too drunk on the night he alleged I plotted a criminal plot with Mr. Greenwill and lo and behold he was found drunk driving in Tarrant County. My family, much less wealthy than Lambert's, travelled thousands of miles to support me but his has not. It's time for the U.S. Attorney (or independent law firm appointed by the court) to investigate the claims I have made, claims which I believe will vindicate me and I believe Mr. Lambert should face justice. Unlike he offered me, I hope that case is tried here in Fort Worth so that Mr. Lambert may have "a jury of his peers" and the support of those closest to him. When Dr. King was assassinated he was widely thought to have failed, and America burned. Today we celebrate his birthday. When Mahatma Gandhi was killed there was international condemnation. Today the Modi government denounces Gandhi's legacy. I say this merely to note that none of us knows how history will remember us, if, at all. I have never taken an action for "History" but for those ageing parents and my young children. I know full well how dangerous it is to investigate Mr. Musk and his cronies. I did it as a CHS and it is a great irony that I introduced said cronies to Mr. Lambert. One always creates one's monsters or nightmare, n'est-ce-pas? All this to say, please refer this matter to the U.S. Attorney and please believe my sincerity when I say that I wish we had met under better circumstances. I affirm that this letter is free from perjury and request that it be entered into the court record, so help me God.

Charles Carlisle Johnson    Charles Carlisle fhn.

*Margin notes:*

— See Barre Seid, Paul Singer and ProPublica's work

— "With malice toward none and charity for all..."

— Thank you for enabling me to see my parents today. What a gift!

— Though I suspect it will be elsewhere...

So what we really happened here? We have an ex-FBI agent stalking my elderly parents. Now it's not uncommon for mega wealthy to put ex-law enforcement on the payrole (though it can sometimes lead to the ex-law enforcement agent being arrested as happened with some ex-Tesla employees who formerly worked at Homeland Security.) But no matter. My parents, as I mentioned before, are DLA Piper clients. Is DLA Piper (largest client Tesla) really hiring private eyes to spy on its clients? I have already stated that I intend to file a bar complaint against Will Thompson, who formerly worked at Quinn Emmanuel (Musk personal lawyer) and took this case despite the ethics issues with my parents being DLA Piper clients. But it seems highly suspect to use your P.I. as your expert witness. It's likely a violation of P.I. licensure — it's certainly a desperate gambit to try to rack up some billable hours.

I was rushed back to the courtroom today, fearing the worst for my parents. No one told me what was going. My parents came down here against my wishes.

You'll recall that I claimed that Lambert was a front for Musk. I also claimed that he was moving dirty money into U.S. Tech, particularly the satellite industry. Recent filings make clear that I was correct and a request an investigation by the U.S. Attorney for securities fraud and violations of the John McCain National Security Act of 2018. I stand ready to be of service, once again. To quote Dr. King, "Justice delayed is just ice denied." You have stated many times now that you think I am "delusional" or "crazy" despite any medical background — I forgive this offense — and take you at your word — that you are concerned for my health, despite all evidence to the contrary. Can you take the risk, though? That I am not crazy at all? That I am, in fact, entirely accurate? You've harmed my reputation on the bench and your comments about my mental state have gone viral, or so I am told. Truth be told, even some of those closest to me sometimes worry about my "mad genius" — one doesn't get a $70 million judgment against oneself by being a normal citizen — but those in the know know me to be extremely good at research and investigations. I suspect your politics and my politics are far apart (though ironically I helped back President Trump in '16 whose alliance with the Federalist Society I understand put you up for consideration).

Charles Johnson  
O: 202503307  
800 Ridgemar Drive  
Cleburne, TX 76031

NORTH TEXAS TX P&DC  
DALLAS TX 750  
3 FEB 2026  PM 2  L



Legal Mail:  
Office of the Clerk  
501 W. Tenth Street  
Fort Worth, TX 76102

INMATE MAIL

RECEIVED  
   6 2026  
CLERK U.S. DISTRICT COURT  
NORTHERN DISTRICT OF TEXAS



76102-999955