**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| POINT BRIDGE CAPITAL, LLC, *et al.*, | § | |
| | § | |
| *Plaintiffs*, | § | |
| v. | § | Case No. 4:24-cv-00988-P |
| | § | |
| CHARLES JOHNSON, | § | |
| | § | |
| *Defendant*. | § | |

**RECEIVERS' FIRST QUARTERLY FEE APPLICATION**

TO THE HONORABLE MARK T. PITTMAN:

Adam Farrell and Jeff Ansley of Vedder P.C., in their capacities as Court-appointed receivers ("Receiver(s)") for the Receivership Estate of defendant Charles Johnson (the "Defendant" or "Johnson") (the "Receivership Estate"), submit the following First Quarterly Fee Application (the "Application") for the period ending December 31, 2025.

## I. INTRODUCTION

On November 21, 2025, the Court issued an Order appointing Jeff Ansley and Adam Farrell to serve as Receivers in this case (the "Order of Appointment"). ECF No. 144. Based on the record of this case, the Court determined that "a receiver is necessary and appropriate in aid of execution of the Judgment to identify, secure, preserve, and realize non-exempt assets in which [the Defendant] has a legal or beneficial interest." *Id*. at 2. The Defendant did not object to the Court's determination that a receivership was appropriate, to the appointment of the Receivers, or otherwise to the Order of Appointment.

The Court directed Receivers to, among other actions, submit applications for reasonable fees after the end of each calendar quarter pursuant to 28 U.S.C. § 3103(g). *Id.* at 7. Receivers

hereby submit this Application for the period from November 21, 2025 to December 31, 2025, the end of the calendar quarter. Through this Application, Receivers seek payment of $130,187.50 for reasonable and necessary attorney's fees and related expenses incurred in discharging their duties under the Order of Appointment.

## II. PAYMENT AND REIMBURSEMENT REQUESTED

Receivers submit this Application for payment of compensation for actual, reasonable, and necessary professional services performed by them during the application period. During that time, Receivers rendered legal services to the Receivership Estate with an aggregate value of $130,187.50. The fees sought through this Application reflect an aggregate of 169.60 hours of attorney and para-professional time spent performing services for the Receivership Estate during the application period and pursuant to the terms of the Order of Appointment.

This Application does not include time that might be construed as duplicative or otherwise not beneficial to the Receivership Estate. During the application period, Receivers' billing rates for attorneys and para-professionals working on this matter ranged from $310 to $1,005 per hour. Such fees are reasonable based on the customary compensation charged by comparable practitioners in the national legal market.

Attached hereto as Exhibit A is a schedule setting forth all Vedder attorneys and para-professionals who performed services in connection to the Receivership Estate and ancillary proceedings during the application period, the capacity in which each such individual is employed by Vedder, the hourly billing rate(s) charged for services performed by such individual, and the aggregate number of hours expended in this matter and fees billed in connection with those services for the Receivership Estate.

## III. CONCLUSION

During the application period, Receivers performed a wide variety of tasks in connection with their administration of the Receivership Estate. Receivers believe it is appropriate that it be compensated for the time spent and be reimbursed for the expenses incurred in connection therewith. All of the fees and expenses sought to be paid and reimbursed through this Application were actual, necessary, reasonable, and benefited the Receivership Estate.

Dated: February 13, 2026

Respectfully submitted,

*/s/ Jeff Ansley*

Jeffrey J. Ansley
State Bar No. 00790235
jansley@vedder.com
Adam D. Farrell
State Bar No. 24140298
afarrell@vedder.com

**VEDDER P.C.**
300 Crescent Court, Suite 400
Dallas, Texas 75201
469.895.4790 (Ansley)

**RECEIVERS FOR DEFENDANT CHARLES JOHNSON AND THE RECEIVERSHIP ESTATE**

## CERTIFICATE OF SERVICE

I certify that on February 13, 2026, all counsel of record who have consented to electronic service were served with a true and correct copy of the foregoing document *via* the Court's CM/ECF system.

By: */s/ Jeff Ansley*
Jeffrey J. Ansley