**Vedder**                                                                                                February 12, 2026

*Matter Billing Summary*

| | | | |
|---|---|---|---|
| Matter Number: | 102168.00.0001 | Billing Atty: | Ansley, J.J. - 001860 |
| Matter Name: | Charles Johnson Receivership | Proforma No.: | 1318848 |
| Client Name: | U.S. District Court, NDTX | Invoice Number: | 10060210 |

( ) Prepare Amended Proforma        *U.S. District Court, NDTX*           Open Invoices:              0.00
( ) Prepare Draft Invoice           *Not Provided*                       Unallocated Credits:        0.00
( ) Prepare Final Invoice                                                BOA/Interim Bills           0.00
                                                                         Trust Balance:              0.00
                                                                         Matter Currency:            USD

**Billing Notes:**

|  | Fees | Disbursements | Special Billing Instructions: |
|---|---|---|---|
| Total Referenced Amount: | 127,802.50 | 0.00 | |
| **Total Billing Amount:** | **130,187.50** | **0.00** | |
| Thru Date: | December 31, 2025 | December 31, 2025 | |

Amount to be Billed Now:          _____        _____        Approvals:
Amount to be excluded:            _____        _____
Amount to be Written-off:         _____        _____        Billing Attorney        _____
Amount Written-Up:                _____        _____        Practice Leader         _____

Amount Paid from Unallocated Credit:  _____    _____        Write-off Explanation:
Amount Paid from Interim Bill:        _____    _____

*Fee Summary:*

| Timekeeper | Title | Tkpr ID | Reference Rate | Bill Rate | Hours | Fees |
|---|---|---|---|---|---|---|
| Ansley, J.J. | Partner | 001860 | 835.00 | 985.00 | 15.90 | 15,661.50 |
| Robbins, A.S. | Partner | 100183 | 925.00 | 925.00 | 71.30 | 65,952.50 |
| Eidelman, M.M. | Partner | 000917 | 1,005.00 | 1,005.00 | 0.50 | 502.50 |
| Farrell, A.D. | Associate | 100153 | 600.00 | 600.00 | 77.80 | 46,680.00 |
| Tomasky, P.L. | Paralegal | 100181 | 350.00 | 350.00 | 2.80 | 980.00 |
| Thames, L.D. | Paralegal | 001918 | 350.00 | 350.00 | 0.20 | 70.00 |
| Borriello, A.S. | Paralegal | 001717 | 310.00 | 310.00 | 1.10 | 341.00 |
| | | | | | 169.60 | 130,187.50 |

*Cost Summary:*

| Code | Description | Amount |
|---|---|---|
| | | 0.00 |

```
┌─────────────┐
│  EXHIBIT    │
│             │
│    A        │
└─────────────┘
```

**Vedder**                                                                                    February 12, 2026

*Matter Billing Summary*

| | | | |
|---|---|---|---|
| Matter Number: | 102168.00.0001 | Billing Atty: | Ansley, J.J. - 001860 |
| Matter Name: | Charles Johnson Receivership | Proforma No.: | 1318848 |
| Client Name: | U.S. District Court, NDTX | Invoice Number: | 10060210 |

*Fee Detail:*

| Date | Timekeeper | Description | Hours | Amount | Index |
|---|---|---|---|---|---|
| 11/18/25 | Robbins, A.S. (100183) | Review and analyze relevant filings on docket; conduct public source research to identify potential assets for collection. | 1.00 | 925.00 | 18264857 |
| 11/20/25 | Robbins, A.S. (100183) | Review and analyze relevant filings on docket; conduct public source research to identify potential assets for collection; correspondence hearing and receivership appointment. | 1.00 | 925.00 | 18265520 |
| 11/20/25 | Farrell, A.D. (100153) | Review docket filings in preparation for show cause hearing and receivership appointment (2.5); Show cause hearing and receivership appointment (1.5); Meeting with counsel (.5). | 4.50 | 2,700.00 | 18283489 |
| 11/21/25 | Robbins, A.S. (100183) | Meeting with counsel re receivership matter. | .50 | 462.50 | 18265521 |
| 11/21/25 | Robbins, A.S. (100183) | Review correspondence from C. Johnson regarding assets. | .20 | 185.00 | 18265522 |
| 11/21/25 | Robbins, A.S. (100183) | Review and analyze relevant filings on docket; conduct public source research to identify potential assets for collection. | 1.30 | 1,202.50 | 18265524 |
| 11/21/25 | Farrell, A.D. (100153) | Pulled relevant documents from docket and attend to review of post-judgment documents. Coordinated strategy call with Plaintiffs' Counsel. Reviewed emails. | 2.10 | 1,260.00 | 18283544 |
| 11/24/25 | Robbins, A.S. (100183) | Meeting with counsel regarding actions items for identification, preservation, and collection of Johnson assets. | .20 | 185.00 | 18287993 |
| 11/24/25 | Robbins, A.S. (100183) | Call with counsel regarding Johnson assets and collection strategy. | 1.00 | 925.00 | 18287992 |
| 11/24/25 | Ansley, J.J. (001860) | Participate in common interest call with counsel regarding underlying facts and possible assets in possession of or under control of C. Johnson; strategize with counsel on asset tracing issues. | 1.50 | 1,477.50 | 18274710 |
| 11/24/25 | Farrell, A.D. (100153) | Review materials provided by Plaintiffs' counsel (1.0); Strategy call with counsel (1.0); Strategy meeting for next steps between receivers (.0.5); attend to locating Johnson's personal belongings (0.8). | 3.30 | 1,980.00 | 18283547 |
| 11/25/25 | Robbins, A.S. (100183) | Conduct public source research to identify C. Johnson assets; review and analyze C. Johnson asset records ; correspond regarding C. Johnson personal items, including laptop; attention to correspondence with U.S. Marshal receivership appointment and request for assistance; review property receipt provided by U.S. Marshal. | 3.50 | 3,237.50 | 18288078 |
| 11/25/25 | Farrell, A.D. (100153) | Correspondence with US Marshal regarding C. Johnson property inventory at Johnson County (0.8); call with Kimpton Hotel Fort Worth to locate C. Johnson's property (0.5). | 1.30 | 780.00 | 18283560 |

**Vedder**                                                                                                                              February 12, 2026

*Matter Billing Summary*

| Matter Number: | 102168.00.0001 | | Billing Atty: | Ansley, J.J. - 001860 |
| Matter Name: | Charles Johnson Receivership | | Proforma No.: | 1318848 |
| Client Name: | U.S. District Court, NDTX | | Invoice Number: | 10060210 |

| Date | Timekeeper | Description | Hours | Amount | Index |
|------|-----------|-------------|-------|--------|-------|
| 11/26/25 | Robbins, A.S. (100183) | Meeting and correspondence with counsel to address C. Johnson asset research, including information provided by C. Johnson parents; conduct additional public source research regarding C. Johnson assets; prepare analysis and items to identify and recover non-exempt assets. | 2.70 | 2,497.50 | 18288521 |
| 11/26/25 | Ansley, J.J. (001860) | Calls (numerous) with family of C. Johnson regarding receivership and issues relating to assets and electronic devices belonging to Johnson; strategize with counsel regarding same. | 2.30 | 2,265.50 | 18279308 |
| 11/28/25 | Ansley, J.J. (001860) | Communicate with C. Johnson's family regarding issues relating to assets and location of same. | .90 | 886.50 | 18279304 |
| 12/01/25 | Robbins, A.S. (100183) | Draft subpoenas regarding C. Johnson assets; conduct research re receivership issuance of subpoenas. | 2.30 | 2,127.50 | 18309365 |
| 12/01/25 | Robbins, A.S. (100183) | Review draft subpoena list for C. Johnson assets. | .20 | 185.00 | 18309361 |
| 12/01/25 | Farrell, A.D. (100153) | Review correspondence and prepare outline for meeting (0.7); strategy meeting with counsel (.5); Email to Plaintiffs' counsel requesting material (.5); review of external documents to identify subpoena targets (3.0); coordinate prison visit with C. Johnson at Johnson County (0.5). | 5.20 | 3,120.00 | 18353074 |
| 12/01/25 | Robbins, A.S. (100183) | Draft and send email to Kimpton Fort Worth regarding C. Johnson property. | .30 | 277.50 | 18309362 |
| 12/02/25 | Robbins, A.S. (100183) | Prepare for Dec. 2nd C. Johnson interview at Johnson County Jail; review research and records re C. Johnson assets; conduct public source research to identify assets; attention to Plaintiffs' counsel email regarding C. Johnson interview and statements re possible assets; meeting with counsel re same. | 3.00 | 2,775.00 | 18309338 |
| 12/02/25 | Robbins, A.S. (100183) | Discuss call with counsel re offer to assist with C. Johnson asset discovery; review motion in related action. | .70 | 647.50 | 18309348 |
| 12/02/25 | Farrell, A.D. (100153) | Coordination with Johnson County regarding visit with C. Johnson (0.5); call with potential witness regarding information related to C. Johnson (0.7); Preparation for meeting with C. Johnson (1.4). | 2.60 | 1,560.00 | 18353053 |
| 12/03/25 | Robbins, A.S. (100183) | Round trip travel between Dallas and Johnson County Jail; Interview with C. Johnson; Debrief with counsel; Organized notes from interview. | 7.10 | 6,567.50 | 18309340 |
| 12/03/25 | Farrell, A.D. (100153) | Round trip travel between Dallas and Johnson County Jail (2.2); Interview with C. Johnson (3.5); Debrief with counsel (0.5); Organized notes from interview (1.3). | 7.50 | 4,500.00 | 18353033 |
| 12/04/25 | Robbins, A.S. (100183) | Communications contempt analysis; meeting with counsel re same. | .70 | 647.50 | 18309342 |

**Vedder**                                                                                    February 12, 2026

*Matter Billing Summary*

| | |
|---|---|
| Matter Number: | 102168.00.0001 |
| Matter Name: | Charles Johnson Receivership |
| Client Name: | U.S. District Court, NDTX |

| | |
|---|---|
| Billing Atty: | Ansley, J.J. - 001860 |
| Proforma No.: | 1318848 |
| Invoice Number: | 10060210 |

| Date | Timekeeper | Description | Hours | Amount | Index |
|---|---|---|---|---|---|
| 12/04/25 | Farrell, A.D. (100153) | Call with Plaintiffs' counsel debriefing visit with C. Johnson (0.6); Review record and identify subpoena targets (0.8). | 1.40 | 840.00 | 18353040 |
| 12/05/25 | Robbins, A.S. (100183) | Draft and file interim report regarding C. Johnson interview and status of contempt. | 1.50 | 1,387.50 | 18309343 |
| 12/05/25 | Robbins, A.S. (100183) | Email to counsel regarding C. Johnson receivership strategy. | .10 | 92.50 | 18309345 |
| 12/05/25 | Robbins, A.S. (100183) | Review inventory records from Johnson County visit; prepare analysis regarding same. | 1.30 | 1,202.50 | 18309346 |
| 12/05/25 | Robbins, A.S. (100183) | Review and analyze Lexis Axxurint report on C. Johnson; meeting with paralegal and counsel regarding Accurint report on C. Johnson; discussion regarding additional asset research needed and next steps. | 1.00 | 925.00 | 18309355 |
| 12/05/25 | Robbins, A.S. (100183) | Draft and send email to Kimpton Fort Worth hotel requesting review of video footage of C. Johnson to identiy missing property. | .40 | 370.00 | 18309356 |
| 12/05/25 | Tomasky, P.L. (100181) | Research public and legal records regarding C. Johnson assets and alter egos in preparation for issuing subpoenas. | 1.50 | 525.00 | 18305491 |
| 12/05/25 | Farrell, A.D. (100153) | Subpoena meeting with paralegal and counsel (0.5); Draft receiver preliminary report regarding requested update on C. Johnson's contempt (1.7). | 2.20 | 1,320.00 | 18353037 |
| 12/08/25 | Eidelman, M.M. (000917) | Call with counsel regarding Receivership Orders and pending case. | .50 | 502.50 | 18332678 |
| 12/08/25 | Robbins, A.S. (100183) | Draft preservation letters for financial institutions; draft document subpoenas for financial institutions; conduct research regarding C. Johnson ownership interest in business entities; call with counsel regarding receivership strategy and scope of Court's receivership order. | 4.80 | 4,440.00 | 18325839 |
| 12/08/25 | Ansley, J.J. (001860) | Prepare for and participate in strategy call with receiver and counsel regarding issues relating to assets. | .80 | 788.00 | 18354169 |
| 12/08/25 | Farrell, A.D. (100153) | Call with counsel regarding subpoenas and preservation letters (0.5); Receivers meeting with counsel (0.3); review receiver appointment order (0.5); initial steps to open bank account for receivership funds (0.5); draft initial report (3); review public correspondence and Plaintiffs' response (0.5). | 5.30 | 3,180.00 | 18353042 |
| 12/09/25 | Robbins, A.S. (100183) | Review and edit draft of Receiver's initial status report; review and edit draft preservation letters for financial institutions; review and edit draft subpoenas to financial institutions; research regarding C. Johnson assets. | 4.00 | 3,700.00 | 18325845 |
| 12/09/25 | Farrell, A.D. (100153) | Draft and send preservation letters to financial institutions (2.3); draft notice for Court regarding 12/16 conference and hearing (0.5); Call with Plaintiffs' counsel regarding possible criminal developments (0.4); review articles sent from Plaintiffs' counsel (0.4); review findings from PI provided by Plaintiffs' counsel (0.7). | 4.30 | 2,580.00 | 18353043 |

**Vedder**                                                                                           February 12, 2026

*Matter Billing Summary*

| | | | | | |
|---|---|---|---|---|---|
| Matter Number: | 102168.00.0001 | | Billing Atty: | | Ansley, J.J. - 001860 |
| Matter Name: | Charles Johnson Receivership | | Proforma No.: | | 1318848 |
| Client Name: | U.S. District Court, NDTX | | Invoice Number: | | 10060210 |

| Date | Timekeeper | Description | Hours | Amount | Index |
|---|---|---|---|---|---|
| 12/10/25 | Robbins, A.S. (100183) | Review and edit draft Receiver's initial status report; finalize preservation letters to financial institutions and coordinate service of same; research re C. Johnson assets. | 4.20 | 3,885.00 | 18325857 |
| 12/10/25 | Tomasky, P.L. (100181) | Research registered agent and other service addresses for financial institutions and other assets. | 1.30 | 455.00 | 18339662 |
| 12/10/25 | Borriello, A.S. (001717) | Call and communications with counsel regarding preservation letters to financial institutions (.2); prepare letters and mailing forms (.7); communications with Office Services team regarding mail service of letters (.1). | 1.00 | 310.00 | 18324059 |
| 12/10/25 | Farrell, A.D. (100153) | Preservation letters to financial institutions (1.9); call with witness (0.5); draft initial report (1.3). | 3.70 | 2,220.00 | 18353048 |
| 12/11/25 | Robbins, A.S. (100183) | Finalize Receiver's initial report and coordinate filing of same. | 6.00 | 5,550.00 | 18325859 |
| 12/11/25 | Farrell, A.D. (100153) | Citation check of initial report (1.5); incorporate counsel edits (2.5); proofread edits and prepare for filing (2.5). | 6.50 | 3,900.00 | 18353046 |
| 12/12/25 | Robbins, A.S. (100183) | Meeting with counsel regarding investigative efforts and upcoming court hearing; review and analyze relevant filings in preparation for 12.16.25 hearing; perform research regarding C. Johnson assets. | 3.20 | 2,960.00 | 18325853 |
| 12/12/25 | Farrell, A.D. (100153) | Review deposition transcript (1.3); prepare for 12/16 hearing (1.7). | 3.00 | 1,800.00 | 18353047 |
| 12/15/25 | Robbins, A.S. (100183) | Prepare for conference and hearing before Judge Pittman; review relevant filings from docket; review and edit questions for C. Johnson, outline for hearing, and agenda for meeting with Plaintiffs' counsel; meeting with counsel regarding same. | 3.50 | 3,237.50 | 18340442 |
| 12/15/25 | Ansley, J.J. (001860) | Prepare for hearing and interview of C. Johnson. | 1.80 | 1,773.00 | 18354671 |
| 12/15/25 | Borriello, A.S. (001717) | Call with counsel regarding share platform and additional preservation letters to be sent. | .10 | 31.00 | 18345672 |
| 12/15/25 | Farrell, A.D. (100153) | Review of record (0.9); identify outstanding requests for documents to Plaintiff (0.5); prepare agenda and talking points for 12/16 meeting with Plaintiffs' counsel (2); prepare for question of C. Johnson (2.5). | 5.90 | 3,540.00 | 18353056 |
| 12/16/25 | Robbins, A.S. (100183) | Travel to and return from Fort Worth Division Courthouse; Meeting with C. Johnson, Plaintiff's counsel and Receivers; participate in contempt hearing before Judge Pittman; conference with Plaintiffs' counsel to facilitate transfer of relevant information and records needed to identify, preserve, and collect C. Johnson Assets; meeting with Kimpton Fort Worth Hotel manager regarding ongoing efforts to locate C. Johnson laptop and possessions. | 9.80 | 9,065.00 | 18340447 |

**Vedder**                                                                                              February 12, 2026

*Matter Billing Summary*

| | | | | |
|---|---|---|---|---|
| Matter Number: | 102168.00.0001 | | Billing Atty: | Ansley, J.J. - 001860 |
| Matter Name: | Charles Johnson Receivership | | Proforma No.: | 1318848 |
| Client Name: | U.S. District Court, NDTX | | Invoice Number: | 10060210 |

| Date | Timekeeper | Description | Hours | Amount | Index |
|---|---|---|---|---|---|
| 12/16/25 | Ansley, J.J. (001860) | Prepare for and meet with C. Johnson and counsel for interview of same; attend hearing on civil contempt of Johnson and continuation of same; strategize with counsel regarding same. | 5.20 | 5,122.00 | 18354154 |
| 12/16/25 | Farrell, A.D. (100153) | Drive from Dallas to Fort Worth (1); conference and questioning of C. Johnson (3.5); hearing (1.5); meeting with Plaintiffs' counsel (2); drive from Fort Worth to Dallas (1). | 9.00 | 5,400.00 | 18353068 |
| 12/17/25 | Farrell, A.D. (100153) | Draft follow-up email to receivership team and Plaintiffs' counsel with summary and assignments from 12/16 meeting. | .80 | 480.00 | 18353060 |
| 12/18/25 | Robbins, A.S. (100183) | Review and edit email to Plaintiffs' counsel detailing outstanding items needed for investigation; attention to correspondence between Plaintiffs' counsel and DHS regarding alleged "handler". | 1.00 | 925.00 | 18340455 |
| 12/19/25 | Farrell, A.D. (100153) | Review deposition summary (1.9); prepare master control workbook to track tasks of stabilization phase of receivership estate (3). | 4.90 | 2,940.00 | 18353064 |
| 12/22/25 | Robbins, A.S. (100183) | Call with Receiver regarding status of motion to direct witness testimony and draft master spreadsheet tracking investigation. | .10 | 92.50 | 18340476 |
| 12/22/25 | Farrell, A.D. (100153) | Update master control workbook (1.5); respond to financial institutions on preservation letter requests (1.5); prepare follow up subpoenas to financial institutions (0.8). | 3.80 | 2,280.00 | 18353099 |
| 12/23/25 | Robbins, A.S. (100183) | Review and edit master spreadsheet detailing investigation findings, task lists, and outstanding issues. | .80 | 740.00 | 18340475 |
| 12/29/25 | Robbins, A.S. (100183) | Review mandamus motion; call with Plaintiffs' counsel and Receiver regarding investigatory efforts and collection of information regarding C. Johnson asset locations. | .70 | 647.50 | 18365040 |
| 12/29/25 | Robbins, A.S. (100183) | Review draft motion to transfer C. Johnson ownership interest; C. Johnson records relevant to receivership obligations. | 3.20 | 2,960.00 | 18365122 |
| 12/29/25 | Ansley, J.J. (001860) | Review and revise motion for approval to transfer property in connection with asset. | 1.20 | 1,182.00 | 18354139 |
| 12/29/25 | Farrell, A.D. (100153) | Call with Plaintiffs' counsel concerning receivership estate updates. | .50 | 300.00 | 18352955 |
| 12/30/25 | Ansley, J.J. (001860) | Analyze mandamus petition and discuss same with counsel. | .90 | 886.50 | 18354066 |
| 12/31/25 | Ansley, J.J. (001860) | Review and revise motion for authority to sell asset. | 1.30 | 1,280.50 | 18354051 |
| 12/31/25 | Thames, L.D. (001918) | Review Court's docket regarding civil case Point Bridge Capital v. Johnson, downloading the Jury Verdict and Judgment, forwarding to the team for review. | .20 | 70.00 | 18352964 |
| | | Total Fees for this matter: | 169.60 | 130,187.50 | |

*Cost Detail:*

| Date | Code | Description | Timekeeper | Value | Voucher | Index |
|---|---|---|---|---|---|---|

**Vedder**                                                                                    February 12, 2026

*Matter Billing Summary*

| | | | |
|---|---|---|---|
| Matter Number: | 102168.00.0001 | Billing Atty: | Ansley, J.J. - 001860 |
| Matter Name: | Charles Johnson Receivership | Proforma No.: | 1318848 |
| Client Name: | U.S. District Court, NDTX | Invoice Number: | 10060210 |

| Date | Code | Description | Timekeeper | Value | Voucher | Index |
|---|---|---|---|---|---|---|
| | | Total costs for this matter: | | 0.00 | | |

*History to Date:*

| | This Proforma | Billed Year to Date | Billed Inception to Date | Budget Amounts |
|---|---|---|---|---|
| Fees | 130,187.50 | 0.00 | 0.00 | 0.00 |
| Disbursements | 0.00 | 0.00 | 0.00 | 0.00 |
| Charges | 0.00 | 0.00 | 0.00 | 0.00 |
| **Totals** | **$130,187.50** | **$0.00** | **$0.00** | **$0.00** |