**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| Point Bridge Capital, LLC and Hal Lambert, | § § § | |
| *Plaintiffs*, | § § | |
| v. | § | Case No. 4:24-cv-00988-P |
| | § | |
| Charles Johnson, | § § | |
| *Defendant.* | § § | |

## ORDER

Before the Court is Receivers' First Quarterly Fee Application ("Fee Application"). After consideration of the relevant filings and applicable law, the Court **GRANTS** the Fee Application.

**IT IS THEREFORE ORDERED** that the Receivers shall be compensated for their administration of the Receivership Estate. Accordingly, all of the fees and expenses sought to be paid and reimbursed through the Fee Application were actual, necessary, reasonable, and benefited the Receivership Estate.

_____
Hon. Mark T. Pittman
UNITED STATES DISTRICT JUDGE

ORDER – SOLO PAGE