U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**

FEB 2 4 2026

Charles Johnson 202503307
Johnson County Jail
1800 Ridgemar Drive
Cleburne, TX 76031

**CLERK, U.S. DISTRICT COURT**
By _____
Deputy

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

POINT BRIDGE CAPITAL, LLC, ET AL.,

    Plaintiffs,

v.                                    No. 4:24-cv-00988-P

CHARLES JOHNSON,

    Defendant.

## ORDER

The Court held a hearing on January 30, 2026, to determine whether Defendant Charles Johnson and his parents Lawrence Johnson and Jane Lundquist were in contempt of Court by communicating with each other about the whereabouts of his laptop and other devices and transporting such items, which were subject to the receivership order. The Court finds that in order to allow Plaintiff and Receivers access to the contents of the devices, Johnson should continue to be held in custody until Plaintiff and the Receivers can meet with Johnson and a forensic specialist to determine the contents of the laptop.

Accordingly, the Court's previous order at ECF No. 185 is **VACATED** and Johnson is **ORDERED** to be **REMANDED** to the Johnson County Jail until Monday, February 2, 2026 at 9:00 a.m., when the Parties and the Receivers are **ORDERED** to meet with Johnson in the 3rd-floor jury room of the Eldon B. Mahon Federal Courthouse at 501 W. 10th Street, Fort Worth, Texas 76102 to go through the laptop and other devices. Following that meeting, the Court will hold a hearing at 12:30 p.m. to determine next whether Johnson has purged himself of his contempt.

Additionally, instead of being held in custody for their apparent contempt, Johnson's parents Lawrence Johnson and Jane Lundquist, have agreed and are thus **ORDERED** to remain in the Northern

District of Texas over the weekend and to attend the hearing on Monday, February 2.

**SO ORDERED** on this **30th day of January 2026.**

*Mark T. Pittman*

Mark T. Pittman
UNITED STATES DISTRICT JUDGE

```
MIME-Version:1.0
From:ecf_txnd@txnd.uscourts.gov
To:Courtmail@localhost.localdomain
Message-Id:<16876197@txnd.uscourts.gov>
Subject:Activity in Case 4:24-cv-00988-P Point Bridge Capital, LLC v Johnson
Order Setting Deadline/Hearing
Content-Type: text/plain
```

This is an automatic e-mail message generated by the CM/ECF system.
Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States
policy permits attorneys of record and parties in a case (including pro se
litigants) to receive one free electronic copy of all documents filed electronica
lly, if
receipt is required by law or directed by the filer. PACER access fees apply
to all other users. To avoid later charges, download a copy of each document
during this first viewing. However, if the referenced document is a transcript,
the free copy and 30 page limit do not apply.

U.S. District Court

Northern District of Texas

Notice of Electronic Filing

The following transaction was entered on 1/30/2026 4:57 PM CST and filed
on 1/30/2026

Case Name: Point Bridge Capital, LLC
v Johnson
Case Number: 4:24-cv-00988-P
https://ecf.txnd.uscourts.gov/cgi-bin/DktRpt.pl?395770

Filer:

WARNING: CASE CLOSED on 07/29/2025

Document Number: 187

Copy the URL address from the line below into the location bar
of your Web browser to view the document:
https://ecf.txnd.uscourts.gov/doc1/177118321809?caseid=395770&de_seq_num=597&magic_num=MAGIC

Docket Text:
ORDER: Accordingly, the Court's
previous order at ECF No. [185] is VACATED and Johnson is ORDERED to be
REMANDED to the Johnson County Jail until Monday, February 2, 2026 at 9:00
a.m., when the Parties and the Receivers are ORDERED to meet with Johnson
in the 3rd-floor jury room of the Eldon B. Mahon Federal Courthouse at 501
W. 10th Street, Fort Worth, Texas 76102 to go through the laptop and other
devices. Following that meeting, the Court will hold a hearing at 12:30
p.m. to determine next whether Johnson has purged himself of his contempt.
(Ordered by Judge Mark Pittman on 1/30/2026) (wxc)


4:24-cv-00988-P Notice has been electronically mailed to:
David Lattimore Evans  evansdavidl@msn.com
Jeffrey J Ansley  jansley@vedderprice.com, agoodman@vedderprice.com, ecfdadocket@vedderprice.com, kdevlin@vedderprice.com, nef-filings-4420@vedderprice.com, nstanley@vedderprice.com, phall@vedderprice.com, sdeau@vedderprice.com,

tmurrell@vedderprice.com
William Bennett Thompson will.thompson1@us.dlapiper.com, sherry.faulkner@us.dlapiper.co, sherry.faulkner@us.dlapiper.com
Adam Douglas Farrell afarrell@vedderprice.com, aborriello@vedderprice.com, ecfdadocket@vedderprice.com

4:24-cv-00988-P Notice required by federal rule will be delivered by other means (as detailed in the Clerk's records for orders/judgments) to:

Charles Johnson
202503307
Johnson County Jail
1800 Ridgemar Drive
Cleburne, TX 76031


The following document(s) are associated with this transaction:
Document description: Main Document
Original filename: n/a
Electronic document Stamp:
[STAMP dcecfStamp_ID=1004035775 [Date=1/30/2026] [FileNumber=16876196-0]
[b92da012bdc180d4271defc90551b4883d5bcbf72a560d5cc7c62b6b8adfe3c4eb789c31b92cef5
78c474ef78b113d64a47849b0318353565f5a055c58a006a9]]

UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
NORTHERN DISTRICT OF TEXAS
501 WEST TENTH ST., ROOM 310
FORT WORTH, TX 76102

OFFICIAL BUSINESS

LEGAL MAIL

REF

US POSTAGE  PITNEY BOWES
ZIP 76102  $ 001.03⁰
02 7H
0006132885   FEB 02 2026

CSB10

RECEIVED
FEB 2 4 2026
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

NIXIE        756  DE 1         6602/20/26
RETURN TO SENDER
REFUSED
UNABLE TO FORWARD

BC: 76102364185        *2182-05680-20-15