Charles Johnson
202503307
Johnson County Jail
1800 Ridgemar Drive
Cleburne, TX 76031



U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

MAR - 5 2026

CLERK, U.S. DISTRICT COURT
By _____
        Deputy

**Notice of Electronic Filing**

The following transaction was entered on 2/9/2026 at 12:03 PM CST and filed on 2/9/2026

**Case Name:** Point Bridge Capital, LLC v Johnson

**Case Number:** 4:24-cv-00988-P

**Filer:**

**WARNING: CASE CLOSED on 07/29/2025**

**Document Number:** 204(No document attached)

**Docket Text:**
**ELECTRONIC ORDER finding as moot [203] Motion. (Ordered by Judge Mark Pittman on 2/9/2026)(chmb)**

RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD

NIXIE          750    GE 1          02/27/2026
OFFICIAL BUSINESS

US POSTAGE PITNEY BOWES
$ 000.74⁰
FEB 10 2026

RECEIVED
MAR - 4 2026
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

76031-135300