

4:24-cv-988-P
#206



Charles  Johnson 202503307
Johnson County Jail
1800 Ridgemar Drive
Cleburne, TX 76031

------------------------------------------------------

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| Point Bridge Capital, LLC and Hal Lambert, § § § § | | |
| Plaintiffs, § | | |
| v. § | Case No. 4:24-cv-00988-P | |
| § | | |
| Charles Johnson, § § | | |
| Defendant. § | | |

### ORDER

Before the Court is Receivers' First Quarterly Fee Application ("Fee Application"). After consideration of the relevant filings and applicable law, the Court **GRANTS** the Fee Application.

**IT IS THEREFORE ORDERED** that the Receivers shall be compensated for their administration of the Receivership Estate. Accordingly, all of the fees and expenses sought to be paid and reimbursed through the Fee Application were actual, necessary, reasonable, and benefited the Receivership Estate.

**SO ORDERED** on this **18th day of February 2026**

Mark T. Pittman
UNITED STATES DISTRICT JUDGE

ORDER – SOLO PAGE

```
MIME-Version:1.0
From:ecf_txnd@txnd.uscourts.gov
To:Courtmail@localhost.localdomain

Message-Id:<16917951@txnd.uscourts.gov>
Subject:Activity in Case 4:24-cv-00988-P Point Bridge Capital, LLC v Johnson
Order on Motion for Miscellaneous Relief
Content-Type: text/plain
This is an automatic e-mail message generated by the CM/ECF system.
Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States
policy permits attorneys of record and parties in a case (including pro se
litigants) to receive one free electronic copy of all documents filed electronica
lly, if
receipt is required by law or directed by the filer. PACER access fees apply
to all other users. To avoid later charges, download a copy of each document
during this first viewing. However, if the referenced document is a transcript,
the free copy and 30 page limit do not apply.

U.S. District Court

Northern District of Texas

Notice of Electronic Filing
The following transaction was entered on 2/18/2026 12:41 PM CST and filed
on 2/18/2026

Case Name: Point Bridge Capital, LLC
v Johnson
Case Number: 4:24-cv-00988-P
https://ecf.txnd.uscourts.gov/cgi-bin/DktRpt.pl?395770

Filer:

WARNING: CASE CLOSED on 07/29/2025

Document Number: 206


Copy the URL address from the line below into the location bar
of your Web browser to view the document:
https://ecf.txnd.uscourts.gov/doc1/177118367768?caseid=395770&de_seq_num=649&mag
ic_num=MAGIC



Docket Text:
ORDER granting [205]: Before the
Court is Receivers' First Quarterly Fee Application (Fee Application).
After consideration of the relevant filings and applicable law, the Court
GRANTS the Fee Application. (Ordered by Judge Mark Pittman on 2/18/2026)
(wxc)


4:24-cv-00988-P Notice has been electronically mailed to:
David Lattimore Evans    evansdavidl@msn.com
Jeffrey J Ansley    jansley@vedderprice.com, agoodman@vedderprice.com,
ecfdadocket@vedderprice.com, kdevlin@vedderprice.com,
nef-filings-4420@vedderprice.com,
nstanley@vedderprice.com, phall@vedderprice.com, sdeau@vedderprice.com,
tmurrell@vedderprice.com
Blake Ryan Burns    bburnslaw@gmail.com, admin@burnsanddavislaw.com,
sealy@burnsanddavislaw.com
William Bennett Thompson    will.thompson1@us.dlapiper.com,
```

sherry.faulkner@us.dlapiper.co, sherry.faulkner@us.dlapiper.com

Bryan Jacob Berens bberens@canteyhanger.com, chitt@canteyhanger.com

Adam Douglas Farrell afarrell@vedderprice.com, aborriello@vedderprice.com, ecfdadocket@vedderprice.com

4:24-cv-00988-P Notice required by federal rule will be delivered by other means (as detailed in the Clerk's records for orders/judgments) to:

Charles Johnson
202503307
Johnson County Jail
1800 Ridgemar Drive
Cleburne, TX 76031

The following document(s) are associated with this transaction:
Document description: Main Document
Original filename: n/a
Electronic document Stamp:
[STAMP dcecfStamp_ID=1004035775 [Date=2/18/2026] [FileNumber=16917950-0]
[e4b43cd84f8de80f354ede0a9abc04dd5ee61cf02d6ea183c7b5a4847a68f3295defe0f09576b80
fb6e385fae60423e7a2f2abb779ca49f433a0579b69511aa1]]