## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| **POINT BRIDGE CAPITAL, LLC, et al.,** | § § § § | |
| *Plaintiffs,* | § § | |
| **v.** | § § | Case No. 4:24-cv-00988-P |
| **CHARLES JOHNSON,** | § § § | |
| *Defendant.* | § § | |

## ORDER

Before the Court is Receivers' Motion for an Order Directing Compliance with Rule 45 Subpoenas ("Motion"). After consideration of the relevant filings and applicable law, the Court **GRANTS** the Motion.

**IT IS THEREFORE ORDERED** that subpoena recipients Gator Greenwill and Metis Capital immediately take all steps necessary to produce documents responsive to the subpoenas served on February 6, 2026 as set forth in the Motion. Such production is required notwithstanding any contractual confidentiality obligations, including any non-disclosure agreements. Nothing in this Order shall be construed to compel Recipients to produce any materials to which they have objected in their respective responses and objections to the subpoenas at issue, except to the extent that such objections are based solely on the grounds that the materials are subject to third-party confidentiality agreements.

Mark T. Pittman
UNITED STATES DISTRICT JUDGE