



Charles  Johnson 202503307
Johnson County Jail
1800 Ridgemar Drive
Cleburne, TX 76031

------------------------------------------------------------

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| **POINT BRIDGE CAPITAL, LLC, et al.,** | § § § | |
| *Plaintiffs,* | § § | |
| v. | § § | Case No. 4:24-cv-00988-P |
| **CHARLES JOHNSON,** | § § § | |
| *Defendant.* | § § | |

**ORDER**

Before the Court is Receivers' Motion for an Order Directing Compliance with Rule 45 Subpoenas ("Motion"). After consideration of the relevant filings and applicable law, the Court **GRANTS** the Motion.

**IT IS THEREFORE ORDERED** that subpoena recipients Gator Greenwill and Metis Capital immediately take all steps necessary to produce documents responsive to the subpoenas served on February 6, 2026 as set forth in the Motion. Such production is required notwithstanding any contractual confidentiality obligations, including any non-disclosure agreements. Nothing in this Order shall be construed to compel Recipients to produce any materials to which they have objected in their respective responses and objections to the subpoenas at issue, except to the extent that such objections are based solely on the grounds that the materials are subject to third-party confidentiality agreements.

Mark T. Pittman
UNITED STATES DISTRICT JUDGE

MIME-Version:1.0
From:ecf_txnd@txnd.uscourts.gov
To:Courtmail@localhost.localdomain

Message-Id:<17034744@txnd.uscourts.gov>
Subject:Activity in Case 4:24-cv-00988-P Point Bridge Capital, LLC v Johnson
Order on Motion for Miscellaneous Relief
Content-Type: text/plain
This is an automatic e-mail message generated by the CM/ECF system.
Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States
policy permits attorneys of record and parties in a case (including pro se
litigants) to receive one free electronic copy of all documents filed electronica
lly, if
receipt is required by law or directed by the filer. PACER access fees apply
to all other users. To avoid later charges, download a copy of each document
during this first viewing. However, if the referenced document is a transcript,
the free copy and 30 page limit do not apply.

U.S. District Court

Northern District of Texas

Notice of Electronic Filing
The following transaction was entered on 4/6/2026 10:05 AM CDT and filed
on 4/6/2026

Case Name: Point Bridge Capital, LLC
v Johnson
Case Number: 4:24-cv-00988-P
https://ecf.txnd.uscourts.gov/cgi-bin/DktRpt.pl?395770

Filer:

WARNING: CASE CLOSED on 07/29/2025

Document Number: 212


Copy the URL address from the line below into the location bar
of your Web browser to view the document:
https://ecf.txnd.uscourts.gov/doc1/177118497719?caseid=395770&de_seq_num=667&mag
ic_num=MAGIC


Docket Text:
ORDER: After consideration of the
relevant filings and applicable law, the Court GRANTS the Motion [210].
(Ordered by Judge Mark Pittman on 4/6/2026) (hcc)


4:24-cv-00988-P Notice has been electronically mailed to:
David Lattimore Evans evansdavidl@msn.com
Jeffrey J Ansley jansley@vedderprice.com, agoodman@vedderprice.com,
ecfdadocket@vedderprice.com, kdevlin@vedderprice.com,
nef-filings-4420@vedderprice.com,
nstanley@vedderprice.com
Blake Ryan Burns bburnslaw@gmail.com, admin@burnsanddavislaw.com,
sealy@burnsanddavislaw.com
William Bennett Thompson will.thompson1@us.dlapiper.com,
sherry.faulkner@us.dlapiper.co,
sherry.faulkner@us.dlapiper.com
Bryan Jacob Berens bberens@canteyhanger.com, chitt@canteyhanger.com

Adam Douglas Farrell afarrell@vedderprice.com, aborriello@vedderprice.com, ecfdadocket@vedderprice.com
Andrew Stricker Robbins arobbins@vedder.com

4:24-cv-00988-P Notice required by federal rule will be delivered by other means (as detailed in the Clerk's records for orders/judgments) to:

Charles Johnson
202503307
Johnson County Jail
1800 Ridgemar Drive
Cleburne, TX 76031

The following document(s) are associated with this transaction:
Document description: Main Document
Original filename: n/a
Electronic document Stamp:
[STAMP dcecfStamp_ID=1004035775 [Date=4/6/2026] [FileNumber=17034743-0]
[745401d3e1600ecfd668e86d261a0a56c4221dd72a348323941bdb625e4fdffc09d0054127746e5
1cfd869d7d144b4ea746c18510e3e4747dd4c921840c24dc4]]