**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| POINT BRIDGE CAPITAL, LLC, et al., | § | |
| | § | |
| v. | § | Case No.  4:24-cv-00988-P |
| | § | |
| | § | |
| CHARLES JOHNSON | § | |

**MOTION FOR ORDER ACCEPTING RESIGNATION OF
RECEIVER ADAM FARRELL**

Notice is hereby given that Adam Farrell ("Receiver Farrell"), of Vedder Price, P.C., one of the two Court-appointed Receivers in the above-captioned matter, respectfully files this Notice of Resignation and Motion for Order Accepting Resignation and states as follows:

On November 21, 2025, the Court entered its Order Appointing Receiver (ECF No. 144), appointing the undersigned, as well as Jeff Ansley ("Receiver Ansley"), to serve as Receivers over the assets and affairs therein. Since appointment, Receivers have faithfully carried out the duties assigned by the Court and have administered the receivership estate in accordance with the Court's orders.

Due to professional obligations and other commitments, Receiver Farrell respectfully requests leave of Court to resign from further service in this matter. Receiver Ansley will continue to serve as Court-appointed Receiver and administer the receivership estate. Additionally, notice has been given to Plaintiffs' counsel as required by the Receivership Order (ECF No. 144 at 7).

Accordingly, Receiver Farrell hereby requests that the Court accept his resignation and discharge him from further duties and responsibilities in this matter.

Respectfully submitted,

/s/ Adam D. Farrell

Adam D. Farrell
State Bar No. 24140298
afarrell@vedder.com
**VEDDER PRICE, P.C.**
300 Crescent Court, Suite 400
Dallas, Texas 75201
469.895.4832 - Telephone
469.895.4802 - Facsimile

**RECEIVER FOR THE RECEIVERSHIP
ESTATE**

## CERTIFICATE OF CONFERENCE

I conferred with Plaintiffs' counsel Will Thompson, who informed me that Plaintiffs are unopposed to this Motion.

/s/ Adam D. Farrell

Adam D. Farrell

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was served electronically to all counsel of record on the 7th day of July, 2026, *via* the Court's CM/ECF system.

/s/ Adam D. Farrell

Adam D. Farrell