**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| POINT BRIDGE CAPITAL, LLC, *et al.,* | § § § | |
| *Plaintiffs,* | § | |
| v. | § § | Case No. 4:24-cv-00988-P |
| CHARLES JOHNSON, | § § § | |
| *Defendant.* | § | |

## ORDER

Before the Court is the Motion for Order Accepting Resignation of Receiver Adam Farrell. After consideration of the relevant filings and applicable law, the Court **GRANTS** the Motion.

**IT IS THEREFORE ORDERED** that the Receiver Adam Farrell shall be discharged as Receiver and is relieved from any further duties or obligations in this matter. In Mr. Farrell's place, the Court hereby appoints Mr. Andrew S. Robbins of the law firm of Vedder Price to serve as co-receiver in this matter with Mr. Jeffery Ansley.

It is so **ORDERED** this 7th day of July 2026.

_____
Mark T. Pittman
UNITED STATES DISTRICT JUDGE

ORDER – SOLO PAGE