

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**

JUL 2 4 2026

CLERK, U.S. DISTRICT COURT

By_____ KB
Deputy

4:24-cv-988-P
#219

UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
NORTHERN DISTRICT OF TEXAS
501 WEST TENTH ST., ROOM 310
FORT WORTH, TX 76102

OFFICIAL BUSINESS

Charles Johnson 202503307
Johnson County Jail
1800 Ridgemar Drive
Cleburne, TX 76031



**RECEIVED**
JUL 2 4 2026
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

LEGAL NORTH TEXAS TX 750
MAIL    8 JUL 2026 PM 8
FIRST-CLASS

ZIP 76102
02 7H
0006182885

US POSTAGE
$ 000
PITNEY
JUL



NIXIE        750    5E 1        22 07/26/26

RETURN TO SENDER
REFUSED
UNABLE TO FORWARD

BC: 76102364185        *2834-05620-08-45



Charles  Johnson 202503307
Johnson County Jail
1800 Ridgemar Drive
Cleburne, TX 76031

-------------------------------------------------------------

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

POINT BRIDGE CAPITAL, LLC, *et al.*,    §
                                        §
    *Plaintiffs*,                       §
v.                                      §    Case No. 4:24-cv-00988-P
                                        §
CHARLES JOHNSON,                        §
                                        §
    *Defendant*.                        §

## ORDER

Before the Court is the Motion for Order Accepting Resignation of Receiver Adam Farrell. After consideration of the relevant filings and applicable law, the Court **GRANTS** the Motion.

**IT IS THEREFORE ORDERED** that the Receiver Adam Farrell shall be discharged as Receiver and is relieved from any further duties or obligations in this matter. In Mr. Farrell's place, the Court hereby appoints Mr. Andrew S. Robbins of the law firm of Vedder Price to serve as co-receiver in this matter with Mr. Jeffery Ansley.

It is so **ORDERED** this 7th day of July 2026.

Mark T. Pittman
UNITED STATES DISTRICT JUDGE

ORDER – SOLO PAGE

MIME-Version:1.0
From:ecf_txnd@txnd.uscourts.gov
To:Courtmail@localhost.localdomain

Message-Id:<17270865@txnd.uscourts.gov>
Subject:Activity in Case 4:24-cv-00988-P Point Bridge Capital, LLC v Johnson
Order on Motion to Withdraw
Content-Type: text/plain
This is an automatic e-mail message generated by the CM/ECF system.
Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States
policy permits attorneys of record and parties in a case (including pro se
litigants) to receive one free electronic copy of all documents filed electronica
lly, if
receipt is required by law or directed by the filer. PACER access fees apply
to all other users. To avoid later charges, download a copy of each document
during this first viewing. However, if the referenced document is a transcript,
the free copy and 30 page limit do not apply.

U.S. District Court
Northern District of Texas

Notice of Electronic Filing
The following transaction was entered on 7/7/2026 2:54 PM CDT and filed
on 7/7/2026

Case Name: Point Bridge Capital, LLC
v Johnson
Case Number: 4:24-cv-00988-P
https://ecf.txnd.uscourts.gov/cgi-bin/DktRpt.pl?395770

Filer:

WARNING: CASE CLOSED on 07/29/2025

Document Number: 219


Copy the URL address from the line below into the location bar
of your Web browser to view the document:
https://ecf.txnd.uscourts.gov/doc1/177118759894?caseid=395770&de_seq_num=687&mag
ic_num=MAGIC



Docket Text:
ORDER granting [218] Motion for Order
Accepting Resignation of Receiver Adam Farrell. The Court hereby appoints
Mr. Andrew S. Robbins of the law firm of Vedder Price to serve as co-receiver
in this matter with Mr. Jeffery Ansley. (Ordered by Judge Mark Pittman
on 7/7/2026) (bdb)


4:24-cv-00988-P Notice has been electronically mailed to:
David Lattimore Evans evansdavidl@msn.com
Jeffrey J Ansley jansley@vedder.com, agoodman@vedderprice.com,
ecfdadocket@vedderprice.com, kdevlin@vedderprice.com,
nef-filings-4420@vedderprice.com,
nstanley@vedderprice.com
Blake Ryan Burns bburnslaw@gmail.com, admin@burnsanddavislaw.com,
sealy@burnsanddavislaw.com
William Bennett Thompson will.thompson1@us.dlapiper.com,
sherry.faulkner@us.dlapiper.co,
sherry.faulkner@us.dlapiper.com

Bryan Jacob Berens bberens@canteyhanger.com, chitt@canteyhanger.com

Adam Douglas Farrell afarrell@vedderprice.com, aborrietto@vedderprice.com,
ecfdadocket@vedderprice.com
Andrew Stricker Robbins arobbins@vedder.com, ecfdadocket@vedder.com

4:24-cv-00988-P Notice required by federal rule will be delivered by other
means (as detailed in the Clerk's records for orders/judgments) to:

Charles Johnson
202503307
Johnson County Jail
1800 Ridgemar Drive
Cleburne, TX 76031

The following document(s) are associated with this transaction:
Document description: Main Document
Original filename: n/a
Electronic document Stamp:
[STAMP dcecfStamp_ID=1004035775 [Date=7/7/2026] [FileNumber=17270864-0]
[a0fe7ffd636d9cedae678e99dcd1bf6f49d48928716efd428e22b47fef7fed15ccd1c0193b69053
49712ff0c5c0947f3e14cb28e87de2874704d0eb51449c91b]]