**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| Point Bridge Capital, LLC, | § | |
| Hal Lambert | § | |
| | § | Case No. 4:24-cv-0988-P |
| *Plaintiffs,* | § | |
| | § | |
| v. | § | |
| | § | |
| Charles Johnson, | § | |
| | § | |
| *Defendant.* | § | |

**PLAINTIFFS' UNOPPOSED MOTION FOR ORDER DIRECTING GATOR
GREENWILL'S COMPLIANCE WITH PLAINTIFFS' RULE 45 SUBPOENA**

Plaintiffs Point Bridge Capital, LLC and Hal Lambert ("Plaintiffs") respectfully file this unopposed motion for an order directing Gator Greenwill to produce documents in response to Plaintiffs' July 1, 2026 subpoena. Greenwill has agreed to provide Plaintiffs with the documents he previously produced to the Court-appointed Receivers. His counsel has indicated that some of those documents may be subject to contractual confidentiality obligations and has thus asked Plaintiffs to seek an order similar to the one the Receivers sought, which the Court previously granted. ECF No. 212.

> **A.    Greenwill has agreed to re-produce the documents previously provided to the Receivers.**

On July 1, 2026, Plaintiffs sent Greenwill's counsel a subpoena under Federal Rule of Civil Procedure 45 and asked if Greenwill would extend the courtesy of accepting service via email, which Greenwill subsequently did. (Declaration of Will Thompson, ¶1, Appx. 002). Plaintiffs also provided notice of the subpoena to Defendant Charles Johnson and to the Receivers. *Id.* Neither Johnson nor the Receivers objected to the subpoena. *Id.*

1

Plaintiffs met and conferred with Greenwill's counsel by telephone and email to discuss Greenwill's concerns regarding the subpoena. Following those discussions, Greenwill agreed to provide Plaintiffs with the documents he previously produced to the Receivers while reserving his right to object to any requests for further productions sought under the subpoena beyond that. To address confidentiality considerations, Greenwill's counsel asked Plaintiffs to seek an order similar to the one the Receivers previously sought.[1] *See* ECF No. 212.

> **B.      Plaintiffs' requested order is essentially the same as the one that the Court previously issued relating to a previous subpoena to Greenwill.**

On April 3, 2026, the Receivers moved for an order directing Greenwill and Metis Capital to comply with Rule 45 subpoenas notwithstanding any contractual confidentiality obligations. ECF No. 210. On April 6, 2026, the Court granted that motion. ECF No. 212.

Here, Plaintiffs likewise request an order directing Greenwill to make the agreed production notwithstanding any contractual confidentiality obligation that might otherwise restrict disclosure. The proposed order submitted with this motion tracks the form and substance of the proposed order the Receivers submitted with their previous motion.

Accordingly, Plaintiffs respectfully request that the Court enter an order directing Greenwill to produce to Plaintiffs the documents he previously produced to the Receivers, notwithstanding any contractual confidentiality obligations, including any applicable non-disclosure agreements.

---

[1] Plaintiffs note that their subpoena is not necessarily limited to the documents Greenwill previously produced to the Receivers. The parties have agreed to begin with that production so that Plaintiffs may review it before determining whether to seek additional responsive documents. Nothing in this motion, the initial production, or the requested order should be construed as satisfying or discharging the subpoena in full, resolving the scope of any additional production, or waiving Plaintiffs' right to seek additional documents responsive to the subpoena. Greenwill reserves any objections he may have to a request for additional production.

Dated: July 28, 2026

Respectfully Submitted,

/s/ *Will Thompson*
Will Thompson
DLA PIPER LLP (US)
Will Thompson
State Bar No. 24094981
will.thompson1@us.dlapiper.com
1900 N. Pearl Street
Dallas, Texas 75201
Telephone: (406) 546-5587

COUNSEL FOR PLAINTIFFS

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that, following service of the subpoena, he conferred multiple times with counsel for Gator Greenwill. Counsel for Greenwill confirmed that he is unopposed to the relief requested in this motion.

/s/ *Will Thompson*
Will Thompson

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 28, 2026, a true and correct copy was served via the Court's electronic filing system to all counsel of record. Following submission, file-stamped copies will be sent to Defendant Johnson and counsel for Greenwill.

/s/ *Will Thompson*
Will Thompson

3

4