**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **Point Bridge Capital, LLC,** | § | |
| **Hal Lambert** | § | |
| | § | |
| *Plaintiffs*, | § | |
| **v.** | § | **Case No. 4:24-cv-00988-P** |
| | § | |
| **Charles Johnson,** | § | |
| *Defendant.* | § | |
| | § | |
| | § | |

**APPENDIX IN SUPPORT OF PLAINTIFFS' UNOPPOSED MOTION FOR ORDER**
**DIRECTING GATOR GREENWILL'S COMPLIANCE WITH PLAINTIFFS' RULE 45**
**SUBPOENA**

Plaintiffs Point Bridge Capital, LLC and Hal Lambert ("Plaintiffs") submit this Appendix

in Support of their Unopposed Motion For Order Directing Gator Greenwill's Compliance With

Plaintiffs' Rule 45 Subpoena.

| Exhibit No. | Description | Appendix Page Range |
|---|---|---|
| 1 | Declaration of Will Thompson, dated July 26, 2026. | Appx. 001 – Appx. 002 |

Dated: July 28, 2026

Respectfully submitted,

/s/ *Will Thompson*
Will Thompson
DLA PIPER LLP (US)
Will Thompson
State Bar No. 24094981
will.thompson1@us.dlapiper.com
1900 N. Pearl Street
Dallas, Texas 75201
Telephone: (406) 546-5587

COUNSEL FOR PLAINTIFFS

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of this document will be served on July 28, 2026 via the Court's CM/ECF system to all counsel of record. Following submission, file-stamped copies will be sent to Defendant Johnson and counsel for Greenwill.

/s/ *Will Thompson*
Will Thompson

2