# Exhibit 1

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| **Point Bridge Capital, LLC,** | § | |
| **Hal Lambert** | § | |
| | § | |
| *Plaintiffs,* | § | |
| **v.** | § | **Case No. 4:24-cv-00988-P** |
| | § | |
| **Charles Johnson,** | § | |
| *Defendant.* | § | |
| | § | |
| | § | |

**<u>DECLARATION OF WILL THOMPSON</u>**

I, Will Thompson, declare as follows on July 28, 2026. I am an attorney admitted to the State Bar of Texas and this Court and a partner at the law firm of DLA Piper LLP. I am attorney of record for the plaintiffs in the above captioned action. I am over the age of twenty-one years and am not a party to this action. I have personal knowledge of the facts set forth in this declaration. I declare under penalty of perjury that the facts stated in this document are true and correct.

1.      Exhibit A attached hereto is a true and correct copy of the subpoena that was sent to counsel for Gator Greenwill. I asked that Greenwill's counsel accept service via email, which Greenwill subsequently did through counsel. I also provided notice of the subpoena to the court appointed receivers and Defendant Charles Johnson' interrogatories that Plaintiffs served on Charles Johnson on September 16, 2025. Johnson refused to provide any responses. Neither Johnson nor the Receivers objected to the subpoena.

/s/ *Will Thompson*
Will Thompson

App.002