UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**POINT BRIDGE CAPITAL, LLC, ET AL.,**

Plaintiffs,

v.

**No. 4:24-cv-00988-P**

**CHARLES JOHNSON,**

Defendant.

## ORDER

Before the Court is Plaintiffs' Unopposed Motion for Order Directing Gator Greenwill's Compliance with Plaintiffs' Rule 45 Subpoena. The Court believes expedited briefing is warranted. Accordingly, the Court **ORDERS** a response to the motion on or before **Monday August 3, 2026**.

**SO ORDERED** on this **29th day of July 2026.**

Mark T. Pittman
UNITED STATES DISTRICT JUDGE