UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**POINT BRIDGE CAPITAL, LLC ET AL.,**

    Plaintiffs,

v.                            **No. 4:24-cv-00988-P**

**CHARLES JOHNSON,**

    Defendant.

## ORDER

On July 29, 2026, this Court ordered a response to Plaintiffs' Unopposed Motion for Order Directing Gator Greenwill's Compliance with Plaintiffs' Rule 45 Subpoena (the "Motion") on or before August 3, 2026. ECF No. 225. On August 3, 2026, counsel for non-party Gator Greenwill ("Greenwill") submitted to the Court a response to Plaintiffs' Motion via email.

It is highly inappropriate to submit filings to the Court via email. All filings must be made through ECF in accordance with Local Rule 5.1. Should counsel for Greenwill need additional time to become admitted to the Northern District of Texas, apply for admission *pro hac vice*, or obtain local counsel per Local Rules 83.7 and 83.9–83.10, counsel for Greenwill may move to request additional time to respond to the Motion.

Therefore, the Court **ORDERS** counsel for Greenwill to either move for admission *pro hac vice* or seek admission to practice in the Northern District of Texas **on or before August 7, 2026.**

The Court further **ORDERS** Greenwill to move for a continuance to extend the time to respond to the Motion **on or before Monday, August 10, 2026 at 3:00 p.m.** Failure to comply with this Order may result in sanctions without further notice.

**SO ORDERED** on this **4th day of August 2026.**

_Mark T. Pittman_
Mark T. Pittman
UNITED STATES DISTRICT JUDGE