**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| Point Bridge Capital, LLC, | § | |
| Hal Lambert | § | |
| | § | Case No. 4:24-cv-0988-P |
| *Plaintiffs,* | § | |
| | § | |
| v. | § | |
| | § | |
| Charles Johnson, | § | |
| | § | |
| *Defendant.* | § | |

**PLAINTIFF'S NOTICE OF WITHDRAWAL OF UNOPPOSED MOTION FOR ORDER DIRECTING GATOR GREENWILL'S COMPLIANCE WITH PLAINTIFFS' RULE 45 SUBPOENA**

Plaintiffs Point Bridge Capital, LLC and Hal Lambert ("Plaintiffs") hereby withdraw their Unopposed Motion for Order Directing Gator Greenwill's Compliance with Plaintiffs' Rule 45 Subpoena. ECF No. 223. After that motion was filed, Plaintiffs and Gator Greenwill reached an agreement concerning the production at issue. The relief requested in the motion is therefore no longer necessary. *See Colorado Biolabs, Inc. v. Three Arrows Nutra, LLC*, No. 3:25-CV-0601-D, ECF No. 54, at 16 n.4, 2026 WL 836346 (N.D. Tex. Mar. 26, 2026) (noting that the movant withdrew a portion of its motion to compel after the documents at issue were produced).

This withdrawal applies only to the pending motion. It does not withdraw, narrow, modify, or otherwise limit Plaintiffs' July 1, 2026 subpoena to Greenwill. Plaintiffs expressly reserve all rights under that subpoena, including the right, after reviewing Greenwill's agreed production, to seek additional responsive documents or other appropriate relief.

1

Dated: August 10, 2026

Respectfully Submitted,

/s/ *Will Thompson*
Will Thompson
DLA PIPER LLP (US)
Will Thompson
State Bar No. 24094981
will.thompson1@us.dlapiper.com
1900 N. Pearl Street
Dallas, Texas 75201
Telephone: (406) 546-5587
COUNSEL FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 10, 2026, a true and correct copy was served via the Court's electronic filing system to all counsel of record and will be sent to Defendant Johnson and counsel for Greenwill.

/s/ *Will Thompson*
Will Thompson