# EXHIBIT A

**Vedder** August 11, 2026

*Matter Billing Summary*

| | | | |
|---|---|---|---|
| Matter Number: | 102168.00.0001 | Billing Atty: | Ansley, J.J. - 001860 |
| Matter Name: | Charles Johnson Receivership | Proforma No.: | 1401675 |
| Client Name: | U.S. District Court, NDTX | Invoice Number: | ****** |

*U.S. District Court, NDTX*
*Not Provided*

**Billing Notes:**

| | Fees | Disbursements |
|---|---|---|
| Total Referenced Amount: | 216,618.00 | 4,285.35 |
| **Total Billing Amount:** | **216,618.00** | **4,285.35** |
| Thru Date: | June 30, 2026 | June 30, 2026 |

***Fee Summary:***

| Timekeeper | Title | Tkpr ID | Reference Rate | Bill Rate | Hours | Fees |
|---|---|---|---|---|---|---|
| Ansley, J.J. | Partner | 001860 | 895.00 | 985.00 | 0.30 | 295.50 |
| Robbins, A.S. | Partner | 100183 | 925.00 | 925.00 | 96.30 | 89,077.50 |
| Goodman, A. | Partner | 001857 | 850.00 | 850.00 | 10.30 | 8,755.00 |
| Farrell, A.D. | Associate | 100153 | 670.00 | 670.00 | 164.30 | 110,081.00 |
| Borriello, A.S. | Paralegal | 001717 | 325.00 | 325.00 | 21.00 | 6,825.00 |
| Armstrong-Wood, J.W. | Non Legal Staff | 009092 | 330.00 | 330.00 | 4.80 | 1,584.00 |
| | | | | | 297.00 | 216,618.00 |

***Cost Summary:***

| Code | Description | Amount |
|---|---|---|
| SDISCOVERY | eDiscovery Database Charge | 3,931.80 |
| SPACER | Pacer Online Research | 44.60 |
| SPOSTAGE | Postage | 30.64 |

*Matter Billing Summary*

| | | | |
|---|---|---|---|
| Matter Number: | 102168.00.0001 | Billing Atty: | Ansley, J.J. - 001860 |
| Matter Name: | Charles Johnson Receivership | Proforma No.: | 1401675 |
| Client Name: | U.S. District Court, NDTX | Invoice Number: | ****** |

| Code | Description | Amount |
|---|---|---|
| SWESTLAW | Westlaw Database Search | 43.31 |
| HFEES | Fees | 235.00 |
| | | 4,285.35 |

| | | | |
|---|---|---|---|
| Matter Number: | 102168.00.0001 | Billing Atty: | Ansley, J.J. - 001860 |
| Matter Name: | Charles Johnson Receivership | Proforma No.: | 1401675 |
| Client Name: | U.S. District Court, NDTX | Invoice Number: | ****** |

***Fee Detail:***

| Date | Timekeeper | Description | Hours | Amount | Index |
|---|---|---|---|---|---|
| 04/01/26 | Borriello, A.S. (001717) | Draft subpoena and compile subpoena packet for A. Farrell review (.3); Compile final subpoena packet (.2); Communicate with A. Farrell regarding subpoena (.1); Email to N. Stanley re subpoena packet service upon Johnson County Jail (.1). | .70 | 227.50 | 18701035 |
| 04/01/26 | Robbins, A.S. (100183) | Address proposed edits to Rule 45 motion regarding G. Greenwill. | .20 | 185.00 | 18658381 |
| 04/01/26 | Farrell, A.D. (100153) | Prepare subpoena packet to be sent to Johnson County Jail (1.4); Prepare motion for compliance of subpoena recipient (0.7). | 2.10 | 1,407.00 | 18718692 |
| 04/02/26 | Robbins, A.S. (100183) | Review and analyze messages collected from C. Johnson phone; Review Rule 45 motion and related correspondence with G. Greenwill counsel. | 1.20 | 1,110.00 | 18658410 |
| 04/02/26 | Farrell, A.D. (100153) | Edit motion for compliance of subpoena recipient. | .80 | 536.00 | 18718697 |
| 04/03/26 | Robbins, A.S. (100183) | Review and analyze records collected from C. Johnson phone. | 2.50 | 2,312.50 | 18669790 |
| 04/03/26 | Farrell, A.D. (100153) | Attend to digital currency matters (0.5); attend to eDiscovery issues (0.5). | 1.00 | 670.00 | 18718704 |
| 04/06/26 | Farrell, A.D. (100153) | Draft quarterly status report. | 4.60 | 3,082.00 | 18718710 |
| 04/06/26 | Borriello, A.S. (001717) | Calls with A. Farrell regarding status of retrieval of C. Johnson messages (.2); Call with A. Farrell regarding summary of Rule 45 subpoenas in connection with quarterly fee petition (.1); Review subpoena tracker and prepare summary of all subpoena efforts and status of same (.4); Review authorization letters and power of attorney and prepare summary of all executed documents (.5); Communications with forensic vendor regarding C. Johnson messages (.1). | 1.30 | 422.50 | 18701049 |
| 04/06/26 | Farrell, A.D. (100153) | Subpoena follow up with Google. | .60 | 402.00 | 18718708 |
| 04/07/26 | Armstrong-Wood, J.W. (009092) | Call with A. Borriello, D. Brady, D. Rasco, and W. Thompson RE: Chat message formats for review. | .50 | 165.00 | 18658070 |
| 04/07/26 | Farrell, A.D. (100153) | Incorporated edits into Receivers' Third Status Report. | 1.10 | 737.00 | 18718716 |
| 04/07/26 | Robbins, A.S. (100183) | Review and analyze C. Johnson messages; Update chronology and analyses. | 3.20 | 2,960.00 | 18669809 |
| 04/07/26 | Borriello, A.S. (001717) | Call with J. Armstrong-Wood, D. Brady, D. Rasco, W. Thompson regarding issues with messages from C. Johnson for review (.4); Call with J. Armstrong-Wood and A. Farrell regarding document review (.4); Attend to issues regarding non-responses to subpoenas (.2). | 1.00 | 325.00 | 18701082 |
| 04/08/26 | Robbins, A.S. (100183) | Conduct document review; update chronology and analyses. | 3.70 | 3,422.50 | 18669813 |

| | | | |
|---|---|---|---|
| Matter Number: | 102168.00.0001 | Billing Atty: | Ansley, J.J. - 001860 |
| Matter Name: | Charles Johnson Receivership | Proforma No.: | 1401675 |
| Client Name: | U.S. District Court, NDTX | Invoice Number: | ****** |

| Date | Timekeeper | Description | Hours | Amount | Index |
|---|---|---|---|---|---|
| 04/09/26 | Robbins, A.S. (100183) | Conduct document review; Update chronology and analysis; Review and edit draft status report; Status call with counsel; Internal follow-up re strategy. | 4.80 | 4,440.00 | 18669861 |
| 04/09/26 | Farrell, A.D. (100153) | Document review (2); Bi-weekly status call with counsel and follow up (1.2). | 3.20 | 2,144.00 | 18718563 |
| 04/09/26 | Borriello, A.S. (001717) | Call with A. Farrell regarding outstanding subpoenas, motion to compel and status of messages review. | .20 | 65.00 | 18701120 |
| 04/10/26 | Farrell, A.D. (100153) | Incorporate A. Robbins edits in status report (0.7); document review (1.3). | 1.90 | 1,273.00 | 18718607 |
| 04/10/26 | Borriello, A.S. (001717) | Call with A. Farrell regarding fee application (.1); review subpoena tracker and relativity workspace and prepare summary of subpoena responses and document productions received (.5). | .60 | 195.00 | 18701018 |
| 04/10/26 | Robbins, A.S. (100183) | Edit draft status report; Conduct document review; Update analysis and chronology. | 3.40 | 3,145.00 | 18669952 |
| 04/13/26 | Farrell, A.D. (100153) | Draft quarterly status report and pull relevant stats. | 2.10 | 1,407.00 | 18718655 |
| 04/13/26 | Robbins, A.S. (100183) | Edit status report for filing; Conduct document review; Update analysis and chronology. | 2.30 | 2,127.50 | 18687296 |
| 04/14/26 | Robbins, A.S. (100183) | Review C. Johnson messages; Update chronology and analysis; Identify issues for follow-up. | 5.70 | 5,272.50 | 18687291 |
| 04/16/26 | Robbins, A.S. (100183) | Review and analyze C. Johnson messages; Update chronology and analysis; Identify key issues for follow-up. | 2.90 | 2,682.50 | 18687326 |
| 04/17/26 | Robbins, A.S. (100183) | Review and analyze C. Johnson records. | 1.20 | 1,110.00 | 18687307 |
| 04/20/26 | Farrell, A.D. (100153) | Attend to subpoena issues. | .50 | 335.00 | 18718585 |
| 04/20/26 | Borriello, A.S. (001717) | Call with A. Farrell re status of subpoena responses related to G. Greenwill; subpoena follow up; address preparation of additional subpoenas. | .20 | 65.00 | 18720016 |
| 04/20/26 | Robbins, A.S. (100183) | Review letter from counsel re discovery; Conduct research regarding scope of discovery in receivership; Draft and send email to counsel regarding same. | .80 | 740.00 | 18702872 |
| 04/21/26 | Borriello, A.S. (001717) | Attend to issues regarding additional subpoenas to serve (.1); Review American Express document production and certificate of authenticity for any details on redaction materials (.1). | .20 | 65.00 | 18720043 |
| 04/21/26 | Robbins, A.S. (100183) | Review and analyze C. Johnson communications; Update chronology and accompanying analysis; Identify additional subpoena targets for follow-up. | 3.00 | 2,775.00 | 18702864 |
| 04/22/26 | Farrell, A.D. (100153) | Document review. | 2.40 | 1,608.00 | 18718608 |
| 04/22/26 | Borriello, A.S. (001717) | Call with A. Farrell regarding subpoena (.2); Attend to issues and communications regarding additional subpoenas to serve (.2); Begin research for subpoena (.6). | 1.00 | 325.00 | 18720146 |

Matter Number: 102168.00.0001
Matter Name: Charles Johnson Receivership
Client Name: U.S. District Court, NDTX

Billing Atty: Ansley, J.J. - 001860
Proforma No.: 1401675
Invoice Number: ******

| Date | Timekeeper | Description | Hours | Amount | Index |
|---|---|---|---|---|---|
| 04/22/26 | Robbins, A.S. (100183) | Review and analyze C. Johnson communications; Update chronology and accompanying analysis; Identify additional subpoena targets for follow-up. | 3.50 | 3,237.50 | 18702879 |
| 04/23/26 | Farrell, A.D. (100153) | Meeting with counsel (1); document review (1.2). | 2.20 | 1,474.00 | 18718611 |
| 04/23/26 | Robbins, A.S. (100183) | Review and analyze C. Johnson communications; update chronology and accompanying analysis; identify additional subpoena targets for follow-up; meeting with counsel. | 3.50 | 3,237.50 | 18702853 |
| 04/24/26 | Borriello, A.S. (001717) | Calls with A. Farrell regarding messages (.2); Review dropbox workspace and communications with R. Vosters regarding messages (.2); Download messages for call with A. Farrell, J. Armstrong Wood and R. Vosters regarding review; communications with team regarding same (1.3). | 1.70 | 552.50 | 18720027 |
| 04/24/26 | Armstrong-Wood, J.W. (009092) | Prepare sample messages for review per A. Borriello | .30 | 99.00 | 18716370 |
| 04/27/26 | Farrell, A.D. (100153) | Document review. | 2.80 | 1,876.00 | 18718678 |
| 04/27/26 | Armstrong-Wood, J.W. (009092) | Prepare message collection for review per A. Robbins | .70 | 231.00 | 18716382 |
| 04/27/26 | Robbins, A.S. (100183) | Review and analyze C. Johnson communications; update chronology and accompanying analysis; identify additional subpoena targets for follow-up. | 6.00 | 5,550.00 | 18702849 |
| 04/28/26 | Robbins, A.S. (100183) | Review and analyze C. Johnson communications; update chronology and analysis; confer with A. Farrell re same. | 2.00 | 1,850.00 | 18737977 |
| 04/28/26 | Farrell, A.D. (100153) | Draft motion (1.4); Document review (2.1) | 3.50 | 2,345.00 | 18718718 |
| 04/28/26 | Borriello, A.S. (001717) | Attend to issues regarding messages and communications with team regarding same (.5); Meet with A. Farrell, R. Vosters and J. Armstrong Wood regarding messages review platform. | .80 | 260.00 | 18720053 |
| 04/28/26 | Armstrong-Wood, J.W. (009092) | Prepare Signal for ingestion into CoCounsel per A. Farrell | .60 | 198.00 | 18716353 |
| 04/29/26 | Robbins, A.S. (100183) | Review and analyze C. Johnson communications; update chronology and analysis; confer with A. Farrell re same. | 5.30 | 4,902.50 | 18737962 |
| 04/29/26 | Borriello, A.S. (001717) | Perform research on service of subpoena; Call with A. Farrell regarding same; Draft subpoena; Review C. Johnson authorizations; Attend to issues regarding messages review. | 2.40 | 780.00 | 18720126 |
| 04/29/26 | Armstrong-Wood, J.W. (009092) | Prepare message collection for ingestion into CoCounsel per A. Farrell; Prepare PDFs of message collection for ingestion into CoCounsel per A. Farrell | .90 | 297.00 | 18716388 |

| | | | |
|---|---|---|---|
| Matter Number: | 102168.00.0001 | Billing Atty: | Ansley, J.J. - 001860 |
| Matter Name: | Charles Johnson Receivership | Proforma No.: | 1401675 |
| Client Name: | U.S. District Court, NDTX | Invoice Number: | ****** |

| Date | Timekeeper | Description | Hours | Amount | Index |
|---|---|---|---|---|---|
| 04/30/26 | Robbins, A.S. (100183) | Review and analyze C. Johnson communications; Update chronology and analysis; Confer with A. Farrell re same. | 3.00 | 2,775.00 | 18737976 |
| 04/30/26 | Farrell, A.D. (100153) | Document review (3); Status update call with counsel (0.5). | 3.50 | 2,345.00 | 18718759 |
| 05/01/26 | Robbins, A.S. (100183) | Review and analyze C. Johnson communications; update chronology and analysis; confer with A. Farrell re same. | 6.50 | 6,012.50 | 18737969 |
| 05/04/26 | Farrell, A.D. (100153) | Update subpoenas for crypto-related assets (0.8); Document review (1.4). | 2.20 | 1,474.00 | 18798413 |
| 05/04/26 | Robbins, A.S. (100183) | Review and analyze C. Johnson communications; Edit draft subpoena. | 4.50 | 4,162.50 | 18737973 |
| 05/05/26 | Borriello, A.S. (001717) | Run targeted searches in relativity workspace and review documents on same in connection with subpoena to company; Meeting with A. Farrell regarding additional subpoenas for service and status of served subpoenas (.8); Attend to issues regarding dropbox of C. Johnson email communications (.2); Update subpoena tracker (.2). | 1.20 | 390.00 | 18801581 |
| 05/05/26 | Farrell, A.D. (100153) | Update subpoenas (0.5); Document review (7). | 7.50 | 5,025.00 | 18798421 |
| 05/05/26 | Robbins, A.S. (100183) | Review C. Johnson records; Update analysis regarding same; Confer with A. Farrell re strategy and action items. | 4.70 | 4,347.50 | 18751233 |
| 05/06/26 | Farrell, A.D. (100153) | Attend to subpoena issues (0.4); Document review (3). | 3.40 | 2,278.00 | 18798434 |
| 05/07/26 | Borriello, A.S. (001717) | Update subpoena cover letter and form subpoena, compile subpoena packet and arrange for service (.5); Call with A. Hatcher regarding C. Johnson account retrieval from vendor share platform and upload to CoCounsel (.3);Communications with A. Robbins and A. Farrell regarding same (.1); Update subpoena tracker (.1). | 1.00 | 325.00 | 18801626 |
| 05/07/26 | Farrell, A.D. (100153) | Status update call (0.5); Document review (3.7). | 4.20 | 2,814.00 | 18798389 |
| 05/08/26 | Farrell, A.D. (100153) | Draft fee application (0.5); Document review (3.5). | 4.00 | 2,680.00 | 18798408 |
| 05/08/26 | Borriello, A.S. (001717) | Call with A. Farrell regarding subpoena follow up (.1); Communications with A. Hatcher regarding documents for upload to CoCounsel (.1). | .20 | 65.00 | 18801691 |
| 05/08/26 | Robbins, A.S. (100183) | Review and edit draft quarterly report and related exhibit. | .50 | 462.50 | 18751200 |
| 05/11/26 | Borriello, A.S. (001717) | Attend to issues regarding upload of C. Johnson account to relativity workspace. | .10 | 32.50 | 18801557 |
| 05/12/26 | Farrell, A.D. (100153) | Document review. | 7.20 | 4,824.00 | 18798419 |
| 05/12/26 | Borriello, A.S. (001717) | Communications regarding upload of data to relativity workspace. | .10 | 32.50 | 18801653 |
| 05/12/26 | Robbins, A.S. (100183) | Review and analyze C. Johnson records and related productions. | 1.10 | 1,017.50 | 18773957 |

| | | | |
|---|---|---|---|
| Matter Number: | 102168.00.0001 | Billing Atty: | Ansley, J.J. - 001860 |
| Matter Name: | Charles Johnson Receivership | Proforma No.: | 1401675 |
| Client Name: | U.S. District Court, NDTX | Invoice Number: | ****** |

| Date | Timekeeper | Description | Hours | Amount | Index |
|---|---|---|---|---|---|
| 05/12/26 | Armstrong-Wood, J.W. (009092) | Prepare documents from Charles Johnson for review per A. Borriello | .50 | 165.00 | 18818356 |
| 05/13/26 | Farrell, A.D. (100153) | Document review. | 3.80 | 2,546.00 | 18798422 |
| 05/13/26 | Borriello, A.S. (001717) | Retrieve G. Greenwill production and format for upload to relativity workspace and review correspondence from Greenwill counsel (.5); Communications with A. Farrell regarding updated subpoena response date for Johnson County Correctional Facility and Greenwill production (.2); Communications with A. Hatcher regarding upload of C. Johnson to CoCounsel platform (.2). | .90 | 292.50 | 18801614 |
| 05/13/26 | Robbins, A.S. (100183) | Review and analyze C. Johnson records and related productions from third parties. | 2.10 | 1,942.50 | 18773928 |
| 05/13/26 | Armstrong-Wood, J.W. (009092) | Prepare subpoena response production for review per A. Borriello | .40 | 132.00 | 18818593 |
| 05/14/26 | Borriello, A.S. (001717) | Call with A. Farrell regarding G. Greenwill document productions. | .10 | 32.50 | 18801634 |
| 05/14/26 | Farrell, A.D. (100153) | Document review. | 2.80 | 1,876.00 | 18798431 |
| 05/14/26 | Robbins, A.S. (100183) | Review and analyze records, including C. Johnson communications, and G. Greenwill materials. | 3.30 | 3,052.50 | 18773916 |
| 05/15/26 | Farrell, A.D. (100153) | Document review. | 3.00 | 2,010.00 | 18798435 |
| 05/15/26 | Armstrong-Wood, J.W. (009092) | Prepare subpoena response production for review per A. Borriello | .50 | 165.00 | 18818711 |
| 05/15/26 | Borriello, A.S. (001717) | Review and revise cover letter, form subpoena and subpoena requests to company; Research company and confirm service details; Prepare company subpoena packet for review (.5); Retrieve additional Greenwill document productions and format same for upload to relativity workspace (1.0). | 1.50 | 487.50 | 18801643 |
| 05/15/26 | Robbins, A.S. (100183) | Review and analyze C. Johnson records; Update analysis; Call with counsel; Edit draft quarterly report. | 3.50 | 3,237.50 | 18773914 |
| 05/18/26 | Farrell, A.D. (100153) | Document Review. | 3.90 | 2,613.00 | 18798376 |
| 05/18/26 | Robbins, A.S. (100183) | Review and analyze C. Johnson records and related productions. | 2.80 | 2,590.00 | 18792405 |
| 05/19/26 | Farrell, A.D. (100153) | Legal research regarding post judgment discovery (1.4); Document review (3.9). | 5.30 | 3,551.00 | 18798379 |
| 05/19/26 | Robbins, A.S. (100183) | Attention to counsel request for records; Review research related to receivership discovery; Discuss strategy with J. Ansley and A. Farrell; Review C. Johnson records and related productions. | 2.10 | 1,942.50 | 18792407 |

| | | | |
|---|---|---|---|
| Matter Number: | 102168.00.0001 | Billing Atty: | Ansley, J.J. - 001860 |
| Matter Name: | Charles Johnson Receivership | Proforma No.: | 1401675 |
| Client Name: | U.S. District Court, NDTX | Invoice Number: | ****** |

| Date | Timekeeper | Description | Hours | Amount | Index |
|---|---|---|---|---|---|
| 05/20/26 | Robbins, A.S. (100183) | Review C. Johnson records and related production; Discussion with A. Farrell and J. Ansley regarding discovery request for documents. | 1.50 | 1,387.50 | 18792413 |
| 05/20/26 | Farrell, A.D. (100153) | Attend to subpoena matters (1.8); Status update call (1); Document review (2.4). | 5.20 | 3,484.00 | 18798390 |
| 05/21/26 | Farrell, A.D. (100153) | Document review. | 4.60 | 3,082.00 | 18798401 |
| 05/22/26 | Farrell, A.D. (100153) | Document review. | 3.20 | 2,144.00 | 18798410 |
| 05/26/26 | Farrell, A.D. (100153) | Attend to subpoena issues. | 2.10 | 1,407.00 | 18798353 |
| 05/27/26 | Farrell, A.D. (100153) | Attend to subpoena issues and review new productions (1.9); Document review (5.6). | 7.50 | 5,025.00 | 18798358 |
| 05/28/26 | Farrell, A.D. (100153) | Document review. | 4.80 | 3,216.00 | 18798363 |
| 05/29/26 | Armstrong-Wood, J.W. (009092) | Prepare documents provided in response to a subpoena for review per A. Borriello | .40 | 132.00 | 18818611 |
| 05/29/26 | Borriello, A.S. (001717) | Download Johnson County Corrections document production, format same for upload to relativity workspace and review same. | 1.10 | 357.50 | 18801724 |
| 05/29/26 | Robbins, A.S. (100183) | Call with counsel; Internal follow-up regarding same. | .80 | 740.00 | 18798596 |
| 05/29/26 | Farrell, A.D. (100153) | Document review. | 5.50 | 3,685.00 | 18798368 |
| 06/01/26 | Farrell, A.D. (100153) | Document review. | 2.50 | 1,675.00 | 18893618 |
| 06/02/26 | Farrell, A.D. (100153) | Document review. | 3.10 | 2,077.00 | 18893625 |
| 06/03/26 | Borriello, A.S. (001717) | Revise company subpoena, cover letter, format materials, compile subpoena packet and attend to issues regarding service of subpoena. | .30 | 97.50 | 18923273 |
| 06/03/26 | Farrell, A.D. (100153) | Document review (3); Research (2.8). | 5.80 | 3,886.00 | 18893627 |
| 06/04/26 | Farrell, A.D. (100153) | Status update meeting (1.3); Document review (2.9). | 4.20 | 2,814.00 | 18893631 |
| 06/05/26 | Robbins, A.S. (100183) | Review key records produced through subpoena; Identify entities for additional follow-up; Internal discussion with A. Farrell re same. | 1.10 | 1,017.50 | 18853052 |
| 06/05/26 | Farrell, A.D. (100153) | Document review (2); Research (2.2). | 4.20 | 2,814.00 | 18893639 |
| 06/08/26 | Borriello, A.S. (001717) | Perform research for secretary of state registered agents and business details for companies of interest. | 3.20 | 1,040.00 | 18923447 |
| 06/09/26 | Farrell, A.D. (100153) | Research. | 2.40 | 1,608.00 | 18893648 |
| 06/09/26 | Borriello, A.S. (001717) | Perform research for secretary of state registered agents and business details for key companies. | .60 | 195.00 | 18923458 |
| 06/10/26 | Borriello, A.S. (001717) | Attend to issues regarding company subpoena. | .10 | 32.50 | 18923469 |

| | | | |
|---|---|---|---|
| Matter Number: | 102168.00.0001 | Billing Atty: | Ansley, J.J. - 001860 |
| Matter Name: | Charles Johnson Receivership | Proforma No.: | 1401675 |
| Client Name: | U.S. District Court, NDTX | Invoice Number: | ****** |

| Date | Timekeeper | Description | Hours | Amount | Index |
|---|---|---|---|---|---|
| 06/10/26 | Borriello, A.S. (001717) | Call with A. Farrell regarding status of subpoena responses and next steps for non-resposes; Update subpoena tracking spreadsheet. | .50 | 162.50 | 18923485 |
| 06/10/26 | Farrell, A.D. (100153) | Attend to subpoena issues (0.9); Research (2.2). | 3.10 | 2,077.00 | 18893653 |
| 06/11/26 | Farrell, A.D. (100153) | Document review. | 1.10 | 737.00 | 18893661 |
| 06/12/26 | Farrell, A.D. (100153) | Attend to subpoena issues (0.8); Research (1.4). | 2.20 | 1,474.00 | 18893665 |
| 06/15/26 | Farrell, A.D. (100153) | Document review. | 4.80 | 3,216.00 | 18893671 |
| 06/16/26 | Robbins, A.S. (100183) | Review analysis of conduct. | .80 | 740.00 | 18879444 |
| 06/18/26 | Farrell, A.D. (100153) | Status update with counsel. | .80 | 536.00 | 18893683 |
| 06/18/26 | Goodman, A. (001857) | Analysis on conduct with A. Farrell. | .20 | 170.00 | 18869148 |
| 06/18/26 | Robbins, A.S. (100183) | Status update call with counsel and A. Farrell; Internal follow-up regarding key priorities. | .50 | 462.50 | 18879440 |
| 06/19/26 | Farrell, A.D. (100153) | Document review. | 1.10 | 737.00 | 18893613 |
| 06/22/26 | Ansley, J.J. (001860) | Discuss issues relating to counsel discovery request. | .30 | 295.50 | 18922936 |
| 06/22/26 | Farrell, A.D. (100153) | Document review (1); Attend to subpoena matters (2.5). | 3.50 | 2,345.00 | 18893593 |
| 06/22/26 | Goodman, A. (001857) | Strategy and background information from A. Farrell regarding conduct analysis; begin reviewing relevant documents and discovery searches for relevant information pertaining conduct. | 3.10 | 2,635.00 | 18878066 |
| 06/23/26 | Farrell, A.D. (100153) | Document review. | 5.70 | 3,819.00 | 18893594 |
| 06/23/26 | Robbins, A.S. (100183) | Research regarding counsel discovery request; Review and edit draft response to counsel; Confer with counsel regarding same. | 2.30 | 2,127.50 | 18879431 |
| 06/23/26 | Goodman, A. (001857) | Continue reviewing background information and facts pertaining to conduct analysis; Review status reports and original receiver report with entity background. | 2.20 | 1,870.00 | 18878050 |
| 06/24/26 | Farrell, A.D. (100153) | Status update call with counsel (1); Document review (3.8). | 4.80 | 3,216.00 | 18893595 |
| 06/24/26 | Goodman, A. (001857) | Continue reviewing information for use in conduct analysis; Discussions with A. Farrell regarding discovery; Begin reviewing subpoena responses for potential information to use in conduct analysis. | 1.60 | 1,360.00 | 18878040 |
| 06/25/26 | Goodman, A. (001857) | Continue reviewing background and work on conduct analysis. | 1.90 | 1,615.00 | 18882880 |

*Matter Billing Summary*

| | | | |
|---|---|---|---|
| Matter Number: | 102168.00.0001 | Billing Atty: | Ansley, J.J. - 001860 |
| Matter Name: | Charles Johnson Receivership | Proforma No.: | 1401675 |
| Client Name: | U.S. District Court, NDTX | Invoice Number: | ****** |

| Date | Timekeeper | Description | Hours | Amount | Index |
|---|---|---|---|---|---|
| 06/29/26 | Farrell, A.D. (100153) | Attend to subpoenas served on Receivers by Plaintiffs. | 1.80 | 1,206.00 | 18893600 |
| 06/30/26 | Goodman, A. (001857) | Continue working through conduct outline and high level strategy. | 1.30 | 1,105.00 | 18912383 |
| 06/30/26 | Farrell, A.D. (100153) ) | Strategy call with counsel. | .70 | 469.00 | 18893605 |
| | | Total Fees for this matter: | 297.00 | 216,618.00 | |

***Cost Detail:***

| Date | Code | Description | Timekeeper | Value | Voucher | Index |
|---|---|---|---|---|---|---|
| 04/01/26 | SPostage | [redacted] | Ansley, J.J. (1860) | 11.40 | 7734464 | 7734464 |
| 04/02/26 | SPACER | Pacer Research | Farrell, A.D. (153) | 2.40 | 7740407 | 7740407 |
| 04/03/26 | SPACER | Pacer Research | Ansley, J.J. (1860) | 0.10 | 7741624 | 7741624 |
| 04/03/26 | SPACER | Pacer Research | Ansley, J.J. (1860) | 2.40 | 7741569 | 7741569 |
| 04/03/26 | SPACER | Pacer Research | Ansley, J.J. (1860) | 0.30 | 7741559 | 7741559 |
| 04/06/26 | SPACER | Pacer Research | Farrell, A.D. (153) | 0.20 | 7743862 | 7743862 |
| 04/06/26 | SPACER | Pacer Research | Farrell, A.D. (153) | 0.20 | 7743890 | 7743890 |
| 04/06/26 | SPACER | Pacer Research | Farrell, A.D. (153) | 0.30 | 7743905 | 7743905 |
| 04/06/26 | SPACER | Pacer Research | Farrell, A.D. (153) | 0.10 | 7743856 | 7743856 |
| 04/06/26 | SPACER | Pacer Research | Farrell, A.D. (153) | 2.50 | 7743865 | 7743865 |
| 04/06/26 | SPACER | Pacer Research | Farrell, A.D. (153) | 0.10 | 7743863 | 7743863 |
| 04/06/26 | SPACER | Pacer Research | Farrell, A.D. (153) | 0.30 | 7743912 | 7743912 |
| 04/06/26 | SPACER | Pacer Research | Farrell, A.D. (153) | 0.10 | 7743913 | 7743913 |
| 04/06/26 | SPACER | Pacer Research | Farrell, A.D. (153) | 0.10 | 7743889 | 7743889 |
| 04/06/26 | SPACER | Pacer Research | Farrell, A.D. (153) | 0.70 | 7743906 | 7743906 |
| 04/06/26 | SPACER | Pacer Research | Farrell, A.D. (153) | 0.10 | 7743874 | 7743874 |
| 04/06/26 | SPACER | Pacer Research | Farrell, A.D. (153) | 0.40 | 7743861 | 7743861 |

| | | | |
|---|---|---|---|
| Matter Number: | 102168.00.0001 | Billing Atty: | Ansley, J.J. - 001860 |
| Matter Name: | Charles Johnson Receivership | Proforma No.: | 1401675 |
| Client Name: | U.S. District Court, NDTX | Invoice Number: | ****** |

| Date | Code | Description | Timekeeper | Value | Voucher | Index |
|---|---|---|---|---|---|---|
| 04/07/26 | SPACER | Pacer Research | Farrell, A.D. (153) | 2.50 | 7745075 | 7745075 |
| 04/07/26 | SPACER | Pacer Research | Farrell, A.D. (153) | 0.30 | 7745076 | 7745076 |
| 04/07/26 | SPACER | Pacer Research | Farrell, A.D. (153) | 0.10 | 7745127 | 7745127 |
| 04/07/26 | SPACER | Pacer Research | Farrell, A.D. (153) | 0.10 | 7745113 | 7745113 |
| 04/22/26 | SPACER | Pacer Research | Farrell, A.D. (153) | 1.40 | 7754173 | 7754173 |
| 04/22/26 | SPACER | Pacer Research | Farrell, A.D. (153) | 2.50 | 7754208 | 7754208 |
| 04/24/26 | HFEES | Fees HFEES - DINERS CLUB COMMERCIAL - Credit card charges | Borriello, A.S. (1717) | 235.00 | 7735993 | 7735993 |
| 05/04/26 | SPACER | Pacer Research | Farrell, A.D. (153) | 2.50 | 7774410 | 7774410 |
| 05/04/26 | SPACER | Pacer Research | Farrell, A.D. (153) | 0.10 | 7774438 | 7774438 |
| 05/15/26 | SPACER | Pacer Research | Ansley, J.J. (1860) | 0.30 | 7785863 | 7785863 |
| 05/31/26 | SDISCOVERY | Ediscovery Charges | Ansley, J.J. (1860) | 1,965.90 | 7766217 | 7766217 |
| 06/01/26 | SPACER | Pacer Research | Farrell, A.D. (153) | 0.50 | 7800210 | 7800210 |
| 06/01/26 | SPACER | Pacer Research | Farrell, A.D. (153) | 1.00 | 7800221 | 7800221 |
| 06/01/26 | SPACER | Pacer Research | Farrell, A.D. (153) | 0.60 | 7800223 | 7800223 |
| 06/03/26 | SPOSTAGE | Postage [redacted] | Ansley, J.J. (1860) | 19.24 | 7797315 | 7797315 |
| 06/19/26 | SPACER | Pacer Research | Farrell, A.D. (153) | 0.20 | 7812522 | 7812522 |
| 06/19/26 | SPACER | Pacer Research | Farrell, A.D. (153) | 2.50 | 7830757 | 7830757 |
| 06/19/26 | SPACER | Pacer Research | Farrell, A.D. (153) | 0.80 | 7830660 | 7830660 |
| 06/19/26 | SPACER | Pacer Research | Farrell, A.D. (153) | 2.50 | 7812517 | 7812517 |
| 06/19/26 | SPACER | Pacer Research | Farrell, A.D. (153) | 0.20 | 7812533 | 7812533 |
| 06/19/26 | SPACER | Pacer Research | Farrell, A.D. (153) | 1.00 | 7830680 | 7830680 |
| 06/19/26 | SPACER | Pacer Research | Farrell, A.D. (153) | 0.30 | 7812518 | 7812518 |
| 06/19/26 | SPACER | Pacer Research | Farrell, A.D. (153) | 0.30 | 7830747 | 7830747 |
| 06/19/26 | SPACER | Pacer Research | Farrell, A.D. (153) | 1.00 | 7812523 | 7812523 |
| 06/19/26 | SPACER | Pacer Research | Farrell, A.D. (153) | 0.90 | 7830723 | 7830723 |
| 06/19/26 | SPACER | Pacer Research | Farrell, A.D. (153) | 0.20 | 7812521 | 7812521 |
| 06/19/26 | SPACER | Pacer Research | Farrell, A.D. (153) | 0.20 | 7830748 | 7830748 |
| 06/19/26 | SPACER | Pacer Research | Farrell, A.D. (153) | 0.90 | 7812520 | 7812520 |
| 06/19/26 | SPACER | Pacer Research | Farrell, A.D. (153) | 0.20 | 7830703 | 7830703 |
| 06/19/26 | SPACER | Pacer Research | Farrell, A.D. (153) | 0.20 | 7830758 | 7830758 |
| 06/19/26 | SPACER | Pacer Research | Farrell, A.D. (153) | 0.80 | 7812519 | 7812519 |
| 06/24/26 | SPACER | Pacer Research | Farrell, A.D. (153) | 0.10 | 7818124 | 7818124 |
| 06/24/26 | SPACER | Pacer Research | Farrell, A.D. (153) | 0.10 | 7835767 | 7835767 |
| 06/24/26 | SPACER | Pacer Research | Farrell, A.D. (153) | 0.40 | 7835715 | 7835715 |
| 06/24/26 | SPACER | Pacer Research | Farrell, A.D. (153) | 0.10 | 7835768 | 7835768 |
| 06/24/26 | SPACER | Pacer Research | Farrell, A.D. (153) | 0.40 | 7818122 | 7818122 |
| 06/24/26 | SPACER | Pacer Research | Farrell, A.D. (153) | 2.50 | 7835752 | 7835752 |
| 06/24/26 | SPACER | Pacer Research | Farrell, A.D. (153) | 0.10 | 7818121 | 7818121 |

*Matter Billing Summary*

Matter Number: 102168.00.0001
Matter Name: Charles Johnson Receivership
Client Name: U.S. District Court, NDTX

Billing Atty: Ansley, J.J. - 001860
Proforma No.: 1401675
Invoice Number: ******

| Date | Code | Description | Timekeeper | Value | Voucher | Index |
|---|---|---|---|---|---|---|
| 06/24/26 | SPACER | Pacer Research | Farrell, A.D. (153) | 2.50 | 7818120 | 7818120 |
| 06/24/26 | SPACER | Pacer Research | Farrell, A.D. (153) | 2.00 | 7818123 | 7818123 |
| 06/24/26 | SPACER | Pacer Research | Farrell, A.D. (153) | 2.00 | 7835747 | 7835747 |
| 06/26/26 | SWESTLAW | Westlaw Research | Farrell, A.D. (153) | 43.31 | 7796763 | 7796763 |
| 06/30/26 | SDISCOVERY | Ediscovery Charges | Ansley, J.J. (1860) | 1,965.90 | 7797215 | 7797215 |
| | | Total costs for this matter: | | 4,285.35 | | |