IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| Point Bridge Capital, LLC and Hal Lambert, | § | |
| Plaintiffs, | § | |
| v. | § | No. 4:24-cv-00988-P |
| Charles Johnson, | § | |
| Defendant. | § | |

**ORDER**

Before the Court is Receivers' Third Quarterly Fee Application ("Fee Application"). After consideration of the relevant filings and applicable law, the Court finds it is appropriate and **GRANTS** the Fee Application.

**IT IS, THEREFORE, ORDERED** that the Receivers shall be compensated for their administration of the Receivership Estate during the quarterly period of the Fee Application. Accordingly, all fees and expenses sought to be paid and reimbursed through the Fee Application were actual, necessary, reasonable, and benefited the Receivership Estate and therefore should be paid in accordance with the Fee Application.

DATED: 8-19-2026

Mark T. Pittman
UNITED STATES DISTRICT JUDGE