UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
NORTHERN DISTRICT OF TEXAS
501 WEST TENTH ST., ROOM 310
FORT WORTH, TX 76102

OFFICIAL BUSINESS



LEGAL
MAIL

NORTH TEXAS TX 750
12 AUG 2026 PM 7 L

FIRST-CLASS

US POSTAGE PITNEY BOWES
ZIP 76102 $ 000.78⁰
02 7H
0006182885 AUG 04 2026

RECEIVED
AUG 24 2[illegible]
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

Charles Johnson 202503307
Johnson County Jail
1800 Ridgemar Drive
Cleburne, TX 76031

-.9327000005662479

REF
76031[illegible]

NIXIE 750 DE 1 0008/22/25
RETURN TO SENDER
REFUSED
UNABLE TO FORWARD
BC: 76102364185 *2734-04106-05-42

4:24-cv-988-P
#226

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
AUG 24 2026
CLERK, U.S. DISTRICT COURT
By ______

Charles Johnson 202503307
Johnson County Jail
1800 Ridgemar Drive
Cleburne, TX 76031

---

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**POINT BRIDGE CAPITAL, LLC ET AL.,**

Plaintiffs,

v. **No. 4:24-cv-00988-P**

**CHARLES JOHNSON,**

Defendant.

# ORDER

On July 29, 2026, this Court ordered a response to Plaintiffs' Unopposed Motion for Order Directing Gator Greenwill's Compliance with Plaintiffs' Rule 45 Subpoena (the "Motion") on or before August 3, 2026. ECF No. 225. On August 3, 2026, counsel for non-party Gator Greenwill ("Greenwill") submitted to the Court a response to Plaintiffs' Motion via email.

It is highly inappropriate to submit filings to the Court via email. All filings must be made through ECF in accordance with Local Rule 5.1. Should counsel for Greenwill need additional time to become admitted to the Northern District of Texas, apply for admission *pro hac vice*, or obtain local counsel per Local Rules 83.7 and 83.9–83.10, counsel for Greenwill may move to request additional time to respond to the Motion.

Therefore, the Court **ORDERS** counsel for Greenwill to either move for admission *pro hac vice* or seek admission to practice in the Northern District of Texas **on or before August 7, 2026.**

The Court further **ORDERS** Greenwill to move for a continuance to extend the time to respond to the Motion **on or before Monday, August 10, 2026 at 3:00 p.m.** Failure to comply with this Order may result in sanctions without further notice.

**SO ORDERED** on this **4th day of August 2026.**

Mark T. Pittman
UNITED STATES DISTRICT JUDGE

MIME-Version:1.0
From:ecf_txnd@txnd.uscourts.gov
To:Courtmail@localhost.localdomain

Message-Id:<17347232@txnd.uscourts.gov>
Subject:Activity in Case 4:24-cv-00988-P Point Bridge Capital, LLC v Johnson Order Setting Deadline/Hearing
Content-Type: text/plain

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court
Northern District of Texas

Notice of Electronic Filing
The following transaction was entered on 8/4/2026 4:01 PM CDT and filed on 8/4/2026

Case Name: Point Bridge Capital, LLC v Johnson
Case Number: 4:24-cv-00988-P
https://ecf.txnd.uscourts.gov/cgi-bin/DktRpt.pl?395770

Filer:

WARNING: CASE CLOSED on 07/29/2025

Document Number: 226

Copy the URL address from the line below into the location bar of your Web browser to view the document:
https://ecf.txnd.uscourts.gov/doc1/177118843241?caseid=395770&de_seq_num=708&magic_num=MAGIC

Docket Text:
ORDER: The Court ORDERS counsel for Greenwill to either move for admission pro hac vice or seek admission to practice in the Northern District of Texas on or before August 7, 2026. The Court further ORDERS Greenwill to move for a continuance to extend the time to respond to the [223] Motion on or before Monday, August 10, 2026 at 3:00 p.m. (Ordered by Judge Mark Pittman on 8/4/2026) (jnp)

4:24-cv-00988-P Notice has been electronically mailed to:
David Lattimore Evans evansdavidl@msn.com
Jeffrey J Ansley jansley@btlaw.com, docketinglitin@btlaw.com, khgreaven@btlaw.com
Blake Ryan Burns bburnslaw@gmail.com, admin@burnsanddavislaw.com, sealy@burnsanddavislaw.com
William Bennett Thompson will.thompson1@us.dlapiper.com, sherry.faulkner@us.dlapiper.co, sherry.faulkner@us.dlapiper.com

Bryan Jacob Berens bberens@canteyhanger.com, chitt@canteyhanger.com



Andrew Stricker Robbins arobbins@btlaw.com, ecfdadocket@vedder.com

4:24-cv-00988-P Notice required by federal rule will be delivered by other means (as detailed in the Clerk's records for orders/judgments) to:

Charles Johnson
202503307
Johnson County Jail
1800 Ridgemar Drive
Cleburne, TX 76031

The following document(s) are associated with this transaction:
Document description: Main Document
Original filename: n/a
Electronic document Stamp:
[STAMP dcecfStamp_ID=1004035775 [Date=8/4/2026] [FileNumber=17347231-0]
[308f590523339ddc5fc0f98f12a4d4786e564a117e5f2036598f1f8883c5826d80a4aae3ccc540c
bc71561fabc4847165e89b0cf1291f95608f45c4882e61eee]]